ORIGINAL

RECEIVED
MAY 1 9 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

______________________________

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

05-563C

Name of the attorney of record: [See RCFC 83.1(c)] David J. Taylor

Firm Name: Tighe Patton Armstrong Teasdale, PLLC

Post Office Box:

Street Address: 1747 Pennsylvania Ave, NW #300

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: T: (202)454-2855 F: (202)454-2805

E-mail address: dtaylor@tighepatton.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

______________________________

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $ 467,724.84 + fees

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** __________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005