# In the United States Court of Federal Claims

**05-563C**

**Filed: May 19, 2005**

**COLLINS NATIONAL, et al.**

**v.**

**THE UNITED STATES**

**COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner: Two Volumes of Appendices to the Complaint**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.