IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and<br>COLLINS DEVELOPMENT CO.,<br>a California corporation as General Partner, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-563C<br>(Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Nancy Kim as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Nancy Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington D.C. 20530

Attention: Classification Unit
8th Floor

s/Nancy Kim
Nancy Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 353-0546
Fax: (202) 514-7965

Dated: June 13, 2005

CERTIFICATE OF FILING

I hereby certify that on June 13, 2005 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Nancy Kim