IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

______Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including August 17, 2005, within which to file a response to the complaint. The response to the complaint is currently due on July 18, 2005. This is defendant's first request for an enlargement for time. Plaintiff's counsel has represented that plaintiff does not oppose the motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the General Services Administration ("GSA"). See 28 U.S.C. § 520(b). On or about June 10, 2005, the undersigned counsel of record forwarded a copy of the complaint to the GSA and requested the GSA to provide a litigation report. On or about July 5, 2005, the undersigned counsel of record contacted the GSA to inquire about the status of the litigation report. Agency counsel stated that she did not receive a copy of the complaint until the end of June, prior to the Fourth of July holiday weekend, because the complaint was forwarded from the agency's Washington, D.C. office to its California office. Additional time is needed for the agency counsel to review the relevant

documents and to complete the litigation report. The undersigned counsel of record further will need additional time to review the litigation report and prepare defendant's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to and including August 17, 2005, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

July 11, 2005