City of National City
Building and Housing Department
1243 National City Blvd., National City, Ca. 92050 (714) XXXXXX 474-8576
J. C. Hupfer, Jr. — Director

April 8, 1981

Mr. Bob Griffin
Collins Development Co.
11750 Sorrento Valley Road
Suite # 259
San Diego, Ca. 92121

Re: Property Located at 402 W 25th Street
National City, California 92050

Dear Mr. Griffin:

At the request of the General Services Administration, an investigation was made on April 7, 1981 at the property located at 402 W 25th Street, National City, California. It was noted that several exhaust systems located on the roof are in close proximity to the air intakes for the cooling systems.

Circulating air for any cooling system shall not be taken:

1. Closer than ten (10) feet from any appliance vent outlet unless that outlet is three (3) feet above the circulatory air inlet.
2. Where it will pick up objectionable odors, fumes or flammable vapors. (Section 1204 (D) 1979 Uniform Mechanical Code)

This condition has been existing apparently since the building was built, although it has only recently been brought to our attention. Your cooperation in the correction of this situation is greatly appreciated.

A Mechanical Permit should be taken out for the alterations to such equipment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Tommy Webster
Sr. Building Inspector
City of National City

cc: General Services Admin.

October 16, 1986

COPY

Ms. Victoria Monaco
Property Manager
Collins Development Company
11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121

5 1986

Subject: Lease No. GS-09B-74817
Location: 402 West 35th Street
National City, CA 92050

Dear Ms. Monaco:

On August 28, 1986, a survey for facility Safety and Health was performed at 402 West 35th Street, National City, California.

The results of the survey are as follows:

1. The "EXIT" sign located in close proximity to the holding cells in the DEA office is placed over a doorway that is not used as an exit. To correct this, please remove the "EXIT" sign from the door.

2. It was found that decorative ceiling material applied in the laboratory and offices contains 10-15% Chrysotile asbestos. To that end, it is imperative that you comply with all aspects of PBS.P.5900.2B, Section 015546, Safety and Health requirements enclosed here with.

Your cooperation is greatly appreciated. If you have any questions, please call Steve Colvin of my staff (619) 293-6640.

Sincerely,
**PAUL HAMILTON**
**FIELD OFFICE MANAGER**
**(619) 293-6640**

PAUL HAMILTON
Field Office Manager

Enclosure

COLLINS
DEVELOPMENT
COMPANY
11750
SORRENTO
VALLEY RD.
SUITE 2.9
SAN DIEGO
CA 92121-1085
(619) 276-3380

FEDERAL EXPRESS

November 24, 1986

Mr. Gerald Boyer
Realty Specialist
General Services Administration
Real Estate Division 9 PEL
525 Market Street
San Francisco, CA 94105

Re: Supplemental Lease Agreement Lease #GS-09B-86764
402 W.35th Street, National City

Dear Mr. Boyer:

Enclosed please find two original copies of the above referenced document regarding the control of asbestos.

Pursuant to your conversation this morning with Mr. Steven Colvin of the GSA Field Office in San Diego, we have changed paragraph 14 to read, "...as outlined in PBS.p.5900, 2B, Section 01546, Safety & Health, will be observed." We have initialled the changes and signed where indicated.

We look forward to receiving the fully executed lease renewal later this week and appreciate all of your assistance. Happy Thanksgiving.

Sincerely,

Robert E. Zolezzi
Leasing Agent

REZ:dk
Enclosures

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | SUPPLEMENTAL AGREEMENT<br>NO. 1 | DATE<br>NOV 25 1986 |
|---|---|---|
| | TO LEASE NO.<br>GS-09B-86764 | |

ADDRESS OF PREMISES

1986 NOV 20 PM 2:3?

402 West 35th Street, National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, a California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

whose address is 11750 Sorrento Valley Road, Suite 254
San Diego, California 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 20, 1986, ~~xxxxxxxx~~ to provide agreement to asbestos control. Paragraph 14 is added:

"14. It is agreed and understood between the Lessor and the Government that the precautions for the control of asbestos as outlined in PBS.P.5900.2B, Section ~~01554~~, Safety and Health, will be observed."
01546

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, a California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

(Title)

IN PRESENCE OF

(Signature)

11750 Sorrento Valley Rd.
San Diego CA 92121
(Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY

Contracting Officer

# REPORT FOR FACILITY SAFETY, HEALTH OR FIRE PR[illegible]TION SURVEY (PART I)



| Report Control No. | 2. DATE OF REPORT | 3. BUILDING NAME & ADDRESS: | 4. BUILDING NO. | 5. PBS FIELD OFFICE |
|---|---|---|---|---|
| | | DEA<br>402 West 35th Street<br>National City, CA | CA529322 | 9PX-1M2 |
| DATE OF SURVEY<br>8/8/89 | [X] SCHEDULED<br>[ ] FOLLOW-UP<br>[ ] UNSCHEDULED | 7. SURVEY CONDUCTED BY<br>Deborah Dunkle<br>Industrial Health Incorporated | 8. TRAVEL COST INCURRED $960.00 | 9. TOTAL MAN-HOURS EXPENDED 24-C |

