DEPARTMENT OF HEALTH & HUMAN SERVICES
HEALTH RESOURCES & SERVICES ADMINISTRATION
PUBLIC HEALTH SERVICE

BUREAU OF PRIMARY HEALTH CARE

Federal Occupational Health
1301 Young Street, Suite 772
Dallas, Texas 75202
PHONE: (214) 767-3577
FAX: (214) 767-0002

U.S. PUBLIC HEALTH SERVICE
Federal Occupational Health
Dallas Field Office
1301 Young Street, Suite 772
Dallas, Texas 75202

# ASBESTOS INVESTIGATION
at
Drug Enforcement Administration
Southwest Laboratory
410 West 35th Street
National City, CA 91950

October 12, 2000

for

DEA/HPMH
Washington D.C.

U.S. Public Health Service
Federal Occupational Health
Date Submitted Oct 25, 2000
By Scott W. Fontenarosa

# I. EXECUTIVE SUMMARY

The Drug Enforcement Administration, Southwest Laboratory, Vault 1 and 2, located at 410 West 35th Street, National City, California, were inspected and tested for the presence of Asbestos Containing Materials (ACM) and airborne asbestos fibers.

The asbestos inspection scope of work included the visual examination, quantification, and analysis of suspected asbestos-containing ceiling texture located in vault 1 and 2, as well as the collection and analysis of air samples for asbestos fibers.

A total of eight bulk samples of suspect asbestos ceiling texture were collected during the asbestos inspection and submitted for laboratory analysis of asbestos content by polarized light microscopy (PLM). Two of these samples were reanalyzed by PLM using the Point Count method. Additionally, two samples were reanalyzed by transmission electron microscopy (TEM) using the Chatfield method. Laboratory results show the ceiling texture to contain chrysotile asbestos well above one percent.

The asbestos ceiling texture located on the ceiling in vault 1 and 2 was found to be in good condition. Asbestos ceiling texture "over-spray" found on ductwork and piping mainly in vault 1 was found friable and damaged. Loose asbestos ceiling texture debris was found on shelving in vault 1. Apparently the texture is being knocked of the ducts and piping by DEA employees placing and removing evidence boxes from the shelving.

A total of four baseline air samples were collected during the asbestos inspection and submitted for laboratory analysis of asbestos content by phase contrast microscopy (PCM) and transmission electron microscopy (TEM). Baseline air sample results were below the current OHSA permissible exposure level (PEL). Two PCM air sample results were slightly above the EPA clearance level of 0.01fibers/c; however, confirmation analysis by TEM showed these air samples to be below the AHERA clearance level of 70 structures per square millimeter.

**Recommendations:**

The asbestos containing ceiling texture which was "over sprayed" onto ductwork and piping in vault 1 should be removed. The shelving should be cleaned using HEPA vacuuming and wet method techniques to remove the "loose" ceiling texture debris. Evidence boxes should be inspected for asbestos contamination and cleaned if necessary. PLM wipe sample analysis can be used to check for contamination or confirm decontamination. The remaining asbestos containing ceiling texture, including material found in vault 2, should be placed in an Operations and Maintenance program until a change in condition or renovation activities require removal. The Operations and Maintenance program should include periodic air sampling and material condition reassessment as well as procedures to follow upon accidental disturbance. There should be a two-foot clearance between the ceiling and evidence boxes to prevent accidental asbestos disturbance and to comply with fire safety codes. Employees who have access to vault1 should have asbestos awareness training.

## II. INTRODUCTION

The Drug Enforcement Administration, Southwest Laboratory, Vault 1 and 2, located at 410 West 35th Street, National City, California, was inspected for asbestos. A visual inspection, air, and bulk sampling was conducted by an accredited AHERA inspector on October 12, 2000. This work was performed by US Public Health Service, Federal Occupational Health (FOH) representative Scott W. Fontenarosa in accordance with an agreement between the DEA/HPMH and FOH.

