U.S. Public Health Service
Federal Occupational Health National Environmental Laboratory
Building 25, room 1978, DPC
Denver, Colorado 80225 -0046
Phone: (303) 236-9984
Fax: (303) 236-3440

Mailing Address: In Care of USGS
M/S
PHS-NERL
Attention: Mark Steiner
P O. Box 25046
Denver Colorado 80225-0046

For Lab Use Only
Project #: T018 1714
Due Date: ASAP

Client Information: U.S. Public Health Service
Federal Occupational Health
1301 Young Street, Suite 772
Dallas, Texas 75202

Phone: (214) 767-3577
Fax: (214) 767-0002

Agency: DEA
POIS#: DEA-00P-010/ Task Order: DEA-00-018
PHS D8H00D33/185
Site: DEA SW LAB
410 W. 35th St
National City, CA
Zip Code: 91950

Send Results To: FOH DALLAS

Sampler(s): Scott Fontenarosa

Date: 10/12/00

Analysis Requested: PLM Asbestos
Point Count samples analyzed as trace asbestos
Analyze petroleum based samples by TEM if ND by PLM

| SAMPLE ID | SAMPLE LOCATION | LABORATORY ID# |
|---|---|---|
| DEA-01B | Vault 2, Southwest area Ceiling | |
| DEA-02B | Vault 2 southeast area Ceiling | |
| DEA-03B | Vault 2. north east area Ceiling | |
| DEA-04B | Vault 2 near north wall-Ceiling | 81714-01 |
| DEA-05B | Vault 1 southeast area ceiling | 81714-02 |
| DEA-06B | Vault 1 northeast area ceiling | |
| DEA-07B | Vault 1 Center area ceiling | |
| DEA-08B | Vault 1 Northwest area ceiling | |

Relinquished by: Scott W. Fontenarosa Date: 10/13/00 Rush ✓

Recei[illegible] M. Steiner Date: 10/16/00 Routine:

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 16, 2000

LGN P0182483

Scott W. Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

Dear Mr. Fontenarosa:

Attached are the results of the analysis of 6 airborne samples from DEA SW Lab, San Diego, CA, submitted to the Division of Federal Occupational Health (DFOH) National Environmental Reference Laboratory (NERL) in Denver, Colorado. These samples were received at this facility on October 16, 2000, and were analyzed in accordance with the National Institute for Occupational Safety and Health (NIOSH) 7400A analytical protocol (Version #4, 9/15/94). Results of these evaluations are listed in Table 1. Procedures for this analysis involve mounting a section of a mixed-cellulose ester (MCE) filter membrane onto a glass slide. The filter section is then dissolved through acetone vaporization and fixed with reagent triacetin and a glass cover slip. This process permits transparency of the filter medium through which collected material can be examined under a light microscope. Particulate matter and fibers collected are then sized and counted under phase contrast microscopy (PCM). A final airborne fiber concentration is then calculated for this evaluation and appropriate sample volume data. In accordance with NIOSH 7400 Method rules, fibers, for counting purposes, are classified as particulate matter, which has a length-to-width aspect ratio of at least 3 to 1. A minimum count of 7 fibers per square millimeter is used as the limit of detection. Fiber counting is performed at 400X with a special phase attachment for PCM.

If you have questions about the enclosed results, asbestos identification, evaluation and abatement, please contact the laboratory director's office at (303) 236-3455 ext. 500, or NERL directly at (303) 236-9984. If DFOH can be of additional assistance in the field of occupational safety and health, please let us know.

ANALYST

Mark A. Steiner

MARK A. STEINER, MS
Geologist/Microscopist

LABORATORY DIRECTOR

Bruce Hills

BRUCE HILLS, MS, CSP
Certified Industrial Hygienist

TABLE 1

AIRBORNE FIBER COUNT/NIOSH 7400 ANALYSIS

DIVISION OF FEDERAL OCCUPATIONAL HEALTH

PROJECT TITLE: Asbestos Air Sampling

SAMPLING SITE: DEA SW Lab, San Diego, CA

REPORT DATE: October 16, 2000

PCM LGN P0182483

| AGENCY I.D. | LOCATION | VOL (L) | FIBER COUNT | FIELD COUNT | *FIBER DENSITY | **FIBERS PER CC |
|---|---|---|---|---|---|---|
| DEA-01A | VAULT 2 SW | 1080 | 17 | 100 | 21.7 | 0.009 |
| DEA-02A | VAULT 2 WEST | 1470 | 35 | 100 | 44.6 | 0.012 |
| DEA-03A | HALL OUT VAU 2 | 1560 | 6 | 100 | 7.6 | 0.002 |
| DEA-04B | HALL OUT VAU 1 | 1020 | 27 | 100 | 34.4 | 0.013 |
| DEA-05B | FIELD BLANK | ---- | 0 | 100 | 0 | ----- |
| DEA-06B | LAB BLANK | ---- | 0 | 100 | 0 | ----- |

* FIBER DENSITY IS ROUNDED TO THE NEAREST FIRST DECIMAL PLACE: F/MM².

