# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: October 19, 2005)

**************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 2:00 p.m., on Tuesday, December 6, 2005. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge