# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: December 7, 2005)

**************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

On December 6, 2005, the Court held a preliminary status conference in this matter. The parties expounded upon the legal and factual issues identified earlier in the Joint Preliminary Status Report, and proposed a schedule for further proceedings. The Defendant believes that early resolution of certain issues may improve the possibility of settlement. Liability appears to turn on the proper interpretation of the lease involved in this case and, in particular, the respective duties of the parties under the lease.

However, limited discovery is necessary in order to determine whether the filing of a summary judgment motion is appropriate. Rather than adopt the full discovery plan proposed by the parties, the parties agreed to permit document discovery only at this time. The parties shall commence with document discovery immediately. **This limited discovery will conclude no later than Tuesday, February 28, 2006.**

**On February 28, 2006, the parties shall file a Joint Status Report (JSR) with the Court.** The report will include the parties' positions on whether summary judgment or partial summary judgment is appropriate in light of the discovery completed to that date. If so, the JSR will propose a

briefing schedule. In the event document discovery has not yielded sufficient information with which to file a summary judgment motion, the parties shall include a schedule for further discovery.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge