IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 7, 2005, the parties respectfully submit the following joint status report. The parties have responded to the written discovery requests propounded by the other party. The parties agree to reserve any objections to the sufficiency of the discovery responses and any filing of motions to compel, if necessary, until a later date to be determined by the court. At this time, the Government believes that a partial summary judgment motion related to the liability for abatement of the asbestos could be beneficial to the expeditious resolution of this matter. While the plaintiffs disagree that a summary judgment motion at this time would be beneficial, the parties are willing to propose the following briefing schedule:

| | |
|---|---|
| March 29, 2006 | Defendant's Summary Judgment Motion due |
| April 26, 2006 | Plaintiff's Response due |
| May 10, 2006 | Defendant's Reply due |

The parties agree to provide a courtesy copy of the briefs via facsimile or electronic mail.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ David Taylor

DAVID TAYLOR, ESQ.
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W.
Suite 300
Washington, D.C. 20007
Tel: (202) 454-2855
Fax: (202) 454-2805

Attorney for Plaintiffs

February 28, 2006

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant