# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: March 3, 2006)

*****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Parties filed a Joint Status Report on February 28, 2006, which included a proposed briefing schedule for Motion for Summary Judgment. The schedule is ALLOWED as follows:

- o Defendant shall file its **Motion for Summary Judgment no later than March 29, 2006;**
- o Plaintiff shall file its **Response no later than April 26**;
- o Defendant's shall file its **Reply no later than May 10**;
- o The **Consolidated Statement of Uncontroverted Facts shall be filed no later than May 17.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge