**05-563C**
**(Judge Baskir)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**COLLINS NATIONAL ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**PETER D. KEISLER**
**Assistant Attorney General**

**DAVID M. COHEN**
**Director**

**BRYANT G. SNEE**
**Assistant Director**

**NANCY M. KIM**
**Trial Attorney**
**Commercial Litigation Branch**
**Civil Division**
**U.S. Department of Justice**
**Attn: Classification Unit, 8th Floor**
**1100 L Street, N.W.**
**Washington DC 20530**
**(202) 353-0546**

**March 29, 2006** **Attorneys for Defendant**

# TABLE OF CONTENTS

STATEMENT OF THE ISSUES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

ARGUMENT

I. Standard For Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . 15

II. The Government Did Not Possess A Duty To Abate Asbestos Under The Lease . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

III. The Government Did Not Possess A Duty To Abate Asbestos Under The Implied Common Law Duty Not To Commit Waste . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

IV. The Government Did Not Possess A Duty To Abate The Vinyl Asbestos Tiles Under The Spearin Doctrine . . . . . 23

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

# TABLE OF AUTHORITIES

## CASES

Anderson v. Liberty Lobby, Inc,
477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Blake Constr. Co. v. United States,
987 F.2d 743 (Fed. Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Blinderman Constr. Co. v. United States,
695 F.2d 552 (Fed. Cir. 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Celotex Corp. v. Catrett,
477 U.S. 317 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Corman v. United States, 26 Cl. Ct. 1011, 1015 (1992) . . . . . . . . . . . . . 16

Eaddy v. United States,
134 Ct. Cl. 338, 139 F. Supp. 49 (1956) . . . . . . . . . . . . . . . . . . . . . 21

Firestone Tire & Rubber Co. v. United States,
195 Ct. Cl. 21, 444 F.2d 547 (1971) . . . . . . . . . . . . . . . . . . . . . . . 17

Fortec Constructors v. United States,
760 F.2d 1288 (Fed. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Gould, Inc. v. United States,
935 F.2d 1271 (Fed. Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Hol-Gar Mfg. Corp. v. United States,
169 Ct. Cl. 384, 351 F.2d 972 (1965) . . . . . . . . . . . . . . . . . . . . . . 16

Keydata Corp. v. United States,
205 Ct. Cl. 467, 504 F.2d 1115 (1974) . . . . . . . . . . . . . . . . . . . . . 16

Lopez et al. v. A.C.S. Inc. et al. v. United States,
858 F.2d 712 (Fed. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . 25, 26

NVT Technologies, Inc. v. United States,
370 F.3d 1153 (Fed. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Poorvu v. United States,
190 Ct. Cl. 640, 420 F.2d 993 (1970) . . . . . . . . . . . . . . . . . . . . . 24, 25

San Carlos Irrigation And Drainage District v. United States,
877 F.2d 957 (Fed. Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Saul Subsidy II Limited Partnership v. Barram,
189 F.3d 1324 (Fed. Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Spirit Leveling Contractors v. United States, 19 Cl. Ct. 84, 89 (1989) . . 15

Sweats Fashions, Inc. v. Pannill Knitting, Inc.,
833 F.2d 1560 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

United States v. Bostwick,
94 U.S. 53 (1876) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 22

United States v. Spearin,
248 U.S. 132 (1918) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

**MISCELLANEOUS**

Milton R. Friedman, Friedman On Leases, Vol. 1, ¶¶ 10.301, 10.502 (3d. ed. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18