IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

**Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for Partial Summary Judgment**

Defendant the United States has filed its Motion for Partial Summary Judgment and Plaintiff's opposition thereto is due on April 26, 2006. By consent of the parties, plaintiff respectfully requests that the time within which it may file its Opposition to Defendant's Motion for Partial Summary Judgment be extended to and including May 22, 2006, with Defendant's Reply being due in mid-June (at an agreed date which Defendant's counsel will specify to the Court), and the Consolidated Statement of Uncontroverted Facts being due one week following the filing of Defendant's Reply.

This request is occasioned, *inter alia*, by a desire of the parties to agree upon, paginate and use identical numbers for references to the record in this matter. Counsel for the United States has no objection to the granting of this motion.

Respectfully submitted,

Date: April 25, 2006

David J. Taylor
Counsel of Record for Plaintiff
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W.
Suite 300

Washington, DC 20006
Tel: (202) 454-2855
Fax: (202) 454-2805

Of Counsel:
Richard S. Bayer, Esq.
Law Office of Richard S. Bayer
1150 Silverado Street
San Diego, CA 92037
Tel: (858) 454-1005

CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of April, 2006, I caused a copy of the foregoing Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for Partial Summary Judgment to be served on Defendant by e-mailing a copy thereof to Nancy M. Kim, Esq. at the Department of Justice and by mailing a copy thereof, first class postage prepaid, to:

Nancy M. Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

David J. Taylor