# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: April 28, 2006)

**************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

Plaintiffs' unopposed **Motion for an Extension of Time** (26 days) to File Opposition to Defendant's Motion for Partial Summary Judgment is hereby **GRANTED. Plaintiff shall file its opposition no later than May 22, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge