IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for Partial Summary Judgment**

Defendant the United States has filed its Motion for Partial Summary Judgment and Plaintiff's opposition thereto is due on May 22, 2006. By consent of the parties, plaintiff respectfully requests that the time within which it may file its Opposition to Defendant's Motion for Partial Summary Judgment be extended to and including May 30, 2006, with Defendant's Reply being due on June 16, 2006.

This request is occasioned, *inter alia*, due to an incomplete appendix having been inadvertently provided by counsel for the government to counsel for plaintiff.

Counsel for the United States has no objection to the granting of this motion.

Respectfully submitted,

Date: May 19, 2006

David J. Taylor
Counsel of Record for Plaintiff
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W.
Suite 300
Washington, DC 20006
Tel: (202) 454-2855
Fax: (202) 454-2805

Of Counsel:
Richard S. Bayer, Esq.
Law Office of Richard S. Bayer
1150 Silverado Street
San Diego, CA 92037
Tel: (858) 454-1005

CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of May, 2006, I caused a copy of the foregoing Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for Partial Summary Judgment to be served on Defendant by e-mailing a copy thereof to Nancy M. Kim, Esq. at the Department of Justice and by mailing a copy thereof, first class postage prepaid, to:

Nancy M. Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

David J. Taylor