**05-563C**
**(Judge Baskir)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**COLLINS NATIONAL and**
**COLLINS DEVELOPMENT CO.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# JOINT APPENDIX

---

**PETER D. KEISLER**
**Assistant Attorney General**

**DAVID M. COHEN**
**Director**

**BRYANT G. SNEE**
**Assistant Director**

**NANCY M. KIM**
**Trial Attorney**
**Commercial Litigation Branch**
**Civil Division**
**U.S. Department of Justice**
**Attn: Classification Unit, 8th Floor**
**1100 L Street, N.W.**
**Washington DC 20530**
**(202) 353-0546**

**Attorneys for Defendant**

**DAVID TAYLOR**
**Tighe Patton Armstrong**
**Teasdale, PLLC**
**1747 Pennsylvania Ave., N.W.**
**Suite 300**
**Washington, D.C. 20007**
**(202) 454-2855**

**OF COUNSEL:**
**Richard S. Bayer**

**Attorneys for Plaintiffs**

**June 23, 2006**

# INDEX TO APPENDIX


| Document | Page(s) |
|---|---|
| Solicitation dated August 28, 1974 | 1 |
| Proposal to Lease Space to the United States dated October 31, 1974 | 65 |
| Letter from Collins amending offer dated October 31, 1974 | 72 |
| Letter from Collins amending offer dated December 13, 1974 | 74 |
| Letter from Collins amending offer dated January 17, 1975 | 76 |
| Letter from Collins amending offer dated May 12, 1975 | 79 |
| Letter from Collins amending offer dated May 30, 1975 | 80 |
| Letter from GSA accepting offer dated June 13, 1975 | 81 |
| Lease dated June 13, 1975 | 82 |
| Letter from GSA re: asbestos certification dated March 4, 1985 | 151 |
| Letter from Environmental Systems Associates dated March 20, 1985 | 152 |
| Letter from Collins re: asbestos certification dated March 22, 1985 | 153 |
| Solicitation for Offers dated May 1, 1986 | 155 |
| Letter from GSA to DEA re: asbestos dated October 7, 1986 | 213 |
| Letter from GSA to Collins re: asbestos dated October 16, 1986 | 214 |
| Letter from GSA to Collins re: asbestos control dated | |

November 24, 1986 . . . . . . . . . . 215

Lease dated November 25, 1986 . . . . . . . . . . 216

Supplemental Lease Agreements Nos. 1-14 . . . . . . . . . . 266

PBS 01546 Safety and Health . . . . . . . . . . 280

PBS ¶ 5900.2C dated August 2, 1988 . . . . . . . . . . 287

Report for Facility Safety, Health or Fire Protection Survey
dated August 8, 1989 . . . . . . . . . . 291

Letter from GSA to Collins re: asbestos dated September 6, 1989 . . . . . . . . . . 305

Asbestos Demolition/Renovation Notification dated
September 12, 1989 . . . . . . . . . . 313

Letter from Collins dated February 6, 1990 . . . . . . . . . . 314

Letter from Collins to GSA dated February 7, 1990 . . . . . . . . . . 318

Letter from GSA to Collins dated February 9, 1990 . . . . . . . . . . 319

Memorandum from Department of Health and Human Services
re: over-spray of asbestos acoustical ceiling in Southwestern
Laboratory vaults dated September 20, 2000 . . . . . . . . . . 320

Asbestos Investigation Report dated October 12, 2000 . . . . . . . . . . 324

Letter from DEA to GSA re: asbestos in DEA laboratory
dated November 9, 2000 . . . . . . . . . . 358

Letter from GSA to Collins re: asbestos in DEA laboratory
dated December 11, 2000 . . . . . . . . . . 359

DEA Memorandum dated July 30, 2001 . . . . . . . . . . 361

DEA Memorandum dated October 15, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 363

DEA Memorandum dated November 20, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . 364

Memorandum from San Diego Commercial Real Estate Services
dated June 21, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366

URS Survey Report for the DEA Laboratory Decommissioning
in National City, California dated March 20, 2003 . . . . . . . . . . . . . . . . . . . . . . . 375

URS Decommissioning Specifications for the Former DEA Laboratory
in National City, California dated March 20, 2003 . . . . . . . . . . . . . . . . . . . . . . . 473

Costs for the DEA move worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 564

Orders for supplies and services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 566

Condition Survey Report dated April 30, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . 586

Collins' Claim dated November 4, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 588

Clean Air Letter from URS dated January 26, 2004 . . . . . . . . . . . . . . . . . . . . . . 603

Letter from Collins dated April 19, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 611

Final Decision from CO dated November 10, 2004 . . . . . . . . . . . . . . . . . . . . . . 622

Affidavit of Ronald A. Miller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 626

Resume of Ronald A. Miller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 630

Letter from Maria Dent to Steve Hollenback dated July 29, 2002 . . . . . . . . . . . 634

E-mail from Mark Rogers to Maria Dent dated August 26, 2002 . . . . . . . . . . . . 635

E-mail from Tina Grover to Vicky Monaco dated August 28, 2002 . . . . . . . . . 636

E-mail from Jenalyn Keodara to Michael Trevelino dated

November 5, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 637

E-mail from Michael Trevelino to Tina Grover dated
November 12, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 638

Tina Grover e-mails from December 4 to December 19, 2002 . . . . . . . . . . . . . . 640

D. Bogni/T Grover e-mails dated January 2, 2003 . . . . . . . . . . . . . . . . . . . . . . . 641

Letter from Richard Bayer, Esq. to GSA dated April 11, 2003 . . . . . . . . . . . . . 644

Facility De-commissioning Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 646

Michael Trevelino/Jenalyn Keodara e-mails dated March 25 and 26, 2003 . . . . 667

DEA lab relocation estimated costs dated March 25, 2003 . . . . . . . . . . . . . . . . . 669

Letter from Richard S. Bayer, Esq. to GSA dated April 30, 2003 . . . . . . . . . . . 670

Letter from Richard S. Bayer, Esq. to GSA dated May 30, 2003 . . . . . . . . . . . . 672

Letter from Norman Wright to GSA dated May 2, 2003 . . . . . . . . . . . . . . . . . . 674

D. Smith/V. Monaco e-mails dated May 5 and 6, 2003 . . . . . . . . . . . . . . . . . . . 677

Collins Photographs of Premises . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 678

Letter from CO to Mr. Bayer dated April 1, 2004 . . . . . . . . . . . . . . . . . . . . . . . 697

Letter from Mr. Bayer to CO dated April 26, 2004 . . . . . . . . . . . . . . . . . . . . . . . 699

Facsimile from Mr. Smith to Mr. Phillips dated March 15, 2004 . . . . . . . . . . . . 703

Affidavit of Richard S. Bayer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 704

Asbestos Abatement Submittal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 707