GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE
SPACE MANAGEMENT DIVISION
San Francisco, California 94103

SOLICITATION FOR OFFERS

Solicitation No. GS-09B-74817

Date: August 28, 1974

Location: Chula Vista, CA
National City, CA

Offers are solicited under Section 302(c)(10) of the Federal Property and Administrative Services Act of 1949 (63 Stat. 377), as amended, for the leasing of 33,750 net usable square feet of office, storage and related space in accordance with the following attachments:

Instructions to Offerors
Schedules A(15 pages), B(12pages), C(3 pages), Attachment 1 to Schedule "C"(7 pages), D(7 pages)
GSA - 8100
GSA Form 1364 - Proposal to Lease Space to the U. S. of America
Standard Form 2A - General Provisions, Certification and Instructions

for occupancy: January 1, 1975 or as soon thereafter as possible

Offers will be received until: September 20, 1974

THERE WILL BE NO PUBLIC OPENING AND ALL OFFERS WILL BE KEPT STRICTLY CONFIDENTIAL UNTIL A CONTRACT HAS BEEN AWARDED.

The Government shall have a minimum of 90 days from last day offers are received to make an award. However, in the event this solicitation results in an offer where the average annual rental exceeds $500,000, such offer shall remain open for acceptance for 120 days beyond the date specified for acceptance elsewhere in this solicitation. This will afford the Government time to submit a prospectus to the appropriate Committees of Congress pursuant to the Public Buildings Amendments of 1972. The "average annual rental" specified in this clause is construed to be the net rent as determined for establishing compliance with the 15 per cent Economy Act limitation.

NOTICE OF REQUIREMENT FOR CERTIFICATION OF NONSEGREGATED FACILITIES.
Bidders and offerors are cautioned as follows: By signing this bid or offer, the bidder or offeror will be deemed to have signed and agreed to the provisions of the "Certification of Nonsegregated Facilities" in this solicitation. The certification provides that the bidder or offeror does not maintain or provide for his employees facilities which are segregated on a basis of race, creed, color, or national origin, whether such facilities are segregated by directive or on a de facto basis. The certification also provides that he will not maintain such segregated facilities. Failure of a bidder or offeror to agree to the Certification of Nonsegregated Facilities will render his bid or offer nonresponsive to the terms of solicitations involving awards of contracts exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity Clause.

Dorothy H. Smith

DOROTHY H. SMITH, Chief
Acquisition Branch
Space Management Division
Telephone: (415) 556-8698

PBA 7/73

# INSTRUCTIONS TO OFFERORS

OFFERORS ARE INSTRUCTED TO CAREFULLY READ ALL ATTACHMENTS TO THE SOLICITATION WITH PARTICULAR ATTENTION TO BE GIVEN TO "PRICE EVALUATION" PARAGRAPH 9 OF SCHEDULE A, AND "NET USABLE SPACE" PARAGRAPH 10 OF SCHEDULE D.

1. USE OF STANDARD FORM U. S. GOVERNMENT LEASE. The successful offeror will be required to execute a U. S. Government Lease for Real Property, as prescribed in Code of Federal Regulations, 41 CFR 1-16.6. Copies will be furnished to offeror upon request. Prior to execution of the lease, additional appropriate paragraphs will be added incorporating as binding conditions of the lease contract the requirements, terms and specifications of the solicitation, including all schedules and attachments as well as other provisions agreed upon.

2. EXPLANATION TO OFFERORS AND ADDITIONAL INFORMATION. Any explanation or additional information desired regarding the meaning or interpretation of conditions or specifications must be requested from the issuing officer in writing and with sufficient time allowed for reply before submission date of offer. Oral explanation or instructions are not binding.

3. SUBMISSION OF OFFERS.

   a. Offers shall be submitted on enclosed GSA Form 1364, properly signed, in duplicate, with its accompanying schedules and attachments, if any, in a sealed envelope with sufficient postage, to:

      General Services Administration
      PBS – SWD Acquisition Branch – Mail Station 30
      525 Market Street
      San Francisco, CA 94105

   b. In lower left-hand corner of sealed envelope indicate the following:

      (1) Offeror's name and address

      (2) Solicitation No.

4. NOTICE TO OFFERORS. Offerors should carefully read all parts of the solicitation including these instructions, all schedules and attachments, the proposal form and general provisions, as contained in the lease form.

5. PREPARATION OF OFFERS.

   a. Offerors shall supply all data required on GSA Form 1364.

   b. Erasures on or changes to the forms must be initialed by the person signing the offer.

   c. Offers submitted by agents, attorneys, trustees, executors or corporate officials shall be accompanied by an attested certificate of authority to submit the offer and to bind the principal to execute any resultant lease and deliver the premises.

6. WITHDRAWAL OF OFFERS. Offers may be withdrawn by written or telegraphic request received from the offeror at the address shown on the solicitation prior to the closing time for receipt of offers.

