UNDERCOVER TELEPHONE ROOM: Walls shall be of slab-to-slab construction. This room shall contain a dedicated telephone outlet that is not connected to any other telephone in the building.

CONFERENCE TRAINING ROOM: This room shall be equipped with two movable partitions which when closed will divide this space into three areas of 200 square feet each.

RECEPTION/WAITING ROOM: This room shall be divided into two areas, of approximately the same size, by a wall and counter, as shown on attachment "A5". The door leading from the waiting room to the reception area shall be electronically controlled by the receptionist. This door shall be fitted with a push-button combination lock capable of overiding the elctronic control.

COMMUNICATION CENTER: Ten duplex, 220 volt electrical outlets will be installed in this room at locations designated by the Government. A lead-in wire shall be installed from the roof of the building to this room - the wire will be connected to an antenna installed on the roof. The antenna will be furnished by the Government and installed by the lessor.

RESTROOMS: Approximately 124 men and 45 women will occupy this space; provide toilet facilities in accordance with Paragraph 2b., Part III of Schedule B. This space should be arranged to be accessible to both the District Office and Regional Laboratory personnel.

B. REGIONAL LABORATORY

SPACE REQUIREMENTS: Space shall be divided into two areas, approximately as follows:

1. LABORATORY (10,000 square feet)

| Type Office | Net usable sq. ft. | Type Partition |
|---|---|---|
| Laboratory 2 @ 2345 sq.ft. | 4690 | Ceiling High |
| Special Purpose Instrument Room (3 @ 200#) | 600 | Ceiling High |
| General Purpose Instrument Room (3 @ 200#) | 600 | Ceiling High |
| Vault | 2000 | Slab to Slab |
| Fingerprint Room | 200 | Ceiling High |
| Tool Room | 150 | Ceiling High |
| Volatile Solvent Room | 100 | Ceiling High |
| Compressed Gases Room | 100 | Ceiling High |

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Drying Room | [illegible] | Ceiling High |
| TLC Laboratory | [illegible] | Ceiling High |
| Distilled Water & Compressor Room | [illegible] | Ceiling High |
| Glassware Washing Room | [illegible] | Ceiling High |
| Chemical Storage Room | [illegible] | Ceiling High |
| Data Acquisition & Control Center | [illegible] | Ceiling High |
| Glassware & Equipment Storage | [illegible] | Ceiling High |
| Darkroom | [illegible] | Ceiling High |

2. ADMINISTRATIVE (4,450 Square Feet)

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Reception/Waiting Room | 300 | Ceiling High |
| Office 3 @ 250 Sq. Ft. | 750 | Ceiling High |
| Office | 100 | Ceiling High |
| Conference Room | 400 | Ceiling High |
| File and Records Storage | 200 | Ceiling High |
| Supply & Photocopy Area | 200 | Ceiling High |
| Library | 400 | Ceiling High |
| Office | 150 | Ceiling High |
| Lunch Room | 300 | Ceiling High |
| Men's Locker Room | 200 | Ceiling High |
| Women's Locker Room | 200 | Ceiling High |
| Vehicle Examination and Evidence Processing Area | 1,250 | Ceiling High |

SPECIAL REQUIREMENTS FOR REGIONAL LABORATORY

Laboratory Area (B.1) and Administrative Area (B.2) must be contiguous and located on the same floor. If space is offered in a multi-story building the Regional Laboratory shall be located on an upper floor, preferrably the top floor. The Laboratory Area (B.1) shall be separated from the Administrative Area (B.2) by a slab-to-slab weather tight wall. Entrance doors from the Administrative Area into the Laboratory Area shall be of weather tight construction.

SPECIAL REQUIREMENTS FOR LABORATORY (Area B.1)

Air Conditioning: The laboratory area shall be equipped with a system capable of providing 60-80% fresh air.

Electrical: A minimum of [illegible],500 amp immediate service, with potential for an additional [illegible] amps, exclusive of heating, air-conditioning, and lighting, is required.

Floors: Floors shall be covered with an acid/base resistant tile.

