[illegible]NDUM TO SC[illegible]

INCINERATOR: The lessor shall provide and maintain a gas operated incinerator. The incinerator shall be equipped with an after burner and shall be capable of burning 100 pounds per hour. (Incinerator shall meet Federal emmission standards.)

GENERAL REQUIREMENTS:

CONSTRUCTION: Perimeter walls, and floor shall be constructed of either concrete, brick, reinforced concrete block, or a combination of materials which provide equivalent security; such as gypsum board ceiling supplemented by an expanded metal screen of not less than 11-gauge material.

Interior "slab-to-slab" wall requirements can be fulfilled by construction of an expanded metal ceiling as specified under District Office - Detention Rooms. All walls surrounding the Laboratory shall be weather tight, i.e. "slab-to-slab" or "slab-to-roof", construction.

SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART I

GENERAL

1. INTRODUCTORY.

a. Schedule D of this Solicitation should be carefully reviewed to determine whether a MODIFICATION, CHANGE OR ADDITIONAL SPECIFICATION provision has been inserted and is applicable to Schedules A, B, and/or C.

b. Unless specified to the contrary, whenever such words as "provide", "furnish", "submit", "required" appear in this Schedule without specific reference to any party, it shall be understood that the successful offeror/lessor, rather than the Government, is responsible for meeting the requirement or specification. Whenever the words "approval", "prior approval", "judgment", are included without reference to any party, it shall be understood that the contracting officer, rather than the successful offeror/lessor, is responsible for the action.

c. The requirements and specifications established in this Schedule represent minimums which must be met or exceeded. They are not all inclusive, but provide a guideline for offerors as to quality and standards required by the Government. Any building design or construction feature not covered by this Schedule shall be subject to final approval by the contracting officer. As a general rule, the contracting officer's standards will be consistent with local or nationally recognized building practices.

d. All work must be done by mechanics or workmen skilled in their respective trades and must be done in a workmanlike manner, present a good finished appearance and be acceptable to the contracting officer.

e. Unless specified to the contrary in Schedule A or D or by the contracting officer prior to award, all materials used shall be those which are generally recognized as acceptable for the type of structure involved.

f. Buildings proposed for Government use shall be clean and free from objectionable tenancy and health and safety hazards which, in the judgment of the contracting officer, will be detrimental to agency operations.

2. SITE.

All offers must clearly identify the location of the property. Proposals which do not identify the property will not be considered.

3. PLANS AND SPECIFICATIONS.

a. Required attachment to all offers:

(1) Two copies of a dimensioned floor plan(s) drawn to a scale of 1/8 or 1/4 inch to the foot indicating the space offered and showing the location of all existing windows, structural features and mechanical equipment. Alterations or other work planned for the purpose of meeting solicitation specifications must be clearly shown on the plans and/or explained in an attached narrative statement.

(2) Where new construction is proposed, one copy of a plot plan drawn to scale showing all existing or proposed improvements and landscaping.

b. Additional data which may be required prior to award:

(1) If specifically requested in writing by the Government, two copies of outline plans and specifications containing more detailed information about external and internal architectural and mechanical electrical features must be furnished within ten days of the request.

NOTE: Failure to provide the plans and/or specifications in accordance with a. and b. above may cause the offer to be deemed nonresponsive and rejected accordingly. Photostatic copies are not acceptable.

SCHEDULE B

PART I

Required to be submitted subsequent to award:

(1) Unless otherwise stated in the offer, the arrangement of partitions and related building equipment to be installed after award shall be considered tentative, and the offeror agrees to locate such partitions, and equipment as directed by the contracting officer, provided, however, that the offeror shall not be required to install partitioning for a greater number of individual rooms and/or linear feet than specified in Schedule A. Required to be submitted after award is a reproducible floor plan (not sepia) to a scale of 1/8 inch showing the rented space and identifying entrances, exits, stairs, windows, partitions, utilities, closets, permanent walls, columns, column numbering, module spacing (if building is so designed), permanent partitions, peripheral floor-mounted obstructions, and convector or convector housings.

