SCHEDULE B

PART II

roofs must be provided with exterior grilles, or comparable, to prevent forcible entry.

10. DOORS.

a. All doors shall be at least 36 inches wide and of soundproof and sturdy construction, and shall otherwise be provided in accordance with National Building Code requirements.

b. Where accordion doors or room dividers are required, the average sound attenuation factor (decibel rating) shall be not less than 30.

11. HARDWARE.

Hardware shall be of heavy-duty noncorrosive metal of standard manufacture for the type of space required. All windows shall be equipped with locking devices. Push plates, pull bars/handles and automatic door closers shall be installed on public entrance, stairway, lobby, toilet, and locker room doors. Cylinder locks and door checks shall be furnished and installed on all doors which open into corridors, to the outside, or to space otherwise accessible to other than those to be employed in the space to be leased. All locks shall be master keyed and the Government shall be furnished not less than two master keys and two keys for each individual lock. Door stop in base shall match door hardware. Building exits and other exterior doors that may be used for emergency egress shall be equipped with panic hardware. However, stair doors shall be provided with closers and latches without locks.

12. CIGARETTE AND ASH RECEPTACLES.

Wall-mounted, jumbo-size metal urn type ash receptacles, with removable ash bucket and tip action top covers, or comparable, shall be provided at suitable locations in entrance, main corridors, and elevator lobbies, etc.

13. PAINTING.

Immediately prior to Government occupancy, the walls, ceilings, partitions and trim shall be newly painted or otherwise finished with materials and colors satisfactory to the Government.

14. FACILITIES FOR PHYSICALLY HANDICAPPED PERSONS.

The following convenience shall be provided for physically handicapped persons in accordance with the American National Standards Institute (ANSI) Standard A-117:

Access: Access for wheelchairs shall be provided from street or sidewalk to every reasonable subdivision of space where a physically handicapped person may visit or work. Where possible, the main entrance to the building shall be at grade level. If not at grade level, a ramp, in accordance with the above referenced standard, with a slope not exceeding one foot in 12 feet, shall be provided. Elevators shall be large enough to accommodate a wheelchair, as specified in ANSI A-117.1-1961. It is desired that the location of elevator controls shall be within reach of a person sitting in a wheelchair. Width of doors and other openings shall meet the requirements of the above referenced standard. Where elevators must otherwise be altered to meet the requirements of this solicitation, or where new construction is involved, elevators shall comply fully with the above referenced standard.

SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART III

MECHANICAL - ELECTRICAL

1. GENERAL.

The successful offeror shall be responsible for insuring that all plumbing, heating, air-conditioning, ventilating, elevators, and other necessary electrical and mechanical features conform to the requirements of this part and are installed and operated in accordance with all local codes, ordinances, and regulations, plus the latest edition of the various publications set forth below. The offeror shall also be responsible for the installation of mains, lines, and meters necessary for all utility services. All such equipment shall be checked and adjusted by the successful offeror prior to and during occupancy by the Government. All ducts, piping and conduits shall be concealed within the walls or covered by furring, plastering, acoustical treatment, or other comparable means, except not necessarily in service and storage areas, or areas not normally used by office employees or the public.

2. PLUMBING FACILITIES.

In addition to the following, all plumbing shall meet the requirements of the National Plumbing Code.

a. Drinking Fountains. Centrally cooled, filtered, water system, drinking fountains, or the automatic electric type fountains shall be located adjacent to the toilets and at other strategic locations, so that a person will not need to travel more than a hundred-fifty feet (150 feet) on one floor to reach same. The water shall be chilled to between 48 and 52 degrees Fahrenheit. There shall be a minimum of one fountain on each floor containing office space. Recessed or wall-hung fountains are preferred.

b. Toilets. Separate toilet facilities for men and women shall be provided on each floor in the building. The facilities must be located so that employees will not be required to travel more than 150 feet on one floor to reach the toilets. Each toilet room shall have sufficient water closets enclosed with modern stall partitions and doors, urinals (in men's room), and lavatories in compliance with the fixture schedule set forth below. In addition, each main toilet room shall contain the following:

(1) A liquid soap dispenser, shelf and mirror above lavatory.

(2) A modern toilet paper dispenser in each water closet stall.

(3) A coat hook on inside face of door to each water closet stall, and on several wall locations by lavatories.

(4) At least one modern paper towel dispenser and waste receptacle for every two lavatories.

(5) A coin operated sanitary napkin dispenser in women's toilet rooms with waste receptacle for each water closet stall.

(6) Ceramic tile wainscot from the floor to a minimum height of 4' 6".

(7) Women's toilet room shall be large enough to accommodate a couch approximately 75" long and 30" wide together with accompanying chair.

