AMENDMENT OF SCHEDULE B

Paragraphs 4.a. and 8 of SCHEDULE B, PART II, are hereby deleted and the following paragraphs are substituted therefor:

4. FLOORS.

a. Floor covering. Underfloor cement shall be smooth and level. Floors in all offices, corridor areas, etc., (but not necessarily in storage areas), shall be covered with rubber-backed low to medium pile height carpet meeting or exceeding requirements of Federal Specifications DDD-C-95 or DDD-C-001559, as follows:

Type II-Velvet-Class 3, acrylic or wool, single level loop pile-woven through back, or; Type IV-Tufter-Class 4, Subclass B-(42 oz/sq. yd. pile) wool, single level pile, or: Type V-Knitted-Class 1, Subclass B-(37 oz/sq. yd. pile) modacrylic single level loop pile, or; Federal Specification DDD-C-001559; Type I-woven-Subclass B or C-(18 or 2C oz/sq. yd. pile) Nylon, single level loop pile.

Examples of carpeting meeting these specifications are, BUT ARE NOT LIMITED TO:

(1) Bigelow-Sanford, Inc. - "Richleigh", "Gropine", "Gropine-Director"
(2) Karastan - "Brieau", "Madreau"
(3) Commercial Carpet Corp. - "Constellation"
(4) Stephen Leedom - "Executive"
(5) Collins and Aikman - "Powerbond"
(6) Roxbury Carpet Co. - "Baskalon"
(7) Wunda-Weve Carpet Co. - "Plushpoint"
(8) Coronet Carpet Mills - "Maplecrest"

Where floor covering is to be newly installed, or where existing covering must be changed to meet the requirement, color must be approved in advance by the Government. Terrazzo or unglazed ceramic tile and/or quarry tile, or other covering acceptable to the Government shall be used in all toilet and service areas. Perimeters shall have a 4-inch rubber or vinyl tile straight base. The type and grade of covering shall be stated in the offer.

8. WINDOW COVERING.

Draperies. Drapery material shall meet or exceed Federal Specifications CCC-C-00540 or CCC-C-525b. Examples of manufacturers of material meeting these specifications are, BUT NOT LIMITED TO:

1. Chatham Mfg. Co., Elkin, North Carolina
2. Craftex Sales, Inc., Philadelphia, Pa.

PRA 3/75

SCHEDULE C

SERVICES, UTILITIES AND MAINTENANCE

The following service, utility, and maintenance requirements are in addition to and in conjunction with the building requirements of Schedule B. The lessor is required to have available a building superintendent on the premises during the tenant working hours stated below to promptly correct reported deficiencies.

1. SERVICES.

To be furnished daily, except Saturdays, Sundays and Federal holidays, during normal Government working hours.

a. Electrical Services

(1) Lighting The lessor shall provide initial and replacement supplies of incandescent bulbs, fluorescent tubes, starters, ballasts, switches and other related items, together with appropriate labor to provide and maintain satisfactory illumination in service throughout the life of the lease, as specified in Schedule B, Part III, paragraph 7.

(2) Special Power Where airconditioning, computer systems, or other special facilities which require large quantities of power are elsewhere specified in the Schedules, the lessor shall be responsible for furnishing uninterrupted power service for such needs.

b. Heating and Ventilation

(1) Boilers If boilers are used to generate heat for the building, they shall be operated and serviced in accordance with ASME, Boiler and Pressure Vessel Code and local codes that apply.

(2) Hot Air Furnaces Where hot air furnaces are used, they shall be operated in accordance with local and national codes that apply and shall be periodically cleaned and serviced so as to provide an adequate flow of warm air to the office space. Where humidifying devices are used in conjunction with the furnace, they shall be periodically serviced to insure emission of the rated amount of moisture into the air stream prescribed for the equipment.

