SCHEDULE D

MISCELLANEOUS PROVISIONS

1. THE GOVERNMENT RESERVES THE RIGHT TO REJECT ANY OR ALL OFFERS RECEIVED.

2. FAIR MARKET VALUE AND FAIR RENTAL VALUE.

Restrictions imposed by the Economy Act of 1932 (40 U.S.C. 278a) limit the amount of rental which may be paid and necessitate a determination of Fair Market Value of leased space involving a rental in excess of $2,000.00 per annum. Appraisals will be required in support of that determination, and much of the basic material therefor must be furnished by the Lessor from building records. The offeror shall make available to the Government for appraisal purposes any pertinent information which is in his possession.

If the annual rental rate for the space offered, including the cost of services to be furnished by the Lessor, exceeds $2,000.00, the offeror must furnish on GSA Form 1217, Lessor's Annual Cost Statement, an estimate of the annual cost for the entire building of such services and utilities as are offered to the Government as part of the rental consideration (copies of GSA Form 1217 will be furnished when required).

3. RENTAL PAYMENTS.

All rental payments under the lease will be made by the Government on a calendar month basis in arrears beginning at the end of the first calendar month of the lease term, without submission of invoice or voucher.

Rental shall not be paid by the Government until the entire premises or suitable units thereof have been made ready for use and occupancy, and the Government reserves the right to determine when the space is ready for use and occupancy.

In the event of the Government's election of progressive occupancy by units, rent will accrue on a pro-rata basis for the space occupied, and the commencement date of the firm term shall be determined by averaging the "square foot days" of partial occupancy. Determination of the commencement date shall be made after full occupancy of the space has been completed.

4. DELIVERY AND CONDITION OF PREMISES.

The space shall be delivered ready for occupancy as a complete unit. Being "ready for occupancy" includes but is not limited to being in a neat and clean condition, weather-tight, moisture-proof, and with all mechanical facilities, equipment and fixtures in good operating condition. The Government reserves the right to determine when the space is ready for occupancy.

5. APPLICABLE CODES AND ORDINANCES.

The Lessor, as a part of the rental consideration, agrees to comply with all codes and ordinances applicable to the ownership and operation of the building in which the leased space is situated and, at his own expense, to obtain all necessary permits and related items.

6. ZONING.

Prior to award under this invitation, offerors may be required to furnish evidence that their property is zoned in conformance with the Government's intended use. Such evidence must be furnished within five (5) days from the date of the Government's written request. Failure to provide satisfactory evidence will automatically make the bid nonresponsive. Moreover, if rezoning or a zoning variance is necessary for the proposed use of the property, the bidder must furnish evidence that such rezoning or variance would be authorized even if the Federal Government, as such, were not involved.

7. COVENANT AGAINST CONTINGENT FEES.

The Lessor warrants that no person or selling agency has been employed or retained to solicit or secure the leases upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees of bona fide established commercial or selling agencies maintained by the Lessor for the purpose of securing business. For breach or violation of this warranty, the Government shall have the right to annul the lease without liability or, in its discretion, to deduct from the rental consideration, or otherwise recover, the full amount of such commission, percentage, brokerage or contingent fee.

The Bidder's Representation (Item 13a and b, GSA Forms 1364 and 1365, Bid to Lease Space) required by Federal Procurement Regulations, Title 41, chap. 1, subpart 1-1.5 (41 CFR 1-1.500 to 1-1.509) need not be completed in advertised leases in which the aggregate amount of rental involved does not exceed $25,000.00, or in negotiated leases in which the aggregate amount of rental involved does not exceed $2,500.00. The aggregate amount is the total value of the leasehold for the term thereof, not including value which may arise from vested renewal options, but regardless of cancellation privileges.

SCHEDULE D

When the aggregate amount of rental in advertised leases does exceed $25,000.00, or in negotiated leases exceeds $2,500.00, and if the bid or offer was submitted through a licensed real estate agent or broker or any other representative, the representation must be answered in the affirmative and the successful bidder or offeror will be required to complete Standard Form 119. The Government will then determine whether the licensed real estate broker or agent or other representative may be considered as a bona fide employee or commercial agent within the exceptions contained in the covenant. The employment of licensed real estate agents or brokers in a customary business practice and the proper utilization of their services, although requiring an affirmative reply to the representation, will not adversely affect the right and privileges of the bidder, offeror, or agent.

