# A STRONG CASE FOR DURALAY FROM KELSEY-HAYES

A



**DURABLE** . . . New Duralay fixtures are made from 14- and 16-gauge stainless steel. They are die-formed, and all seams are continuous welded . . . thus making the unit virtually indestructible.

**VANDAL-PROOF** . . . Push-button valves with non-hold-open feature eliminate jamming, and conserve water. Water closet bowl is elongated, with large trapway that makes clogging or fouling extremely difficult. All plumbing and wall fasteners are concealed to prevent tampering and vandalism.

**MAINTENANCE-FREE** . . . Solid stainless-steel construction will not corrode, chip, scratch, or peel. Smooth, rounded surfaces make unit easy to clean and virtually bacteria-free.

**COMPACT** . . . Dimensions of unit are 36½" high by 17" wide by 18" deep. Overall dimension from back of unit to front of closet is 31". Oval lavatory bowl is 9½" by 13½" by 4½" deep.

*For a descriptive brochure, write:*
*Heintz Division,*
*Front and Olney,*
*Philadelphia, Pa.*
*19120 or phone:*
*(215) 548-1000.*

*HEINTZ DIVISION* KELSEY-HAYES



CN002413




WAITING ROOM VIEW RECEPTIONIST VIEW SIDE VIEW

STANDARD REQUIREMENT FOR D.E.A.
RECEPTIONIST / WAITING AREA.

ALL MEASUREMENTS TO BE VERIFIED ON SITE. SCALE 1/4"=1'-0"

⬡ COUNTER & BASE UNIT CAN BE CENTERED WITH WINDOW OR AS SHOWN, TO MEET DESIGN OF SPECIFIC LOCATION.

# GENERAL SPECIFICATIONS

## DISTRICT OFFICE AND TASK FORCE SPACE

DOORS: All corridor doors are to be solid core with Sargent Security locks. All interior doors are be hollow core doors with passage sets. Drug vault door is to be Mosler Class 5 Security Door. Holding Cell doors are to be steel bar grilles with grill door. All exterior doors must have automatic door closures.

LOCKS: All entrance doors to building are to be Sargent Security locks keyed alike with automatic closure and relock capability. all interior hall doors leading from public space to office space are to be Sargent Security locks.
All supervisory offices are to be Sargent Security locks. Vault and Holding Cell doors - see attachments.

WALLS: Ceiling high, slab to slab with soundproof, and slab to slab without sound proof are self-explanatory. Vault walls must extend from slab to slab composed of concrete block reinforced with 2" steel rods situated 6" on center. Holding cells and lavatory walls must extend slab to slab composed of 6" concrete block (not light weight block) with each block core reinforced with 1/2" steel bars horizontal joints reinforced with block mesh.

WALL AND FLOOR COVERING: All office space is to be carpeted (color to be selected). All walls to be painted (color to be selected).
Floor tile will be required in two areas, vault room and holding cells and lavatory.

TELEPHONE ELECTRIC OUTLETS: All telephone and electric outlets are to be installed in walls or floors only (see plan for details). Communication Room will require 4 15 amp circuit breaker panels mounted within room, and two pair floor mounted telephone and electric outlets. Power line must be filtered. DEA will provide filters.

ALARMS: Alarm systems are to be installed and maintained as detailed on attached plan.

XEROX ROOM: One electric circuit, 20 amp, will be required.

RECEPTIONIST: Will require an electrically operated door lock to be activated from her desk.

Southwest Regional Laboratory

1-Solvent Storage Room

Inside walls (as opposed to building exterior walls to be constructed of masonry having a 2 hour fire rating NFPA Standard #252). Door to room will be single leaf, 2 hour fire rated, explosion-proof (NFPA Standard #252) fitted with panic-bar lockset. A 4" high curb will be install at the door threshold. All lighting fixtures must meet requirements of NFPA Class 1, Division 1, Groups C & D, Hazardous Locations. An explosion-proof light switch will be placed outside of room.

