13-Administrative Storage Room

No special requirement. Flooring should be vinyl asbestos tile, etc.

14-S.I.T. Room

No special requirement. Flooring should be building Standard carpet.

15-Lab Director and Secretary

No special requirement other than paneling for the lab director and secretary. Flooring for both rooms is to be building standard carpet.

16-Tool Workshop Room

See construction plan. Three 220v lines (one natural gas line) will be required in addition to standard outlets. Flooring should be vinyl asbestos tile.

17-File Room

Walls are to be slab to slab construction. Flooring vinyl asbestos tile. Crypto lock is required on door.

18-Fingerprint Room

See detailed layout plan. Doors will require windows as other labs. Flooring should be vinyl asbestos.

19-Photo Area (Dark Room, Finishing Room, Chen Mix Room, Color Room)

See detailed layout plan. Doors as indicated are to be light tight.

20-Library

The three partition walls will be required to be soundproofed. Flooring will be building standard carpet.

21-Chemical Storage, Glassware Storage

No special requirement. Flooring should be vinyl asbestos tile.

22-Vehicle Examination Area

Floor should be bare concrete sealed with epoxy sealer.

Miscellaneous Requirements

San Diego, California

1-The contractor and GSA, in considering fire safety requirements for the facility, are advised that in all laboratory spaces, wall-mounted dry chemical fire extinguishers will be required.

2-Electrical service for the facility should be a minimum of 1,500 amp immediately with potential of an additional 500 amp in the future all exclusive of heating, air-conditioning, and lighting.

3-As part of the facility an incinerator will be required. The incinerator should be located separate from the lab buildin, preferably in a small separate structure reasonably near the building. The capacity of the incinerator should be approximately 375 lbs per hour. The model required should be similar to the CA Destructor Type 2 manufactured by the Certified Environmental Engineering Company, 14006 Ventura Blvd., Sherman Oaks, Calif.

4-All walls throughout both floors are to be painted, or at the election of the contractor vinylled at no cost to the Government, however, if paint is used there will be eleven (11) office which will be vinylled - The Lab Director, his secretarial office, the reception-evidence receipt room, the two Lab supervisors, and their mutual secretarial office, S.I.T. room, Library, Lounge, Entry.

Authorized Federal Supply Schedule Price List

DIRECT ALL ORDERS AND INQUIRIES TO:
MOSLER GOVERNMENT SALES
P.O. Box 9193, Rosslyn Station
1401 Wilson Blvd., Arlington, Virginia 22209
Tel. 525-5800 (Area Code 703) • Wire: Telex (above address)

FSC Group 71, Part XI
Contractor The Mosler Safe Co.
Contract Number GS-00S-28843
July 1, 1974 through June 30, 1975
General Services Administration
Federal Supply Service

# CLASS 5 SECURITY VAULT DOOR

AVAILABLE WITH DAY GATE

## JULY 1, 1974 THROUGH JUNE 30, 1975



Right Swing Illustrated

GENERAL SERVICES ADMINISTRATION
APPROVED
SECURITY VAULT DOOR
Mosler

**PROTECTION**

This is a U.S. Government Class 5 Vault Door which has been tested and approved by the Government under Fed. Spec. AA-D-600B. It affords the following security protection:

30 MAN-MINUTES AGAINST SURREPTITIOUS ENTRY.
10 MAN-MINUTES AGAINST FORCED ENTRY.
20 MAN HOURS AGAINST MANIPULATION OF THE LOCK.
20 MAN HOURS AGAINST RADIOLOGICAL ATTACK.

The protection certified above applies only to the door and not to the vault proper.

Federal Specification AA-D-600B

Escape Device...

An escape device is attached on the inside face of the door to permit escape for persons locked inside the vault.

© The Mosler Safe Co.
An American Standard Company

CD 6579



CN002422

| Federal Stock No. | Description | Net Weight | Shipping Weight | F.O.B. Hamilton, Ohio |
|---|---|---|---|---|
| 7110-935-1884 | Hand Change Combination Lock Right Swing Without Optical Device | 1260 lbs. | 1500 lbs. | $1685.00 |
| 7110-935-1881 | Hand Change Combination Lock Left Swing Without Optical Device | 1200 lbs. | 1500 lbs. | 1685.00 |
| 7110-935-1871 | Hand Change Combination Lock Right Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1696.00 |
| 7110-935-1872 | Hand Change Combination Lock Left Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1696.00 |
| 7110-935-1885 | Key Change Combination Lock Right Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1696.00 |
| 7110-935-1886 | Key Change Combination Lock Right Swing Without Optical Device | 1200 lbs. | 1500 lbs. | 1685.00 |
| 7110-935-1882 | Key Change Combination Lock Left Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1695.00 |
| 7110-935-1883 | Key Change Combination Lock Left Swing Without Optical Device | 1200 lbs. | 1500 lbs. | 1685.00 |

* The optical device referred to above is also known as a "peep sight." It is a wide angle tubular optical device installed in the center of the outside of the door approximately 60" from vault floor. Customer should specify whether the device shall permit observation from the inside to the outside of the vault or from the outside to the inside of the vault.

FOB POINT: HAMILTON, OHIO – DOES NOT INCLUDE TRANSPORTATION CHARGES

QUANTITY DISCOUNT:

$ 2,500.00 to 7,499.99 — 1%
7,500.00 to 14,999.99 — 2%
15,000.00 to 25,000.00 — 3%

PROMPT PAYMENT DISCOUNT: ½% 20 Days

COLOR: GRAY TEXTURE (FED. STD. NO. 595)

DELIVERY: 60 DAYS

| Overseas Packing For All Doors<br>Level A<br>military export packed | | |
|---|---|---|
| Additional charge for export packing EACH | Total shipping Wt. EACH Class 5 (container plus unit) | Cube. EACH |
| $94.00 | 1600 | 42.5 |

GOVERNMENT MAXIMUM ORDER LIMITATION PER ORDER FOR THIS CONTRACT IS $25,000.00

ONE YEAR WARRANTY ON WORKMANSHIP AND P



Illustration shows Day Gate with Class 5 Vault Door
Day gate has key lock on outside—latch on inside

# DAY GATE

Day Gate designed for use with the Class 5 Vault Door. The Day Gate swings into the vault area and is hinged on the same side as the vault door. (When ordering Day Gate customer must specify swing of the vault door to which the Day Gate will be installed.)

Price: $420.00

FOB HAMILTON, OHIO

Net Weight: 130 lbs.

Shipping Weight: 250 lbs.

(Optional—Not under FSS Contract)

## SPECIFY WALL THICKNESS

Customer must specify the finished thickness of the vault wall in order that proper adjustable wall flange may be provided. Specify 6-7-8-9-10-11-12 or 14-inch wall. Flanges provide for + or − ½-inch variation.

| Overseas Packing for Day Gate<br>Level A<br>military export packed | | |
|---|---|---|
| Additional charge for export packing EACH | Total shipping Wt. EACH (container plus unit) | Cube, EACH |
| $26.00 | 270 lbs. | 16.8 |

ʀTS WITHIN THE 48 CONTIGUOUS UNITED STATES.