


CLASS 5 VAULT DOOR

SCALE 3/4" = 1'

Certified Environmental Engineering Company
14006 VENTURA BLVD., SHERMAN OAKS, CA. 91423
TELEPHONE (213) 784-1424

CC - 105
ECA - 300
TYPE 2

Ref: "Interim Guide of Good Practice For Incineration At Federal Facilities" & "Air Pollution Engineering Manual"

CALCULACTIONS FOR CA DESTRUCTOR BURNING
375 LBS PER HOUR OF TYPE 2 WASTE

1. Composition of Refuse:

| | | |
|---|---|---|
| Dry Combustibles | (375 Lb/Hr) (0.43) | = 161.2 Lb/Hr |
| Moisture | (375 Lb/Hr) (0.50) | = 187.5 Lb/Hr |
| Ash | (375 Lb/Hr) (0.07) | = 26.3 Lb/Hr |

2. Gross Heat of Combustion:

Type 2 Waste Has A Heating Value of 4300 Btu/Lb As Fired.
(4300 Btu/Lb) (375 Lb/Hr) = 1,612,500 Btu/Hr

33% of Heat Release Occurs in Primary Chamber
(0.33) (1,612,000 Btu/Hr) = 537,500 Btu/Hr

Heat Released By Primary Burner = 3,000 Btu/Lb-Moisture
Therefore: (3000 Btu/Lb) (187.5 Lb/Hr) = 562,500 Btu/Hr
Gross Heat Input Total = 1,100,000 Btu/Hr

3. Capacity of Primary Burner - Natural Gas Has Gross Heating Value of 1100 Btu/SCF

Primary Burner Requires $\frac{562,500 \text{ Btu/Hr}}{1100 \text{ Btu/SCF}}$ = 512 SCFH

4. Heat Losses in Primary Combustion Chamber:

a) Losses Due to Conduction, Storage, Convection and Radiation Are 30% of Gross Heat Input to Primary.
(1,100,000 Btu/Hr) (0.30) = 330,000 Btu/Hr

b) Evaporation of Contained Moisture:
(187.5 Lb/Hr) (1060 Btu/Lb) = 198,750 Btu/Hr

c) Combustion of 1 Lb. Dry Combustibles Yields 0.56 Lb. Water.
$\left(0.56 \frac{\text{Lb. Water}}{\text{Lb. Dry Combustibles}}\right)$ (161.2 Lb/Hr) $\left(1060 \frac{\text{Btu}}{\text{Lb. Water}}\right)$ =
=95,688 Btu/Hr

d) Evaporation of Water Formed From Combustion of Natural Gas
0.099 Lb. Water is Formed From Combustion of 1 SCF of Natural Gas.
$\left(0.099 \frac{\text{Lb. Water}}{\text{SCF}}\right)$ (512 SCFH) (1060 Btu/Lb) = 53,729 Btu/Hr

(1)

e) Total Heat Needed in Secondary Will Be:

(1,114,749) + (334,425) = 1,449,174 Btu/Hr)

11. Capacity of Secondary Burner:

67% of Total Heat Release From Refuse = 1,075,000 Btu/Hr
Total Heat Required in Secondary = 1,449,174 Btu/Hr
Secondary Burner Capacity (1,449,174) - (1,075,000) = 374,174 Btu/Hr

12. Natural Gas Required By Secondary Burner -

Available Heat of Natural Gas at 1800°F with 20% Excess Air = 491.7 Btu/SCF

Air = 491.7 Btu/SCF

$$\frac{374{,}174 \text{ Btu/Hr}}{491.7 \text{ Btu/SCF}} = 761 \text{ SCFH}$$

13. Volume of Products of Combustion Through Stack:

Volume of Products of Combustion Through Flame Port = 20,691 Ft.$^3$/Hr

Products of Combustion From Secondary Burner:

$$(761 \text{ SCFH}) \left(13.53 \frac{\text{SCF}}{\text{SCF}}\right) = 10{,}296 \text{ Ft.}^3\text{/Hr}$$

Maximum Secondary Air $= \left(13.09 \frac{\text{Ft.}^3}{\text{Lb. Air}}\right) \left(1912 \frac{\text{Lb}}{\text{Hr}}\right)$

$= 25{,}028$ Ft.$^3$/Hr

Total Products of Combustion In Stack = 56,015 Ft.$^3$/Hr

14. Velocity Through 21" Dia. Stack @ 1800°F

56,015 Ft.$^3$/Hr = 15.56 Ft.$^3$/Sec

$$\text{Velocity} = \frac{(15.56 \text{ CFS})}{(2.4 \text{ Ft.}^2)} \frac{(2260\text{°R})}{(520\text{°R})} = 28.2 \text{ FPS}$$

$$T_2 = 60\,F + \frac{415{,}327\ \text{Btu/Hr}}{(1467.7\ \text{Lb/Hr})\,(0.26\ \text{Btu/Lb-}^\circ F)} = 60^\circ F + 1088^\circ F$$

$T_2 = 1148^\circ F$ (Within 100 F of Design Temp. of 1200 F Therefore, O.K.)

8. Volume of Products of Combustion Through Flame Port

Air (607 Lb/Hr) (13.09 Ft.$^3$/Lb) = 7,946 Ft.$^3$/Hr

Dry Combustibles (161.2 Lb/Hr) (11.6 Ft.$^3$/Lb) = 1870 Ft.$^3$/Hr

Water (187.5 Lb/Hr) $\frac{(379\ \text{Ft.}^3/\text{Lb-Mol})}{(18\ \text{Lb/Mol})}$ = 3948 $\frac{\text{Ft.}^3}{\text{Hr}}$

Natural Gas (512 SCFH) (13.53 SCF/SCF) = 6927 Ft.$^3$/Hr

Total Volume = 20,691 $\frac{\text{Ft.}^3}{\text{Hr}}$

Or 344.85 Ft.$^3$/Min.

