COLLINS DEVELOPMENT COMPA
11750 Sorrento Valley Road • Suite
San Diego, California 92121 • (714) 453-5
Contractor's License Number 214

October 31, 1974

RECEIVED
Acquisition Branch, SMD, PBS
NOV 4 1974
AM PM
7,8,9,10,11,12,1,2,3,4,5,6

Ms. Dorothy H. Smith
Chief Acquisition Branch
Space Management Division
for Public Building Service
General Services Administration
525 Market Street, Mail Station 30
San Francisco, California 94105

Re: Solicitation GS-09B-74817

Dear Ms. Smith:

We are pleased to submit our proposal for your consideration to lease space on the above captioned project, along with a floor plan, plot plan and two aerial photographs outlining the site and location of the proposed facility. We presently have an approved plan and building permit from the City of National City for an office and industrial building on this site which we would modify in accordance with your general building requirements and specifications.

The truck doors shown on the plan could be eliminated by the installation of windows or knock-out panels, depending on the Federal Drug Administration Agency's requirements. Our bid figure includes fire sprinklers through out the building, except in the laboratory area and the front two hour divider walls shown are an alternate should sprinklers not be required. If the sprinklers were eliminated and the divider walls installed the annual rental could be reduced by $2,000. As an alternate, we are also offering Imperial carpet, stone point quality or equal, in lieu of the carpet specifications called for in the bid specification and, if this carpet were acceptable, the annual rent could be reduced an additional $2,000.

Our proposal includes all building department fees, but excludes any fees which may be charged by San Diego Gas & Electric Company, which have

yet to be determined. Special laboratory requirements including shower, explosion vent, special utility stubs to laboratory work areas, fume hoods, de-ionization water and glassware are included in our bid. The bid excludes laboratory cabinets or work benches per Schedule A, page 5.

We have exected and submitted to the F.A.A. the required forms for the approval of a heliport at the southwest corner of the site. Our offer would be subject to obtaining satisfactory approval from them for this facility.

Our bid provides for the payment by Lessor of all services to the property with the exception of the gas and electric utilities. San Diego Gas & Electric Company will provide these services through a separate meter for each and these utilities would be paid for directly by the government.

Our proposal is based on a seven month construction period. Please do not hesitate to call or write should there be any other questions concerning this offering.

Very truly yours,

E. Tyler Miller, Jr.
Vice President

ETM,JR:dk
Enclosures

Larry

COLLINS DE ELOPMENT COMPAN
11750 Sorrento Valley Road • Suite 2(
San Diego, California 92121 • (714) 453-51
Contractor's License Number 2145:

December 13, 1974

Mr. Lawrence N. Hill
Realty Assistant
Space Management Division
Public Buildings Service
General Services Administration
525 Market Street
San Francisco, California 94105

Re: Solicitation No. GS-09B-74817

Dear Larry:

In response to your letter of December 2, 1974, regarding the carpets and roof security, we submit the following information. The roof system we submitted in our bid is a glu-laminated and panelized roof structure reinforced with No. 10 guage steel mesh at 6 inches on center throughout. This reinforcing will be stapled with heavy duty staples to the underside of the roof.

Regarding the floor coverings, we would amend our original bid of October 31, 1974, in accordance with the new specifications as follows:

1. Carpet specification DDD-C-01559 reduce annual rent by $2,650.00.
2. Carpet specification DDD-6-0095 reduce annual rent by $1,650.00.
3. Vinyl asbestos tile and base - 3/32 inch with 4 inch base - reduce annual rental $4,300.00.

We understand by Amendment No. 3, that the Lessor will pay for water and the Government will pay for gas and electric. It is further understood that the Lessor will provide separate meters for each utility, which we have provided for in our original bid.

Please call me if you have any questions concerning the above information.

Very truly yours,

E. Tyler Miller, Jr.
Vice President

ETM,JR:dk

RECEIVED
Acquisition Branch, SMD. PBS
DEC 16 1974
AM 7,8,9,10,11,12,1,2,3,4,5,6 PM

COLLINS DEvELOPMENT COMPA[NY]
11750 Sorrento Valley Road • Suite 2
San Diego, California 92121 • (714) 453-5
Contractor's License Number 2145

January 17, 1975

RECEIVED
Acquisition Branch, SMD, PBS

JAN 20 1975
AM PM
7,8,9,10,11,12,1,2,3,4,5,6

Mr. Lawrence N. Hill
Realty Assistant
Space Management Division
Public Buildings Service
General Services Administration
525 Market Street
San Francisco, California 94105

Re: Solcitation No. GS-09B-74817

Dear Larry:

Listed below is a "Construction Cost Breakdown", which you requested on January 16, 1975:

| | |
|---|---|
| 1. Building | $ 449,438. |
| 2. Site | 89,744. |
| 3. Interior Improvements | 200,696. |
| 4. Mechanical & Electrical | 261,877. |
| 5. Steel Reinforcing at Roof, Heliport, Incinerator | 58,080. |
| 6. Special Laboratory Requirements | 33,000. |
| 7. Vault, Detention, Solvent Rooms | 22,050. |
| 8. Miscellaneous items | 15,290. |
| | $1,130,175. |

A basic description of each major item, and items of interest, is as follows:

1. Building - this includes the basic building shell, house electrical requirements, floor slab, exterior glass, roof system, and exterior paint.