2. Site - paving, landscaping, site electrical, site plumbing, required fire hydrant.

3. Interior Improvements - acoustical ceiling in all of fire areas, carpet as originally specified and your choice of either vinyl carpet base or wood base (areas as designated in specifications). If, however, you desire to use an alternate grade of carpet or VAT, a savings would be obtained per our letter dated October 31, 1974.

4. Mechanical & electrical - includes heating, ventilating, plumbing, fire sprinklers, fire extinguishers and electrical.

5. Steel reinforcing at roof, heliport incinerator - includes a steel security measure for the roof, consisting of 6 x 6/10-10 welded wire fabric. This also includes the incinerator and the helicopter pad.

6. Special laboratory requirements - this work includes the flues, fume hoods, electrical and plumbing to the laboratory work station.

7. Vault, detention, solvent rooms - these are constructed per written specifications.

8. Miscellaneous items - alarm system, antenna installation, building directory, door signs, ash urns, and flag pole.

As you are aware, we have submitted the heliport location to the FAA and enclose a copy of their recent correspondence with regard to the site.

We have made a careful review of your criteria and specifications, and feel through our experience that the proposal submitted thoroughly covers all the items in your bid package.

We hope the enclosed information is what you wanted. Please call if you have any questions or need additional clarification.

Very truly yours,

E. Tyler Miller, Jr.
Vice President

ETM,JR:dk
Enclosure

COLLINS DEVELOPMENT COMPA
11750 Sorrento Valley Road • Suite
San Diego, California 92121 • (714) 453-5
Contractor's License Number 214

May 12, 1975

Ms. Dorothy H. Smith
Chief, Acquisition Branch
Space Management Division
Public Building Service
525 Market Street, Mail Station 30
San Francisco, California 94105

Re: Solicitation # GS-09B-74817

Dear Ms. Smith:

Due to a more favorable loan offered to us, we are herewith revising our offer on the above captioned solicitation to reflect a reduction in annual rental to $224,580., or $6.65 per square foot. The option rental price on the renewal period would be $222,000. base, with the base to be adjusted by the cost of living index, from the start of the original lease to the beginning of the option period. All of the other conditions as outlined in our previous bid would remain the same.

This offer is extended through May 14, 1975.

Very truly yours,

E. Tyler Miller, Jr.
Vice President

RECEIVED
Acquisition Branch, SMD, PBS
MAY 14 1975
AM PM
7,8,9,10,11,12,1,2,3,4,5,6

ETM,JR:dk



CN002439

COLLINS DEVELOPMENT COMPA
11750 Sorrento Valley Road • Suite
San Diego, California 92121 • (714) 453-5
Contractor's License Number 214

Certified – Return Receipt Requested

Larry

May 30, 1975

RECEIVED
Acquisition Branch, SMD, PBS
JUN 2 1975
AM 7,8,9,10,11,12,1,2,3,4,5,6 PM

Ms. Dorothy H. Smith and
Mr. Larry Hill
Space Management Division
Public Building Service
525 Market Street, Mail Station 30
San Francisco, California 94105

Re: Solicitation # GS-09B-74817

Dear Ms. Smith and Mr. Hill:

At the request of your office, we are extending our offer on the above captioned solicitation to June 13, 1975. Due to several subcontractors raising their price, we will have to alter our annual rental upward slightly to $227,496., or $6.74 per square foot. If the helicopter pad is eliminated, deduct $1,701. from the annual rent, making the total annual rent $225,795.

All of the other conditions as outlined in our previous bid would remain the same.

Very truly yours,

E. Tyler Miller, Jr.
Vice President

ETM,JR:dk

**TELEGRAPHIC MESSAGE**

| NAME OF AGENCY | PRECEDENCE | SECURITY CLASSIFICATION |
|---|---|---|
| GENERAL SERVICES ADMINISTRATION<br>PBS, SPACE MANAGEMENT DIVISION<br>525 MARKET STREET, M/S 30<br>SAN FRANCISCO, CALIFORNIA 94105 | ACTION: PRIORITY<br>INFO: | UNCLAS |
| ACCOUNTING CLASSIFICATION<br>GPBI | DATE PREPARED<br>6-13-75 | TYPE OF MESSAGE<br>XX SINGLE<br>☐ BOOK<br>☐ MULTIPLE-ADDRESS |
| FOR INFORMATION CALL | | |
| NAME<br>JOHN PRINCE SUP. REALTY OFF | PHONE NUMBER<br>556-4006 | |

*THIS SPACE FOR USE OF COMMUNICATION UNIT*

MESSAGE TO BE TRANSMITTED *(Use double spacing and all capital letters)*

TO:
COLLINS DEVELOPMENT CO.
11750 SORRENTO VALLEY ROAD
SUITE 209
SAN DIEGO, CALIFORNIA 92121

THE GOVERNMENT HEREBY ACCEPTS YOUR OFFER OF 10-31-74 AS AMENDED 12-13-74, 1-17-75, 3-5-75, 5-12-75 AND 5-30-75 TO LEASE 33,750 SQUARE FEET OF OFFICE, STORAGE AND SPECIAL PURPOSE SPACE AT 402 W. 35TH STREET, NATIONAL CITY, CALIFORNIA FOR A TEN YEAR LEASE AT THE YEARLY RENTAL OF $225,795.00. LEASE DOCUMENTS AND FLOOR PLANS WILL FOLLOW.

DOROTHY H. SMITH
CHIEF, ACQUISITION BRANCH
SPACE MANAGEMENT DIVISION
PUBLIC BUILDINGS SERVICE

cc:
9PRA-Official Lease No. GS-09B-74817
9PR 402 W. 35th Street, National City, CA
9PRA:Reading
9PBD
9PRA:JPrince:mz:6-13-75:4006

| PAGE NO. | NO. OF PGS | SECURITY CLASSIFICATION |
|---|---|---|
| 1 | 1 | UNCLAS |

STANDARD FORM 14
REVISED AUGUST 1967
GSA FPMR (41 CFR) 101-35.306

GPO : 1973 — 495-857

14-306