STANDARD FORM 2
FEBRUARY 1965 EDITION
GENERAL SERVICES ADMINISTRATION
FPR (41 CFR) 1-16.601

# U.S. GOVERNMENT LEASE FOR REAL PROPERTY

DATE OF LEASE: June 13, 1975

LEASE NO.: GS-09B-74817

THIS LEASE, made and entered into this date by and between COLLINS/NATIONAL, A Partnership

whose address is 11750 Sorrento Valley Road, Suite 209
San Diego, California 92121

and whose interest in the property hereinafter described is that of Owner

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the considerations hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:

33,750 net usable square feet of space comprising the entire building located at 402 West 35th Street, National City, California, and on site parking for 87 vehicles.

to be used for such purposes as determined by General Services Administration.

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on April 1, 1976 through March 31, 1986, subject to termination and renewal rights as may be hereinafter set forth.

3. The Government shall pay the Lessor annual rent of $225,795.00 at the rate of $18,816.25 per month in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to: Lessor

4. The Government may terminate this lease at any time by giving at least ........ days' notice in writing to the Lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing. This paragraph is deleted.

5. This lease may be renewed at the option of the Government, for the following terms and at the following rentals:

This paragraph is deleted.

82

provided notice be given in writing to the Lessor at least ........ days before the end of the original lease term or any renewal term; all other terms and conditions of this lease shall remain the same during any renewal term. Said notice shall be computed commencing with the day after the date of mailing.

6. The Lessor shall furnish to the Government, as part of the rental consideration, the following:

This paragraph is deleted.

7. The following are attached and made a part hereof:

A. The General Provisions and Instructions (Standard Form 2-A, May 1970 edition).

B. Solicitation for Offers GS-09B-74817 and Amendments No. 1, 2, and 3.

C. Proposal to lease space to the United States of America dated October 31, 1974, December 13, 1974, January 17, 1975, March 12, 1975, May 30, 1975, and June 25, 1975.

D. Acceptance of Offer dated June 13, 1975.

8. The following changes were made in this lease prior to its execution:

Paragraphs 4, 5, and 6 were deleted in their entirety.

IN WITNESS WHEREOF, the parties hereto have hereunto subscribed their names as of the date first above written.

LESSOR COLLINS/NATIONAL, A Partnership, by: Collins Development Company, General Partner

BY /s/ Robert A. Schroeder (Signature) — /s/ E. Tyler Miller, Jr. (Signature)

IN PRESENCE OF:

/s/ Diane L. Kay (Signature) — 1743 Oliver, San Diego, Calif. 92109 (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY ______ (Signature) — Chief, Acquisition Branch (Official title)

* U. S. GOVERNMENT PRINTING OFFICE : 1974 O - 556-069

STANDARD FORM 2
FEBRUARY 1965 EDITION



000029

SCHEDULE A

SPECIAL REQUIREMENTS

LOCATION: Chula Vista/National City, California.

GENERAL REQUIREMENTS: A total of 33,750 square feet of general office, storage, and special purpose space is required. It is highly desirable that all space be contiguous. A single story building is preferred, if a multi-story building is offered, top floor space is desired. A minimum of 87 off-street parking spaces are required.

Perimeter walls shall extend "slab to slab" and be soundproof (i.e. double layer of sheetrock with space between studs filled with residential type insulation). All perimeter doors shall be solid core and equipped with a six tumbler dead bolt lock. All outside ground floor windows shall be covered with heavy gauge wire screen or bars. Access to interior space by the public shall only be through designated reception areas.

The lessor shall install a Central Station security alarm system (Wells Fargo/ADT or equal type system). Government will provide a lump-sum payment for this system. All perimeter doors shall be equipped with contact alarms.

Space shall be available 24 hours a day, seven days a week.

Janitorial service will be performed only during the normal work week (8 AM to 5 PM, Monday through Friday).

