SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART II

ARCHITECTURAL.

1. TYPE OF BUILDING.

a. The building shall be sound and substantial and of a type generally recognized as a modern office-type building. The building shall conform to the following minimum firesafety construction requirements.

(1) Buildings over three stories in height shall be of fire resistive construction.

(2) Buildings over one story in height, but not exceeding three stories shall be of fire resistive or protected noncombustible construction.

(3) Buildings one story in height may be of any recognized construction type.

NOTE: The minimum requirements for firesafety types of construction is as defined in NFPA Standard No. 220, Standard Types of Building Construction.

b. Buildings which, in the determination of the contracting officer, have incurable functional obsolescence which will adversely affect the Government's operations, will be rejected. In new construction, all exposed concrete columns shall be finished smoothly, with all pits, indentations and rough surfaces removed.

c. Exceptions:

(1) Exception: Where the space to be leased is located on a grade floor, the fire resistance requirements are not applicable provided the space to be occupied by the Government exits directly at grade to the outside or exits through public corridors and lobbies leading directly to doors that exit directly to grade at the outside.

(2) Exception: For buildings over one story in height which are totally sprinklered, the structural requirements shall be:

(a) Columns shall have at least one hour fire resistance rating.

(b) Primary beams shall have at least 3/4 hour fire resistance rating.

(c) Structural floors, roofs, and secondary beams shall have at least 0.2 hour fire resistance rating.

Sprinklers shall meet current National Fire Protection Association standards, shall be well-maintained, and shall be provided with automatic valve and water flow supervision that reports to the fire department, central station service, or other constantly attended location.

d. The design of the space offered and the physical characteristics of the building and the surrounding area are subject to the requirements of par. 13 of Schedule D - Award Factors.

2. ENTRANCES, EXITS, CORRIDORS, AND STAIRWAYS.

Exterior doors shall be of weather-tight construction equipped with automatic door closers and shall open out of the building. All exits and access to exits including corridors and stairways that may be used by the Government or those entering the building to do business with the Government shall comply with the requirements of National Fire Protection Association Standards No. 101, Code for Safety to Life from Fire in Building and Structures. Of particular importance is the capability to permit building occupants to evacuate the fire area quickly and safely wherever the fire may be. All floors above and below grade where the Government occupies space shall have a minimum of two (2) exits. The two most remote exits on each floor shall be separated by a distance equal to at least one-third the long dimension of the floor. If the exit arrangement is such that they are not separated by one-third the floor length, an alternate arrangement acceptable to the contracting officer shall be provided which will prevent heat or smoke from a fire from simultaneously making all exits inaccessible. Any alternate arrangement must be clearly described in the offer. All stairs shall have appropriate and adequate handrails. Also, the stairs shall have safety treads either built in or the abrasive cement-on type. Vestibules shall be provided at public entrances and exits wherever weather conditions and heat loss are important factors for consideration. In the event of negative pressure conditions, provisions shall be made for equalizing air pressure.

95

SCHEDULE B

PART II

3. THIS PARAGRAPH DELETED.

4. FLOORS.

a. Floor Covering. Under floor cement shall be smooth and level. Floors in all offices, corridor areas, etc., (but not necessarily in storage areas) shall be covered with vinyl asbestos. Where floor covering is to be newly installed or where existing covering must be changed to meet the requirements, color must be approved in advance by the Government. Terrazzo and unglazed ceramic tile and/or quarry tile or other covering acceptable to the Government shall be used in all toilets and service areas. Perimeters shall have a 4-inch rubber or vinyl tile straight base. The type and grade of covering shall be stated in the offer.

Any carpeting installed in public corridors to be used by the Government and in public corridors on floors where the Government occupies space shall be carpeting having a flame-spread rating of not more than 75 when tested in accordance with ASTM E-84 unless the corridors are protected by an automatic sprinkler system.

b. Floor Load Capacity. All office areas shall have a minimum live load capacity of 70 pounds per square foot, and storage areas shall have a minimum live load capacity of 100 pounds per square foot, unless otherwise specified under Schedule "D". A written certification of the floor load capacity by a Registered Professional Engineer may be required and, if so, must be furnished at no cost to the Government. The calculations and structural drawings substantiating the Engineer's findings shall also be furnished if required by the Government.

5. CEILINGS.

a. Height. The space shall have basically flat ceilings with a height of approximately 8' 6" but not higher than 11 feet nor less than 8' 0" clearance from the floor to the lowest obstruction, including lighting fixtures. The ceiling height shall be stated in the offer.

b. Acoustical Treatment. All ceilings shall have acoustical treatment with exception of service areas, vaults, stairwells, and mechanical areas. Acoustical material shall have a noise reduction coefficient range of 0.65 to 0.80. The noise reduction coefficient should be stated in the offer and a noise reduction certification by a Registered Professional Engineer or the manufacturer must be furnished at no cost to the Government if required by the contracting officer.

c. Flame Spread. All ceilings, including any acoustical treatment, shall consist of non-combustible material with a flame spread rating of twenty-five or less. Ceiling materials which do not meet this requirement may be considered PROVIDED they do not constitute a hazard to the extent that the contracting officer judges the space unsafe. Surface treatment to reduce the flame spread rating to twenty-five or less (initially applied by the lessor and to be maintained by him throughout the term of occupancy by the Government) will be considered acceptable.

