ATTACHMENT NO. 1
SCHEDULE C
CLEANING AND JANITORIAL SERVICES

THE LESSOR SHALL MAINTAIN EVERY PART OF THE LEASED PREMISES, INCLUDING OUTSIDE AREAS IN A CLEAN AND ACCEPTABLE CONDITION. THE VARIOUS PHASES OF CLEANING AND JANITORIAL WORK SHALL, AS A MINIMUM, BE CARRIED OUT AT THE FREQUENCIES INDICATED IN THE SCHEDULE BELOW. THE POLICING OF CORRIDORS, LOBBIES AND TOILET ROOMS, SERVICING OF TOILET ROOMS WITH SUPPLIES, AND THE WASHING OF WINDOWS MAY BE CARRIED OUT AT ANY HOUR, BUT INTERFERENCE WITH GOVERNMENT BUSINESS SHALL BE AVOIDED. OTHER WORK SHALL BE DONE AFTER OCCUPANT WORKING HOURS. THE LESSOR SHALL PROVIDE ALL NECESSARY JANITORIAL SUPPLIES AND EQUIPMENT. CLEANING SUPPLIES SHALL BE OF GOOD QUALITY.

FREQUENCY NOT LESS THAN STATED — FREQUENCY SCHEDULE WORK TO BE ACCOMPLISHED

I. Daily Services.

A. Toilets (includes private toilets).

(1) Floors shall be swept and wet-mopped or scrubbed.
(2) Water closets and urinals shall be washed and sanitized. No rust or encrustation shall remain. Traps shall be maintained free from odor at all times. Washbasins shall be cleaned.
(3) Mirrors, shelving, dispensers and chromium fixtures shall be damp-wiped and polished.
(4) All other surfaces shall be spot-cleaned and horizontal surfaces dusted.
(5) Paper towel waste receptacles shall be emptied and towel, soap, and toilet paper dispensers serviced prior to occupant's official starting time. In addition, during the occupant's working hours, waste receptacles shall be emptied, dispensers serviced, washbasins cleaned and the rooms policed to remove paper, trash or spillages on a schedule based upon traffic demand. Sanitary napkin receptacles shall be emptied, cleaned, disinfected and provided with a new paper bag liner daily.

B. Room Cleaning.

Office areas, file rooms, libraries, conference rooms and the corridor space adjacent to these areas shall receive the following daily cleaning:

(1) Ashtrays shall be emptied and the ashtrays wiped clean.
(2) Wastebaskets shall be emptied and the wastepaper and trash removed to main disposal area.
(3) The full floor area is to be swept weekly, with a treated sweep mop, to remove all dirt, dust and litter. On the four remaining days of each week the floor shall be spot-swept to remove all obvious surface dirt from traffic areas and from under furniture. Exposed floor areas in partially carpeted offices are to be swept on the same schedule.
(4) The full rug area is to be vacuumed weekly to remove all dirt, dust and litter. On the four remaining days of each week, the rug is to be spot-vacuumed to remove all obvious surface dirt from traffic areas and from under furniture.
(5) Washbasins shall be cleaned and mirrors damp-wiped and dried, as necessary, to keep them in a clean condition. Paper towels shall be supplied where towel boxes are provided.
(6) Horizontal surfaces of desks shall be dusted with a treated dustcloth. Glass desk tops shall be cleaned with an untreated cloth.

C. Elevators and Escalators.

All surfaces in the interior of passenger elevators shall be cleaned, including hoistway doors and threshold on the corridor side of the elevator, and all bright metal surfaces polished. Vacuum clean rugs. Resilient floors shall be cleaned, waxed and polished. Floors of freight elevators shall be swept. All exposed surfaces of escalator treads and risers, landings and adjacent areas shall be cleaned and all bright metal surfaces polished.

D. Lobbies and Corridors.

Floors shall be swept or, if carpeted, vacuumed. Hard floors shall be wet-mopped or scrubbed and resilient floors damp-mopped and buffed on those floors having exterior building entrances. Ash receptacles shall be emptied, washed and dried. Drinking fountains shall be cleaned and paper cups replenished, if required.

E. Outside Entrances.

Landings, steps and sidewalks shall be swept in the morning before the occupants have entered the building. In addition, the main entrances shall be policed twice daily and secondary entrances once a day. Both sides of entrance glass shall be cleaned. Kick plants and push bars shall be cleaned and polished.

F. Stairways.

Stair landings and steps shall be swept or vacuumed. Hand railings, ledges, grilles, fire apparatus, doors and radiators shall be dusted.

G. Loading Platforms.

Loading dock areas and platforms shall be swept. In addition, loading areas and platforms shall be policed daily during occupant's working hours.

H. Waste Collection and Removal.

All refuse, trash and garbage, including that from snack bars and vending machines, shall be collected and removed from the building. Cans used for collection of food remnants shall be washed inside and out, or steam cleaned.

3. Three Times Per Week Service.

A. Grounds, Sidewalks and Garages.

All sidewalks, parking areas, garages, driveways, lawns and shrubbery shall be policed.

B. Storage Space.

Sweep full floor area of any storage space with a treated sweep mop.

Weekly Services.

A. Room Cleaning.

Dust horizontal surfaces of files, chairs, tables, bookcases, window sills and other furniture with a treated dustcloth.

B. Elevators.

All surfaces in the interior of freight elevators shall be cleaned, including hoistway doors and threshold on the corridor side of the elevator and all bright metal surfaces polished.

C. Lobbies and Corridors.

Resilient floors shall be damp-mopped and buffed and hard floors shall be scrubbed or wet-mopped on all floors not having exterior building entrances. All telephone booths shall be cleaned.

