# GENERAL SPECIFICATIONS

## DISTRICT OFFICE AND TASK FORCE SPACE

DOORS: All corridor doors are to be solid core with Sargent Security locks. All interior doors are be hollow core doors with passage sets. Drug vault door is to be Mosler Class 5 Security Door. Holding Cell doors are to be steel bar grilles with grill door. All exterior doors must have automatic door closures.

LOCKS: All entrance doors to building are to be Sargent Security locks keyed alike with automatic closure and relock capability. all interior hall doors leading from public space to office space are to be Sargent Security locks.
All supervisory offices are to be Sargent Security locks. Vault and Holding Cell doors - see attachments.

WALLS: Ceiling high, slab to slab with soundproof, and slab to slab without sound proof are self-explanatory. Vault walls must extend from slab to slab composed of concrete block reinforced with 2" steel rods situated 6" on center. Holding cells and lavatory walls must extend slab to slab composed of 6" concrete block (not light weight block) with each block core reinforced with 1/2" steel bars horizontal joints reinforced with block mesh.

WALL AND FLOOR COVERING: All office space is to be carpeted (color to be selected). All walls to be painted (color to be selected).
Floor tile will be required in two areas, vault room and holding cells and lavatory.

TELEPHONE ELECTRIC OUTLETS: All telephone and electric outlets are to be installed in walls or floors only (see plan for details). Communication Room will require 4 15 amp circuit breaker panels mounted within room, and two pair floor mounted telephone and electric outlets. Power line must be filtered. DEA will provide filters.

ALARMS: Alarm systems are to be installed and maintained as detailed on attached plan.

XEROX ROOM: One electric circuit, 20 amp, will be required.

RECEPTIONIST: Will require an electrically operated door lock to be activated from her desk.

Southwest Regional Laboratory

1-Solvent Storage Room

Inside walls (as opposed to building exterior walls to be constructed of masonry having a 2 hour fire rating NFPA Standard #252) Door to room will be single leaf, 2 hour fire rated, explosion-proof (NFPA Standard #252) fitted with panic-bar lockset. A 4" high curb will be install at the door threshold. All lighting fixtures must meet requirements of NFPA Class 1, Division 1, Groups C & D, Hazardous Locations. An explosion-proof light switch will be placed outside of room.

Exhaust fans provided for light and heavy vapors will be required, they must meet requirements of NFPA for Class 1, Division 1, Groups C & D Hazardous Locations. Fans and ductwork shall have minimum capacity of 200 cubic feet per minute, duct-work to direct exhaust air to roof level and must be at least 18 U. S. Gauge galvanized metal. Outside window shall be fitted with an explosion vent (blowout panel) in accordance with NFPA Standard #68. An airflow failure alarm will be provided to indicate an airflow inside ducting of less than 25 cfm. A guillotine damper for supply and single leaf damper for exhaust air will be provided with provision for regulation from outside room.

Two electrical combination 130 degrees - 140 degrees fixed temperatures 5 degrees/minute rate of rise heat detectors will be provided. Either detector will activate CO discharge and fire warning gong on exterior wall of room. CO will be provided by 2 - 75 lb CO cylinders, with 20-30 second discharge delay mechanism on CO system. Cylinders can be stored in Gas Storage Room.

Floors and walls will be bare concrete sealed with epoxy sealer to a wall height of 12" above floor.

Grouding wire for removal of static electricity will be installed (NFPA Standard #77). Maximum permitted resistance is 1 megohm.

2-Gas Storage Room

Inside walls should be same as for Solvent Storage Room. Flooring should be vinyl asbestos tile, exact type and coloration will be selected.

3-Main Lab 1 and 2

See detailed layout plan. All walls are to be ceiling high. All doors are to have a 2' x 2' wire mesh glass window built in at a suitable elevation. Two windows, 3' high x 8' long of shatterproof glass, are to be installed centered in each supervisors office facing into each lab. Eight windows, 3' high x 3' long are to be installed in corridor walls. Flooring should be vinyl asbestos tile, exact type and coloration will be selected.

4-Special Purpose Lab, Mass Spec. Lab, X-Ray Lab, TLC Lab, Instrument Labs 1 and 2

See detailed layout plan. All doors are to have a 2' x 2' wire mesh glass window built in at a suitable height. Flooring should be vinyl asbestos tile, exact type and coloration will be selected.

