

Illustration shows Day Gate with Class 5 Vault Door
Day gate has key lock on outside—latch on inside

# DAY GATE

Day Gate designed for use with the Class 5 Vault Door. The Day Gate swings into the vault area and is hinged on the same side as the vault door. (When ordering Day Gate customer must specify swing of the vault door to which the Day Gate will be installed.)

Price: $420.00

FOB HAMILTON, OHIO

Net Weight: 130 lbs.

Shipping Weight: 250 lbs.

(Optional--Not under FSS Contract)



## SPECIFY WALL THICKNESS

Customer must specify the finished thickness of the vault wall in order that proper adjustable wall flange may be provided. Specify 6-7-8-9-10-11-12 or 14-inch wall. Flanges provide for + or - ½-inch variation.

| Overseas Packing for Day Gate<br>Level A<br>military export packed | | |
|---|---|---|
| Additional charge for export packing EACH | Total shipping Wt. EACH (container plus unit) | Cube, EACH |
| $20.00 | 270 lbs. | 10.8 |

RTS WITHIN THE 48 CONTIGUOUS UNITED STATES.




CLASS 5 VAULT DOOR

SCALE 3/4" = 1'

Certified Environmental Engineering Company
14006 VENTURA BLVD., SHERMAN OAKS, CA. 91403
TELEPHONE (213) 784-4424

CC - 105
ECA - 300
TYPE 2

Ref: "Interim Guide of Good Practice For Incineration At Federal Facilities"
&
"Air Pollution Engineering Manu

CALCULACTIONS FOR CA DESTRUCTOR BURNING
375 LBS PER HOUR OF TYPE 2 WASTE

1. Composition of Refuse:

| | | |
|---|---|---|
| Dry Combustibles | (375 Lb/Hr) (0.43) | = 161.2 Lb/Hr |
| Moisture | (375 Lb/Hr) (0.50) | = 187.5 Lb/Hr |
| Ash | (375 Lb/Hr) (0.07) | = 26.3 Lb/Hr |

2. Gross Heat of Combustion:
Type 2 Waste Has A Heating Value of 4300 Btu/Lb As Fired.
(4300 Btu/Lb) (375 Lb/Hr) = 1,612,500 Btu/Hr

33% of Heat Release Occurs in Primary Chamber
(0.33) (1,612,000 Btu/Hr) = 537,500 Btu/Hr

Heat Released By Primary Burner = 3,000 Btu/Lb-Moisture
Therefore: (3000 Btu/Lb) (187.5 Lb/Hr) = 562,500 Btu/Hr
Gross Heat Input Total - = 1,100,000 Btu/Hr

3. Capacity of Primary Burner - Natural Gas Has Gross Heating Value of 1100 Btu/SCF

Primary Burner Requires $\frac{562,500 \text{ Btu/Hr}}{1100 \text{ Btu/SCF}}$ = 512 SCFH

4. Heat Losses in Primary Combustion Chamber:
a) Losses Due to Conduction, Storage, Convection and Radiation Are 30% of Gross Heat Input to Primary.
(1,100,000 Btu/Hr) (0.30) = 330,000 Btu/Hr

b) Evaporation of Contained Moisture:
(187.5 Lb/Hr) (1060 Btu/Lb) = 198,750 Btu/Hr

c) Combustion of 1 Lb. Dry Combustibles Yields 0.56 Lb. Water.
$\left(0.56 \frac{\text{Lb. Water}}{\text{Lb. Dry Combustibles}}\right)$ (161.2 Lb/Hr) $\left(1060 \frac{\text{Btu}}{\text{Lb. Water}}\right)$ =
=95,688 Btu/Hr

d) Evaporation of Water Formed From Combustion of Natural Gas
0.099 Lb. Water is Formed From Combustion of 1 SCF of Natural Gas.
$\left(0.099 \frac{\text{Lb. Water}}{\text{SCF}}\right)$ (512 SCFH) (1060 Btu/Lb) = 53,729 Btu/Hr

