| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Locker Room | 300 | Ceiling High |
| General Office - District | 8950 | Open |
| General Office - Task Force | 4500 | Open |
| Files - District | 400 | Ceiling High |
| Files - Task Force | 250 | Ceiling High |
| Storage - District | 500 | Ceiling High |
| Storage - Task Force | 250 | Ceiling High |

ALARM SYSTEM: Doors to the Communication Center, Non-Narcotic Evidence Room, Narcotic Evidence Room, Undercover Telephone Room, and File Rooms shall be equipped with door contact alarms.

MOTION DETECTOR ALARM: The lessor shall install motion detector alarms in the Communication Center, Non-Narcotic Evidence Room, Narcotic Evidence Room, Undercover Telephone Room, and File Rooms (The Government will provide a lump-sum payment for this system).

INTERVIEW ROOMS: Walls shall be of slab-to-slab construction and sound-proof (i.e. Double layer of sheetrock with space between studs filled with residential type insulation). Doors shall be solid core.

DETENTION ROOMS: Walls shall be composed of No. 11 expanded metal spot welded every 12 inches to steel partition studs (standard office type metal studding) covered with a minimum of 5/8 inch sheetrock. All expanded metal seams must be spot welded every six inches especially at the corner seams.

Doors shall be metal clad equipped with a peephole viewer and dead bolt lock operated on the outside only. The door shall have an outward swing.

The ceiling shall be of the same construction as the walls with the horizontal metal studding and expanded metal welded to the top edge of the four vertical walls.

Lighting fixture shall be equal to or better than Folger - Adams light fixture #550.

NARCOTIC EVIDENCE and NON-NARCOTIC EVIDENCE ROOMS:

The walls in these rooms shall be slab-to-slab and of the same construction as the Detention Room walls. (Note: The wall area above the dropped ceiling will not require sheetrocking if the sheetrock will inhibit the air conditioning system).

Doors shall be solid core fitted with push-button combination locks.

UNDERCOVER TELEPHONE ROOM: Walls shall be of slab-to-slab construction. This room shall contain a dedicated telephone outlet that is not connected to any other telephone in the building.

CONFERENCE TRAINING ROOM: This room shall be equipped with two movable partitions which when closed will divide this space into three areas of 200 square feet each.

RECEPTION/WAITING ROOM: This room shall be divided into two areas, of approximately the same size, by a wall and counter as shown on attachment "A5". The door leading from the waiting room to the reception area shall be electronically controlled by the receptionist. This door shall be fitted with a push-button combination lock capable of overiding the elctronic control.

COMMUNICATION CENTER: Ten duplex, 220 volt electrical outlets will be installed in this room at locations designated by the Government. A lead-in wire shall be installed from the roof of the building to this room - the wire will be connected to an antenna installed on the roof. The antenna will be furnished by the Government and installed by the lessor.

RESTROOMS: Approximately 124 men and 45 women will occupy this space; provide toilet facilities in accordance with Paragraph 2b., Part III of Schedule B. This space should be arranged to be accessible to both the District Office and Regional Laboratory personnel.

B. REGIONAL LABORATORY

SPACE REQUIREMENTS: Space shall be divided into two areas, approximately as follows:

1. LABORATORY (10,000 square feet)

| Type Office | Net usable sq. ft. | Type Partition |
|---|---|---|
| Laboratory 2 @ 2345 sq.ft. | 4690 | Ceiling High |
| Special Purpose Instrument Room (3 @ 200#) | 600 | Ceiling High |
| General Purpose Instrument Room (3 @ 200#) | 600 | Ceiling High |
| Vault | 2000 | Slab to Slab |
| Fingerprint Room | 200 | Ceiling High |
| Tool Room | 150 | Ceiling High |
| Volatile Solvent Room | 100 | Ceiling High |
| Compressed Gases Room | 100 | Ceiling High |

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Drying Room | [illegible] | Ceiling High |
| TLC Laboratory | [illegible] | Ceiling High |
| Distilled Water & Compressor Room | [illegible] | Ceiling High |
| Glassware Washing Room | [illegible] | Ceiling High |
| Chemical Storage Room | 200 | Ceiling High |
| Data Acquisition & Control Center | 150 | Ceiling High |
| Glassware & Equipment Storage | 250 | Ceiling High |
| Darkroom | 250 | Ceiling High |

2. ADMINISTRATIVE (4,450 Square Feet)

| Type Office | Net Usable Sq. Ft. | Type Partition |
|---|---|---|
| Reception/Waiting Room | 500 | Ceiling High |
| Office 3 @ 250 Sq. Ft. | 750 | Ceiling High |
| Office | 100 | Ceiling High |
| Conference Room | 400 | Ceiling High |
| File and Records Storage | 200 | Ceiling High |
| Supply & Photocopy Area | 200 | Ceiling High |
| Library | 400 | Ceiling High |
| Office | 150 | Ceiling High |
| Lunch Room | 500 | Ceiling High |
| Men's Locker Room | 200 | Ceiling High |
| Women's Locker Room | 200 | Ceiling High |
| Vehicle Examination and Evidence Processing Area | 1,450 | Ceiling High |

