GE AL SERVICES ADMINISTRATI(
525 MARKET STREET
SAN FRANCISCO, CA 94105

03/04/85

RECEIVED
MAR 08 1985

COLLINS NATIONAL
11750 SORRENTO VALY RD
SAN DIEGO, CA 92121

RE: ASBESTOS SURVEY
LEASE # GS-09B-74817
402 WEST 35TH ST NATIONAL CITY

Dear lessor:

The General Services Administration is surveying all leased space to determine which buildings contain friable asbestos or asbestos bearing materials such as insulation, pipe lagging, vinyl asbestos tile, etc.

Please complete the appropriate certification below and mail this form by March 22, 1985 to:

General Services Adiministration
Real Estate Division, 9PEL-D
525 Market Street
San Francisco, CA 94105

Thank you for your cooperation.

Sincerely,

[signature]

DAVID M. ROTH
Chief, Leasing Branch
Real Estate Division
Public Buildings and Real Property

[ ] Certification of no Asbestos in Leased Building

The undersigned represents and certifies that the building in which the above-referenced lease is housed contains no friable asbestos or asbestos bearing material.

--------------------------------------
Name Date

[ ] Certification of Asbestos in Leased Building

The undersigned represents and certifies that the building in which the above-referenced lease is housed contains:

___friable asbestos
___asbestos duct and pipe lagging
___asbestos insulation
___asbestos suspended ceiling tile
___vinyl asbestos tile
___asbestos sprayed-on
___soundproofing
_X_other ________________

Please describe location and extent of asbestos ______________________
____________________________________________________________________
____________________________________________________________________

--------------------------------------
Name Date

environmental systems associates

Industrial Hygiene Consultants

20 March 1985

Asset Management Group
11750 Sorrento Valley Rd.
San Diego, CA. 92121

Attn: Ms. Vicki Monaco

Dear Ms. Monaco:

As requested by your office on 18 March 1985, a survey was conducted to determine if any areas of the property located at 402 West 35th Street, National City, CA. contained asbestos. All areas of the building were inspected and samples of suspect material were taken for analysis. Samples of floor tiles in areas where used, sprayed on accoustical ceiling material, material used in the drop ceiling, and samples from selected fume hoods located in the laboratory area were taken. Samples of gloves used in the laboratory were also taken.

Materials used in the fume hoods, and the gloves were identified as containing chrysotile asbestos. No other materials were identified as containing asbestos material. The material identified as asbestos in the laboratory fume hoods is intact and no exposed areas were observed. Safety personnel were advised to label the suspect material for future reference and if any drilling, grinding, or abrasion of the surface is attempted, wet methods should be used and the cleanup of any debris from such activity should be with the proper equipment.

All material identification was done with polarizing light microscopy and dispersion staining.

Andrew L. Bryson

8304 Clairemont Mesa Boulevard, Suite 104, San Diego, CA 92111 • 560-7245

ASSET
MANAGEMENT
GROUP
11750 SORRENTO VALLEY RD.
SUITE 254
SAN DIEGO, CA 92121
(619) 276-5132

March 22, 1985

Mr. David M. Roth
Chief, Leasing Branch
Real Estate Division
Public Buildings and Real Property
General Services Administration
525 Market Street
San Francisco, CA 94105

RE: Asbestos Survey
Lease # GS-09B-74817
402 West 35th Street, National City, CA

Dear Mr. Roth:

In response to your letter dated March 4, 1985, I contacted Environmental Systems Associates, which is an industrial hygiene consulting company, to conduct a survey of the above referenced building to determine if there was any asbestos contained in the subject leased premise.

I have enclosed the certification that you provided along with a copy of the self-explanatory letter we received from Environmental Systems.

Sincerely,

Victoria Monaco

Victoria Monaco
Property Manager

VM;mc

A DIVISION OF
COLLINS DEVELOPMENT CO
& LA JOLLA DEVELOPMENT CO.

GENERAL SERVICES ADMINISTRATION
525 MARKET STREET
SAN FRANCISCO, CA 94105

03/04/85

RECEIVED
MAR 08 1985

COLLINS NATIONAL
11750 SORRENTO VALY RD
SAN DIEGO, CA 92121

RE: ASBESTOS SURVEY
LEASE # GS-09B-74817
402 WEST 35TH ST NATIONAL CITY

Dear lessor:

The General Services Administration is surveying all leased space to determine which buildings contain friable asbestos or asbestos bearing materials such as insulation, pipe lagging, vinyl asbestos tile, etc.

Please complete the appropriate certification below and mail this form by March 22, 1985 to:

General Services Adiministration
Real Estate Division, 9PEL-D
525 Market Street
San Francisco, CA 94105

Thank you for your cooperation.

Sincerely,

David M Roth

DAVID M. ROTH
Chief, Leasing Branch
Real Estate Division
Public Buildings and Real Property

[ ] Certification of no Asbestos in Leased Building

The undersigned represents and certifies that the building in which the above-referenced lease is housed contains no friable asbestos or asbestos bearing material.

---------------------------------------
Name Date

[X] Certification of Asbestos in Leased Building

The undersigned represents and certifies that the building in which the above-referenced lease is housed contains:

___friable asbestos
___asbestos duct and pipe lagging
___asbestos insulation
___asbestos suspended ceiling tile
___vinyl asbestos tile
___asbestos sprayed-on
___soundproofing
_X_other Fume hoods
Gloves used in Labs.

Please describe location and extent of asbestos
Asbestos Material located in all fume hoods of the various laboratories
Two pairs of asbestos gloves in use for handling hot objects.

Andrew L. Brydon 20 March 1985
Name Date

154

CN000264