# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION

GENERAL SERVICES ADMINISTRATION

34,832 NET USABLE SQUARE FEET

NATIONAL CITY, CALIFORNIA

---

NAME: PENELOPE A. BARRON
TITLE: CONTRACTING OFFICER

THE INFORMATION COLLECTION REQUIREMENTS CONTAINED IN THIS SOLICITATION/CONTRACT, THAT ARE NOT REQUIRED BY REGULATION, HAVE BEEN APPROVED BY THE OFFICE OF MANAGEMENT AND BUDGET PURSUANT TO THE PAPERWORK REDUCTION ACT AND ASSIGNED THE OMB CONTROL NO. 3090-0163.

155

| SOLICITATION FOR OFFERS | SFO GS-09B-88764 | SECTION SUMMARY |
|---|---|---|

SECTION: SUMMARY

**1. AMOUNT AND TYPE OF SPACE**

THE GENERAL SERVICES ADMINISTRATION (GSA) IS INTERESTED IN LEASING A MINIMUM OF 34,832 TO A MAXIMUM OF 34,832 NET USABLE SQUARE FEET OF OFFICE AND RELATED SPACE, TOGERTHER WITH EIGHTY-SEVEN (87) RESERVED, OFF-STREET PARKING SPACES. ACTUAL SQUARE FOOTAGE TO BE DETERMINED BY MUTUAL MEASUREMENT PRIOR TO THE EXECUTION OF THE LEASE AGREEMENT. OFFERS MUST BE FOR SPACE LOCATED IN A QUALITY BUILDING OF SOUND AND SUBSTANTIAL CONSTRUCTION AS DESCRIBED IN THIS SOLICITATION FOR OFFERS, HAVE A POTENTIAL FOR EFFICIENT LAYOUT, AND BE WITHIN THE ABOVE SQUARE FOOTAGE RANGE IN ORDER TO BE CONSIDERED.

**2. LOCATION**

SPACE IS TO BE LOCATED AT 402 WEST 35TH STREET, NATIONAL CITY, CALIFORNIA.

**3. TERM**

THE TERM WILL BE FOR FIVE (5) YEARS, THREE (3) YEARS FIRM WITH THE GOVERNMENT HAVING THE OPTION TO RENEW FOR ONE (1) ADDITIONAL FIVE (5) YEAR TERM UPON SIXTY (60) DAYS WRITTEN NOTIFICATION TO THE LESSOR. THE GOVERNMENT SHALL HEVE THE RIGHT TO TERMINATE ALL OR ANY PART OF THIS LEASE AT ANY TIME AFTER THE FIRM TERM ON SIXTY (60) DAYS WRITTEN NOTICE TO THE LESSOR.

**4. OFFER DUE DATE**

OFFERS ARE DUE BY JUNE 1, 1986, AND MUST REMAIN OPEN UNTIL SEPTEMBER 30, 1986.

**5. OCCUPANCY DATE**

OCCUPANCY IS REQUIRED ON AWARD.

**6. HOW TO OFFER**

OFFERS ARE TO BE SUBMITTED TO THE CONTRACTING OFFICER AT GENERAL SERVICES ADMINISTRATION, REAL ESTATE DIVISION, 9PEL, 525 MARKET STREET, 31ST FLOOR, SAN FRANCISCO, CA 94105. NO LATER THAN THE CLOSE OF BUSINESS OF THE OFFER DUE DATE. THE FOLLOWING DOCUMENTS, PROPERLY EXECUTED, MUST BE SUBMITTED:

(A) GSA FORM 1364, PROPOSAL TO LEASE SPACE(ENCLOSED).
(B) GSA FORM 1217, LESSOR'S ANNUAL COST STATEMENT(ENCLOSED).
(C) GSA FORM 3518, REPRESENTATIONS AND CERTIFICATIONS (ENCLOSED).
(D) ONE-EIGHTH INCH (PREFERRED) OR LARGER SCALE, BLUE LINE PLANS OF THE SPACE OFFERED. PHOTOSTATIC COPIES ARE NOT ACCEPTABLE. ALL ARCHITECTURAL FEATURES OF THE SPACE MUST BE ACCURATELY SHOWN. IF CONVERSION OR RENOVATION OF THE BUILDING IS PLANNED, ALTERATIONS TO MEET THIS SOLICITATION MUST BE INDICATED. IF REQUESTED, MORE INFORMATIVE PLANS MUST BE PROVIDED WITHIN // DAYS.
(E) A LIST OF UNIT COSTS FOR ADJUSTMENTS (SEE PARAGRAPH ENTITLED "ALTERATIONS COSTING $25,000 OR LESS").
(F) AN HOURLY OVERTIME RATE FOR OVERTIME USE OF HEATING OR COOLING (SEE PARAGRAPH ENTITLED "OVERTIME USAGE").
A SEPARATE OVERTIME RATE FOR (1) THE SAN DIEGO DIVISION'S SPACE; (2) THE SOUTHWEST LABORATORY SPACE AND (3) THE SOUTHWEST LABORATORY MASS SPECTROMETER ROOMS.

SEE GSA FORM 3516, SOLICITATION PROVISIONS, FOR ADDITIONAL INSTRUCTIONS. IF ADDITIONAL INFORMATION IS NEEDED, THE CONTRACTING OFFICER SHOULD BE CONTACTED.

THERE WILL BE NO PUBLIC OPENING OF OFFERS AND ALL OFFERS WILL BE CONFIDENTIAL UNTIL THE LEASE HAS BEEN AWARDED.

156

**7. NEGOTIATIONS**

NEGOTIATIONS WILL BE CONDUCTED ON BEHALF OF THE GOVERNMENT BY THE GSA CONTRACTING OFFICER OR OTHER AUTHORIZED REPRESENTATIVE. THE GSA CONTRACTING OFFICER IS NAMED ON THE COVER OF THIS SOLICITATION. GSA WILL NEGOTIATE RENTAL PRICE FOR THE INITIAL TERM, ANY RENEWAL PERIODS, AND ANY OTHER ASPECT OF THE OFFER AS DEEMED NECESSARY.

**8. PRICE EVALUATION**

EVALUATION OF OFFERS WILL BE ON THE BASIS OF THE ANNUAL PRICE PER SQUARE FOOT. TO DETERMINE THE LOWEST OFFER, THE SQUARE FOOT PRICE FOR THE INITIAL TERM WILL BE EVALUATED. EXCLUDED FROM THE TOTAL SQUARE FOOTAGE, BUT NOT FROM THE PRICE, WILL BE PARKING AND WAREYARD AREAS. FOR DIFFERENT TYPES OF SPACE, THE COMPOSITE RATE WILL BE DETERMINED BY

