# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION MECHANICAL, ELEC., PLUMBING

52. RESTROOMS CONT'D

HAVE AT LEAST ONE TOWEL RACK, TOWEL DISPENSER AND OTHER DISPENSERS AND DISPOSAL UNITS MOUNTED NO HIGHER THAN 48 INCHES FROM THE FLOOR OR 54 INCHES IF A PERSON IN A WHEELCHAIR HAS TO APPROACH IT FROM THE SIDE.

53. RESTROOMS: FIXTURE SCHEDULE

THE TOILET FIXTURE SCHEDULES SPECIFIED BELOW SHALL BE APPLIED TO EACH FULL FLOOR BASED ON ONE PERSON FOR EACH 135 SQUARE FEET OF OFFICE SPACE IN A RATIO OF 60 PERCENT MEN AND 40 PERCENT WOMEN: REFER TO THE SCHEDULE SEPARATELY FOR EACH SEX.

| NUMBER OF MEN*/WOMEN | WATER CLOSETS | LAVATORIES |
|---|---|---|
| 1-15 | 1 | 1 |
| 16-35 | 2 | 2 |
| 36-55 | 3 | 3 |
| 56-60 | 4 | 3 |
| 61-80 | 4 | 4 |
| 81-90 | 5 | 4 |
| 91-110 | 5 | 5 |
| 111-125 | 6 | 5 |
| 126-150 | 6 | ** |
| OVER 150 | *** | |

*IN MEN'S FACILITIES, URINALS MAY BE SUBSTITUTED FOR ONE-THIRD OF THE WATER CLOSETS SPECIFIED.

**ADD ONE LAVATORY FOR EACH 45 ADDITIONAL EMPLOYEES OVER 125.

***ADD ONE WATER CLOSET FOR EACH 40 ADDITIONAL EMPLOYEES OVER 150.

54. JANITOR CLOSETS

JANITOR CLOSETS WITH SERVICE SINK, HOT AND COLD WATER, AND AMPLE STORAGE FOR CLEANING EQUIPMENT, MATERIALS, AND SUPPLIES SHALL BE PROVIDED ON ALL FLOORS.

55. HEATING & AIR CONDITIONING

A TEMPERATURE RANGE OF 65-68 DEGREES FAHRENHEIT SHALL BE MAINTAINED DURING THE HEATING SEASON AND A RANGE OF 78-80 DEGREES FAHRENHEIT SHALL BE MAINTAINED DURING THE COOLING SEASON. THESE TEMPERATURES MUST BE MAINTAINED THROUGHOUT THE LEASED PREMISES AND SERVICE AREAS, REGARDLESS OF OUTSIDE TEMPERATURES, DURING THE HOURS OF OPERATION SPECIFIED IN THE LEASE.

DURING NONWORKING HOURS THE TEMPERATURE SHALL BE SET TO MAINTAIN 55 DEGREES DURING THE HEATING SEASON. NO COOLING IS TO BE PROVIDED DURING NONWORKING HOURS. THERMOSTATS SHALL BE SECURED FROM MANUAL OPERATION BY KEY OR LOCKED CAGE. A KEY SHALL BE PROVIDED TO THE GSA FIELD OFFICE MANAGER.

HEATING SYSTEMS SHALL NOT BE OPERATED TO MAINTAIN TEMPERATURES ABOVE 68 DEGREES, AND COOLING SYSTEMS SHALL NOT BE OPERATED TO ACHIEVE TEMPERATURES BELOW 78 DEGREES. HEATING ENERGY SHALL NOT BE USED TO ACHIEVE THE TEMPERATURE SPECIFIED FOR COOLING, AND COOLING ENERGY SHALL NOT BE USED TO ACHIEVE THE TEMPERATURE SPECIFIED FOR HEATING.

AREAS HAVING EXCESSIVE HEAT GAIN OR HEAT LOSS, OR AFFECTED BY SOLAR RADIATION AT DIFFERENT TIMES OF THE DAY, SHALL BE INDEPENDENTLY CONTROLLED.

THE OPERATION OF PORTABLE ELECTRIC FANS , THRESHOLD HEATERS, AND PORTABLE SPACE HEATERS IS PROHIBITED UNLESS APPROVED BY THE GSA BUILDINGS MANAGER.

56. VENTILATION

WITHIN THE LIMITATIONS OF BUILDINGS SYSTEMS, VENTILATION SHALL BE PROVIDED IN THE MOST COST EFFECTIVE MANNER. OUTSIDE AIR MAY BE USED AS APPROPRIATE FOR COOLING. HOWEVER, A MINIMUM OF 5 CUBIC FEET PER MINUTE OF OUTSIDE AIR SHALL BE PROVIDED FOR EACH PERSON.

168

57. ELECTRICAL: GENERAL

THE LESSOR SHALL BE RESPONSIBLE FOR MEETING THE APPLICABLE REQUIREMENTS OF THE NATIONAL ELECTRIC CODE, THE NATIONAL ELECTRIC SAFETY CODE; STANDARDS OF THE NATIONAL ELECTRIC MANUFACTURERS' ASSOCIATION, INSULATED POWER CABLE ENGINEERS' ASSOCIATION, THE AMERICAN INSTITUTE OF

| SOLICITATION FOR OFFERS | SFO GS-09B-88764 | SECTION MECHANICAL, ELEC., PLUMBING |
|---|---|---|

**57. ELECTRICAL: GENERAL CONT'D**

ELECTRICAL ENGINEERS, AND LOCAL CODES AND ORDINANCES. WHEN CODES CONFLICT, THE MORE STRINGENT STANDARD SHALL APPLY. MAIN SERVICE FACILITIES WILL BE ENCLOSED. THE ENCLOSURE MAY NOT BE USED FOR STORAGE OR OTHER PURPOSES. DISTRIBUTION PANELS MUST BE CIRCUIT BREAKER TYPE WITH 10 PERCENT SPARE POWER LOAD AND CIRCUITS.

