




INITIAL





INITIAL



EXHIBIT "X"



INITIAL

STANDARD FORM 2
FEBRUARY 1965 EDITION
GENERAL SERVICES
ADMINISTRATION
FPR (41 CFR) 1-16.601

# U.S. GOVERNMENT
# LEASE FOR REAL PROPERTY

DATE OF LEASE | LEASE NO.

THIS LEASE, made and entered into this date by and between

whose address is

SAMPLE

and whose interest in the property hereinafter described is that of

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the considerations hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:

SAMPLE

to be used for

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on ............................................................................ through ......................................................, subject to termination and renewal rights as may be hereinafter set forth.

3. The Government shall pay the Lessor annual rent of $..........................................................................................

at the rate of $............................................................ per ........................................................................ in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

4. The Government may terminate this lease at any time by giving at least ............................ days' notice in writing to the Lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing.

Exhibit

5. This lease may be renewed at the option of the Government, for the following terms and at the following rentals:

SAMPLE

provided notice be given in writing to the Lessor at least ...................... days before the end of the original lease term or any renewal term; all other terms and conditions of this lease shall remain the same during any renewal term. Said notice shall be computed commencing with the day after the date of mailing.

2-106

6. The Lessor shall furnish to the Government, as part of the rental consideration, the following:

SAMPLE

7. The following are attached and made a part hereof:
The General Provisions and Instructions (Standard Form 2-A, ..................... edition).

SAMPLE

8. The following changes were made in this lease prior to its execution:

IN WITNESS WHEREOF, the parties hereto have hereunto subscribed their names as of the date first above written.

LESSOR

SAMPLE

BY ______________________ *(Signature)* ______________________ *(Signature)*

IN PRESENCE OF:

______________________ *(Signature)* ______________________ *(Address)*

UNITED STATES OF AMERICA

BY ______________________ *(Signature)* ______________________ *(Official title)*

COMPLETION OF PROPOSAL TO LEASE
SPACE, GSA FORM 1364

(a) Blocks 1 through 6 - Enter the general information about the building.

(b) Blocks 7 through 10 - Complete Section II, as required. If N/A appears in a block it is not applicable. Enter in column (a) the amount of each type of space offered. Enter total in 10a. Enter in column (b) the square foot rate per year, including all building supplies, services, and utilities, for each type of space offered for the initial term. Multiply column (a) by column (b) for each type of space offered and enter in column (c). Also enter the total in 10c. Enter in column (d) the square foot rate per year, including all building supplies, services, and utilities for each type of space offered for the renewal term. Multiply column (a) by column (d) for each type of space offered and enter in column (e). Also enter the total in 10e.

(c) Block 11a - Divide the amount in 10c by the quantity in 10a to obtain the composite square foot per annum rate for enter in 11a.

(d) Block 11b - Divide the amount in 10e by the quantity in 10a to obtain the composite square foot per annum rate and the renewal term and enter in 11b.

(e) Block 12 - Enter the number of days after award the space will be ready for occupancy.

(f) Block 13 - Enter the requested information. If parking is available for employee use, provide the following information--

(1) The number of spaces and the monthly rental charge for individual spaces, if not free.

(2) The number of spaces and the unit rate if leased as a group to an employee association.

(g) Block 14 - Enter the number of years, and based on block 12, the starting and ending date for the initial term.

(h) Block 15 - Enter the number of renewal periods and the years for each period.

(i) Block 16 - Enter the number of days notice required to renew the lease.

(j) Block 17 - Enter the number of days notice for the Government to terminate the lease during any renewal period.

186

(k) Block 18 - Enter the date to which the offer remains open.

(l) Block 19 - Offeror may enter an alternate proposal which excludes any separately metered utility. Specify utilities which are excluded. Also specify if escalation under the consumer price index as detailed elsewhere in this solicitation is included in the offer.

(m) Block 20 - Enter any appropriate information. In addition indicate the availability of food services in the building in which space is offered and whether exclusive rights have been granted to such food services.

(n) Block 21 - List all attachments which are to be included as a part of the offer.

(o) Block 22 - List all addenda, if any, to the solicitation for offers.

(p) Block 23 - Check the appropriate blocks.

