880 Front Street, Rm. 5-S-37
San Diego, CA 9[illegible]8-0050

TAB 4

COPY

October 7, 1986

Ms. Peggy Peters
Drug Enforcement Administration
402 West 35th Street
National City, CA 92050

Subject: Lease No. GS-09B-74817
Location: 402 West 35th St.
National City, CA 92050

Dear Ms. Peters:

On August 28, 1986, a survey for facility Safety and Health was performed at 402 West 35th Street, National City, CA.

It was discovered that the decorative ceiling material applied in the laboratory and office space contains 10-15% Chrysolite asbestos.

GSA regional officials have been made aware of this condition and will be taking appropriate action. In addition, the lessor to this facility has also been informed as to the condition of this space.

I would like to assure you that every step will be taken to keep this space tenantable and safe.

If you have any questions, please call Steve Colvin of my staff at 619-293-6640.

Sincerely,

PAUL HAMILTON
Field Office Manager

October 16, 1986

COPY

Ms. Victoria Monaco
Property Manager
Collins Development Company
11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121

5 1986

Subject: Lease No. GS-09B-74817
Location: 402 West 35th Street
National City, CA 92050

Dear Ms. Monaco:

On August 28, 1986, a survey for facility Safety and Health was performed at 402 West 35th Street, National City, California.

The results of the survey are as follows:

1. The "EXIT" sign located in close proximity to the holding cells in the DEA office is placed over a doorway that is not used as an exit. To correct this, please remove the "EXIT" sign from the door.

2. It was found that decorative ceiling material applied in the laboratory and offices contains 10-15% Chrysotile asbestos. To that end, it is imperative that you comply with all aspects of PBS.P.5900.2B, Section 015546, Safety and Health requirements enclosed here with.

Your cooperation is greatly appreciated. If you have any questions, please call Steve Colvin of my staff (619) 293-6640.

Sincerely,
**PAUL HAMILTON**
**FIELD OFFICE MANAGER**
**(619) 293-6640**

PAUL HAMILTON
Field Office Manager

Enclosure

COLLINS
DEVELOPMENT
COMPANY
11750
SORRENTO
VALLEY RD
SUITE ...
SAN DIEGO
CA 92121-1085
(619) 276-3380

FEDERAL EXPRESS

November 24, 1986

Mr. Gerald Boyer
Realty Specialist
General Services Administration
Real Estate Division 9 PEL
525 Market Street
San Francisco, CA 94105

Re: Supplemental Lease Agreement Lease #GS-09B-86764
402 W.35th Street, National City

Dear Mr. Boyer:

Enclosed please find two original copies of the above referenced document regarding the control of asbestos.

Pursuant to your conversation this morning with Mr. Steven Colvin of the GSA Field Office in San Diego, we have changed paragraph 14 to read, "...as outlined in PBS.p.5900, 2B, Section 01546, Safety & Health, will be observed." We have initialled the changes and signed where indicated.

We look forward to receiving the fully executed lease renewal later this week and appreciate all of your assistance. Happy Thanksgiving.

Sincerely,

Robert E. Zolezzi
Leasing Agent

REZ:dk
Enclosures