STANDARD FORM 2
FEBRUARY 1965 EDITION
GENERAL SERVICES
ADMINISTRATION
FPR (41 CFR) 1-16.601

# U.S. GOVERNMENT
# LEASE FOR REAL PROPERTY

DATE OF LEASE NOV 25 1986

LEASE NO. GS-09B-86764

THIS LEASE, made and entered into this date by and between COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, a California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

whose address is 11750 Sorrento Valley Road, Suite 254
San Diego, California 92121

and whose interest in the property hereinafter described is that of owner

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the considerations hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:

BLOCK A: 16,131 net usable square feet of laboratory and related space located at 402 West 35th Street, National City, CA, together with two (2) reserved off-street parking spaces.

BLOCK B: 18,701 net usable square feet of office and related space located at 402 West 35th Street, National City, CA, together with eighty-five (85) reserved off-street parking spaces.

to be used for such purposes as may be determined by the General Services Administration.

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on November 1, 1986 through October 31, 1991, subject to termination and renewal rights as may be hereinafter set forth.

3. The Government shall pay the Lessor annual rent of $ ..........
THIS PARAGRAPH IS DELETED IN ITS ENTIRETY. SEE PARAGRAPH 9.
at the rate of $ .......... per .......... in arrears.
Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

4. The Government may terminate this lease ~~at~~ in whole or in part ~~any time~~ after the initial five year term by giving at least 120 days' notice in writing to the Lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing.

5. This lease may be renewed at the option of the Government, for the following terms and at the following rentals:
One five (5) year renewal at an annual rent of $796,183.00 ($22.86 per square foot per annum) which rent is inclusive of all operating cost escalation in the first year of the option period, but shall be adjusted in each subsequent year, in accordance with Paragraph 11 and Paragraph 20 of the Solicitation For Offers, "Operating Costs",
provided notice be given in writing to the Lessor at least 90 days before the end of the original lease term or any renewal term; all other terms and conditions of this lease shall remain the same during any renewal term. Said notice shall be computed commencing with the day after the date of mailing.

2-106

SHEET NUMBER 1 ATTACHED HERETO AND MADE A PART OF LEASE NUMBER GS-09B-86764

" 9. The Government shall pay the Lessor annual rent as follows:

Block A: Annual rent of $272,936.52 at the rate of $22,744.71 per month in arrears.

Block B: Annual rent of $281,637.06 at the rate of $23,469.76 per month in arrears.

Total annual rent of $554,573.58 at the rate of $46,214.47 per month in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

Collins National
11750 Sorrento Valley Road, Suite 254
San Diego, California 92121."

"10. For purposes of real estate tax escalation pursuant to Paragraph 19 of the Solicitation For Offers No. GS-09B-86764, the Government occupies 34,832 net usable square feet in a complex of 34,832 square feet which is 100 percent."

"11. For the purposes of operating cost adjustments pursuant to Paragraph 20 of the Solicitation For Offers No. GS-09B-86764, the base rate for operating costs is established at $4.99 per net usable square foot per annum for a total of $173,811.68 ($4.99 x 34,832).

In the first year of the renewal period the formula described in Paragraph 20 of the Solicitation For Offers will be utilized for the sole purpose of determining the base rate for operating costs for the first year of the renewal period; no payment of rental escalation shall be made that year. The amount of adjustment during the second and each successive year of the renewal period shall be computed as follows: The new operating cost base rate for the first year of the renewal period shall be multiplied by the percent of change in the cost of living index. The percent of change shall be computed by comparing the index figure published for the month prior to the commencement date of the renewal period with the index figure published for the month which precedes each successive year of the renewal period."

SHEET NUMBER 2 ATTACHED HERETO AND MADE A PART OF LEASE NUMBER GS-09B-86764

"12. Pursuant to Paragraph 5, Overtime Usage, of the Solicitation For Offers No. GS-09B-86764, the hourly overtime rate for overtime use of heating or cooling is established as follows:

a. Time clock number 1 for Units 13, 14 and 15 is established at $3.28 per hour.

b. Time clock number 2 for Units 6, 7, 8, 17 and 18 is established at $6.32 per hour.

c. Time clock number 3 for Units 9, 10, 11, 12 and 16 is established at $5.62 per hour.

d. Time clock number 4 for Units 2, 3, 4 and 5 is established at $6.27 per hour.

e. For Units 1, 2, 3, 19 and 20 which operate on a 24 hour time basis, the rate is established at $6.29 per hour."

"13. Wherever the notation, 'Acceptable As Is' appears in this lease, the same shall mean that the relevant structure, configuration, facility, system or equipment is accepted by the Government as it exists at the commencement of the term of this lease; however, such notation shall not be construed to relieve Lessor of any repair, maintenance, operation or other requirement of this lease."

# SOLICITATION FOR OFFERS

SFO
GS-09B-86764

SECTION

GENERAL SERVICES ADMINISTRATION

34,832 NET USABLE SQUARE FEET

NATIONAL CITY, CALIFORNIA

---

NAME: PENELOPE A. BARRON
TITLE: CONTRACTING OFFICER

THE INFORMATION COLLECTION REQUIREMENTS CONTAINED IN THIS SOLICITATION/CONTRACT, THAT ARE NOT REQUIRED BY REGULATION, HAVE BEEN APPROVED BY THE OFFICE OF MANAGEMENT AND BUDGET PURSUANT TO THE PAPERWORK REDUCTION ACT AND ASSIGNED THE OMB CONTROL NO. 3090-0163.

# SOLICITATION FOR OFFERS

SFO GS-09B-88764

SECTION SUMMARY

SECTION: SUMMARY

1. AMOUNT AND TYPE OF SPACE

THE GENERAL SERVICES ADMINISTRATION (GSA) IS INTERESTED IN LEASING A MINIMUM OF 34,832 TO A MAXIMUM OF 34,832 NET USABLE SQUARE FEET OF OFFICE AND RELATED SPACE, TOGERTHER WITH EIGHTY-SEVEN (87) RESERVED, OFF-STREET PARKING SPACES. ACTUAL SQUARE FOOTAGE TO BE DETERMINED BY MUTUAL MEASUREMENT PRIOR TO THE EXECUTION OF THE LEASE AGREEMENT. OFFERS MUST BE FOR SPACE LOCATED IN A QUALITY BUILDING OF SOUND AND SUBSTANTIAL CONSTRUCTION AS DESCRIBED IN THIS SOLICITATION FOR OFFERS, HAVE A POTENTIAL FOR EFFICIENT LAYOUT, AND BE WITHIN THE ABOVE SQUARE FOOTAGE RANGE IN ORDER TO BE CONSIDERED.

2. LOCATION

SPACE IS TO BE LOCATED AT 402 WEST 35TH STREET, NATIONAL CITY, CALIFORNIA.

