| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

AND A MINIMUM OF 1-1/2 FEET PAST THE LATCH SIDE(PULL SIDE) AND A MINIMUM OF 1 FOOT PAST THE LATCH SIDE(PUSH SIDE) OF THE DOOR.

37. DOORS: MANEUVERING CLEARANCES CONT'D

DOORS MUST HAVE HEAVY DUTY HARDWARE WITH HARDWARE STOPS. ALL PUBLIC USE DOORS MUST BE EQUIPPED WITH PUSH PLATES OR MUST BE FLUSH UP TO A MINIMUM HEIGHT OF 9 INCHES MEASURED FROM THE FLOOR, PULL BARS OR HANDLES, AND AUTOMATIC DOOR CLOSERS. CORRIDOR AND OUTSIDE DOORS MUST BE EQUIPPED WITH CYLINDER LOCKS AND DOOR CHECKS. ALL LOCKS MUST BE MASTER KEYED. THE GOVERNMENT MUST BE FURNISHED AT LEAST TWO MASTER KEYS AND TWO KEYS FOR EACH LOCK. HARDWARE FOR DOORS IN THE MEANS OF EGRESS SHALL CONFORM TO NFPA STANDARD NO. 101.

38. DOORS: HARDWARE

ACCEPTABLE AS IS

DOOR IDENTIFICATION SHALL BE INSTALLED IN APPROVED LOCATIONS ADJACENT TO OFFICE ENTRANCES. THE FORM OF DOOR IDENTIFICATION MUST BE APPROVED BY THE CONTRACTING OFFICER. TOILET, STAIRWAY, AND CORRIDOR DOORS MUST BE IDENTIFIED BY THE INTERNATIONAL SYMBOL OF ACCESSIBILITY AT A HEIGHT OF 54 TO 66 INCHES ABOVE THE FLOOR, AND WHEREVER POSSIBLE, MOUNTED ON THE WALL AT THE LATCH SIDE OF THE DOOR. SELDOM-USED DOORS TO AREAS POSING DANGER TO THE BLIND MUST HAVE KNURLED OR ACCEPTABLE PLASTIC ABRASIVE COATED HANDLES. TACTILE WARNING INDICATORS SHALL NOT BE USED TO IDENTIFY EXIT STAIRS.

39. DOORS: IDENTIFICATION

ACCEPTABLE AS IS

PARTITIONS AND DIVIDERS MUST BE PROVIDED AS OUTLINED BELOW. PARTITIONING REQUIREMENTS MAY BE MET WITH EXISTING PARTITIONS IF THEY MEET THE GOVERNMENT'S STANDARDS AND LAYOUT REQUIREMENTS.

40. PARTITIONS: GENERAL

ACCEPTABLE AS IS

PERMANENT PARTITIONS MUST BE PROVIDED AS NECESSARY TO SURROUND STAIRS, CORRIDORS, ELEVATOR SHAFTS, TOILET ROOMS AND JANITOR CLOSETS. THEY SHALL HAVE A FLAMESPREAD RATING OF 25 OR LESS AND A SMOKE DEVELOPED RATING OF 50 OR LESS (ASTM E-84 TEST). STAIRS, ELEVATORS, AND OTHER FLOOR OPENINGS SHALL BE ENCLOSED BY PARTITIONS AND HAVE THE FIRE RESISTANCE REQUIRED BY NFPA NO. 101. THEY SHALL EXTEND FROM THE STRUCTURAL FLOOR SLAB TO THE STRUCTURAL CEILING SLAB.

41. PARTITIONS: PERMANENT

ACCEPTABLE AS IS

OFFICE SUBDIVIDING PARTITIONS SHALL COMPLY WITH THE UNIFORM BUILDING CODE (UBC) AND LOCAL REQUIREMENTS. THEY MUST BE PROVIDED AT A RATIO OF ONE LINEAR FOOT FOR EACH // SQUARE FEET OF SPACE PROVIDED. PARTITIONING OVER INTERIOR OFFICE DOORS IS INCLUDED IN THE MEASUREMENT. THEY MUST EXTEND FROM THE FINISHED FLOOR TO THE FINISHED CEILING AND HAVE A FLAMESPREAD RATING OF 25 OR LESS AND A SMOKE DEVELOPED RATING OF 50 OR LESS (ASTM E-84-TEST).

42. PARTITIONS: SUBDIVIDING

ACCEPTABLE AS IS

PARTITIONS MAY BE PREFINISHED OR TAPED AND PAINTED. HVAC MUST BE REBALANCED AND LIGHTING REPOSITIONED AS APPROPRIATE AFTER INSTALLATION OF PARTITIONS.

FLOOR COVERING MAY BE EITHER RESILIENT FLOORING OR CARPET, EXCEPT AS OTHERWISE SPECIFIED IN THIS SOLICITATION. FLOOR PERIMETERS AT PARTITIONS MUST HAVE WOOD, RUBBER, VINYL, OR CARPET BASE. ANY EXCEPTIONS MUST BE APPROVED BY THE CONTRACTING OFFICER.

43. FLOOR COVERING AND PERIMETERS

TERRAZO, UNGLAZED CERAMIC TILE, AND/OR QUARRY TILE SHALL BE USED IN ALL TOILET AND SERVICE AREAS UNLESS ANOTHER COVERING IS APPROVED BY THE CONTRACTING OFFICER.

44. TOILET AND SERVICE AREAS

RESILIENT FLOORING SHALL COVER AS IS. SAMPLES MUST BE APPROVED BY THE CONTRACTING OFFICER.

45. RESILIENT FLOORING

REPLACEMENT

THE FLOORING SHALL BE REPLACED BY THE LESSOR AT NO COST TO THE GOVERNMENT PRIOR TO OR DURING GOVERNMENT OCCUPANCY WHEN IT HAS:

* CURLS, UPTURNED EDGES, OR OTHER NOTICEABLE VARIATIONS IN TEXTURE.

228

CARPET OR CARPET TILES SHALL COVER AS IS. THE USE OF EXISTING CARPET MAY BE APPROVED BY THE CONTRACTING OFFICER. HOWEVER, EXISTING CARPET MUST BE SHAMPOOED BEFORE OCCUPANCY AND MUST MEET THE STATIC BUILDUP AND FLAMMABILITY REQUIREMENTS FOR NEW CARPET WHICH FOLLOW IN THIS PARAGPAPH.

46. CARPET

# SOLICITATION FOR OFFERS

SFO GS-09B-88784

SECTION ARCHITECTURAL FINISHES

46. CARPET CONT'D

IF THE CARPET WILL BE NEWLY INSTALLED, THE FOLLOWING SPECIFICATIONS MUST BE MET:

PHYSICAL REQUIREMENTS

* PILE YARN CONTENT : CONTINUOUS FILAMENT SOIL-HIDING NYLON, WOOL/NYLON, OR OLEFIN COMBINATIONS.

* CARPET PILE CONSTRUCTION: LEVEL LOOP, TEXTURED LOOP, LEVEL CUT PILE, OR LEVEL CUT/UNCUT PILE.

* PILE WEIGHT: 28 OUNCES PER SQUARE YARD MINIMUM.

* SECONDARY BACK: SYNTHETIC FIBER OR JUTE FOR GLUE-DOWN INSTALLATION.

* TOTAL WEIGHT: 84 OUNCES PER SQUARE YARD MINIMUM.

* FLAMMABILITY: CARPET IN UNSPRINKLERED CORRIDORS AND EXITS SHALL HAVE A CRITICAL RADIANT FLUX OF 0.22 OR GREATER (NFPA STANDARD NO. 253). ALL CARPET NOT IN CORRIDORS SHALL PASS CONSUMER PRODUCTS SAFETY COMMISSION FFL-70 (PILL TEST).

* STATIC BUILDUP: 3.5 KV MAXIMUM WITH BUILT-IN STATIC DISSIPATION IS RECOMMENDED. "STATIC-CONTROLLED" IS ACCEPTABLE.

SAMPLES

WHEN CARPET MUST BE NEWLY INSTALLED OR CHANGED, THE OFFEROR SHALL PROVIDE THE GOVERNMENT A MINIMUM OF SIX (6) COLOR SAMPLES. THE SAMPLE AND COLOR MUST BE APPROVED BY GSA PRIOR TO INSTALLATION. NO SUBSTITUTES MAY BE MADE BY THE OFFEROR AFTER SAMPLE SELECTION.

INSTALLATION

CARPET MUST BE INSTALLED IN ACCORDANCE WITH MANUFACTURING INSTRUCTIONS TO LAY SMOOTHLY AND EVENLY.

