National City, California

SPECIAL SPACE REQUIREMENTS

1. SPACE REQUIREMENTS

The space at 402 West 35th Street, National City, California, is accepted in its present configuration in accordance with EXHIBIT "A", consisting of three (3) sheets of site and floor plans.

The space is further identified below. Actual square footage to be determined by mutual measurement prior to the execution of the lease.

| (a) DEA ACTIVITY | NET USABLE SQUARE FEET | PARKING SPACES |
|---|---|---|
| Southwest Laboratory | 16,131 | 2 |
| San Diego Division | 18,701 | 85 |
| TOTALS | 34,832 | 87 |

The parking spaces are reserved. They are located on-site in a chain-link fenced area at the west and south sides of the building, and in an unenclosed area at the east side of the building.

(b) INCINERATOR

Lessor-owned gas-operated incinerator located in the parking lot at the southeast corner of the building. At its sole discretion, the Government may elect to replace any part of and/or the complete incinerator. Any such replacement will be at the sole expense of the Government. Any replacement shall be and remain the property of the Government and may be removed or otherwise disposed of by the Government. The Lessor hereby waives any restoration in conjunction with said removal.

If the Government elects to replace any part of and/or the complete incinerator, the Lessor shall not be relieved of the responsibility to provide utilities, including natural gas and electricity, for the operation of any replacement incinerator.

2. SPECIAL IMPROVEMENTS

Special space features and improvements within the Government's space are accepted in "as-is" condition.

(GSA/9PES:2/28/86)
(Rev:4/17/86)



INITIAL

SPECIAL SPACE REQUIREMENTS

3. REQUIRED IMPROVEMENTS

In conformance with the provisions of this Solicitation For Offers (SFO), the following work shall be accomplished by the Lessor:

(a) All carpeted space shall be recarpeted with carpet tiles. Carpet tiles shall meet the attached carpet tile specifications;

(b) All broken or damaged floor tile shall be replaced;

(c) All surfaces designated by GSA for painting must be newly painted with semi-gloss latex paint in colors acceptable to GSA;

(d) All drapes shall be replaced with new drapes;

(e) All lights, light fixtures and ceiling tile shall be replaced or cleaned as necessary;

(f) All fire-lifesafety deficiencies, if any, throughout the space shall be corrected; and

(g) All necessary repairs, e.g. repairs to the roof and building water leaks, shall be made.

4. JANITORIAL SERVICES

Cleaning is to be performed only during tenant daytime working hours.

5. In addition to the requirement specified in Paragraph 3(D) a one-eighth scale reproducible floor plan and a one-eighth scale reproducible site plan, drawn to scale, must be submitted with the offer.



INITIAL [initials]

(GSA/9PES:2/28/86)

# CARPET TILE SPECIFICATIONS

CARPET: The Lessor shall provide and install carpet tiles. Carpet tiles must pass the same test data as required for broadloom - which is as follows:

A. Flammability:

a. DOC-FF1-70 (Pill Test)

b. Carpet in unsprinkled exists shall have a critical radiant flux of 0.22 or greater (NFPA #253).

B. Smoke Density: HBS - Smoke Density Chamber NFPA-258, 450 or less.

C. Static Test: AATCC Test Method 134 - 1979. under 3,500 volts (3.5 KV).

Carpet tiles must be installed with a release type adhesive according to manufacturers recommended procedure. The module may be 18" x 18" or 24" x 24". The carpet construction may be tufted loop or either tufted or fusion bonded cut pile. The tiles and corresponding broadloom shall meet the following specifications:

1. Gauge: 1/8 or 1/10

2. Stitches Per Inch:

a. Loop - 8 minimum
b. Cut Pile - 7 to 8 minimum, 13 maximum

3. Pile Heigh:

a. Loop - .150 minimum to .225 maximum
b. Cut Pile - .218 minimum to .300 maximum

4. Face Yarn:

a. Loop - 100% 3rd generation BCF nylon with static control
b. Cut Pile - 100% 3rd generation nylon with static control

5. Yarn Ply:

a. Loop - 3-ply minimum, yarn dyed
b. Cut Pile - 2-ply minimum, heat set

INITIAL

CARPET TILE

6. Yarn Weight: 28 ounces minimum

7. Primary Backing: Synthetic

8. Secondary Backing: Fiberglass reinforced polyvinyl chloride (weight 100 ounces).

9. Total Weight: 120 ounces minimum

10. Tuft Bind: Loop - ASTM-D-1335-67, 12LB Average

If both broadloom and carpet tiles are used in the same installation, they must be from the same manufacturer, coordinated in color selection and be equal in height - except for special spaces as approved by the Government.

