GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 1

DATE NOV 25 1986

TO LEASE NO. GS-09B-86764

1986 NOV 20 PM 2:3

ADDRESS OF PREMISES

402 West 35th Street, National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, a California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners whose address is 11750 Sorrento Valley Road, Suite 254
San Diego, California 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 20, 1986, ~~as follows~~ to provide agreement to asbestos control. Paragraph 14 is added:

"14. It is agreed and understood between the Lessor and the Government that the precautions for the control of asbestos as outlined in PBS.P.5900.2B, Section ~~01554~~ 01546, Safety and Health, will be observed."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, a California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

BY ______ PRESIDENT (Title)

IN PRESENCE OF ______ (Signature) 11750 Sorrento Valley Rd. San Diego, CA 92121 (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY ______ (Signature) Contracting Officer (Official Title)

GSA DC 68-1178 GSA FORM JUL 67 276

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 2 DATE FEB 23 1988

TO LEASE NO. GS-09B-86764

ADDRESS OF PREMISES
402 West 35th Street
National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ~~whose address is~~ ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners
whose address is 11750 Sorrento Valley Road, Suite 254, San Diego, CA 92121
hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 1, 1987, ~~as follows~~ to provide for a escalation of operating costs in the amount of $8,028.78.

Paragraph 9 is hereby deleted and the following substituted therefor:

"9. RENTAL. The Government shall pay the Lessor annual rent of $562,602.36 at the rate of $46,883.53 per month in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

Collins National
11750 Sorrento Valley Road.
Suite 254
San Diego, California 92121."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, a California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

BY [signature] (Signature) [signature] (Title)

IN PRESENCE OF [signature] (Signature) 11750 Sorrento Vly Rd. San Diego 92121 (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY [signature] (Signature) Contracting Officer (Official Title)

GSA DC 68-1176 GSA FORM JUL 67 276

**GENERAL SERVICES ADMINISTRATION**
**PUBLIC BUILDINGS SERVICE**

**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 3

DATE AUG 0 8 1988

TO LEASE NO. GS-09B-86764

ADDRESS OF PREMISES 402 West 35th Street
National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and XXXXXXXXXXXXXX ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners
whose address is 11750 Sorrento Valley Road, Suite 254, San Diego, CA 92121
hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 1, 1987, XXXXXXXX to establish an hourly rate for utilities for the exterior security lights. In this regard Paragraph 15 is added.

"15. The cost per hour for electricity for exterior security lights is established at .60 per hour for approximately 12 hours per day."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, a California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

BY [signature] (Signature) 11750 Sorrento Valley Rd. San Diego CA 92121 (Address)

IN PRESENCE OF [signature] (Signature) [signature] (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY Barry K Vaughn [signature] (Signature) CONTRACTING OFFICER (Official Title)

GSA DC 68-1176 GSA FORM JUL 67 276

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | SUPPLEMENTAL AGREEMENT<br>NO. 4 | DATE<br>MAR 2 4 1989 |
|---|---|---|
| | TO LEASE NO.<br>GS- 09B-86764 | |

ADDRESS OF PREMISES

402 West 35th Street
National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ~~whose address is~~ ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

whose address is 11750 Sorrento Valley Road, Suite 254, San Diego, CA 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 1, 1988 ~~as follows~~ to provide for escalation of operating costs in the amount of $7,579.44.

Paragraph 9 is hereby deleted and the following substituted therefor:

" 9. RENTAL. The Government shall pay the Lessor annual rent of $570,181.80 at the rate of $47,515.15 per month in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

Collins National
11750 Sorrento Valley Road, Suite 254
San Diego, CA 92121."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR COLLINS-NATIONAL, a Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and

BY [signature] (Signature) E.V.P. (Title)

PACIFIC SOUTHWEST MORTGAGE, a California Corporation, and ROBERT A. STINE,

IN PRESENCE OF [signature] (Signature) (Address)

Trustee of the Stine Family Trust, as Limited Partners

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY [signature: Barry K. Dauphinee] (Signature) Contracting Officer (Official Title)

GSA DC 68-1176 GSA FORM JUL 67 276

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | SUPPLEMENTAL AGREEMENT<br>NO. 5 | DATE |
|---|---|---|
| | TO LEASE NO.<br>GS-09B-86764 | |

ADDRESS OF PREMISES

402 West 35th Street
National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, A Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, A California Corporation, and ~~whose address is~~ ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

whose address is 11750 Sorrento Valley Road, Suite 254, San Diego, CA 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective April 1, 1989, ~~as follows:~~ to revise the normal hours services, utilities, and maintenance are to be provided.

