GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

SUPPLEMENTAL LEASE AGREEMENT

SUPPLEMENTAL AGREEMENT NO. 8

DATE FEB 14 1991

TO LEASE NO. GS-09B-86764

ADDRESS OF PREMISES
402 W. 35th Street, National City, CA

THIS AGREEMENT, made and entered into this date by and between Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest

whose address is 11750 Sorrento Valley Road, Suite 254
National City, CA 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 1, 1990, as follows:

To provide for escalation of operating costs in the amount of $12,414.36.

Paragraph 3 is hereby deleted and the following substituted therefor;

"3. RENTAL. The Government shall pay the Lessor annual rent of $590,940.33 at the rate of $49,245.03 per month in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

Collins National
11750 Sorrento Valley Road, Suite 254
National City, CA

RECEIVED FEB 5 1991

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR Collins National, A Limited Partnership Comprised of Collins Development Company. A CA Corporation as General Partners & Pacific Southwest Mortgage, Robert A. Stine, Trustee of Stine Family Trust, Ltd.Ptnrs

BY (Signature) (Title)

IN PRESENCE OF Robert E. Zol... (Signature)

11750 Sorrento Valley Rd.
San Diego, CA 92121
(Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY (Signature)

CONTRACTING OFFICER
(Official Title)

GSA DC 68-1176 GSA FORM JUL 67 276

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 9

DATE OCT 2 3 1991

TO LEASE NO. GS- 09B-86764

ADDRESS OF PREMISES 402 W. 35th Street, National City, CA

AUG 08 1991

THIS AGREEMENT, made and entered into this date by and between Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific SouthwestMortgage

whose address is 11750 Sorrento Valley Road, Suite 254
National City, CA 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective November 1, 1991, ~~as follows:~~ XXXXXXXXX

To issue notice of lease renewal in accordance with paragraph 5. Paragraph 2, and 9 are deleted in their entirety, and the following substituted therefor:

"2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on November 21, 1986 through October 31, 1996, subject to termination and renewal rights as may be hereinafter set forth.

"9. The Government shall pay the Lessor annual rent of $796,183.00 at the rate of $66,348.00 month in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

Collins National
11750 Sorrento Valley Road, Suite 254
National City, CA 92121

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR Collins National, A Limited Partnership Comprised of Collins Development Company. A CA Corporation as General Partners & Pacific Southwest

BY E. Tyler Miller [signature] (Signature) (Title)

IN PRESENCE OF Robert E. Zolezzi [signature] (Signature)

11750 Sorrento Valley Rd.
San Diego, CA 92121
(Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, Public Buildings Service

BY [signature] (Signature) 10/23/91

CONTRACTING OFFICER
(Official Title)



GSA FORM 276 (REV. 7-67)

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE
**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 10

DATE 10-8-96

TO LEASE NO. GS-09B-86764

ADDRESS OF PREMISES 402 W. 35th Street
National City, CA

THIS AGREEMENT, made and entered into this date by and between Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage

whose address is 11750 Sorrento Valley Road, Suite 254
National City, CA 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective October 1, 1996 to extend the lease for a term of six (6) months firm at the current rental rate.

Paragraph 2 is deleted in its entirety and the following substituted therefor:

"2 TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on November 21, 1986 through April 30, 1997."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage

BY [signature] (Signature) [signature] (Title)

IN THE PRESENCE OF [signature] (Signature) 11750 Sorrento Valley Road San Diego, CA 92121-1085 (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, PUBLIC BUILDINGS SERVICE

BY Maria Dent Contracting Officer

GSA DC 68-1176 GSA FORM 276 JUL 67

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

# SUPPLEMENTAL LEASE AGREEMENT

SUPPLEMENTAL AGREEMENT NO. 11

DATE

TO LEASE NO. GS-09B-86764

ADDRESS OF PREMISES 402 W. 35th Street
National City, CA

THIS AGREEMENT, made and entered into this date by and between Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage

whose address is 11750 Sorrento Valley Road, Suite 254
~~National City~~, CA 92121
San Diego

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective October 1, 1996
to extend the lease for a term of four (4) months firm at the current rental rate.

Paragraph 2 is deleted in its entirety and the following substituted therefor:

"2 TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on November 21, 1986 through August 31, 1997."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage

BY [signature]
(Signature) (Title)

IN THE PRESENCE OF [signature]
(Signature)

11750 Sorrento Valley Rd.
San Diego, CA 92121
(Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, PUBLIC BUILDINGS SERVICE

BY ______________________ Contracting Officer

GSA DC 68-1176 GSA FORM 276 JUL 67

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

# SUPPLEMENTAL LEASE AGREEMENT

SUPPLEMENTAL AGREEMENT NO. 12

DATE February 13, 1998

TO LEASE NO. GS-09B-86764

ESS OF PREMISES 402 W. 35th Street
National City, CA

AGREEMENT, made and entered into this date by and between Collins National, A Limited Partnership
rised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage

address is 11750 Sorrento Valley Road, Suite 254
National City, CA 92121

after called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

IEAS, the parties hereto desire to amend the above Lease.

THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is ded, effective February 3, 1998 to increase the annual rent and square footage. The lessor shall furnish all labor, ials, equipment, design, professional fees, inspection fees, utilities, construction drawings including, without ion, plans and specifications, construction cost and services and all other similar cost and expenses associated with terations to the space in accordance with the Scope of Work as depicted on Exhibit "12A" floor plan, attached and made a partof. All work must be completed within 120 days. Paragraphs 1 and 9 are deleted in their ty and the following substituted therefor:

" ̄32 net usable square feet of laboratory, office and related space located at Suite 402, West 35th Street, ty, CA together with 3 outside secured parking space plus an additional 47 outside parking spaces, for a total parking spaces."

Commencing February 1, 1998, the Government shall pay the Lessor annual rent of $804,000.00 at the rate of )00.00 per month in arrears. Rent checks shall be made payable to:

Collins National, a Partnership
Collins Development Co.
Suite 209
11750 Sorrento Valley Road
San Diego, CA 92121"

her terms and conditions of the lease shall remain in force and effect.

TNESS WHEREOF, the parties subscribed their names as of the above date.

OR: Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General ers & Pacific Southwest Mortgage

[signature]

Vice Chairman Senior Vice President (Title)

E PRESENCE OF [signature] 11750 Sorrento Valley Rd. San Diego, CA 92121

(Signature) (Address)

ED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, PUBLIC BUILDINGS SERVICE

[signature]

Contracting Officer

C 68-1176 GSA FORM 276 JUL 67

GENERAL SERVICES A RATION
PUBLIC BUILDINGS RVICE

**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 13

DATE 4/20/99

TO LEASE NO. GS-09B-86764

ADDRESS OF PREMISES 402 W. 35th Street
National City, CA

THIS AGREEMENT, made and entered into this date by and between **Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage**

whose address is 11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective March 23, 1999 to extend the lease 24 months, 18 months firm. Paragraphs 2 and 9, are deleted in their entirety and the following substituted therefore:

"2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on November 21, 1986 through April 30, 2002. The Government may terminate the lease at any time after October 31, 2001 by giving at least 30 days notice in writing to the lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing."

"9. The Government shall pay the Lessor annual rent as follows:

From May 1, 2000 through October 31, 2001 annual rent of $839,400.00 at the rate of $69,950.00 ($24.10 PSF) per month in arrears.
From November 1, 2001 through April 30, 2002 annual rent of $853,740.00 at the rate of $71,145.00 ($24.51 PSF) per month in arrears.

Rent for a lesser period of time shall be prorated. Rent checks shall be made payable to:

Collins National, a Partnership
Collins Development Co.
Suite 209
11750 Sorrento Valley Road
San Diego, CA 92121"

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: **Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage**

BY [signature] (Signature) CFO (Title)

IN THE PRESENCE OF [signature] (Signature)

11750 Sorrento Valley Road
San Diego, CA 92121
(Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, PUBLIC BUILDINGS SERVICE

BY [signature] Contracting Officer

GSA DC 68-1176
JUL 67

GSA FORM 276

Received 4/23/01 ... Asset Management Group, Pa... 2
APR-23-2001 06:43 619 557 2928 P.02

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>**SUPPLEMENTAL LEASE AGREEMENT** | SUPPLEMENTAL AGREEMENT<br>NO. 14 | DATE<br>4-26-01 |
|---|---|---|
| | TO LEASE NO. GS-09B-86764 | |

ADDRESS OF PREMISES 402 W. 35th Street
National City, CA

THIS AGREEMENT, made and entered into this date by and between **Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage**

whose address is 11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective April 23, 2001 to extend the lease term and to increase the rental rate.

Paragraphs 2, 9, and 11 are deleted in their entirety and the following substituted therefore:

"2 TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on November 21, 1986 through April 30, 2003. The Government shall have no right to terminate this lease prior to April 30, 2003."

"9. Beginning May 1, 2001 the Government shall pay the Lessor annual rent of $946,380.00 at the rate of $78,865.00 per month in arrears. Rent checks shall be made payable to:

Collins National, a Partnership
Collins Development Co.
Suite 209
11750 Sorrento Valley Road
San Diego, CA 92121"

"11. Beginning on May 1, 2001, the new annual base Operating Rent shall be established at $6.74 per rentable square foot. If the acutal cost of electricity and gas exceeds $100,000.00 during the period beginning May 1, 2001 to April 30, 2002, then the Operating Rent shall be adjusted as of May 1, 2002 to reflect this increase. The Lessor must demonstrate any such adjustment by submitting copies of the electric and gas invoices to the Government."

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: **Collins National, A Limited Partnership Comprised of Collins Development Co., A CA Corporations, as General Partners & Pacific Southwest Mortgage**

BY [signature] Vice Chairman
[signature] (Signature) SVP
(Title)

IN THE PRESENCE OF
Steven S. Hollenbeck
(Signature)

11750 Sorrento Valley Road
San Diego, CA 92121
(Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION, PUBLIC BUILDINGS SERVICE

BY Maria Dean Contracting Officer

GSA DC 68-1176 GSA FORM 276 JUL 67



TOTAL P.02