APPENDIX G

NOTICE: The Public Buildings Service has prepared this document for use in the General Services Administration Repair, Alteration and Construction Program. Users of this document for any other purpose are cautioned that it is subject to change without notice. It is not to be used as a basis for bid quotation.

GENERAL SERVICES ADMINISTRATION
WASHINGTON, DC 20405

PBS(PCD): 01546 (4/85)
Supersedes: PBS(PCD): 01546 (7/84)

PUBLIC BUILDINGS SERVICE
MANDATORY SPECIFICATION

SAFETY AND HEALTH

INSTRUCTIONS FOR USE

1. This specification, PBS(PCD): 01546, SAFETY AND HEALTH, shall be incorporated in all General Services Administration Repair, Alteration, Construction, and Service contracts.

2. Compliance problems arising from the use of this specification shall be referred to the Chief, Technical Directives Branch, Public Buildings Service, General Services Administration, Washington, D.C. 20405.

3. This section has been revised to delete references to "preconstruction" activities, as this specification also applies to service contracts. Also, the designation "Guide" specification has been changed to "Mandatory," since it must be used unmodified in all construction, repair, alteration, and service contracts. However, no changes in substance ~~on~~ or scope have been made to this section from the previous issue.

SECTION 01546 - SAFETY AND HEALTH

PART 1 - GENERAL

1.01 APPLICABLE PUBLICATIONS: The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

A. Code of Federal Regulations (CFR):

1. OSHA General Industry Safety and Health Standards (29 CFR 1910), Publication V2206; OSHA Construction Industry Standards (29 CFR 1926). One source of these regulations is OSHA Publication 2207, which includes a combination of both Parts 1910 and 1926 as they relate to construction safety and health. It is for sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402.

2. National Emission Standards for Hazardous Air Pollutants (40 CFR, Part 61).

B. Federal Standard (Fed. Std):

1. 313A Material Safety Data Sheets, Preparation and the Submission of.

1.02 WORK COVERED BY THIS SECTION: This section is applicable to all work covered by this contract.

1.03 DEFINITION OF HAZARDOUS MATERIALS: Refer to hazardous and toxic materials/substances included in Subparts H and Z of 29 CFR 1910; and to others as additionally defined in Fed. Std. 313. Those most commonly encountered include asbestos, polychlorinated biphenyls (PCBS), explosives, and radioactive material; but may include others. The most likely products to contain asbestos are sprayed-on fireproofing, insulation, boiler lagging, and pipe covering.

1.04 QUALITY ASSURANCE:

A. Safety Meeting: Representatives of the Contractor shall meet with the Contracting Officer and his/her representative(s) prior to the start of work under this contract for the purpose of reviewing the Contractor's safety and health programs and discussing implementation of all safety and health provisions pertinent to the work to be performed under the contract. The Contractor shall be prepared to

discuss, in detail, the measures he/she intends to take in order to control any unsafe or unhealthy conditions associated with the work to be performed under the contract. If directed by the Contracting Officer, this meeting may be held in conjunction with other meetings which are scheduled to take place prior to start of work under this contract. The level of detail for the safety meeting is dependent upon the nature of the work and the potential inherent hazards. The Contractor's principal on-site representative(s), the general superintendent and his/her safety representative(s) shall attend this meeting.

B. Compliance With Regulations: All work, including the handling of hazardous materials or the disturbance or dismantling of structures containing hazardous materials shall comply with the applicable requirements of 29 CFR 1926/1910. Work involving the disturbance or dismantling of asbestos or asbestos containing materials; the demolition of structures containing asbestos; and/or the disposal and removal of asbestos, shall also comply with the requirements of 40 CFR, Part 61, Subparts A and M. All work shall comply with applicable state and municipal safety and health requirements. Where there is a conflict between applicable regulations, the most stringent shall apply.

C. Contractor Responsibility: The Contractor shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of personnel during the execution of work, and shall hold the Government harmless for any action on his/her part or that of his/her employees or subcontractors, which results in illness, injury or death.

D. Inspections, Tests, and Reports: The required inspections, tests, and reports made by the Contractor, subcontractors, specially trained technicians, equipment manufacturers, and others as required, shall be at the Contractor's expense.

1.05 SUBMITTALS:

A. Accident Reporting: A copy of each accident report, which the Contractor or subcontractors submit to their insurance carriers, shall be forwarded through the Construction Engineer to the Contracting Officer as soon as possible, but in no event later than seven (7) calendar days after the day the accident occurred.

B. Permits: If hazardous materials are disposed of off site, submit copies of permits from applicable, Federal, state, or municipal authorities.

