c. Periodic inspection.

(1) All ACM in this category must be inspected for damage or deterioration at least twice a year by trained maintenance personnel, foremen, or buildings management officials. Findings must be reported to the facility asbestos control manager.

(2) The custodial and maintenance staff must report any ACM damage or deterioration to the facility asbestos control manager.

50. Good housekeeping.

a. General. The most important control measure in buildings with ACM is what can best be termed good housekeeping. This goes beyond custodial maintenance, operation, cleaning, and protection measures discussed previously. Good housekeeping includes careful control of all activities in the building. Good housekeeping is especially important if there is occupant anxiety over the presence of asbestos, as occupants may assume that any loose debris contains asbestos. Thus, many activities, such as moving, can be affected.

b. HEPA vacuum cleaners. A plan must be established for HEPA vacuum cleaners, as they are somewhat sophisticated and must be well-maintained if they are to be effective. The filter bag integrity is the most important feature; if it is ruptured, serious airborne asbestos contamination could occur. The manufacturer's instructions must be strictly followed to maintain this equipment. Also, the filter bags must be treated as asbestos-contaminated, sealed in 6 mm double-strength plastic bags and disposed of in accordance with EPA regulations.

51. Alterations. A continuing cycle of minor alterations and repairs is necessary in most GSA-controlled buildings. This includes such things as installation and relocation of electrical conduit and telephone lines, repairs to mechanical equipment, relocation of subdividing partitions, patching, and painting. Much of this work involves access to plenums, cutting, drilling, or use of impact tools and can easily cause the release of asbestos fibers.

a. Asbestos abatement during planned alterations. Unless inspection indicates a need for action sooner, asbestos abatement in existing buildings must take place during planned alterations when it is likely the ACM will be damaged. Therefore, where feasible, minor alterations that will result in damaged asbestos should be combined into a single project and the necessary abatement action taken at one time.

b. Alteration prior to abatement action. When it is essential to perform alteration work involving asbestos prior to abatement action, strict controls must be exercised. This may involve doing the work during nonwork hours and/or treating the work as an abatement project, depending on the situation encountered. Special care must be exercised when using impact tools. When work is done after hours, make certain that the area is cleaned prior to the beginning of work hours. Use of impact tools on a floor where the underside of the deck contains sprayed-on fireproofing should be avoided. If unavoidable, take precautions in the area below, including controls described previously above, as the situation demands. Where alterations involving asbestos are required, occupants must be notified in advance and work confined to the immediate area involved.

52. Worker safety responsibility.

a. Agency. Occupant agencies are responsible for the safety of their employees as required in OSHA regulations and Executive Orders.

b. Visitors. Visitors are not permitted in work areas where respirators are required unless authorized by the facility asbestos control manager. GSA assumes no responsibility for unauthorized visitors to the site or for visitors who fail to comply with posted notices or applicable health and safety regulations.

c. Contract. If work is performed under contract, the contractor assumes full responsibility and liability for compliance with all regulations pertaining to the protection of workers, subcontractors, visitors to the site, and persons occupying adjacent areas. The Government is not legally accountable.

d. Asbestos workers. GSA respirator requirements must conform to OSHA requirements specified in 29 CFR 1910.134 and 1001. All GSA employees involved in asbestos work are required to have medical certification that they can function normally while wearing a respirator. Refer to the Respiratory Protection section found in ch. 3 for more details and guidance.

53. Contact with the public. To avoid unnecessary anxiety by occupants and the public, persons wearing respirators and protective clothing (even if not exposed to contamination) must not be permitted in occupied or public areas. If work cannot be performed after hours, construction areas must be shielded from view by opaque plastic so that work areas and support areas are not exposed to public view.

54. Corrective action (abatement) options. Once an assessment is made, five action options are available--the establishment of a special O&M program, repair, removal, encapsulation, or enclosure. The term "abatement" refers to the last four options, which are considered actions beyond a special O&M program. The type of abatement action--repair, removal, encapsulation, or enclosure--depends on: the condition of the material; its location in the building; its accessibility; and planned renovation actions in areas of subject ACM. It is emphasized that removal is the only way to eliminate the need for ongoing precautionary measures. Any other abatement measure requires establishing asbestos controls. Asbestos abatement work must use methods that control the release of fibers while work is taking place.

a. Removal. Generally, removal is the most costly abatement option because of the precautions required to control fiber release while work is taking place. The removed material usually has to be replaced with a nonasbestos substitute and the ACM has to be disposed of. It may, however, be the least costly solution in the life cycle of the building since special O&M is no longer necessary once ACM is removed. Removal should be considered under the following conditions:

(1) When ACM is damaged to the extent that it no longer performs its intended function (in which case the ACM must be replaced with a nonasbestos substitute).

(2) When renovations that may involve the damage of ACM are made.

(3) When, because of maintenance, planned renovation, or other activities, ACM is subject to constant vibration or is likely to be damaged due to its accessibility.

(4) When ACM is noncohesive or poorly adhered to its substrate. This condition is called "delamination."

b. Encapsulation. Encapsulation is a process that coats ACM with a sealant, either to penetrate and harden it or to cover its surface with a protective coating, thereby preventing the release of asbestos fibers. Encapsulants are of two basic types. One is a penetrating type binds fluffy, spongy fibers in surfacing ACM to the substrate and each other. The second type is a bridging encapsulant for use as a surface sealant, which is used to seal (encapsulate) cementitious surface ACM or surfaces of other covered ACM, e.g., TSI.

(1) Encapsulation is recommended for:

(a) Firm, troweled-on surfaces in good condition and difficult to remove. EPA recommends that encapsulation be used only for acoustical plaster in good condition.

(b) The sealing of pipe lagging or other equipment insulation (ducts, tanks, or boilers) that has minor damage.

(c) Surfaces from which asbestos has been removed (in order to bond any residual fibers to the "clean" surface) or in locations difficult to reach for removal.

(d) Circumstances where future alterations are planned, but the assessment indicates that abatement action is needed sooner.

(2) Encapsulation is not recommended for:

(a) Places where the substrate is subject to physical damage by routine maintenance, water damage, structural vibration, or shows signs of delamination from the supporting structure from which the added weight of the encapsulant could cause ACM to come loose.

(b) Fireproofing in a plenum, since it is subject to damage by routine maintenance and when it is necessary to remove and replace finishes to obtain access to it.

(c) Renovation work is scheduled for the area where ACM is present and will be removed during work.

c. Enclosure.

(1) Enclosure means placing a sealed barrier around the ACM to separate it from the building environment. Gypsum board attached to a lath system or a framework is the most common method of enclosure. An example of an instance lending itself to enclosure is to conceal asbestos-insulated pipes or ductwork exposed in a finished space; however, enclosure would not be appropriate in this case if access to the pipes or ducts were required.

(2) Enclosure should not be considered in areas subject to water damage. Like encapsulation, enclosure requires periodic inspection of the enclosure surface for damage and the enclosed area for operations that may result in the breaching of the enclosure barrier, and maintenance of records of the presence of asbestos. A suspended ceiling system is not considered an enclosure. No enclosed area that is part of an air-distribution system can be considered an enclosure.