# REPORT FOR FACILITY SAFETY, HEALTH OR FIRE PR[illegible]TION SURVEY (PART I)



| 1. Report Control No. | 2. DATE OF REPORT | 3. BUILDING NAME & ADDRESS: DEA, 402 West 35th Street, National City, CA | 4. BUILDING NO. CA529322 | 5. PBS FIELD OFFICE 9PX-1M2 |
|---|---|---|---|---|
| 6. DATE OF SURVEY 8/8/89 | [X] SCHEDULED<br>[ ] FOLLOW-UP<br>[ ] UNSCHEDULED | 7. SURVEY CONDUCTED BY Deborah Dunkle, Industrial Health Incorporated | 8. TRAVEL COST INCURRED $960.00 | 9. TOTAL MAN-HOURS EXPENDED 24-C |

10. DIRECTIVE LEGEND (ITEM 14)
A- OSHA STANDARD  D-GSA DIRECTIVE
B-NFPA CODE  E-OTHER
C-ANSI-STANDARD

11. TYPE OF REPORT: (CHECK APPROPRIATE BOX(ES))
[ ] (F)-FIRE SAFETY/PROTECTION  [ ] (I)-PRE-LEASE
[X] (S)-FACILITY SAFETY & HEALTH  [ ] (P)-PRE OCCUPANCY
[ ] (O)-OSH  [ ] (M)-MISC/OTHER

12. CATEGORY (REF. IN ITEM 16)
A- SPRINKLERS  D- EXITS (NFPA101)  G-OSHA
B- FIRE ALARMS  E- STRUCTURAL  H-OTHER
C- ELEVATOR  F- ENVIRONMENT

| 13. ITEM | 14. REFERENCED DIRECTIVE | 15. FINDINGS & RECOMMENDATIONS (State findings first, then recommendations and continue alternately) | 16. CAT. (12) Occupiable Area Affected | 17. RESPONSIBLE FOR ABATEMENT | 18. ABATEMENT PLAN DATE | 19. CORRECTION DATE | 20. COMMENTS (INC COST) |
|---|---|---|---|---|---|---|---|
| | (D) PBS (P) 5900.2C Chap. 4 Section 2 | FINDING: Bulk sampling of the textured ceiling material and off-white floor tile and mastic verified that these are ACM; see Table 1. An initial asbestos survey by our office was conducted in 1986 and reported to GSA that the textured ceiling material contained asbestos. The DEA and building maintenance operator did not have this information available to them. A major renovation project was in progress at the time of this inspection.<br>RECOMMENDATION: Lessor and tenant agency need to be informed that ACM is present in the lease space. A Facility Action Plan with O&M procedures and policies in accordance with GSA's policies on asbestos needs to be submitted by the lessor to GSA. Tenant agency should be moved upon termination of the lease. | F-820 | | | | |
| 002 | (A) 1910.157 (c) | FINDING: All fire extinguishers in laboratory complex are the halon type. These would not be suitable for high temperature fires.<br>RECOMMENDATION: Replace halon extinguishers with ABC dry chemical fire extinguishers in area where there is use of solvents and other flammables. | H-791 | | | | |

291

## REPORT FOR FACILITY SAFETY, HEALTH OR FIRE [illegible]TECTION SURVEY (PART I)



| 1. Report Control No. | 2. DATE OF REPORT | 3. BUILDING NAME & ADDRESS: DEA, 402 West 35th Street, National City, CA | 4. BUILDING NO. CA5293ZZ | 5. PBS FIELD OFFICE 9PX-1M2 |
|---|---|---|---|---|
| 6. DATE OF SURVEY 8/8/89 | [X] SCHEDULED<br>[ ] FOLLOW-UP<br>[ ] UNSCHEDULED | 7. SURVEY CONDUCTED BY Deborah Dunkle, Industrial Health Incorporated | 8. TRAVEL COST INCURRED $960.00 | 9. TOTAL MAN-HOURS EXPENDED 24-C |

