# Asbestos Bulk Sample Report - GSA Region 9

| | | | |
|---|---|---|---|
| **Field Office #** | 9FM-12 | **Bldg #** | CA5293ZZ |
| **Address** | 402 West 35th Street | | |
| **City, St Zip** | National City, CA | | |
| **Building Name** | DEA Laboratory & Office | | |

| | |
|---|---|
| **Collected By** | Deborah Dunkle |
| **Date Collected** | 8/22/89 |
| **Laboratory** | Dixon Information |

| Sample # | Sample Location/Comments | Results |
|---|---|---|
| DEA-TCM8 | 402 - Evidence Vault | NSA |
| DEA-TCM9 | Lab - Lobby | 8% C |
| DEA-TCM10 | Lab - Center Corridor | 6% C |
| DEA-TCM11 | Lab - File room | NSA |
| DEA-TCM12 | Lab - Vault | 6% C |
| DEA-TCM13 | Lab - Vault | NSA |
| DEA-TCM14 | Lab - Vault | NSA |

**rysotile Asbestos CR = Crocidolite Asbestos A = Amosite Asbestos A/T = Actinolite/Tremolite**

# Asbestos Bulk Sample Report - GSA Region 9

| | | | |
|---|---|---|---|
| **Field Office #** | 9PM-12 | **Bldg #** | CA52932Z |
| **Address** | 402 West 35th Street | | |
| **City, St Zip** | National City, CA | | |
| **Building Name** | DEA Laboratory & Office | | |

| | |
|---|---|
| **Collected By** | Deborah Dunkle |
| **Date Collected** | 8/8/89 |
| **Laboratory** | Dixon Information |

| Sample # | Sample Location/Comments | Results |
|---|---|---|
| DEA-01-89 | Off-white floor tile, mastic; SIARG Office | 8% C<br>>1% C |
| DEA-02-89 | Off-white floor tile, mastic; Evidence Vault | 8% C<br>>1% C |
| | | |
| | | |
| | | |
| | | |
| | | |

rysotile Asbestos CR = Crocidolite Asbestos A = Amosite Asbestos A/T = Actinolite/Tremolite

# ASBESTOS ASSESSMENT FORM
## SURFACING MATERIAL

| Building Name | Building Address | Field Office | Building Number | Date | Asbestos Record |
|---|---|---|---|---|---|
| DEA Building & Lab | 402 - 410 West 35th St. National City, CA | 9PM- 12 | CA5293ZZ | 8/22/89 | Yes [X] No [ ] |

**…ion in Building** Ceiling — **Room #** ____

**What is above the area being evaluated:** Attic crawlspace

**Number of Occupants Affected:** 150

**Public Accessibility Per Day:** ____

**Type of Surfacing ACM:** Fireproofing [ ] Thermal Insulation [ ] Acoustical Plaster [X] Decorations [ ] Other ____

**Locations Specifics:** Office Area [X] Lobby [ ] Cafeteria [ ] Mechanical Area [ ] Conference Room [ ] Utility Closet [ ] Air Shaft [ ] Hallway [X] Garage [ ] Other ____

**Ceiling Height:** 9 ft

**Ceiling Shape:** Flat [X] Folded Plate [ ] Dome [ ] Barrel [ ] Other ____

**Coating Debris on Floor / Furniture/Work Surfaces:** Yes [ ] No [X]

**Is Coating Subject to Disturbance by Curtains, Expandable Partitions, etc.** Yes [ ] No [X]

**Coated Surface:** Ceiling [X] Wall [ ] Structural Member [ ]

**Sprinkler Installed:** Yes [X] No [ ] Will be [ ]

**Amount of ACM:** 12,000 sq ft

**Description of Coating:** Fibrous [X] Concrete-like [ ] Granular/Cementitious [ ]

**Thickness of ACM:** 1/4-1/2 inches

**Type of Lighting:** Surface Mounted [X] Suspended [ ] Recessed [ ]

**Is Thickness Uniform?** Yes [ ] No [X]

**Type of Coated Wall:** Not Coated [X] Masonry [ ] Wall Board [ ] Smooth Concrete [ ] Rough Concrete [ ] Other ____

**Type of Coated Ceiling:** 3-Coat Plaster [ ] Tile [ ] Steel Beam or Bar Joists [ ] Concrete [ ] Suspended Metal Lath [ ] Concrete Joists/Beams [ ] Corrugated Steel [ ] Suspended Lay-In Panels [X] Metal Deck [ ] Other Plaster board

