General Services Administration, Region 9
525 Market Street
San Francisco, CA 94105-2799

REC'D SEP 11 1989

SEP 06 1989

Mr. Robert E. Zolezzi
Collins Development Company
11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121-1085

Re: DEA Alteration, 402 West 35th St., National City

Dear Mr. Zolezzi:

I have enclosed record correspondence with regard to the asbestos identified in the building undergoing alteration. Please ensure the contractor conforms with the attached Safety and Health requirements and advises the tenant agency POC Donna Lenhoff accordingly when work involving asbestos is in progress.

Sincerely,

Doug Wier

Doug Wier
Realty Specialist
Real Estate Division
Public Buildings Service

San Diego, CA

COPY

October 7, 1986

Ms. Peggy Peters
Drug Enforcement Administration
402 West 35th Street
National City, CA 92050

Subject: Lease No. GS-09B-74817
Location: 402 West 35th St.
National City, CA 92050

Dear Ms. Peters:

On August 28, 1986, a survey for facility Safety and Health was performed at 402 West 35th Street, National City, CA.

It was discovered that the decorative ceiling material applied in the laboratory and office space contains 10-15% Chrysolite asbestos.

GSA regional officials have been made aware of this condition and will be taking appropriate action. In addition, the lessor to this facility has also been informed as to the condition of this space.

I would like to assure you that every step will be taken to keep this space tenantable and safe.

If you have any questions, please call Steve Colvin of my staff at 619-293-6640.

Sincerely,

PAUL HAMILTON
Field Office Manager

October 16, 1986

COPY

Ms. Victoria Monaco
Property Manager
Collins Development Company
11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121

5 1986

Subject: Lease No. GS-09B-74817
Location: 402 West 35th Street
National City, CA 92050

Dear Ms. Monaco:

On August 28, 1986, a survey for facility Safety and Health was performed at 402 West 35th Street, National City, California.

The results of the survey are as follows:

1. The "EXIT" sign located in close proximity to the holding cells in the DEA office is placed over a doorway that is not used as an exit. To correct this, please remove the "EXIT" sign from the door.

2. It was found that decorative ceiling material applied in the laboratory and offices contains 10-15% Chrysotile asbestos. To that end, it is imperative that you comply with all aspects of PBS.P.5900.2B, Section 015546, Safety and Health requirements enclosed here with.

Your cooperation is greatly appreciated. If you have any questions, please call Steve Colvin of my staff (619) 293-6640.

Sincerely,

**PAUL HAMILTON**
**FIELD OFFICE MANAGER**
**(619) 293-6640**

PAUL HAMILTON
Field Office Manager

Enclosure

COLLINS
DEVELOPMENT
COMPANY
11750
SORRENTO
VALLEY RD
SUITE ...
SAN DIEGO
CA 92121-1085
(619) 276-3360

FEDERAL EXPRESS

November 24, 1986

Mr. Gerald Boyer
Realty Specialist
General Services Administration
Real Estate Division 9 PEL
525 Market Street
San Francisco, CA 94105

Re: Supplemental Lease Agreement Lease #GS-09B-86764
402 W.35th Street, National City

Dear Mr. Boyer:

Enclosed please find two original copies of the above referenced document regarding the control of asbestos.

Pursuant to your conversation this morning with Mr. Steven Colvin of the GSA Field Office in San Diego, we have changed paragraph 14 to read, "...as outlined in PBS.p.5900, 2B, Section 01546, Safety & Health, will be observed." We have initialled the changes and signed where indicated.

We look forward to receiving the fully executed lease renewal later this week and appreciate all of your assistance. Happy Thanksgiving.

Sincerely,

Robert E. Zolezzi
Leasing Agent

REZ:dk
Enclosures

c. Periodic inspection.

(1) All ACM in this category must be inspected for damage or deterioration at least twice a year by trained maintenance personnel, foremen, or buildings management officials. Findings must be reported to the facility asbestos control manager.

(2) The custodial and maintenance staff must report any ACM damage or deterioration to the facility asbestos control manager.

50. Good housekeeping.

a. General. The most important control measure in buildings with ACM is what can best be termed good housekeeping. This goes beyond custodial maintenance, operation, cleaning, and protection measures discussed previously. Good housekeeping includes careful control of all activities in the building. Good housekeeping is especially important if there is occupant anxiety over the presence of asbestos, as occupants may assume that any loose debris contains asbestos. Thus, many activities, such as moving, can be affected.

b. HEPA vacuum cleaners. A plan must be established for HEPA vacuum cleaners, as they are somewhat sophisticated and must be well-maintained if they are to be effective. The filter bag integrity is the most important feature; if it is ruptured, serious airborne asbestos contamination could occur. The manufacturer's instructions must be strictly followed to maintain this equipment. Also, the filter bags must be treated as asbestos-contaminated, sealed in 6 mm double-strength plastic bags and disposed of in accordance with EPA regulations.

