# ASBESTOS DEMOLITION/RENOVATION NOTIFICATION

**MAIL TO:**

ASBESTOS NOTIFICATION
EPA/NESHAPS REGION IX
215 FREMONT STREET A-3-3
SAN FRANCISCO, CA 94105

**DATE:** SEPT. 12, 1989

**PROJECT JOB #** 212

**NAME OF LOCAL AGENCY ALSO NOTIFIED:**

APCD San Diego; Jimmy Looksey

**PLEASE CHECK ONE:**

X RENOVATION

___ DEMOLITION REQUIRING 10 DAY NOTIFICATION

___ DEMOLITION REQUIRING 20 DAY NOTIFICATION

___ REVISION OF ORIGINAL (SEE BELOW)

SEP 15 1989

**EPA USE ONLY**

DATEREC ______
PSTMRK ______
SCHOOL ______
DEL/ND ______
ADQTE? ______
CODE #: ______
DOC #: ______

1. **OPERATOR:** TRI-COUNTY INSULATION CO., INC.
**ADDRESS:** 164 MILLAR AVENUE
**CITY:** EL CAJON **STATE:** CA
**ZIP:** 92020 **PHONE:** (619) 579-9109
**CONTRACTOR LICENSE #** 269753 (C-2) **DOSH #** 69

2. **OWNER:** Collins Development Corp.
**ADDRESS:** 11750 Sorrento Valley Rd.
**CITY:** San Diego **STATE:** CA.
**ZIP:** 92121 **PHONE:** (619) 585-4398

3. **FACILITY NAME:** Drug Enforcement Agency
**STREET ADDRESS:** 402 W. 35th St.
**CITY:** National City **STATE:** CA.
**COUNTY:** San Diego **ZIP:** 92010

4. **FACILITY DESCRIPTION:** ADMIN BLDG.
**AGE:** Approx. 20 yrs **SIZE:** Approx. 10,000 SF
**PRIOR USE:** ADMIN. BLDG.

5. **START DATE:** 9 / 18 / 89 **COMPLETION DATE:** 9 / 22 / 89

6. **ESTIMATE OF FRIABLE ASBESTOS:** ON PIPE: Ø LINEAR FEET
SURFACE OF OTHER COMPONENTS: 600 SQUARE FEET
**NATURE OF MATERIALS:** FRIABLE ASBESTOS SPRAYED-ON ACOUSTICAL CEILING

7. **DESCRIBE METHODS OF REMOVAL:** HANDSCRAPE USING wet removal procedures.

8. **PROCEDURES USED TO COMPLY WITH 40 CFR 61.147 & 152:** Install critical barriers, total Area containment, Decon with shower, Negative Air, 6-MIL (DBL) on Floors & DBL 4-MIL on walls. Adequate wetting prior to And During work.

9. **NAME & LOCATION OF DISPOSAL SITE:** B.K.K. Disposal Corp, 2210 S. Azusa Ave, West Covina, CA. 91791

**NOTIFICATION REVISION**

**PROJECT NAME** ______ **PROJECT JOB #** ______

**ORIGINAL NOTIFICATION DATE** ______ **REVISION NOTICE #** 1 2 3 4 5 (PLEASE CIRCLE)

THIS IS TO ADVISE THAT THE ABOVE REFERENCED NOTIFICATION PRESENTLY ON FILE HAS BEEN REVISED. PLEASE NOTE THE REVISED PORTION LISTED.

**PROJECT ( ) CANCELLATION** ______

**CHANGES FOR THIS REVISION:**

1. **NEW LOCATION** ______
2. **NEW SCOPE OF WORK** ______
3. **ADDITIONAL QUANTITY OF ASBESTOS** ______
4. **NEW START DATE** ______
5. **NEW COMPLETION DATE** ______
6. **NEW DISPOSAL SITE** ______

COLLINS
GENERAL
CONTRACTORS
11750
SORRENTO
VALLEY RD
SAN DIEGO
CA 92121-1085
(619) 481-7700
FAX (619) 481-7436
LICENSE # 393683

February 6, 1990

Mr. Tyler Miller
COLLINS DEVELOPMENT COMPANY
11750 Sorrento Valley Road
San Diego, CA 92121

Re: DEA Lab T.I.
402 West 35th Street
National City, Ca.
CGC Job #90-101

Dear Tyler:

After having several meetings at the above mentioned facility and having reviewed the work to be done within the facility, please find attached, a cost breakdown showing the anticipated expenses.