). DIRECTIVE LEGEND (ITEM 14)
A-OSHA STANDARD D-GSA DIRECTIVE
B-NFPA CODE E-OTHER
C-ANSI-STANDARD

11. TYPE OF REPORT: (CHECK APPROPRIATE BOX(ES))
[ ] (F)-FIRE SAFETY/PROTECTION [ ] (I)-PRE-LEASE
[X] (S)-FACILITY SAFETY & HEALTH [ ] (P)-PRE OCCUPANCY
[ ] (O)-OSH [ ] (M)-MISC/OTHER

12. CATEGORY (REF. IN ITEM 16)
A- SPRINKLERS D- EXITS (NFPA101) G-OSHA
B- FIRE ALARMS E- STRUCTURAL H-OTHER
C- ELEVATOR F- ENVIRONMENT

| 3. | 14. REFERENCED DIRECTIVE | 15. FINDINGS & RECOMMENDATIONS (State findings first, then recommendations and continue alternately) | 16. CAT. (12) Occupiable Area Affected | 17. RESPONSIBLE FOR ABATEMENT | 18. ABATEMENT PLAN DATE | 19. CORRECTION DATE | 20. COMMENTS (INC COST) |
|---|---|---|---|---|---|---|---|
| | (D) PBS (P) 5900.2C Chap. 4 Section 2 | FINDING: Bulk sampling of the textured ceiling material and off-white floor tile and mastic verified that these are ACM; see Table 1. An initial asbestos survey by our office was conducted in 1986 and reported to GSA that the textured ceiling material contained asbestos. The DEA and building maintenance operator did not have this information available to them. A major renovation project was in progress at the time of this inspection. RECOMMENDATION: Lessor and tenant agency need to be informed that ACM is present in the lease space. A Facility Action Plan with O&M procedures and policies in accordance with GSA's policies on asbestos needs to be submitted by the lessor to GSA. Tenant agency should be moved upon termination of the lease. | F-820 | | | | |
| 02 | (A) 1910.157 (c) | FINDING: All fire extinguishers in laboratory complex are the halon type. These would not be suitable for high temperature fires. RECOMMENDATION: Replace halon extinguishers with ABC dry chemical fire extinguishers in area where there is use of solvents and other flammables. | H-791 | | | | |

# REPORT FOR FACILITY SAFETY, HEALTH OR FIRE PROTECTION SURVEY (PART I)

Page 2 of 3 pages

| 1. Report Control No. | 2. DATE OF REPORT | 3. BUILDING NAME & ADDRESS: | 4. BUILDING NO. | 5. PBS FIELD OFFICE |
|---|---|---|---|---|
| | | DEA<br>402 West 35th Street<br>National City, CA | CA5293ZZ | 9PX-1M2 |
| 6. DATE OF SURVEY<br>8/8/89 | [X] SCHEDULED<br>[ ] FOLLOW-UP<br>[ ] UNSCHEDULED | 7. SURVEY CONDUCTED BY<br>Deborah Dunkle<br>Industrial Health Incorporated | 8. TRAVEL COST INCURRED $960.00 | 9. TOTAL MAN-HOURS EXPENDED 24-C |

10. DIRECTIVE LEGEND (ITEM 14)
A- OSHA STANDARD D-GSA DIRECTIVE
B-NFPA CODE E-OTHER
C-ANSI-STANDARD

11. TYPE OF REPORT: (CHECK APPROPRIATE BOX(ES))
[ ] (F)-FIRE SAFETY/PROTECTION [ ] (I)-PRE-LEASE
[X] (S)-FACILITY SAFETY & HEALTH [ ] (P)-PRE OCCUPANCY
[ ] (O)-OSH [ ] (M)-MISC/OTHER

12. CATEGORY (REF. IN ITEM 16)
A- SPRINKLERS D- EXITS (NFPA 101) G-OSHA
B- FIRE ALARMS E- STRUCTURAL H-OTHER
C- ELEVATOR F- ENVIRONMENT

| 13. ITEM NO. | 14. REFERENCED DIRECTIVE | 15. FINDINGS & RECOMMENDATIONS (State findings first, then recommendations and continue alternately) | 16. CAT. (12) Occupiable Area Affected | 17. RESPONSIBLE FOR ABATEMENT | 18. ABATEMENT PLAN DATE | 19. CORRECTION DATE | 20. COMMENTS (INC COST) |
|---|---|---|---|---|---|---|---|
| 003 | (D) PBS (P) 5900.2C Ch. 3-71 (b) 3 | FINDING: Three lab hoods located in the north peripheral labs do not maintain a minimum face velocity of 100 fpm.<br>RECOMMENDATION: Repair or replace present hoods. | F-834 | | | | |
| 004 | (D) PBS (P) 5900.2C Ch.2-81 (e) | FINDING: Improper storage of flammables such as petroleum ether, acetone, hexane and ethyl alchol under sinks and in non-approved cabinets in the west and north east labs.<br>RECOMMENDATION: A total amount of 10 gallons constitutes the total allowable working amount of Class I and Class II liquids allowed to be found outside approved flammable storage cabinets. Improve flammable storage policies, obtain approved cabinets and maintain the 10-gallon working limit. | H-795 | | | | |
| 005 | (D) PBX (P) 5900.2C Chap. 10 | FINDING: A major renovation was in progress during inspection. Warnings and precautions not to disturb the ACM were not evident. General contractor was unaware that the ceiling material contained asbestos.<br>RECOMMENDATION: Conduct air sampling to determine if building has become contaminated with asbestos. | F-820 | | | | |