The Southwest Laboratory vault 1 has a total area of approximately 2250 square feet. It is a controlled, limited-access area, used to store boxes containing evidence seized by the DEA. The evidence boxes are stored on open shelving. The masonry ceiling is sprayed with white ceiling texture. Supply ductwork, electrical conduit, and sprinkler system piping near the ceiling are "over-sprayed " with the ceiling texture. Ceiling texture debris was found on top of shelving. Storage boxes were found in contact with the texture. Vault 2 has a total area of approximately 1620 square feet. It is also a controlled, limited-access area, used to store boxes containing evidence seized by the DEA. Vault 2 differs from vault 1, in that there is a single center two-foot wide shelve in this vault. No ceiling texture debris was observed on this shelving. No ceiling texture "over-spray" was observed on ductwork. Electrical conduit and sprinkler system piping was observed to be covered with ceiling texture but it is in good condition. No boxes were stored in contact with the ceiling texture.

## III. METHODS

The purpose of the inspection was to determine if ceiling texture in vault 1 and 2 contained regulated asbestos, and if so, what was the present exposure level to employees. The inspection of the vaults was performed according to 40 CFR Part 763 Asbestos Hazard Emergency Response Act-AHERA protocol. The inspection was also conducted to comply with all other salient federal standards and regulations including Occupational Safety and Health Administration and Department of Transportation.

A partially destructive sampling method was implemented during the inspection. Sampling areas were repaired using white silicon caulk. It was determined that the ceiling texture was homogeneous. Four bulk samples were randomly collected from each vault. The inspection was based on state-of-the-science practices and current regulations in effect at the time of the inspection.

The methods used for bulk sample analysis comply with the guidelines established by EPA in its Method for the Determination of Asbestos in Bulk Building Materials (EPA-600/R-93-116).

Baseline Air Sampling was conducted and analyzed according to (NIOSH) 7400 Analytical Procedure (Issue 2, 8/15/94) and AHERA (40 CFR Part 763) protocol.

Air sampling was conducted by drawing a known volume of air through a filter using flow-controlled pumps that were each pre/post calibrated. Calibration was made by using a primary standard (Buck Primary Flow Calibrator) or a secondary standard (rotometer) which was

calibrated against a Buck Primary Flow Calibrator, with a representative sampler in line. The filter media used was 0.45-micron pore-size mixed cellulose ester filter with backup pad, mounted open-faced in a 25-millimeter non-conducting cassette. Each sample was collected at breathing zone height. A sufficient volume of air was collected to meet the required limit of quantification (LOQ) for PCM and TEM analysis as well as meet the optimum fiber loading on the filter.

The air sample locations inside the facility-included areas where suspect asbestos-containing materials were present, and/or where the air circulating through the facility's occupied areas could be sampled.

Samples collected were analyzed by PCM. This method outlines the procedure for using PCM to analyze air samples for particulate matter. All particles equal to or longer than 5 micrometers, and having a length-to-width ratio of 3:1 or greater, are counted as fibers. The field blank samples were analyzed by PCM and the results are reported in fibers per millimeter squared (f/mm$^2$). Fiber count results were blank corrected. The blank sample results have been subtracted from the reported fiber count results.

The air samples were then analyzed by Transmission Electron Microscopy (TEM) to conclusively identify and quantify any asbestos fibers present in the samples. TEM is definitive for the detection of asbestos fibers collected in the air samples.

## IV. RESULTS / FINDINGS

Bulk sample analysis by polarized light microscopy (PLM) showed the eight ceiling textures collected to contain chrysotile asbestos. Reanalysis of one sample from each vault by PLM Point Count method confirmed that the asbestos percentage was above one percent for both samples. Further analysis by transmission electron microscopy (TEM) using the Chatfield method also showed the texture in each vault to contain asbestos greater than one percent.

A total of four air samples were collected and analyzed by Phase Contrast Microscopy (PCM) and Transmission Electron Microscopy (TEM). One air sample inside each vault and one air sample in the hallway outside each vault was collected. Two field blank samples were also collected. Airborne fiber concentrations in samples analyzed by PCM ranged from 0.002 fibers per cubic centimeter (f/cc) to 0.013 f/cc. The TEM sample results showed no asbestos fibers per square millimeter of filter and no asbestos structures for three of the samples collected. The air sample collected from inside vault 1 showed 35.5 asbestos fibers per square millimeter of filter and 2 asbestos structures.

Detailed laboratory results can be found in the Appendix I.

## V. DISCUSSION AND RECOMMENDATIONS

The recommendations can be applied to two classifications: 1) abatement, or 2) managing in place through an Operations and Maintenance (O&M) Program. Abatement is generally accomplished by encapsulating the material, enclosing the material, encasing the ACM, or removing the material. Managing asbestos in place includes implementing, maintaining, and adhering to an O&M Program.