** IF E=((FIBERS/FIELDS-(BLANK FIBERS/BLANK FIELDS))/0.00785) IS LESS THAN 7 FIBERS/MM² (LOD), IT IS SET TO 7 FOR THE CALCULATION OF C=(E*385)/VOL*1000) AND A LESS-THAN SIGN (<) IS PLACED IN FRONT OF THE RESULT. THE RESULT IS THEN ROUNDED.

AIHA Lab ID 101543.

Comments:

# SAMPLE DATA SHEET

Agreement # DEA-00-P-010 / PHS D8H 00DJ31185
TASK # DEA-00-018

**P0182483**

U.S. Public Health Ser
Federal Occupational Hea.
National Environmental Reference Laboratory
1200 Main Tower Bldg. Rm. 1800, PHS-3
Dallas, Texas 75202
(214) 767-3577 (214) 767-0002 Fax

**Client:** Drug Enforcement Administration **Project:** DEA SW LAB **Date:** 10/12/00

**Contact:** Bill Phillips / Marvin Lowe **Address:** 410 W. 35th ST. (National City) **Sampler:** Scott Fontinarosa
**Phone:** (619) 498-0005 **State:** San Diego CA **Zip:** 91950 **Media Type:** MCE 0.45 µm

| SAMPLE NUMBER | PUMP NUMBER | CALIBRATION PRE | CALIBRATION POST | AVG LPM | TIME START | TIME STOP | TOTAL TIME | VOLUME LITERS | FLOOR | SAMPLE LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| DEA-01A | 2099 | 12.5 | 11.5 | 12.0 | 0910 | 1040 | 90 | 1080 | 1 | Vault 2, Southwest area |
| DEA-02A | 2100 | 12.5 | 12.0 | 12.25 | 0930 | 1130 | 120 | 1470 | 1 | Vault 1 West area |
| 03A | 2099 | 12.0 | 12.0 | 12.0 | 1050 | 1300 | 130 | 1560 | 1 | Hallway outside vault 2 |
| 04B | 2100 | 12.0 | 12.0 | 12.0 | 1140 | 1305 | 85 | 1020 | 1 | Hallway outside vault 1 |
| 05B | NA | → | | | | | | | 1 | Field Blank |
| DEA-06B | NA | → | | | | | | | | LAB Blank |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

44

**Released to lab by:** [signature] **Date:** 10/12/00 **Page** 1 **of** 1

**Recieved in lab by:** [signature] **Date:** 10/16/00 **Report No.** ______

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 17, 2000

Scott W. Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

RE: TEM LGN T0181710

Dear Mr. Fontenarosa:

Enclosed are the results of the analysis of 4 air samples from DEA SW Lab, San Diego, CA, submitted to the National Environmental Reference Laboratory Asbestos/Fine Particle Analytical Division in Denver, CO, for transmission electron microscopy (TEM) analysis. The samples were received at this facility October 16, 2000, and were analyzed according to AHERA (40 CFR Part 763) protocol. The TEM results, which pertain only to those materials submitted for testing, are summarized in the enclosed report.

Details of this report are not discussed with any person or agency not associated with you or the Drug Enforcement Agency. This report may not be used to claim product endorsement by the National Voluntary Laboratory Accreditation Program (NVLAP) of the National Institute of Standards and Technology (NIST) or other U.S. Government agency.

Please call (303) 236-9984 if you have questions about this work, or other analytical services.