7. DEVIATIONS. Offers will be construed to be in full and complete compliance with the terms, provisions and specifications of the solicitation, unless the offer clearly describes any deviation therefrom in the offer.

8. OPENING OF OFFERS. There will be no public opening and all offers will be kept strictly confidential until a contract has been executed.

9. FINALITY OF ACCEPTANCE. The unconditional acceptance of an offer received in response to the solicitation establishes a valid contract extending to all covenants of the solicitation, offer and acceptance, between the offeror and the Government.

PBA 2/73

[illegible]

1. LOCATION: Within the city limits of Chula Vista or National City, CA.

2. TYPE AND AMOUNT OF NET USABLE SPACE (See Schedule [illegible] provisions definition of net usable) 33,750 square feet of contiguous general office space, plus or minus 5 percent, and parking for 87 vehicles.

Space shall be divided and partitioned at locations to be designated by the Government.

(1) Space offered shall be on one floor. Preferential consideration will be given single story buildings.

PARTITIONING

The successful offeror shall be required to furnish and install the following partitions:

(1) Office subdividing partitions, including non-permanent corridor partitions necessary for internal flow of traffic, shall be furnished at the rate of one linear foot of partitioning (including such doors as are required) for each 10 net usable square feet of office space. Credit will be allowed for existing office subdividing partitions meeting sound transmission and layout requirements of the Government.

(2) Offeror shall state, in his proposal or attachment thereto, the cost per linear foot to furnish and install office subdividing partitioning in excess of or less than that required to provide for the 1 to 10 ratio specified above. A linear foot cost shall be submitted for both ceiling-high and bank-type partitions.

The Government shall have the option to either make a lump-sum payment, or to make an adjustment upward or downward in rental payments, for partitioning provided in excess of or less than the specified ratio.

ELECTRICAL AND TELEPHONE SERVICE

Offeror shall state in his proposal or attachment thereto, the cost per unit to furnish and install electrical and telephone outlets in excess of or less than the number required to provide ratio specified in the Schedule of General Building Requirements and Specifications. The Government shall have the option to either make a lump-sum payment, or to make an adjustment upward or downward in rental payment for outlets furnished in excess of or less than the specified ratio.

For all other requirements, standard specifications shall apply.

3. DATE OF POSSESSION.

The space is required on January 1, 1975 provided however, that subject to mutually satisfactory arrangements between the lessor and the Government's contracting officer, the Government may enter the premises at anytime subsequent to award of the contract to conduct ceremonies such as groundbreaking, corner-stone laying and dedication and may occupy such portions of the property as may be necessary for such purposes. Further, the lessor agrees to prohibit the conducting of such ceremonies in the leased premises or on the site thereof arranged by parties other than representatives of the General Services Administration unless written approval is obtained from the Government's contracting officer.

4. TERM OF LEASE.

For a term of 10 years firm.

~~5. RENEWAL OPTIONS~~

The lease shall, unless terminated by the Government, remain in full force and effect after ~~the initial term for an additional two-year period without further notice.~~

PBA 7/73



CN002369

## SCHEDULE A

### GENERAL SPACE REQUIREMENTS

~~TERMINATION.~~

~~The Government shall have the right to cancel the lease to effect termination at the end of the of the initial lease term, or at any time thereafter, on days prior written notice.~~

7. OFFER ACCEPTANCE PERIOD.

The Government shall have a minimum of 90 days to accept from the date set for receipt of offers.

### SPECIAL PROVISIONS

8. RENTAL RATE EVALUATION:

a. Space shall be offered on the basis of a net usable square foot annual rental rate by the type of space, rather than on an over-all monthly or per annum rate for combined types of space.

b. The cost evaluation for offers containing multiple types of space will be made on the basis of the composite square foot rate per annum for the initial lease term.

9. PRICE EVALUATION.

The rental will be established in accordance with actual field measurements, as prescribed in Paragraph 10 of Schedule D, applied to the square foot rates per annum by type of space in blocks 2 (2)a, 2 (2)b, and 2 (2)c of the proposal (GSA Form 1364).

10. EVALUATION OF OFFERS.

The following clause shall apply if this solicitation requests rental quotations for both the initial lease term and during any renewal period:

In evaluating offers received in response to this solicitation, only the rental rate offered for the initial lease term will be considered. However, negotiations will be conducted to obtain the most reasonable rental offer possible for both the initial term and the renewal period.

11. VENDING FACILITIES.

(a) The Government shall have the privilege of installing, within the confines of the space leased, 1 vending stands and 8 vending machines to be operated by blind persons licensed under the provisions of the Randolph-Sheppard Act (20 U.S.C. 107).

(b) The articles to be vended at the vending stands and machines and the number and location of these facilities shall be determined by the Government and shall be such as will not compete with the establishment and operation of a basic food service.