LABORATORIES: The Government shall provide and install all special furnishings and equipment. The Lessor shall be responsible for providing as a minimum, the following utilities, all locations to be designated by the Government. (For ease of description utilities are listed by work station). (See attachment "A1" for a typical four work station laboratory arrangement).

1. Eight work stations, each equipped with: Three 110 volt 20 amps grounded duplex outlets on a single dedicated 20 amp circuit; stubbing for hot and cold tap water outlets (utilizing ½" lines); deionized water outlet (utilizing ½" tin-lined copper tubing); and 1½" to 2" drain lines.

2. Two center bench work stations, each equipped with: stubbing for cold tap water outlet (utilizing ½" lines); 1½" to 2" drain line; one 220 volt, 30 amp electrical outlet and two 110 volt, 30 amp grounded duplex electrical outlets, each on a dedicated circuit.

3. Three fume control stations, each equipped with: an exhaust ventilation duct system, of at least 18 U. S. gauge reinforced, epoxy lined, stainless steel, of sufficient size to allow an exhaust face-velocity of 75 linear feet perminute (exhaust air shall be vented to roof level); stubbing for cold tap water, steam, natural gas, compressed air, 40 psi vacuum line, and 1½" to 2" drain lines; two 110 volt, 30 amp grounded duplex electrical outlets. (Note: All exhaust motor blower units will be installed on the roof of the building and will require suitable electrical outlets).

4. Emergency shower and eyewash with cold water, eyewash shall be hose type.

SPECIAL PURPOSE INSTRUMENT ROOMS: Each of these rooms shall contain the following utilities (see attachment "A2" for a typical layout):

1. One laboratory work station with utilities as listed under "Laboratories, Paragraph 1".

2. One fume hood work station with utilities as listed under "Laboratories, Paragraph 3".

3. Two 110 volt, [illegible] amp grounded duplex electrical outlets; three 200 volt, 30 amp electrical outlets; one 220 volt, 20 amp electrical outlet. Each on [illegible] dedicated circuit.

GENERAL PURPOSE [illegible] ROOMS: Each of these rooms shall contain the following [illegible] (see attachment "[illegible]" for a typical layout).

1. One laboratory work station with utilities as listed under "Laboratories, [illegible] 1".

2. One [illegible] upper "Laboratory" [illegible]

3. Ten (10) [illegible] grounded duplex [illegible], each on a separate circuit.

TLC LABORATORY: This room [illegible] contain [illegible] utilities (See attachment "A4" for [illegible] layout):

1. Three fume hood work stations with utilities as listed under "Laboratories, Paragraph 5".

FINGERPRINT ROOM: This room shall be equipped as specified under "GENERAL PURPOSE INSTRUMENT ROOMS".

DARKROOM: This room shall be of "light-tight" construction, painted with a flat-black non-reflecting paint and equipped with a revolving darkroom door, a 6' X 2' X 10" sink, and outlets for hot and cold tap water.

VAULT: If building is single story, the vault shall be located in interior space-away from outside walls. Walls shall be constructed of steel reinforced concrete block. The door shall be a Mosler Class 5 (metal) equipped with a combination lock. A day gate shall be provided to control access. The door into the vault shall be equipped with a contact alarm. A motion detector alarm system will be installed with suitable communication to the District Office Communication Center. One 110 volt, 15 amp grounded duplex electrical outlet is required.

VOLATILE SOLVENT ROOM: This room shall be placed on an outside wall, inside walls will be constructed of masonry having a minimum of 2 hours fire rating (NFPA Standard 252). Door(s) shall be single leaf construction having a 2 hour fire rating (NFPA Standard 252) and equipped with a panic bar lockset. A four inch high curb will be installed across the doorway. Floor shall be sealed with epoxy sealer. Walls shall be sealed with epoxy sealer to a height of 12 incheas above the floor.