(2) When the space is completed and ready for use, the successful offeror shall furnish reproducible drawings of floor plans to a scale of 1/8-inch to the foot showing the space as it is then partitioned for use by the Government.

(3) If the space offered is in a building or building extension under construction or to be constructed, or in which extensive alterations are required, the successful offeror shall furnish to the Government a construction schedule giving the dates on which the various phases of construction are scheduled to be completed with final completion schedule at or prior to the effective date of the lease. This schedule is to be furnished within 15 days after it is requested by the Government.

4. DOOR IDENTIFICATION.

Metal title card holders, approximately 6½" high by 8½" wide, with cards, shall be installed in an approved location adjacent to all office entrances, toilet, stairways, etc. for interior door identification purposes. Other forms of door identification can be submitted if approved by the contracting officer.

5. BUILDING DIRECTORY.

A wall-mounted, glass-enclosed directory, with lock, shall be provided at a conspicuous location in the lobby or entrance of the building. The directory shall be sufficient in size to list all Government agencies in the building, and shall be constructed substantially in accordance with specifications which are available from the GSA regional office issuing this solicitation.

6. DISPLAY ADVERTISING.

When the premises are for the exclusive use of the Government, the air space above the premises shall not be used in any manner except as necessary for the operation and maintenance of the premises. No signboards or advertising matter of any nature shall be constructed on or over the premises, without the written consent of the contracting officer.

7. ALTERATIONS AND INSTALLATIONS.

The Government reserves the right to make minor alterations or installations, including but not limited to painting, installation of electrical outlets, erection or relocation of movable partitions.

8. FLAG POLE.

If the Government is the sole occupant of the building, a metal, gold-ball flag pole shall be provided at the front of the building, to the left of the main entrance as you face the building, complete with halyards, sheaves, and cleat. The pole should extend a minimum of 30 feet above the ground, and be so arranged that the flag can be raised and lowered from the ground. If, in the judgment of the contracting officer, installation at the ground level is not feasible, a comparable quality building mounted flagpole may be substituted. The flag will be furnished by the Government. The flag will be raised and lowered by the lessor in accordance with the usual standards for flag display.

SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART II

ARCHITECTURAL

1. TYPE OF BUILDING.

a. The building shall be sound and substantial and of a type generally recognized as a modern office-type building. The building shall conform to the following minimum firesafety construction requirements.

(1) Buildings over three stories in height shall be of fire resistive construction.

(2) Buildings over one story in height, but not exceeding three stories shall be of fire resistive or protected noncombustible construction.

(3) Buildings one story in height may be of any recognized construction type.

NOTE: The minimum requirements for firesafety types of construction is as defined in NFPA Standard No. 220, Standard Types of Building Construction.

b. Buildings which, in the determination of the contracting officer, have incurable functional obsolescence which will adversely affect the Government's operations, will be rejected. In new construction, all exposed concrete columns shall be finished smoothly, with all pits, indentations and rough surfaces removed.

c. Exceptions:

(1) Exception: Where the space to be leased is located on a grade floor, the fire resistance requirements are not applicable provided the space to be occupied by the Government exits directly at grade to the outside or exits through public corridors and lobbies leading directly to doors that exit directly to grade at the outside.

(2) Exception: For buildings over one story in height which are totally sprinklered, the structural requirements shall be:

(a) Columns shall have at least one hour fire resistance rating.

(b) Primary beams shall have at least 3/4 hour fire resistance rating.

(c) Structural floors, roofs, and secondary beams shall have at least 0.2 hour fire resistance rating.

Sprinklers shall meet current National Fire Protection Association standards, shall be well-maintained, and shall be provided with automatic valve and water flow supervision that reports to the fire department, central station service, or other constantly attended location.

d. The design of the space offered and the physical characteristics of the building and the surrounding area are subject to the requirements of par. 13 of Schedule D - Award Factors.