(8) A convenience outlet located adjacent to one mirror in each men's room.

TOILET FIXTURES

For the purpose of determining the required toilet facilities the actual number of persons shall be based on one person for each 150 square feet of net usable office space in ration of 55% men and 45% women. The toilet fixture schedule specified shall be applied on a per floor basis.

SCHEDULE B

PART III

| | MEN | | | WOMEN | |
|---|---|---|---|---|---|
| Number of Persons | Water Closets | Urinals | Lavatories | Water Closets | Lavatories |
| 1 to 8 | 1 | 1 | 1 | 1 | 1 |
| 9 to 24 | 2 | 1 | 1 | 2 | 2 |
| 25 to 36 | 2 | 1 | 2 | 3 | 2 |
| 37 to 56 | 3 | 2 | 2 | 4 | 3 |
| 57 to 75 | 4 | 2 | 2 | 5 | 4 |
| 76 to 96 | 4 | 2 | 3 | 6 | 4 |
| 97 to 119 | 5 | 2 | 3 | 7 | 5 |
| 120 to 144 | 6 | 3 | 4 | 8 | 5 |
| 145 to 171 | 6 | 3 | 4 | 9 | 6 |
| 172 to 200 | 7 | 3 | 4 | 10 | 7 |
| 201 to 220 | 8 | 4 | 5 | 11 | 7 |
| 221 to 240 | 8 | 4 | 5 | 12 | 8 |
| 241 to 260 | 9 | 4 | 5 | 13 | 9 |
| 261 to 280 | 10 | 4 | 6 | 14 | 9 |
| 281 to 300 | 11 | 4 | 6 | 15 | 10 |

c. Facilities for Physically Handicapped Persons.

(1) Toilets. Toilet rooms shall have space to allow traffic of individuals in wheelchairs. In addition to the number and types of toilet fixtures and the location of toilet facilities specified in this Schedule, not less than one men's toilet room and one women's toilet room on each floor where the Government leases space shall have at least one toilet stall that:

(a) is 3 feet wide

(b) is at least 4 feet 8 inches, preferably 5 feet deep

(c) has a door (shere doors are used) that is 32 inches wide and swings out

(d) has handrails on each side, 33 inches high and parallel to the floor, one and one half inch clearance between rail and wall, and fastened securely at ends and center

(e) has a water closet with the seat 20 inches from the floor.

A wall mounted water closet must have a narrow understructure that recedes sharply. Floor mounted water closets should not have a front that is wide and perpendicular to the floor at the front of the seat. The bowl should be shallow at the front of the seat and turn backward more than downward to allow the individual in a wheelchair to get close to the water closet with the seat of the wheelchair.

At least one lavatory shall have a narrow apron which when mounted at standard height is usable by individuals in wheelchairs, or shall have a lavatory mounted higher so that they are usable by individuals in wheelchairs. Drain pipes and hot water pipes under a lavatory must be covered or insulated so that wheelchair individuals without sensation will not burn themselves.

One mirror with shelf shall be provided above the lavatory at a height as low as possible and no higher than 40 inches above the floor, measured from the top of the shelf and the bottom of the mirror. Toilet rooms for men shall have one wall mounted urinal with the opening of the basin 19 inches from the floor or shall have a floor mounted urinal that is one level with the main floor of the toilet room. The toilet room shall have at least one towel rack, towel dispenser and other dispensers and disposal units mounted no higher than 40 inches from the floor.

(2) Drinking Fountains. In addition to the requirements for drinking fountains in this Schedule, not less than one fountain per floor of leased space shall be accessible to and usable by the physically disabled. The water fountain shall have an upfront spout and control. It shall be hand operated or hand and foot operated. Conventional floor mounted water fountains can be serviceable to individuals in wheelchairs if a small fountain is mounted on the side of the cooler 30 inches above the floor. A wall mounted

SCHEDULE B

PART III

hand operated cooler may serve the able-bodied and physically disabled equally well when the cooler is mounted with the basin 36 inches from the floor. A fully recessed water fountain is not recommended. The water fountain should not be set into an alcove unless the alcove is wider than a wheelchair.

3. HEATING, AIRCONDITIONING AND MECHANICAL VENTILATION.

Heating, airconditioning and ventilation systems are required which are capable of maintaining inside temperatures in the range from a low of 70 degrees during the heating season to a high of 78 degrees at all other times throughout the entire leased premises and service areas, regardless of outside temperatures.

Energy Conservation Operating Practices. In view of the critical need for energy conservation, the following operating practices shall be followed whenever these settings will result in fuel savings:

Heating Season. During the heating season, temperatures shall be 65 to 68 degrees F.