(3) Heating Distribution System The heating distribution systems shall be operated to provide the temperature conditions stipulated in paragraph 3, Schedule B, Part III, in the space leased. Hot water or steam distribution systems shall be periodically inspected and serviced to allow distribution of sufficient hot water or steam to the space occupied without undue delays or objectionable noises. Hot air heating distribution systems shall be adjusted and serviced to furnish heat without objectionable drafts, abnormal air velocities, disturbing noises or undesirable emission of dirt in the air. Filters shall be used in forced air systems and shall be cleaned, replaced, or otherwise appropriately serviced, as required, to properly fulfill their design intentions.

c. Airconditioning

(1) Airconditioning for Personnel The lessor shall schedule starting time of airconditioning so that the temperatures stipulated in paragraph 3, Schedule B, Part III, for the space will be established prior to start of official Government working hours. The system shall be adjusted to operate without uncomfortable drafts, excessive air velocities, disturbing noise, or unusual emission of dirt. Air filters shall be provided and serviced, as required, to maintain adequate flow of clean cooled air to the office space.

(2) Airconditioning Servicing The airconditioning equipment shall be periodically serviced to insure that compressors, electrical relay systems, refrigerant lines, cooling towers, filters and related appurtenances are operating at design capacity at all times when in operation.

d. Plumbing and Sewage Disposal Service Plumbing and sewage service shall be provided and systems shall be operated and serviced in conformity to the national and local codes. Hot and cold running water shall be available in all toilet rooms. The temperature of hot water at the faucet outlets should be approximately 120 degrees Fahrenheit.

SCHEDULE C

e. Elevator Facilities The lessor shall provide suitable passenger and freight elevator service to leased space that is above the street level. A current certificate indicating the elevator has been properly inspected for safe operating conditions shall be displayed in the elevator cab. The elevator may be operated manually or automatically, and service shall be available from 1/2 hour before the earliest starting time to 1/2 hour after the latest closing time. Except in an emergency, the GSA representative shall be given at least 24 hours advance notice if elevator service is to be interrupted for more than 1-1/2 hours. Interruptions for any purpose shall be scheduled to offer minimum inconvenience to the occupants of the leased space.

f. Physical Protection and Normal Security The lessor shall provide security comparable to the type of protection given by commercial or business enterprises to prevent illegal entry into or loitering in the space leased; to prevent loss by pilferage or theft; and to admit to the space during off-duty hours only those who are authorized to enter. In the event it becomes necessary to provide guard services for all or a part of the premises leased to the Government, the lessor will submit, or see to it that his contractor submits within 10 calendar days from the date of a written request to do so, a completed "Fingerprint Chart," Form FD-258, and "Statement of Personal History", GSA Form 176, the necessary investigation forms for each of the employees who will provide building operating services in the leased space. Additional forms will be submitted for any new employees added to the work-force cleaning and maintaining the leased space those persons who have been determined by the contracting officer to be unreliable and untrustworthy on the basis of arrests for criminal offenses and other information available to the contracting officer of the Government.

g. Overtime Services

(1) The Government shall have access to the leased premises and the right to use the space beyond normal working hours specified above, and on Saturdays, Sundays, and Federal holidays including the use of elevators, toilet facilities, chilled drinking water and electricity for lights and operation of small office and business machines (such as electric typewriters, adding machines, calculators, etc.) without additional payment. If janitorial services, heat and/or airconditioning are required by the Government on an overtime basis beyond the above specified hours, they will be furnished by the lessor upon the Government's request and payment to the lessor for such additional services will be made at the unit rates specified in Item 8 of GSA Form 1364.

(2) Upon presentation of a properly certified invoice, payment will be made by the Government for services requested and furnished.

2. UTILITIES.

a. Lessor-Furnished Utilities The lessor shall provide all utilities necessary for operating, maintaining, and servicing the space leased by the Government, including but not limited to the following:

(1) Heat The fuel required for heat, hot water and other related needs. If purchased steam or hot water is used, it shall be provided by the lessor.

(2) Electric Current

(a) Furnish adequate metering facilities (without cost to the Government) to permit separate payment for current consumed by the Government, direct to the local utility company; or

(b) Include the cost of electric current for lighting and operation of office appliances and machines in the rental consideration.

Note: Indicate in Paragraph 8 of GSA Form 1364 whether (2) (a) or (2) (b) is applicable to your offer.

(3) Gas If gas is required for use by the Government in connection with the space leased or as a part of the utilities furnished for the space, it shall be provided by the lessor.

SCHEDULE C

(4) Water. Fresh and potable water shall be provided by the lessor to meet all needs of the Government as specified. If purchased chilled water is used, it shall be furnished by the lessor.

b. Utilities Furnished by the Government. Where a utility, public or private, is to be paid for by the Government, the lessor shall at his expense, furnish and install a separate meter for measuring each utility consumed in servicing the space leased or for any special purposes, as required in the solicitation. The lessor shall further insure that utility meters so provided, shall meter only Government usage and that no other usage by other occupants of the building will be recorded on the same meter for the purpose of pro rata payment by the lessor of utilities consumed by other occupants.