8. DISPUTES.

a. Except as otherwise provided in this contract, any dispute concerning a question of fact arising under this contract which is not disposed of by agreement shall be decided by the contracting officer, who shall reduce his decision to writing and mail or otherwise furnish a copy thereof to the Lessor. The decision of the contracting officer shall be final and conclusive unless, within 30 days from the date of receipt of such copy, the Lessor mails or otherwise furnishes to the contracting officer a written appeal addressed to the head of the agency involved. The decision of the head of the agency or his duly authorized representative for the determination of such appeals shall be final and conclusive. This provision shall not be pleaded in any suit involving a question of fact arising under this contract as limiting judicial review of any such decision to cases where fraud by such official or his representative or board is alleged. Provided, however, that any such decision shall be final and conclusive, unless the same is fraudulent or capricious or arbitrary or so grossly erroneous as necessarily to imply bad faith, or is not supported by substantial evidence. In connection with any appeal proceeding under this clause, the contractor shall be afforded an opportunity to be heard and to offer evidence in support of his appeal. Pending final decision of a dispute hereunder, the contractor shall proceed diligently with the performance of the contract and in accordance with the contracting officer's decision.

b. This disputes clause does not preclude consideration of questions of law in connection with decisions provided for in paragraph (a) above. Nothing in this contract, however, shall be construed as making final the decision of any administrative official, representative, or board on a question of law.

9. OPTION TO PURCHASE.

If the Government is the sole occupant of the building, prospective Lessors may submit alternate proposals including an option to the Government, as lessee, to purchase the property at any time during the lease term or renewal thereof. Such alternate proposal should set out accurately the terms of the proposed option.

10. NET USABLE SPACE.

"Net usable space" is a term meaning the area to be leased for occupancy by Federal personnel and/or equipment. It is determined by:

a. Computing the inside gross area of the space by measuring from the normal inside finish of exterior walls, or the room side finish or fixed corridor and shaft walls, or the center of tenant separating partitions.

b. Making no deductions for the columns and projections enclosing the structural elements of the building.

c. Deducting from the gross area the following, including enclosing walls when applicable:

(1) Toilets and lounges
(2) Stairwells
(3) Elevators and escalator shafts
(4) Building equipment and service areas
(5) Entrance and elevator lobbies
(6) Stacks and shafts
(7) Fully enclosed convectors when the housing rests on the floor and each end abuts a column or wall
(8) Corridors in place:

If the corridor system in and outside the gross area does not provide ready access to all rooms required, a deduction for corridors will be made in an amount equal to 10 percent of the remaining gross area after deducting (1) to (7) above. The area of corridors within the gross area would apply against the 10 percent factor.

NOTE: For warehouse and storage type space, no deductions will be made for toilets and the 10 percent corridor factor will not apply.

SCHEDULE D

d. Included with the space, as computed above, shall be the right to use, at no additional cost, the appurtenant areas and facilities deducted from measurement which are necessary to the full utilization of the net usable space by the Government.

e. Space offered for lease to the Government must contain the square foot net usable area as identified above, and upon delivery the actual number of net usable feet of space delivered will be determined by mutual field measurement. Payment will be made on the basis of actual measurement but not to exceed the amount offered on GSA Form 1364. In the event of a variation which produces less space than the lower limit of the solicitation requirements, the lease shall be subject to cancellation at the option of the Government without recourse by the Lessor. In the event of such cancellation, the Government will exercise all of its rights and remedies at law and as elsewhere provided in the solicitation, including but not limited to, charging the lessor and its surety the increase costs of providing replacement space.

11. PARKING.

Offerors are required to complete all information on parking for Federal Employees under Paragraph 8 of the attached Proposal to Lease Space to the United States of America, GSA Form 1364.