Exhaust fans provided for light and heavy vapors will be required, they must meet requirements of NFPA for Class 1, Division 1, Groups C & D Hazardous Locations. Fans and ductwork shall have minimum capacity of 200 cubic feet per minute, duct-work to direct exhaust air to roof level and must be at least 18 U. S. Gauge galvanized metal. Outside window shall be fitted with an explosion vent (blowout panel) in accordance with NFPA Standard #68. An airflow failure alarm will be provided to indicate an airflow inside ducting of less than 25 cfm. A guillotine damper for supply and single leaf damper for exhaust air will be provided with provision for regulation from outside room.

Two electrical combination 130 degrees - 140 degrees fixed temperatures 5 degrees/minute rate of rise heat detectors will be provided. Either detector will activate CO discharge and fire warning gong on exterior wall of room. CO will be provided by 2 - 75 lb CO cylinders, with 20-30 second discharge delay mechanism on CO system. Cylinders can be stored in Gas Storage Room.

Floors and walls will be bare concrete sealed with epoxy sealer to a wall height of 12" above floor.

Grouding wire for removal of static electricity will be installed (NFPA Standard #77). Maximum permitted resistance is 1 megohm.

2-Gas Storage Room

Inside walls should be same as for Solvent Storage Room. Flooring should be vinyl asbestos tile, exact type and coloration will be selected.

3-Main Lab 1 and 2

See detailed layout plan. All walls are to be ceiling high. All doors are to have a 2' x 2' wire mesh glass window built in at a suitable elevation. Two windows, 3' high x 8' long of shatterproof glass, are to be installed centered in each supervisors office facing into each lab. Eight windows, 3' high x 3' long are to be installed in corridor walls. Flooring should be vinyl asbestos tile, exact type and coloration will be selected.

4-Special Purpose Lab, Mass Spec. Lab, X-Ray Lab, TLC Lab, Instrument Labs 1 and 2

See detailed layout plan. All doors are to have a 2' x 2' wire mesh glass window built in at a suitable height. Flooring should be vinyl asbestos tile, exact type and coloration will be selected.

5-Glassware Wash Room

The dryer (Model 3C5000 Kewaunee) may require seperate venting. Supplied of equipment should specify need. Washer will require both water connection and drain line. Flooring should be ceramic, non-glaze, non-slip, type material. All doors are to have a 2' x 2' wire mesh glass window built in at a suitable height.

6-Supervisor's Office (Lab 1 and 2) and Secretarial Area

See construction plan. No special requirement except 3' x 8' window. See Main Lab requirement item 3 of specs. Flooring is to be carpeted with building standard carpet, type and coloration

7-Compressor Room

See typical plan of equipment required for room (typical plan is not intended for construction merely illustration). Flooring should be vinyl asbestos tile, type and coloration will be selected. The room will contain four systems which will service all lab spaces with deionized water, vacuum, compressed air, and steam. The contractor is to use his discreation in designing and installing the systems to ensure that they meet the following bench top requirements:

Deionized Water - provide water with an electrical resistance of 200 K-ohms or greater

Vacuum - self-explanatory
Compressed air - self-explanatory
Steam - self-explanatory

8-Men's and Women's Locker Room

No special requirement (see construction plan). Flooring to be vinyl asbestos tile, exact type and coloration to be selected.

9-Reception Room

See detail lab plan legend. Bullet proof glass and a microphone speaker system will be required for the receptionist portion of the window. Flooring is to be carpeted with building standard

10-Evidence Receipt Room

A Mosler bullet resistive package receiver should be installed in wall for the secure receipt of evidence. Flooring is to be carpeted with building standard, type and color to be selected.

11-Employees Lounge

Flooring to be vinyl asbestos tile, type and color to be selected. Hot and cold water, wall drain, electrics as shown.

12-Vault (Inner and Outer)

All exterior walls must extend from slab to slab composed of concrete block reinforced with 2" steel rods situated 6" on center. Interior wall (between inner and outer vault) will be standard walls construction (metal studs and wall board) run from slab to slab. Vault door is to be left swing Class 5 metal door with combination lock (FSN 7110-935-1884). In addition the day gate should be a right-swing model. The interior door should be a metal door with an appropriate security lock. Flooring is to be vinyl asbestos tile, type and color to be selected.

All duct work entering area of vault must be grilled with acceptable gage wire mesh. The ceiling (roof) above the vault must be of sufficient thickness to ensure the integrity of the room.