Or 5.748 Ft.$^3$/Sec.

9. Velocity Through 11" Dia. Flame Port

$$\text{Velocity} = \frac{(5.748\ \text{CFS})}{(0.660\ \text{Ft.}^2)}\ \frac{(1608^\circ R)}{(520^\circ R)} = 26.9\ \text{FPS}$$

10. Gross Heat of Combustion in Afterburner

a) 67% of Total Heat Release From Refuse = 1,075,000 $\frac{\text{Btu}}{\text{Hr}}$

Design Secondary Chamber for 1800°F

b) Heat Required to Raise Products of Combustion From Primary Chamber to 1800°F in Secondary

$$Q = W_C\, C_P\, (T_2 - T_1) = (1467.7\ \frac{\text{Lb.}}{\text{Hr}})\ (0.26\ \frac{\text{Btu}}{\text{Lb.-}^\circ F})\ (1800^\circ F - 1148^\circ F)$$

= 248,804 Btu/Hr

c) Add 63% of Total Air Required Into Secondary:

(0.63) (3035) = 1912 Lb/Hr

Heat Required to Raise 1912 Lb. Air From 60°F To 1800°F

$(452.9\ \frac{\text{Btu}}{\text{Lb.Air}})\ (1518\ \frac{\text{Lb}}{\text{Hr}})$ = 865,945 Btu/Hr

(b) + (c) = 248,804 + 865,945 = 1,114,749 Btu/Hr

d) 30% of Heat Input in Secondary Will Be Lost Due to Conduction, Convection and Radiation

Heat Loss = (0.30) (1,114,749 Btu/Hr) = 334,425 Btu/Hr

c) Total Heat Needed in Secondary Will Be:

(189,617) + (56,885) = 246,502 Btu/Hr

11. Capacity of Secondary Burner:

67% of Total Heat Release From Refuse = 100,000 Btu/Hr

Total Heat Required in Secondary = 246,502 Btu/Hr

Secondary Burner Capacity (246,502 - 100,000) = 146,502 $\frac{\text{Btu}}{\text{Hr}}$

12. Natural Gas Required By Secondary Burner -

Available Heat of Natural Gas at 1800°F with 20% Excess Air = .491.7 Btu/SCF

$$\frac{146{,}502\ \text{Btu/Hr}}{491.7\ \text{Btu/SCF}} = 298\ \text{SCFH}$$

13. Volume of Products of Combustion Through Stack:

Volume of Products of Combustion Through Flame Port = 10,431 $Ft.^3/Hr$

Products of Combustion From Secondary Burner:

$$(298\ \text{SCFH})\ (13.53\ \frac{\text{SCF}}{\text{SCF}}) = 4032\ Ft.^3/Hr$$

$$\text{Maximum Secondary Air} = (13.09\ \frac{Ft.^3}{\text{Lb. Air}})\ (156.8\ \frac{\text{Lb}}{\text{Hr}})$$

$$= 2{,}053\ Ft.^3/Hr$$

Total Products of Combustion In Stack = 16,516 $\frac{Ft.^3}{Hr}$

14. Velocity Through 21" Dia. Stack @ 1800°F

16,516 $Ft.^3/Hr$ = 4.59 $Ft.^3/Sec$

$$\text{Velocity} = \frac{(4.59\ \text{CFS})}{(2.405\ Ft.^2)}\ \frac{(2260°R)}{(520°R)} = 8.3\ \text{FPS}$$

15. Stack Height - Design Stack for a Draft of 0.17 Inches W.C. @ 1800 F

$$D_T = 0.52\ PH\left(\frac{1}{T} - \frac{1}{T_1}\right)$$

Where:
- $D_T$ = Draft, Inches W. C.
- P = Barometric Pressure, PSI
- H = Stack Height Above Combustion Chamber Floor
- T = Ambient Temp. - °R
- $T_1$ = Average Stack Temp. - °R

$$H = \frac{D_T}{(0.52)\ (P)\left(\frac{1}{T} - \frac{1}{T_1}\right)} = \frac{0.17}{(0.52)\ (14.7)\left(\frac{1}{520} - \frac{1}{2260}\right)} \times \frac{520}{520}$$

$$= \frac{88.4}{(7.65)\left(1 - \frac{520}{2260}\right)} = \frac{88.4}{5.89} = 15.0 \text{ Ft.}$$

16. Residence Time in Secondary Chamber:

Actual Stack Height Above Afterburner = 12 Ft.

$$\text{Residence Time} = \frac{12 \text{ Ft.}}{8.3 \text{ FPS}} = 1.4 \text{ Sec.}$$

17. Hearth Area = (0.785) (D) (L)

Where:
- D = Primary Chamber Inside Dia- Ft
- L = Primary Chamber Length - Ft.

Hearth Area = (0.785) (4.42 Ft.) (7.5 Ft.) = 26 $Ft.^2$

$$\text{Hearth Loading} = \frac{\text{Incinerator Capacity - Lb/Hr}}{\text{Hearth Area - Ft.}^2}$$

$$= \frac{150 \text{ Lb/Hr}}{26 \text{ Ft.}^2} = 5.77 \text{ Lb/Hr- Ft.}^2$$

18. Heat Release in Primary Chamber Per $Ft.^3$

$$\frac{\text{Gross Heat Input - Btu/Hr}}{\text{Primary Chamber Volume - Ft}^3} = \frac{623{,}750 \text{ Btu/Hr}}{114.9 \text{ Ft.}^3}$$

$$= 5429 \text{ Btu/Hr- Ft}^3$$

(5)