Space will be divided into two areas, which will be separated by a slab-to-slab wall; District Office - 19,300 square feet; and Regional Laboratory - 14,450 square feet. Special requirements are as follows:

A. DISTRICT OFFICE

SPACE REQUIREMENTS: Space shall be divided approximately as follows:

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Conference/Training Room | 600 | Ceiling-High |
| Drug Work Room | 350 | Ceiling High |
| Interview Room 3 @ 100 sq. ft. | 300 | Slab to Slab |
| Detention Room 2 @ 100 sq. ft. | 200 | Ceiling High |
| Communication Center | 350 | Ceiling High |
| Non-Narcotic Evidence Room | 350 | Slab to Slab |
| Narcotic Evidence Room | 1500 | Slab to Slab |
| Reception/Waiting Room | 200 | Ceiling High |
| Undercover Telephone Room | 100 | Slab to Slab |
| Administrative Office | 200 | Ceiling High |

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Locker Room | 300 | Ceiling High |
| General Office - District | 8950 | Open |
| General Office - Task Force | 4500 | Open |
| Files - District | 400 | Ceiling High |
| Files - Task Force | 250 | Ceiling High |
| Storage - District | 500 | Ceiling High |
| Storage - Task Force | 250 | Ceiling High |

ALARM SYSTEM: Doors to the Communication Center, Non-Narcotic Evidence Room, Narcotic Evidence Room, Undercover Telephone Room, and File Rooms shall be equipped with door contact alarms.

MOTION DETECTOR ALARM: The lessor shall install motion detector alarms in the Communication Center, Non-Narcotic Evidence Room, Narcotic Evidence Room, Undercover Telephone Room, and File Rooms (The Government will provide a lump-sum payment for this system).

INTERVIEW ROOMS: Walls shall be of slab-to-slab construction and sound-proof (i.e. Double layer of sheetrock with space between studs filled with residential type insulation). Doors shall be solid core.

DETENTION ROOMS: Walls shall be composed of No. 11 expanded metal spot welded every 12 inches to steel partition studs (standard office type metal studding) covered with a minimum of 5/8 inch sheetrock. All expanded metal seams must be spot welded every six inches especially at the corner seams.

Doors shall be metal clad equipped with a peephole viewer and dead bolt lock operated on the outside only. The door shall have an outward swing.

The ceiling shall be of the same construction as the walls with the horizontal metal studding and expanded metal welded to the top edge of the four vertical walls.

Lighting fixture shall be equal to or better than Folger - Adams light fixture #550.

NARCOTIC EVIDENCE and NON-NARCOTIC EVIDENCE ROOMS:

The walls in these rooms shall be slab-to-slab and of the same construction as the Detention Room walls. (Note: The wall area above the dropped ceiling will not require sheetrocking if the sheetrock will inhibit the air conditioning system).

Doors shall be solid core fitted with push-button combination locks.

UNDERCOVER TELEPHONE ROOM: Walls shall be of slab-to-slab construction. This room shall contain a dedicated telephone outlet that is not connected to any other telephone in the building.

CONFERENCE TRAINING ROOM: This room shall be equipped with two movable partitions which when closed will divide this space into three areas of 200 square feet each.

RECEPTION/WAITING ROOM: This room shall be divided into two areas, of approximately the same size, by a wall and counter as shown on attachment "A5". The door leading from the waiting room to the reception area shall be electronically controlled by the receptionist. This door shall be fitted with a push-button combination lock capable of overiding the elctronic control.

COMMUNICATION CENTER: Ten duplex, 220 volt electrical outlets will be installed in this room at locations designated by the Government. A lead-in wire shall be installed from the roof of the building to this room - the wire will be connected to an antenna installed on the roof. The antenna will be furnished by the Government and installed by the lessor.

RESTROOMS: Approximately 124 men and 45 women will occupy this space; provide toilet facilities in accordance with Paragraph 2b., Part III of Schedule B. This space should be arranged to be accessible to both the District Office and Regional Laboratory personnel.