6. PARTITIONS AND WALLS.

The space or room partitioning requirements established in Schedule A may be met with existing partitions and walls, provided that, in the opinion of the contracting officer, the location and type of partitions lend themselves to efficient office layout.

All partitioning materials including core materials shall consist of noncombustible materials having a flamespread of 25 or less and a smoke development of 50 or less when tested in accordance with the American Society for Testing Materials standard E-84, current edition. Wood paneling or other decorative finishes having fire hazard ratings of not over 75 for flamespread and 100 for smoke development may be used for areas of less than 1,000 square feet provided such materials are not installed in corridors and are otherwise acceptable to the contracting officer. Such materials must be approved in advance by the contracting officer. In the event existing partitions are unacceptable to the contracting officer, partitions must be furnished in accordance with the requirements of Schedule A and in accordance with the standards below. However, movable partitions of less than ceiling height shall not exceed a flamespread of 25 and smoke development of 150.

96

a. Permanent Partitions. All partitions surrounding areas such as stairs, corridors, elevator shafts, toilet rooms, restrooms, and janitors' closets shall be of sturdy, soundproof and fireproof permanent construction, from structural floor slab to structural ceiling slab.

SCHEDULE B

PART II

b. Office Subdividing Partitions. All partitions shall be constructed or erected on finished floors, and shall be furnished complete with all necessary hardware. All metal types shall have baked-on finish of color or colors selected by the Government. The wallboard of demountable types shall be painted colors selected by the Government.

(1) Wallboard and Metal Stud. These partitions are to be installed on the finished floor and must be of metal stud and wallboard prefinished construction, or taped and painted in a workmanlike manner.

(2) Metal Movable Partitions. These partitions are manufactured in ceiling-height and approximately 7' 3" height (3/4 height). They shall be flush type not less than 2½" nor more than 3" thick, and shall consist of movable hollow metal insulated panels and opaque or clear glass upper panels with double insulated end fillers. (Omit glass if none specified). Base shall be removable and provide for lay-in concealed wiring on both sides. Partitions shall be factory fabricated, designed for erection over finished floors, and shall be in standard units. Panel units shall be interchangeable with glazed or door units. Where panel and glazed or door units are of different widths, the increments shall be maintained. Design shall permit extension two, three or four ways, without removing adjacent units. Provision shall be made for electrical wiring throughout the assembly. Base and ceiling members shall be designed to permit 2½" adjustment in overall height; wall channels shall be designed to permit scribing to irregularities in the wall.

Assembly shall permit removal of any panel unit without disturbing adjacent panels. Cut-outs and reinforcing in panel units and posts shall be provided for electrical switches and in base for outlets in locations to be designated after award.

Where ceiling height partitions are required, the top filler shall be double sheet mineral board, 3/8" thick applied over studs set 24" on centers, or (optional) No. 20 gauge double steel with single line joints. All top filler to be neatly scribed to fit around pipes, ducts, beams, etc., and to ceiling. Double mineral board top filler to be painted in field to match ceiling. Double steel top filler to be factory finished to match partition.

Where ceiling height partitions are required, the partitions shall be packed with a sound-deadening material to provide an average sound transmission loss of solid partition unit and door of not less than 35 decibels over a range of 125 to 4,000 cycles per second, in accordance with ASTM E 90, as certified by an approved testing laboratory. Where top and end fillers occur, these fillers shall be packed with similar acoustic material meeting the requirements stated above.

(3) Demountable Panel Partitions. Construction is similar to the metal movable partition except that the panel surfacing material shall be either gypsum, asbestos, wood, fibreboard, or other materials as specified in Schedule A.

(4) Bank-Type Partitions. Partitions shall be flush type with lower panel 1-5/8" thick with a plus tolerance of 1/8" and a minus tolerance of 3/16", and approximately 5'7" high and shall consist of movable and interchangeable panels. Post shall be 1-3/4" square. The panels shall be uniform widths. The bottom of each panel shall be approximately 6" clear of the floor and have recessed space for electric wiring for exterior attachment, including spring clip holder for the wire.

7. WINDOWS.

All movable sash shall be weather-tight and designed to permit easy cleaning. Casement sash shall open out. Wherever windows extend to within 18 inches from the floor (and the space is located at least 10 feet above grade) a suitable metal bar shall be provided on the interior window opening approximately 3 feet above floor level. Other suitable safeguards may be considered as determined by the contracting officer.

8. WINDOW COVERING.

All exterior windows shall be equipped with venetian blinds or drapes of acceptable quality. Blinds shall have baked enamel, steel or aluminum slats at least two inches wide and be equipped with vinyl plastic tapes. If drapes are provided, they must be full length, fireproof, fade resistant and glareproof.