D. Outside Entrances.

Landings, steps and sidewalks adjacent to entrances shall be hosed down (except in freezing weather) and the water removed. All unpainted metal doors and handrails shall be damp-wiped and polished.

E. Garages, Sidewalks and Parking.

Garages, ramps, driveways, paved parking areas and sidewalks shall be swept. If a power sweeper is used, it must be equipped with a vacuum dust control system. Grease and oil spots shall be removed.

4. Every Other Week Services.

A. Room Cleaning.

All wall surfaces within approximately 70" of the floor shall be spot-cleaned.

B. Stairways.

Steps, risers and landings shall be wet-mopped or scrubbed; glass surfaces cleaned; bright metal and woodwork polished. Walls shall be spot-cleaned to a height of approximately 70".

5. Monthly Services.

A. Toilets (Includes private toilets).

Wastepaper receptacles shall be damp-wiped inside and out. The full surface area of wall stall partitions, doors, windows frames and sills shall be damp-wiped. Toilet resilient floors shall be stripped, waxed and buffed. Use non-slip floor wax.

B. Room Cleaning.

Wall surfaces within approximately 70" of the floor, vertical surfaces and under surfaces (knee wells, chair rungs, table legs, etc.) shall be dusted. Glass in doors, partitions, pictures and bookcases shall be damp-wiped. On a monthly schedule, in-between the normal quarterly waxing performance, floors shall be damp-mopped and buffed.

C. Lobbies and Corridors.

Main corridors and other heavy traffic areas having resilient flooring shall be stripped, waxed and buffed.

6. Quarterly Services (Every 90 calendar days).

A. Room Cleaning.

Resilient flooring shall be stripped, waxed and buffed. Use non-slip floor wax. In areas with rugs, the rugs shall be turned back to permit finishing underneath the rug for at least one foot.

B. Lobbies and Corridors.

Resilient flooring in normal traffic areas in public space shall be stripped, waxed, and buffed. Metal door thresholds shall be cleaned and polished. Marble wall surfaces and stone wainscoting shll be damp-wiped and polished.

C. Garages and Driveways.

Garages, ramps, loading platforms and driveways within the building shall be wet-mopped or scrubbed.

7. Three Times a Year Service (Every 120 calendar days).

A. Room Cleaning.

All surfaces in the building approximately 70" or more from the floor shall be cleaned by dusting or vacuuming. This includes venetian blinds and light fixtures. All drapes in the building shall be vacuumed in place.

B. Insect and Rodent Control.

Furnish services necessary to exterminate rodents and insects in the building.

8. Twice a Year Services.

A. Room Cleaning.

All window glass, glass deflectors, clear and opaque glass in partititions, doors and transoms shall be washed.

B. Areaways and Roofs.

Balconies, ledges, courts, areaways and flat roofs shall be cleaned.

9. Annual Services.

A. Room Cleaning.

All venetian blinds shall be washed. When removed for cleaning, the blinds shall be replaced within two days. All light fixtures shall be washed. All carpets in corridors and lobbies shall be shampooed.

10. Tri-Annual Service (Every 3 calendar years).

A. Room Cleaning

All carpets in office space, conference rooms, libraries, judge chambers, courtrooms, and any other similar type space shall be shampooed.

11. Every 5 Calendar Years

A. Room Cleaning.

All drapes shall be cleaned once every five years during the repainting cycle.

12. Services to be Performed as Required.

A. Room Cleaning.

Stains shall be removed from all carpets in the building.

B. Outside Maintenance.

Weeds shall be removed from around building, parking areas and fence borders. Lawns shall be mowed, edged and watered. Shrubbery shall be trimmed and watered. Lawns and plantings shall be repaired or replaced as necessary to maintain a presentable appearance. Snow and ice shall have been removed from all entrances, sidewalks, vehicular parking areas and approaches before the building occupants report for work. Chemicals or sand shall be used to reduce safety hazards due to ice and snow.

C. Entrances and Elevators.

Entrance and elevator rugs shall be cleaned and shampooed as needed to provide a good appearance. During inclement weather, entrance lobby floors shall be damp-mopped to keep clean and dry.

D. During the first month of the lease, the lessor shall strip and seal terrazzo floors and those areas designated. The inside and outside surfaces of wastebaskets shall be washed or damp-wiped as necessary to keep them in a clean condition.

Footnote: Alternate floor maintenance systems which will achieve the same results may be substituted subject to leasing officer's approval.

SCHEDULE D

MISCELLANEOUS PROVISIONS

1. THE GOVERNMENT RESERVES THE RIGHT TO REJECT ANY OR ALL OFFERS RECEIVED.

2. FAIR MARKET VALUE AND FAIR RENTAL VALUE.

Restrictions imposed by the Economy Act of 1932 (40 U.S.C. 278a) limit the amount of rental which may be paid and necessitate a determination of Fair Market Value of leased space involving a rental in excess of $2,000.00 per annum. Appraisals will be required in support of that determination, and much of the basic material therefor must be furnished by the Lessor from building records. The offeror shall make available to the Government for appraisal purposes any pertinent information which is in his possession.

If the annual rental rate for the space offered, including the cost of services to be furnished by the Lessor, exceeds $2,000.00, the offeror must furnish on GSA Form 1217, Lessor's Annual Cost Statement, an estimate of the annual cost for the entire building of such services and utilities as are offered to the Government as part of the rental consideration (copies of GSA Form 1217 will be furnished when required).

3. RENTAL PAYMENTS.

All rental payments under the lease will be made by the Government on a calendar month basis in arrears beginning at the end of the first calendar month of the lease term, without submission of invoice or voucher.