5-Glassware Wash Room

The dryer (Model 3C5000 Kewaunee) may require seperate venting. Supplied of equipment should specify need. Washer will require both water connection and drain line. Flooring should be ceramic, non-glaze, non-slip, type material. All doors are to have a 2' x 2' wire mesh glass window built in at a suitable height.

6-Supervisor's Office (Lab 1 and 2) and Secretarial Area

See construction plan. No special requirement except 3' x 8' window. See Main Lab requirement item 3 of specs. Flooring is to be carpeted with building standard carpet, type and coloration

7-Compressor Room

See typical plan of equipment required for room (typical plan is not intended for construction merely illustration). Flooring should be vinyl asbestos tile, type and coloration will be selected. The room will contain four systems which will service all lab spaces with deionized water, vacuum, compressed air, and steam. The contractor is to use his discreation in designing and installing the systems to ensure that they meet the following bench top requirements:

Deionized Water - provide water with an electrical resistance of 200 K-ohms or greater

Vacuum - self-explanatory
Compressed air - self-explanatory
Steam - self-explanatory

8-Men's and Women's Locker Room

No special requirement (see construction plan). Flooring to be vinyl asbestos tile, exact type and coloration to be selected.

9-Reception Room

See detail lab plan legend. Bullet proof glass and a microphone speaker system will be required for the receptionist portion of the window. Flooring is to be carpeted with building standard

10-Evidence Receipt Room

A Mosler bullet resistive package receiver should be installed in wall for the secure receipt of evidence. Flooring is to be carpeted with building standard, type and color to be selected.

11-Employees Lounge

Flooring to be vinyl asbestos tile, type and color to be selected. Hot and cold water, wall drain, electrics as shown.

12-Vault (Inner and Outer)

All exterior walls must extend from slab to slab composed of concrete block reinforced with 2" steel rods situated 6" on center. Interior wall (between inner and outer vault) will be standard walls construction (metal studs and wall board) run from slab to slab. Vault door is to be left swing Class 5 metal door with combination lock (FSN 7110-935-1884). In addition the day gate should be a right-swing model. The interior door should be a metal door with an appropriate security lock. Flooring is to be vinyl asbestos tile, type and color to be selected.

All duct work entering area of vault must be grilled with acceptable gage wire mesh. The ceiling (roof) above the vault must be of sufficient thickness to ensure the integrity of the room.

13-Administrative Storage Room

No special requirement. Flooring should be vinyl asbestos tile, etc.

14-S.I.T. Room

No special requirement. Flooring should be building Standard carpet.

15-Lab Director and Secretary

No special requirement other than paneling for the lab director and secretary. Flooring for both rooms is to be building standard carpet.

16-Tool Workshop Room

See construction plan. Three 220v lines (one natural gas line) will be required in addition to standard outlets. Flooring should be vinyl asbestos tile.

17-File Room

Walls are to be slab to slab construction. Flooring vinyl asbestos tile. Crypto lock is required on door.

18-Fingerprint Room

See detailed layout plan. Doors will require windows as other labs. Flooring should be vinyl asbestos.

19-Photo Area (Dark Room, Finishing Room, Chen Mix Room, Color Room)

See detailed layout plan. Doors as indicated are to be light tight.

20-Library

The three partition walls will be required to be soundproofed. Flooring will be building standard carpet.

21-Chemical Storage, Glassware Storage

No special requirement. Flooring should be vinyl asbestos tile.

22-Vehicle Examination Area

Floor should be bare concrete sealed with epoxy sealer.

Miscellaneous Requirements

San Diego, California

1-The contractor and GSA, in considering fire safety requirements for the facility, are advised that in all laboratory spaces, wall-mounted dry chemical fire extinguishers will be required.

2-Electrical service for the facility should be a minimum of 1,500 amp immediately with potential of an additional 500 amp in the future all exclusive of heating, air-conditioning, and lighting.

3-As part of the facility an incinerator will be required. The incinerator should be located separate from the lab buildin, preferably in a small separate structure reasonably near the building. The capacity of the incinerator should be approximately 375 lbs per hour. The model required should be similar to the CA Destructor Type 2 manufactured by the Certified Environmental Engineering Company, 14006 Ventura Blvd., Sherman Oaks, Calif.