(1)



000080

e) Total Heat Needed in Secondary Will Be:

(1,114,749) + (334,425) = 1,449,174 Btu/Hr)

11. Capacity of Secondary Burner:
67% of Total Heat Release From Refuse = 1,075,000 Btu/Hr
Total Heat Required in Secondary = 1,449,174 Btu/Hr
Secondary Burner Capacity (1,449,174) - (1,075,000) = 374,174 Btu/Hr

12. Natural Gas Required By Secondary Burner -
Available Heat of Natural Gas at 1800°F with 20% Excess Air = 491.7 Btu/SCF

Air = 491.7 Btu/SCF

$$\frac{374{,}174 \text{ Btu/Hr}}{491.7 \text{ Btu/SCF}} = 761 \text{ SCFH}$$

13. Volume of Products of Combustion Through Stack:
Volume of Products of Combustion Through Flame Port = 20,691 $Ft.^3/Hr$

Products of Combustion From Secondary Burner:

$$(761 \text{ SCFH}) \left(13.53 \frac{\text{SCF}}{\text{SCF}}\right) = 10{,}296 \text{ Ft.}^3\text{/Hr}$$

$$\text{Maximum Secondary Air} = \left(13.09 \frac{\text{Ft.}^3}{\text{Lb. Air}}\right) \left(1912 \frac{\text{Lb}}{\text{Hr}}\right)$$

$$= 25{,}028 \text{ Ft.}^3\text{/Hr}$$

Total Products of Combustion In Stack = 56,015 $Ft.^3/Hr$

14. Velocity Through 21" Dia. Stack @ 1800'F
56,015 $Ft.^3/Hr$ = 15.56 $Ft.^3/Sec$

$$\text{Velocity} = \frac{(15.56 \text{ CFS})}{(2.4 \text{ Ft.}^2)} \frac{(2260'R)}{(520'R)} = 28.2 \text{ FPS}$$

$$T_2 = 60\ F + \frac{415{,}327\ \text{Btu/Hr}}{(1467.7\ \text{Lb/Hr})\ (0.26\ \text{Btu/Lb-°F})} = 60\text{°F} + 1088\ \text{°F}$$

$T_2$ = 1148 °F (Within 100 F of Design Temp. of 1200°F Therefore, O.K.)

8. Volume of Products of Combustion Through Flame Port

Air (607 Lb/Hr) (13.09 $Ft.^3$/Lb) = 7,946 $Ft.^3$/Hr

Dry Combustibles (161.2 Lb/Hr) (11.6 $Ft.^3$/Lb) = 1870 $Ft.^3$/Hr

Water $(187.5\ \text{Lb/Hr})\ \frac{(379\ Ft.^3/\text{Lb-Mol})}{(18\ \text{Lb/Mol})} = 3948\ \frac{Ft.^3}{Hr}$

Natural Gas (512 SCFH) (13.53 SCF/SCF) = 6927 $Ft.^3$/Hr

Total Volume $= 20{,}691\ \frac{Ft.^3}{Hr}$

Or 344.85 $Ft.^3$/Min.

Or 5.748 $Ft.^3$/Sec.

9. Velocity Through 11" Dia. Flame Port

$$\text{Velocity} = \frac{(5.748\ \text{CFS})}{(0.660\ Ft.^2)} \frac{(1608\text{°R})}{(520\text{°R})} = 26.9\ \text{FPS}$$

10. Gross Heat of Combustion in Afterburner

a) 67% of Total Heat Release From Refuse $= 1{,}075{,}000\ \frac{Btu}{Hr}$

Design Secondary Chamber for 1800°F

b) Heat Required to Raise Products of Combustion From Primary Chamber to 1800°F in Secondary

$$Q = W_c\ C_p\ (T_2 - T_1) = (1467.7\ \frac{Lb.}{Hr})\ (0.26\ \frac{Btu}{Lb.-°F})\ (1800°F - 1148°F)$$