SPECIAL REQUIREMENTS FOR REGIONAL LABORATORY

Laboratory Area (B.1) and Administrative Area (B.2) must be contiguous and located on the same floor. If space is offered in a multi-story building the Regional Laboratory shall be located on an upper floor, preferrably the top floor. The Laboratory Area (B.1) shall be separated from the Administrative Area (B.2) by a slab-to-slab weather tight wall. Entrance doors from the Administrative Area into the Laboratory Area shall be of weather tight construction.

SPECIAL REQUIREMENTS FOR LABORATORY (Area B.1)

Air Conditioning: The laboratory area shall be equipped with a system capable of providing 60-80% fresh air.

Electrical: A minimum of 1,500 amp immediate service, with potential for an additional [illegible] amps, exclusive of heating, air-conditioning, and lighting, is required.

Floors: Floors shall be covered with an acid/base resistant tile.

LABORATORIES: The Government shall provide and install all special furnishings and equipment. The lessor shall be responsible for providing as a minimum, the following utilities, at locations to be designated by the Government (For ease of description utilities are listed by work station). (See attachment "A1" for a typical four work station laboratory arrangement).

1. Eight work stations, each equipped with: Three 110 volt 20 amps grounded duplex outlets on a single dedicated 20 amp circuit; stubbing for hot and cold tap water outlets (utilizing ½" lines); deionized water outlet (utilizing ½" tin-lined copper tubing)' and 1½" to 2" drain lines.

2. Two center bench work stations, each equipped with: stubbing for cold tap water outlet (utilizing ½" lines); 1½" to 2" drain line; one 220 volt, 30 amp electrical outlet and two 110 volt, 30 amp grounded duplex electrical outlets, each on a dedicated circuit.

3. Three fume hood work stations, each equipped with: an exhaust ventilation duct system, of at least 18 U. S. gauge reinforced, epoxy lined, stainless steel, of sufficient size to allow an exhaust face velocity of 75 linear feet perminute (exhaust air shall be vented to roof level); stubbing for cold tap water, steam, natural gas, compressed air, 40 psi vacuum line, and 1½" to 2" drain lines; two 110 volt, 30 amp grounded duplex electrical outlets. (Note: All exhaust motor blower units will be [illegible] on the roof of the building and will require suitable electrical outlets).

4. Emergency shower and eyewash with cold water, eyewash shall be hose type.

SPECIAL PURPOSE INSTRUMENT ROOMS: Each of these rooms shall contain the following utilities (see attachment "A2" for a typical layout):

1. One laboratory work station with utilities as listed under "Laboratories, paragraph 1".

2. One fume hood work station with utilities as listed under "Laboratories, paragraph 3".

3. Two 110 volt, [illegible] amp grounded duplex electrical outlets; three 200 volt, 30 amp electrical outlets; one 220 volt, 20 amp electrical outlet. Each on a dedicated circuit.

GENERAL PURPOSE [illegible] ROOMS: Each of these rooms shall contain the following [illegible] (see attachment "[illegible]" for a typical layout).

1. One [illegible] work station with utilities as listed under "Laboratories, [illegible] 1".

5



000090

2. One [illegible] with [illegible] listed under "Laboratories, Paragraph [illegible]".

3. Ten 110 volt grounded duplex electrical outlets, each on a separate circuit.

TLC LABORATORY: This room shall contain the following utilities (See attachment "A4" for a typical layout):

1. Three fume hood work stations with utilities as listed under "Laboratories, Paragraph 3".

FINGERPRINT ROOM: This room shall be equipped as specified under "GENERAL PURPOSE INSTRUMENT ROOMS".

DARKROOM: This room shall be of "light-tight" construction, painted with a flat-black non-reflecting paint and equipped with a revolving darkroom door, a 6' X 2' X 10" sink, and outlets for hot and cold tap water.

VAULT: If building is single story, the vault shall be located in interior space-away from outside walls. Walls shall be constructed of steel reinforced concrete block. The door shall be a Mosler Class 5 (metal) equipped with a combination lock. A day gate shall be provided to control access. The door into the vault shall be equipped with a contact alarm. A motion detector alarm system will be installed with suitable communication to the District Office Communication Center. One 110 volt, 15 amp grounded duplex electrical outlet is required.