| SOLICITATION FOR OFFERS | SFO GS-09B-88764 | SECTION SUMMARY |
|---|---|---|

| | |
|---|---|
| DIVIDING THE TOTAL ANNUAL RENTAL BY THE TOTAL SQUARE FOOTAGE MINUS THESE AREAS. | 8. PRICE EVALUATION CONT'D |
| TO THIS SQUARE FOOT RATE WILL BE ADDED:<br>-- THE ESTIMATED COST PER SQUARE FOOT FOR ESCALATION ATTRIBUTABLE TO OPERATING EXPENSES IF THE OFFER INCLUDES THE CPI ESCALATOR CLAUSE. IN ESTIMATING ESCALATION, A 3 PERCENT FACTOR, COMPOUNDED ANNUALLY, WILL BE USED.<br>-- THE ESTIMATED COST PER SQUARE FOOT OF ESCALATED GOVERNMENT PROVIDED SERVICES, IF APPLICABLE.<br>-- THE ANNUALIZED PER SQUARE FOOT COST OF ANY OTHER ITEMS SPECIFIED IN THIS SOLICITATION WHICH ARE NOT INCLUDED IN THE RENTAL. | |
| (A) PREFERENCE WILL BE GIVEN TO OFFERORS OF SPACE IN BUILDINGS ON, OR FORMALLY LISTED AS ELIGIBLE FOR INCLUSION IN THE NATIONAL REGISTER OF HISTORIC PLACES AND TO HISTORICALLY SIGNIFICANT BUILDINGS IN HISTORIC DISTRICTS LISTED IN THE NATIONAL REGISTER. SUCH PREFERENCE WILL BE EXTENDED TO HISTORIC BUILDINGS AND WILL RESULT IN AWARD IF:<br><br>(1) THE OFFER FOR SPACE MEETS THE TERMS AND CONDITIONS OF THIS SOLICITATION AS WELL AS ANY OTHER OFFER RECEIVED. (IT IS WITHIN THE DISCRETION OF THE CONTRACTING OFFICER TO ACCEPT ALTERNATIVES TO CERTAIN ARCHITECTURAL CHARACTERISTICS AND SAFETY FEATURES DEFINED ELSEWHERE IN THIS SOLICITATION TO MAINTAIN THE HISTORICAL INTEGRITY OF THE BUILDING, SUCH AS HIGH CEILINGS, WOODEN FLOORS, ETC.) AND<br><br>(2) THE RENTAL IS NO MORE THAN 10 PERCENT HIGHER, ON A TOTAL ANNUAL SQUARE FOOT (NET USABLE AREA) COST TO THE GOVERNMENT, THAN THE LOWEST OTHERWISE ACCEPTABLE OFFER.<br><br>(B) IF MORE THAN ONE OFFER OF AN HISTORIC BUILDING IS RECEIVED AND THEY MEET THE ABOVE CRITERIA, AN AWARD WILL THEN BE MADE TO THE LOWEST PRICED HISTORIC PROPERTY OFFERED. | 9. HISTORIC PREFERENCE GSAR 552.270-4 (JUNE 1985) |
| AFTER CONCLUSION OF NEGOTIATIONS THE CONTRACTING OFFICER WILL REQUIRE THE OFFEROR SELECTED FOR AWARD TO EXECUTE THE PROPOSED LEASE PREPARED BY GSA WHICH REFLECTS THE PROPOSED AGREEMENT OF THE PARTIES.<br><br>THE PROPOSED LEASE SHALL CONSIST OF:<br>(A) STANDARD FORM 2, U.S. GOVERNMENT LEASE FOR REAL PROPERTY<br>(B) GSA FORM 3517, GENERAL CLAUSES<br>(C) THE PERTINENT PROVISIONS OF THE OFFER, AND<br>(D) THE PERTINENT PROVISIONS OF THE SFO.<br><br>THE ACCEPTANCE OF THE OFFER AND AWARD OF THE LEASE BY THE GOVERNMENT OCCURS UPON EXECUTION OF THE LEASE BY THE GSA CONTRACTING OFFICER. | 10. AWARD |
| THE PARAGRAPHS OF THIS SOLICITATION ARE SUBDIVIDED INTO MAJOR TOPICS OR "SECTIONS." PARAGRAPH TITLES ARE SHOWN ALPHABETICALLY BY SECTION AND PARAGRAPH NUMBER IN THE INDEX. | 11. ORGANIZATION OF SOLICITATION |
| BUILDINGS IN WHICH SPACE IS OFFERED FOR LEASE SHALL COMPLY WITH THE REQUIREMENTS OF THE GSA FIRE AND LIFE SAFETY STANDARDS AS DESCRIBED IN THIS SOLICITATION AND CHAPTERS 11 AND 13 OF THE AGENCY HANDBOOK NUMBERED PBS P5900.2B. EQUIVALENT OR ALTERNATE MEANS OF PROTECTION, AS REQUIRED BY THE APPLICABLE STANDARDS, SHALL BE APPROVED BY THE CONTRACTING OFFICER. (A COPY OF CHAPTERS 11 AND 13 ARE AVAILABLE UPON REQUEST.) | 12. FIRE AND LIFE SAFETY |
| | SECTION: AWARD FACTORS |
| THE CONTRACTING OFFICER WILL CONDUCT ORAL OR WRITTEN NEGOTIATIONS WITH ALL RESPONSIBLE OFFERORS THAT ARE WITHIN THE COMPETITIVE RANGE. THE COMPETITIVE RANGE WILL BE ESTABLISHED BY THE CONTRACTING OFFICER ON THE BASIS OF COST OR PRICE AND OTHER FACTORS THAT ARE STATED IN THIS SOLICITATION AND WILL INCLUDE ALL OFFERS THAT HAVE A REASONABLE CHANCE OF | 13. GENERAL |

157

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION AWARD FACTORS |
|---|---|---|

| | |
|---|---|
| BEING SELECTED FOR AWARD. THE OFFERORS WILL BE PROVIDED A REASONABLE OPPORTUNITY TO SUBMIT ANY COST OR PRICE, TECHNICAL, OR OTHER REVISIONS TO THEIR OFFERS THAT MAY RESULT FROM THE NEGOTIATIONS. NEGOTIATIONS WILL BE CLOSED BY REQUESTING THE SUBMISSION OF "BEST AND FINAL" OFFERS. | 13. GENERAL CONT'D |
| ALL OFFERS RECEIVED IN RESPONSE TO THE REQUEST FOR "BEST AND FINAL" OFFERS WILL BE INITIALLY EVALUATED TO DETERMINE WHETHER THE OFFERS MEET THE SEISMIC SAFETY AND HANDICAPPED ACCESSIBILITY REQUIREMENTS OF THIS SOLICITATION. IF OFFERS ARE RECEIVED WHICH FULLY MEET BOTH SEISMIC SAFETY AND HANDICAPPED REQUIREMENTS, OTHER OFFERS WHICH DO NOT FULLY MEET THESE REQUIREMENTS WILL NOT BE CONSIDERED UNLESS THE CONTRACTING OFFICER REQUESTS A WAIVER OF HANDICAPPED REQUIREMENTS AND THE ADMINISTRATOR OF GSA GRANTS THE WAIVER IN ACCORDANCE WITH THE ARCHITECTURAL BARRIERS ACT OF 1968, AS AMENDED. | 14. HANDICAPPED AND SEISMIC SAFETY |
| "FULLY MEETS" WITH REGARD TO HANDICAPPED MEANS MEETING ALL OF THE HANDICAPPED REQUIREMENTS OF THIS SOLICITATION. "FULLY MEETS" WITH REGARD TO SEISMIC SAFETY MEANS THE OFFER CONTAINS A CERTIFICATION BY A REGISTERED STRUCTURAL ENGINEER THAT THE BUILDING CONFORMS TO THE SEISMIC REQUIREMENTS FOR NEW CONSTRUCTION OF THE CURRENT (AS OF THE DATE OF THIS SOLICITATION) EDITION OF THE UNIFORM BUILDING CODE (UBC) OR THE 1970 EDITION IF THE LATERAL LOAD RESISTING SYSTEM IS OF STEEL CONSTRUCTION OR THE 1976 EDITION IF THE LATERAL LOAD RESISTING SYSTEM IS OF CONCRETE OR MASONRY CONSTRUCTION. | FULL COMPLIANCE |
| IF NO OFFERS ARE RECEIVED WHICH FULLY MEET BOTH SEISMIC SAFETY AND HANDICAPPED ACCESSIBILITY REQUIREMENTS BUT OFFERS ARE RECEIVED FOR PROPERTIES WHICH SUBSTANTIALLY MEET THE REQUIREMENTS, OTHER OFFERS WHICH DO NOT SUBSTANTIALLY MEET THESE REQUIREMENTS WILL NOT BE CONSIDERED. "SUBSTANTIALLY MEETS" WITH REGARD TO SEISMIC SAFETY MEANS THE OFFEROR HAS PROVIDED AN ANALYSIS BY A REGISTERED STRUCTURAL ENGINEER THAT SPECIFICALLY DESCRIBES ALL EXCEPTIONS TO FULL UBC COMPLIANCE AND A STATEMENT THAT THE BUILDING HAS ADEQUATE STRENGTH TO RESIST THE MAXIMUM CREDIBLE EARTHQUAKE WITHOUT COLLAPSE. STRUCTURAL CALCULATIONS MAY BE REQUIRED. "SUBSTANTIALLY MEETS" AS USED HEREIN WITH RESPECT TO THE HANDICAPPED REQUIREMENTS MEANS THE OFFER COMPLIES WITH THE REQUIREMENTS STATED IN THE FOLLOWING PARAGRAPHS:<br><br>"HANDICAPPED ACCESSIBILITY", SUBPARAGRAPH ON WALKS, PARKING, RAMPS AND ENTRANCES; "DOORS", SUBPARAGRAPH ON INTERIOR DOORS; "STAIRS", SUBPARAGRAPH ON HANDRAILS; "FLOOR AND FLOOR LOAD"; "RESTROOMS", SUBPARAGRAPH ON HANDICAPPED FACILITIES, LAVATORY AND OTHER; "DRINKING FOUNTAINS"; "ELEVATORS", SUBPARAGRAPH ON ENTRANCE AND CALL BUTTONS. | SUBSTANTIAL COMPLIANCE |
| IF NO OFFER MEETS THE MODIFIED HANDICAPPED REQUIREMENTS DESCRIBED ABOVE, THE CONTRACTING OFFICER MAY MAKE AN AWARD CONSISTENT WITH THE OTHER REQUIREMENTS OF THE SOLICITATION WITH DUE CONSIDERATION TO THE EXTENT OFFERS CAN MEET ACCESSIBILITY STANDARDS FOR ENTRANCES, ELEVATORS, TOILETS AND WATER FOUNTAINS. (SEE "OTHER FACTORS" PARAGRAPH BELOW.)<br><br>IF NO OFFER MEETS THE MODIFIED SEISMIC SAFETY REQUIREMENTS DESCRIBED ABOVE, THE CONTRACTING OFFICER WILL MAKE AN AWARD CONSISTENT WITH THE OTHER REQUIREMENTS OF THE SOLICITATION WITH DUE CONSIDERATION TO THE EXTENT OFFERS CAN MEET SEISMIC SAFETY. (SEE "OTHER FACTORS" PARAGRAPH BELOW.) | LESS THAN SUBSTANTIAL |
| AFTER THE INITAIL REVIEW OF "BEST AND FINAL" OFFERS IS COMPLETED AND OFFERS ARE IDENTIFIED FOR FURTHER CONSIDERATION, THE LEASE WILL BE AWARDED TO THE OFFEROR WHOSE OFFER WILL BE MOST ADVANTAGEOUS TO THE GOVERNMENT, PRICE AND OTHER FACTORS CONSIDERED. PRICE IS OF EQUAL IMPORTANCE TO OTHER FACTORS. THE FOLLOWING AWARD FACTOR(S), LISTED IN DESCENDING ORDER OF IMPORTANCE, WILL BE CONSIDERED IN ADDITION TO PRICE:<br><br>SEISMIC SAFETY (WHEN NO OFFER FULLY OR SUBSTANTIALLY MEETS SFO RQMTS).<br><br>HANDICAPPED ACCESSIBILITY (WHEN NO OFFER FULLY OR SUBSTANTIALLY MEETS SFO REQUIREMENTS). | 15. OTHER FACTORS |