**58. ELECTRICAL: DISTRIBUTION**

DUPLEX FLOOR OR WALL OUTLETS SHALL BE PROVIDED ON THE BASIS OF ONE (1) PER AS IS. SQUARE FEET. TELEPHONE FLOOR OR WALL OUTLETS SHALL ALSO BE PROVIDED ON THE BASIS OF ONE (1) PER AS IS. SQUARE FEET. THE LESSOR MUST INSURE THAT OUTLETS AND ASSOCIATED WIRING (FOR ELECTRICITY, VOICE, AND DATA) TO THE WORKSTATION WILL BE SAFELY CONCEALED IN RECESSED FLOOR DUCTS, UNDER RAISED FLOORING, BY USE OF FLAT WIRE OR BY A COMPARABLE METHOD ACCEPTABLE TO THE CONTRACTING OFFICER. SHOULD THE SPACE OFFERED BE PROPOSED BY NEW CONSTRUCTION, RAISED FLOORING IS PREFERRED. IN ANY CASE, CABLE ON THE FLOOR SURFACE MUST BE MINIMIZED.

ALL FLOORS MUST HAVE 220 VOLT/SINGLE PHASE/60 HERTZ ELECTRIC SERVICE AVAILABLE. DUPLEX OUTLETS MUST BE CIRCUITED SEPARATELY FROM THE LIGHTING.

**59. TELEPHONE EQUIPMENT**

DELETE

THE GOVERNMENT RES[illegible]VIDE ITS OWN TELECOMMUNICATION (VOICE AND DATA) S[illegible] BE LEASED. THE GOVERNMENT MAY CONTRACT WITH ANOT[illegible]IDE WIRING AND TELEPHONE EQUIPMENT INSTALLED OR [illegible] THE LESSOR, IF AVAILABLE. IN ANY CASE, SPACE FOR TELECOMMUNICATION EQUIPMENT SHALL BE PROVIDED BY THE LESSOR.

**PUBLIC TELEPHONES**

AN APPROPRIATE NUMBER OF PUBLIC TELEPHONES SHOULD BE EQUIPPED FOR THOSE WITH HEARING DISABILITIES. AN APPROPRIATE NUMBER SHOULD BE MADE ACCESSIBLE TO PERSONS IN WHEELCHAIRS BY WALL MOUNTING THEM SO THE TOP OF THE PHONE IS NO MORE THAN 48 INCHES FROM THE FLOOR (FRONTAL APPROACH) OR 54" (PARALLEL APPROACH). THE LENGTH OF THE CORD FROM THE TELEPHONE TO THE HANDSET SHOULD BE AT LEAST 29 INCHES.

**60. LIGHTING: INTERIOR**

MODERN, DIFFUSED FLUORESCENT FIXTURES USING NO MORE THAN 2.0 WATTS/SQUARE FOOT SHALL BE PROVIDED. SUCH FIXTURES SHALL BE CAPABLE OF PRODUCING AND MAINTAINING A UNIFORM LIGHTING LEVEL OF 50 FOOT-CANDLES AT WORKING SURFACE HEIGHT THROUGHOUT THE SPACE. TUBES SHALL THEN BE REMOVED TO PROVIDE 30 FOOT-CANDLES IN PORTIONS OF WORK AREAS OTHER THAN WORK SURFACES, AND 1-10 FOOT CANDLES OR MINIMUM LEVELS SUFFICIENT TO ENSURE SAFETY IN NONWORKING AREAS. EXCEPTIONS MAY BE GRANTED BY THE GSA BUILDINGS MANAGER. WHEN THE SPACE IS NOT IN USE BY THE GOVERNMENT, INTERIOR AND EXTERIOR LIGHTING, EXCEPT THAT ESSENTIAL FOR SAFTEY AND SECURITY PURPOSES, SHALL BE TURNED OFF.

BUILDING ENTRANCES AND PARKING AREAS MUST BE LIGHTED. BALLASTS ARE TO BE RAPID-START, THERMALLY PROTECTED, VOLTAGE REGULATING TYPE, UL LISTED AND ETL APPROVED.

**61. SWITCHES**

SWITCHES AND CONTROLS FOR LIGHTING, HEAT, FIRE ALARMS AND ALL SIMILAR CONTROLS OF FREQUENT OR ESSENTIAL USE SHALL BE PLACED NO HIGHER THAN 54 INCHES FROM THE FLOOR WITH 48 INCHES PREFERRED. SWITCHES SHALL BE LOCATED ON COLUMNS OR WALLS BY DOOR OPENINGS. NO MORE THAN 1000 SQUARE FEET OF OPEN SPACE SHALL BE CONTROLLED BY ONE LIGHT SWITCH.

**62. ELEVATORS**

THE LESSOR SHALL PROVIDE SUITABLE PASSENGER AND FREIGHT ELEVATOR SERVICE TO ALL GSA-LEASED SPACE NOT HAVING GROUND LEVEL ACCESS. SERVICE SHALL BE AVAILABLE DURING THE HOURS SPECIFIED IN THE PARAGRAPH ENTITLED "NORMAL HOURS," BELOW. HOWEVER, ONE ELEVATOR SHALL BE AVAILABLE AT ALL TIMES FOR GOVERNMENT USE. GSA WILL BE GIVEN 24-HOUR ADVANCE NOTICE IF THE SERVICE IS TO BE INTERRUPTED MORE THAN 1-1/2 HOURS. INTERRUPTION SHALL BE SCHEDULED FOR MINIMUM INCONVENIENCE.

**CODE**

ELEVATORS SHALL CONFORM TO THE CURRENT EDITIONS OF THE AMERICAN NATIONAL STANDARD A17.1, SAFETY CODE FOR ELEVATORS AND ESCALATORS (EXCEPT FOR ELEVATOR EMERGENCY RECALL), AND SHALL BE INSPECTED AND MAINTAINED IN ACCORDANCE WITH THE CURRENT REQUIREMENTS OF THE AMERICAN NATIONAL STANDARD A17.2, INSPECTOR'S MANUAL FOR ELEVATORS, OR EQUIVALENT LOCAL CODE. THEY SHALL ALSO COMPLY WITH LOCAL CODES AND ORDINANCES.

169

# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION MECHANICAL, ELEC., PLUMBING

**62. ELEVATORS CONT'D**

**ENTRANCE**

THE ELEVATOR ENTRANCE SHOULD PROVIDE A CLEAR OPENING OF AT LEAST 36 INCHES. THE INSIDE MEASUREMENTS SHALL BE A MINIMUM OF 51 INCHES DEEP AND 68 INCHES WIDE.