(q) Block 24 - Enter the requested information regarding the owner of record of the offered property.

(r) Block 25 - Check the appropriate block. If the offeror operates as a corporation, enter the state in which incorporated.

(s) Block 26 - Indicate the offeror's interest in the offered property. Specify if other than owner or agent. Agents must submit a valid copy of a notarized agreement authorizing him to submit and negotiate on behalf of the owner.

(t) Block 27 - Enter the employer's identification number (EIN) for tax reporting purposes or the social security number of the owner of the offered property.

(u) Block 28 - Complete and sign offer.

| PROPOSAL TO LEASE SPACE | IN RESPONSE TO SOLICITATION NUMBER | | DATED |
|---|---|---|---|

The offeror agrees upon acceptance of this proposal by the date specified, to lease to the United States of America, the premises as described and upon the terms specified, in compliance with and subject to the provisions of above Solicitation, with attachments.

## SECTION I - PREMISES DESCRIPTION

| 1. BUILDING NAME AND ADDRESS *(Including ZIP code)* | | 5. NET USABLE SPACE IN ENTIRE BUILDING | |
|---|---|---|---|
| | | a. OFFICE Sq. ft. | b. STORAGE Sq. ft. |
| 2. NUMBER OF FLOORS | 3. TYPE OF CONSTRUCTION | c. OTHER *(Specify type and number of square feet)* | |
| 4. LIVE FLOOR LOAD CAPACITY *(lbs./sq. ft.)* | 5. BUILDING AGE years | | |

## SECTION II - SPACE OFFERED AND RATE

| TYPE OF SPACE | NET USABLE SPACE *(Square feet)* (a) | INITIAL TERM: SQUARE FOOT RATE PER YEAR (b) | INITIAL TERM: AMOUNT *(Col. (a)x(b))* (c) | RENEWAL TERM: SQUARE FOOT RATE PER YEAR (d) | RENEWAL TERM: AMOUNT *(Col. (a)x(d))* (e) |
|---|---|---|---|---|---|
| 7. Office | | $ | $ | $ | $ |
| 8. Storage | | | | | |
| 9. Special | | | | | |
| 10. TOTAL | | | $ | | $ |
| 11. COMPOSITE SQUARE FOOT RATE PER ANNUM | | a. Item 10, Col. (c) / Item 10, Col. (a) = | $ | b. Item 10, Col. (e) / Item 10, Col. (a) = | $ |

12. Space will be altered in accordance with specifications and ready for occupancy *(Date)*

| PARKING | | |
|---|---|---|
| 13. | a. Number of parking spaces for the entire building which are under control of offeror | |
| | b. Number of parking spaces to be furnished for use by Government employees | |
| | c. If the parking spaces shown, in item 13b above, are provided because of local law or regulation requirements, and no charge for parking is intended *Mark here* → ☐ | |
| | d. If there is to be a charge for Government employees' parking, show the amount that will be charged for each parking place | $ |

## SECTION III - LEASE TERMS/ALTERNATES

| 14. INITIAL LEASE | | | 15. RENEWAL OPTIONS | | 18. THE REQUEST STATES A MINIMUM PERIOD FOR ACCEPTANCE BY THE GOVERNMENT |
|---|---|---|---|---|---|
| a. NO. OF YEARS | b. FROM *(Date)* | c. TO *(Date)* | a. YEARS EACH | b. NUMBER OF OPTIONS | |
| 16. NUMBER OF DAYS NOTICE REQUIRED TO RENEW LEASE | | | 17. NUMBER OF DAYS NOTICE REQUIRED TO TERMINATE LEASE | | GOOD UNTIL |

19. ALTERNATES

188

*(If additional space is required, continue in item 20, on back)*

GENERAL SERVICES ADMINISTRATION GSA FORM 1364 (REV. 8-78)

20. ADDITIONAL REMARKS OR CONDITIONS WITH RESPECT TO THIS OFFER

| 21. LIST ATTACHMENTS SUBMITTED WITH THIS OFFER *(See solicitation requirements for plans, narratives, and other attachments)* | 22. The undersigned offeror acknowledges receipt of addenda to the Solicitation, if any, listed below: | |
|---|---|---|
| | a. ADDENDUM NO. | b. DATE RECEIVED |
| | | |