3. TERM

THE TERM WILL BE FOR FIVE (5) YEARS, THREE (3) YEARS FIRM WITH THE GOVERNMENT HAVING THE OPTION TO RENEW FOR ONE (1) ADDITIONAL FIVE (5) YEAR TERM UPON SIXTY (60) DAYS WRITTEN NOTIFICATION TO THE LESSOR. THE GOVERNMENT SHALL HEVE THE RIGHT TO TERMINATE ALL OR ANY PART OF THIS LEASE AT ANY TIME AFTER THE FIRM TERM ON SIXTY (60) DAYS WRITTEN NOTICE TO THE LESSOR.

4. OFFER DUE DATE

OFFERS ARE DUE BY JUNE 1, 1988, AND MUST REMAIN OPEN UNTIL SEPTEMBER 30, 1988.

5. OCCUPANCY DATE

OCCUPANCY IS REQUIRED ON AWARD.

6. HOW TO OFFER

OFFERS ARE TO BE SUBMITTED TO THE CONTRACTING OFFICER AT GENERAL SERVICES ADMINISTRATION, REAL ESTATE DIVISION, 9PEL, 525 MARKET STREET, 31ST FLOOR, SAN FRANCISCO, CA 94105. NO LATER THAN THE CLOSE OF BUSINESS OF THE OFFER DUE DATE. THE FOLLOWING DOCUMENTS, PROPERLY EXECUTED, MUST BE SUBMITTED:

(A) GSA FORM 1364, PROPOSAL TO LEASE SPACE(ENCLOSED).
(B) GSA FORM 1217, LESSOR'S ANNUAL COST STATEMENT(ENCLOSED).
(C) GSA FORM 3518, REPRESENTATIONS AND CERTIFICATIONS (ENCLOSED).
(D) ONE-EIGHTH INCH (PREFERRED) OR LARGER SCALE, BLUE LINE PLANS OF THE SPACE OFFERED. PHOTOSTATIC COPIES ARE NOT ACCEPTABLE. ALL ARCHITECTURAL FEATURES OF THE SPACE MUST BE ACCURATELY SHOWN. IF CONVERSION OR RENOVATION OF THE BUILDING IS PLANNED, ALTERATIONS TO MEET THIS SOLICITATION MUST BE INDICATED. IF REQUESTED, MORE INFORMATIVE PLANS MUST BE PROVIDED WITHIN // DAYS.
(E) A LIST OF UNIT COSTS FOR ADJUSTMENTS (SEE PARAGRAPH ENTITLED "ALTERATIONS COSTING $25,000 OR LESS").
(F) AN HOURLY OVERTIME RATE FOR OVERTIME USE OF HEATING OR COOLING (SEE PARAGRAPH ENTITLED "OVERTIME USAGE"). A SEPARATE OVERTIME RATE FOR (1) THE SAN DIEGO DIVISION'S SPACE; (2) THE SOUTHWEST LABORATORY SPACE AND (3) THE SOUTHWEST LABORATORY MASS SPECTROMETER ROOMS.

SEE GSA FORM 3516, SOLICITATION PROVISIONS, FOR ADDITIONAL INSTRUCTIONS. IF ADDITIONAL INFORMATION IS NEEDED, THE CONTRACTING OFFICER SHOULD BE CONTACTED.

THERE WILL BE NO PUBLIC OPENING OF OFFERS AND ALL OFFERS WILL BE CONFIDENTIAL UNTIL THE LEASE HAS BEEN AWARDED.

7. NEGOTIATIONS

NEGOTIATIONS WILL BE CONDUCTED ON BEHALF OF THE GOVERNMENT BY THE GSA CONTRACTING OFFICER OR OTHER AUTHORIZED REPRESENTATIVE. THE GSA CON-CONTRACTING OFFICER IS NAMED ON THE COVER OF THIS SOLICITATION. GSA WILL TRACTING NEGOTIATE RENTAL PRICE FOR THE INITIAL TERM, ANY RENEWAL PERIODS, AND ANY OTHER ASPECT OF THE OFFER AS DEEMED NECESSARY.

8. PRICE EVALUATION

EVALUATION OF OFFERS WILL BE ON THE BASIS OF THE ANNUAL PRICE PER SQUARE FOOT. TO DETERMINE THE LOWEST OFFER, THE SQUARE FOOT PRICE FOR THE INITIAL TERM WILL BE EVALUATED. EXCLUDED FROM THE TOTAL SQUARE FOOTAGE, BUT NOT FROM THE PRICE, WILL BE PARKING AND WAREYARD AREAS. FOR DIFFERENT TYPES OF SPACE, THE COMPOSITE RATE WILL BE DETERMINED BY

220

# SOLICITATION FOR OFFERS

SFO GS-03B-88784

SECTION SUMMARY

**8. PRICE EVALUATION CONT'D**

DIVIDING THE TOTAL ANNUAL RENTAL BY THE TOTAL SQUARE FOOTAGE MINUS THESE AREAS.

TO THIS SQUARE FOOT RATE WILL BE ADDED:
-- THE ESTIMATED COST PER SQUARE FOOT FOR ESCALATION ATTRIBUTABLE TO OPERATING EXPENSES IF THE OFFER INCLUDES THE CPI ESCALATOR CLAUSE. IN ESTIMATING ESCALATION, A 3 PERCENT FACTOR, COMPOUNDED ANNUALLY, WILL BE USED.
-- THE ESTIMATED COST PER SQUARE FOOT OF ESCALATED GOVERNMENT PROVIDED SERVICES, IF APPLICABLE.
-- THE ANNUALIZED PER SQUARE FOOT COST OF ANY OTHER ITEMS SPECIFIED IN THIS SOLICITATION WHICH ARE NOT INCLUDED IN THE RENTAL.

**9. HISTORIC PREFERENCE GSAR 552.270-4 (JUNE 1985)**

(A) PREFERENCE WILL BE GIVEN TO OFFERORS OF SPACE IN BUILDINGS ON, OR FORMALLY LISTED AS ELIGIBLE FOR INCLUSION IN THE NATIONAL REGISTER OF HISTORIC PLACES AND TO HISTORICALLY SIGNIFICANT BUILDINGS IN HISTORIC DISTRICTS LISTED IN THE NATIONAL REGISTER. SUCH PREFERENCE WILL BE EXTENDED TO HISTORIC BUILDINGS AND WILL RESULT IN AWARD IF:

(1) THE OFFER FOR SPACE MEETS THE TERMS AND CONDITIONS OF THIS SOLICITATION AS WELL AS ANY OTHER OFFER RECEIVED. (IT IS WITHIN THE DISCRETION OF THE CONTRACTING OFFICER TO ACCEPT ALTERNATIVES TO CERTAIN ARCHITECTURAL CHARACTERISTICS AND SAFETY FEATURES DEFINED ELSEWHERE IN THIS SOLICITATION TO MAINTAIN THE HISTORICAL INTEGRITY OF THE BUILDING, SUCH AS HIGH CEILINGS, WOODEN FLOORS, ETC.) AND

(2) THE RENTAL IS NO MORE THAN 10 PERCENT HIGHER, ON A TOTAL ANNUAL SQUARE FOOT (NET USABLE AREA) COST TO THE GOVERNMENT, THAN THE LOWEST OTHERWISE ACCEPTABLE OFFER.