REPLACEMENT

CARPET SHALL BE REPLACED AT LEAST EVERY 10 YEARS DURING GOVERNMENT OCCUPANCY OR ANY TIME DURING THE LEASE WHEN:

* BACKING OR UNDERLAYMENT IS EXPOSED.

* THERE ARE NOTICEABLE VARIATIONS IN SURFACE COLOR OR TEXTURE.

REPLACEMENT INCLUDES MOVING AND RETURN OF FURNITURE.

47. WINDOW COVERING

ALL EXTERIOR WINDOWS SHALL BE EQUIPPED WITH WINDOW BLINDS OR LINED DRAPERIES.

BLINDS MAY BE EITHER VERTICAL OR HORIZONTAL WITH METAL OR VINYL SLATS. THEY MUST HAVE NONCORRODING MECHANISMS AND SYNTHETIC TAPES. COLOR SELECTION WILL BE MADE BY THE CONTRACTING OFFICER.

DRAPERY FABRIC MUST BE FLAME RETARDANT. FABRICS SHALL BE LINED WITH EITHER WHITE OR OFF-WHITE PLAIN LINING FABRIC SUITED TO THE DRAPERY FABRIC WEIGHT. DRAPERY FABRIC SHALL CONFORM TO NFPA STANDARD NO. 701. DRAPERIES SHALL BE EITHER FLOOR-, APRON-, OR SILL-LENGTH, AS SPECIFIED BY THE GOVERNMENT, AND SHALL BE WIDE ENOUGH TO COVER WINDOW AND TRIM. DRAPERIES SHALL BE HUNG WITH DRAPERY HOOKS ON WELL-ANCHORED HEAVY DUTY TRAVERSE RODS. TRAVERSE RODS SHALL DRAW FROM EITHER THE CENTER, RIGHT OR LEFT SIDE.

CONSTRUCTION

IF DRAPERIES WILL BE NEWLY INSTALLED, THEY MUST BE MADE AS FOLLOWS:

* 100 PERCENT FULLNESS, INCLUDING OVERLAP, ONE-AND-ONE-HALF-INCH SIDE HEMS AND NECESSARY RETURNS.

* FOUR-INCH DOUBLE HEADINGS TURNED OVER A FOUR-INCH PERMANENTLY FINISHED STIFFENER.

* ONE-AND-ONE-HALF-INCH DOUBLED SIDE HEMS; FOUR-INCH DOUBLED AND BLIND STITCHED BOTTOM HEMS.

229

**47. WINDOW COVERING CONT'D**

* THREE-FOLD PINCH PLEATS.
* SAFETY STITCHED INTERMEDIATE SEAMS.
* EXCEPT FOR FIBERGLASS, WEIGHTED BOTTOMS.
* MATCHED PATTERNS.
* TACKED CORNERS.
* NO RAW EDGES OR EXPOSED SEAMS.

USE OF EXISTING DRAPERIES MUST BE APPROVED BY THE CONTRACTING OFFICER.

**SAMPLES**

A MINIMUM OF THREE PATTERNS AND COLORS SHALL BE MADE AVAILABLE TO THE GOVERNMENT FOR SELECTION; SHADING OF SAMPLE FABRIC SHALL NOT VARY MARKEDLY FROM THAT OF THE FINAL PRODUCT.

**48. BUILDING DIRECTORY**

A TAMPER PROOF DIRECTORY WITH LOCK SHALL BE PROVIDED IN THE BUILDING LOBBY LISTING ALL GOVERNMENT AGENCIES. IT MUST BE ACCEPTABLE TO THE CONTRACTING OFFICER.

**49. FLAGPOLE**

IF THE GOVERNMENT IS THE SOLE OCCUPANT OF THE BUILDING. A FLAGPOLE SHALL BE PROVIDED AT A LOCATION TO BE APPROVED BY THE CONTRACTING OFFICER. THE FLAG WILL BE PROVIDED BY THE GOVERNMENT. THIS REQUIREMENT MAY BE WAIVED IF DETERMINED INAPPROPRIATE BY GSA.

**SECTION: MECHANICAL, ELECTRICAL, PLUMBING**

**50. GENERAL**

THE LESSOR SHALL PROVIDE AND OPERATE ALL BUILDING EQUIPMENT AND SYSTEMS IN ACCORDANCE WITH APPLICABLE TECHNICAL PUBLICATIONS, MANUALS, AND STANDARD PROCEDURES. MAINS, LINES, AND METERS FOR UTILITIES SHALL BE PROVIDED BY THE LESSOR. EXPOSED DUCTS, PIPING, AND CONDUITS ARE NOT PERMITTED IN OFFICE SPACE.

**51. DRINKING FOUNTAINS**

ACCEPTABLE AS IS

THE LESSOR SHALL PROVIDE A MINIMUM OF ONE DRINKING FOUNTAIN ON EACH FLOOR OF OFFICE SPACE LOCATED SO NO PERSON WILL HAVE TO TRAVEL MORE THAN 150 FEET TO REACH IT. THE WATER SHALL BE CHILLED. ALL WATER FOUNTAINS SHALL BE ACCESSIBLE TO AND USABLE BY THE PHYSICALLY DISABLED. THEY SHALL HAVE AN UPFRONT SPOUT AND CONTROL WHICH IS LOCATED NO HIGHER THAN 36 INCHES ABOVE THE FINISHED FLOOR. CONTROLS SHALL BE HAND OR HAND AND FOOT OPERATED. CONVENTIONAL FLOOR MOUNTED WATER FOUNTAINS CAN BE SERVICEABLE TO INDIVIDUALS IN WHEELCHAIRS IF A CLEAR FLOOR SPACE OF 30 INCHES BY 48 INCHES IS PROVIDED ADJACENT TO THE FOUNTAIN. A WALL MOUNTED HAND OPERATED COOLER MAY SERVE THE ABLE BODIED AND PHYSICALLY DISABLED EQUALLY WELL WHEN THE BUBBLER IS MOUNTED NO HIGHER THAN 36 INCHES AND THERE IS CLEAR KNEE SPACE BETWEEN THE BOTTOM OF THE APRON OF THE COOLER AND THE FLOOR AT LEAST 27 INCHES HIGH, 30 INCHES WIDE AND 17 TO 19 INCHES DEEP. A FULLY RECESSED WATER FOUNTAIN IS NOT RECOMMENDED. THE WATER FOUNTAIN SHOULD NOT BE SET INTO AN ALCOVE UNLESS THE ALCOVE IS WIDER THAN 30" AND NOT MORE THAN 2' DEEP.

230

**52. RESTROOMS**

ACCEPTABLE AS IS

SEPARATE TOILET FACILITIES FOR MEN AND WOMEN SHALL BE PROVIDED ON EACH FLOOR OCCUPIED BY THE GOVERNMENT IN THE BUILDING. THE FACILITIES MUST BE LOCATED SO THAT EMPLOYEES WILL NOT BE REQUIRED TO TRAVEL MORE THAN 150 FEET ON ONE FLOOR TO REACH THE TOILETS. EACH TOILET ROOM SHALL HAVE SUFFICIENT WATER CLOSETS ENCLOSED WITH MODERN STALL PARTITIONS AND DOORS, URINALS (IN MEN'S ROOM), AND HOT (SET AT 105 DEGREES, IF PRACTICAL) AND COLD WATER. WATER CLOSETS AND URINALS SHALL NOT BE VISIBLE WHEN THE EXTERIOR DOOR IS OPEN. EACH MAIN TOILET ROOM SHALL CONTAIN:

**EQUIPMENT**

* A SOAP DISPENSER, SHELF AND MIRROR ABOVE THE LAVATORY.



PJS INITIAL

**52. RESTROOMS CONT'D**

ACCEPTABLE AS IS

* A TOILET PAPER DISPENSER IN EACH WATER CLOSET STALL.

* A COAT HOOK ON INSIDE FACE OF DOOR TO EACH WATER CLOSET STALL AND ON SEVERAL WALL LOCATIONS BY LAVATORIES.

* AT LEAST ONE MODERN PAPER TOWEL DISPENSER AND WASTE RECEPTACLE FOR EVERY TWO LAVATORIES.

* A COIN OPERATED SANITARY NAPKIN DISPENSER IN WOMEN'S TOILET ROOMS WITH WASTE RECEPTACLE FOR EACH WATER CLOSET STALL.