Carpet must be newly installed or changed. The Offeror shall provide the Government a minimum of 6 samples of carpeting which vary in color. The sample and color must be approved by the GSA prior to installation. No substitutes will be made by the Lessor after sample selection.

In the event the Government excercises its renewal option, all carpeting (including carpet tiles and broadloom) shall be replaced after ten (10) years as determined by the Contracting Officer. Included is the cost of moving and replacing the furniture.

INITIAL






INITIAL





INITIAL






INITIAL

## GENERAL CLAUSES
(Acquisition of Leasehold Interests in Real Property)

1. 552.270-10 - DEFINITIONS (JUNE 1985)

(a) The terms "contract" and "Contractor" shall mean "lease" and "Lessor," respectively.

(b) If the lease is a sub-lease, the term "Lessor" means the sub-lessor.

(c) The term "Lessor shall provide" means the Lessor shall furnish and install.

2. 552.270-11 - SUBLETTING THE PREMISES (JUNE 1985)

The Government may sublet any part of the premises but shall not be relieved from any obligations under this lease by reason of any such subletting.

3. 552.270-12 - MAINTENANCE OF PREMISES (JUNE 1985)

The Lessor shall maintain the demised premises, including the building and all equipment, fixtures, and appurtenances furnished by the Lessor under this lease in good repair and tenantable condition, except in case of damage arising from the act or the negligence of the Government's agents or employees. For the purpose of so maintaining said premises and property, the Lessor may at reasonable times, and with the approval of the authorized Government representative in charge, enter and inspect the same and make any necessary repairs thereto.

4. 552.270-13 - DAMAGE BY FIRE OR OTHER CASUALTY (JUNE 1985)

If the said premises be destroyed by fire or other casualty, this lease will immediately terminate. In case of partial destruction or damage, so as to render the premises untenantable, as determined by the Government, the Government may terminate the lease by giving written notice to the Lessor within 15 calendar days thereafter: if so terminated, no rent will accrue to the Lessor after such partial destruction or damage: and if not so terminated, the rent will be reduced proportionately by supplemental agreement hereto effective from the date of such partial destruction or damage.

5. 552.270-14 - CONDITION REPORT (JUNE 1985)

A joint physical survey and inspection report of the demised premises will be made as of the effective date of this lease, reflecting the then present condition, and will be signed on behalf of the parties hereto.

6. 552.270-15 - APPLICABLE CODES AND ORDINANCES (JUNE 1985)

The Lessor, as part of the rental consideration, agrees to comply with all codes and ordinances applicable to the ownership and operation of the building in which the leased space is situated and, at his own expense, to obtain all necessary permits and related items.

7. 552.270-16 - INSPECTION OF PREMISES (NOVEMBER 1985)

At all times after receipt of offers, prior to or after acceptance of any offers, or during any construction, remodeling, or renovation work, the premises and the building or any parts thereof, upon reasonable and proper notice, must be accessible for inspection by the Contracting Officer, or by architects, engineers, or other technicians representing him, to determine whether the essential requirements of the solicitation or the lease requirements are met. Additionally, the Government reserves the right, upon reasonable notice, to inspect and perform bulk sampling and analysis of suspected asbestos-containing materials and to monitor the air for asbestos fibers in the space offered or under lease as well as other areas of the building deemed necessary by the Contracting Officer. Also,

INITIAL

the Government shall have the right to inspect the premises for any leaks, spills, or other potentially hazardous conditions which may involve tenant exposure to Polychlorinated Biphenyls (PCBs).

8. NOTIFICATION OF PCB HAZARDOUS CONDITION (NOVEMBER 1985)

The lessor shall promptly notify the Contracting Officer and the tenant agency official of any leaks, spills, or other hazardous conditions which involve PCBs in any area of the building.

9. 552.270-26 - IF MINIMUM NOT DELIVERED (JUNE 1985)

If delivered space contains less than the minimum square footage, the Government may cancel the lease. If such cancellation occurs, the Government may exercise its legal rights including charging the Lessor and its surety the increased cost of providing replacement space.