Paragraph 64 of Solicitation For Offers No. GS-09B-86764 made a part of Lease No. GS-09B-86764 is hereby deleted and the following substituted therefor:

"64. NORMAL HOURS, SERVICES, UTILITIES, and MAINTENANCE will be provided daily, extending from 8:00 a.m. to 8:00 p.m., except Saturday, Sunday and Federal Holidays."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

Robert E. Peters SVP

[signature] PRESIDENT

LESSOR COLLINS-NATIONAL, A Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, A California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

BY (Signature) (Title)

IN PRESENCE OF [signature] Robert E. Solomon (Signature)

11750 Sorrento Valley Rd.
San Diego, CA 92121
(Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY [signature] (Signature) CONTRACTING OFFICER (Official Title)

GSA DC 68-1176 GSA FORM JUL 67 276

**GENERAL SERVICES ADMINISTRATION**
**PUBLIC BUILDINGS SERVICE**
**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 6 | DATE APR 25 198?

TO LEASE NO. GS-09B-86764

ADDRESS OF PREMISES
402 West 35th Street
National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, A Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, A California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners
whose address is: 11750 Sorrento Valley Road, Suite 254, San Diego, CA 92121
hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective April 11, 1989

to award construction and establish lump sum cost for the remodel and alteration of this lease premises. In this regard, Paragraph 20 is added.

"20. The lessor shall provide, at the request of the Government, all labor and material for the remodel and alteration of this lease premises, as specified on Exhibit "A" layout attached to and made a part of this Supplemental Lease Agreement.

The lessor shall have sixty (60) calendar days from the effective date of this document to obtain approval and permits for described work, commence construction, and one hundred twenty (120) calendar days thereafter to complete the alteration project.

Within sixty (60) days of completion, inspection, and acceptance by the Government, the lessor shall be paid a lump payment of $196,831.00.

Title to the above described alteration items shall vest in the Government and may be removed anytime during the term(s). Furthermore the lessor waives restoration thereof."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR COLLINS-NATIONAL, A Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation as General Partner, and PACIFIC SOUTHWEST MORTGAGE, A California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

BY ______ SVP (Signature) ______ POS.DEL ______ TRUSTEE (Title)

IN PRESENCE OF ______ (Signature) 11750 Sorrento Valley Rd. San Diego, CA 92121 (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY ______ (Signature) CONTRACTING OFFICER (Official Title)

GSA DC 68-1176 GSA FORM JUL 67 276

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | SUPPLEMENTAL AGREEMENT<br>NO. 7 | DATE<br>JAN 10 1990 |
|---|---|---|
| | TO LEASE NO.<br>GS- 09B-86764 | |

ADDRESS OF PREMISES
402 West 35th Street
National City, California

THIS AGREEMENT, made and entered into this date by and between COLLINS-NATIONAL, A Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, A California Corporation, XXXXXXXXXXX and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

whose address is 11750 Sorrento Valley Road, Suite 254, San Diego, CA 92121
hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 1, 1989, ~~as follows~~ to provide for escalation of operating costs in the amount of $8,344.17.

Paragraph No. 9 is hereby deleted and the following substituted therefor:

" 9. RENTAL: The Government shall pay the Lessor annual rent of $578,525.97 at the rate of $48,210.50 per month in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payabe to:

Collins National
11750 Sorrento Valley Road, Suite 254
San Diego, CA 92121."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR COLLINS-NATIONAL, A Limited Partnership comprised of COLLINS DEVELOPMENT COMPANY, A California Corporation, as General Partner, and PACIFIC SOUTHWEST MORTGAGE, A California Corporation, and ROBERT A. STINE, Trustee of the Stine Family Trust, as Limited Partners

BY ______________________ (Signature) ______________________ (Title)

IN PRESENCE OF ______________________ (Signature) ______________________ (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY ______________________ (Signature) Contracting Officer (Official Title)

GSA DC 68-1176

GSA FORM JUL 67 276