C. Other Submittals: If agreed to in writing at the safety meeting, other submittals shall be required. One such submittal which may be included is a plan of action for handling hazardous materials, which shall contain the following:

1. Number, type, and experience of employees to be used for the work.

2. Description of how safety and health regulations and standards which shall be met.

3. Type of protective equipment and work procedures to be used.

4. Emergency procedures for accidental spills or exposures.

5. Procedures for disposing of or storing the toxic/hazardous materials.

6. Identification of possible hazards, problems, and proposed control mechanisms.

7. Protection of public or others not related to the operation.

8. Interfacing and control of subcontractors, if any.

9. Identifications of analysis, test demonstrations, and validation requirements.

10. Method of certification for compliance.

1.06 CAUTIONARY PROCEDURES AT EXISTING VAULTS: Vault doors in existing buildings may be equipped with protective devices having tear gas attachments. The Contractor shall consult the Building Manager to ascertain whether vault doors in areas under this contract are so equipped. It is unsafe for persons unfamiliar with such protective devices to tamper with or disturb them. If a vault door so equipped is to be removed, left open or reset, the Contractor shall give the Contracting Officer's representative or the Building Manager of the building two weeks notice to arrange for disconnecting the protective devices.

PART 2 - PRODUCTS

2.01 MATERIALS AND EQUIPMENT: Special facilities, devices, equipment, clothing, and similar items used by the Contractor in the execution of work shall comply with the applicable regulations.

2.02 HAZARDOUS MATERIALS: The Contractor shall bring to the attention of the Contracting Officer any material suspected of being hazardous which he/she encounters during execution of the work. A determination will be made by the Contracting Officer as to whether the Contractor shall perform tests to determine if the material is hazardous. If the Contracting Officer directs the Contractor to perform tests, and/or if the material is found hazardous and additional protective measures are needed, a contract change may be required, subject to applicable provisions of this contract.

PART 3 - EXECUTION

3.01 STOP WORK ORDERS: When the Contractor or his/her subcontractors are notified by the Contracting Officer's representative(s) of any noncompliance with the provisions of the contract and the action(s) to be taken, the Contractor shall immediately, if so directed, or within 48 hours after receipt of a notice of violation correct the unsafe or unhealthy condition. If the Contractor fails to comply promptly, all or any part of the work being performed may be stopped by the Contracting Officer or his/her representative(s) with a "Stop Work Order." When, in the opinion of the Contracting Officer or his/her representative(s), satisfactory corrective action has been taken to correct the unsafe and unhealthy condition, a start order will be given immediately. The Contractor shall not be allowed any extension of time or compensation for damages by reason of or in connection with such work stoppage.

3.02 PROTECTION:

A. The Contractor shall take all necessary precautions to prevent injury to the public, building occupants, or damage to property of others. For the purposes of this contract, the public or building occupants shall include all persons not employed by the Contractor or a subcontractor working under his/her direction.

B. Work shall not be performed in any area occupied by the public or Federal employees unless specifically permitted by the contract or the Contracting Officer and unless adequate steps are taken for the protection of the public or Federal employees.

C. Whenever practicable, the work area shall be fenced, barricaded, or otherwise blocked off from the public or building occupants to prevent unauthorized entry into the work area.

D. Alternate Precautions: When the nature of the work prevents isolation of the work area and the public or building occupants may be in or pass through, under or over the work area, alternate precautions such as the posting of signs, the use of signal persons, the erection of barricades or similar protection around particularly hazardous operations shall be used as appropriate.

E. Public Thoroughfare: When work is to be performed over a public thoroughfare such as a sidewalk, lobby, or corridor, the thoroughfare shall be closed, if possible, or other precautions taken such as the installation of screens or barricades. When the exposure to heavy falling objects exists, as during the erection of building walls or during demolition, special protection of the type detailed in 29 CFR 1910/1926 shall be provided.

F. Fences and barricades shall be removed upon completion of the project, in accordance with local ordinance and to the satisfaction of the Contracting Officer or his/her representative(s).

G. Storing, positioning or use of equipment, tools, materials, scraps, and trash in a manner likely to present a hazard to the public or building occupants by its accidental shifting, ignition, or other hazardous qualities is prohibited.

H. Obstructions: No corridor, aisle, stairway, door, or exit shall be obstructed or used in such a manner as to encroach upon routes of ingress or egress utilized by the public or building occupant, or to present unsafe or unhealthy condition to the public or building occupant.

END OF SECTION 01546

COLLINS
DEVELOPMENT
COMPANY
11750
SORRENTO
VALLEY RD.
SUITE 209
SAN DIEGO
CA 92121-1085
(619) 276-3380

November 21, 1986

MR. KENNETH STIPANOV, ESQUIRE
AYLWARD, KINTZ, STISKA
WASSENAAR & SHANNAHAN
7855 Ivanhoe Avenue
La Jolla, California 92037

Dear Ken:

Pursuant to our conversation yesterday with Tyler Miller regarding the aesbestos control within the Drug Enforcement Agency building, located within the SOUTHLAND INDUSTRIAL PARK, enclosed please find a copy of the Supplemental Lease Agreement outlining the aforementioned.

If, after your review, you should have any questions, please do not hestiate to give me a call.

Yours truly,

COLLINS DEVELOPMENT COMPANY

Robert E. Zolezzi
Leasing Agent

REZ/dcb
Enclosure - As noted above
cc: Tyler Miller