10. DIRECTIVE LEGEND (ITEM 14)
A- OSHA STANDARD D-GSA DIRECTIVE
B-NFPA CODE E-OTHER
C-ANSI-STANDARD

11. TYPE OF REPORT: (CHECK APPROPRIATE BOX(ES))
[ ] (F)-FIRE SAFETY/PROTECTION [ ] (I)-PRE-LEASE
[X] (S)-FACILITY SAFETY & HEALTH [ ] (P)-PRE OCCUPANCY
[ ] (O)-OSH [ ] (M)-MISC/OTHER

12. CATEGORY (REF. IN ITEM 16)
A- SPRINKLERS D- EXITS (NFPA101) G-OSHA
B- FIRE ALARMS E- STRUCTURAL H-OTHER
C- ELEVATOR F- ENVIRONMENT

| 13. ITEM NO. | 14. REFERENCED DIRECTIVE | 15. FINDINGS & RECOMMENDATIONS (State findings first, then recommendations and continue alternately) | 16. CAT. (12) Occupiable Area Affected | 17. RESPONSIBLE FOR ABATEMENT | 18. ABATEMENT PLAN DATE | 19. CORRECTION DATE | 20. COMMENTS (INC COST) |
|---|---|---|---|---|---|---|---|
| 003 | (D) PBS (P) 5900.2C Ch. 3-71 (b) 3 | FINDING: Three lab hoods located in the north peripheral labs do not maintain a minimum face velocity of 100 fpm.<br>RECOMMENDATION: Repair or replace present hoods. | F-834 | | | | |
| 004 | (D) PBS (P) 5900.2C Ch.2-81 (e)<br><br>292 | FINDING: Improper storage of flammables such as petroleum ether, acetone, hexane and ethyl alchol under sinks and in non-approved cabinets in the west and north east labs.<br>RECOMMENDATION: A total amount of 10 gallons constitutes the total allowable working amount of Class I and Class II liquids allowed to be found outside approved flammable storage cabinets. Improve flammable storage policies, obtain approved cabinets and maintain the 10-gallon working limit. | H-795 | | | | |
| 005 | (D) PBX (P) 5900.2C Chap. 10 | FINDING: A major renovation was in progress during inspection. Warnings and precautions not to disturb the ACM were not evident. General contractor was unaware that the ceiling material. contained asbestos.<br>RECOMMENDATION: Conduct air sampling to determine if building has become contaminated with asbestos. | F-820 | | | | |

# REPORT FOR FACILITY SAFETY, HEALTH OR FIRE P TION SURVEY (PART I)



| 1. Report Contr... | 2. DATE OF REPORT | 3. BUILDING NAME & ADDRESS: DEA<br>402 West 35th Street<br>National City, CA | 4. BUILDING NO. CA5293ZZ | 5. PBS FIELD OFFICE 9PX-1M2 |
|---|---|---|---|---|
| 6. DATE OF SURVEY 8/8/89 | [X] SCHEDULED<br>[ ] FOLLOW-UP<br>[ ] UNSCHEDULED | 7. SURVEY CONDUCTED BY Deborah Dunkle<br>Industrial Health Incorporated | 8. TRAVEL COST INCURRED $960.00 | 9. TOTAL MAN-HOURS EXPENDED 24-C |

10. DIRECTIVE LEGEND (ITEM 14)
A- OSHA STANDARD D-GSA DIRECTIVE
B-NFPA CODE E-OTHER
C-ANSI-STANDARD

11. TYPE OF REPORT: (CHECK APPROPRIATE BOX(ES))
[ ] (F)-FIRE SAFETY/PROTECTION [ ] (I)-PRE-LEASE
[X] (S)-FACILITY SAFETY & HEALTH [ ] (P)-PRE OCCUPANCY
[ ] (O)-OSH [ ] (M)-MISC/OTHER