### ASBESTOS ALGORITHM

**Assessment #** 24
**Group Rating** E

**Physical Damage:** Major [ ] (5) Minor [X] (2) None [ ] (0)

**Water Damage:** Major [ ] (2) Minor [X] (1) None [ ] (0)

**Exposed Surface Area:** >10% [X] (4) ≤10% [ ] (1) Not Exposed [ ] (0)

**Accessibility:** Accessible [X] (4) Rarely [ ] (1) Not [ ] (0)

**Type of Asbestos:** Amosite [ ] Crocidolite [ ] Chrysotile [X] Actinolite/Tremolite [ ]

**Activity/Mvmt:** High [ ] (2) Moderate [X] (1) Low [ ] (0)

**Air Plenum:** Yes [ ] (1) No [X] (0)

**Friability:** High [ ] (3) Moderate [X] (2) Low [ ] (1)

**Asbestos Content:** >30% [ ] (3) >10-30% [ ] (2) 1-10% [X] (1) 0-≤1% [ ] (0)

**RECOMMENDATIONS:**

Special O/M Program: Yes [X] No [ ]

Visual Inspection: Annually [X] Quarterly [ ] Monthly [ ]

| | Immediately | During Planned Alterations | Sooner |
|---|---|---|---|
| Cleaning & Repair | | | |
| Removal | | X | |
| Encapsulation | | | |
| Enclosure | | | |

**Comments:**
The textured ceiling material has minor damage in the administration office and evidence vaults. Tenant agency was unaware that this material contained asbestos. A major renovation was in progress at the time of inspection. Portions of this ceiling reportedly were removed by the general contractor without using asbestos abatement techniques. Air monitoring is strongly recommended for this lease space.

Deborah Dunkle CIH (signature)
**Assessor/Title**

Deborah Dunkle
**Printed Name**

**Industrial Health Incorporated**
**640 E Wilmington Ave**
**Salt Lake City, UT 84106**
801-466-2223

**DIXON INFORMATION INC.**
MICROSCOPY, ASBESTOS ANALYSIS & CONSULTING
A.I.H.A. ACCREDITED LABORATORY #317
NVLAP CODE 1012

August 14, 1989 3:18pm

Ms. Deborah Dunkle
Industrial Health Incorporated
640 East Wilmington
Salt Lake City, Utah 84106

Ref: Batch #8648, Lab Y4777-Y4778
Received 8-14-89
DEA Bldg., National City, CA.
89-204 FS

Dear Ms. Dunkle:

Samples Y4777 through Y4778 have been analyzed by visual estimation based on optical microscopy including phase contrast, polarized light, dispersion staining, and stereo microscopy. This report relates only to the items tested. This report must not be used to claim product endorsement by the NVLAP, the National Institute of Standards and Technology, or any agency of the U. S. Government. The results of analysis for Industrial Health Incorporated are as follows:

Lab Y4777, Field DEA-01-89
This is 8% chrysotile asbestos in an of-white plastic and limestone tile. Chrysotile asbestos is more than 1% in the tar mastic.

Lab Y4778, Field DEA-02-89
This is 8% chrysotile asbestos in an off-white plastic and limestone tile with black paint on one side and black tar with more than 1% chrysotile asbestos on the other side.