51. Alterations. A continuing cycle of minor alterations and repairs is necessary in most GSA-controlled buildings. This includes such things as installation and relocation of electrical conduit and telephone lines, repairs to mechanical equipment, relocation of subdividing partitions, patching, and painting. Much of this work involves access to plenums, cutting, drilling, or use of impact tools and can easily cause the release of asbestos fibers.

a. Asbestos abatement during planned alterations. Unless inspection indicates a need for action sooner, asbestos abatement in existing buildings must take place during planned alterations when it is likely the ACM will be damaged. Therefore, where feasible, minor alterations that will result in damaged asbestos should be combined into a single project and the necessary abatement action taken at one time.

b. Alteration prior to abatement action. When it is essential to perform alteration work involving asbestos prior to abatement action, strict controls must be exercised. This may involve doing the work during nonwork hours and/or treating the work as an abatement project, depending on the situation encountered. Special care must be exercised when using impact tools. When work is done after hours, make certain that the area is cleaned prior to the beginning of work hours. Use of impact tools on a floor where the underside of the deck contains sprayed-on fireproofing should be avoided. If unavoidable, take precautions in the area below, including controls described previously above, as the situation demands. Where alterations involving asbestos are required, occupants must be notified in advance and work confined to the immediate area involved.

52. Worker safety responsibility.

a. Agency. Occupant agencies are responsible for the safety of their employees as required in OSHA regulations and Executive Orders.

b. Visitors. Visitors are not permitted in work areas where respirators are required unless authorized by the facility asbestos control manager. GSA assumes no responsibility for unauthorized visitors to the site or for visitors who fail to comply with posted notices or applicable health and safety regulations.

c. Contract. If work is performed under contract, the contractor assumes full responsibility and liability for compliance with all regulations pertaining to the protection of workers, subcontractors, visitors to the site, and persons occupying adjacent areas. The Government is not legally accountable.

d. Asbestos workers. GSA respirator requirements must conform to OSHA requirements specified in 29 CFR 1910.134 and 1001. All GSA employees involved in asbestos work are required to have medical certification that they can function normally while wearing a respirator. Refer to the Respiratory Protection section found in ch. 3 for more details and guidance.

53. Contact with the public. To avoid unnecessary anxiety by occupants and the public, persons wearing respirators and protective clothing (even if not exposed to contamination) must not be permitted in occupied or public areas. If work cannot be performed after hours, construction areas must be shielded from view by opaque plastic so that work areas and support areas are not exposed to public view.

General Services Administration, Region 9
525 Market Street
San Francisco, CA 94105

To my file
Ez

FEB 09 1990

REC'D FEB 14 1990

Mr. Robert E. Zolezzi
Collins Development Company
11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121-1085

Re: DEA Southwest Regional Lab
Lease No. GS-09B-86764
402 West 35th St.,
National City, Ca.

Dear Mr. Zolezzi:

Thank you for your letter explanation and findings regarding the DEA Laboratory tile floor. Our Environmental Safety branch concurs with your recommendation for a VCT "overlay" installation, removing only those existing damaged tiles, through controlled asbestos abatement procedures.

This letter is forwarded to provide contracting officer authorization to Collins-National, lessor for subject lease, to proceed with the renovation. Please commence work on those previously deferred but remaining required improvements specified in paragraph 6 of subject lease. The carpet and tile samples provided all meet GSA specifications.

Lease paragraph 6 stipulates that the improvements are to be completed at no cost to the Government within 90 days of this notification. Please advise when this work has been completed and an acceptance inspection will be scheduled.

Should you require additional information or clarification in this regard, you may coordinate with Doug Wierenga at 415 744 5621.

Sincerely,

Barry K Dauphinee

Barry K. Dauphinee
Contracting Officer
Real Estate Division
Public Buildings Service

COLLINS
DEVELOPMENT
COMPANY
11750
SORRENTO
VALLEY RD.
SAN DIEGO
CA 92121-1085
(619) 481-7700
FAX: (619) 259-5694

February 7, 1990

Mr. Doug Weirenga
Realty Specialist
General Services Administration
Real Estate Division 9-PE
525 Market Street
San Francisco, California 94105-2799

RE: DEA Southwest Regional Lab
402 West 35th Street
National City, California

Dear Doug:

Per our phone conversation on Monday, January 29th, enclosed is a letter from Mr. Jim Hughes of Collins General Contractors to Mr. Tyler Miller, Managing General Partner of Collins National, advising him on our findings in the subject building.

We will not authorize and proceed with this work without formal written approval from your Contracting Officer, Mr. Barry Dauphinee.

Once your office has granted us permission to proceed with this work, the T.I. build out period will be approximately sixty (60) days.

I have also enclosed the carpet, VCT tile, paint and cove base samples for your approval. Dr. Jerry Nelson has already made his selections for these items.

If you should have any questions or comments, please call me at (619) 262-5666 or the number listed above.

Sincerely,

Robert E. Zolezzi

Robert E. Zolezzi
Leasing Agent

REZ:jt
enclosures
cc: Tyler Miller, Jr.