The main effort being considered in the above mentioned work is the need to repair the existing vinyl flooring and detour any further damage caused by moisture reacting with the lime and calcium in the sub-floor.

During my review of the facility, it was also brought to my attention that there is the possibility of asbestos in the vinyl floor tile. With this in mind, I have taken time to have a sample of the floor tile, as well as the tile mastic, tested for asbestos. The test results show 2% Chrysotile asbestos in only the mastic. I have also presented the same test results to the DEA lab director, Dr. Jerry Nelson.

Having discussed the various methods of removing the tile and mastic in its entirety, Dr. Nelson, Robert Zolezzi and I all agree that removal would "greatly impact" the lab's daily operations. We all feel that the existing vinyl floor should be left alone, prepared for an "overlay" type installation, and a new vinyl floor be "overlaid" on the existing. Through our efforts during the "preparation" part of the overlay, we propose removing, through a controlled asbestos abatement procedure, only the most severely damaged tile areas. The end result should leave you with a long lasting and durable floor.

DEA Lab
2/6/90 Pg. 2

I would also like to mention that the asbestos, as it exists, is in a safe "non-friable" state and is considered a "non-hazard".

In summary, our "overlay" installation is the quickest method that will have the least amount of impact on the lab's daily operation. If you have any questions or comments, please feel free to call me.

Sincerely,

COLLINS GENERAL CONTRACTORS

Jim Hughes
Project Manager

JH/bw

cc: File COTD
Field
R. Zolezzi
R. Petersen

FILE: DEA LAB
JOB#: '90-101

2/6/90

DEA LAB TI
CONSTRUCTION COST BREAKDOWNS

| | BUILDING | |
|---|---|---|
| ACOUSTICAL | $2,875 | |
| CARPETING | $9,120 | |
| CAULKING | $850 | |
| FINAL CLEAN/FLOOR WAX | $2,975 | |
| DEMOLITION | $1,141 | |
| DRAPES/BLINDS | $1,175 | |
| DRYWALL | $5,300 | |
| ELECTRICAL WORK | $1,700 | |
| GENERAL CONDITIONS | $5,000 | |
| LIABILITY INSURANCE ( 0.9% ) | $1,004 | |
| MISC. LABOR & MATERIAL | $14,000 | |
| PAINTING | $11,000 | |
| RESILIENT FLOORING | $24,000 | |
| SPECIAL ITEMS: | $0 | |
| ASBESTOS REMOVAL | $9,150 | |
| CABINET TOEKICK CORNERS | $1,000 | |
| WASH ACOUSTIC CEIL | $4,034 | |
| SUPERVISION | $15,000 | |
| SUBTOTAL | $109,314 | |
| CONTINGENCY | $2,186 | |
| SUBTOTAL | $111,501 | |
| OVERHEAD & PROFIT (10%) | $11,150 | |
| TOTAL | $122,651 | |
| GRAND TOTAL | | $122,651 |

Clarifications and Stipulations:

1) Architectural & Engineering Fees are N.I.C.
2) Permits and Utility fees of any kind are N.I.C.
3) Builders Risk Insurance is N.I.C
4) Misc. L&M includes: continious clean-up; dust curtains; moving and protection of misc. equipment.
5) All work to be done during normal business hours.