**REPORT FOR FACILITY SAFETY, HEALTH OR FIRE P[illegible]TION SURVEY (PART I)**



| . Report Contr[illegible] | 2. DATE OF REPORT | 3. BUILDING NAME & ADDRESS: DEA 402 West 35th Street National City, CA | 4. BUILDING NO. CA5293ZZ | 5. PBS FIELD [illegible]ICE 9PX-1M2 |
|---|---|---|---|---|
| . DATE OF SURVEY 8/8/89 | [X] SCHEDULED [ ] FOLLOW-UP [ ] UNSCHEDULED | 7. SURVEY CONDUCTED BY Deborah Dunkle Industrial Health Incorporated | 8. TRAVEL COST INCURRED $960.00 | 9. TOTAL MAN-HOURS EXPENDED 24-C |

0. DIRECTIVE LEGEND (ITEM 14)
A-OSHA STANDARD D-GSA DIRECTIVE
B-NFPA CODE E-OTHER
C-ANSI-STANDARD

11. TYPE OF REPORT: (CHECK APPROPRIATE BOX(ES))
[ ] (F)-FIRE SAFETY/PROTECTION [ ] (I)-PRE-LEASE
[X] (S)-FACILITY SAFETY & HEALTH [ ] (P)-PRE OCCUPANCY
[ ] (O)-OSH [ ] (M)-MISC/OTHER

12. CATEGORY (REF. IN ITEM 16)
A- SPRINKLERS D- EXITS (NFPA101) G-OSHA
B- FIRE ALARMS E- STRUCTURAL H-OTHER
C- ELEVATOR F- ENVIRONMENT

| 13. ITEM | 14. REFERENCED DIRECTIVE | 15. FINDINGS & RECOMMENDATIONS (State findings first, then recommendations and continue alternately) | 16. CAT. (12) Occupiable Area Affected | 17. RESPONSIBLE FOR ABATEMENT | 18. ABATEMENT PLAN DATE | 19. CORRECTION DATE | 20. COMMENTS (INC COST) |
|---|---|---|---|---|---|---|---|
| 00[illegible] | (D) PBS (P) 5900.2C Chap. 2-42 | FINDING: Southeast and north west exit doors in lab building and exit door past booking area in office area operate by keycard and/or thumbscrew lock. RECOMMENDATION: Install panic bar equipment on these exit doors. | F-761 | | | | |
| 00[illegible] | (D) PBS (P) 5900.2C Ch. 2-81 | FINDING: Dry chemical storage shelves need shelf guards. RECOMMENDATION: In earthquake prone areas, shelving used for chemical storage should have guards installed. Install shelf guards on shelving in the chemical storage room. | F-834 | | | | |
| 008 | (D) PBS (P) 5900.2C Ch. 4 (IAQ) | FINDING: Improper ventilation in both evidence vaults. No supply air in either vault and no return ventilation in laboratory vault. RECOMMENDATION: Redesign ventilation system in both vaults to insure proper ventilation. | H-854 | | | | |

GENERAL SERVICES ADMINISTRATION GSA FORM T-849

# BUILDING INSPECTION/HAZARDOUS OPERATIONS FORM

Building Name: DEA Building
Address: 402 West 35th Street, National City, CA
Inspector Name: Deborah Dunkle

Building Number: CA5293ZZ
Date of Inspection: 8/8/89

IHI 640 E. Wilmington, Salt Lake City, UT 84106 (801) 466-2223

| POTENTIAL PROBLEM AREAS | PROBLEMS? Yes | No | DESCRIPTION |
|---|---|---|---|
| Asbestos | X | | Renovations underway in areas which contain asbestos; no precautions being taken. |
| Biohazards | | X | |
| Carcinogens | | X | |
| Chemicals | X | | Improper storage of chemicals in earthquake prone area |
| Compressed Gasses | | X | |
| Egress | X | | Improper exit hardware on 3 doors |
| Electrical | | X | |
| Fire Extinguishers | X | | Improper fire extinguishers in some lab areas |
| Flammable Materials | X | | Improper storage of Class I & II liquids |
| Floor Loading | | X | |
| Guards | | X | |
| Housekeeping | | X | |
| Ignition Source (welding) | | X | |
| Labeling | | X | |
| Lighting | | X | |
| MSDS | | X | |
| Mechanical | | X | |
| Noise | | X | |
| Pers. Protective Equipment | | X | |
| PCB's | | X | |
| Physical Hazards | | X | |
| Storage Compatibility | | X | |
| Structural | | X | |
| Ventilation | | X | |
| Vibration | X | | Inadequate ventilation in both evidence vaults |
| Walking/Working Surface | | X | |
| Other (List) | | X | |

| Facilities Present | Yes | No |
|---|---|---|
| Basement in Building | | X |
| Battery Charge Area | | X |
| Emergency Equipment | | X |
| Graphic Art | | X |
| Incinerator | | X |
| Laboratory | X | |
| Motor Pool | | X |
| Paint Spray Booth | | X |
| Return Air Plenum | | X |
| Sprinkler System | X | |
| Target Range (indoor) | | X |
| Toxic Material Storage | X | |
| Toxic Waste Disposal | X | |
| X-Ray Equipment | | X |
| Other (List) | | X |