Although it is generally more cost effective for the short term to manage asbestos in place, the material should be documented, maintained and periodically inspected. This alternative can be an effective alternative, but the ACM remains in the building. Prior to demolition or renovation of a building, all friable and many non-friable ACM must be removed from the affected area.

Based upon the field investigation, the hazard assessment ranking tables in Appendix II, and analytical laboratory results of the identified suspect material, *the following actions are recommendations:*

**Ceiling Texture Vault 1**

The asbestos containing ceiling texture which was "over sprayed" onto ductwork and piping in vault 1 should be removed. The shelving should be cleaned using HEPA vacuuming and wet method techniques to remove the "loose" ceiling texture debris. Evidence boxes should be inspected for asbestos contamination and cleaned if necessary. PLM wipe sample analysis can be used to check for contamination or confirm decontamination. Certified asbestos-trained individuals should be used for these tasks. The remaining asbestos containing ceiling texture should be placed in an Operations and Maintenance program until renovation activities or change in condition requires removal. The Operations and Maintenance program should include periodic air sampling and material condition reassessment as well as procedures to follow upon accidental disturbance. There should be a two-foot clearance between the ceiling and evidence boxes to prevent accidental asbestos disturbance and to comply with fire safety codes. Employees who have access to vault 1 should have asbestos awareness training.

The abatement of the ceiling texture should be scheduled as soon as possible. If removal of the ceiling texture can not be scheduled in a timely manner, a secondary recommendation would be to enclose the duct and piping with 6 mil polyethylene sheeting and seal.

**Ceiling Texture Vault 2**

The asbestos containing ceiling texture in this room was found to be in good condition. There is minimal over-spray and no loose ceiling texture debris was found. This ceiling texture should be placed in an Operations and Maintenance program until renovation activities or change in condition requires removal.

**Air Sample Recommendations**

EPA-AHERA has TEM criteria of 70 structures per square millimeter for asbestos abatement clearance air monitoring. The clearance level using Phase Contrast Microscopy (PCM) is 0.01 fibers per cubic centimeter (f/cc). These criteria may be useful as a guideline for response actions.

OSHA has an 8-hour time–weighted-average (TWA) permissible exposure limit (PEL) standard of 0.01 f/cc.

The data collected during this survey indicates that the levels of airborne asbestos in this building are below the current, OSHA, EPA, and AHERA, criteria. No recommended action is required.

TEM air sampling should be used to evaluate asbestos airborne concentrations as part of the O&M program. TEM air samples should be collected if an asbestos fiber release is suspected.

## IV. REGULATIONS

Regulations regarding asbestos has been established by the Environmental Protection Agency (EPA), the Occupational Safety and Health Administration (OSHA), and state agencies. Regulations instituted by the EPA include the Worker Protection Rule (40 CFR 763 Subpart G), Asbestos Hazard Emergency Response Act (AHERA - 40 CFR Part 763 Subpart E), Asbestos Ban and Phase-out Rule (40 CFR 763 Subpart I), and the National Emission Standards for Hazardous Air Pollutants (NESHAP - 40 CFR Part 61). OSHA has also developed regulations for asbestos in 29 CFR 1910.1001 - General Industry Standard for Asbestos, the Construction Industry Standard for Asbestos (29 CFR 1926.1101) and the Respiratory Protection Standard (29 CFR 1910.134).

Under EPA's AHERA - 40 CFR Part 763, inspectors must be accredited by taking an approved inspector course. Inspectors visually inspect the area to identify the locations of suspect ACM, touch the material to determine friability, identify all homogeneous areas of friable and non-friable suspect ACM, and collect bulk samples to determine if materials are asbestos containing. Additionally, the inspector will quantify the amount and locations of the ACMs in the building. A homogeneous area is defined as a "material that is uniform in color and texture" (40 CFR Part 763). The EPA also regulates asbestos under NESHAP (40 CFR Part 61). Under NESHAP the EPA has established rules concerning the application, removal, and disposal of ACM. These standards involve the written notification of an EPA administrator at least 10 working days before starting the removal work.

EPA has published several guidance documents in which a recommended level of 0.010 f/cc is used as a clearance level. Under the Asbestos Hazard Emergency Response Act (AHERA) for public schools the work area clearance is 0.010 f/cc for PCM analysis and 70 structures/$mm^2$ for TEM analysis. This criteria may be useful as a guideline for response actions.