TEM ANALYST

Mark A. Steiner, M.S.
GEOLOGIST/MICROSCOPIST

LABORATORY DIRECTOR

Bruce Hills, M.S., C.S.P.
CERTIFIED INDUSTRIAL HYGIENIST

**NVLAP Lab Code 101593 00**

# NERL/AFPAD TRANSMISSION ELECTRON MICROSCOPY BRANCH

## AIRBORNE ASBESTOS ANALYSIS RESULTS

AGENCY: Drug Enforcement Agency
PROJECT I.D.: DEA-00-018/DEA SW Lab, San Diego, CA

LGN: T0181710
Page 1 of 3

**Sample Description**

| Sample Number | Sample Date | Description/Location/PCM LGN | |
|---|---|---|---|
| DEA-01A | 10/13/00 | Vault 2, Southwest Area | 2483 |
| DEA-02A | 10/13/00 | Vault 1, West Area | 2483 |
| DEA-03A | 10/13/00 | Hallway Outside Vault 2 | 2483 |
| DEA-04B | 10/13/00 | Hallway Outside Vault 1 | 2483 |
| DEA-05B | 10/13/00 | Field Blank, Not Analyzed | |
| DEA-06B | 10/13/00 | Lab Blank, Not Analyzed | |

---

**Results of TEM Analysis**

| Sample Number | Volume (liters) | Particulate Loading | # Asbestos Structures | Asbestos /sq. mm | Asbestos /cc |
|---|---|---|---|---|---|
| DEA-01A | 1080.0 | L | ND | 0 | <0.0047 |
| DEA-02A | 1470.0 | L | 2 | 35.5 | 0.0093 |
| DEA-03A | 1560.0 | L | ND | 0 | <0.0044 |
| DEA-04B | 1020.0 | L | ND | 0 | <0.0050 |

ND - None Detected. L - Light.

Comments: The AHERA clearance value is 70 asbestos structures/mm². The samples were previously analyzed by phase-contrast microscopy according to NIOSH 7400 protocol.

Analyst: [signature]
Mark A. Steiner

Date: 10/16/00

AGENCY: Drug Enforcement Agency
PROJECT I.D.: DEA-00-018/DEA SW Lab, San Diego, CA

LGN: T0181710


Sample #: DEA-01A
Total Area Analyzed: 0.0752 sq. mm

Type of Analysis: AHERA
Analytical Sensitivity: 0.0047 s/cc

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|
| None | 0 | | 0 | 0 |

Comments:

---

Sample #: DEA-01A
Total Area Analyzed: 0.0564 sq. mm

Type of Analysis: AHERA
Analytical Sensitivity: 0.0046 s/cc

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|
| Chrysotile | Matrix | 0 | 0 | 2 |

Comments:

---

Sample #:
Total Area Analyzed:

Type of Analysis:
Analytical Sensitivity:

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|

Comments:

---

Analyst: [signature]
Mark A. Steiner

Date: 10/16/00

AGENCY: Drug Enforcement Agency
PROJECT I.D.: DEA-00-018/DEA SW Lab, San Diego, CA

LGN: T0181710
Page 3 of 3

Sample #: DEA-01A
Total Area Analyzed: 0.0564 sq. mm

Type of Analysis: AHERA
Analytical Sensitivity: 0.0044 s/cc

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|
| None | 0 | | 0 | 0 |

Comments:

---

Sample #: DEA-04B
Total Area Analyzed: 0.0752 sq. mm

Type of Analysis: AHERA
Analytical Sensitivity: 0.0050 s/cc

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|
| None | 0 | | 0 | 0 |

Comments:

---

Sample #:
Total Area Analyzed:

Type of Analysis:
Analytical Sensitivity:

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|

Comments:

---

Analyst: [signature]
Mark A. Steiner

Date: 10/16/00

# SAMPLE DATA SHEET

Agreement # DEA-00-P-010 / PHS D8H00DJ31185
TASK # DEA-00-018

T018171O

U.S. Public Health Service
Federal Occupational Health
National Environmental Reference Laborator
1200 Main Tower Bldg. Rm. 1800, PHS-3
Dallas, Texas 75202
(214) 767-3577 (214) 767-0002 Fax

Client: Drug Enforcement Administration
Contact: Bill Phillips / Marion Lowe
Phone: (619) 498-0005

Project: DEA SW LAB
Address: 410 W. 35th ST. (National City)
State: San Diego CA Zip: 91950

Date: 10/12/00
Sampler: Scott Fontanarosa
Media Type: MCE 0.45 µm

| SAMPLE NUMBER | PUMP NUMBER | CALIBRATION PRE | CALIBRATION POST | AVG LPM | TIME START | TIME STOP | TOTAL TIME | VOLUME LITERS | FLOOR | SAMPLE LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| DEA-01A | 2099 | 12.5 | 11.5 | 12.0 | 0910 | 1040 | 90 | 1080 | 1 | Vault 2, Southwest area |
| DEA-02A | 2100 | 12.5 | 12.0 | 12.25 | 0930 | 1130 | 120 | 1470 | 1 | Vault 1 West area |
| DEA-03A | 2099 | 12.0 | 12.0 | 12.0 | 1050 | 1300 | 130 | 1560 | 1 | Hallway outside Vault 2 |
| DEA-04B | 2100 | 12.0 | 12.0 | 12.0 | 1140 | 1305 | 85 | 1020 | 1 | Hallway outside Vault 1 |
| DEA-05B | NA | → | | | | | | | 1 | Field Blank |
| DEA-06B | NA | → | | | | | | | | LAB Blank |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Released to lab by: [signature] Date: 10/13/00