(c) The lessor shall install, for vending stands and machines specified, without cost to the Government, all necessary mechanical, electrical, and plumbing facilities, including, but not limited to, hot and cold water, waste and sewer connections, electric outlets (also 220 V., if required), heating, and airconditioning, required for the operation of such facilities.

(d) The Government reserves the right for its authorized representatives to enter during normal business hours, the space used in relation to the operation of the vending facility for the purpose of sanitation inspections. This space includes all support areas used in conjunction with the receiving, storage, and serving of vended articles, locker rooms, toilets, and trash handling facilities used by the vending personnel, if these should exist.

12. Offerors are instructed to carefully read all attachments to the solicitation, with particular attention to be given to "Price Evaluation" Paragraph 9 of Schedule A and "Net Usable Space" Paragraph 10 of Schedule D.

PRA 7/73

SCHEDULE A

SPECIAL REQUIREMENTS

LOCATION: Chula Vista/National City, California.

GENERAL REQUIREMENTS: A total of 33,750 square feet of general office, storage, and special purpose space is required. It is highly desirable that all space be contiguous. A single story building is preferred. If a multi-story building is offered, top floor space is desired. A minimum of 87 off-street parking spaces are required.

Perimeter walls shall extend "slab to slab" and be soundproof (i.e. double layer of sheetrock with space between studs filled with residential type insulation). All perimeter doors shall be solid core and equipped with a six tumbler dead bolt lock. All outside ground floor windows shall be covered with heavy gauge wire screen or bars. Access to interior space by the public shall only be through designated reception areas.

The lessor shall install a Central Station security alarm system (Wells Fargo/ADT or equal type system). Government will provide a lump-sum payment for this system. All perimeter doors shall be equipped with contact alarms.

Space shall be available 24 hours a day, seven days a week.

Janitorial service will be performed only during the normal work week (8 AM to 5 PM, Monday through Friday).

Space will be divided into two areas, which will be separated by a slab-to-slab wall; District Office - 19,300 square feet; and Regional Laboratory - 14,450 square feet. Special requirements are as follows:

A. DISTRICT OFFICE

SPACE REQUIREMENTS: Space shall be divided approximately as follows:

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Conference/Training Room | 600 | Ceiling High |
| Drug Work Room | 350 | Ceiling High |
| Interview Room 3 @ 100 sq. ft. | 300 | Slab to Slab |
| Detention Room 2 @ 100 sq. ft. | 200 | Ceiling High |
| Communication Center | 350 | Ceiling High |
| Non-Narcotic Evidence Room | 350 | Slab to Slab |
| Narcotic Evidence Room | 1500 | Slab to Slab |
| Reception/Waiting Room | 200 | Ceiling High |
| Undercover Telephone Room | 100 | Slab to Slab |
| Administrative Office | 200 | Ceiling High |

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Locker Room | 300 | Ceiling High |
| General Office - District | 8950 | Open |
| General Office - Task Force | 4500 | Open |
| Files - District | 400 | Ceiling High |
| Files - Task Force | 250 | Ceiling High |
| Storage - District | 500 | Ceiling High |
| Storage - Task Force | 250 | Ceiling High |

ALARM SYSTEM: Doors to the Communication Center, Non-Narcotic Evidence Room, Narcotic Evidence Room, Undercover Telephone Room, and File Rooms shall be equipped with door contact alarms.

MOTION DETECTOR ALARM: The lessor shall install motion detector alarms in the Communication Center, Non-Narcotic Evidence Room, Narcotic Evidence Room, Undercover Telephone Room, and File Rooms (The Government will provide a lump-sum payment for this system).

INTERVIEW ROOMS: Walls shall be of slab-to-slab construction and soundproof (i.e. Double layer of sheetrock with space between studs filled with residential type insulation). Doors shall be solid core.

DETENTION ROOMS: Walls shall be composed of No. 11 expanded metal spot welded every 12 inches to steel partition studs (standard office type metal studding) covered with a minimum of 5/8 inch sheetrock. All expanded metal seams must be spot welded every six inches especially at the corner seams.

Doors shall be metal clad equipped with a peephole viewer and dead bolt lock operated on the outside only. The door shall have an outward swing.

The ceiling shall be of the same construction as the walls with the horizontal metal studding and expanded metal welded to the top edge of the four vertical walls.

Lighting fixture shall be equal to or better than Folger - Adams light fixture #550.

NARCOTIC EVIDENCE and NON-NARCOTIC EVIDENCE ROOMS:

The walls in these rooms shall be slab-to-slab and of the same construction as the Detention Room walls. (Note: The wall area above the dropped ceiling will not require sheetrocking if the sheetrock will inhibit the air conditioning system).

Doors shall be solid core fitted with push-button combination locks.