Exhaust fans shall be installed which provide for both light and heavy vapors. These fans must meet the requirements of the NFPA for Class 1, Division 1, Groups C and D hazardous locations. Fan and ductwork shall have a minimum capacity of 200 cubic feet per minute. An air-flow failure alarm will be provided which will sound when air-flow drops below the minimum of 200 cubic feet per minute. Ducts shall direct exhaust air to roof level or other outside venting and must be at least 18 U. S. gauge galvanized steel. A guillotine damper for supply and single leaf damper for exhaust air will be provided with provision for regulation from outside the room.

Outside wall shall be fitted with an explosion vent (blowout panel) in accordance with NFPA Standard 68.

Incandescent light fixtures installed shall meet the requirements of NFPA Class 1, Division 1, Group C and D hazardous locations. Lights shall be controlled by [illegible] switch located outside the room.

A grounding [illegible] shall [illegible] electrically (NFPA Standard 77). Maximum permitted resistance [illegible] megohm.

Two electrical combinations [illegible] 40% fixed [illegible] /minute rate of heat rise detectors shall be provided [illegible] will activate $CO_2$ discharge, and a fire warning gong on exit [illegible] of room. $CO_2$ will be provided by two 75 pound $CO_2$ cylinders, [illegible] 30 second discharge delay mechanism on $CO_2$ system.

GLASSWARE WASHING ROOM: This room shall contain a [illegible] x 10" x 10" single basin, epoxy resin sink and outlets for hot and cold tap water. Two 220 volt electrical outlets are required. The floor shall be covered with a slip resistant ceramic tile or equivalent water resistant material. An exhaust system shall be provided to remove steam generated by glassware washing and drying units.

DATA ACQUISITION AND CONTROL CENTER: Two 220 volt, 15 amp, and three 110 volt, 15 amp electrical outlets are required.

DISTILLED WATER AND COMPRESSOR ROOM: This room shall contain three 220 volt electrical outlets, cold water outlet, and a floor drain.

FIRE SAFETY: The entire laboratory area shall be provided with an automatic water sprinkler system. In addition wall-mounted dry chemical fire extinguishers shall be provided.

PURIFIED WATER: Purified water shall be provided through deionization of water. If tap water is particularly "hard", the GLASSWARE WASHING ROOM will require purified water. A deionized system capable of providing water with an electrical resistance of 200 Kohms or greater and a flow rate of 480 gallons per hour is required.

The deionized water system shall consist of a series of deionizers with a total capacity of 24,000 grain removal (as $CaCO_3$), utilizing a fiberglass housing. This system shall be capable of delivering water at a flow rate of 480 gallons per hour, at a maximum operating pressure of 40 psi. The deionizers shall be equipped with inlet assemblies equipped with a pressure regulator preset at 30 psi, adjustable for specific requirements, a 3/4" polyethylene hose and 8 gallon per minute brass flow control. The system shall also be equipped with a suitable electrochemical quality control assembly, fitted with a suitable incandescent light-type endpoint indicator, to detect a resistance below 200 Kohms.

The deionized water distribution system shall consist of hard copper tubing line with Grade A virgin block tin (99.97% pure) 1/16" thick, with an outside diameter of [illegible]". All fittings shall be compression-type brass lined with Grade A virgin tin (99.97% pure) 1/16" thick. Elbow and tee bodies shall be brass forgings. Connections, unions, adapters, fitting sleeves and nuts shall be fabricated from stress relieved bar stock.



CN002377

SPECIAL REQU[illegible]

RECEPTION/WAITING ROOM: [illegible] shall [illegible] two areas of approximately the same [illegible] wall [illegible] on Attachment "A5". The door leading from the waiting room [illegible] reception area shall be electronically controlled by the receptionist. This door shall be equipped with a push-button combination lock capable of overriding the electronic control.

VEHICLE EXAMINATION AND EVIDENCE PROCESSING AREA: The outside entrance/exit door to this area shall be large enough to allow a tractor-trailer to enter.

FILE AND RECORD STORAGE ROOM: The door into this room shall be equipped with a contact alarm. A motion detector alarm system shall be installed with suitable communication to the District Office Communication Center.