2. ENTRANCES, EXITS, CORRIDORS, AND STAIRWAYS.

Exterior doors shall be of weather-tight construction equipped with automatic door closers and shall open out of the building. All exits and access to exits including corridors and stairways that may be used by the Government or those entering the building to do business with the Government shall comply with the requirements of National Fire Protection Association Standards No. 101, Code for Safety to Life from Fire in Building and Structures. Of particular importance is the capability to permit building occupants to evacuate the fire area quickly and safely wherever the fire may be. All floors above and below grade where the Government occupies space shall have a minimum of two (2) exits. The two most remote exits on each floor shall be separated by a distance equal to at least one-third the long dimension of the floor. If the exit arrangement is such that they are not separated by one-third the floor length, an alternate arrangement acceptable to the contracting officer shall be provided which will prevent heat or smoke from a fire from simultaneously making all exits inaccessible. Any alternate arrangement must be clearly described in the offer. All stairs shall have appropriate and adequate handrails. Also, the stairs shall have safety treads either built in or the abrasive cement-on type. Vestibules shall be provided at public entrances and exits wherever weather conditions and heat loss are important factors for consideration. In the event of negative pressure conditions, provisions shall be made for equalizing air pressure.

SCHEDULE B

PART II

3. THIS PARAGRAPH DELETED.

4. FLOORS.

a. Floor Covering. Under floor cement shall be smooth and level. Floors in all offices, corridor areas, etc., (but not necessarily in storage areas) shall be covered with vinyl asbestos. Where floor covering is to be newly installed or where existing covering must be changed to meet the requirements, color must be approved in advance by the Government. Terrazzo and unglazed ceramic tile and/or quarry tile or other covering acceptable to the Government shall be used in all toilets and service areas. Perimeters shall have a 4-inch rubber or vinyl tile straight base. The type and grade of covering shall be stated in the offer.

Any carpeting installed in public corridors to be used by the Government and in public corridors on floors where the Government occupies space shall be carpeting having a flame-spread rating of not more than 75 when tested in accordance with ASTM E-84 unless the corridors are protected by an automatic sprinkler system.

b. Floor Load Capacity. All office areas shall have a minimum live load capacity of 70 pounds per square foot, and storage areas shall have a minimum live load capacity of 100 pounds per square foot, unless otherwise specified under Schedule "D". A written certification of the floor load capacity by a Registered Professional Engineer may be required and, if so, must be furnished at no cost to the Government. The calculations and structural drawings substantiating the Engineer's findings shall also be furnished if required by the Government.

5. CEILINGS.

a. Height. The space shall have basically flat ceilings with a height of approximately 8' 6" but not higher than 11 feet nor less than 8' 0" clearance from the floor to the lowest obstruction, including lighting fixtures. The ceiling height shall be stated in the offer.

b. Acoustical Treatment. All ceilings shall have acoustical treatment with exception of service areas, vaults, stairwells, and mechanical areas. Acoustical material shall have a noise reduction coefficient range of 0.65 to 0.80. The noise reduction coefficient should be stated in the offer and a noise reduction certification by a Registered Professional Engineer or the manufacturer must be furnished at no cost to the Government if required by the contracting officer.

c. Flame Spread. All ceilings, including any acoustical treatment, shall consist of non-combustible material with a flame spread rating of twenty-five or less. Ceiling materials which do not meet this requirement may be considered PROVIDED they do not constitute a hazard to the extent that the contracting officer judges the space unsafe. Surface treatment to reduce the flame spread rating to twenty-five or less (initially applied by the lessor and to be maintained by him throughout the term of occupancy by the Government) will be considered acceptable.

6. PARTITIONS AND WALLS.

The space or room partitioning requirements established in Schedule A may be met with existing partitions and walls, provided that, in the opinion of the contracting officer, the location and type of partitions lend themselves to efficient office layout.

All partitioning materials including core materials shall consist of noncombustible materials having a flamespread of 25 or less and a smoke development of 50 or less when tested in accordance with the American Society for Testing Materials standard E-84, current edition. Wood paneling or other decorative finishes having fire hazard ratings of not over 75 for flamespread and 100 for smoke development may be used for areas of less than 1,000 square feet provided such materials are not installed in corridors and are otherwise acceptable to the contracting officer. Such materials must be approved in advance by the contracting officer. In the event existing partitions are unacceptable to the contracting officer, partitions must be furnished in accordance with the requirements of Schedule A and in accordance with the standards below. However, movable partitions of less than ceiling height shall not exceed a flamespread of 25 and smoke development of 150.

a. Permanent Partitions. All partitions surrounding areas such as stairs, corridors, elevator shafts, toilet rooms, restrooms, and janitors' closets shall be of sturdy, soundproof and fireproof permanent construction, from structural floor slab to structural ceiling slab.