Airconditioning Season. During the airconditioning season, temperatures shall be maintained from 78 to 80 degrees F.

At other times when heat or airconditioning is not required. During these times, temperatures shall be allowed to vary from 65 to 80 degrees F.

Areas having excessive heat gain or heat loss, or affected by solar radiation at different times of the day, shall be independently controlled so that the interior temperature conditions stipulated can be maintained. Temperatures in all spaces will be maintained without drafts and airconditioning equipment noises.

Exhaust ventilation shall be provided as required for conference room(s) and special equipment such as teletype machines. Heating, airconditioning and ventilation facilities shall be designed, installed and function as required by current standards and recommendations of the American Society of Heating, Refrigerating and Airconditioning Engineers, Incorporated; and National Fire Protection Association Standards 90 A and 91, except for the temperature variations indicated above.

Mechanical exhaust shall be provided for the following toilet rooms:

a. A toilet with an open window area less than 5% of its floor area.

b. A toilet having windows opening on a court or vent shaft which has an area less than:

(1) 9 square feet

(2) 0.2 square feet for each foot of height

(3) 2% of the combined floor area it ventilates, or 5% of its floor or any single room it ventilates

c. Toilets in or adjoining airconditioned area.

4. ELEVATORS. (Freight and Passenger)

All elevators shall conform to the requirements of the current edition of the American National Standard Safety Code for Elevators, Dumbwaiters, Escalators, and Moving Walks (ANSI A17.1); also the local codes and ordinances.

All elevators are to be equipped with telephones or other two-way emergency signaling systems. Whatever system is used shall be clearly marked and shall reach a point of emergency communication that is manned at all times that the elevators are in service. If the Government occupies space above the first floor, a method of emergency power shall be provided and arranged to return all elevators to the exit floor in case of power outage. The power supply need not handle all elevators simultaneously. An emergency power supply connection is not required for elevators which can readily be moved to a floor without power.

The passenger elevators in the building must have the capacity to transport in five minutes fifteen percent of the nominal total population of all upper floors (based on 125 square feet per person of net usable space). Further, the dispatch interval between elevators during the up-peak demand period should not exceed 35 seconds.

SCHEDULE B

PART III

Upon request by the Government the following information shall be furnished: location, capacity in pounds, inside cab areas, rated car speeds, and type of operation of the passenger elevators. In addition, information showing the five-minute handling capacity of the passenger elevator at each separate location shall also be submitted upon request to show either the calculated capacity or actual capacity by surveys during the following conditions: (a) heavy up-peak demand such as would occur during the arrival period; (b) heavy two-way demand as would occur during the noon period; and (c) heavy down-peak demand such as would occur during the departure period.

(Use (a) or (b) below if freight elevators are required)

(a) (No.) ______ freight elevator(s) must be provided having a minimum size of ______ feet by ______ feet and a minimum capacity of ______ pounds.

(b) (No.) ______ combination freight and passenger elevators must be provided. In addition to meeting the requirements of the passenger elevators above, such elevators must be capable of handling furniture, partitioning, and other necessary office equipment.

5. ELECTRICAL MAIN SERVICE FACILITIES.

All work not specifically described shall be designed to meet the requirements of the latest edition of the National Electrical Code, the National Electric Safety Code, Standards of the National Electric Manufacturer's Association, Insulated Power Cable Engineers' Association, the American Institute of Electrical Engineers, and local codes and ordinances. The main service facilities and meter panel and branch circuits shall be adequate to provide for electrical load that will be required. This service shall be in a suitable enclosure which is readily accessible for inspection. The area within the enclosure around the electrical service shall not be used for storage or other purposes. Distribution panels are to be circuit breaker type as standard for the building, and shall contain a minimum of 10% spare circuits over the circuits required by the Government.

6. ELECTRICAL AND MAIN SERVICE OUTLETS.

Duplex outlets, floor and wall (including clock outlets) shall be provided on the basis of one outlet per 50 net usable square feet of space for the operation of office machines and equipment. Telephone outlets shall also be provided on the basis of one for each 100 net usable square feet, unless otherwise specified under Schedule "D". In any event, each room shall have at least one duplex electrical outlet, and each office-type room shall also have one telephone outlet. In larger open-type office areas, it is desired that the space shall be equipped with recessed floor conduit, on eight foot centers, large enough to accommodate the required power and telephone lines. Duplex utility outlets shall be provided in toilets and corridors for maintenance and also in dispensing areas. Outlets to be circuited separately from the lighting with not more than 8 such outlets on one circuit. The Government may elect to locate such outlets as it is entitled to under this paragraph at locations other than as herein specified, provided that the total number of outlets shall not exceed the amount it would otherwise receive if installed as provided above. 220 volt electric service must be available on all floors.