3. MAINTENANCE.

a. Roof, Exterior Walls, Doors, and Windows. The lessor shall provide the labor, material and supervision to adequately maintain the structure, the roof, the exterior walls, windows, doors, and any other necessary building appurtenances to provide watertight integrity, structural soundness, and acceptable appearance.

b. Mechanical and Electrical Equipment and Systems. The lessor shall provide labor, materials and supervision to maintain mechanical and electrical equipment and systems in a satisfactory condition, to provide reliable service without unusual interruption, disturbing noises or exposure to fire or safety hazards. All local and national code requirements shall be met and current certifications of inspection shall be displayed on all boilers, unfired pressure vessels, or any other item for which such a certificate is required.

c. Elevators and Escalators. The lessor shall provide labor, materials and supervision to maintain the elevators and escalators in a reliable, safe and operable condition. Inspections required by the code shall be made as prescribed and a certificate shall be posted in the cab of each elevator.

d. Fire Equipment. The lessor shall furnish labor, material, and supervision to service and maintain any internal fire equipment, sprinkler systems, standpipes, or fire escapes in a constant state of readiness. Hand fire extinguishers shall be serviced in accordance with applicable national and local codes or at least yearly and dated to show the last time they were inspected and/or recharged. The lessor shall cooperate with local fire authorities to the extent required by municipal ordinances.

e. Plumbing and Sewage Systems. The lessor shall furnish labor, material, and supervision to maintain reliable, operable, and safe plumbing and sewer facilities in accordance with national and local codes. This includes hot and cold water lines, hot water heat or steam distribution lines, waste lines, drains, sewer lines, grease traps, vents, and any other related appurtenances.

f. Interior Maintenance.

(1) Interior Maintenance of the Space Leased. The lessor shall maintain the leased space in accordance with SF-2A Para. 2.

(2) Painting. The lessor shall repaint office space once every five years and public areas once every three years. Painting shall be performed after tenant working hours.

4. CLEANING AND JANITORIAL SERVICES. Attachment No. 1 to this Schedule outlines in detail the frequency and extent of cleaning and janitorial services required.

ATTACHMENT NO. 1
SCHEDULE C
CLEANING AND JANITORIAL SERVICES

THE LESSOR SHALL MAINTAIN EVERY PART OF THE LEASED PREMISES, INCLUDING OUTSIDE AREAS IN A CLEAN AND ACCEPTABLE CONDITION. THE VARIOUS PHASES OF CLEANING AND JANITORIAL WORK SHALL, AS A MINIMUM, BE CAR- RIED OUT AT THE FREQUENCIES INDICATED IN THE SCHEDULE BELOW. THE POLICING OF CORRIDORS, LOBBIES AND TOILET ROOMS, SERVICING OF TOILET ROOMS WITH SUPPLIES, AND THE WASHING OF WINDOWS MAY BE CARRIED OUT AT ANY HOUR, BUT INTERFERENCE WITH GOVERNMENT BUSINESS SHALL BE AVOIDED. OTHER WORK SHALL BE DONE AFTER OCCUPANT WORKING HOURS. THE LESSOR SHALL PROVIDE ALL NECESSARY JANITORIAL SUPPLIES AND EQUIPMENT. CLEANING SUP- PLIES SHALL BE OF GOOD QUALITY.

<u>FREQUENCY NOT LESS THAN STATED</u>

<u>FREQUENCY SCHEDULE</u>
<u>WORK TO BE ACCOMPLISHED</u>

I. <u>Daily Services.</u>

A. <u>Toilets (Includes private toilets).</u>

(1) Floors shall be swept and wet-mopped or scrubbed.

(2) Water closets and urinals shall be washed and sanitized. No rust or encrustation shall remain. Traps shall be maintained free from odor at all times. Washbasins shall be cleaned.

(3) Mirrors,shelving, dispensers and chromium fixtures shall be damp-wiped and polished.

(4) All other surfaces shall be spot-cleaned and horizontal surfaces dusted.