Sufficient off-street parking must be available for employees. Offerors shall indicate in their offer the following:

a. The total number of off-street parking spaces directly related to or under the control of the offeror for the entire occupancy of the building in which the space is offered.

b. The number of parking spaces that will be allocated for Government employees.

c. Whether the parking spaces will be provided free of charge or what the maximum monthly charge per space will be. (The Government will not collect from employees or be responsible for the payment of any parking charges.)

12. EVALUATION OF OFFERS AS TO PRICE.

Negotiations will be conducted to obtain the most reasonable rental offer possible for both the initial term and the renewal period. However, for purposes of determining the lowest offer as to price, only offers for the initial lease term will be considered and evaluated as follows:

a. Offers are requested on (or shall be reduced to) an annual square foot rate for the amount of space offered and not on an overall yearly or monthly rate, since price evaluation will be made on the basis of the lowest annual per square foot cost to the Government for the amount of space offered and not on the basis of the lowest overall annual rental.

b. When different types of space are solicited, offers are requested on an annual net usable square foot rate for each type of space, and not on an overall monthly or yearly rate for the combined types of space. The lowest offer as to price will be determined on the basis of the composite square foot rate per year for the total amount of space offered.

c. The total annual rental will be determined by multiplying the square foot rates per year by types of space in blocks (2)a, (2)b, and (2)c, of the offer (GSA Form 1364), times the actual field measurements of the space as prescribed in Schedule D of this solicitation.

13. AWARD FACTORS.

In determining which offer will be most advantageous to the Government, the contracting officer shall consider the following factors in addition to the rental proposed and conformity of the space offered to the specific requirements of this solicitation.

a. Susceptibility of the design of the space offered to efficient layout and good utilitization.

b. The effect of environmental factors on the efficient and economical conduct of agency operations planned for the space and the safety of the visitors and occupants. These factors include the physical characteristics of the building, the location and distance above or below grade of the offered space in the building, the type of business and activities of other occupants, the surrounding area and the type of commercial, mercantile or other activity which may contribute to a higher fire potential than the usual office-type functions. Such activities may include, but are not limited to, enclosed garages, shops, storage areas of hazardous materials, manufacturing concerns, automotive repair shops, and multiple types of occupancy buildings.

NOTE: If a building is totally sprinklered, other safety specifications listed in this solicitation may be modified as determined by the contracting officer.

c. The effect or impact, if any, as determined solely by the Government, upon commercial retail viability by the utilization of retail space for general office purposes. In determining this effect, consideration will be given to the consistency of the highest and best use with the Government's intended usage.

d. Availability and cost of satisfactory public transportation, including frequency and quality of commuter service, number of transfers required to reach space from residential areas, and length of time required to reach transfer points.

SCHEDULE D

e. Adequate dining facilities operated on a nonsegregated basis shall be available within a distance of two blocks from the offered space.

f. Availability of public parking facilities within a distance convenient to the offered space.

g. Cost of installation and operation of a communications system to serve the space to be acquired. Conduit to be installed by the Lessor where required by the telephone company between the terminal box, frame room, switchboard room, and outside service.

h. The availability of adequate housing for low and middle income employees within a reasonable proximity of the space offered and/or ready accessibility of the space from other areas of the metropolitan area.

14. In no event shall the offeror enter into negotiations concerning the space leased, or to be leased, with representatives of Federal agencies other than officers and employees of General Services Administration.

15. The successful offeror will not be reimbursed for any services not provided for in the lease, including but not limited to repairs, alterations or overtime services, nor will any rental be paid for occupancy in whole or in part except for the lease term specified in the award or lease executed by General Services Administration, unless approved in advance by the contracting officer.

16. PARTITION, TELEPHONE AND ELECTRICAL OUTLET LAYOUTS.

Shall be forwarded to the offeror after reproducible floor plans are submitted as required in Schedule B, Part I, Paragraph 3c, PLANS AND SPECIFICATIONS. The offeror shall furnsih to the Government, with the offer, a schedule by floor indicating the dates when partition, telephone and electrical layouts are to be submitted by the Government to the offeror.

17. Each employee of the Lessor and/or his contractor(s) shall be (1) a citizen of the United States of America, or (2) an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card Form I-151, or (3) an alien who presents other evidence from the Immigration and Naturalization Service that employment will not affect his immigration status.