B. REGIONAL LABORATORY

SPACE REQUIREMENTS: Space shall be divided into two areas, approximately as follows:

1. LABORATORY (10,000 square feet)

| Type Office | Net usable sq. ft. | Type Partition |
|---|---|---|
| Laboratory 2 @ 2345 sq.ft. | 4690 | Ceiling High |
| Special Purpose Instrument Room (3 @ 200#) | 600 | Ceiling High |
| General Purpose Instrument Room (3 @ 200#) | 600 | Ceiling High |
| Vault | 2000 | Slab to Slab |
| Fingerprint Room | 200 | Ceiling High |
| Tool Room | 150 | Ceiling High |
| Volatile Solvent Room | 100 | Ceiling High |
| Compressed Gases Room | 100 | Ceiling High |

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Drying Room | [illegible] | Ceiling High |
| TLC Laboratory | [illegible] | Ceiling High |
| Distilled Water & Compressor Room | [illegible] | Ceiling High |
| Glassware Washing Room | [illegible] | Ceiling High |
| Chemical Storage Room | 200 | Ceiling High |
| Data Acquisition & Control Center | 150 | Ceiling High |
| Glassware & Equipment Storage | 250 | Ceiling High |
| Darkroom | 250 | Ceiling High |

2. ADMINISTRATIVE (4,450 Square Feet)

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Reception/Waiting Room | 500 | Ceiling High |
| Office 3 @ 250 Sq. Ft. | 750 | Ceiling High |
| Office | 100 | Ceiling High |
| Conference Room | 400 | Ceiling High |
| File and Records Storage | 200 | Ceiling High |
| Supply & Photocopy Area | 200 | Ceiling High |
| Library | 400 | Ceiling High |
| Office | [illegible] | Ceiling High |
| Lunch Room | 500 | Ceiling High |
| Men's Locker Room | 200 | Ceiling High |
| Women's Locker Room | 200 | Ceiling High |
| Vehicle Examination and Evidence Processing Area | 1,[illegible]0 | Ceiling High |

SPECIAL REQUIREMENTS FOR REGIONAL LABORATORY

Laboratory Area (B.1) and Administrative Area (B.2) must be contiguous and located on the same floor. If space is offered in a multi-story building the Regional Laboratory shall be located on an upper floor, preferrably the top floor. The Laboratory Area (B.1) shall be separated from the Administrative Area (B.2) by a slab-to-slab weather tight wall. Entrance doors from the Administrative Area into the Laboratory Area shall be of weather tight construction.

SPECIAL REQUIREMENTS FOR LABORATORY (Area B.1)

Air Conditioning: The laboratory area shall be equipped with a system capable of providing 60-80% fresh air.

Electrical: A minimum of [illegible],500 amp immediate service, with potential for an additional [illegible] amps, exclusive of heating, air-conditioning, and lighting, is required.

Floors: Floors shall be covered with an acid/base resistant tile.

<u>LABORATORIES:</u> The Government shall provide and install all special furnishings and equipment. The lessor shall be responsible for providing as a minimum, the following utilities, at locations to be designated by the Government (For ease of description utilities are listed by work station). (See attachment "A1" for a typical four work station laboratory arrangement).

1. Eight work stations, each equipped with: Three 110 volt 20 amps grounded duplex outlets on a single dedicated 20 amp circuit; stubbing for hot and cold tap water outlets (utilizing $\frac{1}{2}$" lines); deionized water outlet (utilizing $\frac{1}{2}$" tin-lined copper tubing)' and $1\frac{1}{2}$" to 2" drain lines.

2. Two center bench work stations, each equipped with: stubbing for cold tap water outlet (utilizing $\frac{1}{2}$" lines); $1\frac{1}{2}$" to 2" drain line; one 220 volt, 30 amp electrical outlet and two 110 volt, 30 amp grounded duplex electrical outlets, each on a dedicated circuit.

3. Three fume hood work stations, each equipped with: an exhaust ventilation duct system, of a least 18 U. S. gauge reinforced, epoxy lined, stainless steel, of sufficient size to allow an exhaust face-velocity of 75 linear feet perminute (exhaust air shall be vented to roof level); stubbing for cold tap water, steam, natural gas, compressed air, 40 psi vacuum line, and $1\frac{1}{2}$" to 2" drain lines; two 110 volt, 30 amp grounded duplex electrical outlets. (Note: All exhaust motor blower units will be installed on the roof of the building and will require suitable electrical outlets).

4. Emergency shower and eyewash with cold water, eyewash shall be hose type.

<u>SPECIAL PURPOSE INSTRUMENT ROOMS:</u> Each of these rooms shall contain the following utilities (see attachment "A2" for a typical layout):

1. One laboratory work station with utilities as listed under "Laboratories, Paragraph 1".

2. One fume hood work station with utilities as listed under "Laboratories, Paragraph 3".

3. Two 110 volt, [illegible] amp grounded duplex electrical outlets; three 200 volt, 30 amp electrical outlets; one 220 volt, 20 amp electrical outlet. Each on dedicated circuit.