9. WINDOW GRILLES FOR SECURITY PURPOSES.

Off-street, ground-level windows and those windows accessible from fire escapes and adjacent

SCHEDULE B

PART II

roofs must be provided with exterior grilles, or comparable, to prevent forcible entry.

10. DOORS.

a. All doors shall be at least 36 inches wide and of soundproof and sturdy construction, and shall otherwise be provided in accordance with National Building Code requirements.

b. Where accordion doors or room dividers are required, the average sound attenuation factor (decibel rating) shall be not less than 30.

11. HARDWARE.

Hardware shall be of heavy-duty noncorrosive metal of standard manufacture for the type of space required. All windows shall be equipped with locking devices. Push plates, pull bars/handles and automatic door closers shall be installed on public entrance, stairway, lobby, toilet, and locker room doors. Cylinder locks and door checks shall be furnished and installed on all doors which open into corridors, to the outside, or to space otherwise accessible to other than those to be employed in the space to be leased. All locks shall be master keyed and the Government shall be furnished not less than two master keys and two keys for each individual lock. Door stop in base shall match door hardware. Building exits and other exterior doors that may be used for emergency egress shall be equipped with panic hardware. However, stair doors shall be provided with closers and latches without locks.

12. CIGARETTE AND ASH RECEPTACLES.

Wall-mounted, jumbo-size metal urn type ash receptacles, with removable ash bucket and tip action top covers, or comparable, shall be provided at suitable locations in entrance, main corridors, and elevator lobbies, etc.

13. PAINTING.

Immediately prior to Government occupancy, the walls, ceilings, partitions and trim shall be newly painted or otherwise finished with materials and colors satisfactory to the Government.

14. FACILITIES FOR PHYSICALLY HANDICAPPED PERSONS.

The following convenience shall be provided for physically handicapped persons in accordance with the American National Standards Institute (ANSI) Standard A-117:

Access: Access for wheelchairs shall be provided from street or sidewalk to every reasonable subdivision of space where a physically handicapped person may visit or work. Where possible, the main entrance to the building shall be at grade level. If not at grade level, a ramp, in accordance with the above referenced standard, with a slope not exceeding one foot in 12 feet, shall be provided. Elevators shall be large enough to accommodate a wheelchair, as specified in ANSI A-117.1-1961. It is desired that the location of elevator controls shall be within reach of a person sitting in a wheelchair. Width of doors and other openings shall meet the requirements of the above referenced standard. Where elevators must otherwise be altered to meet the requirements of this solicitation, or where new construction is involved, elevators shall comply fully with the above referenced standard.

SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART III

MECHANICAL - ELECTRICAL

1. GENERAL.

The successful offeror shall be responsible for insuring that all plumbing, heating, air-conditioning, ventilating, elevators, and other necessary electrical and mechanical features conform to the requirements of this part and are installed and operated in accordance with all local codes, ordinances, and regulations, plus the latest edition of the various publications set forth below. The offeror shall also be responsible for the installation of mains, lines, and meters necessary for all utility services. All such equipment shall be checked and adjusted by the successful offeror prior to and during occupancy by the Government. All ducts, piping and conduits shall be concealed within the walls or covered by furring, plastering, acoustical treatment, or other comparable means, except not necessarily in service and storage areas, or areas not normally used by office employees or the public.

2. PLUMBING FACILITIES.

In addition to the following, all plumbing shall meet the requirements of the National Plumbing Code.

a. Drinking Fountains. Centrally cooled, filtered, water system, drinking fountains, or the automatic electric type fountains shall be located adjacent to the toilets and at other strategic locations, so that a person will not need to travel more than a hundred-fifty feet (150 feet) on one floor to reach same. The water shall be chilled to between 48 and 52 degrees Fahrenheit. There shall be a minimum of one fountain on each floor containing office space. Recessed or wall-hung fountains are preferred.

b. Toilets. Separate toilet facilities for men and women shall be provided on each floor in the building. The facilities must be located so that employees will not be required to travel more than 150 feet on one floor to reach the toilets. Each toilet room shall have sufficient water closets enclosed with modern stall partitions and doors, urinals (in men's room), and lavatories in compliance with the fixture schedule set forth below. In addition, each main toilet room shall contain the following:

(1) A liquid soap dispenser, shelf and mirror above lavatory.

(2) A modern toilet paper dispenser in each water closet stall.

(3) A coat hook on inside face of door to each water closet stall, and on several wall locations by lavatories.

(4) At least one modern paper towel dispenser and waste receptacle for every two lavatories.

(5) A coin operated sanitary napkin dispenser in women's toilet rooms with waste receptacle for each water closet stall.

(6) Ceramic tile wainscot from the floor to a minimum height of 4' 6".

(7) Women's toilet room shall be large enough to accommodate a couch approximately 75" long and 30" wide together with accompanying chair.

(8) A convenience outlet located adjacent to one mirror in each men's room.