Rental shall not be paid by the Government until the entire premises or suitable units thereof have been made ready for use and occupancy, and the Government reserves the right to determine when the space is ready for use and occupancy.

In the event of the Government's election of progressive occupancy by units, rent will accrue on a pro-rata basis for the space occupied, and the commencement date of the firm term shall be determined by averaging the "square foot days" of partial occupancy. Determination of the commencement date shall be made after full occupancy of the space has been completed.

4. DELIVERY AND CONDITION OF PREMISES.

The space shall be delivered ready for occupancy as a complete unit. Being "ready for occupancy" includes but is not limited to being in a neat and clean condition, weather-tight, moisture-proof, and with all mechanical facilities, equipment and fixtures in good operating condition. The Government reserves the right to determine when the space is ready for occupancy.

5. APPLICABLE CODES AND ORDINANCES.

The Lessor, as a part of the rental consideration, agrees to comply with all codes and ordinances applicable to the ownership and operation of the building in which the leased space is situated and, at his own expense, to obtain all necessary permits and related items.

6. ZONING.

Prior to award under this invitation, offerors may be required to furnish evidence that their property is zoned in conformance with the Government's intended use. Such evidence must be furnished within five (5) days from the date of the Government's written request. Failure to provide satisfactory evidence will automatically make the bid nonresponsive. Moreover, if rezoning or a zoning variance is necessary for the proposed use of the property, the bidder must furnish evidence that such rezoning or variance would be authorized even if the Federal Government, as such, were not involved.

7. COVENANT AGAINST CONTINGENT FEES.

The Lessor warrants that no person or selling agency has been employed or retained to solicit or secure the leases upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees of bona fide established commercial or selling agencies maintained by the Lessor for the purpose of securing business. For breach or violation of this warranty, the Government shall have the right to annul the lease without liability or, in its discretion, to deduct from the rental consideration, or otherwise recover, the full amount of such commission, percentage, brokerage or contingent fee.

The Bidder's Representation (Item 13a and b, GSA Forms 1364 and 1365, Bid to Lease Space) required by Federal Procurement Regulations, Title 41, chap. 1, subpart 1-1.5 (41 CFR 1-1.500 to 1-1.509) need not be completed in advertised leases in which the aggregate amount of rental involved does not exceed $25,000.00, or in negotiated leases in which the aggregate amount of rental involved does not exceed $2,500.00. The aggregate amount is the total value of the leasehold for the term thereof, not including value which may arise from vested renewal options, but regardless of cancellation privileges.

SCHEDULE D

When the aggregate amount of rental in advertised leases does exceed $25,000.00, or in negotiated leases exceeds $2,500.00, and if the bid or offer was submitted through a licensed real estate agent or broker or any other representative, the representation must be answered in the affirmative and the successful bidder or offeror will be required to complete Standard Form 119. The Government will then determine whether the licensed real estate broker or agent or other representative may be considered as a bona fide employee or commercial agent within the exceptions contained in the covenant.

The employment of licensed real estate agents or brokers in a customary business practice and the proper utilization of their services, although requiring an affirmative reply to the representation, will not adversely affect the right and privileges of the bidder, offeror, or agent.

8. DISPUTES.

a. Except as otherwise provided in this contract, any dispute concering a question of fact arising under this contract which is not disposed of by agreement shall be decided by the contracting officer, who shall reduce his decision to writing and mail or otherwise furnish a copy thereof to the Lessor. The decision of the contracting officer shall be final and conclusive unless, within 30 days from the date of receipt of such copy, the Lessor mails or otherwise furnishes to the contracting officer a written appeal addressed to the head of the agency involved. The decision of the head of the agency or his duly authorized representative for the determination of such appeals shall be final and conclusive. This provision shall not be pleaded in any suit involving a question of fact arising under this contract as limiting judicial review of any such decision to cases where fraud by such official or his representative or board is alleged. Provided, however, that any such decision shall be final and conclusive, unless the same is fraudulent or capricious or arbitrary or so grossly erroneous as necessarily to imply bad faith, or is not supported by substantial evidence. In connection with any appeal proceeding under this clause, the contractor shall be afforded an opportunity to be heard and to offer evidence in support of his appeal. Pending final decision of a dispute hereunder, the contractor shall proceed diligently with the performance of the contract and in accordance with the contracting officer's decision.

b. This disputes clause does not preclude consideration of questions of law in connection with decisions provided for in paragraph (a) above. Nothing in this contract, however, shall be construed as making final the decision of any administrative official, representative, or board on a question of law.

9. OPTION TO PURCHASE.

If the Government is the sole occupant of the building, prospective Lessors may submit alternate proposals including an option to the Government, as lessee, to purchase the property at any time during the lease term or renewal thereof. Such alternate proposal should set out accurately the terms of the proposed option.

10. NET USABLE SPACE.

"Net usable space" is a term meaning the area to be leased for occupancy by Federal personnel and/or equipment. It is determined by:

a. Computing the inside gross area of the space by measuring from the normal inside finish of exterior walls, or the room side finish or fixed corridor and shaft walls, or the center of tenant separating partitions.

b. Making no deductions for the columns and projections enclosing the structural elements of the building.

c. Deducting from the gross area the following, including enclosing walls when applicable:
(1) Toilets and lounges
(2) Stairwells
(3) Elevators and escalator shafts
(4) Building equipment and service areas
(5) Entrance and elevator lobbies
(6) Stacks and shafts
(7) Fully enclosed convectors when the housing rests on the floor and each end abuts a column or wall
(8) Corridors in place:

If the corridor system in and outside the gross area does not provide ready access to all rooms required, a deduction for corridors will be made in an amount equal to 10 percent of the remaining gross area after deducting (1) to (7) above. The area of corridors within the gross area would apply against the 10 percent factor.