4-All walls throughout both floors are to be painted, or at the election of the contractor vinylled at no cost to the Government, however, if paint is used there will be eleven (11) office which will be vinylled - The Lab Director, his secretarial office, the reception-evidence receipt room, the two Lab supervisors, and their mutual secretarial office, S.I.T. room, Library, Lounge, Entry.

Authorized Federal Supply Schedule Price List

FSC Group 71, Part XI
Contractor The Mosler Safe Co.
Contract Number GS-00S-2884[illegible]
July 1, 1974 through June 30, 1975
General Services Administration
Federal Supply Service

DIRECT ALL ORDERS AND INQUIRIES TO:
MOSLER GOVERNMENT SALES
P.O. Box 9193, Rosslyn Station
1401 Wilson Blvd., Arlington, Virginia 22209
Tel: 525-5800 (Area Code 703) • Wire: Telex (above address)

# CLASS 5

# SECURITY VAULT DOOR

—— AVAILABLE WITH DAY GATE ——

July 1, 1974 Through June 30, 1975



Right Swing Illustrated

GENERAL SERVICES ADMINISTRATION
APPROVED
SECURITY VAULT DOOR
Mosler

PROTECTION

This is a U.S. Government Class 5 Vault Door which has been tested and approved by the Government under Fed. Spec. AA-D-600B. It affords the following security protection:

30 MAN-MINUTES AGAINST SURREPTITIOUS ENTRY.
10 MAN MINUTES AGAINST FORCED ENTRY.
20 MAN HOURS AGAINST MANIPULATION OF THE LOCK.
20 MAN HOURS AGAINST RADIOLOGICAL ATTACK.

The protection certified above applies only to the door and not to the vault proper.

Federal Specification AA-D-600B

Escape Device...

An escape device is attached on the inside face of the door to permit escape for persons locked inside the vault.

CD 6579

The Mosler Safe Co.
An American Standard Company



000076

| Federal Stock No. | Description | Net Weight | Shipping Weight | F.O.B. Hamilton, Ohio |
|---|---|---|---|---|
| 7110-935-1884 | Hand Change Combination Lock Right Swing Without Optical Device | 1200 lbs. | 1500 lbs. | $1685.00 |
| 7110-935-1881 | Hand Change Combination Lock Left Swing Without Optical Device | 1200 lbs. | 1500 lbs. | 1685.00 |
| 7110-935-1871 | Hand Change Combination Lock Right Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1696.00 |
| 7110-935-1872 | Hand Change Combination Lock Left Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1696.00 |
| 7110-935-1885 | Key Change Combination Lock Right Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1696.00 |
| 7110-935-1886 | Key Change Combination Lock Right Swing Without Optical Device | 1200 lbs. | 1500 lbs. | 1685.00 |
| 7110-935-1882 | Key Change Combination Lock Left Swing With Optical Device * | 1200 lbs. | 1500 lbs. | 1696.00 |
| 7110-935-1883 | Key Change Combination Lock Left Swing Without Optical Device | 1200 lbs. | 1500 lbs. | 1685.00 |

* The optical device referred to above is also known as a "peep sight." It is a wide angle tubular optical device installed in the center of the outside of the door approximately 60" from vault floor. Customer should specify whether the device shall permit observation from the inside to the outside of the vault or from the outside to the inside of the vau[illegible]

FOR POINT: HAMILTON, OHIO - DOES NOT INCLUDE TRANSPORTATION CHARGES

QUANTITY DISCOUNT:

$ 2,500.00 to 7,499.99 — 1%
7,500.00 to 14,999.99 — 2%
15,000.00 to 25,000.00 — 3%

PROMPT PAYMENT DISCOUNT: [illegible]% 20 Days

COLOR: GRAY TEXTURE (FED. STD. NO. 595)

DELIVERY: 60 DAYS

GOVERNMENT MAXIMUM ORDER LIMITATION PER ORDER FOR THIS CONTRACT IS $25,000.00

| Overseas Packing For All Doors<br>Level A<br>military export packed | | |
|---|---|---|
| Additional charge for export packing EACH | Total shipping Wt. EACH CLASS (container plus unit) | Cube, EACH |
| $94.00 | 1900 | 42.5 |

ONE YEAR WARRANTY ON WORKMANSHIP AND [illegible]