= 248,804 Btu/Hr

c) Add 63% of Total Air Required Into Secondary:

(0.63) (3035) = 1912 Lb/Hr

Heat Required to Raise 1912 Lb. Air From 60°F To 1800°F

$$(452.9\ \frac{Btu}{Lb.Air})\ (1518\ \frac{Lb}{Hr}) = 865{,}945\ \text{Btu/Hr}$$

(b) + (c) = 248,804 + 865,945 = 1,114,749 Btu/Hr

d) 30% of Heat Input in Secondary Will Be Lost Due to Conduction, Convection and Radiation

Heat Loss = (0.30) (1,114,749 Btu/Hr) = 334,425 Btu/Hr

(3)

e) Total Heat Needed in Secondary Will Be:

(189,617) + (56,885) = 246,502 Btu/Hr

11. Capacity of Secondary Burner:

67% of Total Heat Release From Refuse = 100,000 Btu/Hr

Total Heat Required in Secondary = 246,502 Btu/Hr

Secondary Burner Capacity (246,502 - 100,000) = 146,502 $\frac{\text{Btu}}{\text{Hr}}$

12. Natural Gas Required By Secondary Burner -

Available Heat of Natural Gas at 1800°F with 20% Excess Air = 491.7 Btu/SCF

$$\frac{146,502 \text{ Btu/Hr}}{491.7 \text{ Btu/SCF}} = 293 \text{ SCFH}$$

13. Volume of Products of Combustion Through Stack:

Volume of Products of Combustion Through Flame Port = 10,431 $Ft.^3/Hr$

Products of Combustion From Secondary Burner:

$$(298 \text{ SCFH}) \left(13.53 \frac{\text{SCF}}{\text{SCF}}\right) = 4032 \text{ Ft.}^3/\text{Hr}$$

$$\text{Maximum Secondary Air} = \left(13.09 \frac{\text{Ft.}^3}{\text{Lb. Air}}\right) \left(156.8 \frac{\text{Lb}}{\text{Hr}}\right) = 2,053 \text{ Ft.}^3/\text{Hr}$$

Total Products of Combustion In Stack = 16,516 $\frac{Ft.^3}{Hr}$

14. Velocity Through 21" Dia. Stack @ 1800°F

$$\frac{16,516 \text{ Ft.}^3/\text{Hr}}{} = 4.59 \text{ Ft.}^3/\text{Sec}$$

$$\text{Velocity} = \frac{(4.59 \text{ CFS})}{(2.405 \text{ Ft.}^2)} \frac{(2260 \text{°R})}{(520 \text{°R})} = 8.3 \text{ FPS}$$

15. Stack Height - Design Stack for a Draft of 0.17 Inches W.C. @ 1800°F

$$D_T = 0.52\ PH\left(\frac{1}{T} - \frac{1}{T_1}\right)$$

Where:
$D_T$ = Draft, Inches W. C.
P = Barometric Pressure, PSI
H = Stack Height Above Combustion Chamber Floor
T = Ambient Temp. - °R
$T_1$ = Average Stack Temp. - °R

$$H = \frac{D_T}{(0.52)\ (P)\left(\frac{1}{T} - \frac{1}{T_1}\right)} = \frac{0.17}{(0.52)\ (14.7)\left(\frac{1}{520} - \frac{1}{2260}\right)} \times \frac{520}{520}$$

$$= \frac{88.4}{(7.65)\left(1 - \frac{520}{2260}\right)} = \frac{88.4}{5.89} = 15.0 \text{ Ft.}$$

16. Residence Time in Secondary Chamber:

Actual Stack Height Above Afterburner = 12 Ft.

$$\text{Residence Time} = \frac{12 \text{ Ft.}}{8.3 \text{ FPS}} = 1.4 \text{ Sec.}$$

17. Hearth Area = (0.785) (D) (L)

Where: D = Primary Chamber Inside Dia- Ft
L = Primary Chamber Length - Ft.