VOLATILE SOLVENT ROOM: This room shall be placed on an outside wall, inside walls will be constructed of masonry having a minimum of 2 hours fire rating (NFPA Standard 252). Door(s) shall be single leaf construction having a 2 hour fire rating (NFPA Standard 252) and equipped with a panic bar lockset. A four inch high curb will be installed across the doorway. Floor shall be sealed with epoxy sealer. Walls shall be sealed with epoxy sealer to a height of 12 incheas above the floor.

Exhaust fans shall be installed which provide for both light and heavy vapors. These fans must meet the requirements of the NFPA for Class 1, Division 1, Groups C and D hazardous locations. Fan and ductwork shall have a minimum capacity of 200 cubic feet per minute. An air-flow failure alarm will be provided which will sound when air-flow drops below the minimum of 200 cubic feet per minute. Ducts shall direct exhaust air to roof level or other outside venting and must be at least 18 U. S. gauge galvanized steel. A guillotine damper for supply and single leaf damper for exhaust air will be provided with provision for regulation from outside the room.

Outside wall shall be fitted with an explosion vent (blowout panel) in accordance with NFPA Standard [illegible].

Incandescent light fixtures installed shall meet the requirements of NFPA Class 1, Division 1, Groups C and D hazardous locations. Lights shall be controlled by [illegible] switch located [illegible] the room.

Amendment No. 1 to
[illegible] No. 74817
[illegible]
National City, CA

1. The date before which offers will be received is hereby changed from September 20, 1974 to October 15, 1974.

2. Schedule A will be amended to include the requirements for a heilpad and an incinerator. The specifications will follow.

DOROTHY H. SMITH, Chief
Acquisition Branch
Space Management Division
Public Buildings Service

ADDENDUM TO SCHEDULE "A"

INCINERATOR: The lessor shall provide and maintain a gas operated incinerator. The incinerator shall be equipped with an after burner and shall be capable of burning 100 pounds per hour. (Incinerator shall meet Federal emmission standards.)

GENERAL REQUIREMENTS:

CONSTRUCTION: Perimeter walls, and floor shall be constructed of either concrete, brick, reinforced concrete block, or a combination of materials which provide equivalent security; such as gypsum board ceiling supplemented by an expanded metal screen of not less than 11-gauge material.

Interior "slab-to-slab" wall requirements can be fulfilled by construction of an expanded metal ceiling as specified under District Office - Detention Rooms. All walls surrounding the Laboratory shall be weather tight, i.e. "slab-to-slab" or "slab-to-roof", construction.

AMENDMENT NO. 3 TO SOLICITATION NO. 74817
CHULA VISTA, CA; NATIONAL CITY, CALIFORNIA

ADDENDUM TO SCHEDULE "C"

UTILITIES: The Lessor shall be responsible for all water and the Government for all gas and electricity servicing the building. The Lessor shall, however, furnish and install separate meters for measuring the usage of gas and electricity.

Offers should be adjusted where necessary to conform to this requirement.

Please acknowledge receipt of this amendment by signing and returning the enclosed copy to this office no later than December 9, 1975.

J. L. Vaillant

J. L. VAILLANT
Acting Chief, Acquisition Branch
Space Management Division
Public Buildings Service

# A STRONG CASE FOR DURALav FROM KELSEY-HAYES



DURABLE . . . New Duralav fixtures are made from 14- and 16-gauge stainless steel. They are die-formed, and all seams are continuous welded . . . thus making the unit virtually indestructible.

VANDAL-PROOF . . . Push-button valves with non-hold-open feature eliminate jamming, and conserve water. Water closet bowl is elongated, with large trapway that makes clogging or fouling extremely difficult. All plumbing and wall fasteners are concealed to prevent tampering and vandalism.

MAINTENANCE-FREE . . . Solid stainless-steel construction will not corrode, chip, scratch, or peel. Smooth, rounded surfaces make unit easy to clean and virtually bacteria-free.

COMPACT . . . Dimensions of unit are 36½" high by 17" wide by 13" deep. Overall dimension from back of unit to front of closet is 31". Oval lavatory bowl is 9½" by 13½" by 4½" deep.

*For a descriptive brochure, write:*
*Heintz Division,*
*Front and Olney,*
*Philadelphia, Pa.*
*19120 or phone:*
*(215) [illegible]*

*HEINTZ DIVISION* KELSEY-HAYES



000095




WAITING ROOM VIEW — RECEPTIONIST VIEW — SIDE VIEW

STANDARD REQUIREMENT FOR D.E.A.
RECEPTIONIST / WAITING AREA.

ALL MEASUREMENTS TO BE VERIFIED ON SITE. SCALE 1/4"=1'-0" 12/10/71 E.S.

⬡ COUNTER & BASE UNIT CAN BE CENTERED WITH WINDOW OR AS SHOWN, TO MEET DESIGN OF SPECIFIC LOCATION.