158



INITIAL

# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION AWARD FACTORS

15. OTHER FACTORS CONT'D

THE USE OF RENEWABLE ENERGY IN THE OFFERED BUILDING, FOR EXAMPLE SOLAR, WIND, GEOTHERMAL, BIOMASS, AND HYDROPOWER SOURCES.

16. RESERVED

RESERVED.

SECTION: MISCELLANEOUS

17. UNIT COSTS FOR ADJUSTMENTS

SEVERAL PARAGRAPHS IN THIS SFO SPECIFY MEANS FOR DETERMINING QUANTITIES OF MATERIALS. THESE ARE GOVERNMENT PROJECTIONS TO ASSIST THE OFFEROR IN COST ESTIMATING. ACTUAL QUANTITIES MAY NOT BE DETERMINED UNTIL AFTER THE LEASE IS AWARDED AND THE SPACE LAYOUT COMPLETED. TO ENABLE AN EQUITABLE SETTLEMENT IF THE GOVERNMENT LAYOUT DEPARTS FROM THE PROJECTION, THE OFFEROR MUST LIST A UNIT COST FOR EACH OF THESE MATERIALS. GSA WILL USE EACH UNIT COST TO MAKE A LUMP SUM PAYMENT OR RENTAL INCREASE IF THE AMOUNT OF MATERIAL REQUIRED BY THE LAYOUT IS MORE THAN SPECIFIED OR TAKE CREDIT FROM THE INITIAL RENTAL PAYMENT IF THE AMOUNT IS LESS THAN SPECIFIED. OFFERORS ARE REQUIRED TO STATE IN THE OFFER OR ITS ATTACHMENT:

* THE COST PER LINEAR FOOT OF OFFICE SUBDIVIDING CEILING-HIGH PARTITIONING.
* THE COST PER FLOOR MOUNTED DUPLEX ELECTRICAL OUTLET.
* THE COST PER WALL MOUNTED ELECTRICAL OUTLET.
* THE COST PER FLOOR MOUNTED TELEPHONE OUTLET.
* THE COST PER WALL MOUNTED TELEPHONE OUTLET.
* THE COST PER INTERIOR DOOR.

18. ALTERATIONS COSTING $25,000 OR LESS

(A) THE UNIT PRICES WHICH THE OFFEROR IS REQUIRED TO LIST WILL, UPON ACCEPTANCE BY GSA, BE USED DURING THE FIRST YEAR OF THE LEASE TO PRICE ALTERATIONS COSTING $25,000 OR LESS WHICH THE LESSOR IS REQUESTED TO MAKE UNDER THE "ALTERATIONS BY LESSOR" CLAUSE. THESE PRICES MAY BE INDEXED OR RENEGOTIATED TO APPLY TO SUBSEQUENT YEARS OF THE LEASE UPON MUTUAL AGREEMENT OF THE LESSOR AND GOVERNMENT.

(B) WHERE UNIT PRICES FOR ALTERATIONS ARE NOT AVAILABLE, THE LESSOR MAY BE REQUESTED TO PROVIDE A COST PROPOSAL FOR THE ALTERATIONS WORK IN ACCORDANCE WITH THE "CHANGES CLAUSE, GSAR 552.270-21 (PARAGRAPH 14, GSA FORM 3517, GENERAL CLAUSES). SUCH ORDERS WILL BE PLACED BY ISSUANCE OF A GSA FORM 276, SUPPLEMENTAL LEASE AGREEMENT, A GSA FORM 300, ORDER FOR SUPPLIES OR SERVICES, OR A TENANT AGENCY APPROVED FORM. THE CLAUSES ENTITLED "GSAR 552.232-70(D) PAYMENT DUE DATE" AND "GSAR 552.232-72, INVOICE REQUIREMENTS" (PARAGRAPHS 26 AND 27, GSA FORM 3517), APPLY TO ORDERS FOR ALTERATIONS. ALL ORDERS ARE SUBJECT TO THE TERMS AND CONDITIONS OF THIS LEASE.

(C) ORDERS MAY BE PLACED BY THE CONTRACTING OFFICER, THE GSA BUILDINGS MANAGER OR TENANT AGENCY OFFICIALS WHEN SPECIFICALLY AUTHORIZED TO DO SO BY THE CONTRACTING OFFICER. THE CONTRACTING OFFICER WILL PROVIDE THE LESSOR WITH A LIST OF AGENCY OFFICIALS AUTHORIZED TO PLACE ORDERS AND WILL SPECIFY ANY LIMITATIONS ON THE AUTHORITY DELEGATED TO TENANT AGENCY OFFICIALS. THE TENANT AGENCY OFFICIALS ARE NOT AUTHORIZED TO DEAL WITH THE LESSOR ON ANY OTHER MATTERS.

(D) PAYMENTS FOR ALTERATIONS ORDERED BY TENANT AGENCIES WILL BE MADE DIRECTLY BY THE AGENCY PLACING THE ORDER.

159

19. TAX ADJUSTMENT

(A) THE GOVERNMENT SHALL PAY ADDITIONAL RENT FOR ITS SHARE OF



INITIAL

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION MISCELLANEOUS |
|---|---|---|

INCREASES IN REAL ESTATE TAXES OVER TAXES PAID FOR THE CALENDAR YEAR IN WHICH ITS LEASE COMMENCES (BASE YEAR). PAYMENT WILL BE IN A LUMP SUM AND BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING THE MONTH IN WHICH PAID TAX RECEIPTS FOR THE BASE YEAR AND THE CURRENT YEAR ARE PRESENTED, OR THE ANNIVERSARY DATE OF THE LEASE, WHICHEVER IS LATER. THE GOVERNMENT WILL BE RESPONSIBLE FOR PAYMENT ONLY IF THE RECEIPTS ARE SUBMITTED WITHIN 60 CALENDAR DAYS OF THE DATE THE TAX PAYMENT IS DUE. IF NO FULL TAX ASSESSMENT IS MADE DURING THE CALENDAR YEAR IN WHICH THE GOVERNMENT LEASE COMMENCES, THE BASE YEAR WILL BE THE FIRST YEAR OF A FULL ASSESSMENT.

GSAR 552.270-24 (JUNE 1985)
19. TAX ADJUSTMENT CONT'D

(B) THE GOVERNMENT'S SHARE OF THE TAX INCREASE WILL BE BASED ON THE RATIO OF THE SQUARE FEET OCCUPIED BY THE GOVERNMENT TO THE TOTAL RENTABLE SQUARE FEET IN THE BUILDING. IF THE GOVERNMENT'S LEASE TERMINATES BEFORE THE END OF A CALENDAR YEAR, PAYMENT WILL BE BASED ON THE PERCENTAGE OF THE YEAR IN WHICH THE GOVERNMENT OCCUPIED SPACE. THE PAYMENT WILL NOT INCLUDE PENALTIES FOR NON PAYMENT OR DELAY IN PAYMENT. IF THERE IS ANY VARIANCE BETWEEN THE ASSESSED VALUE OF THE GOVERNMENT'S SPACE AND OTHER SPACE IN THE BUILDING, THE GOVERNMENT MAY ADJUST THE BASIS FOR DETERMINING ITS SHARE OF THE TAX INCREASE.