**CALL BUTTONS**

FIFTY-FOUR INCHES WITH 48 INCHES PREFERRED IS THE MAXIMUM PERMISSABLE HEIGHT FOR THE HIGHEST CALL BUTTON INSIDE THE CAB. HOWEVER, THE HIGHEST OPERABLE PART OF A TWO-WAY COMMUNICATION SYSTEM INSIDE THE CAB CANNOT EXCEED 48 INCHES FROM THE FLOOR. THE LOBBY CALL BUTTON SHOULD BE CENTERED AT 42 INCHES ABOVE THE FLOOR BUT NO HIGHER THAN 54 INCHES MAXIMUM.

**SAFETY SYSTEMS**

WHEN GOVERNMENT OCCUPANCY IS 4 OR MORE FLOORS ABOVE GRADE, ELEVATORS ARE TO BE EQUIPPED WITH TELEPHONES OR OTHER TWO-WAY EMERGENCY SIGNALLING SYSTEMS. THE SYSTEM USED SHALL BE MARKED AND REACH AN EMERGENCY COMMUNICATION LOCATION MANNED DURING NORMAL OPERATING HOURS WHEN THE ELEVATORS ARE IN SERVICE.

WHEN GOVERNMENT OCCUPANCY IS 8 OR MORE FLOORS ABOVE GRADE, AUTOMATIC ELEVATOR EMERGENCY RECALL IS REQUIRED. (ELEVATORS ARE NOT REQUIRED TO HAVE VISUAL OR AUDIBLE SIGNALLING SYSTEMS TO NOTIFY PASSENGERS DURING AUTOMATIC ELEVATOR RECALL.) IF THE HIGHEST FLOOR OF GOVERNMENT OCCUPANCY IS ON THE 6TH OR 7TH FLOOR AND AUTOMATIC EMERGENCY ELEVATOR RECALL IS NOT PROVIDED, THIS FUNCTION SHALL BE MANUALLY ACHIEVED USING A KEY THAT THE LOCAL FIRE DEPARTMENT POSSESSES OR HAS READY ACCESS TO. NO RECALL SYSTEM IS REQUIRED IF THE GOVERNMENT'S SPACE IS ON THE 5TH FLOOR OR BELOW.

**SPEED**

THE PASSENGER ELEVATORS MUST HAVE A CAPACITY TO TRANSPORT IN 5 MINUTES 15 PERCENT OF THE NORMAL POPULATION OF ALL UPPER FLOORS (BASED ON 125 SQUARE FEET PER PERSON). FURTHER, THE DISPATCH INTERVAL BETWEEN ELEVATORS DURING THE UP-PEAK DEMAND PERIOD SHOULD NOT EXCEED 35 SECONDS.

## SECTION: SERVICES, UTILITIES, MAINTENANCE

**63. GENERAL**

THE LESSOR MUST HAVE A BUILDING SUPERINTENDENT OR A LOCAL DESIGNATED REPRESENTATIVE AVAILABLE TO PROMPTLY CORRECT DEFICIENCIES.

**64. NORMAL HOURS**

SERVICES, UTILITIES, AND MAINTENANCE WILL BE PROVIDED DAILY, EXTENDING 6:30 A.M. TO 6:30 P.M. EXCEPT SATURDAYS, SUNDAYS, AND FEDERAL HOLIDAYS.

**65. OVERTIME USAGE**

(A) THE GOVERNMENT SHALL HAVE ACCESS TO THE LEASED SPACE AT ALL TIMES, INCLUDING THE USE OF ELEVATORS, TOILETS, LIGHTS, AND SMALL BUSINESS MACHINES WITHOUT ADDITIONAL PAYMENT.

(B) IF HEATING OR COOLING IS REQUIRED ON AN OVERTIME BASIS, SUCH SERVICES WILL BE ORDERED ORALLY OR IN WRITING BY THE CONTRACTING OFFICER OR GSA BUILDINGS MANAGER. WHEN ORDERED, SERVICES WILL BE PROVIDED AT THE HOURLY RATE NEGOTIATED PRIOR TO AWARD. COSTS FOR PERSONAL SERVICES SHALL ONLY BE INCLUDED AS AUTHORIZED BY GSA.

(C) WHEN THE COST OF SERVICE IS $1,000 OR LESS, THE SERVICE MAY BE ORDERED ORALLY AND AN INVOICE SUBMITTED TO THE OFFICIAL PLACING THE ORDER FOR CERTIFICATION AND PAYMENT. ORDERS FOR SERVICES COSTING MORE THAN $1,000 WILL BE PLACED USING A GSA FORM 300, ORDER FOR SUPPLIES OR SERVICES. THE CLAUSES ENTITLED " GSAR 552.232-70(D) PAYMENT DUE DATE" AND "GSAR 552.232-72 INVOICE REQUIREMENTS" ON THE GSA FORM 3517, GENERAL CLAUSES, APPLY TO ALL ORDERS FOR OVERTIME SERVICES.

(D) ALL ORDERS ARE SUBJECT TO THE TERMS AND CONDITIONS OF THIS LEASE. IN THE EVENT OF A CONFLICT BETWEEN AN ORDER AND THIS LEASE, THE LEASE SHALL CONTROL.

170

**66. UTILITIES**

THE LESSOR SHALL ENSURE THAT UTILITIES NECESSARY FOR OPERATION ARE AVAILABLE.