## SECTION IV - OFFEROR'S REPRESENTATION AND OWNER IDENTIFICATION

23. OFFEROR'S REPRESENTATION *(Completion of this representation is not required in cases of advertised leases in which the amount of rental for the initial term does not exceed $2500.)*

a. The offeror ☐ has, ☐ has not, employed or retained any company or persons *(other than full-time bona fide employees working solely for the offeror or bona fide established real estate agents or brokers maintained by the offeror for the purpose of securing business)* to solicit or secure this lease; and

b. The offeror ☐ has, ☐ has not, paid or agreed to pay any company or persons *(other than full-time bona fide employees working solely for the offeror or bona fide established real estate agents or brokers maintained by the offeror for the purpose of securing business)* any fee commission, percentage, or brokerage fee contingent upon or resulting from the award of this lease; and

c. The offeror agrees to furnish information relating to a and b above, as requested by the Contracting Officer.

| 24. RECORDED OWNER *(Name and address, including number, street, city, State, and ZIP code)* | 25. OFFEROR OPERATES AS<br>☐ INDIVIDUAL ☐ PARTNERSHIP ☐ CORPORATION *(Specify State):* |
|---|---|
| | 26. OFFEROR'S INTEREST IN PROPERTY<br>☐ OWNER ☐ AGENT ☐ OTHER *(Specify):* |
| Assessor's Parcel Number ________ | 27. EMPLOYER'S IDENTIFICATION NO. OR SOCIAL SECURITY NUMBER |

| 28. OFFEROR | a. TYPED NAME AND ADDRESS *(Include ZIP code)* | b. TELEPHONE NO. *(Include area code)* |
|---|---|---|
| | c. SIGNATURE | d. DATE SIGNED |

GSA FORM 1364 BACK (REV. 8-78)

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

# LESSOR'S ANNUAL COST STATEMENT

IMPORTANT - *Read "Instructions" on reverse of form.*

| | | |
|---|---|---|
| 1. LEASE OR BID INVITATION NO. | | 2. STATEMENT DATE |
| 3. NET RENTABLE AREA *(Sq. ft.)* | 3A. ENTIRE BUILDING | 3B. LEASED BY GOV'T. |

4. BUILDING NAME AND ADDRESS *(No., street, city, State and zip code no.)*

## SECTION I - ESTIMATED ANNUAL COST OF SERVICES AND UTILITIES FURNISHED BY LESSOR AS PART OF RENTAL CONSIDERATION

| SERVICES AND UTILITIES | LESSOR'S ANNUAL COST FOR (a) ENTIRE BUILDING | LESSOR'S ANNUAL COST FOR (b) GOV'T.-LEASED AREA | FOR GOVERNMENT USE ONLY (c) |
|---|---|---|---|
| **A. CLEANING, JANITOR AND/OR CHAR SERVICE** | | | |
| 5. SALARIES | | | |
| 6. SUPPLIES *(Wax, cleansers, cloths, etc.)* | | | |
| 7. CONTRACT SERVICES *(Window washing, waste and snow removal)* | | | |
| **B. HEATING** | | | |
| 8. SALARIES | | | |
| 9. FUEL *("X" one)* ☐ OIL ☐ GAS ☐ COAL ☐ ELECTRIC | | | |
| 10. SYSTEM MAINTENANCE AND REPAIR | | | |
| **C. ELECTRICAL** | | | |
| 11. CURRENT FOR LIGHT AND POWER *(Including elevators)* | | | |
| 12. REPLACEMENT OF BULBS, TUBES, STARTERS | | | |
| 13. POWER FOR SPECIAL EQUIPMENT | | | |
| 14. SYSTEM MAINTENANCE AND REPAIR *(Ballasts, fixtures, etc.)* | | | |
| **D. PLUMBING** | | | |
| 15. WATER *(For all purposes) (Include sewage charges)* | | | |
| 16. SUPPLIES *(Soap, towels, tissues not in 6 above)* | | | |
| 17. SYSTEM MAINTENANCE AND REPAIR | | | |
| **E. AIR CONDITIONING** | | | |
| 18. UTILITIES *(Include electricity, if not in C 11)* | | | |
| 19. SYSTEM MAINTENANCE AND REPAIR | | | |
| **F. ELEVATORS** | | | |
| 20. SALARIES *(Operators, starters, etc.)* | | | |
| 21. SYSTEM MAINTENANCE AND REPAIR | | | |
| **G. MISCELLANEOUS** *(To the extent not included above)* | | | |
| 22. BUILDING ENGINEER AND/OR MANAGER | | | |
| 23. SECURITY *(Watchmen, guards, not janitors)* | | | |
| 24. SOCIAL SECURITY TAX AND WORKMEN'S COMPENSATION INSURANCE | | | |
| 25. LAWN AND LANDSCAPING MAINTENANCE | | | |
| 26. OTHER *(Explain on separate sheet)* | | | |
| 27. TOTAL | $ | $ | $ |