(B) IF MORE THAN ONE OFFER OF AN HISTORIC BUILDING IS RECEIVED AND THEY MEET THE ABOVE CRITERIA, AN AWARD WILL THEN BE MADE TO THE LOWEST PRICED HISTORIC PROPERTY OFFERED.

**10. AWARD**

AFTER CONCLUSION OF NEGOTIATIONS THE CONTRACTING OFFICER WILL REQUIRE THE OFFEROR SELECTED FOR AWARD TO EXECUTE THE PROPOSED LEASE PREPARED BY GSA WHICH REFLECTS THE PROPOSED AGREEMENT OF THE PARTIES.

THE PROPOSED LEASE SHALL CONSIST OF:
(A) STANDARD FORM 2, U.S. GOVERNMENT LEASE FOR REAL PROPERTY
(B) GSA FORM 3517, GENERAL CLAUSES
(C) THE PERTINENT PROVISIONS OF THE OFFER, AND
(D) THE PERTINENT PROVISIONS OF THE SFO.

THE ACCEPTANCE OF THE OFFER AND AWARD OF THE LEASE BY THE GOVERNMENT OCCURS UPON EXECUTION OF THE LEASE BY THE GSA CONTRACTING OFFICER.

**11. ORGANIZATION OF SOLICITATION**

THE PARAGRAPHS OF THIS SOLICITATION ARE SUBDIVIDED INTO MAJOR TOPICS OR "SECTIONS." PARAGRAPH TITLES ARE SHOWN ALPHABETICALLY BY SECTION AND PARAGRAPH NUMBER IN THE INDEX.

**12. FIRE AND LIFE SAFETY**

BUILDINGS IN WHICH SPACE IS OFFERED FOR LEASE SHALL COMPLY WITH THE REQUIREMENTS OF THE GSA FIRE AND LIFE SAFETY STANDARDS AS DESCRIBED IN THIS SOLICITATION AND CHAPTERS 11 AND 13 OF THE AGENCY HANDBOOK NUMBERED PBS P5900.2B. EQUIVALENT OR ALTERNATE MEANS OF PROTECTION, AS REQUIRED BY THE APPLICABLE STANDARDS, SHALL BE APPROVED BY THE CONTRACTING OFFICER. (A COPY OF CHAPTERS 11 AND 13 ARE AVAILABLE UPON REQUEST.)

**SECTION: AWARD FACTORS**

221

**13. GENERAL**

THE CONTRACTING OFFICER WILL CONDUCT ORAL OR WRITTEN NEGOTIATIONS WITH ALL RESPONSIBLE OFFERORS THAT ARE WITHIN THE COMPETITIVE RANGE. THE COMPETITIVE RANGE WILL BE ESTABLISHED BY THE CONTRACTING OFFICER ON THE BASIS OF COST OR PRICE AND OTHER FACTORS THAT ARE STATED IN THIS SOLICITATION AND WILL INCLUDE ALL OFFERS THAT HAVE A REASONABLE CHANCE OF

| SOLICITATION FOR OFFERS | SFO GS-09B-86784 | SECTION AWARD FACTORS |
|---|---|---|

13. GENERAL CONT'D

BEING SELECTED FOR AWARD. THE OFFERORS WILL BE PROVIDED A REASONABLE OPPORTUNITY TO SUBMIT ANY COST OR PRICE, TECHNICAL, OR OTHER REVISIONS TO THEIR OFFERS THAT MAY RESULT FROM THE NEGOTIATIONS. NEGOTIATIONS WILL BE CLOSED BY REQUESTING THE SUBMISSION OF "BEST AND FINAL" OFFERS.

14. HANDICAPPED AND SEISMIC SAFETY

ALL OFFERS RECEIVED IN RESPONSE TO THE REQUEST FOR "BEST AND FINAL" OFFERS WILL BE INITIALLY EVALUATED TO DETERMINE WHETHER THE OFFERS MEET THE SEISMIC SAFETY AND HANDICAPPED ACCESSIBILITY REQUIREMENTS OF THIS SOLICITATION. IF OFFERS ARE RECEIVED WHICH FULLY MEET BOTH SEISMIC SAFETY AND HANDICAPPED REQUIREMENTS, OTHER OFFERS WHICH DO NOT FULLY MEET THESE REQUIREMENTS WILL NOT BE CONSIDERED UNLESS THE CONTRACTING OFFICER REQUESTS A WAIVER OF HANDICAPPED REQUIREMENTS AND THE ADMINISTRATOR OF GSA GRANTS THE WAIVER IN ACCORDANCE WITH THE ARCHITECTURAL BARRIERS ACT OF 1968, AS AMENDED.

FULL COMPLIANCE

"FULLY MEETS" WITH REGARD TO HANDICAPPED MEANS MEETING ALL OF THE HANDICAPPED REQUIREMENTS OF THIS SOLICITATION. "FULLY MEETS" WITH REGARD TO SEISMIC SAFETY MEANS THE OFFER CONTAINS A CERTIFICATION BY A REGISTERED STRUCTURAL ENGINEER THAT THE BUILDING CONFORMS TO THE SEISMIC REQUIREMENTS FOR NEW CONSTRUCTION OF THE CURRENT (AS OF THE DATE OF THIS SOLICITATION) EDITION OF THE UNIFORM BUILDING CODE (UBC) OR THE 1970 EDITION IF THE LATERAL LOAD RESISTING SYSTEM IS OF STEEL CONSTRUCTION OR THE 1976 EDITION IF THE LATERAL LOAD RESISTING SYSTEM IS OF CONCRETE OR MASONRY CONSTRUCTION.