* CERAMIC TILE OR COMPARABLE WAINSCOT FROM THE FLOOR TO A MINIMUM HEIGHT OF 4'6".

* A DISPOSABLE TOILET SEAT COVER DISPENSER.

* A CONVENIENCE OUTLET LOCATED ADJACENT TO ONE MIRROR IN EACH REST ROOM.

**HANDICAPPED**

ALL PUBLIC TOILET ROOMS SHALL BE LOCATED ALONG AN ACCESSIBLE PATH OF TRAVEL AND MUST HAVE ACCESSIBLE FIXTURES, ACCESSORIES, DOORS AND ADEQUATE MANEUVERING CLEARANCES. THE INTERIOR SHALL ALLOW AN UNOBSTRUCTED FLOOR SPACE OF 5 FEET IN DIAMETER, MEASURED 12 INCHES ABOVE THE FLOOR. AT LEAST ONE MEN'S AND ONE WOMEN'S TOILET ROOM ON EACH FLOOR WHERE THE GOVERNMENT LEASES PART OF THE FLOOR, OR ALL PUBLIC TOILET ROOMS WHERE THE GOVERNMENT LEASES THE ENTIRE FLOOR, SHALL HAVE ONE TOILET STALL THAT:

* IS 60" WIDE.

* HAS A MINIMUM DEPTH OF 56" WHEN WALL MOUNTED CLOSETS ARE USED OR 59" WHEN FLOOR MOUNTED CLOSETS ARE USED).

* HAS A CLEAR FLOOR AREA.

* HAS A DOOR THAT IS 32 INCHES WIDE AND SWINGS OUT.

* HAS HANDRAILS ON EACH SIDE, (FRONT TRANSFER STALL) OR ON THE SIDE AND BACK (SIDE TRANSFER STALL). THEY SHALL BE 33-36 INCHES HIGH AND PARALLEL TO THE FLOOR, 1-1/4 TO 1-1/2 INCHES IN OUTSIDE DIAMETER, WITH 1-1/2 INCH CLEARANCE BETWEEN RAIL AND WALL, AND FASTENED SECURELY AT ENDS AND CENTER. THEY SHALL HAVE NO SHARP EDGES AND MUST PERMIT THE CONTINUOUS SLIDING OF HANDS.

* HAS A WATER CLOSET MOUNTED AT A HEIGHT FROM 17 TO 19 INCHES, MEASURED FROM THE FLOOR TO THE TOP OF THE SEAT. HAND OPERATED OR AUTOMATIC FLUSH CONTROLS SHALL BE MOUNTED NO HIGHER THAN 44 INCHES ABOVE THE FLOOR.

**ALTERNATE ACCESSIBLE TOILET STALLS**

A STALL MEASURING 36" OR 48" WIDE BY 66", BUT PREFERABLY 72" DEEP, MAY BE ACCEPTABLE AS DETERMINED BY THE CONTRACTING OFFICER.

**HANDICAPPED LAVATORY**

AT LEAST ONE LAVATORY SHALL BE MOUNTED WITH A CLEARANCE AT LEAST 29 INCHES FROM THE FLOOR TO THE TOP OF THE BOTTOM OF THE APRON. THE HEIGHT FROM THE FLOOR TO THE TOP OF THE LAVATORY RIM SHALL NOT EXCEED 34 INCHES. FAUCETS SHALL BE LEVER OPERATED, PUSH TYPE OR ELECTRONICALLY ACTIVATED FOR ONE HAND OPERATION WITHOUT THE NEED FOR TIGHT PINCHING OR GRASPING. DRAIN PIPES AND HOT WATER PIPES UNDER A LAVATORY MUST BE COVERED, INSULATED, OR RECESSED FAR ENOUGH SO THAT WHEELCHAIR INDIVIDUALS WITHOUT SENSATION WILL NOT BURN THEMSELVES.

**HANDICAPPED OTHER REQUIREMENTS**

ONE MIRROR WITH SHELF SHALL BE PROVIDED ABOVE THE LAVATORY AT A HEIGHT AS LOW AS POSSIBLE AND NO HIGHER THAN 40 INCHES ABOVE THE FLOOR, MEASURED FROM THE TOP OF THE SHELF AND THE BOTTOM OF THE MIRROR. A COMMON MIRROR PROVIDED FOR BOTH THE ABLE AND DISABLED MUST PROVIDE A CONVENIENT VIEW FOR BOTH. TOILET ROOMS FOR MEN SHALL HAVE ONE WALL MOUNTED URINAL WITH AN ELONGATED LIP, WITH THE BASIN OPENING NO MORE THAN 17 INCHES ABOVE THE FLOOR. ACCESSIBLE FLOOR MOUNTED STALL URINALS WITH BASINS AT THE LEVEL OF THE FLOOR ARE ACCEPTABLE. THE TOILET ROOM SHALL

231

# SOLICITATION FOR OFFERS

SFO GS-09B-86754

SECTION MECHANICAL, ELEC., PLUMBING

HAVE AT LEAST ONE TOWEL RACK, TOWEL DISPENSER AND OTHER DISPENSERS AND DISPOSAL UNITS MOUNTED NO HIGHER THAN 48 INCHES FROM THE FLOOR OR 54 INCHES IF A PERSON IN A WHEELCHAIR HAS TO APPROACH IT FROM THE SIDE.

52. RESTROOMS CONT'D

THE TOILET FIXTURE SCHEDULES SPECIFIED BELOW SHALL BE APPLIED TO EACH FULL FLOOR BASED ON ONE PERSON FOR EACH 135 SQUARE FEET OF OFFICE SPACE IN A RATIO OF 60 PERCENT MEN AND 40 PERCENT WOMEN: REFER TO THE SCHEDULE SEPARATELY FOR EACH SEX.

53. RESTROOMS: FIXTURE SCHEDULE

ACCEPTABLE AS IS

| NUMBER OF MEN*/WOMEN | WATER CLOSETS | LAVATORIES |
|---|---|---|
| 1-15 | 1 | 1 |
| 16-35 | 2 | 2 |
| 36-55 | 3 | 3 |
| 56-60 | 4 | 3 |
| 61-80 | 4 | 4 |
| 81-90 | 5 | 4 |
| 91-110 | 5 | 5 |
| 111-125 | 6 | 5 |
| 126-150 | 6 | ** |
| OVER 150 | *** | |

*IN MEN'S FACILITIES, URINALS MAY BE SUBSTITUTED FOR ONE-THIRD OF THE WATER CLOSETS SPECIFIED.

**ADD ONE LAVATORY FOR EACH 45 ADDITIONAL EMPLOYEES OVER 125.

***ADD ONE WATER CLOSET FOR EACH 40 ADDITIONAL EMPLOYEES OVER 150.

54. JANITOR CLOSETS

JANITOR CLOSETS WITH SERVICE SINK, HOT AND COLD WATER, AND AMPLE STORAGE FOR CLEANING EQUIPMENT, MATERIALS, AND SUPPLIES SHALL BE PROVIDED ON ALL FLOORS.

55. HEATING & AIR CONDITIONING

A TEMPERATURE RANGE OF 65-68 DEGREES FAHRENHEIT SHALL BE MAINTAINED DURING THE HEATING SEASON AND A RANGE OF 78-80 DEGREES FAHRENHEIT SHALL BE MAINTAINED DURING THE COOLING SEASON. THESE TEMPERATURES MUST BE MAINTAINED THROUGHOUT THE LEASED PREMISES AND SERVICE AREAS, REGARDLESS OF OUTSIDE TEMPERATURES, DURING THE HOURS OF OPERATION SPECIFIED IN THE LEASE.

DURING NONWORKING HOURS THE TEMPERATURE SHALL BE SET TO MAINTAIN 55 DEGREES DURING THE HEATING SEASON. NO COOLING IS TO BE PROVIDED DURING NONWORKING HOURS. THERMOSTATS SHALL BE SECURED FROM MANUAL OPERATION BY KEY OR LOCKED CAGE. A KEY SHALL BE PROVIDED TO THE GSA FIELD OFFICE MANAGER.

HEATING SYSTEMS SHALL NOT BE OPERATED TO MAINTAIN TEMPERATURES ABOVE 68 DEGREES, AND COOLING SYSTEMS SHALL NOT BE OPERATED TO ACHIEVE TEMPERATURES BELOW 78 DEGREES. HEATING ENERGY SHALL NOT BE USED TO ACHIEVE THE TEMPERATURE SPECIFIED FOR COOLING, AND COOLING ENERGY SHALL NOT BE USED TO ACHIEVE THE TEMPERATURE SPECIFIED FOR HEATING.