10. 552.270-27 - DELIVERY AND CONDITION (JUNE 1985)

Unless the Government elects to have the space occupied in increments, the space must be delivered ready for occupancy as a complete unit. The Government reserves the right to determine when the space is ready to occupy.

11. 552.270-28 - TIME EXTENSIONS (JUNE 1985)

The lease will not be terminated nor the Lessor charged with resulting damage if delays arise from unforeseeable causes beyond the control of the Lessor and/or his contractors, subcontractors, suppliers, or another Government contractor. However, the Lessor shall notify the Contracting Officer, in writing, of any delay within 10 calendar days after it begins. The Contracting Officer shall ascertain the facts, determine the extent of the delay, and grant extensions when justified.

12. 552.270-18 - LESSOR'S SUCCESSORS (JUNE 1985)

The terms and provisions of this lease and the conditions herein bind the Lessor and the Lessor's heirs, executors, administrators, successors, and assigns.

13. 552.270-19 - ALTERATIONS (JUNE 1985)

The Government shall have the right during the existence of this lease to make alterations, attach fixtures, and erect structures or signs in or upon the premises hereby leased, which fixtures, additions or structures so placed in, on, upon, or attached to the said premises shall be and remain the property of the Government and may be removed or otherwise disposed of by the Government. If the lease contemplates that the Government is the sole occupant of the building, for purposes of this clause, the leased premises include the land on which the building is sited and the building itself. Otherwise, the Government shall have the right to tie into or make any physical connection with any structure located on the property as is reasonably necessary for appropriate utilization of the leased space.

14. 552.270-20 - PROPOSALS FOR ADJUSTMENT (JUNE 1985)

(a) The Contractor Officer may, from time to time during the term of this lease, require changes to be made in the work or services to be performed and in the terms or conditions of this lease. Such changes will be required under the Changes clause.

(b) If the Contracting Officer makes a change within the general scope of the lease, the Lessor shall submit, in a timely manner, an itemized cost proposal for the work to be accomplished or services to be performed when the cost exceeds $25,000. The proposal, including all subcontractor work, will contain at least the following details-

(1) Material quantities and unit costs,
(2) Labor costs (identified with specific item or material to be placed or operation to be performed),
(3) Equipment costs,
(4) Workman's compensation and public liability insurance,

INITIAL

(5) Overhead,
(6) Profit, and
(7) Employment taxes under FICA and FUTA.

(c) The following Federal Acquisition Regulation (FAR) provisions also apply to all proposals exceeding $100,000 in cost--

(1) The Lessor shall provide cost or pricing data including subcontractor cost or pricing data (48 CFR 15.804-2),
(2) The Lessor's representative, all contractors, and subcontractors whose portion of the work exceeds $100,000 must sign and return the "Certificate of Current Cost or Pricing Data" (48 CFR 15.804-4), and
(3) The agreement for "Price Reduction for Defective Cost or Pricing Data" must be signed and returned (48 CFR 15.804-8).

(d) Lessors shall also refer to 48 CFR Part 31, Contract Cost Principles, for information on which costs are allowable, reasonable, and allocable in Government work.

15. 552.270-17 - FAILURE IN PERFORMANCE (JUNE 1985)

The covenant to pay rent and the covenant to provide any service, utility, maintenance, or repair required under this lease are dependent. In the event of failure by the Lessor to provide any of these items, the Government may by contract or otherwise perform the service, maintenance, utility, or repair, and charge to the Lessor any cost incurred by the Government that is related to the performance of such service, maintenance, etc., including any administrative costs, and deduct such cost from any rental payments. Alternately, the Government may reduce rental payments by the corresponding value of the contract requirement not performed, as determined by the Contracting Officer. These remedies are not exclusive and are in addition to any other remedies which may be available under this contract or in the law.

16. 552.270-21 - CHANGES (JUNE 1985)

(a) The Contracting Officer may at any time, by written order, make changes within the general scope of this lease in any one or more of the following:

(1) Specifications.
(2) Work or services.
(3) Amount of space.
(4) Facilities or space layout.

(b) If any such change causes an increase or decrease in the Lessor's cost of, or the time required for, performance under this contract, whether or not changed by the order, the Contracting Officer shall modify the lease by (1) making an equitable adjustment in the rental rate, (2) making a lump sum price adjustment, or (3) revising the delivery schedule.