12. CATEGORY (REF. IN ITEM 16)
A- SPRINKLERS D- EXITS (NFPA101) G-OSHA
B- FIRE ALARMS E- STRUCTURAL H-OTHER
C- ELEVATOR F- ENVIRONMENT

| 13. ITEM | 14. REFERENCED DIRECTIVE | 15. FINDINGS & RECOMMENDATIONS (State findings first, then recommendations and continue alternately) | 16. CAT. (12) Occupiable Area Affected | 17. RESPONSIBLE FOR ABATEMENT | 18. ABATEMENT PLAN DATE | 19. CORRECTION DATE | 20. COMMENTS (INC COST) |
|---|---|---|---|---|---|---|---|
| 006 | (D) PBS (P) 5900.2C Chap. 2-42 | FINDING: Southeast and north west exit doors in lab building and exit door past booking area in office area operate by keyoard and/or thumbscrew lock.<br>RECOMMENDATION: Install panic bar equipment on these exit doors. | F-761 | | | | |
| 007 | (D) PBS (P) 5900.2C Ch. 2-81 | FINDING: Dry chemical storage shelves need shelf guards.<br>RECOMMENDATION: In earthquake prone areas, shelving used for chemical storage should have guards installed. Install shelf guards on shelving in the chemical storage room. | F-834 | | | | |
| 008 | (D) PBS (P) 5900.2C Ch. 4 (IAQ) | FINDING: Improper ventilation in both evidence vaults. No supply air in either vault and no return ventilation in laboratory vault.<br>RECOMMENDATION: Redesign ventilation system in both vaults to insure proper ventilation. | H-854 | | | | |

293

# BUILDING INSPECTION/HAZARDOUS OPERATIONS FORM

Building Name: DEA Building
Building Number: CA5293ZZ
Address: 402 West 35th Street, National City, CA
Date of Inspection: 8/8/89
Inspector Name: Deborah Dunkle

**IHI 640 E. Wilmington, Salt Lake City, UT 84106 (801) 466-2223**

| POTENTIAL PROBLEM AREAS | PROBLEMS? Yes | No | DESCRIPTION |
|---|---|---|---|
| Asbestos | X | | Renovations underway in areas which contain asbestos; no precautions being taken. |
| Biohazards | | X | |
| Carcinogens | | X | |
| Chemicals | X | | Improper storage of chemicals in earthquake prone area |
| Compressed Gasses | | X | |
| Egress | X | | Improper exit hardware on 3 doors |
| Electrical | | X | |
| Fire Extinguishers | X | | Improper fire extinguishers in some lab areas |
| Flammable Materials | X | | Improper storage of Class I & II liquids |
| Floor Loading | | X | |
| Guards | | X | |
| Housekeeping | | X | |
| Ignition Source (welding) | | X | |
| Labeling | | X | |
| Lighting | | X | |
| MSDS | | X | |
| Mechanical | | X | |
| Noise | | X | |
| Pers. Protective Equipment | | X | |
| PCB's | | X | |
| Physical Hazards | | X | |
| Storage Compatibility | | X | |
| Structural | | X | |
| Ventilation | | X | |
| Vibration | X | | Inadequate ventilation in both evidence vaults |
| Walking/Working Surface | | X | |
| Other (List) | | X | |
| <u>Facilities Present</u> | | | |
| Basement in Building | | X | |
| Battery Charge Area | | X | |
| Emergency Equipment | | X | |
| Graphic Art | | X | |
| Incinerator | | X | |
| Laboratory | X | | |
| Motor Pool | | X | |
| Paint Spray Booth | | X | |
| Return Air Plenum | | X | |
| Sprinkler System | X | | |
| Target Range (indoor) | | X | |
| Toxic Material Storage | X | | |
| Toxic Waste Disposal | X | | |
| X-Ray Equipment | | X | |
| Other (List) | | X | |

**294**

**FSH Survey X** **OSH Survey** **No. GSA Employees 0**

Building Narrative - CA5293ZZ

DEA Building & Laboratory
402 W. 35th St.
National City, CA

General
Donna Lenhof - Administrative Officer (619) 585-4200
Bob Mansfield - DEA Facility Branch (202) 307-7859
Carolyn Cerini - DEA Safety Officer (202) 633-1244
The DEA occupies the entire facility, dividing it into a office area and a laboratory. The building is a tilt-up concrete, cement slab construction facility. It was built in 1976. The office section of the building was undergoing a major renovation project at the time of inspection.

The sprayed-on acoustical ceiling material found in the corridors, evidence vaults and some offices contains 5-8% chrysotile asbestos. There is approximately 12,000 square feet of this friable material. There is also approximately 20,000 square feet of asbestos containing floor tile and mastic. The floor tile in the facility contains 8% chrysotile asbestos and the mastic contains greater than 1% chrysotile asbestos. These materials are non-friable.