Very truly yours,

Willard C. Dixon
Willard C. Dixon

Analyst: Stewart Dixon

301

78 WEST 2400 SOUTH ■ SOUTH SALT LAKE CITY, UTAH 84115
(801) 486-0800

WILLARD C. DIXON

**DIXON INFORMATION INC.**

MICROSCOPY, ASBESTOS ANALYSIS & CONSULTING
A.I.H.A. ACCREDITED LABORATORY #317
NVLAP CODE 1012

August 23, 1989 9:47am

Ms. Deborah Dunkle
Industrial Health Incorporated
640 East Wilmington
Salt Lake City, Utah 84106

Ref: Batch #8804, Lab Y5311-Y5317
Received 8-23-89
DEA CA 5293ZZ
89-204 FS

Dear Ms. Dunkle:

Samples Y5311 through Y5317 have been analyzed by visual estimation based on optical microscopy including phase contrast, polarized light, dispersion staining, and stereo microscopy. This report relates only to the items tested. This report must not be used to claim product endorsement by the NVLAP, the National Institute of Standards and Technology, or any agency of the U. S. Government. The results of analysis for Industrial Health Incorporated are as follows:

<u>Lab Y5311, Field DEA-TCM 2</u>
This is 6% chrysotile asbestos in white foam plastic and plaster.

<u>Lab Y5312, Field DEA-TCM 4</u>
This is 6% chrysotile asbestos in white foam plastic and plaster.

<u>Lab Y5313, Field DEA-TCM 5</u>
This is 6% chrysotile asbestos in white foam plastic and plaster.

<u>Lab Y5314, Field DEA-TCM 6</u>
This is 5% chrysotile asbestos in white foam plastic and plaster.

<u>Lab Y5315, Field DEA-TCM 9</u>
This is 8% chrysotile asbestos in white foam plastic and plaster.

<u>Lab Y5316, Field DEA-TCM 10</u>
This is 6% chrysotile asbestos in white foam plastic and plaster.



78 WEST 2400 SOUTH ■ SOUTH SALT LAKE CITY, UTAH 84115
(801) 486-0800

Batch #8804
Lab Y5311-Y5317
Page 2

Lab Y5317, Field DEA-TCM 12
This is 6% chrysotile asbestos in white foam plastic and plaster.

Very truly yours,

Willard C. Dixon
Willard C. Dixon

Analyst: Marilyn Olsen

# BUILDING DESCRIPTION FORM
## GENERAL SERVICES ADMINISTRATION
## REGION 9
## SAFETY & ENVIRONMENTAL BRANCH

BUILDING NAME: DEA Building

ADDRESS: 402 W. 35th Street, National City, CA

BUILDING NUMBER: CA5293ZZ

DATE: 8/8/89 FIELD OFFICE: 9P-1M2

1. BUILDING AGE OR YEAR BUILT: 1976

2. CONSTRUCTION TYPE:
   - X WOOD FRAME
   - X MASONRY BLOCK
   - ___ REINFORCED CONCRETE
   - ___ STRUCTURAL STEEL
   - OTHER (SPECIFY): Tilt-up concrete
   - UBC TYPE ______ (I,II,III,ETC)

3. NUMBER OF STORIES:
   - 1 ABOVE GRADE
   - ___ BELOW GRADE

4. ROOF CONSTRUCTION:
   - ___ COMPOSITION
   - X BUILT-UP
   - OTHER (SPECIFY): ______

5. FLOOR CONSTRUCTION: Cement slab

6. WALL CONSTRUCTION:
   - EXTERIOR: Cement - 6"
   - INTERIOR: Drywall

7. GENERAL INFORMATION:
   - A. GROSS AREA PER FLOOR: ______ SQUARE FEET
   - B. FLOORS LEASED: 1
   - C. TOTAL SQUARE FOOTAGE LEASED: 34,832 SQUARE FEET
   - D. TYPE OF OCCUPANCIES: Office, laboratory

8. UNIQUE FEATURES (ATRIUMS, SPLIT LEVEL LOTS, EXTERIOR STAIRS, ETC.):

9. BUILDING LOCATION:
   - ___ URBAN COMMERCIAL:
   - X LIGHT INDUSTRIAL:
   - ___ RESIDENTIAL:
   - ___ RURAL:
   - OTHER (SPECIFY): ______