REC'D by
JAN 22 1990
COLLINS

# Design For Health, Inc.

1516 W. Redwood, Suite 104
San Diego, CA 92101
(619) 291-1777

BULK SAMPLE ANALYSIS REPORT

CLIENT: Collins General Contrators
11750 Sorrento Valley Road
San Diego, CA

ANALYSIS REQUEST: Two bulk samples submitted for analysis of asbestos material

ANALYTICAL METHODOLOGY: Polarized Light Microscopy/Dispersion Staining
EPA Method 600/M4-82-020

****************************** RESULTS ******************************

| Lab Date | Lab I.D. # | Sample Description | Asbestos Type | % |
|---|---|---|---|---|
| | | JIM HUGHES | | |
| 1-16-90 | 28481 | Tile | Chrysotile<br>Amphibole | ND<br>ND |
| 1-16-90 | 28482 | Tile mastic | Chrysotile<br>Amphibole | 2 %<br>ND |

ND = no asbestos detected, method of limit detection is 1% .

Amphibole asbestos includes amosite, crocidolite, anthophylite, tremolite, and actinolite.

This test report relates only to the items tested.

NOTE: Tile, vinyl, foam, plastic and fine powder samples may contain asbestos fibers of such small dimensions that fibers may not be detected by PLM. If greater certainty is required, more sensitive analytical methods such as X-Ray Diffraction, Transmission Electron Microscopy, and Scanning Electron Microscopy are recommended.

Design For Health, Inc. appreciates the opportunity to provide these services.

Sincerely,

Kabir Shefa

Kabir Shefa
Director of Technical Services

COLLINS
DEVELOPMENT
COMPANY
11750
SORRENTO
VALLEY RD.
SAN DIEGO
CA 92121-1085
(619) 481-7700
(619) 259-5694

February 7, 1990

Mr. Doug Weirenga
Realty Specialist
General Services Administration
Real Estate Division 9-PE
525 Market Street
San Francisco, California 94105-2799

RE: DEA Southwest Regional Lab
402 West 35th Street
National City, California

Dear Doug:

Per our phone conversation on Monday, January 29th, enclosed is a letter from Mr. Jim Hughes of Collins General Contractors to Mr. Tyler Miller, Managing General Partner of Collins National, advising him on our findings in the subject building.

We will not authorize and proceed with this work without formal written approval from your Contracting Officer, Mr. Barry Dauphinee.

Once your office has granted us permission to proceed with this work, the T.I. build out period will be approximately sixty (60) days.

I have also enclosed the carpet, VCT tile, paint and cove base samples for your approval. Dr. Jerry Nelson has already made his selections for these items.

If you should have any questions or comments, please call me at (619) 262-5666 or the number listed above.

Sincerely,

Robert E. Zolezzi
Leasing Agent

REZ:jt
enclosures
cc: Tyler Miller, Jr.

FEB 09 1990

Mr. Robert E. Zolezzi
Collins Development Company
11750 Sorrento Valley Road, Suite 209
San Diego, CA 92121-1085

Re: DEA Southwest Regional Lab
Lease No. GS-09B-86764
402 West 35th St.,
National City, Ca.

Dear Mr. Zolezzi:

Thank you for your letter explanation and findings regarding the DEA Laboratory tile floor. Our Environmental Safety branch concurs with your recommendation for a VCT "overlay" installation, removing only those existing damaged tiles, through controlled asbestos abatement procedures.

This letter is forwarded to provide contracting officer authorization to Collins-National, lessor for subject lease, to proceed with the renovation. Please commence work on those previously deferred but remaining required improvements specified in paragraph 6 of subject lease. The carpet and tile samples provided all meet GSA specifications.

Lease paragraph 6 stipulates that the improvements are to be completed at no cost to the Government within 90 days of this notification. Please advise when this work has been completed and an acceptance inspection will be scheduled.

Should you require additional information or clarification in this regard, you may coordinate with Doug Wierenga at 415 744 5621.

Sincerely,

BKD 2/9
/s/ Barry K. Dauphinee
Barry K. Dauphinee
Contracting Officer
Real Estate Division
Public Buildings Service

cc: 9PESD Reading/Official, 9PX-1M2
9PESD:WIER:dw:2/9/90:4-5621:1/cdc