FSH Survey X

No. GSA Employees 0

Building Narrative - CA5293ZZ

DEA Building & Laboratory
402 W. 35th St.
National City, CA

General
Donna Lenhof - Administrative Officer (619) 585-4200
Bob Mansfield - DEA Facility Branch (202) 307-7859
Carolyn Cerini - DEA Safety Officer (202) 633-1244
The DEA occupies the entire facility, dividing it into a office area and a laboratory. The building is a tilt-up concrete, cement slab construction facility. It was built in 1976. The office section of the building was undergoing a major renovation project at the time of inspection.

The sprayed-on acoustical ceiling material found in the corridors, evidence vaults and some offices contains 5-8% chrysotile asbestos. There is approximately 12,000 square feet of this friable material. There is also approximately 20,000 square feet of asbestos containing floor tile and mastic. The floor tile in the facility contains 8% chrysotile asbestos and the mastic contains greater than 1% chrysotile asbestos. These materials are non-friable.

Administrative personnel and building maintenance personnel were uninformed that these materials contained asbestos. A facility health and safety inspection performed in 1985 reported that the ceiling material was an ACM. The employees must be informed that these materials contain asbestos and that the material is not to be disturbed in any manner. This information must be supplied as part of a Hazard Communication Program in accordance with 29 CFR 1910.1200. The lessor is responsible for preparing an asbestos action plan for the facility which meets GSA asbestos policies as described in PBS (P) 5900.2C, Chapter 4, Section 2.

It is recommended that the friable sprayed-on acoustical material not be disturbed in any manner which could result in the release of asbestos fibers into the atmosphere. The non-friable VAT and mastic should not be sanded, drilled or cut upon.

The current renovation commenced without any prior asbestos air monitoring being conducted in the facility. It was not observed whether any of the asbestos containing materials were removed during the renovation. However, due to vibration and other disturbances during construction, it is strongly recommended that the facility under a complete asbestos air

monitoring assessment for possible contamination. These samples can be analyzed by phase contrast microscopy (PCM) initially, and samples reporting an air concentration level greater than 0.01 fibers/cc should be further analyzed by transmission electron microscopy (TEM).

Indoor Air Quality

Indoor air quality was investigated as part of this survey. Complaints concerning marijuana odors within the facility, and the lack of ventilation in both of the evidence vaults were noted.

Ventilation for this space is supplied by HVAC units located on the roof. The supply and return air is ducted. The filters are changed 4 times a year by Nordie Babco. Generally, there were not any complaints of sickness or discomfort from the occupants. The HVAC units are scheduled to be replaced as part of the renovation.

The ventilation systems in both of the vaults are extremely deficient. The office vault does not appear to have any supply air and the laboratory vault appears to be lacking both supply and return air. These systems need to be thoroughly investigated and the ventilation problems remedied.

The storage garage has had an exhaust fan installed which operates three times a day and one time at night for 2 hour intervals. Portals at the front of the garage have been opened to aid air movement.

Carbon dioxide, temperature and relative humidity were measured. No source of carbon monoxide was noted, so this parameter was not investigated. The $CO_2$ measurements were obtained with a Sensidyne Gastec Sampler and direct reading detector tubes. Dry bulb and wet bulb temperature readings were obtained with a Weksler sling psychrometer. Percent relative humidity was determined using the wet bulb temperature reading and conversion factors.

| Location | time | $CO_2$ Conc. ppm | CO Conc. ppm | Temp. DB $^{o}F$ | Temp. WB $^{o}F$ | % Rel. Hum. |
|---|---|---|---|---|---|---|
| Team Office | 1245 | 300 | | 74 | 69 | 78 |
| Office vault | 1315 | 400 | | 74 | 65 | 61 |
| West Lab | 1445 | 400 | | 73 | 65 | 65 |
| Lab vault | 1500 | 300 | | 77 | 67 | 57 |