The NESHAP regulations apply to all friable ACM and Category I and II non-friable ACM that is subjected to sanding, grinding, cutting or abrading, present in a facility being demolished if at least 80 linear meter (m) (280 linear ft) on pipes or at least 15 $m^2$ (160 $ft^2$) on facility components or 1 $m^3$

(35 ft$^3$) of facility components. If there is less than this amount or no ACM in the facility, only notification procedures apply (40 CFR Part 61).

The OSHA General Industry Standard for Asbestos (29 CFR 1910.1001) established occupational exposure levels for employees to airborne asbestos fibers. The current OSHA asbestos standards includes a Permissible Exposure Limit (PEL) of 0.1 f/cc based on an 8-hour time weighted average (TWA). This is the maximum level of airborne asbestos, on average, that any one employee may be exposed to over an 8-hour period (normal work shift). Additionally, rules are set up for training, work practices, protective equipment, engineering methods, exposure monitoring, medical surveillance, etc. The OSHA Construction Standard for Asbestos (29 CFR 1926.1101) has set the same exposure limits.

Following State of California regulations can be referenced:

- California Code of Regulations, Title 8, Section 8358. Asbestos, Appendix F and K
- California Code of Regulations, Title 8, Section 1529. Asbestos, Appendix F and K
- California Code of Regulations, Title 8, Section 5208. Asbestos, Appendix J

# *APPENDIX I*

LABORATORY REPORT, CHAIN OF CUSTODY FORMS

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 17, 2000

LGN B0183996

Scott Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

Dear Mr. Fontenarosa:

Enclosed are the results of the analysis of 8 bulk materials from DEA SW Lab, submitted to the Division of Federal Occupational Health (DFOH) National Environmental Reference Laboratory (NERL) Asbestos/Fine Particle Analytical Division in Denver, Colorado, for asbestos analysis. These samples were received at NERL on October 16, 2000. The methods used for this evaluation involve stereo- and polarized-light microscopy (PLM) in compliance with guidelines established by EPA in its Method For The Determination Of Asbestos In Bulk Building Materials (EPA-600/R-93-116). The DFOH laboratory services are currently accredited for bulk asbestos analysis by the National Voluntary Laboratory Accreditation Program (NVLAP) of the National Institute of Standards and Technology (NIST). This report may not be used to claim product endorsement by NVLAP or other U.S. Government agency. **Our NVLAP laboratory code number is 101593-0.**

The results given, which pertain only to the materials submitted for testing, are listed in Table 1. Details of this report will not be issued to any person or agency not associated with you or DEA. The EPA method guidelines were developed for use in evaluating friable materials. Point-count reanalysis of materials is recommended to confirm trace or low-percentage PLM results. If you have questions regarding the content of this report, analytical procedures or methods, asbestos evaluation or abatement, please contact DFOH at (303) 236-3455 ext. 500, or NERL directly at (303) 236-9984/9985.

ANALYST

John Q. Gaddis
Microscopist

LABORATORY DIRECTOR

Bruce Hills, MS
Certified Industrial Hygienist

TABLE 1

DIVISION OF FEDERAL OCCUPATIONAL HEALTH

NERL/AFPAD POLARIZED LIGHT MICROSCOPY (PLM) BRANCH

LGN: B0183996

PROJECT I.D.: DEA SW Lab

REPORT DATE: October 17, 2000

NVLAP LAB CODE: 101593-0

| SAMPLE NUMBER | ASBESTOS PRESENT? | ---------Estimated % Composition----------- ASBESTIFORM MINERAL FIBERS | OTHER FIBROUS CONSTITUENTS | TOTAL % ASBESTOS |
|---|---|---|---|---|
| **DEA-01B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | **Chrysotile 4-6** | None | 4-6 |
| **DEA-02B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | **Chrysotile 4-6** | None | 4-6 |
| **DEA-03B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | **Chrysotile 4-6** | None | 4-6 |
| **DEA-04B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | **Chrysotile 4-6** | None | 4-6 |
| **DEA-05B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | **Chrysotile 4-6** | None | 4-6 |
| **DEA-06B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | **Chrysotile 2-3** | None | 2-3 |
| **DEA-07B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | **Chrysotile 3-5** | None | 3-5 |
| **DEA-08B:** **Insulation:** white, homogeneous, friable, nonfibrous | **YES** | 4-6 | None | 4-6 |