Received in lab by: [signature] Date: 10/16/00

Page 1 of 1

Report No. ______

# *APPENDIX II*

## PHOTOGRAPHS



**Vault 1-** Asbestos containing ceiling texture, friable, 2250 square feet.
Good condition on ceiling. Damaged condition on piping and duct.



Asbestos Investigation
Drug Enforcement Administration
Southwest Laboratory Vault 1&2
410 West 35th Street
National City, CA 91950

October 12, 2000



**Vault 1-** Asbestos containing ceiling texture, debris on shelving and over-spray on ductwork.





**Vault 1-** Asbestos containing ceiling texture, over-spray on ductwork.



**Vault 2-** Asbestos containing ceiling texture, Good condition. 1620 square feet.
South side of vault



Vault 2- Asbestos containing ceiling texture, Good condition. 1620 square feet.
South side of vault 2



Vault 2- Asbestos containing ceiling texture, Good condition. 1620 square feet.
North side of va

# *APPENDIX III*

## LABORATORY & PERSONNAL CERTIFICATIONS

United States Department of Commerce
National Institute of Standards and Technology

# NVLAP®

O/IEC GUIDE 25:1990
O 9002:1987

## Certificate of Accreditation

DEPARTMENT OF COMMERCE ★ UNITED STATES OF AMERICA ★

**NATIONAL ENVIRONMENTAL REFERENCE LABORATORY**
DENVER, CO

*is recognized under the National Voluntary Laboratory Accreditation Program for satisfactory compliance with criteria established in Title 15, Part 285 Code of Federal Regulations. These criteria encompass the requirements of ISO/IEC Guide 25 and the relevant requirements of ISO 9002 (ANSI/ASQC Q92-1987) as suppliers of calibration or test results. Accreditation is awarded for specific services, listed on the Scope of Accreditation for:*

**BULK ASBESTOS FIBER ANALYSIS**

March 31, 2001
*Effective through*

David F. Alderman
*For the National Institute of Standards and Technology*

NVLAP Lab Code: 101593-0



NVLAP-01C (11-95)

# GEBCO ASSOCIATES

in cooperation with

THE UNIVERSITY OF NORTH TEXAS

certifies that

## Scott W. Fontenarosa

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

has successfully completed and passed the exam given on the final day for the Environmental Training Program entitled

## Asbestos Inspector Refresher Course

Conducted at Hurst, Texas on January 26, 2000

This is an EPA fully approved course for purpose of accreditation under Section 206 of TSCA, Title II.

GEBCO

President

Instructor

Date of issue: 01/26/00

Certificate Number: 00012

Certificate expires: 01/26/2001

GEBCO's Training Programs are provided in cooperation with federal and state regulatory agencies, and fulfill all applicable requirements for accreditation.
GEBCO is licensed for Asbestos Training under the Texas Asbestos Health Protection Rules.

GEBCO Associates, Inc. • 669 Airport Freeway, Suite 210 • Hurst, TX 76053 • (817) 268-4006

AIR

# GEBCO ASSOCIATES

in cooperation with

THE UNIVERSITY OF NORTH TEXAS

certifies that

## Scott W. Fontenarosa

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

has successfully completed and passed the exam given on the final day for the Environmental Training Program entitled

## Asbestos Management Planner Refresher

Conducted at Hurst, Texas on January 26, 2000

This is an EPA fully approved course for purpose of accreditation under Section 206 of TSCA, Title II. It covers topics listed in the NESHAP training requirement of 40 CFR, Part 61, subpart M.

GEBCO

President

Instructor

Date of issue: 01/26/00

Certificate Number: 00009

Certificate expires: 01/26/2001

1.6 Continuing Education units

GEBCO's Training Programs are provided in cooperation with federal and state regulatory agencies, and fulfill all applicable requirements for accreditation.

GEBCO is licensed for Asbestos Training under the Texas Asbestos Health Protection Rules.

GEBCO Associates, Inc. * 669 Airport Freeway, Suite 210 * Hurst, TX 76053 * (817) 268-4006