SCHEDULE B

PART II

b. Office Subdividing Partitions. All partitions shall be constructed or erected on finished floors, and shall be furnished complete with all necessary hardware. All metal types shall have baked-on finish of color or colors selected by the Government. The wallboard of demountable types shall be painted colors selected by the Government.

(1) Wallboard and Metal Stud. These partitions are to be installed on the finished floor and must be of metal stud and wallboard prefinished construction, or taped and painted in a workmanlike manner.

(2) Metal Movable Partitions. These partitions are manufactured in ceiling-height and approximately 7'3" height (3/4 height). They shall be flush type not less than 2½" nor more than 3" thick, and shall consist of movable hollow metal insulated panels and opaque or clear glass upper panels with double insulated end fillers. (Omit glass if none specified). Base shall be removable and provide for lay-in concealed wiring on both sides. Partitions shall be factory fabricated, designed for erection over finished floors, and shall be in standard units. Panel units shall be interchangeable with glazed or door units. Where panel and glazed or door units are of different widths, the increments shall be maintained. Design shall permit extension two, three or four ways, without removing adjacent units. Provision shall be made for electrical wiring throughout the assembly. Base and ceiling members shall be designed to permit 2½" adjustment in overall height; wall channels shall be designed to permit scribing to irregularities in the wall.

Assembly shall permit removal of any panel unit without disturbing adjacent panels. Cut-outs and reinforcing in panel units and posts shall be provided for electrical switches and in base for outlets in locations to be designated after award.

Where ceiling height partitions are required, the top filler shall be double sheet mineral board, 3/8" thick applied over studs set 24" on centers, or (optional) No. 20 gauge double steel with single line joints. All top filler to be neatly scribed to fit around pipes, ducts, beams, etc., and to ceiling. Double mineral board top filler to be painted in field to match ceiling. Double steel top filler to be factory finished to match partition.

Where ceiling height partitions are required, the partitions shall be packed with a sound-deadening material to provide an average sound transmission loss of solid partition unit and door of not less than 35 decibels over a range of 125 to 4,000 cycles per second, in accordance with ASTM E 90, as certified by an approved testing laboratory. Where top and end fillers occur, these fillers shall be packed with similar acoustic material meeting the requirements stated above.

(3) Demountable Panel Partitions. Construction is similar to the metal movable partition except that the panel surfacing material shall be either gypsum, asbestos, wood, fibreboard, or other materials as specified in Schedule A.

(4) Bank-Type Partitions. Partitions shall be flush type with lower panel 1-5/8" thick with a plus tolerance of 1/8" and a minus tolerance of 3/16", and approximately 5'7" high and shall consist of movable and interchangeable panels. Post shall be 1-3/4" square. The panels shall be uniform widths. The bottom of each panel shall be approximately 6" clear of the floor and have recessed space for electric wiring for exterior attachment, including spring clip holder for the wire.

7. WINDOWS.

All movable sash shall be weather-tight and designed to permit easy cleaning. Casement sash shall open out. Wherever windows extend to within 18 inches from the floor (and the space is located at least 10 feet above grade) a suitable metal bar shall be provided on the interior window opening approximately 3 feet above floor level. Other suitable safeguards may be considered as determined by the contracting officer.

8. WINDOW COVERING.

All exterior windows shall be equipped with venetian blinds or drapes of acceptable quality. Blinds shall have baked enamel, steel or aluminum slats at least two inches wide and be equipped with vinyl plastic tapes. If drapes are provided, they must be full length, fire-proof, fade resistant and glareproof.

9. WINDOW GRILLES FOR SECURITY PURPOSES.

Off-street, ground-level windows and those windows accessible from fire escapes and adjacent