7. LIGHTING.

Modern, diffused, fluorescent electric fixtures shall be provided throughout all office areas capable of producing and maintaining a minimum of 70 foot-candles; in drafting rooms and engineering rooms the minimum shall be 100 foot-candles; a minimum of 45 foot-candles in toilet, public reception, and storage areas, and 25 foot-candles (incandescent or fluorescent) in closets, corridors, and other public areas. These standards refer to maintained light at desk level. Recessed lighting fixtures preferred, but flush-mounted fluorescent fixtures attached to the ceiling are acceptable.

Energy Conservation Operating Practices. In view of the critical need for energy conservation, the following operating practices are to be followed:

Energy consumed for lighting shall be reduced by removing nonessential lamps and fixtures and by applying non-uniform lighting standards to existing lighting systems. During working hours, overhead lighting will be reduced to 50 foot-candles at work stations, 30 foot-candles in work areas, and 10 (but not less than 1) foot-candles in nonworking areas. Reductions in overhead lighting shall be accomplished with minimum practicable deviation from the specific levels. Off-hour and exterior lighting, except that essential for safety and security purposes; e.g. exit lights, lights in stairwells, shall be eliminated. Preference shall be given to the

SCHEDULE B

PART III

installation of more efficient lighting systems when constructing or remodeling space as a means of obtaining maximum energy savings.

Lower levels of lighting may be specified by the Government prior to award through the adoption of non-uniform lighting standards to the lighting systems. All light fixtures shall be controlled by wall switches conveniently located on columns or walls adjacent to door openings. In open office areas, not over six fixtures shall be controlled by one switch. In corridors and spaces with more than one entrance, three-way switches shall be provided. Ballasts are to be rapid-start, thermally protected, voltage regulating type UL and ETL approved. All building entrances must be adequately lighted outside.

8. MODIFICATION OF OPERATING PRACTICES.

Whenever the energy situation warrants a modification of operating practices within the design criteria set forth above for heating, airconditioning, mechanical ventilation and lighting, the lessor shall upon written notice from the Government, take necessary action to provide the required services not later than 30 days after receipt of said notice.

Payment to the lessor or adjustment to the rental will be considered only when it can be clearly demonstrated that increased costs have resulted as a direct result of the Government's action. In any event, additional payments or rental increases will be limited to the increased costs directly attributed to the change in operating practice and any resultant increase in utility consumption.

9. EXIT AND EMERGENCY ILLUMINATION.

Exit emergency illumination shall be provided in accordance with the National Fire Protection Association Standard Number 101, Code for Safety to Life, in such a manner as to maintain exit illumination automatically in the event of any failure of normal lighting due to fault in the main lighting system, or any single manual act such as accidental opening of a switch controlling normal lighting facilities. The exit and emergency illumination system shall mark all exits in the path of egress from the leased space and shall provide emergency illumination in the leased space and all paths of egress from it to the exterior.

SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART IV

SAFETY AND FIRE PREVENTION

1. GENERAL.

The building and related equipment, and any utilities or services furnished and activities of other occupants shall be free of accident and fire hazards which in any way will affect Government operations, property, or personnel. When such hazards are detected they must be promptly corrected at no direct expense to the Government.

2. PORTABLE FIRE EXTINGUISHERS.

Portable fire extinguishers meeting local requirements and the requirements of the Occupational Safety and Health Act shall be provided by the successful offeror. The offeror shall maintain the extinguishers in proper and safe operating conditions at no cost to the Government.

3. STANDPIPES.

Standpipes for firefighting shall be provided if the building occupied by the Government is four or more stories in height. They shall be located preferably in stairwells with one riser for each stairwell, and shall be equipped with a 2½" valved outlet at each floor level. Adapters (2½ inch to 1½ inch) shall be provided at each outlet. Hose for the standpipes will not be required unless the local fire department requires the hose for fire department use.

4. MANUAL FIRE ALARM SYSTEMS.

A manual fire alarm system shall be provided in every building over three stories in height or 50,000 square feet in gross area where the Government occupies space that does not have a direct outside exit. Manual fire alarm stations shall be located on each floor at the normal path of exits from the building. The preferred location for the fire alarm station is near the stairway. Operation of the manual fire alarm station shall sound the alarm throughout the building or throughout the floor where the boxes are operated. The alarm shall consist of a bell or other alerting signal preferably followed by voice directions. The alerting devices shall be placed so that every person affected will be alerted when they are sounded. All alarms shall be automatically transmitted to the local fire department or central station. Provision shall be made to operate alarms from the fire alarm control panel. Installation, operation, and equipment shall conform to NFPA 72 and 72D and local code.