(5) Paper towel waste receptacles shall be emptied and towel, soap, and toilet paper dispensers serviced prior to occupant's official starting time. In addition, during the occupant's working hours, waste receptacles shall be emptied, dispensers serviced, wash- basins cleaned and the rooms policed to remove paper, trash or spillages on a schedule based upon traffic demand. Sanitary napkin receptacles shall be emptied, cleaned, dis- infected and provided with a new paper bag liner daily.

B. <u>Room Cleaning.</u>

Office areas, file rooms, libraries, conference rooms and the corridor space adjacent to these areas shall receive the following daily cleaning:

(1) Ashtrays shall be emptied and the ashtrays wiped clean.

(2) Wastebaskets shall be emptied and the wastepaper and trash removed to main disposal area.

(3) The full floor area is to be swept weekly, with a treated sweep mop, to remove all dirt, dust and litter. On the four remaining days of each week the floor shall be spot-swept to remove all obvious surface dirt from traffic areas and from under furniture. Exposed floor areas in partially carpeted offices are to be swept on the same schedule.

(4) The full rug area is to be vacuumed weekly to remove all dirt, dust and litter. On the four remaining days of each week, the rug is to be spot-vacuumed to remove all obvious surface dirt from traffic areas and from under furniture.

(5) Washbasins shall be cleaned and mirrors damp-wiped and dried, as necessary, to keep them in a clean condition. Paper towels shall be supplied where towel boxes are provided.

(6) <u>Horizontal surfaces</u> of desks shall be dusted with a treated dustcloth. Glass desk tops shall be cleaned with an untreated cloth.

C. <u>Elevators and Escalators.</u>

All surfaces in the interior of passenger elevators shall be cleaned, including hoistway doors and threshold on the corridor side of the elevator, and all bright metal surfaces polished. Vacuum clean rugs. Resilient floors shall be cleaned, waxed and polished. Floors of freight elevators shall be swept. All exposed surfaces of escalator treads and risers, landings and adjacent areas shall be cleaned and all bright metal surfaces polished.

D. <u>Lobbies and Corridors.</u>

Floors shall be swept or, if carpeted, vacuumed. Hard floors shall be wet-mopped or scrubbed and resilient floors damp-mopped and buffed on those floors having exterior building entrances. Ash receptacles shall be emptied, washed and dried. Drinking fountains shall be cleaned and paper cups replenished, if required.

E. <u>Outside Entrances.</u>

Landings, steps and sidewalks shall be swept in the morning before the occupants have entered the building. In addition, the main entrances shall be policed twice daily and secondary entrances once a day. Both sides of entrance glass shall be cleaned. Kick plants and push bars shall be cleaned and polished.

F. <u>Stairways.</u>

Stair landings and steps shall be swept or vacuumed. Hand railings, ledges, grilles, fire apparatus, doors and radiators shall be dusted.

G. <u>Loading Platforms.</u>

Loading dock areas and platforms shall be swept. In addition, loading areas and platforms shall be policed daily during occupant's working hours.

H. <u>Waste Collection and Removal.</u>

All refuse, trash and garbage, including that from snack bars and vending machines, shall be collected and removed from the building. Cans used for collection of food remnants shall be washed inside and out, or steam cleaned.