18. SEISMIC SAFETY.

The offeror shall provide positive evidence with the submission of his offer assuring building compliance with all applicable local and State code provisions related to seismic safety of the building and its occupants.

19. The offeror shall provide concealed telephone conduits of sufficient size and number to allow the installation of cables for call-director type systems.

SCHEDULE D

MISCELLANEOUS PROVISIONS

OPERATING COSTS ESCALATION

The resultant lease will provide that at the end of the first 5 years, at the end of the first 10 years, and at the end of the first 15 years of Government occupancy, the annual rental rate will be adjusted (unless the Government elects to take over performance of such services as hereinafter provided) to provide for increases or decreases in the operating costs (see Schedule C) furnished by the lessor in the Government's leased area as a part of the rental consideration, excluding exterior and structural maintenance and repair, window cleaning, lawn and landscaping maintenance and snow removal. Said operating costs, and the initial base from which adjustments shall be made for janitorial and cleaning services and supplies, maintenance and repairs of and/or provision for the heating system, airconditioning, electrical system, elevator system, plumbing system, replacement of bulbs, tubes, ballasts and starters, interior maintenance, building engineer or engineers and related staff, and social security and workmen's compensation insurance shall be determined through negotiations prior to commitment and shall be contained in the commitment letter.

The base from which upward or downward adjustments in the rent will be made shall be the "per net usable square foot" costs as above provided or as amended for each 5-year period. Neither the operating costs base nor the adjustment shall include any fines, penalties, interest or cost added thereto for nonpayment or for delay in payment beyond any discount period, nor any profit or home office overhead. The lessor shall be required to notify the Government immediately should negotiations of contracts or services be instituted and shall submit proposals to the Government for review prior to taking any action which would result in requests for rental adjustments. Rental adjustments shall be allowed for the above operating costs based on supporting data submitted by the lessor to the Government's Contracting Officer at least 120 days prior to the 5th, 10th, and 15th anniversary dates of the lease. In the event an agreement has not been reached between the Lessor and the Government as to the amount of escalation and the new rental rates by the above anniversary dates, the lessor shall continue to provide services until such time as the Government can make arrangements to provide the services; however, in no event shall this period exceed 90 days with services to be provided during that excess period at the previous rate. In any event, the new rates shall be effective at the beginning of the new escalation period. The following information shall be submitted whether or not the information shall lead to an increase or decrease in the base rate:

(1) The prevailing wage rates upon which the existing base was established.

(2) The current costs for materials, and

(3) A reasonable figure for overhead and profit to be realized by the cleaning contractor if such services are supplied by such contractor rather than by lessor's employees.

Any upward or downward adjustment in each instance will be limited to the Government's estimated cost of providing for such service during the ensuing 5-year period. New rates, if any, for a succeeding period as established by agreement between the parties shall automatically result in increases or decreases to the above base rates.

If, in the opinion of the Government's Contracting Officer, the requested adjustment is unreasonable, the Government shall have the right to participate in subsequent negotiations between the lessor and his contractor or employees, and if still unacceptable, shall have the right to perform any one or all of these services and to deduct from the annual rental an amount based upon the actual average cost to the lessor during the immediate preceding period; however, the deduction shall in no event be less than the immediate preceding period's base rate.

NOTE: With respect to Paragraph 11 of the General Provisions and Instructions, Standard Form 2-A, May 1970 edition, the contractor agrees that all the rights granted thereunder to the Comptroller General of the United States or his duly authorized representative shall also extend to the Administrator of General Services or his duly authorized representative.

SCHEDULE D

MISCELLANEOUS PROVISIONS

TAX ESCALATION

The resultant lease will provide that at the end of the first 5 years, at the end of the first 10 years, and at the end of the first 15 years of Government occupancy under the lease, the annual rental rate will be adjusted to provide for increases or decreases in general real estate taxes. The tax adjustment shall be based on the percentage of the building occupied by the Government. Said percentage is to be computed prior to any commitment and will be included in the commitment letter. The tax adjustment shall be based on the established percentage and shall be that percent of the increase or decrease of the total taxes to be paid on the property, and the total rental, including any such adjustment, shall not exceed the limitation imposed by Section 322 of the Economy Act of June 30, 1932, as amended (40 U.S.C. 278a). The base from which adjustments will be made will be calculated from the assessment, assessment ratio, and tax rate in effect during the 5th, 10th, and 15th years, respectively, of occupancy, as compared to the first full assessment, assessment ratio, and tax rate in effect during the first year of the lease. Neither the tax base nor the adjustment shall include any fine, penalty, interest, or cost added thereto for nonpayment, or for delay in payment beyond any discount period. In the event the 5th, 10th, or 15th year of occupancy does not coincide with a tax year, the base will be established by prorating the tax period involved.