<u>GENERAL PURPOSE [illegible] ROOMS:</u> Each of these rooms shall contain the following [illegible] (see attachment "[illegible]" for a typical layout).

1. One [illegible] work station with utilities as listed under "Laboratories, [illegible] 1".

4. One [illegible] with [illegible] listed under "Laboratories, Paragraph [illegible]".

5. Ten 110 volt grounded duplex electrical outlets, each on a separate circuit.

<u>TLC LABORATORY</u>: This room shall contain the following utilities (See attachment "A4" for a typical layout):

1. Three fume hood work stations with utilities as listed under "Laboratories, Paragraph 5".

<u>FINGERPRINT ROOM</u>: This room shall be equipped as specified under "GENERAL PURPOSE INSTRUMENT ROOMS".

<u>DARKROOM</u>: This room shall be of "light-tight" construction, painted with a flat-black non-reflecting paint and equipped with a revolving darkroom door, a 6' X 2' X 10" sink, and outlets for hot and cold tap water.

<u>VAULT</u>: If building is single story, the vault shall be located in interior space-away from outside walls. Walls shall be constructed of steel reinforced concrete block. The door shall be a Mosler Class 5 (metal) equipped with a combination lock. A day gate shall be provided to control access. The door into the vault shall be equipped with a contact alarm. A motion detector alarm system will be installed with suitable communication to the District Office Communication Center. One 110 volt, 15 amp grounded duplex electrical outlet is required.

<u>VOLATILE SOLVENT ROOM</u>: This room shall be placed on an outside wall, inside walls will be constructed of masonry having a minimum of 2 hours fire rating (NFPA Standard 252). Door(s) shall be single leaf con- struction having a 2 hour fire rating (NFPA Standard 252) and equipped with a panic bar lockset. A four inch high curb will be installed across the doorway. Floor shall be sealed with epoxy sealer. Walls shall be sealed with epoxy sealer to a height of 12 incheas above the floor.

Exhaust fans shall be installed which provide for both light and heavy vapors. These fans must meet the requirements of the NFPA for Class 1, Division 1, Groups C and D hazardous locations. Fan and ductwork shall have a minimum capacity of 200 cubic feet per minute. An air-flow failure alarm will be provided which will sound when air-flow drops below the minimum of 200 cubic feet per minute. Ducts shall direct exhaust air to roof level or other outside venting and must be at least 18 U. S. gauge galvanized steel. A guillotine damper for supply and single leaf damper for exhaust air will be provided with provision for regulation from outside the room.

Outside wall shall be fitted with an explosion vent (blowout panel) in accordance with NFPA Standard [illegible].

Incandescent light fixtures installed shall meet the requirements of NFPA Class 1, Division 1, Groups C and D hazardous locations. Lights shall be controlled by [illegible] switch located [illegible] the room.



000035

A grounding wire shall be installed for the [illegible] static electricity (NFPA Standard 77). Maximum permitted resistance [illegible] megohm.

Two electrical combination 135° – 240° fixed temperature, 5°/minute rate of heat rise detectors will be provided. Either detector will activate $CO_2$ discharge, and a fire warning gong on exterior wall of room, $CO_2$ will be provided by two 75 pound $CO_2$ cylinders, with 20 – 30 second discharge delay mechanism on $CO_2$ system.

GLASSWARE WASHING ROOM: This room shall contain a 56" x 16" x 10" single basin, epoxy resin sink and outlets for hot and cold tap water. Two 220 volt electrical outlets are required. The floor shall be covered with a slip resistant ceramic tile or equivalent water resistant material. An exhaust system shall be provided to remove steam generated by glassware washing and drying units.

DATA ACQUISITION AND CONTROL CENTER: Two 220 volt, 15 amp, and three 110 volt, 15 amp electrical outlets are required.

DISTILLED WATER AND COMPRESSOR ROOM: This room shall contain three 220 volt electrical outlets, cold water outlet, and a floor drain.