TOILET FIXTURES

For the purpose of determining the required toilet facilities the actual number of persons shall be based on one person for each 150 square feet of net usable office space in ration of 55% men and 45% women. The toilet fixture schedule specified shall be applied on a per floor basis.

SCHEDULE B

PART III

| | MEN | | | WOMEN | |
|---|---|---|---|---|---|
| Number of Persons | Water Closets | Urinals | Lavatories | Water Closets | Lavatories |
| 1 to 8 | 1 | 1 | 1 | 1 | 1 |
| 9 to 24 | 2 | 1 | 1 | 2 | 2 |
| 25 to 36 | 2 | 1 | 2 | 3 | 2 |
| 37 to 56 | 3 | 2 | 2 | 4 | 3 |
| 57 to 75 | 4 | 2 | 2 | 5 | 4 |
| 76 to 96 | 4 | 2 | 3 | 6 | 4 |
| 97 to 119 | 5 | 2 | 3 | 7 | 5 |
| 120 to 144 | 6 | 3 | 4 | 8 | 5 |
| 145 to 171 | 6 | 3 | 4 | 9 | 6 |
| 172 to 200 | 7 | 3 | 4 | 10 | 7 |
| 201 to 220 | 8 | 4 | 5 | 11 | 7 |
| 221 to 240 | 8 | 4 | 5 | 12 | 8 |
| 241 to 260 | 9 | 4 | 5 | 13 | 9 |
| 261 to 280 | 10 | 4 | 6 | 14 | 9 |
| 281 to 300 | 11 | 4 | 6 | 15 | 10 |

c. Facilities for Physically Handicapped Persons.

(1) Toilets. Toilet rooms shall have space to allow traffic of individuals in wheelchairs. In addition to the number and types of toilet fixtures and the location of toilet facilities specified in this Schedule, not less than one men's toilet room and one women's toilet room on each floor where the Government leases space shall have at least one toilet stall that:

(a) is 3 feet wide

(b) is at least 4 feet 8 inches, preferably 5 feet deep

(c) has a door (share doors are used) that is 32 inches wide and swings out

(d) has handrails on each side, 33 inches high and parallel to the floor, one and one half inch clearance between rail and wall, and fastened securely at ends and center

(e) has a water closet with the seat 20 inches from the floor.

A wall mounted water closet must have a narrow understructure that recedes sharply. Floor mounted water closets should not have a front that is wide and perpendicular to the floor at the front of the seat. The bowl should be shallow at the front of the seat and turn backward more than downward to allow the individual in a wheelchair to get close to the water closet with the seat of the wheelchair.

At least one lavatory shall have a narrow apron which when mounted at standard height is usable by individuals in wheelchairs, or shall have a lavatory mounted higher so that they are usable by individuals in wheelchairs. Drain pipes and hot water pipes under a lavatory must be covered or insulated so that wheelchair individuals without sensation will not burn themselves.

One mirror with shelf shall be provided above the lavatory at a height as low as possible and no higher than 40 inches above the floor, measured from the top of the shelf and the bottom of the mirror. Toilet rooms for men shall have one wall mounted urinal with the opening of the basin 19 inches from the floor or shall have a floor mounted urinal that is one level with the main floor of the toilet room. The toilet room shall have at least one towel rack, towel dispenser and other dispensers and disposal units mounted no higher than 40 inches from the floor.

(2) Drinking Fountains. In addition to the requirements for drinking fountains in this Schedule, not less than one fountain per floor of leased space shall be accessible to and usable by the physically disabled. The water fountain shall have an upfront spout and control. It shall be hand operated or hand and foot operated. Conventional floor mounted water fountains can be serviceable to individuals in wheelchairs if a small fountain is mounted on the side of the cooler 30 inches above the floor. A wall mounted

SCHEDULE B

PART III

hand operated cooler may serve the able-bodied and physically disabled equally well when the cooler is mounted with the basin 36 inches from the floor. A fully recessed water fountain is not recommended. The water fountain should not be set into an alcove unless the alcove is wider than a wheelchair.

3. HEATING, AIRCONDITIONING AND MECHANICAL VENTILATION.

Heating, airconditioning and ventilation systems are required which are capable of maintaining inside temperatures in the range from a low of 70 degrees during the heating season to a high of 78 degrees at all other times throughout the entire leased premises and service areas, regardless of outside temperatures.

Energy Conservation Operating Practices. In view of the critical need for energy conservation, the following operating practices shall be followed whenever these settings will result in fuel savings:

Heating Season. During the heating season, temperatures shall be 65 to 68 degrees F.

Airconditioning Season. During the airconditioning season, temperatures shall be maintained from 78 to 80 degrees F.

At other times when heat or airconditioning is not required. During these times, temperatures shall be allowed to vary from 65 to 80 degrees F.

Areas having excessive heat gain or heat loss, or affected by solar radiation at different times of the day, shall be independently controlled so that the interior temperature conditions stipulated can be maintained. Temperatures in all spaces will be maintained without drafts and airconditioning equipment noises.