NOTE: For warehouse and storage type space, no deductions will be made for toilets and the 10 percent corridor factor will not apply.

SCHEDULE D

d. Included with the space, as computed above, shall be the right to use, at no additional cost, the appurtenant areas and facilities deducted from measurement which are necessary to the full utilization of the net usable space by the Government.

e. Space offered for lease to the Government must contain the square foot net usable area as identified above, and upon delivery the actual number of net usable feet of space delivered will be determined by mutual field measurement. Payment will be made on the basis of actual measurement but not to exceed the amount offered on GSA Form 1364. In the event of a variation which produces less space than the lower limit of the solicitation requirements, the lease shall be subject to cancellation at the option of the Government without recourse by the Lessor. In the event of such cancellation, the Government will exercise all of its rights and remedies at law and as elsewhere provided in the solicitation, including but not limited to, charging the lessor and its surety the increase costs of providing replacement space.

11. PARKING.

Offerors are required to complete all information on parking for Federal Employees under Paragraph 8 of the attached Proposal to Lease Space to the United States of America, GSA Form 1364.

Sufficient off-street parking must be available for employees. Offerors shall indicate in their offer the following:

a. The total number of off-street parking spaces directly related to or under the control of the offeror for the entire occupancy of the building in which the space is offered.

b. The number of parking spaces that will be allocated for Government employees.

c. Whether the parking spaces will be provided free of charge or what the maximum monthly charge per space will be. (The Government will not collect from employees or be responsible for the payment of any parking charges.)

12. EVALUATION OF OFFERS AS TO PRICE.

Negotiations will be conducted to obtain the most reasonable rental offer possible for both the initial term and the renewal period. However, for purposes of determining the lowest offer as to price, only offers for the initial lease term will be considered and evaluated as follows:

a. Offers are requested on (or shall be reduced to) an annual square foot rate for the amount of space offered and not on an overall yearly or monthly rate, since price evaluation will be made on the basis of the lowest annual per square foot cost to the Government for the amount of space offered and not on the basis of the lowest overall annual rental.

b. When different types of space are solicited, offers are requested on an annual net usable square foot rate for each type of space, and not on an overall monthly or yearly rate for the combined types of space. The lowest offer as to price will be determined on the basis of the composite square foot rate per year for the total amount of space offered.

c. The total annual rental will be determined by multiplying the square foot rates per year by types of space in blocks (2)a, (2)b, and (2)c, of the offer (GSA Form 1364), times the actual field measurements of the space as prescribed in Schedule D of this solicitation.

13: AWARD FACTORS.

In determining which offer will be most advantageous to the Government, the contracting officer shall consider the following factors in addition to the rental proposed and conformity of the space offered to the specific requirements of this solicitation.

a. Susceptibility of the design of the space offered to efficient layout and good utilitization.

b. The effect of environmental factors on the efficient and economical conduct of agency operations planned for the space and the safety of the visitors and occupants. These factors include the physical characteristics of the building, the location and distance above or below grade of the offered space in the building, the type of business and activities of other occupants, the surrounding area and the type of commercial, mercantile or other activity which may contribute to a higher fire potential than the usual office-type functions. Such activities may include, but are not limited to, enclosed garages, shops, storage areas of hazardous materials, manufacturing concerns, automotive repair shops, and multiple types of occupancy buildings.

NOTE: If a building is totally sprinklered, other safety specifications listed in this solicitation may be modified as determined by the contracting officer.

c. The effect or impact, if any, as determined solely by the Government, upon commercial retail viability by the utilization of retail space for general office purposes. In determining this effect, consideration will be given to the consistency of the highest and best use with the Government's intended usage.

d. Availability and cost of satisfactory public transportation, including frequency and quality of commuter service, number of transfers required to reach space from residential areas, and length of time required to reach transfer points.

SCHEDULE D

e. Adequate dining facilities operated on a nonsegregated basis shall be available within a distance of two blocks from the offered space.

f. Availability of public parking facilities within a distance convenient to the offered space.

g. Cost of installation and operation of a communications system to serve the space to be acquired. Conduit to be installed by the Lessor where required by the telephone company between the terminal box, frame room, switchboard room, and outside service.

h. The availability of adequate housing for low and middle income employees within a reasonable proximity of the space offered and/or ready accessibility of the space from other areas of the metropolitan area.

14. In no event shall the offeror enter into negotiations concerning the space leased, or to be leased, with representatives of Federal agencies other than officers and employees of General Services Administration.

15. The successful offeror will not be reimbursed for any services not provided for in the lease, including but not limited to repairs, alterations or overtime services, nor will any rental be paid for occupancy in whole or in part except for the lease term specified in the award or lease executed by General Services Administration, unless approved in advance by the contracting officer.

16. PARTITION, TELEPHONE AND ELECTRICAL OUTLET LAYOUTS.

Shall be forwarded to the offeror after reproducible floor plans are submitted as required in Schedule B, Part I, Paragraph 3c, PLANS AND SPECIFICATIONS. The offeror shall furnsih to the Government, with the offer, a schedule by floor indicating the dates when partition, telephone and electrical layouts are to be submitted by the Government to the offeror.

17. Each employee of the Lessor and/or his contractor(s) shall be (1) a citizen of the United States of America, or (2) an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card Form I-151, or (3) an alien who presents other evidence from the Immigration and Naturalization Service that employment will not affect his immigration status.