Hearth Area = (0.785) (4.42 Ft.) (7.5 Ft.) = 26 Ft.$^2$

$$\text{Hearth Loading} = \frac{\text{Incinerator Capacity - Lb/Hr}}{\text{Hearth Area - Ft.}^2}$$

$$= \frac{150 \text{ Lb/Hr}}{26 \text{ Ft.}^2} = 5.77 \text{ Lb/Hr- Ft.}^2$$

18. Heat Release in Primary Chamber Per Ft.$^3$

$$\frac{\text{Gross Heat Input - Btu/Hr}}{\text{Primary Chamber Volume - Ft}^3} = \frac{623{,}750 \text{ Btu/Hr}}{114.9 \text{ Ft.}^3}$$

$$= 5429 \text{ Btu/Hr- Ft}^3$$

(5)


8 Primary Combustion-Air Blower
9 Slide Gate Damper
10 Primary Air Distribution Duct
11 Liquid Retention Dam
12 Control Panel
2 AFTER BURNER SECTION
13 Gas Regulator
14 Burner
15 Secondary Combustion-Air Blower
16 Slide Gate Damper
3 STACK SECTION
17 Air-Pollution Test-Ports (4" Pipe)
14'-0' with Door Open
2'-2' O.D.
8'-5' Overall
4'-5' I.D.
7'-5' Overall
7'-4"
9'-0' Overall
Location of Optional Primary Burner (S-3550)
18'-0 (3-6' Sections)
2'-2'
6'-5'
4'-5' Shell I.D.
5'-6' Shell O.D.
Certified Incinerator Co.
WASTE DESTRUCTION
Telephone (213) 784-4424
CAE-300 Destructor
0-1414



000085

SCHEDULE A

SPECIAL REQUIREMENTS

LOCATION: Chula Vista/National City, California.

GENERAL REQUIREMENTS: A total of 33,750 square feet of general office, storage, and special purpose space is required. It is highly desirable that all space be contiguous. A single story building is preferred, if a multi-story building is offered, top floor space is desired. A minimum of 87 off-street parking spaces are required.

Perimeter walls shall extend "slab to slab" and be soundproof (i.e. double layer of sheetrock with space between studs filled with residential type insulation). All perimeter doors shall be solid core and equipped with a six tumbler dead bolt lock. All outside ground floor windows shall be covered with heavy gauge wire screen or bars. Access to interior space by the public shall only be through designated reception areas.

The lessor shall install a Central Station security alarm system (Wells Fargo/ADT or equal type system). Government will provide a lump-sum payment for this system. All perimeter doors shall be equipped with contact alarms.

Space shall be available 24 hours a day, seven days a week.

Janitorial service will be performed only during the normal work week (8 AM to 5 PM, Monday through Friday).

Space will be divided into two areas, which will be separated by a slab-to-slab wall; District Office - 19,300 square feet; and Regional Laboratory - 14,450 square feet. Special requirements are as follows:

A. DISTRICT OFFICE

SPACE REQUIREMENTS: Space shall be divided approximately as follows:

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Conference/Training Room | 600 | Ceiling High |
| Drug Work Room | 350 | Ceiling High |
| Interview Room 3 @ 100 sq. ft. | 300 | Slab to Slab |
| Detention Room 2 @ 100 sq. ft. | 200 | Ceiling High |
| Communication Center | 350 | Ceiling High |
| Non-Narcotic Evidence Room | 350 | Slab to Slab |
| Narcotic Evidence Room | 1500 | Slab to Slab |
| Reception/Waiting Room | 200 | Ceiling High |
| Undercover Telephone Room | 100 | Slab to Slab |
| Administrative Office | 200 | Ceiling High |