(C) THE GOVERNMENT MAY CONTEST THE TAX ASSESSMENT BY INITIATING LEGAL PROCEEDINGS ON BEHALF OF THE GOVERNMENT AND THE LESSOR OR THE GOVERNMENT ALONE. IF THE GOVERNMENT IS PRECLUDED FROM TAKING LEGAL ACTION, THE LESSOR SHALL CONTEST THE ASSESSMENT UPON REASONABLE NOTICE BY THE GOVERNMENT. THE GOVERNMENT SHALL REIMBURSE THE LESSOR FOR ALL COSTS AND SHALL EXECUTE ALL DOCUMENTS REQUIRED FOR THE LEGAL PROCEEDINGS. THE LESSOR SHALL AGREE WITH THE ACCURACY OF THE DOCUMENTS. THE GOVERNMENT SHALL RECEIVE ITS SHARE OF ANY TAX REFUND. IF THE GOVERNMENT ELECTS TO CONTEST THE TAX ASSESSMENT, PAYMENT OF THE ADJUSTED RENT SHALL BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING CONCLUSION OF THE APPEAL PROCEEDINGS.

(D) IN THE EVENT OF ANY DECREASES IN REAL ESTATE TAXES OCCURRING DURING THE TERM OF OCCUPANCY UNDER THE LEASE, THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY. THE AMOUNT OF ANY SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

20. OPERATING COSTS
GSAR 552.270-23 (JUNE 1985)

(A) BEGINNING WITH THE SECOND YEAR OF THE LEASE AND EACH YEAR AFTER, THE GOVERNMENT SHALL PAY ADJUSTED RENT FOR CHANGES IN COSTS FOR CLEANING SERVICES, SUPPLIES, MATERIALS, MAINTENANCE, TRASH REMOVAL, LANDSCAPING, WATER, SEWER CHARGES, HEATING, ELECTRICITY, AND CERTAIN ADMINISTRATIVE EXPENSES ATTRIBUTABLE TO OCCUPANCY. APPLICABLE COSTS LISTED ON GSA FORM 1217, LESSOR'S ANNUAL COST STATEMENT, WHEN NEGOTIATED AND AGREED UPON, WILL BE USED TO DETERMINE THE BASE RATE FOR OPERATING COSTS ADJUSTMENT.

(B) THE AMOUNT OF ADJUSTMENT WILL BE DETERMINED BY MULTIPLYING THE BASE RATE BY THE PERCENT OF CHANGE IN THE COST OF LIVING INDEX. THE PERCENT CHANGE WILL BE COMPUTED BY COMPARING THE INDEX FIGURE PUBLISHED FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE WITH THE INDEX FIGURE PUBLISHED FOR THE MONTH WHICH BEGINS EACH SUCCESSIVE 12-MONTH PERIOD. FOR EXAMPLE, A LEASE WHICH COMMENCES IN JUNE OF 1985 WOULD USE THE INDEX PUBLISHED FOR MAY OF 1985 AND THAT FIGURE WOULD BE COMPARED WITH THE INDEX PUBLISHED FOR MAY OF 1986, MAY OF 1987, AND SO ON, TO DETERMINE THE PERCENT CHANGE. THE COST OF LIVING INDEX WILL BE MEASURED BY THE U.S. DEPARTMENT OF LABOR REVISED CONSUMER PRICE INDEX FOR WAGE EARNERS AND CLERICAL WORKERS, U.S. CITY AVERAGE, ALL ITEMS FIGURE, (1967=100) PUBLISHED BY THE BUREAU OF LABOR STATISTICS. PAYMENT WILL BE MADE WITH THE MONTHLY INSTALLMENT OF FIXED RENT. RENTAL ADJUSTMENTS WILL BE EFFECTIVE ON THE ANNIVERSARY DATE OF THE LEASE. PAYMENT OF THE ADJUSTED RENTAL RATE WILL BECOME DUE ON THE FIRST WORKDAY OF THE SECOND MONTH FOLLOWING THE PUBLICATION OF THE COST OF LIVING INDEX FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE.

160

(C) IF THE GOVERNMENT EXERCISES AN OPTION TO EXTEND THE LEASE TERM AT THE SAME RATE AS THAT OF THE ORIGINAL TERM, THE OPTION PRICE WILL BE BASED ON THE ADJUSTMENT DURING THE ORIGINAL TERM. ANNUAL ADJUSTMENTS WILL CONTINUE.

| SOLICITATION FOR OFFERS | SFO GS-09B-88764 | SECTION MISCELLANEOUS |
|---|---|---|

(D) IN THE EVENT OF ANY DECREASES IN THE COST OF LIVING INDEX OCCURRING DURING THE TERM OF OCCUPANCY UNDER THE LEASE, THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY. THE AMOUNT OF SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

(E) THE OFFER MUST CLEARLY STATE WHETHER THE RENTAL IS FIRM THROUGHOUT THE TERM OF THE LEASE OR IF IT IS SUBJECT TO ANNUAL ADJUSTMENT OF OPERATING COSTS AS INDICATED ABOVE. IF OPERATING COSTS WILL BE SUBJECT TO ADJUSTMENT, IT SHOULD BE SPECIFIED ON BLOCK 19 OF GSA FORM 1364, PROPOSAL TO LEASE SPACE, CONTAINED ELSEWHERE IN THIS SOLICITATION.

20. OPERATING COSTS CONT'D

21. NET USABLE SPACE

NET USABLE SPACE IS THE METHOD OF MEASUREMENT FOR THE AREA FOR WHICH GSA WILL PAY A SQUARE FOOT RATE. IT IS DETERMINED AS FOLLOWS:

IF THE SPACE IS ON A SINGLE TENANCY FLOOR, COMPUTE THE INSIDE GROSS AREA BY MEASURING BETWEEN THE INSIDE FINISH OF THE PERMANENT EXTERIOR BUILDING WALLS OR FROM THE FACE OF THE CONVECTORS (PIPES OR OTHER WALL-HUNG FIXTURES) IF THE CONVECTOR OCCUPIES AT LEAST 50 PERCENT OF THE LENGTH OF EXTERIOR WALLS.

IF THE SPACE IS ON A MULTIPLE TENANCY FLOOR, MEASURE FROM THE EXTERIOR BUILDING WALLS AS ABOVE AND TO THE ROOM SIDE FINISH OF THE FIXED CORRIDOR AND SHAFT WALLS AND/OR THE CENTER OF TENANT-SEPARATING PARTITIONS.

IN ALL MEASUREMENTS, MAKE NO DEDUCTIONS FOR COLUMNS AND PROJECTIONS ENCLOSING THE STRUCTURAL ELEMENTS OF THE BUILDING AND DEDUCT THE FOLLOWING FROM THE GROSS AREA INCLUDING THEIR ENCLOSING WALLS:

TOILETS AND LOUNGES,
STAIRWELLS,
ELEVATORS AND ESCALATOR SHAFTS,
BUILDING EQUIPMENT AND SERVICE AREAS,
ENTRANCE AND ELEVATOR LOBBIES,
STACKS AND SHAFTS, AND
CORRIDORS IN PLACE OR REQUIRED BY LOCAL CODES
AND ORDINANCES.

UNLESS OTHERWISE NOTED, ALL REFERENCES IN THIS SOLICITATION TO SQUARE FEET SHALL MEAN NET USABLE SQUARE FEET.

22. APPURTENANT AREAS

THE RIGHT TO USE APPURTENANT AREAS AND FACILITIES IS INCLUDED.

23. ADJUSTMENT FOR VACANT PREMISES GSAR 552.270-25 (JUNE 1985)

IF THE GOVERNMENT FAILS TO OCCUPY ANY PORTION OF THE LEASED PREMISES OR VACATES THE PREMISES IN WHOLE OR IN PART PRIOR TO EXPIRATION OF THE FIRM TERM OF THE LEASE, THE RENTAL RATE SHALL BE REDUCED AS FOLLOWS:

THE RATE SHALL BE REDUCED BY THAT PORTION OF THE COSTS PER SQUARE FOOT OF OPERATING EXPENSES NOT REQUIRED TO MAINTAIN THE SPACE. SAID REDUCTION SHALL OCCUR AFTER THE GOVERNMENT GIVES 30 DAYS PRIOR NOTICE TO THE LESSOR, AND SHALL CONTINUE IN EFFECT UNTIL THE GOVERNMENT OCCUPIES THE PREMISES OR THE LEASE EXPIRES OR IS TERMINATED.

161

SECTION: GENERAL ARCHITECTURAL

24. WORK PERFORMANCE

ALL WORK IN PERFORMANCE OF THIS LEASE MUST BE DONE BY SKILLED WORKERS OR MECHANICS AND BE ACCEPTABLE TO THE CONTRACTING OFFICER.