INITIAL

| SOLICITATION FOR OFFERS | SFO GS-09B-86784 | SECTION SERVICES, UTILS. & MAINTENANCE |
|---|---|---|

| | |
|---|---|
| THE LESSOR IS RESPONSIBLE FOR THE TOTAL MAINTENANCE AND REPAIR OF THE LEASED PREMISES IN ACCORDANCE WITH PARAGRAPH 3, GSA FORM 3517. SUCH MAINTENANCE AND REPAIRS INCLUDES SITE AND PRIVATE ACCESS ROADS. ALL EQUIPMENT AND SYSTEMS SHALL BE MAINTAINED TO PROVIDE RELIABLE, ENERGY EFFICIENT SERVICE WITHOUT UNUSUAL INTERRUPTION, DISTURBING NOISES, EXPOSURE TO FIRE OR SAFETY HAZARDS, UNCOMFORTABLE DRAFTS, EXCESSIVE AIR VELOCITIES, OR UNUSUAL EMISSIONS OF DIRT. THE LESSOR'S MAINTENANCE RESPONSIBILITY INCLUDES INITIAL SUPPLY AND REPLACEMENT OF ALL SUPPLIES, MATERIALS, AND EQUIPMENT NECESSARY FOR SUCH MAINTENANCE. MAINTENANCE WORK MUST BE DONE IN ACCORDANCE WITH APPLICABLE CODES, AND INSPECTION CERTIFICATES MUST BE DISPLAYED AS APPROPRIATE.<br><br>THE LESSOR SHALL PROVIDE THE LABOR, MATERIAL AND SUPERVISION TO ADEQUATELY MAINTAIN THE STRUCTURE, THE ROOF, THE EXTERIOR WALLS, WINDOWS, DOORS AND ANY OTHER NECESSARY BUILDING APPURTENANCES TO PROVIDE WATER-TIGHT INTEGRITY, STRUCTURAL SOUNDNESS, AND ACCEPTABLE APPEARANCE. | 67. MAINTENANCE |
| THE LESSOR SHALL BE RESPONSIBLE FOR FLAG DISPLAY ON ALL WORKDAYS AND FEDERAL HOLIDAYS. THE GOVERMENT WILL PROVIDE INSTRUCTIONS WHEN FLAGS MUST BE FLOWN AT HALF-STAFF. | 68. FLAG DISPLAY |
| THE LESSOR SHALL PROVIDE SECURITY COMPARABLE TO THE TYPES OF PROTECTION GIVEN SIMILAR ENTERPRISES TO PREVENT ILLEGAL ENTRY OR LOITERING IN THE SPACE LEASED AND TO PREVENT UNAUTHORIZED ENTRY DURING OFF-DUTY HOURS. | 69. SECURITY |
| CLEANING IS TO BE PERFORMED AFTER TENANT WORKING HOURS UNLESS DAYTIME CLEANING IS SPECIFIED AS A SPECIAL REQUIREMENT ELSEWHERE IN THIS SOLICITATION.<br><br>THE LESSOR SHALL MAINTAIN THE LEASED PREMISES, INCLUDING OUTSIDE AREAS, IN A CLEAN CONDITION AND SHALL PROVIDE SUPPLIES AND EQUIPMENT. THE FOLLOWING SCHEDULE DESCRIBES THE LEVEL OF SERVICES INTENDED. PERFORMANCE WILL BE BASED ON THE CONTRACTING OFFICER'S EVALUATION OF RESULTS, NOT THE FREQUENCY OR METHOD OF PERFORMANCE. | 70. JANITORIAL SERVICES |
| EMPTY TRASH RECEPTACLES AND CLEAN ASHTRAYS. SWEEP ENTRANCES, LOBBIES AND CORRIDORS. SPOT SWEEP FLOORS AND SPOT VACUUM CARPETS. CLEAN DRINKING FOUNTAINS. SWEEP AND DAMP MOP OR SCRUB TOILET ROOMS. CLEAN ALL TOILET FIXTURES AND REPLENISH TOILET SUPPLIES. DISPOSE OF ALL TRASH AND GARBAGE GENERATED IN OR ABOUT THE BUILDING. WASH INSIDE AND OUT OR STEAM CLEAN CANS USED FOR COLLECTION OF FOOD REMNANTS FROM SNACK BARS AND VENDING MACHINES. DUST HORIZONTAL SURFACES THAT ARE READILY AVAILABLE AND VISIBLY REQUIRE DUSTING. SPRAY BUFF RESILIENT FLOORS IN MAIN CORRIDORS, ENTRANCES AND LOBBIES, CLEAN ELEVATORS AND ESCALATORS, REMOVE CARPET STAINS. POLICE SIDEWALKS, PARKING AREAS, DRIVEWAYS, LAWNS AND SHRUBBERY. SWEEP LOADING DOCK AREAS AND PLATFORMS. | DAILY |
| SWEEP OR VACUUM STAIRS. | THREE TIMES A WEEK |
| DAMP MOP AND SPRAY BUFF ALL RESILIENT FLOORS IN TOILETS AND HEALTH UNITS. SWEEP SIDEWALKS, PARKING AREAS, AND DRIVEWAYS (WEATHER PERMITTING). | WEEKLY |
| SPRAY BUFF RESILIENT FLOORS IN SECONDARY CORRIDORS, ENTRANCES AND LOBBIES. DAMP MOP AND SPRAY BUFF HARD AND RESILIENT FLOORS IN OFFICE SPACE. | EVERY TWO WEEKS |
| THOROUGHLY DUST FURNITURE. COMPLETELY SWEEP AND/OR VACUUM CARPETS. SWEEP STORAGE SPACE. SPOT CLEAN ALL WALL SURFACES WITHIN 70" OF THE FLOOR. | MONTHLY |
| DAMP WIPE TOILET WASTEPAPER RECEPTACLES, STALL PARTITIONS, DOORS, WINDOW SILLS AND FRAMES. SHAMPOO ENTRANCE AND ELEVATOR CARPETS. | EVERY TWO MONTHS |
| DUST WALL SURFACES WITHIN 70" OF THE FLOOR, VERTICAL SURFACES AND UNDER SURFACES. CLEAN METAL AND MARBLE SURFACES IN LOBBIES. WET MOP OR SCRUB GARAGES. | THREE TIMES A YEAR |
| WASH ALL INTERIOR AND EXTERIOR WINDOWS AND OTHER GLASS SURFACES. STRIP | TWICE A YEAR |

171

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION SERVICES, UTILS. & MAINTENANCE |
|---|---|---|