## SECTION II - ESTIMATED ANNUAL COSTS OF OWNERSHIP EXCLUSIVE OF CAPITAL CHARGES

| | | | |
|---|---|---|---|
| 28. REAL ESTATE TAXES | | X X X X | |
| 29. INSURANCE *(Hazard, liability, etc.)* | | X X X X | |
| 30. BUILDING MAINTENANCE AND RESERVES FOR REPLACEMENT | | X X X X | |
| 31. MANAGEMENT | | X X X X | |
| 32. TOTAL | $ | X X X X | $ |

| | |
|---|---|
| LESSOR'S CERTIFICATION - The amounts entered in Columns (a) and (b) represent my best estimate as to the annual costs of services, utilities and ownership. | 33. SIGNATURE OF ☐ OWNER ☐ LEGAL AGENT |

## SECTION III - APPROVAL OF STATEMENT BY AUTHORIZED GOVERNMENT REPRESENTATIVES

The undersigned certify that the amount shown in item 27(c) represents the reasonable value of the services and utilities which amount may be properly deducted in determining net rent for the purposes of the Economy Act.

| TYPED NAME AND TITLE | SIGNATURE | DATE |
|---|---|---|
| 34A. | 34B. | 34C. |
| 35A. | 35B. | 35C. |

GSA DC 65-2381

GSA FORM AUG 64 1217

## INSTRUCTIONS

In acquiring space by lease, it is the established policy of GSA to enter into leases only at rental charges which are consistent with prevailing scales in the community for comparable facilities. In addition, Section 322 of the Economy Act of 1932 (40 U. S. C. 278a) provides that the Government may not pay an annual rental in excess of 15% of the fair market value of the rented space at the date of the lease. This restriction is applicable to the rent for the use of the rented space exclusive of the reasonable value of certain services and utilities, such as heat, light, and janitor services.

Therefore, the information provided on this form will form a basis upon which we may determine whether your proposed rental is within the rental limitation established by law.

The information in Section I will assist us in determining the amount of rental subject to the 15% limitation, and the information in Section II will be useful in our determination as to the fair market value of the rented space.

ITEM NO.

1. Enter the Government lease or Invitation for Bids number if available.

2. Enter the date that your statement was prepared and signed.

3. A. Enter in this block a computation of the net rentable area (multiple tenancy basis) for the entire building. The net rentable area shall be computed by measurement to the inside finish of permanent outer building walls to the inside finish of corridor walls (actual or proposed) or to other permanent partitions; or both. Deduct all areas used for lobbies, restrooms, building equipment, corridors, stairs and other openings required for vertical transportation, but do not deduct for supporting columns and projections necessary to the building.

   B. Enter in this block a computation of the net rentable area to be rented to the Government. For this area, follow the procedure as outlined above, except that measurements are to be made only to the center of the partitions which separate the area to be rented by the Government from adjoining rented or rentable areas.

4. Identify the property by name and address.

### SECTION I. ESTIMATED ANNUAL COST OF SERVICES AND UTILITIES

5-26. The services and utilities listed in this section are required in most of our rented space whether furnished by the Government or the lessor.