SUBSTANTIAL COMPLIANCE

IF NO OFFERS ARE RECEIVED WHICH FULLY MEET BOTH SEISMIC SAFETY AND HANDICAPPED ACCESSIBILITY REQUIREMENTS BUT OFFERS ARE RECEIVED FOR PROPERTIES WHICH SUBSTANTIALLY MEET THE REQUIREMENTS, OTHER OFFERS WHICH DO NOT SUBSTANTIALLY MEET THESE REQUIREMENTS WILL NOT BE CONSIDERED. "SUBSTANTIALLY MEETS" WITH REGARD TO SEISMIC SAFETY MEANS THE OFFEROR HAS PROVIDED AN ANALYSIS BY A REGISTERED STRUCTURAL ENGINEER THAT SPECIFICALLY DESCRIBES ALL EXCEPTIONS TO FULL UBC COMPLIANCE AND A STATEMENT THAT THE BUILDING HAS ADEQUATE STRENGTH TO RESIST THE MAXIMUM CREDIBLE EARTHQUAKE WITHOUT COLLAPSE. STRUCTURAL CALCULATIONS MAY BE REQUIRED. "SUBSTANTIALLY MEETS" AS USED HEREIN WITH RESPECT TO THE HANDICAPPED REQUIREMENTS MEANS THE OFFER COMPLIES WITH THE REQUIREMENTS STATED IN THE FOLLOWING PARAGRAPHS:

"HANDICAPPED ACCESSIBILITY", SUBPARAGRAPH ON WALKS, PARKING, RAMPS AND ENTRANCES; "DOORS", SUBPARAGRAPH ON INTERIOR DOORS; "STAIRS", SUBPARAGRAPH ON HANDRAILS; "FLOOR AND FLOOR LOAD"; "RESTROOMS", SUBPARAGRAPH ON HANDICAPPED FACILITIES, LAVATORY AND OTHER; "DRINKING FOUNTAINS"; "ELEVATORS", SUBPARAGRAPH ON ENTRANCE AND CALL BUTTONS.

LESS THAN SUBSTANTIAL

IF NO OFFER MEETS THE MODIFIED HANDICAPPED REQUIREMENTS DESCRIBED ABOVE, THE CONTRACTING OFFICER MAY MAKE AN AWARD CONSISTENT WITH THE OTHER REQUIREMENTS OF THE SOLICITATION WITH DUE CONSIDERATION TO THE EXTENT OFFERS CAN MEET ACCESSIBILITY STANDARDS FOR ENTRANCES, ELEVATORS, TOILETS AND WATER FOUNTAINS. (SEE "OTHER FACTORS" PARAGRAPH BELOW.)

IF NO OFFER MEETS THE MODIFIED SEISMIC SAFETY REQUIREMENTS DESCRIBED ABOVE, THE CONTRACTING OFFICER WILL MAKE AN AWARD CONSISTENT WITH THE OTHER REQUIREMENTS OF THE SOLICITATION WITH DUE CONSIDERATION TO THE EXTENT OFFERS CAN MEET SEISMIC SAFETY. (SEE "OTHER FACTORS" PARAGRAPH BELOW.)

15. OTHER FACTORS

AFTER THE INITAIL REVIEW OF "BEST AND FINAL" OFFERS IS COMPLETED AND OFFERS ARE IDENTIFIED FOR FURTHER CONSIDERATION, THE LEASE WILL BE AWARDED TO THE OFFEROR WHOSE OFFER WILL BE MOST ADVANTAGEOUS TO THE GOVERNMENT, PRICE AND OTHER FACTORS CONSIDERED. PRICE IS OF EQUAL IMPORTANCE TO OTHER FACTORS. THE FOLLOWING AWARD FACTOR(S), LISTED IN DESCENDING ORDER OF IMPORTANCE, WILL BE CONSIDERED IN ADDITION TO PRICE:

SEISMIC SAFETY (WHEN NO OFFER FULLY OR SUBSTANTIALLY MEETS SFO RQMTS).

HANDICAPPED ACCESSIBILITY (WHEN NO OFFER FULLY OR SUBSTANTIALLY MEETS SFO REQUIREMENTS).

222

# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION AWARD FACTORS

**15. OTHER FACTORS CONT'D**

THE USE OF RENEWABLE ENERGY IN THE OFFERED BUILDING, FOR EXAMPLE SOLAR, WIND, GEOTHERMAL, BIOMASS, AND HYDROPOWER SOURCES.

**16. RESERVED**

RESERVED.

**SECTION: MISCELLANEOUS**

**17. UNIT COSTS FOR ADJUSTMENTS**

NOT APPLICABLE

SEVERAL PARAGRAPHS IN THIS SFO SPECIFY MEANS FOR DETERMINING QUANTITIES OF MATERIALS. THESE ARE GOVERNMENT PROJECTIONS TO ASSIST THE OFFEROR IN COST ESTIMATING. ACTUAL QUANTITIES MAY NOT BE DETERMINED UNTIL AFTER THE LEASE IS AWARDED AND THE SPACE LAYOUT COMPLETED. TO ENABLE AN EQUITABLE SETTLEMENT IF THE GOVERNMENT LAYOUT DEPARTS FROM THE PROJEC- TION, THE OFFEROR MUST LIST A UNIT COST FOR EACH OF THESE MATERIALS. GSA WILL USE EACH UNIT COST TO MAKE A LUMP SUM PAYMENT OR RENTAL INCREASE IF THE AMOUNT OF MATERIAL REQUIRED BY THE LAYOUT IS MORE THAN SPECIFIED OR TAKE CREDIT FROM THE INITIAL RENTAL PAYMENT IF THE AMOUNT IS LESS THAN SPECIFIED. OFFERORS ARE REQUIRED TO STATE IN THE OFFER OR ITS ATTACHMENT:

* THE COST PER LINEAR FOOT OF OFFICE SUBDIVIDING CEILING-HIGH PAR- TITIONING.
* THE COST PER FLOOR MOUNTED DUPLEX ELECTRICAL OUTLET.
* THE COST PER WALL MOUNTED ELECTRICAL OUTLET.
* THE COST PER FLOOR MOUNTED TELEPHONE OUTLET.
* THE COST PER WALL MOUNTED TELEPHONE OUTLET.
* THE COST PER INTERIOR DOOR.

**18. ALTERATIONS COSTING $25,000 OR LESS**

(A) THE UNIT PRICES WHICH THE OFFEROR IS REQUIRED TO LIST WILL, UPON ACCEPTANCE BY GSA, BE USED DURING THE FIRST YEAR OF THE LEASE TO PRICE ALTERATIONS COSTING $25,000 OR LESS WHICH THE LESSOR IS REQUESTED TO MAKE UNDER THE "ALTERATIONS BY LESSOR" CLAUSE. THESE PRICES MAY BE INDEXED OR RENEGOTIATED TO APPLY TO SUBSEQUENT YEARS OF THE LEASE UPON MUTUAL AGREEMENT OF THE LESSOR AND GOVERNMENT.