AREAS HAVING EXCESSIVE HEAT GAIN OR HEAT LOSS, OR AFFECTED BY SOLAR RADIATION AT DIFFERENT TIMES OF THE DAY, SHALL BE INDEPENDENTLY CONTROLLED.

THE OPERATION OF PORTABLE ELECTRIC FANS, THRESHOLD HEATERS, AND PORTABLE SPACE HEATERS IS PROHIBITED UNLESS APPROVED BY THE GSA BUILDINGS MANAGER.

56. VENTILATION

WITHIN THE LIMITATIONS OF BUILDINGS SYSTEMS, VENTILATION SHALL BE PROVIDED IN THE MOST COST EFFECTIVE MANNER. OUTSIDE AIR MAY BE USED AS APPROPRIATE FOR COOLING. HOWEVER, A MINIMUM OF 5 CUBIC FEET PER MINUTE OF OUTSIDE AIR SHALL BE PROVIDED FOR EACH PERSON.

232

57. ELECTRICAL: GENERAL

THE LESSOR SHALL BE RESPONSIBLE FOR MEETING THE APPLICABLE REQUIREMENTS OF THE NATIONAL ELECTRIC CODE, THE NATIONAL ELECTRICAL SAFETY CODE; STANDARDS OF THE NATIONAL ELECTRIC MANUFACTURERS' ASSOCIATION, INSULATED POWER CABLE ENGINEERS' ASSOCIATION, THE AMERICAN INSTITUTE OF

**57. ELECTRICAL: GENERAL CONT'D**

ELECTRICAL ENGINEERS, AND LOCAL CODES AND ORDINANCES. WHEN CODES CONFLICT, THE MORE STRINGENT STANDARD SHALL APPLY. MAIN SERVICE FACILITIES WILL BE ENCLOSED. THE ENCLOSURE MAY NOT BE USED FOR STORAGE OR OTHER PURPOSES. DISTRIBUTION PANELS MUST BE CIRCUIT BREAKER TYPE WITH 10 PERCENT SPARE POWER LOAD AND CIRCUITS.

**58. ELECTRICAL: DISTRIBUTION**

DUPLEX FLOOR OR WALL OUTLETS SHALL BE PROVIDED ON THE BASIS OF ONE (1) PER AS IS. SQUARE FEET. TELEPHONE FLOOR OR WALL OUTLETS SHALL ALSO BE PROVIDED ON THE BASIS OF ONE (1) PER AS IS. SQUARE FEET. THE LESSOR MUST INSURE THAT OUTLETS AND ASSOCIATED WIRING (FOR ELECTRICITY, VOICE, AND DATA) TO THE WORKSTATION WILL BE SAFELY CONCEALED IN RECESSED FLOOR DUCTS, UNDER RAISED FLOORING, BY USE OF FLAT WIRE OR BY A COMPARABLE METHOD ACCEPTABLE TO THE CONTRACTING OFFICER. SHOULD THE SPACE OFFERED BE PROPOSED BY NEW CONSTRUCTION, RAISED FLOORING IS PREFERRED. IN ANY CASE, CABLE ON THE FLOOR SURFACE MUST BE MINIMIZED.

ALL FLOORS MUST HAVE 220 VOLT/SINGLE PHASE/60 HERTZ ELECTRIC SERVICE AVAILABLE. DUPLEX OUTLETS MUST BE CIRCUITED SEPARATELY FROM THE LIGHTING.

**59. TELEPHONE EQUIPMENT**

DELETE

THE GOVERNMENT RESERVES THE RIGHT TO PROVIDE ITS OWN TELECOMMUNICATION (VOICE AND DATA) SERVICE IN THE SPACE TO BE LEASED. THE GOVERNMENT MAY CONTRACT WITH ANOTHER PARTY TO PROVIDE WIRING AND TELEPHONE EQUIPMENT INSTALLED OR [illegible] PROVIDED BY THE LESSOR, IF AVAILABLE. IN ANY CASE, SPACE FOR TELECOMMUNICATION EQUIPMENT SHALL BE PROVIDED BY THE LESSOR.

**PUBLIC TELEPHONES**

ACCEPTABLE AS IS

AN APPROPRIATE NUMBER OF PUBLIC TELEPHONES SHOULD BE EQUIPPED FOR THOSE WITH HEARING DISABILITIES. AN APPROPRIATE NUMBER SHOULD BE MADE ACCESSIBLE TO PERSONS IN WHEELCHAIRS BY WALL MOUNTING THEM SO THE TOP OF THE PHONE IS NO MORE THAN 48 INCHES FROM THE FLOOR (FRONTAL APPROACH) OR 54" (PARALLEL APPROACH). THE LENGTH OF THE CORD FROM THE TELEPHONE TO THE HANDSET SHOULD BE AT LEAST 29 INCHES.

**60. LIGHTING: INTERIOR**

MODERN, DIFFUSED FLUORESCENT FIXTURES USING NO MORE THAN 2.0 WATTS/SQUARE FOOT SHALL BE PROVIDED. SUCH FIXTURES SHALL BE CAPABLE OF PRODUCING AND MAINTAINING A UNIFORM LIGHTING LEVEL OF 50 FOOT-CANDLES AT WORKING SURFACE HEIGHT THROUGHOUT THE SPACE. TUBES SHALL THEN BE REMOVED TO PROVIDE 30 FOOT-CANDLES IN PORTIONS OF WORK AREAS OTHER THAN WORK SURFACES, AND 1-10 FOOT CANDLES OR MINIMUM LEVELS SUFFICIENT TO ENSURE SAFETY IN NONWORKING AREAS. EXCEPTIONS MAY BE GRANTED BY THE GSA BUILDINGS MANAGER. WHEN THE SPACE IS NOT IN USE BY THE GOVERNMENT, INTERIOR AND EXTERIOR LIGHTING, EXCEPT THAT ESSENTIAL FOR SAFTEY AND SECURITY PURPOSES, SHALL BE TURNED OFF.

BUILDING ENTRANCES AND PARKING AREAS MUST BE LIGHTED. BALLASTS ARE TO BE RAPID-START, THERMALLY PROTECTED, VOLTAGE REGULATING TYPE, UL LISTED AND ETL APPROVED.

**61. SWITCHES**

ACCEPTABLE AS IS

SWITCHES AND CONTROLS FOR LIGHTING, HEAT, FIRE ALARMS AND ALL SIMILAR CONTROLS OF FREQUENT OR ESSENTIAL USE SHALL BE PLACED NO HIGHER THAN 54 INCHES FROM THE FLOOR WITH 48 INCHES PREFERRED. SWITCHES SHALL BE LOCATED ON COLUMNS OR WALLS BY DOOR OPENINGS. NO MORE THAN 1000 SQUARE FEET OF OPEN SPACE SHALL BE CONTROLLED BY ONE LIGHT SWITCH.

**62. ELEVATORS**

THE LESSOR SHALL PROVIDE SUITABLE PASSENGER AND FREIGHT ELEVATOR SERVICE TO ALL GSA-LEASED SPACE NOT HAVING GROUND LEVEL ACCESS. SERVICE SHALL BE AVAILABLE DURING THE HOURS SPECIFIED IN THE PARAGRAPH ENTITLED "NORMAL HOURS," BELOW. HOWEVER, ONE ELEVATOR SHALL BE AVAILABLE AT ALL TIMES FOR GOVERNMENT USE. GSA WILL BE GIVEN 24-HOUR ADVANCE NOTICE IF THE SERVICE IS TO BE INTERRUPTED MORE THAN 1-1/2 HOURS. INTERRUPTION SHALL BE SCHEDULED FOR MINIMUM INCONVENIENCE.

**CODE**

ELEVATORS SHALL CONFORM TO THE CURRENT EDITIONS OF THE AMERICAN NATIONAL STANDARD A17.1, SAFETY CODE FOR ELEVATORS AND ESCALATORS (EXCEPT FOR ELEVATOR EMERGENCY RECALL), AND SHALL BE INSPECTED AND MAINTAINED IN ACCORDANCE WITH THE CURRENT REQUIREMENTS OF THE AMERICAN NATIONAL STANDARD A17.2, INSPECTOR'S MANUAL FOR ELEVATORS, OR EQUIVALENT LOCAL CODE. THEY SHALL ALSO COMPLY WITH LOCAL CODES AND ORDINANCES.