(c) If such change causes an increase in costs under this contract, the Lessor shall submit any "proposal for adjustment" (hereafter referred to as proposal) under the clause at 552.270-20, Proposal for Adjustment.

(d) Adjustments for operating expenses in vacant leased premises will be in accordance with the clause at 552.270-25, Adjustment for Vacant Premises.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause.

(f) No services or work for which an additional cost or fee will be charged by the Lessor will be furnished without the prior written authorization of the Contracting Officer or a designated representative of the Contracting Officer.

INITIAL

17. 552.270-29 - TERMINATION FOR DEFAULT (JUNE 1985)

If the Lessor fails to prosecute the work required to deliver the leased premises ready for occupancy by the Government with such diligence as will ensure delivery of the leased premises within the time required by the lease agreement, or any extension of the specified time, or if the Lessor fails to complete said work within such time, the Government may, by written notice to the Lessor, terminate the lease agreement. Regardless of whether the lease is terminated, the Lessor and his sureties shall be liable for any damage to the Government resulting from his failure to deliver the premises ready for occupancy within the specified time.

18. TERMINATION - ERRONEOUS REPRESENTATION CONCERNING ASBESTOS AND POLYCHLORINATED BIPHENYLS (NOVEMBER 1985)

The certification regarding asbestos contained in the representation and certification provision of this solicitation is a material representation of fact upon which the Government relies when making award. If it is later determined that the presence of asbestos or PCBs has been misrepresented, the Government reserves the right to require the Lessor, at no cost to the Government, (a) to remove or otherwise abate and control any friable asbestos present in the building or alternately the Government may terminate the lease, and/or (b) to remove or retrofill any PCB equipment present in the building, in accordance with EPA regulations, or alternately the Government may terminate the lease. This is in addition to other remedies available to the Government.

19. 552.209-72 - TERMINATION - ERRONEOUS REPRESENTATION CONCERNING CRIMES, DEBARMENTS, SUSPENSIONS, AND DEFAULTS (APR 1984)

(Applicable to leases which exceed $25,000.)

The certification regarding previous crimes, debarments, suspensions, and defaults contained in the representation and certification provision of this solicitation is a material representation of fact upon which the Government relies when making award. If it is later determined that the certification was erroneous, in addition to other remedies available to the Government, the Government reserves the right to terminate for default any contract resulting from this solicitation.

20. 52.203-1 - OFFICIALS NOT TO BENEFIT (APR 1984)

No member of or delegate to Congress, or resident commissioner, shall be admitted to any share or part of this contract, or to any benefit arising from it. However, this clause does not apply to this contract to the extent that this contract is made with a corporation for the corporation's general benefit.

21. 52.203-3 - GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and
(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) above, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and
(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

INITIAL

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

22. 52.203-5 - COVENANT AGAINST CONTINGENT FEES-DEVIATION (APR 1984)

The Lessor warrants that no person or selling agency has been employed or retained to solicit or secure this lease upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Lessor for the purpose of securing business. For breach or violation of this warranty the Government shall have the right to annul this lease without liability or in its discretion to deduct from the rental price or consideration, or otherwise recover, the full amount of such commission, percentage, brokerage, or contingent fee. (Licensed real estate agents or brokers having listings on property for rent, in accordance with general business practice, and who have not obtained such licenses for the sole purpose of effecting this lease, may be considered as bona fide employees or agencies within the exception contained in this clause.)

23. 52.233-1 - DISPUTES (APR 1984)

(a) This contract is subject to the Contract Disputes Act of 1978 (41 USC 601-613)(the Act).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $50,000 is not a claim under the Act until certified as required by subparagraph (d)(2) below. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d)(1) A claim by the Contractor shall be made in writing and submitted to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2) For Contractor claims exceeding $50,000, the Contractor shall submit with the claim a certification that-

(i) The claim is made in good faith;

(ii) Supporting data are accurate and complete to the best of the Contractor's knowledge and belief; and

(iii) The amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable.

(3)(i) If the Contractor is an individual, the certification shall be executed by that individual.

(ii) If the Contractor is not an individual, the certification shall be executed by-

(A) A senior company official in charge at the Contractor's plant or location involved; or

(B) An officer or general partner of the Contractor having overall responsibility for the conduct of the Contractor's affairs.

(e) For Contractor claims of $50,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $50,000, the Contractor Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

INITIAL