Administrative personnel and building maintenance personnel were uninformed that these materials contained asbestos. A facility health and safety inspection performed in 1985 reported that the ceiling material was an ACM. The employees must be informed that these materials contain asbestos and that the material is not to be disturbed in any manner. This information must be supplied as part of a Hazard Communication Program in accordance with 29 CFR 1910.1200. The lessor is responsible for preparing an asbestos action plan for the facility which meets GSA asbestos policies as described in PBS (P) 5900.2C, Chapter 4, Section 2.

It is recommended that the friable sprayed-on acoustical material not be disturbed in any manner which could result in the release of asbestos fibers into the atmosphere. The non-friable VAT and mastic should not be sanded, drilled or cut upon.

The current renovation commenced without any prior asbestos air monitoring being conducted in the facility. It was not observed whether any of the asbestos containing materials were removed during the renovation. However, due to vibration and other disturbances during construction, it is strongly recommended that the facility under a complete asbestos air

monitoring assessment for possible contamination. These samples can be analyzed by phase contrast microscopy (PCM) initially, and samples reporting an air concentration level greater than 0.01 fibers/cc should be further analyzed by transmission electron microscopy (TEM).

Indoor Air Quality

Indoor air quality was investigated as part of this survey. Complaints concerning marijuana odors within the facility, and the lack of ventilation in both of the evidence vaults were noted.

Ventilation for this space is supplied by HVAC units located on the roof. The supply and return air is ducted. The filters are changed 4 times a year by Nordie Babco. Generally, there were not any complaints of sickness or discomfort from the occupants. The HVAC units are scheduled to be replaced as part of the renovation.

The ventilation systems in both of the vaults are extremely deficient. The office vault does not appear to have any supply air and the laboratory vault appears to be lacking both supply and return air. These systems need to be thoroughly investigated and the ventilation problems remedied.

The storage garage has had an exhaust fan installed which operates three times a day and one time at night for 2 hour intervals. Portals at the front of the garage have been opened to aid air movement.

Carbon dioxide, temperature and relative humidity were measured. No source of carbon monoxide was noted, so this parameter was not investigated. The $CO_2$ measurements were obtained with a Sensidyne Gastec Sampler and direct reading detector tubes. Dry bulb and wet bulb temperature readings were obtained with a Weksler sling psychrometer. Percent relative humidity was determined using the wet bulb temperature reading and conversion factors.

| Location | time | $CO_2$ Conc. ppm | CO Conc. ppm | Temp. DB °F | Temp. WB °F | % Rel. Hum. |
|---|---|---|---|---|---|---|
| Team Office | 1245 | 300 | | 74 | 69 | 78 |
| Office vault | 1315 | 400 | | 74 | 65 | 61 |
| West Lab | 1445 | 400 | | 73 | 65 | 65 |
| Lab vault | 1500 | 300 | | 77 | 67 | 57 |

# Asbestos Bulk Sample Report - GSA Region 9

| | | | |
|---|---|---|---|
| **Field Office #** | 9PM-12 | **Bldg #** | CA5293ZZ |
| **Address** | 402 West 35th Street | **Collected By** | Deborah Dunkle |
| **City, St Zip** | National City, CA | **Date Collected** | 8/22/89 |
| **Building Name** | DEA Laboratory & Office | **Laboratory** | Dixon Information |

| Sample # | Sample Location/Comments | Results |
|---|---|---|
| DEA-TCM1 | 402 - East corridor | Not submitted for analysis (NSA) |
| DEA-TCM2 | 402 - Center corridor | 6% C |
| DEA-TCM3 | CIA room | NSA |
| DEA-TCM4 | 402 - Processing | 6% C |
| DEA-TCM5 | 402 - Administrative office | 6% C |
| DEA-TCM6 | 402 - Evidence Vault | 5% C |
| DEA-TCM7 | 402 - Evidence Vault | NSA |

**rysotile Asbestos CR = Crocidolite Asbestos A = Amosite Asbestos A/T = Actinolite/Tremolite**