# Asbestos Bulk Sample Report - GSA Region 9

| | | | | | |
|---|---|---|---|---|---|
| **Field Office #** | 9PM-12 | **Bldg #** | CA5293ZZ | **Collected By** | Deborah Dunkle |
| **Address** | 402 West 35th Street | | | **Date Collected** | 8/22/89 |
| **City, St Zip** | National City, CA | | | **Laboratory** | Dixon Information |
| **Building Name** | DEA Laboratory & Office | | | | |

| Sample # | Sample Location/Comments | Results |
|---|---|---|
| DEA-TCM1 | 402 - East corridor | Not submitted for analysis (NSA) |
| DEA-TCM2 | 402 - Center corridor | 6% C |
| DEA-TCM3 | CIA room | NSA |
| DEA-TCM4 | 402 - Processing | 6% C |
| DEA-TCM5 | 402 - Administrative office | 6% C |
| DEA-TCM6 | 402 - Evidence Vault | 5% C |
| DEA-TCM7 | 402 - Evidence Vault | NSA |

)rysotile Asbestos CR = Crocidolite Asbestos A = Amosite Asbestos A/T = Actinolite/Tremolite

# Asbestos Bulk Sample Report - GSA Region 9

| | | | | | |
|---|---|---|---|---|---|
| Field Office # | 9PM-12 | Bldg # | CA5293ZZ | Collected By | Deborah Dunkle |
| Address | 402 West 35th Street | | | Date Collected | 8/22/89 |
| City, St Zip | National City, CA | | | Laboratory | Dixon Information |
| Building Name | DEA Laboratory & Office | | | | |

| Sample # | Sample Location/Comments | Results |
|---|---|---|
| DEA-TCM8 | 402 - Evidence Vault | NSA |
| DEA-TCM9 | Lab - Lobby | 8% C |
| DEA-TCM10 | Lab - Center Corridor | 6% C |
| DEA-TCM11 | Lab - File room | NSA |
| DEA-TCM12 | Lab - Vault | 6% C |
| DEA-TCM13 | Lab - Vault | NSA |
| DEA-TCM14 | Lab - Vault | NSA |

C rysotile Asbestos CR = Crocidolite Asbestos A = Amosite Asbestos A/T = Actinolite/Tremolite

# Asbestos Bulk Sample Report - GSA Region 9

| | | | |
|---|---|---|---|
| Field Office # | 9PM-12 | Bldg # | CA52932Z |
| Address | 402 West 35th Street | | |
| City, St Zip | National City, CA | | |
| Building Name | DEA Laboratory & Office | | |

| | |
|---|---|
| Collected By | Deborah Dunkle |
| Date Collected | 8/8/89 |
| Laboratory | Dixon Information |

| Sample # | Sample Location/Comments | Results |
|---|---|---|
| DEA-01-89 | Off-white floor tile, mastic; SIARG Office | 8% C<br>>1% C |
| DEA-02-89 | Off-white floor tile, mastic; Evidence Vault | 8% C<br>>1% C |
| | | |
| | | |
| | | |
| | | |
| | | |

( rysotile Asbestos CR = Crocidolite Asbestos A = Amosite Asbestos A/T = Actinolite/Tremolite

# ASBESTOS ASSESSMENT FORM
## SURFACING MATERIAL

| Building Name | Building Address | Field Office | Building Number | Date | Asbestos Record |
|---|---|---|---|---|---|
| DEA Building & Lab | 402 - 410 West 35th St. National City, CA | 9PM- 12 | CA529322 | 8/22/89 | Yes [X] No [ ] |

**...ion in Building** Ceiling **Room #** ______

**What is above the area being evaluated:** Attic crawlspace

**Number of Occupants Affected:** 150

**Public Accessibility Per Day:** ______

**Type of Surfacing ACM:** Fireproofing [ ] Thermal Insulation [ ] Acoustical Plaster [X] Decorations [ ] Other ______

**Locations Specifics:** Office Area [X] Lobby [ ] Cafeteria [ ] Mechanical Area [ ] Conference Room [ ] Utility Closet [ ] Air Shaft [ ] Hallway [X] Garage [ ] Other ______

**Ceiling Height** 9 ft

**Ceiling Shape:** Flat [X] Folded Plate [ ] Dome [ ] Barrel [ ] Other ______

**Coating Debris on Floor/ Furniture/Work Surfaces:** Yes [ ] No [X]

**Is Coating Subject to Disturbance by Curtains, Expandable Partitions, etc.** Yes [ ] No [X]

**Coated Surface:** Ceiling [X] Wall [ ] Structural Member [ ]

**Sprinkler Installed:** Yes [X] No [ ] Will be [ ]

**Amount of ACM** 12,000 sq ft

**Description of Coating:** Fibrous [X] Concrete-like [ ] Granular/Cementitious [ ]

**Thickness of ACM** 1/4-1/2 inches

**Is Thickness Uniform?** Yes [ ] No [X]

**Type of Lighting:** Surface Mounted [X] Suspended [ ] Recessed [ ]

**Type of Coated Wall:** Not Coated [X] Masonry [ ] Wall Board [ ] Smooth Concrete [ ] Rough Concrete [ ] Other ______

**Type of Coated Ceiling:** 3-Coat Plaster [ ] Tile [ ] Steel Beam or Bar Joists [ ] Concrete [ ] Suspended Metal Lath [ ] Concrete Joists/Beams [ ] Corrugated Steel [ ] Suspended Lay-In Panels [X] Metal Deck [ ] Other Plaster board