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 18, 2000

LGN B0184001

Scott W. Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

Dear Mr. Fontenarosa:

Enclosed are the results of the analysis of 2 bulk materials from DEA SW Lab, San Diego, CA, submitted to the Division of Federal Occupational Health (DFOH) National Environmental Reference Laboratory (NERL) Asbestos/Fine Particle Analytical Division in Denver, Colorado, for asbestos analysis. Analysis was requested by Doug Pickup on October 17, 2000, and analyzed and asbestos-quantified according to the point-count Method discussed in the Environmental Protection Agency Determination of Asbestos in Bulk Building Materials (EPA-600/R-93-116). The DFOH laboratory services are currently accredited for bulk asbestos analysis by the National Voluntary Laboratory Accreditation Program (NVLAP) of the National Institute of Standards and Technology (NIST). This report may not be used to claim product endorsement by NVLAP or other U.S. Government agency. **The NERL NVLAP laboratory code number is 101593-0.**

The results given, which pertain only to the materials submitted for testing, and to the portion of the sample analyzed following homogenation in accordance with the Method, are listed in Table 1. Details of this report will not be issued to any person or agency not associated with you or the Drug Enforcement Agency. If you have questions regarding the content of this report, analytical procedures or methods, asbestos evaluation or abatement, please contact DFOH at(303) 236-3455 ext. 500, or NERL directly at (303) 236-9984/9985.

ANALYST
Mark A. Steiner, MS
Geologist/Microscopist

LABORATORY DIRECTOR
Bruce Hills, MS
Certified Industrial Hygienist

TABLE 1

PLM ANALYSIS BY POINT-COUNTING

DIVISION OF FEDERAL OCCUPATIONAL HEALTH

NERL/AFPAD POLARIZED LIGHT MICROSCOPY (PLM) BRANCH

LGN: B0184001

PROJECT I.D.: DEA SW Lab, San Diego (National City), CA

REPORT DATE: October 17, 2000

NVLAP LAB CODE: 101593-0

| SAMPLE NUMBER | FIELDS ANALYZED | POINTS** COUNTED | ASBESTOS PERCENTAGE |
|---|---|---|---|
| **DEA-04B:** **Insulation:** white, friable, fibrous | **400** | **16** | **4.0 Chrysotile** |
| **DEA-05B:** **Insulation:** white, friable, fibrous | **400** | **11** | **2.8 Chrysotile** |

** ASBESTOS STRUCTURES ONLY.

ND - None Detected.

**Comments:** The sample was previously analyzed by polarized-light microscopy according to EPA-600/R-93-116 Method.

NATIONAL ENVIRONMENTAL REFERENCE LABORATORY

Public Health Service
Region VIII

303-236-3455
or 236-9984

# FOH ANALYTICAL REQUEST FORM

- STATUS: _____ REGULAR (7-10 work days) X RUSH! needed by ASAP

- POIS AGREEMENT #: PHSD8401 OJ 31185 TASK ORDER #: DEA-00-018
- PROJECT TITLE/BLDG NAME/BLDG LOCATION: DEA Lab, National City CA.

- AGENCY NAME: Drug Enforcement Agency CONTACT PERSON: S.W. Fonkeros
- ADDRESS: 1301 Young St. #772, Dallas TX 75202
- TELEPHONE #: ______ FAX #: (214) 767-0002

| REQUEST FOR ANALYSES | | | |
|---|---|---|---|
| SAMPLE ID NUMBER | * MEDIA TYPE | VOLUME (L) | ANALYSIS REQUESTED |
| DEA-04B | Bulk | — | PLM / Point Count |
| DEA-05B | ↓ | ↓ | ↓ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

COMMENTS:

PLM Results: 04B: CHRY 4-6
LGN 80183996 05B: CHRY 4-6

* Specify: Solid Sorbent Tube, i.e. Charcoal, Silica Gel, etc; Filter Type; Bulk Sample: Soil; Water; Other

- CHAIN OF CUSTODY (Signature and Date):

- RELINQUISHED BY: NERL TEM Archive 10/17/00 RECEIVED BY: [signature] 10/17/00
- RELINQUISHED BY: [signature] → ______ RECEIVED BY: NERL PLM Archive 10/18/00