2. Three Times Per Week Service.
   A. Grounds, Sidewalks and Garages.
      All sidewalks, parking areas, garages, driveways, lawns and shrubbery shall be policed.
   B. Storage Space.
      Sweep full floor area of any storage space with a treated sweep mop.
3. Weekly Services.
   A. Room Cleaning.
      Dust horizontal surfaces of files, chairs, tables, bookcases, window sills and other furniture with a treated dustcloth.
   B. Elevators.
      All surfaces in the interior of freight elevators shall be cleaned, including hoistway doors and threshold on the corridor side of the elevator and all bright metal surfaces polished.
   C. Lobbies and Corridors.
      Resilient floors shall be damp-mopped and buffed and hard floors shall be scrubbed or wet-mopped on all floors not having exterior building entrances. All telephone booths shall be cleaned.
   D. Outside Entrances.
      Landings, steps and sidewalks adjacent to entrances shall be hosed down (except in freezing weather) and the water removed. All unpainted metal doors and handrails shall be damp-wiped and polished.
   E. Garages, Sidewalks and Parking.
      Garages, ramps, driveways, paved parking areas and sidewalks shall be swept. If a power sweeper is used, it must be equipped with a vacuum dust control system. Grease and oil spots shall be removed.
4. Every Other Week Services.
   A. Room Cleaning.
      All wall surfaces within approximately 70" of the floor shall be spot-cleaned.
   B. Stairways.
      Steps, risers and landings shall be wet-mopped or scrubbed; glass surfaces cleaned; bright metal and woodwork polished. Walls shall be spot-cleaned to a height of approximately 70".
5. Monthly Services.
   A. Toilets (Includes private toilets).
      Wastepaper receptacles shall be damp-wiped inside and out. The full surface area of wall stall partitions, doors, windows frames and sills shall be damp-wiped. Toilet resilient floors shall be stripped, waxed and buffed. Use non-slip floor wax.
   B. Room Cleaning.
      Wall surfaces within approximately 70" of the floor, vertical surfaces and under surfaces (knee wells, chair rungs, table legs, etc.) shall be dusted. Glass in doors, partitions, pictures and bookcases shall be damp-wiped. On a monthly schedule, in-between the normal quarterly waxing performance, floors shall be damp-mopped and buffed.
   C. Lobbies and Corridors.
      Main corridors and other heavy traffic areas having resilient flooring shall be stripped, waxed and buffed.
6. Quarterly Services (Every 90 calendar days).
   A. Room Cleaning.
      Resilient flooring shall be stripped, waxed and buffed. Use non-slip floor wax. In areas with rugs, the rugs shall be turned back to permit finishing underneath the rug for at least one foot.
   B. Lobbies and Corridors.
      Resilient flooring in normal traffic areas in public space shall be stripped, waxed, and buffed. Metal door thresholds shall be cleaned and polished. Marble wall surfaces and stone wainscoting shll be damp-wiped and polished.
   C. Garages and Driveways.
      Garages, ramps, loading platforms and driveways within the building shall be wet-mopped or scrubbed.
7. Three Times a Year Service (Every 120 calendar days).
   A. Room Cleaning.
      All surfaces in the building approximately 70" or more from the floor shall be cleaned by dusting or vacuuming. This includes venetian blinds and light fixtures. All drapes in the building shall be vacuumed in place.
   B. Insect and Rodent Control.
      Furnish services necessary to exterminate rodents and insects in the building.
8. Twice a Year Services.
   A. Room Cleaning.
      All window glass, glass deflectors, clear and opaque glass in partititions, doors and transoms shall be washed.
   B. Areaways and Roofs.
      Balconies, ledges, courts, areaways and flat roofs shall be cleaned.
9. Annual Services.
   A. Room Cleaning.
      All venetian blinds shall be washed. When removed for cleaning, the blinds shall be replaced within two days. All light fixtures shall be washed. All carpets in corridors and lobbies shall be shampooed.

10. <u>Tri-Annual Service (Every 3 calendar years).</u>

A. <u>Room Cleaning</u>

All carpets in office space, conference rooms, libraries, judge chambers, courtrooms, and any other similar type space shall be shampooed.

11. <u>Every 5 Calendar Years</u>

A. <u>Room Cleaning.</u>

All drapes shall be cleaned once every five years during the repainting cycle.

12. <u>Services to be Performed as Required.</u>

A. <u>Room Cleaning.</u>

Stains shall be removed from all carpets in the building.

B. <u>Outside Maintenance.</u>

Weeds shall be removed from around building, parking areas and fence borders. Lawns shall be mowed, edged and watered. Shrubbery shall be trimmed and watered. Lawns and plantings shall be repaired or replaced as necessary to maintain a presentable appearance. Snow and ice shall have been removed from all entrances, sidewalks, vehicular parking areas and approaches before the building occupants report for work. Chemicals or sand shall be used to reduce safety hazards due to ice and snow.

C. <u>Entrances and Elevators.</u>

Entrance and elevator rugs shall be cleaned and shampooed as needed to provide a good appearance. During inclement weather, entrance lobby floors shall be damp-mopped to keep clean and dry.

D. During the first month of the lease, the lessor shall strip and seal terrazzo floors and those areas designated. The inside and outside surfaces of wastebaskets shall be washed or damp-wiped as necessary to keep them in a clean condition.

<u>Footnote</u>: Alternate floor maintenance systems which will achieve the same results may be substituted subject to leasing officer's approval.