Proof of the amount of tax and evidence of payment will be furnished by the lessor and the rental adjustment by reason of tax increases or decreases shall be accomplished by increasing or decreasing the next monthly rental check in the appropriate amount.

The lessor shall furnish the Government copies of all notices which may affect the valuation of said land and building for general real estate taxes thereon. Such copies shall be delivered or mailed within three days from the receipt thereof by the lessor to the General Services Administration, PBS, Space Management Division, 49 Fourth Street, San Francisco, California, 94103. The Government may contest the amount or validity of any valuation for general real estate taxes by appropriate legal proceedings either in the name of the Government or in the name of the lessor or in the names of both. In the event the Government is precluded from such proceeding, the lessor, upon reasonable notice and request by the Government, shall contest any such proceeding and in the event of any such request, the Government shall reimburse the lessor for its costs or expenses in connection with any such contest or proceeding and execute any documents or pleading required for such purposes, provided that the lessor shall reasonably be satisfied that the facts and data set forth in such documents or pleadings are accurate. If the lessor receives any refund of taxes, the lessor shall promptly rebate to the Government the Government's proportionate share thereof. The reimbursement to the lessor, including payment for real estate tax increases must not exceed the amount authorized by Section 322 of the Economy Act of June 30, 1932, as amended (40 U.S.C. 278a).

SCHEDULE D

MISCELLANEOUS PROVISIONS

TERMINATION FOR DEFAULT - LIQUIDATED DAMAGES - TIME EXTENSIONS

a. If the lessor fails to prosecute the work required to deliver the leased premises ready for occupancy by the Government with such diligence as will insure delivery of the leased premises within the time required by the lease agreement, or any extension of the specified time, or if the lessor fails to complete said work within such time, the Government may, by written notice to the lessor, terminate the lease agreement. Regardless of whether the lease is terminated, the lessor and his sureties shall be liable for any damage to the Government resulting from his failure to deliver the premises ready for occupancy within the specified time.

b. In case of failure on the part of the lessor to complete the work within the time fixed in the lease contract or letter of award, the lessor shall pay the Government as fixed, agreed, and liquidated damages, pursuant to this provision, the sum of $______________ for each and every day that the delivery is delayed beyond the date specified for delivery of all of the space ready for occupancy by the Government.

For liquidated damages purposes, the Government assures all offeror that it will provide the successful offeror with space layouts. The Government's failure to meet this obligation will constitute an act of the Government in its contractual capacity within the meaning of subparagraph (c) (1) below. As a general rule, the assessed amount of liquidated damage, if any, will be withheld from rental payments which would otherwise be due.

c. The lease agreement shall not be terminated nor the lessor charged with resulting damage if:

(1) The delay in the completion of the work and delivery of the premises ready for occupancy by the Government arise from unforeseeable causes beyond the control and without the fault or negligence of the lessor and/or his construction contractor, including but not restricted to acts of God, acts of the public enemy, acts of the Government in either its sovereign or contractual capacity, acts of another contractor in the performance of a contract with the Government, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, unusually severe weather, or delays of subcontractors or suppliers arising from unforeseeable causes beyond the control and without the fault or negligence of both the lessor and/or his construction contractor and such subcontractors or suppliers; and (2) the lessor, within ten calendar days from the beginning of any such delay (unless the Government's contracting officer grants a further period of time) notifies the contracting officer in writing of the causes of delay. The contracting officer shall ascertain the facts and the extent of the delay and extend the time for completing the work when, in his judgment, the findings of fact justify such an extension, and his findings of fact shall be final and conclusive on the parties.

PRA 3/75