FIRE SAFETY: The entire laboratory area shall be provided with an automatic water sprinkler system. In addition wall-mounted dry chemical fire extinguishers shall be provided.

PURIFIED WATER: Purified water shall be provided through deionization of water. If tap water is particularly "hard", the GLASSWARE WASHING ROOM will require purified water. A deionized system capable of providing water with an electrical resistance of 200 Kohms or greater and a flow rate of 480 gallons per hour is required.

The deionized water system shall consist of a series of deionizers with a total capacity of 24,000 grain removal (as $CaCO_3$), utilizing a fiber-glass housing. This system shall be capable of delivering water at a flow rate of 480 gallons per hour, at a maximum operating pressure of 40 psi. The deionizers shall be equipped with inlet assemblies equipped with a pressure regulator preset at 40 psi, adjustable for specific requirements, a 3/4" polyethylene hose and 3 gallon per minute brass flow control. The system shall also be equipped with a suitable electrochemical quality control assembly, fitted with a suitable incandescent light-type endpoint indicator, to detect a resistance below 200 Kohms.

The deionized water distribution system shall consist of hard copper tubing line with Grade A virgin block tin (99.97% pure) 1/16" thick, with an outside diameter of 1". All fittings shall be compression-type brass lined with Grade A virgin tin (99.97% pure) 1/16" thick. Elbow and tee bodies shall be brass forgings. Connections, unions, adapters, fitting sleeves and nuts shall be fabricated from stress relieved bar stock.



000036

SPECIAL [illegible]

RECEPTION/WAITING ROOM: [illegible] two areas, of approximately the same size, by a wall [illegible] shown on Attachment "A5". The door leading from the waiting room [illegible] reception area shall be electronically controlled by the receptionist, this door shall be equipped with a push-button combination lock capable of overriding the electronic control.

VEHICLE EXAMINATION AND EVIDENCE PROCESSING AREA: The outside entrance/exit door to this area shall be large enough to allow a tractor-trailer to enter.

FILE AND RECORD STORAGE ROOM: The door into this room shall be equipped with a contact alarm. A motion detector alarm system shall be installed with suitable communication to the District Office Communication Center.

## ADDENDUM TO SCHEDULE "[illegible]"

INCINERATOR: The lessor shall provide and maintain a gas operated incinerator. The incinerator shall be equipped with an after burner and shall be capable of burning 100 pounds per hour. (Incinerator shall meet Federal emmission standards.)

GENERAL REQUIREMENTS:

CONSTRUCTION: Perimeter walls, and floor shall be constructed of either concrete, brick, reinforced concrete block, or a combination of materials which provide equivalent security; such as gypsum board ceiling supplemented by an expanded metal screen of not less than 11-gauge material.

Interior "slab-to-slab" wall requirements can be fulfilled by construction of an expanded metal ceiling as specified under District Office - Detention Rooms. All walls surrounding the Laboratory shall be weather tight, i.e. "slab-to-slab" or "slab-to-roof", construction.

SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART I

GENERAL

1. INTRODUCTORY.

a. Schedule D of this Solicitation should be carefully reviewed to determine whether a MODIFICATION, CHANGE OR ADDITIONAL SPECIFICATION provision has been inserted and is applicable to Schedules A, B, and/or C.

b. Unless specified to the contrary, whenever such words as "provide", "furnish", "submit", "required" appear in this Schedule without specific reference to any party, it shall be understood that the successful offeror/lessor, rather than the Government, is responsible for meeting the requirement or specification. Whenever the words "approval", "prior approval", "judgment", are included without reference to any party, it shall be understood that the contracting officer, rather than the successful offeror/lessor, is responsible for the action.

c. The requirements and specifications established in this Schedule represent minimums which must be met or exceeded. They are not all inclusive, but provide a guideline for offerors as to quality and standards required by the Government. Any building design or construction feature not covered by this Schedule shall be subject to final approval by the contracting officer. As a general rule, the contracting officer's standards will be consistent with local or nationally recognized building practices.

d. All work must be done by mechanics or workmen skilled in their respective trades and must be done in a workmanlike manner, present a good finished appearance and be acceptable to the contracting officer.

e. Unless specified to the contrary in Schedule A or D or by the contracting officer prior to award, all materials used shall be those which are generally recognized as acceptable for the type of structure involved.

f. Buildings proposed for Government use shall be clean and free from objectionable ~~tenancy and health and safety~~ hazards which, in the judgment of the contracting officer, will be detrimental to agency operations.