Exhaust ventilation shall be provided as required for conference room(s) and special equipment such as teletype machines. Heating, airconditioning and ventilation facilities shall be designed, installed and function as required by current standards and recommendations of the American Society of Heating, Refrigerating and Airconditioning Engineers, Incorporated; and National Fire Protection Association Standards 90 A and 91, except for the temperature variations indicated above.

Mechanical exhaust shall be provided for the following toilet rooms:

a. A toilet with an open window area less than 5% of its floor area.

b. A toilet having windows opening on a court or vent shaft which has an area less than:

   (1) 9 square feet

   (2) 0.2 square feet for each foot of height

   (3) 2% of the combined floor area it ventilates, or 5% of its floor or any single room it ventilates

c. Toilets in or adjoining airconditioned area.

4. ELEVATORS. (Freight and Passenger)

All elevators shall conform to the requirements of the current edition of the American National Standard Safety Code for Elevators, Dumbwaiters, Escalators, and Moving Walks (ANSI A17.1); also the local codes and ordinances.

All elevators are to be equipped with telephones or other two-way emergency signaling systems. Whatever system is used shall be clearly marked and shall reach a point of emergency communication that is manned at all times that the elevators are in service. If the Government occupies space above the first floor, a method of emergency power shall be provided and arranged to return all elevators to the exit floor in case of power outage. The power supply need not handle all elevators simultaneously. An emergency power supply connection is not required for elevators which can readily be moved to a floor without power.

The passenger elevators in the building must have the capacity to transport in five minutes fifteen percent of the nominal total population of all upper floors (based on 125 square feet per person of net usable space). Further, the dispatch interval between elevators during the up-peak demand period should not exceed 35 seconds.

SCHEDULE B

PART III

Upon request by the Government the following information shall be furnished: location, capacity in pounds, inside cab areas, rated car speeds, and type of operation of the passenger elevators. In addition, information showing the five-minute handling capacity of the passenger elevator at each separate location shall also be submitted upon request to show either the calculated capacity or actual capacity by surveys during the following conditions: (a) heavy up-peak demand such as would occur during the arrival period; (b) heavy two-way demand as would occur during the noon period; and (c) heavy down-peak demand such as would occur during the departure period.

(Use (a) or (b) below if freight elevators are required)

(a) (No.) ______________ freight elevator(s) must be provided having a minimum size of _______ feet by _______ feet and a minimum capacity of _______ pounds.

(b) (No.) ______________ combination freight and passenger elevators must be provided. In addition to meeting the requirements of the passenger elevators above, such elevators must be capable of handling furniture, partitioning, and other necessary office equipment.

5. ELECTRICAL MAIN SERVICE FACILITIES.

All work not specifically described shall be designed to meet the requirements of the latest edition of the National Electrical Code, the National Electric Safety Code, Standards of the National Electric Manufacturer's Association, Insulated Power Cable Engineers' Association, the American Institute of Electrical Engineers, and local codes and ordinances. The main service facilities and meter panel and branch circuits shall be adequate to provide for electrical load that will be required. This service shall be in a suitable enclosure which is readily accessible for inspection. The area within the enclosure around the electrical service shall not be used for storage or other purposes. Distribution panels are to be circuit breaker type as standard for the building, and shall contain a minimum of 10% spare circuits over the circuits required by the Government.

6. ELECTRICAL AND MAIN SERVICE OUTLETS.

Duplex outlets, floor and wall (including clock outlets) shall be provided on the basis of one outlet per 50 net usable square feet of space for the operation of office machines and equipment. Telephone outlets shall also be provided on the basis of one for each 100 net usable square feet, unless otherwise specified under Schedule "D". In any event, each room shall have at least one duplex electrical outlet, and each office-type room shall also have one telephone outlet. In larger open-type office areas, it is desired that the space shall be equipped with recessed floor conduit, on eight foot centers, large enough to accommodate the required power and telephone lines. Duplex utility outlets shall be provided in toilets and corridors for maintenance and also in dispensing areas. Outlets to be circuited separately from the lighting with not more than 8 such outlets on one circuit. The Government may elect to locate such outlets as it is entitled to under this paragraph at locations other than as herein specified, provided that the total number of outlets shall not exceed the amount it would otherwise receive if installed as provided above. 220 volt electric service must be available on all floors.

7. LIGHTING.

Modern, diffused, fluorescent electric fixtures shall be provided throughout all office areas capable of producing and maintaining a minimum of 70 foot-candles; in drafting rooms and engineering rooms the minimum shall be 100 foot-candles; a minimum of 45 foot-candles in toilet, public reception, and storage areas, and 25 foot-candles (incandescent or fluorescent) in closets, corridors, and other public areas. These standards refer to maintained light at desk level. Recessed lighting fixtures preferred, but flush-mounted fluorescent fixtures attached to the ceiling are acceptable.