18. SEISMIC SAFETY.

The offeror shall provide positive evidence with the submission of his offer assuring building compliance with all applicable local and State code provisions related to seismic safety of the building and its occupants.

19. The offeror shall provide concealed telephone conduits of sufficient size and number to allow the installation of cables for call-director type systems.

SCHEDULE D

MISCELLANEOUS PROVISIONS

OPERATING COSTS ESCALATION

The resultant lease will provide that at the end of the first 5 years, at the end of the first 10 years, and at the end of the first 15 years of Government occupancy, the annual rental rate will be adjusted (unless the Government elects to take over performance of such services as hereinafter provided) to provide for increases or decreases in the operating costs (see Schedule C) furnished by the lessor in the Government's leased area as a part of the rental consideration, excluding exterior and structural maintenance and repair, window cleaning, lawn and landscaping maintenance and snow removal. Said operating costs, and the initial base from which adjustments shall be made for janitorial and cleaning services and supplies, maintenance and repairs of and/or provision for the heating system, airconditioning, electrical system, elevator system, plumbing system, replacement of bulbs, tubes, ballasts and starters, interior maintenance, building engineer or engineers and related staff, and social security and workmen's compensation insurance shall be determined through negotiations prior to commitment and shall be contained in the commitment letter.

The base from which upward or downward adjustments in the rent will be made shall be the "per net usable square foot" costs as above provided or as amended for each 5-year period. Neither the operating costs base nor the adjustment shall include any fines, penalties, interest or cost added thereto for nonpayment or for delay in payment beyond any discount period, nor any profit or home office overhead. The lessor shall be required to notify the Government immediately should negotiations of contracts or services be instituted and shall submit proposals to the Government for review prior to taking any action which would result in requests for rental adjustments. Rental adjustments shall be allowed for the above operating costs based on supporting data submitted by the lessor to the Government's Contracting Officer at least 120 days prior to the 5th, 10th, and 15th anniversary dates of the lease. In the event an agreement has not been reached between the lessor and the Government as to the amount of escalation and the new rental rates by the above anniversary dates, the lessor shall continue to provide services until such time as the Government can make arrangements to provide the services; however, in no event shall this period exceed 90 days with services to be provided during that excess period at the previous rate. In any event, the new rates shall be effective at the beginning of the new escalation period. The following information shall be submitted whether or not the information shall lead to an increase or decrease in the base rate:

(1) The prevailing wage rates upon which the existing base was established.

(2) The current costs for materials, and

(3) A reasonable figure for overhead and profit to be realized by the cleaning contractor if such services are supplied by such contractor rather than by lessor's employees.

Any upward or downward adjustment in each instance will be limited to the Government's estimated cost of providing for such service during the ensuing 5-year period. New rates, if any, for a succeeding period as established by agreement between the parties shall automatically result in increases or decreases to the above base rates.

If, in the opinion of the Government's Contracting Officer, the requested adjustment is unreasonable, the Government shall have the right to participate in subsequent negotiations between the lessor and his contractor or employees, and if still unacceptable, shall have the right to perform any one or all of these services and to deduct from the annual rental an amount based upon the actual average cost to the lessor during the immediate preceding period; however, the deduction shall in no event be less than the immediate preceding period's base rate.

NOTE: With respect to Paragraph 11 of the General Provisions and Instructions, Standard Form 2-A, May 1970 edition, the contractor agrees that all the rights granted thereunder to the Comptroller General of the United States or his duly authorized representative shall also extend to the Administrator of General Services or his duly authorized representative.

PRA 3/75

SCHEDULE D

MISCELLANEOUS PROVISIONS

TAX ESCALATION

The resultant lease will provide that at the end of the first 5 years, at the end of the first 10 years, and at the end of the first 15 years of Government occupancy under the lease, the annual rental rate will be adjusted to provide for increases or decreases in general real estate taxes. The tax adjustment shall be based on the percentage of the building occupied by the Government. Said percentage is to be computed prior to any commitment and will be included in the commitment letter. The tax adjustment shall be based on the established percentage and shall be that percent of the increase or decrease of the total taxes to be paid on the property, and the total rental, including any such adjustment, shall not exceed the limitation imposed by Section 322 of the Economy Act of June 30, 1932, as amended (40 U.S.C. 278a). The base from which adjustments will be made will be calculated from the assessment, assessment ratio, and tax rate in effect during the 5th, 10th, and 15th years, respectively, of occupancy, as compared to the first full assessment, assessment ratio, and tax rate in effect during the first year of the lease. Neither the tax base nor the adjustment shall include any fine, penalty, interest, or cost added thereto for nonpayment, or for delay in payment beyond any discount period. In the event the 5th, 10th, or 15th year of occupancy does not coincide with a tax year, the base will be established by prorating the tax period involved.

Proof of the amount of tax and evidence of payment will be furnished by the lessor and the rental adjustment by reason of tax increases or decreases shall be accomplished by increasing or decreasing the next monthly rental check in the appropriate amount.

The lessor shall furnish the Government copies of all notices which may affect the valuation of said land and building for general real estate taxes thereon. Such copies shall be delivered or mailed within three days from the receipt thereof by the lessor to the General Services Administration, PBS, Space Management Division, 49 Fourth Street, San Francisco, California, 94103. The Government may contest the amount or validity of any valuation for general real estate taxes by appropriate legal proceedings either in the name of the Government or in the name of the lessor or in the names of both. In the event the Government is precluded from such proceeding, the lessor, upon reasonable notice and request by the Government, shall contest any such proceeding and in the event of any such request, the Government shall reimburse the lessor for its costs or expenses in connection with any such contest or proceeding and execute any documents or pleading required for such purposes, provided that the lessor shall reasonably be satisfied that the facts and data set forth in such documents or pleadings are accurate. If the lessor receives any refund of taxes, the lessor shall promptly rebate to the Government the Government's proportionate share thereof. The reimbursement to the lessor, including payment for real estate tax increases must not exceed the amount authorized by Section 322 of the Economy Act of June 30, 1932, as amended (40 U.S.C. 278a).