25. BUILDING SYSTEMS CERTIFICATION

WHENEVER REQUESTED, THE LESSOR SHALL FURNISH AT NO COST TO GSA A CERTIFICATION BY A REGISTERED PROFESSIONAL ENGINEER(S) THAT THE BUILDING AND ITS SYSTEMS AS DESIGNED AND CONSTRUCTED WILL SATISFY THE REQUIREMENTS OF THIS LEASE.



INITIAL

**26. PLANS: AFTER OCCUPANCY**

WITHIN 30 DAYS AFTER OCCUPANCY, ONE-EIGHTH INCH AS-BUILT REPRODUCIBLE FULL FLOOR PLANS SHOWING THE SPACE UNDER LEASE AS WELL AS CORRIDORS AND CORE AREAS MUST BE PROVIDED TO THE CONTRACTING OFFICER.

**27. FLOORS AND FLOOR LOAD**

ALL ADJOINING FLOOR AREAS MUST BE OF A COMMON LEVEL, NON SLIP, AND ACCEPTABLE TO THE CONTRACTING OFFICER. UNDERFLOOR SURFACES MUST BE SMOOTH AND LEVEL. OFFICE AREAS SHALL HAVE A MINIMUM LIVE LOAD CAPACITY OF 50 POUNDS PER SQUARE FOOT LIVE LOAD PLUS 20 POUNDS PER SQUARE FOOT FOR MOVABLE PARTITIONS. STORAGE AREAS SHALL HAVE A MINIMUM LIVE LOAD CAPACITY OF 100 POUNDS PER SQUARE FOOT INCLUDING MOVABLE PARTITIONS. WRITTEN CERTIFICATION OF THE FLOOR LOAD CAPACITY, AT NO COST TO THE GOVERNMENT, BY A REGISTERED PROFESSIONAL ENGINEER MAY BE REQUIRED. CALCULATIONS AND STRUCTURAL DRAWINGS MAY ALSO BE REQUIRED.

**28. EXITS & ACCESS**

ALL EXITS, STAIRS, CORRIDORS, AISLES, AND PASSAGEWAYS THAT MAY BE USED BY THE GOVERNMENT SHALL COMPLY WITH NFPA STANDARD NO. 101. VESTIBULES SHALL BE PROVIDED AT PUBLIC ENTRANCES AND EXITS WHEREVER WEATHER CONDITIONS AND HEAT LOSS ARE IMPORTANT FACTORS FOR CONSIDERATION. IN THE EVENT OF NEGATIVE AIR PRESSURE CONDITIONS, PROVISIONS SHALL BE MADE FOR EQUALIZING AIR PRESSURE.

**29. WINDOWS**

OFFICE SPACE MUST HAVE WINDOWS IN EACH EXTERIOR BAY UNLESS WAIVED BY THE CONTRACTING OFFICER.

ALL WINDOWS SHALL BE WEATHERTIGHT. OPENING WINDOWS MUST BE EQUIPPED WITH LOCKS. WINDOWS EXTENDING 18 INCHES FROM THE FLOOR AND LOCATED AT LEAST 4 FEET ABOVE GRADE SHALL BE PROVIDED WITH A SAFETY BAR ON THE INTERIOR WINDOW APPROXIMATELY 3 FEET ABOVE FLOOR LEVEL.

**30. WINDOWS: ANTI-INTRUSION**

OFF-STREET, GROUND-LEVEL WINDOWS AND THOSE ACCESSIBLE FROM FIRE ESCAPES AND ADJACENT ROOFS MUST HAVE EXTERIOR GRILLES OR ANTI-INTRUSION ALARM SYSTEMS TO DETER FORCIBLE ENTRY.

**31. HANDICAPPED ACCESSIBILITY: PARKING**

IF PARKING IS PROVIDED, THEN AT LEAST ONE OR UP TO FOUR PERCENT OF THOSE SPACES CLOSEST TO THE BUILDING SHOULD BE DESIGNATED FOR USE BY THE PHYSICALLY HANDICAPPED. THESE SPACES SHALL BE AT LEAST EIGHT FEET WIDE WITH A FIVE-FOOT-WIDE ACCESS AISLE TO WALKS AND RAMPS. TWO SPACES MAY SHARE A COMMON AISLE. THESE SPACES SHOULD BE DESIGNED SO THE DISABLED ARE NOT COMPELLED TO WHEEL OR WALK BEHIND PARKED CARS. IF NECESSARY, CURB CUTS OR RAMPS SHALL BE PROVIDED.

**WALKS**

AT LEAST ONE ACCESSIBLE ROUTE HAVING NO STEPS OR ABRUPT CHANGES IN LEVEL SHALL BE PROVIDED FROM THE ACCESSIBLE PARKING SPACE(S), PUBLIC SIDEWALK(S) AND TRANSPORTATION STOP(S), IF PROVIDED, INTO EACH ACCESSIBLE PRIMARY BUILDING ENTRANCE. PUBLIC WALKS IN THESE ACCESS PATHS SHOULD BE AT LEAST 36 INCHES WIDE WITH A SLOPE NO GREATER THAN ONE FOOT RISE IN 20 FEET. IF AN ACCESSIBLE WALK IS LESS THAN 60 INCHES IN WIDTH THEN IT SHALL HAVE LEVEL PASSING ZONES, SPACED AT NO MORE THAN 200 FEET APART, MEASURING A MINIMUM OF 60 INCHES BY 60 INCHES. THEY SHALL BE STABLE, FIRM AND SLIP RESISTANT. CHANGES IN LEVEL UP TO 1/4 INCH MAY BE VERTICAL AND WITHOUT EDGE TREATMENT. LEVEL CHANGES BETWEEN 1/4 INCH AND LESS THAN 1/2 INCH SHALL BE BEVELED WITH A SLOPE NO GREATER THAN 1:2. CHANGES EXCEEDING 1/2 INCH SHALL BE TREATED AS A RAMP. WHENEVER POSSIBLE, GRATINGS SHOULD NOT BE LOCATED WITHIN OR ALONG WALKS. WALKS SHALL HAVE A LEVEL PLATFORM AT THE TOP IN ACCORDANCE WITH "DOORS: MANEUVERING CLEARANCE".

**RAMPS**

WHERE RAMPS ARE NECESSARY OR DESIRED, THEY SHALL BE OF A NON-SLIP SURFACE, WITH A SLOPE NO GREATER THAN ONE FOOT RISE IN 12 FEET. THEY MUST HAVE A MINIMUM CLEAR WIDTH OF 3 FEET WITH LEVEL LANDINGS AT THE TOP AND BOTTOM OF EACH RAMP RUN. EACH LANDING SHALL BE AS WIDE AS THE WIDEST RAMP RUN LEADING INTO IT. LANDINGS ON A STRAIGHT RUN RAMP SHALL BE 5 FEET MINIMUM. INTERMEDIATE LANDINGS FOR TURNING RAMPS SHALL BE A MINIMUM OF 5 FEET BY 5 FEET. CONTINUOUS HANDRAILS SHALL BE PROVIDED ON BOTH SIDES OF ALL RAMPS WITH A VERTICAL RISE GREATER THAN 6 INCHES. RAMPS WITH VERTICAL DROP-OFFS GREATER THAN 6 INCHES SHALL HAVE CURBS, WALLS, RAILINGS OR PROJECTING SURFACES.

162

**ENTRANCES**

AT LEAST ONE MAIN ENTRANCE SHALL BE ACCESSIBLE. IT SHALL BE CONNECTED

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION GENERAL ARCHITECTURAL |
|---|---|---|

BY AN ACCESSIBLE WALK TO HANDICAPPED PARKING, PUBLIC STREET(S), ACCESSIBLE ELEVATOR(S), AND OTHER ACCESSIBLE ELEMENTS AND SPACES THROUGHOUT THE BUILDING. IF POWER-OPERATED ENTRANCE DOORS ARE PROVIDED, THEY SHALL COMPLY WITH ANSI 156.10 (1979). WHERE VESTIBULES ARE PROVIDED, DOORS IN A SERIES, IN A STRAIGHT LINE, SHALL SWING IN THE SAME DIRECTION AND BE AT A DISTANCE OF 48 INCHES PLUS THE WIDTH OF ANY DOOR SWINGING INTO THE SPACE. — 31. HANDICAPPED ACCESSIBILITY: CONT'D

**STAIRS**

IF FLOORS ARE SERVICED BY AN ACCESSIBLE ELEVATOR, STAIRS CONNECTING THESE FLOORS NEED NOT MEET THE ACCESSIBILITY REQUIREMENTS IN "STAIRS" AND "HANDRAILS".

ALL STEPS ON A SINGLE FLIGHT OF STAIRS SHALL HAVE UNIFORM RISER HEIGHTS AND UNIFORM TREAD WIDTHS. OPEN RISER STAIRS ARE NOT PERMITTED.