| | |
|---|---|
| AND APPLY FOUR COATS OF FINISH TO RESILIENT FLOORS IN TOILETS. STRIP AND REFINISH MAIN CORRIDORS AND OTHER HEAVY TRAFFIC AREAS.<br><br>WASH ALL VENETIAN BLINDS AND DUST SIX MONTHS FROM WASHING. VACUUM OR DUST ALL SURFACES IN THE BUILDING OVER 70" FROM THE FLOOR, INCLUDING LIGHT FIXTURES. VACUUM ALL DRAPES IN PLACE. STRIP AND REFINISH FLOORS IN OFFICES AND SECONDARY LOBBIES AND CORRIDORS. SHAMPOO CARPETS IN CORRIDORS AND LOBBIES. CLEAN BALCONIES, LEDGES, COURTS, AREAWAYS, AND FLAT ROOFS. | 70. JANITORIAL SERVICES CONT'D<br>ANNUALLY |
| SHAMPOO CARPETS IN ALL OFFICES AND OTHER NON-PUBLIC AREAS. | EVERY 2 YEARS |
| DRY CLEAN OR WASH (AS APPROPRIATE) ALL DRAPES. | EVERY 5 YEARS |
| PROPERLY MAINTAIN PLANTS AND LAWNS, REMOVE SNOW AND ICE FROM ENTRANCES, EXTERIOR WALKS AND PARKING LOTS OF THE BUILDING. PROVIDE INITIAL SUPPLY, INSTALLATION AND REPLACEMENT OF LIGHT BULBS, TUBES, BALLASTS AND STARTERS. REPLACE WORN FLOOR COVERINGS (THIS INCLUDES MOVING AND RETURN OF FURNITURE). EXTERMINATE PESTS. | AS REQUIRED |
| WITHIN 60 DAYS AFTER OCCUPANCY BY THE GOVERNMENT, THE LESSOR SHALL PROVIDE THE CONTRACTING OFFICER WITH A DETAILED WRITTEN SCHEDULE OF ALL PERIODIC SERVICES AND MAINTENANCE TO BE PERFORMED OTHER THAN DAILY, WEEKLY, OR MONTHLY. | 71. SCHEDULE OF PERIODIC SERVICES |
| | SECTION: SAFETY AND FIRE PREVENTION |
| EQUIPMENT, SERVICES OR UTILITIES FURNISHED AND ACTIVITIES OF OTHER OCCUPANTS SHALL BE FREE OF SAFETY, HEALTH, AND FIRE HAZARDS. WHEN HAZARDS ARE DETECTED, THEY MUST BE PROMPTLY CORRECTED AT THE LESSOR'S EXPENSE. | 72. CODE VIOLATIONS |
| PORTABLE TYPE FIRE EXTINGUISHERS MEETING REQUIREMENTS OF NFPA STANDARD NO. 10 SHALL BE PROVIDED AND MAINTAINED BY THE LESSOR. INITIAL AND REPLACEMENT CHARGES FOR FIRE EXTINGUISHERS SHALL BE PROVIDED BY THE LESSOR. INSPECTION (QUICK CHECK) AND MAINTENANCE (THOROUGH CHECK) OF THESE EXTINGUISHERS SHALL BE DONE IN ACCORDANCE WITH NFPA STANDARD NO. 10. | 73. PORTABLE FIRE EXTINGUISHERS |
| STANDPIPES SHALL BE PROVIDED WHEN GOVERNMENT OCCUPANCY IS FOUR OR MORE FLOORS ABOVE GRADE AND SHALL CONFORM TO NFPA STANDARD NO. 14. STANDPIPES SHALL BE LOCATED IN STAIRWELLS AND SHALL BE EQUIPPED WITH A 2-1/2-INCH-VALVED OUTLET AT EACH FLOOR LEVEL. | 74. STANDPIPES |
| AUTOMATIC SPRINKLER PROTECTION SHALL BE PROVIDED IN ALL GOVERNMENT LEASED SPACE BELOW GRADE (EXCLUDING PARKING AREAS) AND ALL FLOORS OCCUPIED BY THE GOVERNMENT, AS WELL AS THOSE BELOW, WHEN THE GOVERNMENT SPACE IS ON THE 12TH FLOOR OR ABOVE.<br><br>WHEREVER REQUIRED IN THE BUILDING, AUTOMATIC SPRINKLERS SHALL CONFORM TO NFPA NO. 13, BE MAINTAINED IN ACCORDANCE WITH NFPA NO. 13A, HAVE ELECTRICALLY SUPERVISED CONTROL VALVES (NFPA NO. 13), AND HAVE WATER-FLOW ALARM SWITCHES CONNECTED TO AUTOMATICALLY NOTIFY THE LOCAL FIRE DEPARTMENT (NFPA NO. 72B OR 72C) OR CENTRAL STATION (NFPA NO. 71). THE NOTIFICATION OF THE FIRE DEPARTMENT OR CENTRAL STATION SHALL BE ACCOMPLISHED THROUGH THE BUILDING FIRE ALARM SYSTEM, IF APPLICABLE. | 75. SPRINKLER SYSTEM |
| SMOKE CONTROL SYSTEMS ARE NOT REQUIRED IN LEASED BUILDINGS, HOWEVER, SUCH SYSTEMS SHALL BE MAINTAINED IN OPERATING CONDITION IF REQUIRED OR ACCEPTED AS A TRADE-OFF UNDER THE LOCAL BUILDING CODE. | 76. SMOKE CONTROL |
| A MANUAL FIRE ALARM SYSTEM SHALL BE PROVIDED IN EVERY BUILDING WHERE EXIT TRAVEL IS MORE THAN TWO FLOORS ABOVE OR ONE FLOOR BELOW STREET LEVEL OR IN BUILDINGS OF ANY HEIGHT OCCUPIED BY 1,000 OR MORE PEOPLE. MANUAL FIRE ALARMS STATIONS SHALL BE MOUNTED 42 TO 54 INCHES ABOVE THE | 77. MANUAL FIRE ALARM SYSTEMS |

172

77. MANUAL FIRE ALARM SYSTEMS CONT'D

FLOOR AND LOCATED IN NORMAL EXIT PATHS ON EACH FLOOR AT OR NEAR STAIRWAYS AND EXITS. AN ALARM SHALL AUTOMATICALLY SOUND THROUGHOUT THE BUILDING UNLESS REQUIRED TO SOUND ONLY ON THE FIRE FLOOR BY LOCAL CODE. THE ALARM SOUND MAY BE BELLS, HORNS OR RECORDED VOICE MESSAGES. ALARMS SHALL BE AUTOMATICALLY SENT TO THE LOCAL FIRE DEPARTMENT IN ACCORDANCE WITH NFPA STANDARD 72B OR 72C OR TO A PRIVATELY OPERATED CENTRAL STATION PROTECTIVE SIGNALING SYSTEM CONFORMING TO NFPA STANDARD NO. 71. INSTALLATION, MAINTENANCE, OPERATION, TESTING, AND EQUIPMENT SHALL CONFORM TO NATIONAL FIRE PROTECTION ASSOCIATION STANDARD NO. 72A AND LOCAL CODE. OTHER SYSTEMS MAY BE UTILIZED UNDER TWO CONDITIONS:

(1) IN BUILDINGS WHERE THE FIRE ALARM SYSTEM WIRING AND EQUIPMENT ARE NOT ELECTRICALLY SUPERVISED, THE SYSTEM SHALL BE ACCEPTABLE PROVIDED ALARMS ARE SENT AUTOMATICALLY TO THE LOCAL FIRE DEPARTMENT (NFPA NO. 72B OR 72C) OR CENTRAL STATION CONFORMING TO NFPA NO. 71, AN ALARM SOUNDS AUTOMATICALLY THROUGHOUT THE BUILDING WHEN THE SYSTEM IS ACTUATED, THE SYSTEM IS TESTED MONTHLY WITH REPORTS FORWARDED TO THE GSA BUILDING MANAGER AND THE GOVERNMENT OCCUPANCY IS FIVE STORIES OR LESS ABOVE GRADE.