Carefully review the Invitation for Bids and/or the proposed lease to identify those services and utilities to be furnished by you as part of the rental consideration. Then enter your best cost estimate, or the actual cost from the previous year, for each of these services and utilities in column (a) for the entire building and in column (b) for the area to be rented to the Government. If any service or utility furnished for the space rented by the Government is not furnished throughout the building, or the cost of a service or utility furnished to the Government space exceeds the cost of the same service or utility furnished to other rented space, explain on a separate sheet. For convenience, each major category has been divided into separate items such as salaries and supplies so that they may be entered when applicable. However, in the event that your records are not maintained for each item contained in Section I, 5 through 26, the total for a major category (A through F) may be entered under the category heading in columns (a) and (b) in lieu of the specific items. System maintenance and repairs includes the annual cost of such items as oiling, inspecting, cleaning, regulating, and routine replacement costs.

### SECTION II. ESTIMATED ANNUAL COST OF OWNERSHIP EXCLUSIVE OF CAPITAL CHARGES

Items 28 through 31 will be useful in the Government's determination of the fair market value of the space to be rented and shall be completed irrespective of whether Section I is applicable, as follows:

28. Include all applicable real estate taxes imposed upon the property.

29. Enter the annual cost of fire, liability, and other insurance carried on the real estate.

30. Enter the annual cost of wages, materials, and outside services used in repairs and maintenance of the building itself and all similar repairs and maintenance costs not included in Section I above (Heating, Electrical, Plumbing, Airconditioning, and Elevators). This includes major repairs and changes in the nature of a permanent improvement such as annual cost to replace relatively short-lived items such as boilers, compressors, elevators, and roof covering.

31. Include administrative expenses such as agency fees, legal fees, auditing, and advertising. Do not include financial charges such as income or corporate taxes or organization expense.

33. Complete the certification required by this item.

SOLICITATION PROVISIONS
(Acquisition of Leasehold Interests in Real Property)

1. 552.270-1 PREPARATION OF OFFERS (JUNE 1985)

(a) Offerors are expected to read all parts of this solicitation.

(b) Offers must be (1) submitted on the forms prescribed and furnished by the Government as a part of this solicitation or on copies of those forms, and (2) signed. The person signing an offer must initial each erasure or change appearing on any offer form. If the offeror is a partnership, the names of the partners composing the firm must be included with the offer.

(c) Offers will be construed to be in full and complete compliance with this solicitation unless the offer describes any deviation in the offer.

2. 552.270-2 EXPLANATION TO PROSPECTIVE OFFERORS (JUNE 1985)

Any prospective offeror desiring an explanation or interpretation of the solicitation should request it in writing. Oral explanations or instructions given to a prospective offeror will not be binding. Any information given to a prospective offeror concerning a solicitation will be furnished promptly to all other prospective offerors, if that information is necessary in submitting offers or if the lack of it would be prejudicial to any other prospective offeror.

3. 552.270-3 LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF OFFERS (JUNE 1985)

(a) Any offer or modification of an offer which is received after the exact time specified for receipt of "best and final" offers will not be considered unless it is received before award is made, and --

(1) It was sent registered or certified mail not later than the fifth calendar day prior to the date specified for receipt of offers (e.g., an offer submitted in response to a solicitation requiring receipt of offers by the 20th of the month must have been mailed by the 15th or earlier);

(2) It was sent by mail (telegram or mailgram if authorized) and it was determined by the Government that the late receipt was due solely to mishandling by the Government after receipt at the Government installation; or

(3) It is the only offer received.

(b) The only acceptable evidence to establish --

(1) The date of the mailing of a late offer or modification sent either by registered or certified mail is the U.S. Postal Service postmark on both the envelope or wrapper and on the original receipt from the U.S. Postal Service. If neither postmark shows a legible date, the offer or modification will be deemed to have been mailed late. (The term "postmark" means a printed, stamped, or otherwise placed impression (exclusive of a postage meter machine impression) that is readily identifiable without further action as having been supplied and affixed on the date of mailing by employees of the U.S. Postal Service. Therefore, offerors should request that the postal clerk place a hand canceled postmark on both the receipt and the envelope or wrapper.)

(2) The time of receipt at the Government installation is the time-date stamp of such installation on the offer wrapper or other documentary evidence of receipt maintained by the installation.

(c) Notwithstanding (a), of this provision, a late modification of an otherwise successful offer which makes its terms more favorable to the Government will be considered at any time it is received and may be accepted.

INITIAL ________