(B) WHERE UNIT PRICES FOR ALTERATIONS ARE NOT AVAILABLE, THE LESSOR MAY BE REQUESTED TO PROVIDE A COST PROPOSAL FOR THE ALTERATIONS WORK IN ACCORDANCE WITH THE "CHANGES CLAUSE, GSAR 552.270-21 (PARAGRAPH 14, GSA FORM 3517, GENERAL CLAUSES). SUCH ORDERS WILL BE PLACED BY ISSUANCE OF A GSA FORM 276, SUPPLEMENTAL LEASE AGREEMENT, A GSA FORM 300, ORDER FOR SUPPLIES OR SERVICES, OR A TENANT AGENCY APPROVED FORM. THE CLAUSES ENTITLED "GSAR 552.232-70(D) PAYMENT DUE DATE" AND "GSAR 552.232-72, INVOICE REQUIREMENTS" (PARAGRAPHS 26 AND 27, GSA FORM 3517), APPLY TO ORDERS FOR ALTERATIONS. ALL ORDERS ARE SUBJECT TO THE TERMS AND CONDI- TIONS OF THIS LEASE.

(C) ORDERS MAY BE PLACED BY THE CONTRACTING OFFICER, THE GSA BUILDINGS MANAGER OR TENANT AGENCY OFFICIALS WHEN SPECIFICALLY AUTHORIZED TO DO SO BY THE CONTRACTING OFFICER. THE CONTRACTING OFFICER WILL PROVIDE THE LESSOR WITH A LIST OF AGENCY OFFICIALS AUTHORIZED TO PLACE ORDERS AND WILL SPECIFY ANY LIMITATIONS ON THE AUTHORITY DELEGATED TO TENANT AGENCY OFFICIALS. THE TENANT AGENCY OFFICIALS ARE NOT AUTHORIZED TO DEAL WITH THE LESSOR ON ANY OTHER MATTERS.

(D) PAYMENTS FOR ALTERATIONS ORDERED BY TENANT AGENCIES WILL BE MADE DIRECTLY BY THE AGENCY PLACING THE ORDER.

223

**19. TAX ADJUSTMENT**

(A) THE GOVERNMENT SHALL PAY ADDITIONAL RENT FOR ITS SHARE OF

| SOLICITATION FOR OFFERS | SFO GS-09B-86754 | SECTION MISCELLANEOUS |
|---|---|---|

GSAR 552.270-24 (JUNE 1985)
19. TAX ADJUSTMENT CONT'D

INCREASES IN REAL ESTATE TAXES OVER TAXES PAID FOR THE CALENDAR YEAR IN WHICH ITS LEASE COMMENCES (BASE YEAR). PAYMENT WILL BE IN A LUMP SUM AND BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING THE MONTH IN WHICH PAID TAX RECEIPTS FOR THE BASE YEAR AND THE CURRENT YEAR ARE PRESENTED, OR THE ANNIVERSARY DATE OF THE LEASE, WHICHEVER IS LATER. THE GOVERNMENT WILL BE RESPONSIBLE FOR PAYMENT ONLY IF THE RECEIPTS ARE SUBMITTED WITHIN 60 CALENDAR DAYS OF THE DATE THE TAX PAYMENT IS DUE. IF NO FULL TAX ASSESSMENT IS MADE DURING THE CALENDAR YEAR IN WHICH THE GOVERNMENT LEASE COMMENCES, THE BASE YEAR WILL BE THE FIRST YEAR OF A FULL ASSESSMENT.

(B) THE GOVERNMENT'S SHARE OF THE TAX INCREASE WILL BE BASED ON THE RATIO OF THE SQUARE FEET OCCUPIED BY THE GOVERNMENT TO THE TOTAL RENTABLE SQUARE FEET IN THE BUILDING. IF THE GOVERNMENT'S LEASE TERMINATES BEFORE THE END OF A CALENDAR YEAR, PAYMENT WILL BE BASED ON THE PERCENTAGE OF THE YEAR IN WHICH THE GOVERNMENT OCCUPIED SPACE. THE PAYMENT WILL NOT INCLUDE PENALTIES FOR NON PAYMENT OR DELAY IN PAYMENT. IF THERE IS ANY VARIANCE BETWEEN THE ASSESSED VALUE OF THE GOVERNMENT'S SPACE AND OTHER SPACE IN THE BUILDING, THE GOVERNMENT MAY ADJUST THE BASIS FOR DETERMINING ITS SHARE OF THE TAX INCREASE.

(C) THE GOVERNMENT MAY CONTEST THE TAX ASSESSMENT BY INITIATING LEGAL PROCEEDINGS ON BEHALF OF THE GOVERNMENT AND THE LESSOR OR THE GOVERNMENT ALONE. IF THE GOVERNMENT IS PRECLUDED FROM TAKING LEGAL ACTION, THE LESSOR SHALL CONTEST THE ASSESSMENT UPON REASONABLE NOTICE BY THE GOVERNMENT. THE GOVERNMENT SHALL REIMBURSE THE LESSOR FOR ALL COSTS AND SHALL EXECUTE ALL DOCUMENTS REQUIRED FOR THE LEGAL PROCEEDINGS. THE LESSOR SHALL AGREE WITH THE ACCURACY OF THE DOCUMENTS. THE GOVERNMENT SHALL RECEIVE ITS SHARE OF ANY TAX REFUND. IF THE GOVERNMENT ELECTS TO CONTEST THE TAX ASSESSMENT, PAYMENT OF THE ADJUSTED RENT SHALL BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING CONCLUSION OF THE APPEAL PROCEEDINGS.

(D) IN THE EVENT OF ANY DECREASES IN REAL ESTATE TAXES OCCURRING DURING THE TERM OF OCCUPANCY UNDER THE LEASE, THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY. THE AMOUNT OF ANY SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

20. OPERATING COSTS
GSAR 552.270-23 (JUNE 1985)

(A) BEGINNING WITH THE SECOND YEAR OF THE LEASE AND EACH YEAR AFTER, THE GOVERNMENT SHALL PAY ADJUSTED RENT FOR CHANGES IN COSTS FOR CLEANING SERVICES, SUPPLIES, MATERIALS, MAINTENANCE, TRASH REMOVAL, LANDSCAPING, WATER, SEWER CHARGES, HEATING, ELECTRICITY, AND CERTAIN ADMINISTRATIVE EXPENSES ATTRIBUTABLE TO OCCUPANCY. APPLICABLE COSTS LISTED ON GSA FORM 1217, LESSOR'S ANNUAL COST STATEMENT, WHEN NEGOTIATED AND AGREED UPON, WILL BE USED TO DETERMINE THE BASE RATE FOR OPERATING COSTS ADJUSTMENT.