233



INITIALS: [illegible]

# SOLICITATION FOR OFFERS

SFO GS-03B-86764

SECTION MECHANICAL, ELEC., PLUMBING

**82. ELEVATORS CONT'D**
**ENTRANCE**

THE ELEVATOR ENTRANCE SHOULD PROVIDE A CLEAR OPENING OF AT LEAST 36 INCHES. THE INSIDE MEASUREMENTS SHALL BE A MINIMUM OF 51 INCHES DEEP AND 68 INCHES WIDE.

**CALL BUTTONS**

FIFTY-FOUR INCHES WITH 48 INCHES PREFERRED IS THE MAXIMUM PERMISSABLE HEIGHT FOR THE HIGHEST CALL BUTTON INSIDE THE CAB. HOWEVER, THE HIGH- EST OPERABLE PART OF A TWO-WAY COMMUNICATION SYSTEM INSIDE THE CAB CAN- NOT EXCEED 48 INCHES FROM THE FLOOR. THE LOBBY CALL BUTTON SHOULD BE CENTERED AT 42 INCHES ABOVE THE FLOOR BUT NO HIGHER THAN 54 INCHES MAX- IMUM.

**SAFETY SYSTEMS**

WHEN GOVERNMENT OCCUPANCY IS 4 OR MORE FLOORS ABOVE GRADE, ELEVATORS ARE TO BE EQUIPPED WITH TELEPHONES OR OTHER TWO-WAY EMERGENCY SIGNALL- ING SYSTEMS. THE SYSTEM USED SHALL BE MARKED AND REACH AN EMERGENCY COMMUNICATION LOCATION MANNED DURING NORMAL OPERATING HOURS WHEN THE ELEVATORS ARE IN SERVICE.

WHEN GOVERNMENT OCCUPANCY IS 8 OR MORE FLOORS ABOVE GRADE, AUTOMATIC ELEVATOR EMERGENCY RECALL IS REQUIRED. (ELEVATORS ARE NOT REQUIRED TO HAVE VISUAL OR AUDIBLE SIGNALLING SYSTEMS TO NOTIFY PASSENGERS DURING AUTOMATIC ELEVATOR RECALL.) IF THE HIGHEST FLOOR OF GOVERNMENT OCCU- PANCY IS ON THE 6TH OR 7TH FLOOR AND AUTOMATIC EMERGENCY ELEVATOR RECALL IS NOT PROVIDED, THIS FUNCTION SHALL BE MANUALLY ACHIEVED USING A KEY THAT THE LOCAL FIRE DEPARTMENT POSSESSES OR HAS READY ACCESS TO. NO RECALL SYSTEM IS REQUIRED IF THE GOVERNMENT'S SPACE IS ON THE 5TH FLOOR OR BELOW.

**SPEED**

THE PASSENGER ELEVATORS MUST HAVE A CAPACITY TO TRANSPORT IN 5 MINUTES 15 PERCENT OF THE NORMAL POPULATION OF ALL UPPER FLOORS (BASED ON 125 SQUARE FEET PER PERSON). FURTHER, THE DISPATCH INTERVAL BETWEEN ELEVA- TORS DURING THE UP-PEAK DEMAND PERIOD SHOULD NOT EXCEED 35 SECONDS.

**SECTION: SERVICES, UTILITIES, MAINTENANCE**

**83. GENERAL**

THE LESSOR MUST HAVE A BUILDING SUPERINTENDENT OR A LOCAL DESIGNATED REPRESENTATIVE AVAILABLE TO PROMPTLY CORRECT DEFICIENCIES.

**84. NORMAL HOURS**

SERVICES, UTILITIES, AND MAINTENANCE WILL BE PROVIDED DAILY, EXTENDING 6:30 A.M. TO 6:30 P.M. EXCEPT SATURDAYS, SUNDAYS, AND FEDERAL HOLI- DAYS.

**85. OVERTIME USAGE**

(A) THE GOVERNMENT SHALL HAVE ACCESS TO THE LEASED SPACE AT ALL TIMES, INCLUDING THE USE OF ELEVATORS, TOILETS, LIGHTS, AND SMALL BUSINESS MACHINES WITHOUT ADDITIONAL PAYMENT.

(B) IF HEATING OR COOLING IS REQUIRED ON AN OVERTIME BASIS, SUCH SER- VICES WILL BE ORDERED ORALLY OR IN WRITING BY THE CONTRACTING OFFICER OR GSA BUILDINGS MANAGER. WHEN ORDERED, SERVICES WILL BE PROVIDED AT THE HOURLY RATE NEGOTIATED PRIOR TO AWARD. COSTS FOR PERSONAL SERVICES SHALL ONLY BE INCLUDED AS AUTHORIZED BY GSA.

(C) WHEN THE COST OF SERVICE IS $1,000 OR LESS, THE SERVICE MAY BE ORDERED ORALLY AND AN INVOICE SUBMITTED TO THE OFFICIAL PLACING THE ORDER FOR CERTIFICATION AND PAYMENT. ORDERS FOR SERVICES COSTING MORE THAN $1,000 WILL BE PLACED USING A GSA FORM 300, ORDER FOR SUPPLIES OR SERVICES. THE CLAUSES ENTITLED " GSAR 552.232-70(D) PAYMENT DUE DATE" AND "GSAR 552.232-72 INVOICE REQUIREMENTS" ON THE GSA FORM 3517, GEN- ERAL CLAUSES, APPLY TO ALL ORDERS FOR OVERTIME SERVICES.

(D) ALL ORDERS ARE SUBJECT TO THE TERMS AND CONDITIONS OF THIS LEASE. IN THE EVENT OF A CONFLICT BETWEEN AN ORDER AND THIS LEASE, THE LEASE SHALL CONTROL.

**86. UTILITIES**

THE LESSOR SHALL ENSURE THAT UTILITIES NECESSARY FOR OPERATION ARE AVAILABLE.

234

| SOLICITATION FOR OFFERS | SFO GS-09B-86764 | SECTION SERVICES, UTILS. & MAINTENANCE |
|---|---|---|

**67. MAINTENANCE**

THE LESSOR IS RESPONSIBLE FOR THE TOTAL MAINTENANCE AND REPAIR OF THE
LEASED PREMISES IN ACCORDANCE WITH PARAGRAPH 3, GSA FORM 3517. SUCH
MAINTENANCE AND REPAIRS INCLUDES SITE AND PRIVATE ACCESS ROADS. ALL
EQUIPMENT AND SYSTEMS SHALL BE MAINTAINED TO PROVIDE RELIABLE, ENERGY
EFFICIENT SERVICE WITHOUT UNUSUAL INTERRUPTION, DISTURBING NOISES,
EXPOSURE TO FIRE OR SAFETY HAZARDS, UNCOMFORTABLE DRAFTS, EXCESSIVE AIR
VELOCITIES, OR UNUSUAL EMISSIONS OF DIRT. THE LESSOR'S MAINTENANCE
RESPONSIBILITY INCLUDES INITIAL SUPPLY AND REPLACEMENT OF ALL SUPPLIES,
MATERIALS, AND EQUIPMENT NECESSARY FOR SUCH MAINTENANCE. MAINTENANCE
WORK MUST BE DONE IN ACCORDANCE WITH APPLICABLE CODES, AND INSPECTION
CERTIFICATES MUST BE DISPLAYED AS APPROPRIATE.

THE LESSOR SHALL PROVIDE THE LABOR, MATERIAL AND SUPERVISION TO ADE-
QUATELY MAINTAIN THE STRUCTURE, THE ROOF, THE EXTERIOR WALLS, WINDOWS,
DOORS AND ANY OTHER NECESSARY BUILDING APPURTENANCES TO PROVIDE WATER-
TIGHT INTEGRITY, STRUCTURAL SOUNDNESS, AND ACCEPTABLE APPEARANCE.

**68. FLAG DISPLAY**

THE LESSOR SHALL BE RESPONSIBLE FOR FLAG DISPLAY ON ALL WORKDAYS AND
FEDERAL HOLIDAYS. THE GOVERMENT WILL PROVIDE INSTRUCTIONS WHEN FLAGS
MUST BE FLOWN AT HALF-STAFF.

**69. SECURITY**

THE LESSOR SHALL PROVIDE SECURITY COMPARABLE TO THE TYPES OF PROTECTION
GIVEN SIMILAR ENTERPRISES TO PREVENT ILLEGAL ENTRY OR LOITERING IN THE
SPACE LEASED AND TO PREVENT UNAUTHORIZED ENTRY DURING OFF-DUTY HOURS.