## ASBESTOS ALGORITHM

**Assessment #** 24

**Group Rating** E

**Physical Damage:** Major [ ] (5) Minor [X] (2) None [ ] (0)

**Water Damage:** Major [ ] (2) Minor [X] (1) None [ ] (0)

**Exposed Surface Area:** >10% [X] (4) ≤10% [ ] (1) Not Exposed [ ] (0)

**Accessibility:** Accessible [X] (4) Rarely [ ] (1) Not [ ] (0)

**Type of Asbestos:** Amosite [ ] Crocidolite [ ] Chrysotile [X] Actinolite/Tremolite [ ]

**Activity/Mvmt:** High [ ] (2) Moderate [X] (1) Low [ ] (0)

**Air Plenum:** Yes [ ] (1) No [X] (0)

**Friability:** High [ ] (3) Moderate [X] (2) Low [ ] (1)

**Asbestos Content:** >30% [ ] (3) >10-30% [ ] (2) 1-10% [X] (1) 0-≤1% [ ] (0)

**RECOMMENDATIONS:**

Special O/M Program: Yes [X] No [ ]

Visual Inspection: Annually [X] Quarterly [ ] Monthly [ ]

| | Immediately | During Planned Alterations | Sooner |
|---|---|---|---|
| Cleaning & Repair | | | |
| Removal | | X | |
| Encapsulation | | | |
| Enclosure | | | |

**Comments:**

The textured ceiling material has minor damage in the administration office and evidence vaults. Tenant agency was unaware that this material contained asbestos. A major renovation was in progress at the time of inspection. Portions of this ceiling reportedly were removed by the general contractor without using asbestos abatement techniques. Air monitoring is strongly recommended for this lease space.

[signature] CIH

Assessor/Title

Deborah Dunkle

...inted Name

Industrial Health Incorporated
640 E Wilmington Ave
Salt Lake City, UT 84106
801-466-2223

WILLARD C. DIXON

**DIXON INFORMATION INC.**
MICROSCOPY, ASBESTOS ANALYSIS & CONSULTING
A.I.H.A. ACCREDITED LABORATORY #317
NVLAP CODE 1012

August 14, 1989 3:18pm

Ms. Deborah Dunkle
Industrial Health Incorporated
640 East Wilmington
Salt Lake City, Utah 84106

Ref: Batch #8648, Lab Y4777-Y4778
Received 8-14-89
DEA Bldg., National City, CA.
89-204 FS

Dear Ms. Dunkle:

Samples Y4777 through Y4778 have been analyzed by visual estimation based on optical microscopy including phase contrast, polarized light, dispersion staining, and stereo microscopy. This report relates only to the items tested. This report must not be used to claim product endorsement by the NVLAP, the National Institute of Standards and Technology, or any agency of the U. S. Government. The results of analysis for Industrial Health Incorporated are as follows:

Lab Y4777, Field DEA-01-89
This is 8% chrysotile asbestos in an of-white plastic and limestone tile. Chrysotile asbestos is more than 1% in the tar mastic.

Lab Y4778, Field DEA-02-89
This is 8% chrysotile asbestos in an off-white plastic and limestone tile with black paint on one side and black tar with more than 1% chrysotile asbestos on the other side.

Very truly yours,

Willard C. Dixon

Willard C. Dixon

Analyst:

WILLARD C. DIXON

DIXON INFORMATION INC.
MICROSCOPY, ASBESTOS ANALYSIS & CONSULTING
A.I.H.A. ACCREDITED LABORATORY #317
NVLAP CODE 1012

August 23, 1989 9:47am

Ms. Deborah Dunkle
Industrial Health Incorporated
640 East Wilmington
Salt Lake City, Utah 84106

Ref: Batch #8804, Lab Y5311-Y5317
Received 8-23-89
DEA CA 5293ZZ
89-204 FS

Dear Ms. Dunkle:

Samples Y5311 through Y5317 have been analyzed by visual estimation based on optical microscopy including phase contrast, polarized light, dispersion staining, and stereo microscopy. This report relates only to the items tested. This report must not be used to claim product endorsement by the NVLAP, the National Institute of Standards and Technology, or any agency of the U. S. Government. The results of analysis for Industrial Health Incorporated are as follows:

Lab Y5311, Field DEA-TCM 2
This is 6% chrysotile asbestos in white foam plastic and plaster.

Lab Y5312, Field DEA-TCM 4
This is 6% chrysotile asbestos in white foam plastic and plaster.

Lab Y5313, Field DEA-TCM 5
This is 6% chrysotile asbestos in white foam plastic and plaster.

Lab Y5314, Field DEA-TCM 6
This is 5% chrysotile asbestos in white foam plastic and plaster.

Lab Y5315, Field DEA-TCM 9
This is 8% chrysotile asbestos in white foam plastic and plaster.

Lab Y5316, Field DEA-TCM 10
This is 6% chrysotile asbestos in white foam plastic and plaster.

78 WEST 2400 SO KE CITY, UTAH 84115
(801) 466-0600

Batch #8804
Lab Y5311-Y5317
Page 2

<u>Lab Y5317, Field DEA-TCM 12</u>
This is 6% chrysotile asbestos in white foam plastic and plaster.