LGN#: 80184001
(For Laboratory Use Only)

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 18, 2000

LGN T0181714

Scott W. Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

Dear Mr. Fontenarosa:

Enclosed are the results of the analysis of 2 bulk samples from DEA SW Lab, San Diego, CA, submitted for transmission electron microscopy (TEM) analysis. These samples were subject to the analytical electron microscopy (AEM) method for bulk asbestos analysis developed and tested by Dr. Eric Chatfield. Following sample homogenation and weighing, bulk material is placed into a muffle furnace for three hours at 500°C. to ash organic interferences. Following ashing and reweighing, dissolution of the residue in 10% HCl removes soluble inorganic interferences from the insoluble fraction which may contain asbestos. A 100-ml solution containing the insoluble residue is filtered, dried and reweighed, and a weight percentage of the original residue is determined. An aliquot of resuspended residue is drop-mounted onto an MCE filter secured to a clean microscope slide. After drying, the MCE filter is subject to the direct preparation method in like manner to the 40 CFR Part 763 (AHERA Regulations for airborne asbestos sample preparation).

During analysis, five grid fields totalling at least 0.0350 $mm^2$ are analyzed. Regulated asbestos types analyzed include chrysotile, grunerite (amosite), crocidolite, tremolite/actinolite and anthophyllite. Asbestos types are qualified by morphology, energy-dispersive spectroscopy (EDS) and selected-area electron diffraction (SAED). Based on a visual areal estimate of drop-mounted residue, a percentage of each asbestos type present may be calculated. The results given pertain only to that portion of the sample subject to preparation and analysis following physical homogenation.

Details of this report will not be issued to any person or agency not associated with you or Drug Enforcement Agency. Please call (303) 236-9984 if you have questions about this work.

TEM ANALYST
[signature]
Mark A. Steiner, MS
GEOLOGIST/MICROSCOPIST

LABORATORY DIRECTOR
[signature]
Bruce Hills, MS, CIH
REGIONAL IH MANAGER

# FINAL REPORT

## BULK ASBESTOS ANALYSIS BY ANALYTICAL ELECTRON MICROSCOPY

**Date** October 16, 2000

**LGN** T0181715

Agency Sample Number: **DEA-04B (Vault 2)**

Was Sample Sieved? **No**

Project: **DEA SE Lab, San Diego, CA**

**ASBESTOS CONTENT**

| **Type** | **Weight Percentage** |
|---|---|
| Chrysotile | **1.4** |
| Amosite | **ND** |
| Crocidolite | **ND** |
| Tremolite/Actinolite | **ND** |
| Anthophyllite | **ND** |
| **TOTAL ASBESTOS** | **1.4** |

**OTHER CONSTITUENTS**

| | |
|---|---|
| Organic Material | 7.0 |
| HCl-Soluble Inorganic Material | 59.3 |
| HCl-Insoluble Inorganic Material | 32.3 |
| **TOTAL OTHER CONSTITUENTS** | 98.6 |

**Comments:** The sample was previously analyzed by polarized-light microscopy according to EPA-600/R-93-116.

ND - None Detected.

**Analyst:** Mark A. Steiner [signature]
Mark A. Steiner

**Date:** 10/17/00

## BULK ASBESTOS ANALYSIS BY ANALYTICAL ELECTRON MICROSCOPY

**Date** October 16, 2000

**LGN** T0181714

Agency Sample Number: **DEA-05B (Vault 1)**

Was Sample Sieved? **No**

Project: **DEA SW Lab, San Diego, CA**

### ASBESTOS CONTENT

| Type | Weight Percentage |
|---|---|
| Chrysotile | 3.9 |
| Amosite | ND |
| Crocidolite | ND |
| Tremolite/Actinolite | ND |
| Anthophyllite | ND |
| **TOTAL ASBESTOS** | 3.9 |

### OTHER CONSTITUENTS

| | |
|---|---|
| Organic Material | 7.7 |
| HCl-Soluble Inorganic Material | 66.8 |
| HCl-Insoluble Inorganic Material | 21.6 |
| **TOTAL OTHER CONSTITUENTS** | 96.1 |

**Comments:** The sample was previously analyzed by polarized-light microscopy according to EPA-600/R-93-116.

ND - None Detected.

**Analyst:** [signature] Mark A. Steiner

**Date:** 10/17/00