2. SITE.

All offers must clearly identify the location of the property. Proposals which do not identify the property will not be considered.

3. PLANS AND SPECIFICATIONS.

a. Required attachment to all offers:

(1) Two copies of a dimensioned floor plan(s) drawn to a scale of 1/8 or 1/4 inch to the foot indicating the space offered and showing the location of all existing windows, structural features and mechanical equipment. Alterations or other work planned for the purpose of meeting solicitation specifications must be clearly shown on the plans and/or explained in an attached narrative statement.

(2) Where new construction is proposed, one copy of a plot plan drawn to scale showing all existing or proposed improvements and landscaping.

b. Additional data which may be required prior to award:

(1) If specifically requested in writing by the Government, two copies of outline plans and specifications containing more detailed information about external and internal architectural and mechanical electrical features must be furnished within ten days of the request.

NOTE: Failure to provide the plans and/or specifications in accordance with a. and b. above may cause the offer to be deemed nonresponsive and rejected accordingly. Photostatic copies are not acceptable.

SCHEDULE B

PART I

c. Required to be submitted subsequent to award:

(1) Unless otherwise stated in the offer, the arrangement of partitions and related building equipment to be installed after award shall be considered tentative, and the offeror agrees to locate such partitions, and equipment as directed by the contracting officer, provided, however, that the offeror shall not be required to install partitioning for a greater number of individual rooms and/or linear feet than specified in Schedule A. Required to be submitted after award is a reproducible floor plan (not sepia) to a scale of 1/8 inch showing the rented space and identifying entrances, exits, stairs, windows, partitions, utilities, closets, permanent walls, columns, column numbering, module spacing (if building is so designed), permanent partitions, peripheral floor-mounted obstructions, and convector or convector housings.

(2) When the space is completed and ready for use, the successful offeror shall furnish reproducible drawings of floor plans to a scale of 1/8-inch to the foot showing the space as it is then partitioned for use by the Government.

(3) If the space offered is in a building or building extension under construction or to be constructed, or in which extensive alterations are required, the successful offeror shall furnish to the Government a construction schedule giving the dates on which the various phases of construction are scheduled to be completed with final completion schedule at or prior to the effective date of the lease. This schedule is to be furnished within 15 days after it is requested by the Government.

4. DOOR IDENTIFICATION.

Metal title card holders, approximately $6\frac{1}{2}$" high by $8\frac{1}{2}$" wide, with cards, shall be installed in an approved location adjacent to all office entrances, toilet, stairways, etc. for interior door identification purposes. Other forms of door identification can be submitted if approved by the contracting officer.

5. BUILDING DIRECTORY.

A wall-mounted, glass-enclosed directory, with lock, shall be provided at a conspicuous location in the lobby or entrance of the building. The directory shall be sufficient in size to list all Government agencies in the building, and shall be constructed substantially in accordance with specifications which are available from the GSA regional office issuing this solicitation.

6. DISPLAY ADVERTISING.

When the premises are for the exclusive use of the Government, the air space above the premises shall not be used in any manner except as necessary for the operation and maintenance of the premises. No signboards or advertising matter of any nature shall be constructed on or over the premises, without the written consent of the contracting officer.

7. ALTERATIONS AND INSTALLATIONS.

The Government reserves the right to make minor alterations or installations, including but not limited to painting, installation of electrical outlets, erection or relocation of movable partitions.

8. FLAG POLE.

If the Government is the sole occupant of the building, a metal, gold-ball flag pole shall be provided at the front of the building, to the left of the main entrance as you face the building, complete with halyards, sheaves, and cleat. The pole should extend a minimum of 30 feet above the ground, and be so arranged that the flag can be raised and lowered from the ground. If, in the judgment of the contracting officer, installation at the ground level is not feasible, a comparable quality building mounted flagpole may be substituted. The flag will be furnished by the Government. The flag will be raised and lowered by the lessor in accordance with the usual standards for flag display.