Energy Conservation Operating Practices. In view of the critical need for energy conservation, the following operating practices are to be followed:

Energy consumed for lighting shall be reduced by removing nonessential lamps and fixtures and by applying non-uniform lighting standards to existing lighting systems. During working hours, overhead lighting will be reduced to 50 foot-candles at work stations, 30 foot-candles in work areas, and 10 (but not less than 1) foot-candles in nonworking areas. Reductions in overhead lighting shall be accomplished with minimum practicable deviation from the specific levels. Off-hour and exterior lighting, except that essential for safety and security purposes; e.g. exit lights, lights in stairwells, shall be eliminated. Preference shall be given to the

SCHEDULE B

PART III

installation of more efficient lighting systems when constructing or remodeling space as a means of obtaining maximum energy savings.

Lower levels of lighting may be specified by the Government prior to award through the adoption of non-uniform lighting standards to the lighting systems. All light fixtures shall be controlled by wall switches conveniently located on columns or walls adjacent to door openings. In open office areas, not over six fixtures shall be controlled by one switch. In corridors and spaces with more than one entrance, three-way switches shall be provided. Ballasts are to be rapid-start, thermally protected, voltage regulating type UL and ETL approved. All building entrances must be adequately lighted outside.

8. MODIFICATION OF OPERATING PRACTICES.

Whenever the energy situation warrants a modification of operating practices within the design criteria set forth above for heating, airconditioning, mechanical ventilation and lighting, the lessor shall upon written notice from the Government, take necessary action to provide the required services not later than 30 days after receipt of said notice.

Payment to the lessor or adjustment to the rental will be considered only when it can be clearly demonstrated that increased costs have resulted as a direct result of the Government's action. In any event, additional payments or rental increases will be limited to the increased costs directly attributed to the change in operating practice and any resultant increase in utility consumption.

9. EXIT AND EMERGENCY ILLUMINATION.

Exit emergency illumination shall be provided in accordance with the National Fire Protection Association Standard Number 101, Code for Safety to Life, in such a manner as to maintain exit illumination automatically in the event of any failure of normal lighting due to fault in the main lighting system, or any single manual act such as accidental opening of a switch controlling normal lighting facilities. The exit and emergency illumination system shall mark all exits in the path of egress from the leased space and shall provide emergency illumination in the leased space and all paths of egress from it to the exterior.

SCHEDULE B

GENERAL BUILDING REQUIREMENTS AND SPECIFICATIONS

PART IV

SAFETY AND FIRE PREVENTION

1. GENERAL.

The building and related equipment, and any utilities or services furnished and activities of other occupants shall be free of accident and fire hazards which in any way will affect Government operations, property, or personnel. When such hazards are detected they must be promptly corrected at no direct expense to the Government.

2. PORTABLE FIRE EXTINGUISHERS.

Portable fire extinguishers meeting local requirements and the requirements of the Occupational Safety and Health Act shall be provided by the successful offeror. The offeror shall maintain the extinguishers in proper and safe operating conditions at no cost to the Government.

3. STANDPIPES.

Standpipes for firefighting shall be provided if the building occupied by the Government is four or more stories in height. They shall be located preferably in stairwells with one riser for each stairwell, and shall be equipped with a 2½" valved outlet at each floor level. Adapters (2½ inch to 1½ inch) shall be provided at each outlet. Hose for the standpipes will not be required unless the local fire department requires the hose for fire department use.

4. MANUAL FIRE ALARM SYSTEMS.

A manual fire alarm system shall be provided in every building over three stories in height or 50,000 square feet in gross area where the Government occupies space that does not have a direct outside exit. Manual fire alarm stations shall be located on each floor at the normal path of exits from the building. The preferred location for the fire alarm station is near the stairway. Operation of the manual fire alarm station shall sound the alarm throughout the building or throughout the floor where the boxes are operated. The alarm shall consist of a bell or other alerting signal preferably followed by voice directions. The alerting devices shall be placed so that every person affected will be alerted when they are sounded. All alarms shall be automatically transmitted to the local fire department or central station. Provision shall be made to operate alarms from the fire alarm control panel. Installation, operation, and equipment shall conform to NFPA 72 and 72D and local code.

AMENDMENT OF SCHEDULE B

Paragraphs 4.a. and 8 of SCHEDULE B, PART II, are hereby deleted and the following paragraphs are substituted therefor:

4. FLOORS.

a. Floor covering. Underfloor cement shall be smooth and level. Floors in all offices, corridor areas, etc., (but not necessarily in storage areas), shall be covered with rubber-backed low to medium pile height carpet meeting or exceeding requirements of Federal Specifications DDD-C-95 or DDD-C-001559, as follows:

Type II-Velvet-Class 3, acrylic or wool, single level loop pile-woven through back, or; Type IV-Tufter-Class 4, Subclass B-(42 oz/sq. yd. pile) wool, single level pile, or: Type V-Knitted-Class I, Subclass B-(37 oz/sq. yd. pile) modacrylic single level loop pile, or; Federal Specification DDD-C-001559; Type I-woven-Subclass B or C-(18 or 20 oz/sq. yd. pile) Nylon, single level loop pile.