SCHEDULE D

MISCELLANEOUS PROVISIONS

TERMINATION FOR DEFAULT - LIQUIDATED DAMAGES - TIME EXTENSIONS

a. If the lessor fails to prosecute the work required to deliver the leased premises ready for occupancy by the Government with such diligence as will insure delivery of the leased premises within the time required by the lease agreement, or any extension of the specified time, or if the lessor fails to complete said work within such time, the Government may, by written notice to the lessor, terminate the lease agreement. Regardless of whether the lease is terminated, the lessor and his sureties shall be liable for any damage to the Government resulting from his failure to deliver the premises ready for occupancy within the specified time.

b. In case of failure on the part of the lessor to complete the work within the time fixed in the lease contract or letter of award, the lessor shall pay the Government as fixed, agreed, and liquidated damages, pursuant to this provision, the sum of $________________ for each and every day that the delivery is delayed beyond the date specified for delivery of all of the space ready for occupancy by the Government.

For liquidated damages purposes, the Government assures all offeror that it will provide the successful offeror with space layouts. The Government's failure to meet this obligation will constitute an act of the Government in its contractual capacity within the meaning of subparagraph (c) (1) below. As a general rule, the assessed amount of liquidated damage, if any, will be withheld from rental payments which would otherwise be due.

c. The lease agreement shall not be terminated nor the lessor charged with resulting damage if:

(1) The delay in the completion of the work and delivery of the premises ready for occupancy by the Government arise from unforeseeable causes beyond the control and without the fault or negligence of the lessor and/or his construction contractor, including but not restricted to acts of God, acts of the public enemy, acts of the Government in either its sovereign or contractual capacity, acts of another contractor in the performance of a contract with the Government, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, unusually severe weather, or delays of subcontractors or suppliers arising from unforeseeable causes beyond the control and without the fault or negligence of both the lessor and/or his construction contractor and such subcontractors or suppliers; and (2) the lessor, within ten calendar days from the beginning of any such delay (unless the Government's contracting officer grants a further period of time) notifies the contracting officer in writing of the causes of delay. The contracting officer shall ascertain the facts and the extent of the delay and extend the time for completing the work when, in his judgment, the findings of fact justify such an extension, and his findings of fact shall be final and conclusive on the parties.

# GENERAL PROVISIONS, CERTIFICATION AND INSTRUCTIONS

U.S. Government Lease for Real Property

## GENERAL PROVISIONS

1. SUBLETTING THE PREMISES.

The Government may sublet any part of the premises but shall not be relieved from any obligations under this lease by reason of any such subletting.

2. MAINTENANCE OF PREMISES.

The Lessor shall maintain the demised premises, including the building and any and all equipment, fixtures, and appurtenances, furnished by the Lessor under this lease in good repair and tenantable condition, except in case of damage arising from the act or the negligence of the Government's agents or employees. For the purpose of so maintaining said premises and property, the Lessor may at reasonable times, and with the approval of the authorized Government representative in charge, enter and inspect the same and make any necessary repairs thereto.

3. DAMAGE BY FIRE OR OTHER CASUALTY.

If the said premises be destroyed by fire or other casualty this lease shall immediately terminate. In case of partial destruction or damage, so as to render the premises untenantable, as determined by the Government, the Government may terminate the lease by giving written notice to the Lessor within fifteen (15) days thereafter; if so terminated no rent shall accrue to the Lessor after such partial destruction or damage; and if not so terminated the rent shall be reduced proportionately by supplemental agreement hereto effective from the date of such partial destruction or damage.

4. ALTERATIONS.

The Government shall have the right during the existence of this lease to make alterations, attach fixtures and erect additions, structures or signs in or upon the premises hereby leased, which fixtures, additions or structures so placed in, upon or attached to the said premises shall be and remain the property of the Government and may be removed or otherwise disposed of by the Government.

5. CONDITION REPORT.

A joint physical survey and inspection report of the demised premises shall be made as of the effective date of this lease, reflecting the then present condition, and will be signed on behalf of the parties hereto.

6. COVENANT AGAINST CONTINGENT FEES.

The Lessor warrants that no person or selling agency has been employed or retained to solicit or secure this lease upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Lessor for the purpose of securing business. For breach or violation of this warranty the Government shall have the right to annul this lease without liability or in its discretion to deduct from the rental price or consideration, or otherwise recover, the full amount of such commission, percentage, brokerage, or contingent fee. (Licensed real estate agents or brokers having listings on property for rent, in accordance with general business practice, and who have not obtained such licenses for the sole purpose of effecting this lease, may be considered as bona fide employees or agencies within the exception contained in this clause.)

7. OFFICIALS NOT TO BENEFIT.

No Member of or Delegate to Congress, or Resident Commissioner shall be admitted to any share or part of this lease contract, or to any benefit that may arise therefrom; but this provision shall not be construed to extend to this lease contract if made with a corporation for its general benefit.

8. ASSIGNMENT OF CLAIMS.

Pursuant to the provisions of the Assignment of Claims Act of 1940, as amended (31 U.S.C. 203, 41 U.S.C. 15), if this lease provides for payments aggregating $1,000 or more, claims for monies due or to become due the Lessor from the Government under this contract may be assigned to a bank, trust company, or other financing institution, including any Federal lending agency, and may thereafter be further assigned or reassigned to any such institution. Any such assignment or reassignment shall cover all amounts payable under this contract and not already paid, and shall not be made to more than one party, except that any such assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in such financing. Notwithstanding any provisions of this contract, payments to an assignee of any monies due or to become due under this contract shall not, to the extent provided in said Act, as amended, be subject to reduction or set-off.