STAIR TREADS SHALL NOT HAVE ABRUPT NOSING. THE RADIUS OF CURVATURE AT THE LEADING EDGE OF THE TREAD SHALL BE NO GREATER THAN 1/2 INCH. THE MAXIMUM NOSING PROJECTION SHALL BE NO GREATER THAN 1-1/2 INCH.

**HANDRAILS**

STAIRS SHALL HAVE CONTINUOUS HANDRAILS ON BOTH SIDES THAT EXTEND A MINIMUM OF 12 INCHES ON ONE SIDE BEYOND THE TOP RISER AND 12 INCHES PLUS THE WIDTH OF ONE TREAD ON ONE SIDE BEYOND THE BOTTOM RISER. AT THE TOP, THE 12 INCH EXTENSION SHALL BE PARALLEL WITH THE FLOOR. AT THE BOTTOM, THE HANDRAIL SHALL CONTINUE TO SLOPE FOR A DISTANCE OF ONE FLOOR TREAD WIDTH FROM THE BOTTOM RISER WITH THE 12 INCH REMAINDER BEING HORIZONTAL AND PARALLEL WITH THE FLOOR. CARE SHOULD BE USED SO THE EXTENSION ITSELF DOES NOT PRESENT A HAZARD.

## SECTION: ARCHITECTURAL FINISHES

**32. LAYOUT AND FINISHES**

ALL REQUIRED FINISH SELECTION SAMPLES MUST BE PROVIDED WITHIN 15 DAYS OF THE REQUEST FOR SUCH BY THE CONTRACTING OFFICER. GSA SHALL DELIVER LAYOUT DRAWINGS AND NECESSARY FINISH SELECTIONS TO THE LESSOR WITHIN N/A DAYS AFTER AWARD OR AFTER RECEIPT OF PLANS AND SAMPLES, WHICHEVER IS LATER.

**33. CEILINGS**

CEILINGS MUST BE AT LEAST 8'0" AND NO MORE THAN 11'0" CLEAR FROM FLOOR TO THE LOWEST OBSTRUCTION. WITH THE EXCEPTION OF SERVICE AREAS, THEY MUST HAVE ACOUSTICAL TREATMENT ACCEPTABLE TO THE CONTRACTING OFFICER, A FLAMESPREAD OF 25 OR LESS, AND A SMOKE DEVELOPED RATING OF 50 OR LESS (ASTM E-84). PROTRUSIONS OF FIXTURES INTO TRAFFIC WAYS SHALL BE AVOIDED. IN BUILDINGS PROTECTED THROUGHOUT BY A SPRINKLER SYSTEM MEETING THE GOVERNMENT'S APPROVAL, CEILING AS WELL AS PARTITION FINISHES MAY HAVE FLAMESPREAD AND SMOKE DEVELOPMENT LIMITS OF 200, IN LIEU OF 25 FOR THE FLAMESPREAD AND 50 FOR SMOKE DEVELOPMENT (ASTM E-84).

**34. PAINTING**

PRIOR TO OCCUPANCY ALL SURFACES DESIGNATED BY GSA FOR PAINTING MUST BE NEWLY PAINTED IN COLORS ACCEPTABLE TO GSA. ALL PAINTED SURFACES, INCLUDING ANY PARTITIONING INSTALLED BY THE GOVERNMENT OR LESSOR AFTER GOVERNMENT OCCUPANCY, MUST BE REPAINTED AFTER WORKING HOURS AT LESSOR EXPENSE AT LEAST EVERY 5 YEARS. THIS INCLUDES MOVING AND RETURN OF FURNITURE. PUBLIC AREAS MUST BE PAINTED AT LEAST EVERY THREE YEARS.

**35. DOORS: EXTERIOR**

EXTERIOR DOORS SHALL BE WEATHERTIGHT, EQUIPPED WITH AUTOMATIC DOOR CLOSERS AND OPEN OUTWARD.

**36. DOORS: INTERIOR**

DOORS MUST HAVE A MINIMUM OPENING OF 32 INCHES BY 80 INCHES. HOLLOW CORE WOOD DOORS ARE NOT ACCEPTABLE. THEY SHALL BE OPERABLE BY A SINGLE EFFORT AND MUST BE IN ACCORDANCE WITH NATIONAL BUILDING CODE REQUIREMENTS. THEY WILL BE PROVIDED AT A RATIO OF AS IS.

163

**37. DOORS: MANEUVERING CLEARANCES**

THE WALK LANDING OR FLOOR AREA FOR DOORS THAT OPEN ONTO WALKWAYS, RAMPS, CORRIDORS, AND OTHER PEDESTRIAN PATHS OF TRAVEL, SHALL BE CLEAR AND LEVEL, WITH A SLOPE NO GREATER THAN 1:50 AND EXTEND A MINIMUM OF 5 FEET FROM THE SWING SIDE OF THE DOOR, 4 FEET FROM THE OPPOSITE SIDE,

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

AND A MINIMUM OF 1-1/2 FEET PAST THE LATCH SIDE(PULL SIDE) AND A MINIMUM OF 1 FOOT PAST THE LATCH SIDE(PUSH SIDE) OF THE DOOR.

37. DOORS: MANEUVERING CLEARANCES CONT'D

DOORS MUST HAVE HEAVY DUTY HARDWARE WITH HARDWARE STOPS. ALL PUBLIC USE DOORS MUST BE EQUIPPED WITH PUSH PLATES OR MUST BE FLUSH UP TO A MINIMUM HEIGHT OF 9 INCHES MEASURED FROM THE FLOOR, PULL BARS OR HANDLES, AND AUTOMATIC DOOR CLOSERS. CORRIDOR AND OUTSIDE DOORS MUST BE EQUIPPED WITH CYLINDER LOCKS AND DOOR CHECKS. ALL LOCKS MUST BE MASTER KEYED. THE GOVERNMENT MUST BE FURNISHED AT LEAST TWO MASTER KEYS AND TWO KEYS FOR EACH LOCK. HARDWARE FOR DOORS IN THE MEANS OF EGRESS SHALL CONFORM TO NFPA STANDARD NO. 101.

38. DOORS: HARDWARE

DOOR IDENTIFICATION SHALL BE INSTALLED IN APPROVED LOCATIONS ADJACENT TO OFFICE ENTRANCES. THE FORM OF DOOR IDENTIFICATION MUST BE APPROVED BY THE CONTRACTING OFFICER. TOILET, STAIRWAY, AND CORRIDOR DOORS MUST BE IDENTIFIED BY THE INTERNATIONAL SYMBOL OF ACCESSIBILITY AT A HEIGHT OF 54 TO 66 INCHES ABOVE THE FLOOR, AND WHEREVER POSSIBLE, MOUNTED ON THE WALL AT THE LATCH SIDE OF THE DOOR. SELDOM-USED DOORS TO AREAS POSING DANGER TO THE BLIND MUST HAVE KNURLED OR ACCEPTABLE PLASTIC ABRASIVE COATED HANDLES. TACTILE WARNING INDICATORS SHALL NOT BE USED TO IDENTIFY EXIT STAIRS.

39. DOORS: IDENTIFICATION

PARTITIONS AND DIVIDERS MUST BE PROVIDED AS OUTLINED BELOW. PARTITIONING REQUIREMENTS MAY BE MET WITH EXISTING PARTITIONS IF THEY MEET THE GOVERNMENT'S STANDARDS AND LAYOUT REQUIREMENTS.

40. PARTITIONS: GENERAL

PERMANENT PARTITIONS MUST BE PROVIDED AS NECESSARY TO SURROUND STAIRS, CORRIDORS, ELEVATOR SHAFTS, TOILET ROOMS AND JANITOR CLOSETS. THEY SHALL HAVE A FLAMESPREAD RATING OF 25 OR LESS AND A SMOKE DEVELOPED RATING OF 50 OR LESS (ASTM E-84 TEST). STAIRS, ELEVATORS, AND OTHER FLOOR OPENINGS SHALL BE ENCLOSED BY PARTITIONS AND HAVE THE FIRE RESISTANCE REQUIRED BY NFPA NO. 101. THEY SHALL EXTEND FROM THE STRUCTURAL FLOOR SLAB TO THE STRUCTURAL CEILING SLAB.

41. PARTITIONS: PERMANENT

OFFICE SUBDIVIDING PARTITIONS SHALL COMPLY WITH THE UNIFORM BUILDING CODE (UBC) AND LOCAL REQUIREMENTS. THEY MUST BE PROVIDED AT A RATIO OF ONE LINEAR FOOT FOR EACH // SQUARE FEET OF SPACE PROVIDED. PARTITIONING OVER INTERIOR OFFICE DOORS IS INCLUDED IN THE MEASUREMENT. THEY MUST EXTEND FROM THE FINISHED FLOOR TO THE FINISHED CEILING AND HAVE A FLAMESPREAD RATING OF 25 OR LESS AND A SMOKE DEVELOPED RATING OF 50 OR LESS (ASTM E-84-TEST).