(2) IN BUILDINGS WHERE THE FIRE ALARM SYSTEM WIRING IS SUPERVISED BUT ALARMS DO NOT SOUND AUTOMATICALLY (PRE-SIGNAL SYSTEM), THE SYSTEM IS ACCEPTABLE PROVIDED ALARMS ARE SENT AUTOMATICALLY TO THE LOCAL FIRE DEPARTMENT (NFPA NO. 72B OR 72C) OR CENTRAL STATION CONFORMING TO NFPA NO.71 AND THE GOVERNMENT OCCUPANCY IS THREE STORIES OR LESS ABOVE GRADE.

78. EXIT & EMERGENCY LIGHTING

UNLESS THE GOVERNMENT OCCUPIES AREAS SOLELY ON THE FIRST FLOOR AND THE MEANS OF EXIT IS APPARENT, EXIT AND EMERGENCY LIGHTING IS REQUIRED WHICH SHALL CONFORM TO NATIONAL FIRE PROTECTION ASSOCIATION STANDARD NO. 101. EXIT LIGHTS SHALL BE LOCATED IN CORRIDORS, AISLES AND PASSAGEWAYS TO IDENTIFY THE LOCATION OF STAIRWAYS OR EXITS. EMERGENCY LIGHTING SHALL BE PROVIDED TO ILLUMINATE CORRIDORS, AISLES, PASSAGEWAYS AND STAIRWAYS. BOTH TYPES OF LIGHTING SHALL HAVE TWO SOURCES OF POWER WITH AUTOMATIC SWITCHING CAPABILITY.

79. ALTERNATE FIRE-SAFETY FEATURES

IF SPACE CANNOT MEET DETAILED SAFETY AND FIRE PREVENTION REQUIREMENTS, ALTERNATIVE FEATURES WILL BE CONSIDERED. FOR EXAMPLE, IF STAIRWAYS ARE TOO NARROW, AUTOMATIC SPRINKLER PROTECTION THROUGHOUT THE BUILDING MAY MAKE THE SPACE ACCEPTABLE.

80. FIRE DOORS

FIRE DOORS SHALL CONFORM WITH NATIONAL FIRE PROTECTION ASSOCIATION STANDARD NO. 80.

81. SAFETY AIR CONTAMINANT LEVELS

AIR CONTAMINANT LEVELS (E.G., DUST, VAPOR, FUMES, GASES) SHALL NOT EXCEED THOSE IN 29 CFR 1910 SUBPART Z. WHEN ACTUAL CONCENTRATION LEVELS EQUAL OR EXCEED 50% OF THE LEVELS IN 29 CFR 1910 SUBPART Z, CONTROL ACTIONS SHALL BE INITIATED. VENTILATION SYSTEMS HAVING AIR STREAMS WHICH PASS THROUGH WATER SHALL HAVE THE WATER TREATED WITH AN EPA REGISTERED BIOCIDE TO CONTROL ETIOLOGICAL ORGANISMS. THE LESSOR SHALL ASSIST THE GOVERNMENT IN DEVELOPING A PLAN ACCEPTABLE TO THE GOVERNMENT TO PROTECT OCCUPANTS OF THE BUILDING DURING EMERGENCIES SUCH AS FIRES, BOMB THREATS, AND POWER LOSS.

ASBESTOS

NO ASBESTOS-CONTAINING FIREPROOFING OR INSULATION ON BUILDING STRUCTURES, ACCOUSTICAL TREATMENT, MOLDED OR WET-APPLIED CEILINGS OR WALL FINISHES/DECORATIONS, WHETHER FRIABLE OR NON-FRIABLE, WILL BE PERMITTED. IF PRESENT, SUCH MATERIALS MUST BE REMOVED BY THE SUCCESSFUL OFFEROR PRIOR TO OCCUPANCY BY THE GOVERNMENT.

NO FRIABLE ASBESTOS-CONTAINING BOILER LAGGING OR PIPE INSULATION IS ACCEPTABLE. IF PRESENT, SUCH MATERIALS SHALL BE REMOVED, ENCAPSULATED OR ENCLOSED.

ALL OFFERORS ARE SUBJECT TO THE ASBESTOS INSPECTION AND TESTING PROVISIONS SPECIFIED IN PARAGRAPH 7 OF THE ATTACHED GSA FORM 3517 (GENERAL CLAUSES).

POST-ASBESTOS-ABATEMENT AIR MONITORING REQUIREMENTS, IN ACCORDANCE WITH GSA PROCEDURES, ARE TO BE COMPLIED WITH BY THE LESSOR WHEN APPLICABLE.

173



INITIAL

# SOLICITATION FOR OFFERS

SFO GS-09B-86784

SECTION SAFETY & FIRE PREVENTION

**82. OSHA REQUIREMENTS**

THE LESSOR AGREES TO COMPLY WITH OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA) SAFETY AND HEALTH STANDARDS ARE LOCATED AT TITLE 29 OF THE CODE OF FEDERAL REGULATIONS (29 CFR).

THE GUARDING OF OPENINGS AND HOLES IN FLOORS AND WALLS MUST COMPLY WITH 29 CFR 1910.23.

THE DESIGN AND CONSTRUCTION OF FIXED STAIRS MUST COMPLY WITH 29 CFR 1910.24.

THE DESIGN AND CONSTRUCTION OF FIXED LADDERS MUST COMPLY WITH 29 CFR 1910.27 OR MUST BE CLEARLY MARKED OR SECURED TO PREVENT GOVERNMENT EMPLOYEE USE.

PHYSICAL HAZARDS MUST BE MARKED ACCORDING TO 29 CFR 1910.144.