(B) THE AMOUNT OF ADJUSTMENT WILL BE DETERMINED BY MULTIPLYING THE BASE RATE BY THE PERCENT OF CHANGE IN THE COST OF LIVING INDEX. THE PERCENT CHANGE WILL BE COMPUTED BY COMPARING THE INDEX FIGURE PUBLISHED FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE WITH THE INDEX FIGURE PUBLISHED FOR THE MONTH WHICH BEGINS EACH SUCCESSIVE 12-MONTH PERIOD. FOR EXAMPLE, A LEASE WHICH COMMENCES IN JUNE OF 1985 WOULD USE THE INDEX PUBLISHED FOR MAY OF 1985 AND THAT FIGURE WOULD BE COMPARED WITH THE INDEX PUBLISHED FOR MAY OF 1986, MAY OF 1987, AND SO ON, TO DETERMINE THE PERCENT CHANGE. THE COST OF LIVING INDEX WILL BE MEASURED BY THE U.S. DEPARTMENT OF LABOR REVISED CONSUMER PRICE INDEX FOR WAGE EARNERS AND CLERICAL WORKERS, U.S. CITY AVERAGE, ALL ITEMS FIGURE, (1967=100) PUBLISHED BY THE BUREAU OF LABOR STATISTICS. PAYMENT WILL BE MADE WITH THE MONTHLY INSTALLMENT OF FIXED RENT. RENTAL ADJUSTMENTS WILL BE EFFECTIVE ON THE ANNIVERSARY DATE OF THE LEASE. PAYMENT OF THE ADJUSTED RENTAL RATE WILL BECOME DUE ON THE FIRST WORKDAY OF THE SECOND MONTH FOLLOWING THE PUBLICATION OF THE COST OF LIVING INDEX FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE.

(C) IF THE GOVERNMENT EXERCISES AN OPTION TO EXTEND THE LEASE TERM AT THE SAME RATE AS THAT OF THE ORIGINAL TERM, THE OPTION PRICE WILL BE BASED ON THE ADJUSTMENT DURING THE ORIGINAL TERM. ANNUAL ADJUSTMENTS WILL CONTINUE.

224

# SOLICITATION FOR OFFERS

SFO GS-09B-86764

SECTION MISCELLANEOUS

20. OPERATING COSTS CONT'D

(D) IN THE EVENT OF ANY DECREASES IN THE COST OF LIVING INDEX OCCURRING DURING THE TERM OF OCCUPANCY UNDER THE LEASE, THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY. THE AMOUNT OF SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

(E) THE OFFER MUST CLEARLY STATE WHETHER THE RENTAL IS FIRM THROUGHOUT THE TERM OF THE LEASE OR IF IT IS SUBJECT TO ANNUAL ADJUSTMENT OF OPERATING COSTS AS INDICATED ABOVE. IF OPERATING COSTS WILL BE SUBJECT TO ADJUSTMENT, IT SHOULD BE SPECIFIED ON BLOCK 19 OF GSA FORM 1364, PROPOSAL TO LEASE SPACE, CONTAINED ELSEWHERE IN THIS SOLICITATION.

21. NET USABLE SPACE

NET USABLE SPACE IS THE METHOD OF MEASUREMENT FOR THE AREA FOR WHICH GSA WILL PAY A SQUARE FOOT RATE. IT IS DETERMINED AS FOLLOWS:

IF THE SPACE IS ON A SINGLE TENANCY FLOOR, COMPUTE THE INSIDE GROSS AREA BY MEASURING BETWEEN THE INSIDE FINISH OF THE PERMANENT EXTERIOR BUILDING WALLS OR FROM THE FACE OF THE CONVECTORS (PIPES OR OTHER WALL-HUNG FIXTURES) IF THE CONVECTOR OCCUPIES AT LEAST 50 PERCENT OF THE LENGTH OF EXTERIOR WALLS.

IF THE SPACE IS ON A MULTIPLE TENANCY FLOOR, MEASURE FROM THE EXTERIOR BUILDING WALLS AS ABOVE AND TO THE ROOM SIDE FINISH OF THE FIXED CORRIDOR AND SHAFT WALLS AND/OR THE CENTER OF TENANT-SEPARATING PARTITIONS.

IN ALL MEASUREMENTS, MAKE NO DEDUCTIONS FOR COLUMNS AND PROJECTIONS ENCLOSING THE STRUCTURAL ELEMENTS OF THE BUILDING AND DEDUCT THE FOLLOWING FROM THE GROSS AREA INCLUDING THEIR ENCLOSING WALLS:

TOILETS AND LOUNGES,
STAIRWELLS,
ELEVATORS AND ESCALATOR SHAFTS,
BUILDING EQUIPMENT AND SERVICE AREAS,
ENTRANCE AND ELEVATOR LOBBIES,
STACKS AND SHAFTS, AND
CORRIDORS IN PLACE OR REQUIRED BY LOCAL CODES
AND ORDINANCES.

UNLESS OTHERWISE NOTED, ALL REFERENCES IN THIS SOLICITATION TO SQUARE FEET SHALL MEAN NET USABLE SQUARE FEET.

22. APPURTENANT AREAS

THE RIGHT TO USE APPURTENANT AREAS AND FACILITIES IS INCLUDED.

23. ADJUSTMENT FOR VACANT PREMISES GSAR 552.270-25 (JUNE 1985)

IF THE GOVERNMENT FAILS TO OCCUPY ANY PORTION OF THE LEASED PREMISES OR VACATES THE PREMISES IN WHOLE OR IN PART PRIOR TO EXPIRATION OF THE FIRM TERM OF THE LEASE, THE RENTAL RATE SHALL BE REDUCED AS FOLLOWS:

THE RATE SHALL BE REDUCED BY THAT PORTION OF THE COSTS PER SQUARE FOOT OF OPERATING EXPENSES NOT REQUIRED TO MAINTAIN THE SPACE. SAID REDUCTION SHALL OCCUR AFTER THE GOVERNMENT GIVES 30 DAYS PRIOR NOTICE TO THE LESSOR, AND SHALL CONTINUE IN EFFECT UNTIL THE GOVERNMENT OCCUPIES THE PREMISES OR THE LEASE EXPIRES OR IS TERMINATED.

SECTION: GENERAL ARCHITECTURAL

24. WORK PERFORMANCE

ALL WORK IN PERFORMANCE OF THIS LEASE MUST BE DONE BY SKILLED WORKERS OR MECHANICS AND BE ACCEPTABLE TO THE CONTRACTING OFFICER.

25. BUILDING SYSTEMS CERTIFICATION

WHENEVER REQUESTED, THE LESSOR SHALL FURNISH AT NO COST TO GSA A CERTIFICATION BY A REGISTERED PROFESSIONAL ENGINEER(S) THAT THE BUILDING AND ITS SYSTEMS AS DESIGNED AND CONSTRUCTED WILL SATISFY THE REQUIREMENTS OF THIS LEASE.

225

**26. PLANS: AFTER OCCUPANCY**

WITHIN 30 DAYS AFTER OCCUPANCY, ONE-EIGHTH INCH AS-BUILT REPRODUCIBLE FULL FLOOR PLANS SHOWING THE SPACE UNDER LEASE AS WELL AS CORRIDORS AND CORE AREAS MUST BE PROVIDED TO THE CONTRACTING OFFICER.