**70. JANITORIAL SERVICES**

CLEANING IS TO BE PERFORMED AFTER TENANT WORKING HOURS UNLESS DAYTIME
CLEANING IS SPECIFIED AS A SPECIAL REQUIREMENT ELSEWHERE IN THIS SOLI-
CITATION.

THE LESSOR SHALL MAINTAIN THE LEASED PREMISES, INCLUDING OUTSIDE AREAS,
IN A CLEAN CONDITION AND SHALL PROVIDE SUPPLIES AND EQUIPMENT. THE
FOLLOWING SCHEDULE DESCRIBES THE LEVEL OF SERVICES INTENDED. PERFOR-
MANCE WILL BE BASED ON THE CONTRACTING OFFICER'S EVALUATION OF RESULTS,
NOT THE FREQUENCY OR METHOD OF PERFORMANCE.

**DAILY**

EMPTY TRASH RECEPTACLES AND CLEAN ASHTRAYS. SWEEP ENTRANCES, LOBBIES
AND CORRIDORS. SPOT SWEEP FLOORS AND SPOT VACUUM CARPETS. CLEAN DRINK-
ING FOUNTAINS. SWEEP AND DAMP MOP OR SCRUB TOILET ROOMS. CLEAN ALL
TOILET FIXTURES AND REPLENISH TOILET SUPPLIES. DISPOSE OF ALL TRASH
AND GARBAGE GENERATED IN OR ABOUT THE BUILDING. WASH INSIDE AND OUT
OR STEAM CLEAN CANS USED FOR COLLECTION OF FOOD REMNANTS FROM SNACK
BARS AND VENDING MACHINES. DUST HORIZONTAL SURFACES THAT ARE READILY
AVAILABLE AND VISIBLY REQUIRE DUSTING. SPRAY BUFF RESILIENT FLOORS IN
MAIN CORRIDORS, ENTRANCES AND LOBBIES. CLEAN ELEVATORS AND ESCALATORS.
REMOVE CARPET STAINS. POLICE SIDEWALKS, PARKING AREAS, DRIVEWAYS,
LAWNS AND SHRUBBERY. SWEEP LOADING DOCK AREAS AND PLATFORMS.

**THREE TIMES A WEEK**

SWEEP OR VACUUM STAIRS.

**WEEKLY**

DAMP MOP AND SPRAY BUFF ALL RESILIENT FLOORS IN TOILETS AND HEALTH
UNITS. SWEEP SIDEWALKS, PARKING AREAS, AND DRIVEWAYS (WEATHER PERMIT-
TING).

**EVERY TWO WEEKS**

SPRAY BUFF RESILIENT FLOORS IN SECONDARY CORRIDORS. ENTRANCES AND LOB-
BIES. DAMP MOP AND SPRAY BUFF HARD AND RESILIENT FLOORS IN OFFICE
SPACE.

**MONTHLY**

THOROUGHLY DUST FURNITURE. COMPLETELY SWEEP AND/OR VACUUM CARPETS.
SWEEP STORAGE SPACE. SPOT CLEAN ALL WALL SURFACES WITHIN 70" OF THE
FLOOR.

**EVERY TWO MONTHS**

DAMP WIPE TOILET WASTEPAPER RECEPTACLES, STALL PARTITIONS, DOORS, WIN-
DOW SILLS AND FRAMES. SHAMPOO ENTRANCE AND ELEVATOR CARPETS.

**THREE TIMES A YEAR**

DUST WALL SURFACES WITHIN 70" OF THE FLOOR, VERTICAL SURFACES AND UNDER
SURFACES. CLEAN METAL AND MARBLE SURFACES IN LOBBIES. WET MOP OR SCRUB
GARAGES.

**TWICE A YEAR**

WASH ALL INTERIOR AND EXTERIOR WINDOWS AND OTHER GLASS SURFACES. STRIP

235

| SOLICITATION FOR OFFERS | SFO GS-03B-86784 | SECTION SERVICES, UTILS. & MAINTENANCE |
|---|---|---|

**70. JANITORIAL SERVICES CONT'D**

**ANNUALLY**

AND APPLY FOUR COATS OF FINISH TO RESILIENT FLOORS IN TOILETS. STRIP AND REFINISH MAIN CORRIDORS AND OTHER HEAVY TRAFFIC AREAS.

WASH ALL VENETIAN BLINDS AND DUST SIX MONTHS FROM WASHING. VACUUM OR DUST ALL SURFACES IN THE BUILDING OVER 70" FROM THE FLOOR, INCLUDING LIGHT FIXTURES. VACUUM ALL DRAPES IN PLACE. STRIP AND REFINISH FLOORS IN OFFICES AND SECONDARY LOBBIES AND CORRIDORS. SHAMPOO CARPETS IN CORRIDORS AND LOBBIES. CLEAN BALCONIES, LEDGES, COURTS, AREAWAYS, AND FLAT ROOFS.

**EVERY 2 YEARS**

SHAMPOO CARPETS IN ALL OFFICES AND OTHER NON-PUBLIC AREAS.

**EVERY 5 YEARS**

DRY CLEAN OR WASH (AS APPROPRIATE) ALL DRAPES.

**AS REQUIRED**

PROPERLY MAINTAIN PLANTS AND LAWNS, REMOVE SNOW AND ICE FROM ENTRANCES, EXTERIOR WALKS AND PARKING LOTS OF THE BUILDING. PROVIDE INITIAL SUPPLY, INSTALLATION AND REPLACEMENT OF LIGHT BULBS, TUBES, BALLASTS AND STARTERS. REPLACE WORN FLOOR COVERINGS (THIS INCLUDES MOVING AND RETURN OF FURNITURE). EXTERMINATE PESTS.

**71. SCHEDULE OF PERIODIC SERVICES**

WITHIN 60 DAYS AFTER OCCUPANCY BY THE GOVERNMENT, THE LESSOR SHALL PRO- VIDE THE CONTRACTING OFFICER WITH A DETAILED WRITTEN SCHEDULE OF ALL PERIODIC SERVICES AND MAINTENANCE TO BE PERFORMED OTHER THAN DAILY, WEEKLY, OR MONTHLY.

## SECTION: SAFETY AND FIRE PREVENTION

**72. CODE VIOLATIONS**

EQUIPMENT, SERVICES OR UTILITIES FURNISHED AND ACTIVITIES OF OTHER OCCUPANTS SHALL BE FREE OF SAFETY, HEALTH, AND FIRE HAZARDS. WHEN HAZARDS ARE DETECTED, THEY MUST BE PROMPTLY CORRECTED AT THE LESSOR'S EXPENSE.

**73. PORTABLE FIRE EXTINGUISHERS**

PORTABLE TYPE FIRE EXTINGUISHERS MEETING REQUIREMENTS OF NFPA STANDARD NO. 10 SHALL BE PROVIDED AND MAINTAINED BY THE LESSOR. INITIAL AND REPLACEMENT CHARGES FOR FIRE EXTINGUISHERS SHALL BE PROVIDED BY THE LESSOR. INSPECTION (QUICK CHECK) AND MAINTENANCE (THOROUGH CHECK) OF THESE EXTINGUISHERS SHALL BE DONE IN ACCORDANCE WITH NFPA STANDARD NO. 10.

**74. STANDPIPES**

STANDPIPES SHALL BE PROVIDED WHEN GOVERNMENT OCCUPANCY IS FOUR OR MORE FLOORS ABOVE GRADE AND SHALL CONFORM TO NFPA STANDARD NO. 14. STAND- PIPES SHALL BE LOCATED IN STAIRWELLS AND SHALL BE EQUIPPED WITH A 2-1/2-INCH-VALVED OUTLET AT EACH FLOOR LEVEL.

**75. SPRINKLER SYSTEM**

AUTOMATIC SPRINKLER PROTECTION SHALL BE PROVIDED IN ALL GOVERNMENT LEASED SPACE BELOW GRADE (EXCLUDING PARKING AREAS) AND ALL FLOORS OCCU- PIED BY THE GOVERNMENT, AS WELL AS THOSE BELOW, WHEN THE GOVERNMENT SPACE IS ON THE 12TH FLOOR OR ABOVE.