Very truly yours,

Willard C. Dixon

Willard C. Dixon

Analyst: Marilyn Deem

# BUILDING DESCRIPTION FORM
## GENERAL SERVICES ADMINISTRATION
## REGION 9
## SAFETY & ENVIRONMENTAL BRANCH

BUILDING NAME: DEA Building

ADDRESS: 402 W. 35th Street, National City, CA

BUILDING NUMBER: CA5293ZZ

DATE: 8/8/89 FIELD OFFICE: 9P-1M2

1. BUILDING AGE OR YEAR BUILT: 1976

2. CONSTRUCTION TYPE:
   - X WOOD FRAME
   - X MASONRY BLOCK
   - ___ REINFORCED CONCRETE
   - ___ STRUCTURAL STEEL
   - OTHER (SPECIFY): Tilt-up concrete
   - UBC TYPE ______ (I,II,III,ETC)

3. NUMBER OF STORIES:
   - 1 ABOVE GRADE
   - ___ BELOW GRADE

4. ROOF CONSTRUCTION:
   - ___ COMPOSITION
   - X BUILT-UP
   - OTHER (SPECIFY): ______

5. FLOOR CONSTRUCTION: Cement slab

6. WALL CONSTRUCTION:
   - EXTERIOR: Cement - 6"
   - INTERIOR: Drywall

7. GENERAL INFORMATION:
   - A. GROSS AREA PER FLOOR: ______ SQUARE FEET
   - B. FLOORS LEASED: 1
   - C. TOTAL SQUARE FOOTAGE LEASED: 34,832 SQUARE FEET
   - D. TYPE OF OCCUPANCIES: Office, laboratory

8. UNIQUE FEATURES (ATRIUMS, SPLIT LEVEL LOTS, EXTERIOR STAIRS, ETC.):

______

______

9. BUILDING LOCATION:
   - ___ URBAN COMMERCIAL:
   - X LIGHT INDUSTRIAL:
   - ___ RESIDENTIAL:
   - ___ RURAL:
   - OTHER (SPECIFY): ______

GENERAL
CONTRACTORS
11750
SORRENTO
VALLEY RD
SAN DIEGO
CA 92121-1085
(619) 481-7700
FAX (619) 481-7436
LICENSE # 393683

February 6, 1990

Mr. Tyler Miller
COLLINS DEVELOPMENT COMPANY
11750 Sorrento Valley Road
San Diego, CA 92121

Re: DEA Lab T.I.
402 West 35th Street
National City, Ca.
CGC Job #90-101

Dear Tyler:

After having several meetings at the above mentioned facility and having reviewed the work to be done within the facility, please find attached, a cost breakdown showing the anticipated expenses.

The main effort being considered in the above mentioned work is the need to repair the existing vinyl flooring and detour any further damage caused by moisture reacting with the lime and calcium in the sub-floor.

During my review of the facility, it was also brought to my attention that there is the possibility of asbestos in the vinyl floor tile. With this in mind, I have taken time to have a sample of the floor tile, as well as the tile mastic, tested for asbestos. The test results show 2% Chrysotile asbestos in only the mastic. I have also presented the same test results to the DEA lab director, Dr. Jerry Nelson.

Having discussed the various methods of removing the tile and mastic in its entirety, Dr. Nelson, Robert Zolezzi and I all agree that removal would "greatly impact" the lab's daily operations. We all feel that the existing vinyl floor should be left alone, prepared for an "overlay" type installation, and a new vinyl floor be "overlaid" on the existing. Through our efforts during the "preparation" part of the overlay, we propose removing, through a controlled asbestos abatement procedure, only the most severely damaged tile areas. The end result should leave you with a long lasting and durable floor.

DEA Lab
2/6/90 Pg. 2

I would also like to mention that the asbestos, as it exists, is in a safe "non-friable" state and is considered a "non-hazard".

In summary, our "overlay" installation is the quickest method that will have the least amount of impact on the lab's daily operation. If you have any questions or comments, please feel free to call me.

Sincerely,

COLLINS GENERAL CONTRACTORS

Jim Hughes
Project Manager

JH/bw

cc: File COTD
Field
R. Zolezzi
R. Petersen

FILE: DEA LAB
JOB#: '90-101

2/6/90

DEA LAB TI
CONSTRUCTION COST BREAKDOWNS

| | BUILDING | |
|---|---|---|
| ACOUSTICAL | $2,875 | |
| CARPETING | $9,120 | |
| CAULKING | $850 | |
| FINAL CLEAN/FLOOR WAX | $2,975 | |
| DEMOLITION | $1,141 | |
| DRAPES/BLINDS | $1,175 | |
| DRYWALL | $5,300 | |
| ELECTRICAL WORK | $1,700 | |
| GENERAL CONDITIONS | $5,000 | |
| LIABILITY INSURANCE ( 0.9% ) | $1,004 | |
| MISC. LABOR & MATERIAL | $14,000 | |
| PAINTING | $11,000 | |
| RESILIENT FLOORING | $24,000 | |
| SPECIAL ITEMS: | $0 | |
| ASBESTOS REMOVAL | $9,150 | |
| CABINET TOEKICK CORNERS | $1,000 | |
| WASH ACOUSTIC CEIL | $4,034 | |
| SUPERVISION | $15,000 | |
| SUBTOTAL | $109,314 | |
| CONTINGENCY | $2,186 | |
| SUBTOTAL | $111,501 | |
| OVERHEAD & PROFIT (10%) | $11,150 | |
| TOTAL | $122,651 | |
| GRAND TOTAL | | $122,651 |