Examples of carpeting meeting these specifications are, BUT ARE NOT LIMITED TO:

(1) Bigelow-Sanford, Inc. - "Richleigh", "Gropine", "Gropine-Director"
(2) Karastan - "Brieau", "Madreau"
(3) Commercial Carpet Corp. - "Constellation"
(4) Stephen Leedom - "Executive"
(5) Collins and Aikman - "Powerbond"
(6) Roxbury Carpet Co. - "Baskalon"
(7) Wunda-Weve Carpet Co. - "Plushpoint"
(8) Coronet Carpet Mills - "Maplecrest"

Where floor covering is to be newly installed, or where existing covering must be changed to meet the requirement, color must be approved in advance by the Government. Terrazzo or unglazed ceramic tile and/or quarry tile, or other covering acceptable to the Government shall be used in all toilet and service areas. Perimeters shall have a 4-inch rubber or vinyl tile straight base. The type and grade of covering shall be stated in the offer.

8. WINDOW COVERING.

Draperies. Drapery material shall meet or exceed Federal Specifications CCC-C-00540 or CCC-C-525b. Examples of manufacturers of material meeting these specifications are, BUT NOT LIMITED TO:

1. Chatham Mfg. Co., Elkin, North Carolina
2. Craftex Sales, Inc., Philadelphia, Pa.

SCHEDULE C

SERVICES, UTILITIES AND MAINTENANCE

The following service, utility, and maintenance requirements are in addition to and in conjunction with the building requirements of Schedule B. The lessor is required to have available a building superintendent on the premises during the tenant working hours stated below to promptly correct reported deficiencies.

I. SERVICES.

To be furnished daily, except Saturdays, Sundays and Federal holidays, during normal Government working hours.

a. Electrical Services

(1) Lighting The lessor shall provide initial and replacement supplies of incandescent bulbs, fluorescent tubes, starters, ballasts, switches and other related items, together with appropriate labor to provide and maintain satisfactory illumination in service throughout the life of the lease, as specified in Schedule B, Part III, paragraph 7.

(2) Special Power Where airconditioning, computer systems, or other special facilities which require large quantities of power are elsewhere specified in the Schedules, the lessor shall be responsible for furnishing uninterrupted power service for such needs.

b. Heating and Ventilation

(1) Boilers If boilers are used to generate heat for the building, they shall be operated and serviced in accordance with ASME, Boiler and Pressure Vessel Code and local codes that apply.

(2) Hot Air Furnaces Where hot air furnaces are used, they shall be operated in accordance with local and national codes that apply and shall be periodically cleaned and serviced so as to provide an adequate flow of warm air to the office space. Where humidifying devices are used in conjunction with the furnace, they shall be periodically serviced to insure emission of the rated amount of moisture into the air stream prescribed for the equipment.

(3) Heating Distribution System The heating distribution systems shall be operated to provide the temperature conditions stipulated in paragraph 3, Schedule B, Part III, in the space leased. Hot water or steam distribution systems shall be periodically inspected and serviced to allow distribution of sufficient hot water or steam to the space occupied without undue delays or objectionable noises. Hot air heating distribution systems shall be adjusted and serviced to furnish heat without objectionable drafts, abnormal air velocities, disturbing noises or undesirable emission of dirt in the air. Filters shall be used in forced air systems and shall be cleaned, replaced, or otherwise appropriately serviced, as required, to properly fulfill their design intentions.

c. Airconditioning

(1) Airconditioning for Personnel The lessor shall schedule starting time of airconditioning so that the temperatures stipulated in paragraph 3, Schedule B, Part III, for the space will be established prior to start of official Government working hours. The system shall be adjusted to operate without uncomfortable drafts, excessive air velocities, disturbing noise, or unusual emission of dirt. Air filters shall be provided and serviced, as required, to maintain adequate flow of clean cooled air to the office space.

(2) Airconditioning Servicing The airconditioning equipment shall be periodically serviced to insure that compressors, electrical relay systems, refrigerant lines, cooling towers, filters and related appurtenances are operating at design capacity at all times when in operation.

d. Plumbing and Sewage Disposal Service Plumbing and sewage service shall be provided and systems shall be operated and serviced in conformity to the national and local codes. Hot and cold running water shall be available in all toilet rooms. The temperature of hot water at the faucet outlets should be approximately 120 degrees Fahrenheit.

SCHEDULE C

e. Elevator Facilities The lessor shall provide suitable passenger and freight elevator service to leased space that is above the street level. A current certificate indicating the elevator has been properly inspected for safe operating conditions shall be displayed in the elevator cab. The elevator may be operated manually or automatically, and service shall be available from 1/2 hour before the earliest starting time to 1/2 hour after the latest closing time. Except in an emergency, the GSA representative shall be given at least 24 hours advance notice if elevator service is to be interrupted for more than 1-1/2 hours. Interruptions for any purpose shall be scheduled to offer minimum inconvenience to the occupants of the leased space.

f. Physical Protection and Normal Security The lessor shall provide security comparable to the type of protection given by commercial or business enterprises to prevent illegal entry into or loitering in the space leased; to prevent loss by pilferage or theft; and to admit to the space during off-duty hours only those who are authorized to enter.