9. EQUAL OPPORTUNITY CLAUSE.

(The following clause is applicable unless this contract is exempt under the rules, regulations, and relevant orders of the Secretary of Labor (41 CFR, ch. 60).)

During the performance of this contract, the Contractor agrees as follows:

(a) The Contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The Contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. Such action shall include, but not be limited to, the following: Employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by the Contracting Officer setting forth the provisions of this Equal Opportunity clause.

(b) The Contractor will, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

(c) The Contractor will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract or understanding, a notice, to be provided by the agency Contracting Officer, advising the labor union or workers' representative of the Contractor's commitments under this Equal Opportunity clause, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(d) The Contractor will comply with all provisions of Executive Order No. 11246 of September 24, 1965, and of the rules, regulations, and relevant orders of the Secretary of Labor.

(e) The Contractor will furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, and by the rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the contracting



Standard Form 2-A
General Services Administration—FPR (41 CFR) 1-16.601
May 1970 Edition
2-203



R9 Overprint 93 (8-71)

agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

(f) In the event of the Contractor's noncompliance with the Equal Opportunity clause of this contract or with any of the said rules, regulations, or orders, this contract may be canceled, terminated, or suspended, in whole or in part, and the Contractor may be declared ineligible for further Government contracts in accordance with procedures authorized in Executive Order No. 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order No. 11246 of September 24, 1965, or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

(g) The Contractor will include the provisions of paragraphs (a) through (g) in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to section 204 of Executive Order No. 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or vendor. The Contractor will take such action with respect to any subcontract or purchase order as the contracting agency may direct as a means of enforcing such provisions, including sanctions for noncompliance: *Provided, however*, That in the event the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the contracting agency, the Contractor may request the United States to enter into such litigation to protect the interests of the United States.

10. FACILITIES NONDISCRIMINATION.

(a) As used in this section, the term "facility" means stores, shops, restaurants, cafeterias, restrooms, and any other facility of a public nature in the building in which the space covered by this lease is located.

(b) The Lessor agrees that he will not discriminate by segregation or otherwise against any person or persons because of race, color, religion, sex, or national origin in furnishing, or by refusing to furnish, to such person or persons the use of any facility, including any and all services, privileges, accommodations, and activities provided thereby. Nothing herein shall require the furnishing to the general public of the use of any facility customarily furnished by the Lessor solely to tenants, their employees, customers, patients, clients, guests and invitees.

(c) It is agreed that the Lessor's noncompliance with the provisions of this section shall constitute a material breach of this lease. In the event of such noncompliance, the Government may take appropriate action to enforce compliance, may terminate this lease, or may pursue such other remedies as may be provided by law. In the event of termination, the Lessor shall be liable for all excess costs of the Government in acquiring substitute space, including but not limited to the cost of moving to such space. Substitute space shall be obtained in as close proximity to the Lessor's building as is feasible and moving costs will be limited to the actual expenses thereof as incurred.

(d) It is further agreed that from and after the date hereof the Lessor will, at such time as any agreement is to be entered into or a concession is to be permitted to operate, include or require the inclusion of the foregoing provisions of this section in every such agreement or concession pursuant to which any person other than the Lessor operates or has the right to operate any facility. Nothing herein contained, however, shall be deemed to require the Lessor to include or require the inclusion of the foregoing provisions of this section in any existing agreement or concession arrangement or one in which the contracting party other than the Lessor has the unilateral right to renew or extend the agreement or arrangement, until the expiration of the existing agreement or arrangement and the unilateral right to renew or extend. The Lessor also agrees that it will take any and all lawful actions as expeditiously as possible, with respect to any such agreement as the contracting agency may direct, as a means of enforcing the intent of this section, including, but not limited to, termination of the agreement or concession and institution of court action.

11. EXAMINATION OF RECORDS.

(NOTE.—This provision is applicable if this lease was negotiated without advertising.)

(a) The Lessor agrees that the Comptroller General of the United States or any of his duly authorized representatives shall, until the expiration of 3 years after final payment under this lease, have access to and the right to examine any directly pertinent books, documents, papers, and records of the Lessor involving transactions related to this lease.

(b) The Lessor further agrees to include in all his subcontracts hereunder a provision to the effect that the subcontractor agrees that the Comptroller General of the United States or his representatives shall, until the expiration of 3 years after final payment under this lease with the Government, have access to and the right to examine any directly pertinent books, documents, papers, and records of such subcontractor involving transactions related to the subcontract.

12. APPLICABLE CODES AND ORDINANCES

The Lessor, as part of the rental consideration, agrees to comply with all codes and ordinances applicable to the ownership and operation of the building in which the leased space is situated and, at his own expense, to obtain all necessary permits and related items.

13. INSPECTION.

At all times after receipt of Bids, prior to or after acceptance of any Bid or during any construction, remodeling or renovation work, the premises and the building or any parts thereof, upon reasonable and proper notice, shall be accessible for inspection by the Contracting Officer, or by architects, engineers, or other technicians representing him, to determine whether the essential requirements of the solicitation or the lease requirements are met.

14. ECONOMY ACT LIMITATION.

If the rental specified in this lease exceeds $2,000 per annum, the limitation of Section 322 of the Economy Act of 1932, as amended (40 U.S.C. 278a), shall apply.