42. PARTITIONS: SUBDIVIDING

PARTITIONS MAY BE PREFINISHED OR TAPED AND PAINTED. HVAC MUST BE REBALANCED AND LIGHTING REPOSITIONED AS APPROPRIATE AFTER INSTALLATION OF PARTITIONS.

FLOOR COVERING MAY BE EITHER RESILIENT FLOORING OR CARPET, EXCEPT AS OTHERWISE SPECIFIED IN THIS SOLICITATION. FLOOR PERIMETERS AT PARTITIONS MUST HAVE WOOD, RUBBER, VINYL, OR CARPET BASE. ANY EXCEPTIONS MUST BE APPROVED BY THE CONTRACTING OFFICER.

43. FLOOR COVERING AND PERIMETERS

TERRAZO, UNGLAZED CERAMIC TILE, AND/OR QUARRY TILE SHALL BE USED IN ALL TOILET AND SERVICE AREAS UNLESS ANOTHER COVERING IS APPROVED BY THE CONTRACTING OFFICER.

44. TOILET AND SERVICE AREAS

RESILIENT FLOORING SHALL COVER AS IS. SAMPLES MUST BE APPROVED BY THE CONTRACTING OFFICER.

45. RESILIENT FLOORING

THE FLOORING SHALL BE REPLACED BY THE LESSOR AT NO COST TO THE GOVERNMENT PRIOR TO OR DURING GOVERNMENT OCCUPANCY WHEN IT HAS:

REPLACEMENT

* CURLS, UPTURNED EDGES, OR OTHER NOTICEABLE VARIATIONS IN TEXTURE.

164

CARPET OR CARPET TILES SHALL COVER AS IS. THE USE OF EXISTING CARPET MAY BE APPROVED BY THE CONTRACTING OFFICER. HOWEVER, EXISTING CARPET MUST BE SHAMPOOED BEFORE OCCUPANCY AND MUST MEET THE STATIC BUILDUP AND FLAMMABILITY REQUIREMENTS FOR NEW CARPET WHICH FOLLOW IN THIS PARAGPAPH.

46. CARPET

# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION ARCHITECTURAL FINISHES

46. CARPET CONT'D

IF THE CARPET WILL BE NEWLY INSTALLED, THE FOLLOWING SPECIFICATIONS MUST BE MET:

PHYSICAL REQUIREMENTS

* PILE YARN CONTENT : CONTINUOUS FILAMENT SOIL-HIDING NYLON, WOOL/NYLON, OR OLEFIN COMBINATIONS.
* CARPET PILE CONSTRUCTION: LEVEL LOOP, TEXTURED LOOP, LEVEL CUT PILE, OR LEVEL CUT/UNCUT PILE.
* PILE WEIGHT: 28 OUNCES PER SQUARE YARD MINIMUM.
* SECONDARY BACK: SYNTHETIC FIBER OR JUTE FOR GLUE-DOWN INSTALLATION.
* TOTAL WEIGHT: 64 OUNCES PER SQUARE YARD MINIMUM.
* FLAMMABILITY: CARPET IN UNSPRINKLERED CORRIDORS AND EXITS SHALL HAVE A CRITICAL RADIANT FLUX OF 0.22 OR GREATER (NFPA STANDARD NO. 253). ALL CARPET NOT IN CORRIDORS SHALL PASS CONSUMER PRODUCTS SAFETY COMMISSION FFL-70 (PILL TEST).
* STATIC BUILDUP: 3.5 KV MAXIMUM WITH BUILT-IN STATIC DISSIPATION IS RECOMMENDED, "STATIC-CONTROLLED" IS ACCEPTABLE.

SAMPLES

WHEN CARPET MUST BE NEWLY INSTALLED OR CHANGED, THE OFFEROR SHALL PROVIDE THE GOVERNMENT A MINIMUM OF SIX (6) COLOR SAMPLES. THE SAMPLE AND COLOR MUST BE APPROVED BY GSA PRIOR TO INSTALLATION. NO SUBSTITUTES MAY BE MADE BY THE OFFEROR AFTER SAMPLE SELECTION.

INSTALLATION

CARPET MUST BE INSTALLED IN ACCORDANCE WITH MANUFACTURING INSTRUCTIONS TO LAY SMOOTHLY AND EVENLY.

REPLACEMENT

CARPET SHALL BE REPLACED AT LEAST EVERY 10 YEARS DURING GOVERNMENT OCCUPANCY OR ANY TIME DURING THE LEASE WHEN:

* BACKING OR UNDERLAYMENT IS EXPOSED.
* THERE ARE NOTICEABLE VARIATIONS IN SURFACE COLOR OR TEXTURE.

REPLACEMENT INCLUDES MOVING AND RETURN OF FURNITURE.

47. WINDOW COVERING

ALL EXTERIOR WINDOWS SHALL BE EQUIPPED WITH WINDOW BLINDS OR LINED DRAPERIES.

BLINDS MAY BE EITHER VERTICAL OR HORIZONTAL WITH METAL OR VINYL SLATS. THEY MUST HAVE NONCORRODING MECHANISMS AND SYNTHETIC TAPES. COLOR SELECTION WILL BE MADE BY THE CONTRACTING OFFICER.

DRAPERY FABRIC MUST BE FLAME RETARDANT. FABRICS SHALL BE LINED WITH EITHER WHITE OR OFF-WHITE PLAIN LINING FABRIC SUITED TO THE DRAPERY FABRIC WEIGHT. DRAPERY FABRIC SHALL CONFORM TO NFPA STANDARD NO. 701. DRAPERIES SHALL BE EITHER FLOOR-, APRON-, OR SILL-LENGTH, AS SPECIFIED BY THE GOVERNMENT, AND SHALL BE WIDE ENOUGH TO COVER WINDOW AND TRIM. DRAPERIES SHALL BE HUNG WITH DRAPERY HOOKS ON WELL-ANCHORED HEAVY DUTY TRAVERSE RODS. TRAVERSE RODS SHALL DRAW FROM EITHER THE CENTER, RIGHT OR LEFT SIDE.

CONSTRUCTION

IF DRAPERIES WILL BE NEWLY INSTALLED, THEY MUST BE MADE AS FOLLOWS:

165

* 100 PERCENT FULLNESS, INCLUDING OVERLAP, ONE-AND-ONE-HALF-INCH SIDE HEMS AND NECESSARY RETURNS.
* FOUR-INCH DOUBLE HEADINGS TURNED OVER A FOUR-INCH PERMANENTLY FINISHED STIFFENER.
* ONE-AND-ONE-HALF-INCH DOUBLED SIDE HEMS; FOUR-INCH DOUBLED AND BLIND STITCHED BOTTOM HEMS.



INITIAL

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

47. WINDOW COVERING CONT'D

* THREE-FOLD PINCH PLEATS.
* SAFETY STITCHED INTERMEDIATE SEAMS.
* EXCEPT FOR FIBERGLASS,WEIGHTED BOTTOMS.
* MATCHED PATTERNS.
* TACKED CORNERS.
* NO RAW EDGES OR EXPOSED SEAMS.

USE OF EXISTING DRAPERIES MUST BE APPROVED BY THE CONTRACTING OFFICER.

SAMPLES

A MINIMUM OF THREE PATTERNS AND COLORS SHALL BE MADE AVAILABLE TO THE GOVERNMENT FOR SELECTION; SHADING OF SAMPLE FABRIC SHALL NOT VARY MARKEDLY FROM THAT OF THE FINAL PRODUCT.

48. BUILDING DIRECTORY

A TAMPER PROOF DIRECTORY WITH LOCK SHALL BE PROVIDED IN THE BUILDING LOBBY LISTING ALL GOVERNMENT AGENCIES. IT MUST BE ACCEPTABLE TO THE CONTRACTING OFFICER.

49. FLAGPOLE

IF THE GOVERNMENT IS THE SOLE OCCUPANT OF THE BUILDING, A FLAGPOLE SHALL BE PROVIDED AT A LOCATION TO BE APPROVED BY THE CONTRACTING OFFICER. THE FLAG WILL BE PROVIDED BY THE GOVERNMENT. THIS REQUIREMENT MAY BE WAIVED IF DETERMINED INAPPROPRIATE BY GSA.