WHERE GOVERNMENT EMPLOYEES ARE EXPOSED TO MACHINERY PROVIDED BY THE LESSOR, THE MACHINERY MUST BE GUARDED ACCORDING TO 29 CFR 1910.212.

ALL TOOLS AND EQUIPMENT PROVIDED BY THE LESSOR FOR GOVERNMENT USE MUST COMPLY WITH THE APPLICABLE STANDARDS OF 29 CFR 1910.

ANY CONSTRUCTION/REPAIR AND ALTERATION WORK DONE FOR/BY THE LESSOR SHALL COMPLY WITH THE CURRENT EDITION OF THE OSHA SAFETY AND HEALTH STANDARDS FOR CONSTRUCTION INDUSTRY, 29 CFR 1926 AND APPLICABLE PORTIONS OF 29 CFR 1910.

SECTION: SPECIAL REQUIREMENTS

**83. SPECIAL**

SEE ATTACHED.

**84. TELEPHONE**

The Government reserves the right to provide its own telecommunication (voice and data) service in the space to be leased. Unless otherwise specified in this solicitation the Lessor shall provide, install and maintain all conduit race ways or supporting devices for telephone station cabling inside wiring. All installations must meet local codes and ordinances. Space for telecommunication equipment shall be provided by the Lessor.

174



INITIAL

| SOLICITATION FOR OFFERS | SFO GS-09B-85764 | SECTION INDEX |
|---|---|---|

# I N D E X



| SECTION | PARAGRAPH TITLE | PARAGRAPH NUMBER | PAGE NUMBER |
|---|---|---|---|
| 01. | SUMMARY | | 2 |
| | AMOUNT AND TYPE OF SPACE | 1 | 2 |
| | AWARD | 10 | 3 |
| | FIRE AND LIFE SAFETY | 12 | 3 |
| | HISTORIC PREFERENCE | 9 | 3 |
| | HOW TO OFFER | 6 | 2 |
| | LOCATION | 2 | 2 |
| | NEGOTIATIONS | 7 | 2 |
| | OCCUPANCY DATE | 5 | 2 |
| | OFFER DUE DATE | 4 | 2 |
| | ORGANIZATION OF SOLICITATION | 11 | 3 |
| | PRICE EVALUATION | 8 | 2 |
| | TERM | 3 | 2 |
| 02. | AWARD FACTORS | | 3 |
| | GENERAL | 13 | 3 |
| | HANDICAPPED AND SEISMIC SAFTEY | 14 | 4 |
| | OTHER FACTORS | 15 | 4 |
| | RESERVED | 16 | 5 |
| 03. | MISCELLANEOUS | | 5 |
| | ADJUSTMENT FOR VACANT PREMISES | 23 | 7 |
| | ALTERATIONS COSTING 25,000 OR LESS | 18 | 5 |
| | APPURTENANT AREAS | 22 | 7 |
| | NET USABLE SPACE | 21 | 7 |
| | OPERATING COSTS | 20 | 6 |
| | TAX ADJUSTMENT | 19 | 5 |
| | UNIT COSTS FOR ADJUSTMENTS | 17 | 5 |
| 04. | GENERAL ARCHITECTURAL | | 7 |
| | BUILDING SYSTEMS CERTIFICATION | 25 | 7 |
| | EXITS & ACCESS | 28 | 8 |
| | FLOORS AND FLOOR LOAD | 27 | 8 |
| | HANDICAPPED ACCESSIBILITY | 31 | 8 |
| | PLANS: AFTER OCCUPANCY | 26 | 8 |
| | WINDOWS | 29 | 8 |
| | WINDOWS:ANTI-INTRUSION | 30 | 8 |
| | WORK PERFORMANCE | 24 | 7 |
| 05. | ARCHITECTURAL FINISHES | | 9 |
| | BUILDING DIRECTORY | 48 | 12 |
| | CARPET | 46 | 10 |
| | CEILINGS | 33 | 9 |
| | DOORS: EXTERIOR | 35 | 9 |
| | DOORS: HARDWARE | 38 | 10 |
| | DOORS: INTERIOR | 36 | 9 |
| | DOORS: MANUEVERING CLEARANCES | 37 | 9 |
| | DOORS:IDENTIFICATION | 39 | 10 |
| | FLAGPOLE | 49 | 12 |
| | FLOOR COVERING AND PERIMETERS | 43 | 10 |
| | LAYOUT AND FINISHES | 32 | 9 |
| | PAINTING | 34 | 9 |
| | PARTITIONS: GENERAL | 40 | 10 |
| | PARTITIONS: PERMANENT | 41 | 10 |
| | PARTITIONS: SUBDIVIDING | 42 | 10 |
| | RESILIENT FLOORING | 45 | 10 |
| | TOILET AND SERVICE AREAS | 44 | 10 |
| | WINDOW COVERING | 47 | 11 |
| 06. | MECHANICAL, ELECTRICAL, PLUMBING | | 12 |
| | DRINKING FOUNTAINS | 51 | 12 |
| | ELECTRICAL: DISTRIBUTION | 58 | 15 |
| | ELECTRICAL: GENERAL | 57 | 14 |
| | ELEVATORS | 62 | 15 |
| | GENERAL | 50 | 12 |
| | HEATING & AIR CONDITIONING | 55 | 14 |
| | JANITOR CLOSETS | 54 | 14 |
| | LIGHTING:INTERIOR | 60 | 15 |