**27. FLOORS AND FLOOR LOAD**

*ACCEPTABLE AS IS*

ALL ADJOINING FLOOR AREAS MUST BE OF A COMMON LEVEL, NON SLIP, AND ACCEPTABLE TO THE CONTRACTING OFFICER. UNDERFLOOR SURFACES MUST BE SMOOTH AND LEVEL. OFFICE AREAS SHALL HAVE A MINIMUM LIVE LOAD CAPACITY OF 50 POUNDS PER SQUARE FOOT LIVE LOAD PLUS 20 POUNDS PER SQUARE FOOT FOR MOVABLE PARTITIONS. STORAGE AREAS SHALL HAVE A MINIMUM LIVE LOAD CAPACITY OF 100 POUNDS PER SQUARE FOOT INCLUDING MOVABLE PARTITIONS. WRITTEN CERTIFICATION OF THE FLOOR LOAD CAPACITY, AT NO COST TO THE GOVERNMENT, BY A REGISTERED PROFESSIONAL ENGINEER MAY BE REQUIRED. CALCULATIONS AND STRUCTURAL DRAWINGS MAY ALSO BE REQUIRED.

**28. EXITS & ACCESS**

*ACCEPTABLE AS IS*

ALL EXITS, STAIRS, CORRIDORS, AISLES, AND PASSAGEWAYS THAT MAY BE USED BY THE GOVERNMENT SHALL COMPLY WITH NFPA STANDARD NO. 101. VESTIBULES SHALL BE PROVIDED AT PUBLIC ENTRANCES AND EXITS WHEREVER WEATHER CONDITIONS AND HEAT LOSS ARE IMPORTANT FACTORS FOR CONSIDERATION. IN THE EVENT OF NEGATIVE AIR PRESSURE CONDITIONS, PROVISIONS SHALL BE MADE FOR EQUALIZING AIR PRESSURE.

**29. WINDOWS**

OFFICE SPACE MUST HAVE WINDOWS IN EACH EXTERIOR BAY UNLESS WAIVED BY THE CONTRACTING OFFICER.

*ACCEPTABLE AS IS*

ALL WINDOWS SHALL BE WEATHERTIGHT. OPENING WINDOWS MUST BE EQUIPPED WITH LOCKS. WINDOWS EXTENDING 18 INCHES FROM THE FLOOR AND LOCATED AT LEAST 4 FEET ABOVE GRADE SHALL BE PROVIDED WITH A SAFETY BAR ON THE INTERIOR WINDOW APPROXIMATELY 3 FEET ABOVE FLOOR LEVEL.

**30. WINDOWS: ANTI-INTRUSION**

*ACCEPTABLE AS IS*

OFF-STREET, GROUND-LEVEL WINDOWS AND THOSE ACCESSIBLE FROM FIRE ESCAPES AND ADJACENT ROOFS MUST HAVE EXTERIOR GRILLES OR ANTI-INTRUSION ALARM SYSTEMS TO DETER FORCIBLE ENTRY.

**31. HANDICAPPED ACCESSIBILITY: PARKING**

*ACCEPTABLE AS IS*

IF PARKING IS PROVIDED, THEN AT LEAST ONE OR UP TO FOUR PERCENT OF THOSE SPACES CLOSEST TO THE BUILDING SHOULD BE DESIGNATED FOR USE BY THE PHYSICALLY HANDICAPPED. THESE SPACES SHALL BE AT LEAST EIGHT FEET WIDE WITH A FIVE-FOOT-WIDE ACCESS AISLE TO WALKS AND RAMPS. TWO SPACES MAY SHARE A COMMON AISLE. THESE SPACES SHOULD BE DESIGNED SO THE DISABLED ARE NOT COMPELLED TO WHEEL OR WALK BEHIND PARKED CARS. IF NECESSARY, CURB CUTS OR RAMPS SHALL BE PROVIDED.

**WALKS**

AT LEAST ONE ACCESSIBLE ROUTE HAVING NO STEPS OR ABRUPT CHANGES IN LEVEL SHALL BE PROVIDED FROM THE ACCESSIBLE PARKING SPACE(S), PUBLIC SIDEWALK(S) AND TRANSPORTATION STOP(S), IF PROVIDED, INTO EACH ACCESSIBLE PRIMARY BUILDING ENTRANCE. PUBLIC WALKS IN THESE ACCESS PATHS SHOULD BE AT LEAST 36 INCHES WIDE WITH A SLOPE NO GREATER THAN ONE FOOT RISE IN 20 FEET. IF AN ACCESSIBLE WALK IS LESS THAN 60 INCHES IN WIDTH THEN IT SHALL HAVE LEVEL PASSING ZONES, SPACED AT NO MORE THAN 200 FEET APART, MEASURING A MINIMUM OF 60 INCHES BY 60 INCHES. THEY SHALL BE STABLE, FIRM AND SLIP RESISTANT. CHANGES IN LEVEL UP TO 1/4 INCH MAY BE VERTICAL AND WITHOUT EDGE TREATMENT. LEVEL CHANGES BETWEEN 1/4 INCH AND LESS THAN 1/2 INCH SHALL BE BEVELED WITH A SLOPE NO GREATER THAN 1:2. CHANGES EXCEEDING 1/2 INCH SHALL BE TREATED AS A RAMP. WHENEVER POSSIBLE, GRATINGS SHOULD NOT BE LOCATED WITHIN OR ALONG WALKS. WALKS SHALL HAVE A LEVEL PLATFORM AT THE TOP IN ACCORDANCE WITH "DOORS: MANEUVERING CLEARANCE".

**RAMPS**

WHERE RAMPS ARE NECESSARY OR DESIRED, THEY SHALL BE OF A NON-SLIP SURFACE, WITH A SLOPE NO GREATER THAN ONE FOOT RISE IN 12 FEET. THEY MUST HAVE A MINIMUM CLEAR WIDTH OF 3 FEET WITH LEVEL LANDINGS AT THE TOP AND BOTTOM OF EACH RAMP RUN. EACH LANDING SHALL BE AS WIDE AS THE WIDEST RAMP RUN LEADING INTO IT. LANDINGS ON A STRAIGHT RUN RAMP SHALL BE 5 FEET MINIMUM. INTERMEDIATE LANDINGS FOR TURNING RAMPS SHALL BE A MINIMUM OF 5 FEET BY 5 FEET. CONTINUOUS HANDRAILS SHALL BE PROVIDED ON BOTH SIDES OF ALL RAMPS WITH A VERTICAL RISE GREATER THAN 6 INCHES. RAMPS WITH VERTICAL DROP-OFFS GREATER THAN 6 INCHES SHALL HAVE CURBS, WALLS, RAILINGS OR PROJECTING SURFACES.