WHEREVER REQUIRED IN THE BUILDING, AUTOMATIC SPRINKLERS SHALL CONFORM TO NFPA NO. 13, BE MAINTAINED IN ACCORDANCE WITH NFPA NO. 13A, HAVE ELECTRICALLY SUPERVISED CONTROL VALVES (NFPA NO. 13), AND HAVE WATER- FLOW ALARM SWITCHES CONNECTED TO AUTOMATICALLY NOTIFY THE LOCAL FIRE DEPARTMENT (NFPA NO. 72B OR 72C) OR CENTRAL STATION (NFPA NO. 71). THE NOTIFICATION OF THE FIRE DEPARTMENT OR CENTRAL STATION SHALL BE ACCOM- PLISHED THROUGH THE BUILDING FIRE ALARM SYSTEM, IF APPLICABLE.

**76. SMOKE CONTROL** 236

SMOKE CONTROL SYSTEMS ARE NOT REQUIRED IN LEASED BUILDINGS, HOWEVER, SUCH SYSTEMS SHALL BE MAINTAINED IN OPERATING CONDITION IF REQUIRED OR ACCEPTED AS A TRADE-OFF UNDER THE LOCAL BUILDING CODE.

**77. MANUAL FIRE ALARM SYSTEMS**

A MANUAL FIRE ALARM SYSTEM SHALL BE PROVIDED IN EVERY BUILDING WHERE EXIT TRAVEL IS MORE THAN TWO FLOORS ABOVE OR ONE FLOOR BELOW STREET LEVEL OR IN BUILDINGS OF ANY HEIGHT OCCUPIED BY 1,000 OR MORE PEOPLE. MANUAL FIRE ALARMS STATIONS SHALL BE MOUNTED 42 TO 54 INCHES ABOVE THE

**77. MANUAL FIRE ALARM SYSTEMS CONT'D**

FLOOR AND LOCATED IN NORMAL EXIT PATHS ON EACH FLOOR AT OR NEAR STAIRWAYS AND EXITS. AN ALARM SHALL AUTOMATICALLY SOUND THROUGHOUT THE BUILDING UNLESS REQUIRED TO SOUND ONLY ON THE FIRE FLOOR BY LOCAL CODE. THE ALARM SOUND MAY BE BELLS, HORNS OR RECORDED VOICE MESSAGES. ALARMS SHALL BE AUTOMATICALLY SENT TO THE LOCAL FIRE DEPARTMENT IN ACCORDANCE WITH NFPA STANDARD 72B OR 72C OR TO A PRIVATELY OPERATED CENTRAL STATION PROTECTIVE SIGNALING SYSTEM CONFORMING TO NFPA STANDARD NO. 71. INSTALLATION, MAINTENANCE, OPERATION, TESTING, AND EQUIPMENT SHALL CONFORM TO NATIONAL FIRE PROTECTION ASSOCIATION STANDARD NO. 72A AND LOCAL CODE. OTHER SYSTEMS MAY BE UTILIZED UNDER TWO CONDITIONS:

(1) IN BUILDINGS WHERE THE FIRE ALARM SYSTEM WIRING AND EQUIPMENT ARE NOT ELECTRICALLY SUPERVISED, THE SYSTEM SHALL BE ACCEPTABLE PROVIDED ALARMS ARE SENT AUTOMATICALLY TO THE LOCAL FIRE DEPARTMENT (NFPA NO. 72B OR 72C) OR CENTRAL STATION CONFORMING TO NFPA NO. 71, AN ALARM SOUNDS AUTOMATICALLY THROUGHOUT THE BUILDING WHEN THE SYSTEM IS ACTUATED, THE SYSTEM IS TESTED MONTHLY WITH REPORTS FORWARDED TO THE GSA BUILDING MANAGER AND THE GOVERNMENT OCCUPANCY IS FIVE STORIES OR LESS ABOVE GRADE.

(2) IN BUILDINGS WHERE THE FIRE ALARM SYSTEM WIRING IS SUPERVISED BUT ALARMS DO NOT SOUND AUTOMATICALLY (PRE-SIGNAL SYSTEM), THE SYSTEM IS ACCEPTABLE PROVIDED ALARMS ARE SENT AUTOMATICALLY TO THE LOCAL FIRE DEPARTMENT (NFPA NO. 72B OR 72C) OR CENTRAL STATION CONFORMING TO NFPA NO.71 AND THE GOVERNMENT OCCUPANCY IS THREE STORIES OR LESS ABOVE GRADE.

**78. EXIT & EMERGENCY LIGHTING**

UNLESS THE GOVERNMENT OCCUPIES AREAS SOLELY ON THE FIRST FLOOR AND THE MEANS OF EXIT IS APPARENT, EXIT AND EMERGENCY LIGHTING IS REQUIRED WHICH SHALL CONFORM TO NATIONAL FIRE PROTECTION ASSOCIATION STANDARD NO. 101. EXIT LIGHTS SHALL BE LOCATED IN CORRIDORS, AISLES AND PASSAGEWAYS TO IDENTIFY THE LOCATION OF STAIRWAYS OR EXITS. EMERGENCY LIGHTING SHALL BE PROVIDED TO ILLUMINATE CORRIDORS, AISLES, PASSAGEWAYS AND STAIRWAYS. BOTH TYPES OF LIGHTING SHALL HAVE TWO SOURCES OF POWER WITH AUTOMATIC SWITCHING CAPABILITY.

**79. ALTERNATE FIRE-SAFETY FEATURES**

IF SPACE CANNOT MEET DETAILED SAFETY AND FIRE PREVENTION REQUIREMENTS, ALTERNATIVE FEATURES WILL BE CONSIDERED. FOR EXAMPLE, IF STAIRWAYS ARE TOO NARROW, AUTOMATIC SPRINKLER PROTECTION THROUGHOUT THE BUILDING MAY MAKE THE SPACE ACCEPTABLE.

**80. FIRE DOORS**

FIRE DOORS SHALL CONFORM WITH NATIONAL FIRE PROTECTION ASSOCIATION STANDARD NO. 80.

**81. SAFETY AIR CONTAMINANT LEVELS**

AIR CONTAMINANT LEVELS (E.G., DUST, VAPOR, FUMES, GASES) SHALL NOT EXCEED THOSE IN 29 CFR 1910 SUBPART Z. WHEN ACTUAL CONCENTRATION LEVELS EQUAL OR EXCEED 50% OF THE LEVELS IN 29 CFR 1910 SUBPART Z, CONTROL ACTIONS SHALL BE INITIATED. VENTILATION SYSTEMS HAVING AIR STREAMS WHICH PASS THROUGH WATER SHALL HAVE THE WATER TREATED WITH AN EPA REGISTERED BIOCIDE TO CONTROL ETIOLOGICAL ORGANISMS. THE LESSOR SHALL ASSIST THE GOVERNMENT IN DEVELOPING A PLAN ACCEPTABLE TO THE GOVERNMENT TO PROTECT OCCUPANTS OF THE BUILDING DURING EMERGENCIES SUCH AS FIRES, BOMB THREATS, AND POWER LOSS.

**ASBESTOS**

NO ASBESTOS-CONTAINING FIREPROOFING OR INSULATION ON BUILDING STRUCTURES, ACCOUSTICAL TREATMENT, MOLDED OR WET-APPLIED CEILINGS OR WALL FINISHES/DECORATIONS, WHETHER FRIABLE OR NON-FRIABLE, WILL BE PERMITTED. IF PRESENT, SUCH MATERIALS MUST BE REMOVED BY THE SUCCESSFUL OFFEROR PRIOR TO OCCUPANCY BY THE GOVERNMENT.

NO FRIABLE ASBESTOS-CONTAINING BOILER LAGGING OR PIPE INSULATION IS ACCEPTABLE. IF PRESENT, SUCH MATERIALS SHALL BE REMOVED, ENCAPSULATED OR ENCLOSED.

ALL OFFERORS ARE SUBJECT TO THE ASBESTOS INSPECTION AND TESTING PROVISIONS SPECIFIED IN PARAGRAPH 7 OF THE ATTACHED GSA FORM 3517 (GENERAL CLAUSES).

POST-ASBESTOS-ABATEMENT AIR MONITORING REQUIREMENTS, IN ACCORDANCE WITH GSA PROCEDURES, ARE TO BE COMPLIED WITH BY THE LESSOR WHEN APPLICABLE.

237

# SOLICITATION FOR OFFERS

SFO
GS-09B-86784

SECTION
SAFETY & FIRE PREVENTION

82. OSHA REQUIREMENTS

THE LESSOR AGREES TO COMPLY WITH OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA) SAFETY AND HEALTH STANDARDS ARE LOCATED AT TITLE 29 OF THE CODE OF FEDERAL REGULATIONS (29 CFR).

THE GUARDING OF OPENINGS AND HOLES IN FLOORS AND WALLS MUST COMPLY WITH 29 CFR 1910.23.