Clarifications and Stipulations:

1) Architectural & Engineering Fees are N.I.C.
2) Permits and Utility fees of any kind are N.I.C.
3) Builders Risk Insurance is N.I.C
4) Misc. L&M includes: continious clean-up; dust curtains; moving and protection of misc. equipment.
5) All work to be done during normal business hours.

RECEIVED JAN 2 2 1990 COLLINS

# Design For Health, Inc.

1516 W. Redwood, Suite 104
San Diego, CA 92101
(619) 291-1777

## BULK SAMPLE ANALYSIS REPORT

CLIENT: Collins General Contrators
11750 Sorrento Valley Road
San Diego, CA

ANALYSIS REQUEST: Two bulk samples submitted for analysis of asbestos material

ANALYTICAL METHODOLOGY: Polarized Light Microscopy/Dispersion Staining
EPA Method 600/M4-82-020

****************************** RESULTS ******************************

| Lab Date | Lab I.D. # | Sample Description | Asbestos Type | % |
|---|---|---|---|---|
| | | JIM HUGHES | | |
| 1-16-90 | 28481 | Tile | Chrysotile | ND |
| | | | Amphibole | ND |
| 1-16-90 | 28482 | Tile mastic | Chrysotile | 2 % |
| | | | Amphibole | ND |

ND = no asbestos detected, method of limit detection is 1% .

Amphibole asbestos includes amosite, crocidolite, anthophylite, tremolite, and actinolite.

This test report relates only to the items tested.

NOTE: Tile, vinyl, foam, plastic and fine powder samples may contain asbestos fibers of such small dimensions that fibers may not be detected by PLM. If greater certainty is required, more sensitive analytical methods such as X-Ray Diffraction, Transmission Electron Microscopy, and Scanning Electron Microscopy are recommended.

Design For Health, Inc. appreciates the opportunity to provide these services.

Sincerely,

Kabir Shefa

Kabir Shefa
Director of Technical Services

FEB 0 9 1990

Mr. Robert E. Zolezzi
Collins Development Company
11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121-1085

Re: DEA Southwest Regional Lab
Lease No. GS-09B-86764
402 West 35th St.,
National City, Ca.

Dear Mr. Zolezzi:

Thank you for your letter explanation and findings regarding the DEA Laboratory tile floor. Our Environmental Safety branch concurs with your recommendation for a VCT "overlay" installation, removing only those existing damaged tiles, through controlled asbestos abatement procedures.

This letter is forwarded to provide contracting officer authorization to Collins-National, lessor for subject lease, to proceed with the renovation. Please commence work on those previously deferred but remaining required improvements specified in paragraph 6 of subject lease. The carpet and tile samples provided all meet GSA specifications.

Lease paragraph 6 stipulates that the improvements are to be completed at no cost to the Government within 90 days of this notification. Please advise when this work has been completed and an acceptance inspection will be scheduled.

Should you require additional information or clarification in this regard, you may coordinate with Doug Wierenga at 415 744 5621.

Sincerely,

BKD 2/9

/s/ Barry K. Dauphinee
Barry K. Dauphinee
Contracting Officer
Real Estate Division
Public Buildings Service

DWT

cc: 9PESD Reading/O...
9PESD:WIER:dw:2

GSA

**General Services Administration**
San Diego Property Management Office, 9PDS
880 Front Street, Suite 4236
San Diego, CA 92101-8843
*619/557-6640*

Taking the Lead 9 GSA

December 11, 2000

Ms. Berlinda Bubis
Collins Development Company
11750 Sorrento Valley Road
San Diego, CA 92121

Dear Ms. Bubis,

This letter is in reference to the Drug Enforcement Administration (DEA) Southwest Laboratory, located at 410 West 35th Street, National City, California. As you are aware, there are issues with two laboratory evidence vaults that contain asbestos. The identified asbestos is noted in ceiling texture, which was over sprayed onto ductwork and piping as well as loose particles noted on shelving units.

Based on the enclosed, Asbestos Investigation Report performed by the United States Health and Human Services, located in Dallas, Texas there were unacceptable levels of asbestos noted at the above location.

General Services Administration (GSA) requests your immediate attention in rectifying this condition. Please respond with your asbestos abatement plan with time schedule in accordance with lease provision # 81. SAFETY, Air contaminant levels / Asbestos.

If you have any questions regarding this matter, please contact Tim Cashman, Property Manager at (619) 557-6516.

Sincerely,

Peter J. Watson
General Services Administration
Field Office Manager