In the event it becomes necessary to provide guard services for all or a part of the premises leased to the Government, the lessor will submit, or see to it that his contractor submits within 10 calendar days from the date of a written request to do so, a completed "Fingerprint Chart," Form FD-258, and "Statement of Personal History", GSA Form 176, the necessary investigation forms for each of the employees who will provide building operating services in the leased space. Additional forms will be submitted for any new employees added to the work-force cleaning and maintaining the leased space those persons who have been determined by the contracting officer to be unreliable and untrustworthy on the basis of arrests for criminal offenses and other information available to the contracting officer of the Government.

g. Overtime Services

(1) The Government shall have access to the leased premises and the right to use the space beyond normal working hours specified above, and on Saturdays, Sundays, and Federal holidays including the use of elevators, toilet facilities, chilled drinking water and electricity for lights and operation of small office and business machines (such as electric typewriters, adding machines, calculators, etc.) without additional payment. If janitorial services, heat and/or airconditioning are required by the Government on an overtime basis beyond the above specified hours, they will be furnished by the lessor upon the Government's request and payment to the lessor for such additional services will be made at the unit rates specified in item 8 of GSA Form 1364.

(2) Upon presentation of a properly certified invoice, payment will be made by the Government for services requested and furnished.

2. UTILITIES.

a. Lessor-Furnished Utilities The lessor shall provide all utilities necessary for operating, maintaining, and servicing the space leased by the Government, including but not limited to the following:

(1) Heat The fuel required for heat, hot water and other related needs. If purchased steam or hot water is used, it shall be provided by the lessor.

(2) Electric Current

(a) Furnish adequate metering facilities (without cost to the Government) to permit separate payment for current consumed by the Government, direct to the local utility company; or

(b) Include the cost of electric current for lighting and operation of office appliances and machines in the rental consideration.

Note: Indicate in Paragraph 8 of GSA Form 1364 whether (2) (a) or (2) (b) is applicable to your offer.

(3) Gas If gas is required for use by the Government in connection with the space leased or as a part of the utilities furnished for the space, it shall be provided by the lessor.

SCHEDULE C

(4) Water Fresh and potable water shall be provided by the lessor to meet all needs of the Government as specified. If purchased chilled water is used, it shall be furnished by the lessor.

b. Utilities Furnished by the Government. Where a utility, public or private, is to be paid for by the Government, the lessor shall at his expense, furnish and install a separate meter for measuring each utility consumed in servicing the space leased or for any special purposes, as required in the solicitation. The lessor shall further insure that utility meters so provided, shall meter only Government usage and that no other usage by other occupants of the building will be recorded on the same meter for the purpose of pro rata payment by the lessor of utilities consumed by other occupants.

3. MAINTENANCE.

a. Roof, Exterior Walls, Doors, and Windows. The lessor shall provide the labor, material and supervision to adequately maintain the structure, the roof, the exterior walls, windows, doors, and any other necessary building appurtenances to provide watertight integrity, structural soundness, and acceptable appearance.

b. Mechanical and Electrical Equipment and Systems. The lessor shall provide labor, materials and supervision to maintain mechanical and electrical equipment and systems in a satisfactory condition, to provide reliable service without unusual interruption, disturbing noises or exposure to fire or safety hazards. All local and national code requirements shall be met and current certifications of inspection shall be displayed on all boilers, unfired pressure vessels, or any other item for which such a certificate is required.

c. Elevators and Escalators. The lessor shall provide labor, materials and supervision to maintain the elevators and escalators in a reliable, safe and operable condition. Inspections required by the code shall be made as prescribed and a certificate shall be posted in the cab of each elevator.

d. Fire Equipment. The lessor shall furnish labor, material, and supervision to service and maintain any internal fire equipment, sprinkler systems, standpipes, or fire escapes in a constant state of readiness. Hand fire extinguishers shall be serviced in accordance with applicable national and local codes or at least yearly and dated to show the last time they were inspected and/or recharged. The lessor shall cooperate with local fire authorities to the extent required by municipal ordinances.

e. Plumbing and Sewage Systems. The lessor shall furnish labor, material, and supervision to maintain reliable, operable, and safe plumbing and sewer facilities in accordance with national and local codes. This includes hot and cold water lines, hot water heat or steam distribution lines, waste lines, drains, sewer lines, grease traps, vents, and any other related appurtenances.

f. Interior Maintenance.

(1) Interior Maintenance of the Space Leased. The lessor shall maintain the leased space in accordance with SF-2A Para. 2.

(2) Painting. The lessor shall repaint office space once every five years and public areas once every three years. Painting shall be performed after tenant working hours.

4. CLEANING AND JANITORIAL SERVICES. Attachment No. 1 to this Schedule outlines in detail the frequency and extent of cleaning and janitorial services required.