15. FAILURE IN PERFORMANCE.

In the event of failure by the Lessor to provide any service, utility, maintenance or repairs required under this lease, the Government shall have the right to secure said services, utilities, maintenance or repairs and to deduct the cost thereof from rental payments.

16. LESSOR'S SUCCESSORS.

The terms and provisions of this lease and the conditions herein shall bind the Lessor, and the Lessor's heirs, executors, administrators, successors, and assigns.

## CERTIFICATION

1. CERTIFICATION OF NONSEGREGATED FACILITIES.

(Applicable to (1) contracts, (2) subcontracts, and (3) agreements with applicants who are themselves performing federally assisted construction contracts, exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity clause.)

By the submission of this bid, the bidder, offeror, applicant, or subcontractor certifies that he does not maintain or provide for his employees any segregated facilities at any of his establishments, and that he does not permit his employees to perform their services at any location, under his control, where segregated facilities are maintained. He certifies fur-

that he will not maintain or provide for his employees segregated facilities at any of his establishments, and that he will not permit his employees to perform their services at any location, under his control, where segregated facilities are maintained. The bidder, offeror, applicant, or subcontractor agrees that a breach of this certification is a violation of the Equal Opportunity clause in this contract. As used in this certification, the term "segregated facilities" means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees which are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin, because of habit, local custom, or otherwise. He further agrees that (except where he has obtained identical certifications from proposed subcontractors for specific time periods) he will obtain identical certifications from proposed subcontractors prior to the award of subcontracts exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity clause; that he will retain such certifications in his files; and that he will forward the following notice to such proposed subcontractors (except where the proposed subcontractors have submitted identical certifications for specific time periods):

NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES

A Certification of Nonsegregated Facilities must be submitted prior to the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

*NOTE.—The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.*

## INSTRUCTIONS

1. Whenever the lease is executed by an attorney, agent, or trustee on behalf of the Lessor, two authenticated copies of his power of attorney, or other evidence to act on behalf of the Lessor, shall accompany the lease.
2. When the Lessor is a partnership, the names of the partners composing the firm shall be stated in the body of the lease. The lease shall be signed with the partnership name, followed by the name of the partner signing the same.
3. Where the Lessor is a corporation, the lease shall be signed with the corporate name, followed by the signature and title of the officer or other person signing the lease on its behalf, duly attested, and, if requested by the Government evidence of this authority so to act shall be furnished.
4. When deletions or other alterations are made specific notation thereof shall be entered under clause 8 of the lease before signing.
5. If the property leased is located in a State requiring the recording of leases, the Lessor shall comply with all such statutory requirements at Lessor's expense.

agraph 11 of the General Provisions entitled "Examination of Records" is amended leleting the entire paragraph and substituting therefor the following:

(a) This clause is applicable if the amount of this contract exceeds $2,500 and was entered into by means of negotiation, including small business restricted advertising, but is not applicable if this contract was entered into by means of formal advertising.

(b) The Lessor agrees that the Comptroller General of the United States or any of his duly authorized representatives shall, until the expiration of 3 years after final payment under this contract or such lesser time specified in either appendix M of the Armed Services Procurement Regulation or the Federal Procurement Regulations Part 1-20, as appropriate, have access to and the right to examine any directly pertinent books, documents, papers, and records of the Contractor involving transactions related to this contract.

(c) The Lessor further agrees to include in all his subcontracts hereunder a provision to the effect that the subcontractor agrees that the Comptroller General of the United States or any of his duly authorized representatives shall, until the expiration of 3 years after final payment under the subcontract or such lesser time specified in either appendix M of the Armed Services Procurement Regulation or the Federal Procurement Regulations Part 1-20, as appropriate, have access to and the right to examine any directly pertinent books, documents, papers, and records of such subcontractor, involving transactions related to the subcontract. The term "subcontract" as used in this clause excludes (1) purchase orders not exceeding

$2,500 and (2) subcontracts or purchase orders for public utility services at rates established for uniform applicability to the general public.

(d) The periods of access and examination described in (b) and (c), above, for records which relate to (1) appeals under the "Disputes" clause of this contract, (2) litigation or the settlement of claims arising out of the preformance of this contract, or (3) costs and expenses of this contract as to which exception has been taken by the Comptroller General or any of his duly authorized representatives, shall continue until such appeals, litigations, claims, or exceptions have been disposed of.

The General Provisions are further amended by adding the following paragraphs*:

CONTRACT WORK HOURS AND SAFETY STANDARDS ACT:

The Offeror shall comply with the regulations issued by the Secretary of Labor pursuant to Section 107 of the Contract Work Hours and Safety Standards Act, entitled: "Safety and Health Regulations for Construction," (29 Code of Federal Regulations, Part 1518) published in 36 Federal Register No. 75 at pages 7340-7410.

EMPLOYMENT OF ALIENS:

Each employee of the Lessor and/or his contractor(s) shall be (1) a citizen of the United States of America, or (2) an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card Form 1-151, or (3) an alien who presents other evidence from the Immigration and Naturalization Service that employment will not affect his immigration status.

The General Provisions are further amended by adding the following paragraphs**:

The Lessor will not [illegible] for any services not provided for in this lease, including but not limited to repairs, alterations or overtime services, nor will any rental be pa[illegible] occupancy, in whole or in part except for the lease term specified in Paragraph 2 herein, unless approved in advance by the Contracting Officer.

Any holding over after the expiration of the term of this lease, or any renewal or extension thereof, shall be considered to be a tenancy from month to month, and shall otherwise be on the same terms and conditions as herein specified.

* Added 1-7-72
** Added 5-30-72