SECTION: MECHANICAL, ELECTRICAL, PLUMBING

50. GENERAL

THE LESSOR SHALL PROVIDE AND OPERATE ALL BUILDING EQUIPMENT AND SYSTEMS IN ACCORDANCE WITH APPLICABLE TECHNICAL PUBLICATIONS, MANUALS, AND STANDARD PROCEDURES. MAINS, LINES, AND METERS FOR UTILITIES SHALL BE PROVIDED BY THE LESSOR. EXPOSED DUCTS, PIPING, AND CONDUITS ARE NOT PERMITTED IN OFFICE SPACE.

51. DRINKING FOUNTAINS

THE LESSOR SHALL PROVIDE A MINIMUM OF ONE DRINKING FOUNTAIN ON EACH FLOOR OF OFFICE SPACE LOCATED SO NO PERSON WILL HAVE TO TRAVEL MORE THAN 150 FEET TO REACH IT. THE WATER SHALL BE CHILLED. ALL WATER FOUNTAINS SHALL BE ACCESSIBLE TO AND USABLE BY THE PHYSICALLY DISABLED. THEY SHALL HAVE AN UPFRONT SPOUT AND CONTROL WHICH IS LOCATED NO HIGHER THAN 36 INCHES ABOVE THE FINISHED FLOOR. CONTROLS SHALL BE HAND OR HAND AND FOOT OPERATED. CONVENTIONAL FLOOR MOUNTED WATER FOUNTAINS CAN BE SERVICEABLE TO INDIVIDUALS IN WHEELCHAIRS IF A CLEAR FLOOR SPACE OF 30 INCHES BY 48 INCHES IS PROVIDED ADJACENT TO THE FOUNTAIN. A WALL MOUNTED HAND OPERATED COOLER MAY SERVE THE ABLE BODIED AND PHYSICALLY DISABLED EQUALLY WELL WHEN THE BUBBLER IS MOUNTED NO HIGHER THAN 36 INCHES AND THERE IS CLEAR KNEE SPACE BETWEEN THE BOTTOM OF THE APRON OF THE COOLER AND THE FLOOR AT LEAST 27 INCHES HIGH, 30 INCHES WIDE AND 17 TO 19 INCHES DEEP. A FULLY RECESSED WATER FOUNTAIN IS NOT RECOMMENDED. THE WATER FOUNTAIN SHOULD NOT BE SET INTO AN ALCOVE UNLESS THE ALCOVE IS WIDER THAN 30" AND NOT MORE THAN 2' DEEP.

52. RESTROOMS

SEPARATE TOILET FACILITIES FOR MEN AND WOMEN SHALL BE PROVIDED ON EACH FLOOR OCCUPIED BY THE GOVERNMENT IN THE BUILDING. THE FACILITIES MUST BE LOCATED SO THAT EMPLOYEES WILL NOT BE REQUIRED TO TRAVEL MORE THAN 150 FEET ON ONE FLOOR TO REACH THE TOILETS. EACH TOILET ROOM SHALL HAVE SUFFICIENT WATER CLOSETS ENCLOSED WITH MODERN STALL PARTITIONS AND DOORS, URINALS (IN MEN'S ROOM), AND HOT (SET AT 105 DEGREES, IF PRACTICAL) AND COLD WATER. WATER CLOSETS AND URINALS SHALL NOT BE VISIBLE WHEN THE EXTERIOR DOOR IS OPEN. EACH MAIN TOILET ROOM SHALL CONTAIN:

166

EQUIPMENT

* A SOAP DISPENSER, SHELF AND MIRROR ABOVE THE LAVATORY.

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION MECHANICAL, ELEC., PLUMBING |
|---|---|---|

52. RESTROOMS CONT'D

* A TOILET PAPER DISPENSER IN EACH WATER CLOSET STALL.

* A COAT HOOK ON INSIDE FACE OF DOOR TO EACH WATER CLOSET STALL AND ON SEVERAL WALL LOCATIONS BY LAVATORIES.

* AT LEAST ONE MODERN PAPER TOWEL DISPENSER AND WASTE RECEPTACLE FOR EVERY TWO LAVATORIES.

* A COIN OPERATED SANITARY NAPKIN DISPENSER IN WOMEN'S TOILET ROOMS WITH WASTE RECEPTACLE FOR EACH WATER CLOSET STALL.

* CERAMIC TILE OR COMPARABLE WAINSCOT FROM THE FLOOR TO A MINIMUM HEIGHT OF 4'6".

* A DISPOSABLE TOILET SEAT COVER DISPENSER.

* A CONVENIENCE OUTLET LOCATED ADJACENT TO ONE MIRROR IN EACH REST ROOM.

HANDICAPPED

ALL PUBLIC TOILET ROOMS SHALL BE LOCATED ALONG AN ACCESSIBLE PATH OF TRAVEL AND MUST HAVE ACCESSIBLE FIXTURES, ACCESSORIES, DOORS AND ADEQUATE MANEUVERING CLEARANCES. THE INTERIOR SHALL ALLOW AN UNOBSTRUCTED FLOOR SPACE OF 5 FEET IN DIAMETER, MEASURED 12 INCHES ABOVE THE FLOOR. AT LEAST ONE MEN'S AND ONE WOMEN'S TOILET ROOM ON EACH FLOOR WHERE THE GOVERNMENT LEASES PART OF THE FLOOR, OR ALL PUBLIC TOILET ROOMS WHERE THE GOVERNMENT LEASES THE ENTIRE FLOOR, SHALL HAVE ONE TOILET STALL THAT:

* IS 60" WIDE.

* HAS A MINIMUM DEPTH OF 56" WHEN WALL MOUNTED CLOSETS ARE USED OR 59" WHEN FLOOR MOUNTED CLOSETS ARE USED).

* HAS A CLEAR FLOOR AREA.

* HAS A DOOR THAT IS 32 INCHES WIDE AND SWINGS OUT.

* HAS HANDRAILS ON EACH SIDE, (FRONT TRANSFER STALL) OR ON THE SIDE AND BACK (SIDE TRANSFER STALL). THEY SHALL BE 33-36 INCHES HIGH AND PARALLEL TO THE FLOOR, 1-1/4 TO 1-1/2 INCHES IN OUTSIDE DIAMETER, WITH 1-1/2 INCH CLEARANCE BETWEEN RAIL AND WALL, AND FASTENED SECURELY AT ENDS AND CENTER. THEY SHALL HAVE NO SHARP EDGES AND MUST PERMIT THE CONTINUOUS SLIDING OF HANDS.

* HAS A WATER CLOSET MOUNTED AT A HEIGHT FROM 17 TO 19 INCHES, MEASURED FROM THE FLOOR TO THE TOP OF THE SEAT. HAND OPERATED OR AUTOMATIC FLUSH CONTROLS SHALL BE MOUNTED NO HIGHER THAN 44 INCHES ABOVE THE FLOOR.

ALTERNATE ACCESSIBLE TOILET STALLS

A STALL MEASURING 36" OR 48" WIDE BY 66", BUT PREFERABLY 72" DEEP, MAY BE ACCEPTABLE AS DETERMINED BY THE CONTRACTING OFFICER.

HANDICAPPED LAVATORY

AT LEAST ONE LAVATORY SHALL BE MOUNTED WITH A CLEARANCE AT LEAST 29 INCHES FROM THE FLOOR TO THE TOP OF THE BOTTOM OF THE APRON. THE HEIGHT FROM THE FLOOR TO THE TOP OF THE LAVATORY RIM SHALL NOT EXCEED 34 INCHES. FAUCETS SHALL BE LEVER OPERATED, PUSH TYPE OR ELECTRONICALLY ACTIVATED FOR ONE HAND OPERATION WITHOUT THE NEED FOR TIGHT PINCHING OR GRASPING. DRAIN PIPES AND HOT WATER PIPES UNDER A LAVATORY MUST BE COVERED, INSULATED, OR RECESSED FAR ENOUGH SO THAT WHEELCHAIR INDIVIDUALS WITHOUT SENSATION WILL NOT BURN THEMSELVES.

HANDICAPPED OTHER REQUIREMENTS

ONE MIRROR WITH SHELF SHALL BE PROVIDED ABOVE THE LAVATORY AT A HEIGHT AS LOW AS POSSIBLE AND NO HIGHER THAN 40 INCHES ABOVE THE FLOOR, MEASURED FROM THE TOP OF THE SHELF AND THE BOTTOM OF THE MIRROR. A COMMON MIRROR PROVIDED FOR BOTH THE ABLE AND DISABLED MUST PROVIDE A CONVENIENT VIEW FOR BOTH. TOILET ROOMS FOR MEN SHALL HAVE ONE WALL MOUNTED URINAL WITH AN ELONGATED LIP, WITH THE BASIN OPENING NO MORE THAN 17 INCHES ABOVE THE FLOOR. ACCESSIBLE FLOOR MOUNTED STALL URINALS WITH BASINS AT THE LEVEL OF THE FLOOR ARE ACCEPTABLE. THE TOILET ROOM SHALL

167