REQUIREMENTS
83. SPECIAL
REQUIREMENTS
CONT'D

175



INITIAL

# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION INDEX


| | | |
|---|---|---|
| RESTROOMS | 52 | 12 |
| RESTROOMS:FIXTURE SCHEDULE | 53 | 14 |
| SWITCHES | 61 | 15 |
| TELEPHONE EQUIPMENT | 59 | 15 |
| VENTILATIONS | 56 | 14 |
| 07. SERVICES, UTILITIES, MAINTENANCE | | 16 |
| FLAG DISPLAY | 68 | 17 |
| GENERAL | 63 | 16 |
| JANITORIAL SERVICES | 70 | 17 |
| MAINTENANCE | 67 | 17 |
| NORMAL HOURS | 64 | 16 |
| OVERTIME USAGE | 65 | 16 |
| SCHEDULE OF PERIODIC SERVICES | 71 | 18 |
| SECURITY | 69 | 17 |
| UTILITIES | 66 | 16 |
| 08. SAFETY AND FIRE PREVENTION | | 18 |
| ALTERNATE FIRE-SAFETY FEATURES | 79 | 19 |
| CODE VIOLATIONS | 72 | 18 |
| EXIT & EMERGENCY LIGHTING | 78 | 19 |
| FIRE DOORS | 80 | 19 |
| MANUAL FIRE ALARM SYSTEMS | 77 | 18 |
| OSHA REQUIREMENTS | 82 | 20 |
| PORTABLE FIRE EXTINGUISHERS | 73 | 18 |
| SAFETY | 81 | 19 |
| SMOKE CONTROL | 76 | 18 |
| SPRINKLER SYSTEM | 75 | 18 |
| STANDPIPES | 74 | 18 |
| 09. SPECIAL REQUIREMENTS | | 20 |
| SPECIAL REQUIREMENTS | 83 | 20 |
| 10. FORMS | | 20 |
| GEN. CLAUSES GSA FORM 3517 | ATTACHED | 20 |
| LESSORS ANNUAL COST STATEMENT | ATTACHED | 20 |
| PROPOSAL TO LEASE SPACE(W/INSTR.) | ATTACHED | 20 |
| REP. AND CERT. GSA FORM 3518 | ATTACHED | 20 |
| SOLICITATION PROV. GSA FORM 3516 | ATTACHED | 20 |
| U.S. GOVT. LEASE FORM SF2 | ATTACHED | 20 |


176



INITIAL

National City, California



## SPECIAL SPACE REQUIREMENTS

1. SPACE REQUIREMENTS

The space at 402 West 35th Street, National City, California, is accepted in its present configuration in accordance with EXHIBIT "A", consisting of three (3) sheets of site and floor plans.

The space is further identified below. Actual square footage to be determined by mutual measurement prior to the execution of the lease.

(a) DEA ACTIVITY

| DEA ACTIVITY | NET USABLE SQUARE FEET | PARKING SPACES |
|---|---|---|
| Southwest Laboratory | 16,131 | 2 |
| San Diego Division | 18,701 | 85 |
| TOTALS | 34,832 | 87 |

The parking spaces are reserved. They are located on-site in a chain-link fenced area at the west and south sides of the building, and in an unenclosed area at the east side of the building.

(b) INCINERATOR

Lessor-owned gas-operated incinerator located in the parking lot at the southeast corner of the building. At its sole discretion, the Government may elect to replace any part of and/or the complete incinerator. Any such replacement will be at the sole expense of the Government. Any replacement shall be and remain the property of the Government and may be removed or otherwise disposed of by the Government. The Lessor hereby waives any restoration in conjunction with said removal.

If the Government elects to replace any part of and/or the complete incinerator, the Lessor shall not be relieved of the responsibility to provide utilities, including natural gas and electricity, for the operation of any replacement incinerator.

2. SPECIAL IMPROVEMENTS

Special space features and improvements within the Government's space are accepted in "as-is" condition.

(GSA/9PES:2/28/86)
(Rev:4/17/86)



INITIAL

SPECIAL SPACE REQUIREMENTS

3. REQUIRED IMPROVEMENTS

In conformance with the provisions of this Solicitation For Offers (SFO), the following work shall be accomplished by the Lessor:

(a) All carpeted space shall be recarpeted with carpet tiles. Carpet tiles shall meet the attached carpet tile specifications;

(b) All broken or damaged floor tile shall be replaced;

(c) All surfaces designated by GSA for painting must be newly painted with semi-gloss latex paint in colors acceptable to GSA;

(d) All drapes shall be replaced with new drapes;

(e) All lights, light fixtures and ceiling tile shall be replaced or cleaned as necessary;

(f) All fire-lifesafety deficiencies, if any, throughout the space shall be corrected; and

(g) All necessary repairs, e.g. repairs to the roof and building water leaks, shall be made.

4. JANITORIAL SERVICES

Cleaning is to be performed only during tenant daytime working hours.

5. In addition to the requirement specified in Paragraph 6(D) a one-eighth scale reproducible floor plan and a one-eighth scale reproducible site plan, drawn to scale, must be submitted with the offer.

INITIAL

# CARPET TILE SPECIFICATIONS

CARPET: The Lessor shall provide and install carpet tiles. Carpet tiles must pass the same test data as required for broadloom - which is as follows:

A. Flammability:

a. DOC-FF1-70 (Pill Test)

b. Carpet in unsprinkled exists shall have a critical radiant flux of 0.22 or greater (NFPA #253).

B. Smoke Density: HBS - Smoke Density Chamber NFPA-258, 450 or less.

C. Static Test: AATCC Test Method 134 - 1979, under 3,500 volts (3.5 KV).

Carpet tiles must be installed with a release type adhesive according to manufacturers recommended procedure. The module may be 18" x 18" or 24" x 24". The carpet construction may be tufted loop or either tufted or fusion bonded cut pile. The tiles and corresponding broadloom shall meet the following specifications:

1. Gauge: 1/8 or 1/10

2. Stitches Per Inch:

a. Loop - 8 minimum
b. Cut Pile - 7 to 8 minimum, 13 maximum

3. Pile Heigh:

a. Loop - .150 minimum to .225 maximum
b. Cut Pile - .218 minimum to .300 maximum

4. Face Yarn:

a. Loop - 100% 3rd generation BCF nylon with static control
b. Cut Pile - 100% 3rd generation nylon with static control

5. Yarn Ply:

a. Loop - 3-ply minimum, yarn dyed
b. Cut Pile - 2-ply minimum, heat set

INITIAL

CARPET TILE

6. Yarn Weight: 28 ounces minimum

7. Primary Backing: Synthetic

8. Secondary Backing: Fiberglass reinforced polyvinyl chloride (weight 100 ounces).

9. Total Weight: 120 ounces minimum

10. Tuft Bind: Loop - ASTM-D-1335-67, 12LB Average

If both broadloom and carpet tiles are used in the same installation, they must be from the same manufacturer, coordinated in color selection and be equal in height - except for special spaces as approved by the Government.

Carpet must be newly installed or changed. The Offeror shall provide the Government a minimum of 6 samples of carpeting which vary in color. The sample and color must be approved by the GSA prior to installation. No substitutes will be made by the Lessor after sample selection.

In the event the Government excercises its renewal option, all carpeting (including carpet tiles and broadloom) shall be replaced after ten (10) years as determined by the Contracting Officer. Included is the cost of moving and replacing the furniture.

INITIAL