226

**ENTRANCES**

AT LEAST ONE MAIN ENTRANCE SHALL BE ACCESSIBLE. IT SHALL BE CONNECTED

# SOLICITATION FOR OFFERS

SFO GS-09B-88784

SECTION GENERAL ARCHITECTURAL

31. HANDICAPPED ACCESSIBILITY: CONT'D

ACCEPTABLE AS IS

BY AN ACCESSIBLE WALK TO HANDICAPPED PARKING, PUBLIC STREET(S), ACCESSIBLE ELEVATOR(S), AND OTHER ACCESSIBLE ELEMENTS AND SPACES THROUGHOUT THE BUILDING. IF POWER-OPERATED ENTRANCE DOORS ARE PROVIDED, THEY SHALL COMPLY WITH ANSI 156.10 (1979). WHERE VESTIBULES ARE PROVIDED, DOORS IN A SERIES, IN A STRAIGHT LINE, SHALL SWING IN THE SAME DIRECTION AND BE AT A DISTANCE OF 48 INCHES PLUS THE WIDTH OF ANY DOOR SWINGING INTO THE SPACE.

STAIRS

IF FLOORS ARE SERVICED BY AN ACCESSIBLE ELEVATOR, STAIRS CONNECTING THESE FLOORS NEED NOT MEET THE ACCESSIBILITY REQUIREMENTS IN "STAIRS" AND "HANDRAILS".

ALL STEPS ON A SINGLE FLIGHT OF STAIRS SHALL HAVE UNIFORM RISER HEIGHTS AND UNIFORM TREAD WIDTHS. OPEN RISER STAIRS ARE NOT PERMITTED.

STAIR TREADS SHALL NOT HAVE ABRUPT NOSING. THE RADIUS OF CURVATURE AT THE LEADING EDGE OF THE TREAD SHALL BE NO GREATER THAN 1/2 INCH. THE MAXIMUM NOSING PROJECTION SHALL BE NO GREATER THAN 1-1/2 INCH.

HANDRAILS

STAIRS SHALL HAVE CONTINUOUS HANDRAILS ON BOTH SIDES THAT EXTEND A MINIMUM OF 12 INCHES ON ONE SIDE BEYOND THE TOP RISER AND 12 INCHES PLUS THE WIDTH OF ONE TREAD ON ONE SIDE BEYOND THE BOTTOM RISER. AT THE TOP, THE 12 INCH EXTENSION SHALL BE PARALLEL WITH THE FLOOR. AT THE BOTTOM, THE HANDRAIL SHALL CONTINUE TO SLOPE FOR A DISTANCE OF ONE FLOOR TREAD WIDTH FROM THE BOTTOM RISER WITH THE 12 INCH REMAINDER BEING HORIZONTAL AND PARALLEL WITH THE FLOOR. CARE SHOULD BE USED SO THE EXTENSION ITSELF DOES NOT PRESENT A HAZARD.

SECTION: ARCHITECTURAL FINISHES

32. LAYOUT AND FINISHES

ALL REQUIRED FINISH SELECTION SAMPLES MUST BE PROVIDED WITHIN 15 DAYS OF THE REQUEST FOR SUCH BY THE CONTRACTING OFFICER. GSA SHALL DELIVER LAYOUT DRAWINGS AND NECESSARY FINISH SELECTIONS TO THE LESSOR WITHIN N/A DAYS AFTER AWARD OR AFTER RECEIPT OF PLANS AND SAMPLES, WHICHEVER IS LATER.

33. CEILINGS

ACCEPTABLE AS IS

CEILINGS MUST BE AT LEAST 8'0" AND NO MORE THAN 11'0" CLEAR FROM FLOOR TO THE LOWEST OBSTRUCTION. WITH THE EXCEPTION OF SERVICE AREAS, THEY MUST HAVE ACOUSTICAL TREATMENT ACCEPTABLE TO THE CONTRACTING OFFICER, A FLAMESPREAD OF 25 OR LESS, AND A SMOKE DEVELOPED RATING OF 50 OR LESS (ASTM E-84). PROTRUSIONS OF FIXTURES INTO TRAFFIC WAYS SHALL BE AVOIDED. IN BUILDINGS PROTECTED THROUGHOUT BY A SPRINKLER SYSTEM MEETING THE GOVERNMENT'S APPROVAL, CEILING AS WELL AS PARTITION FINISHES MAY HAVE FLAMESPREAD AND SMOKE DEVELOPMENT LIMITS OF 200, IN LIEU OF 25 FOR THE FLAMESPREAD AND 50 FOR SMOKE DEVELOPMENT (ASTM E-84).

34. PAINTING

PRIOR TO OCCUPANCY ALL SURFACES DESIGNATED BY GSA FOR PAINTING MUST BE NEWLY PAINTED IN COLORS ACCEPTABLE TO GSA. ALL PAINTED SURFACES, INCLUDING ANY PARTITIONING INSTALLED BY THE GOVERNMENT OR LESSOR AFTER GOVERNMENT OCCUPANCY, MUST BE REPAINTED AFTER WORKING HOURS AT LESSOR EXPENSE AT LEAST EVERY 5 YEARS. THIS INCLUDES MOVING AND RETURN OF FURNITURE. PUBLIC AREAS MUST BE PAINTED AT LEAST EVERY THREE YEARS.

227

35. DOORS: EXTERIOR

ACCEPTABLE AS IS

EXTERIOR DOORS SHALL BE WEATHERTIGHT, EQUIPPED WITH AUTOMATIC DOOR CLOSERS AND OPEN OUTWARD.

36. DOORS: INTERIOR

ACCEPTABLE AS IS

DOORS MUST HAVE A MINIMUM OPENING OF 32 INCHES BY 80 INCHES. HOLLOW CORE WOOD DOORS ARE NOT ACCEPTABLE. THEY SHALL BE OPERABLE BY A SINGLE EFFORT AND MUST BE IN ACCORDANCE WITH NATIONAL BUILDING CODE REQUIREMENTS. THEY WILL BE PROVIDED AT A RATIO OF AS IS.

37. DOORS: MANEUVERING CLEARANCES

ACCEPTABLE AS IS

THE WALK LANDING OR FLOOR AREA FOR DOORS THAT OPEN ONTO WALKWAYS, RAMPS, CORRIDORS, AND OTHER PEDESTRIAN PATHS OF TRAVEL, SHALL BE CLEAR AND LEVEL, WITH A SLOPE NO GREATER THAN 1:50 AND EXTEND A MINIMUM OF 5 FEET FROM THE SWING SIDE OF THE DOOR, 4 FEET FROM THE OPPOSITE SIDE.