THE DESIGN AND CONSTRUCTION OF FIXED STAIRS MUST COMPLY WITH 29 CFR 1910.24.

THE DESIGN AND CONSTRUCTION OF FIXED LADDERS MUST COMPLY WITH 29 CFR 1910.27 OR MUST BE CLEARLY MARKED OR SECURED TO PREVENT GOVERNMENT EMPLOYEE USE.

PHYSICAL HAZARDS MUST BE MARKED ACCORDING TO 29 CFR 1910.144.

WHERE GOVERNMENT EMPLOYEES ARE EXPOSED TO MACHINERY PROVIDED BY THE LESSOR, THE MACHINERY MUST BE GUARDED ACCORDING TO 29 CFR 1910.212.

ALL TOOLS AND EQUIPMENT PROVIDED BY THE LESSOR FOR GOVERNMENT USE MUST COMPLY WITH THE APPLICABLE STANDARDS OF 29 CFR 1910.

ANY CONSTRUCTION/REPAIR AND ALTERATION WORK DONE FOR/BY THE LESSOR SHALL COMPLY WITH THE CURRENT EDITION OF THE OSHA SAFETY AND HEALTH STANDARDS FOR CONSTRUCTION INDUSTRY, 29 CFR 1926 AND APPLICABLE PORTIONS OF 29 CFR 1910.

SECTION:
SPECIAL REQUIREMENTS

83. SPECIAL

SEE ATTACHED.

84. TELEPHONE

The Government reserves the right to provide its own telecommunication (voice and data) service in the space to be leased. Unless otherwise specified in this solicitation the Lessor shall provide, install and maintain all conduit race ways or supporting devices for telephone station cabling inside wiring. All installations must meet local codes and ordinances. Space for telecommunication equipment shall be provided by the Lessor.

238



INITIAL

SOLICITATION FOR OFFERS

SFO GS-09B-86784

SECTION INDEX

REQUIREMENTS
83. SPECIAL
REQUIREMENTS
CONT'D

I N D E X


| SECTION | PARAGRAPH TITLE | PARAGRAPH NUMBER | PAGE NUMBER |
|---|---|---|---|
| | | | 2 |
| 01. | SUMMARY | | 2 |
| | AMOUNT AND TYPE OF SPACE | 1 | 2 |
| | AWARD | 10 | 3 |
| | FIRE AND LIFE SAFETY | 12 | 3 |
| | HISTORIC PREFERENCE | 9 | 3 |
| | HOW TO OFFER | 6 | 2 |
| | LOCATION | 2 | 2 |
| | NEGOTIATIONS | 7 | 2 |
| | OCCUPANCY DATE | 5 | 2 |
| | OFFER DUE DATE | 4 | 2 |
| | ORGANIZATION OF SOLICITATION | 11 | 3 |
| | PRICE EVALUATION | 8 | 2 |
| | TERM | 3 | 2 |
| 02. | AWARD FACTORS | | 3 |
| | GENERAL | 13 | 3 |
| | HANDICAPPED AND SEISMIC SAFTEY | 14 | 4 |
| | OTHER FACTORS | 15 | 4 |
| | RESERVED | 16 | 5 |
| 03. | MISCELLANEOUS | | 5 |
| | ADJUSTMENT FOR VACANT PREMISES | 23 | 7 |
| | ALTERATIONS COSTING 25,000 OR LESS | 18 | 5 |
| | APPURTENANT AREAS | 22 | 7 |
| | NET USABLE SPACE | 21 | 7 |
| | OPERATING COSTS | 20 | 6 |
| | TAX ADJUSTMENT | 19 | 5 |
| | UNIT COSTS FOR ADJUSTMENTS | 17 | 5 |
| 04. | GENERAL ARCHITECTURAL | | 7 |
| | BUILDING SYSTEMS CERTIFICATION | 25 | 7 |
| | EXITS & ACCESS | 28 | 8 |
| | FLOORS AND FLOOR LOAD | 27 | 8 |
| | HANDICAPPED ACCESSIBILITY | 31 | 8 |
| | PLANS: AFTER OCCUPANCY | 26 | 8 |
| | WINDOWS | 29 | 8 |
| | WINDOWS:ANTI-INTRUSION | 30 | 8 |
| | WORK PERFORMANCE | 24 | 7 |
| 05. | ARCHITECTURAL FINISHES | | 9 |
| | BUILDING DIRECTORY | 48 | 12 |
| | CARPET | 46 | 10 |
| | CEILINGS | 33 | 9 |
| | DOORS: EXTERIOR | 35 | 9 |
| | DOORS: HARDWARE | 38 | 10 |
| | DOORS: INTERIOR | 36 | 9 |
| | DOORS: MANUEVERING CLEARANCES | 37 | 9 |
| | DOORS:IDENTIFICATION | 39 | 10 |
| | FLAGPOLE | 49 | 12 |
| | FLOOR COVERING AND PERIMETERS | 43 | 10 |
| | LAYOUT AND FINISHES | 32 | 9 |
| | PAINTING | 34 | 9 |
| | PARTITIONS: GENERAL | 40 | 10 |
| | PARTITIONS: PERMANENT | 41 | 10 |
| | PARTITIONS: SUBDIVIDING | 42 | 10 |
| | RESILIENT FLOORING | 45 | 10 |
| | TOILET AND SERVICE AREAS | 44 | 10 |
| | WINDOW COVERING | 47 | 11 |
| 06. | MECHANICAL, ELECTRICAL, PLUMBING | | 12 |
| | DRINKING FOUNTAINS | 51 | 12 |
| | ELECTRICAL: DISTRIBUTION | 58 | 15 |
| | ELECTRICAL: GENERAL | 57 | 14 |
| | ELEVATORS | 62 | 15 |
| | GENERAL | 50 | 12 |
| | HEATING & AIR CONDITIONING | 55 | 14 |
| | JANITOR CLOSETS | 54 | 14 |
| | LIGHTING:INTERIOR | 60 | 15 |


239

# SOLICITATION FOR OFFERS

SFO GS-09B-86754

SECTION INDEX


| | | Paragraph | Page |
|---|---|---|---|
| | RESTROOMS | 52 | 12 |
| | RESTROOMS: FIXTURE SCHEDULE | 53 | 14 |
| | SWITCHES | 61 | 15 |
| | TELEPHONE EQUIPMENT | 59 | 15 |
| | VENTILATIONS | 56 | 14 |
| 07. | SERVICES, UTILITIES, MAINTENANCE | | 16 |
| | FLAG DISPLAY | 68 | 17 |
| | GENERAL | 63 | 16 |
| | JANITORIAL SERVICES | 70 | 17 |
| | MAINTENANCE | 67 | 17 |
| | NORMAL HOURS | 64 | 16 |
| | OVERTIME USAGE | 65 | 16 |
| | SCHEDULE OF PERIODIC SERVICES | 71 | 18 |
| | SECURITY | 69 | 17 |
| | UTILITIES | 66 | 16 |
| 08. | SAFETY AND FIRE PREVENTION | | 18 |
| | ALTERNATE FIRE-SAFETY FEATURES | 79 | 19 |
| | CODE VIOLATIONS | 72 | 18 |
| | EXIT & EMERGENCY LIGHTING | 78 | 19 |
| | FIRE DOORS | 80 | 19 |
| | MANUAL FIRE ALARM SYSTEMS | 77 | 18 |
| | OSHA REQUIREMENTS | 82 | 20 |
| | PORTABLE FIRE EXTINGUISHERS | 73 | 18 |
| | SAFETY | 81 | 19 |
| | SMOKE CONTROL | 76 | 18 |
| | SPRINKLER SYSTEM | 75 | 18 |
| | STANDPIPES | 74 | 18 |
| 09. | SPECIAL REQUIREMENTS | | 20 |
| | SPECIAL REQUIREMENTS | 83 | 20 |
| | | | 20 |
| 10. | FORMS | | 20 |
| | GEN. CLAUSES GSA FORM 3517 | ATTACHED | 20 |
| | LESSORS ANNUAL COST STATEMENT | ATTACHED | 20 |
| | PROPOSAL TO LEASE SPACE (W/INSTR.) | ATTACHED | 20 |
| | REP. AND CERT. GSA FORM 3518 | ATTACHED | 20 |
| | SOLICITATION PROV. GSA FORM 3516 | ATTACHED | 20 |
| | U.S. GOVT. LEASE FORM SF2 | ATTACHED | |


240



INITIAL