TMENT OF HEALTH & HUMAN SERVICES

Public Health Service

SOURCES AND SERVICES ADMINISTRATION
PRIMARY HEALTH CARE

**Memorandum**

Date 20 Sep 2000

From Norman Wright
Federal Occupational Health Services - San Francisco

Subject Over-spray of Asbestos Acoustical Ceiling in Southwestern Laboratory Vaults

To: Neil Deane
DEA

On September 11, 2000, Division of Federal Occupational Health (FOH) Industrial Hygienist, Melvin T. Okawa conducted a brief visual survey of the Southwestern Laboratory vault areas to re-inspect the acoustical ceiling and ceiling over-spray on the ventilation ducts and sprinkler pipes. Two vaults (#1 and 2) are located at the Lab. Vault #2 is considered the main vault. Each vault is between 1,500 – 2,000 square feet in size. Both vaults have ceilings with acoustical material that has been sprayed on the ceiling. Over-spray has speckled the metal ventilation ducts and sprinkler pipes with material. Bulk samples of the acoustical material were originally taken for asbestos analysis on July 20, 2000 during an industrial hygiene survey of the Lab. Samples of over-spray were taken off ventilation ducts in both vaults, and one sample of acoustical material that has fallen on shelves was taken in Vault 1. All three samples showed 1 – 3 percent chrysotile asbestos content. A copy of the lab results has been sent to your office.

The ceiling material is substantially intact in both vaults. There are a few spots where the material is cracked or slightly damaged. Over-spray on metal ducts is loose on some of the ducts, but intact on others. Ducts and pipes are located below the ceiling. Therefore, the material on the ducts is subjected to being dislodged when boxes are stored on the top shelves. Pieces of the acoustical material are visible on some of the shelves. Therefore, some type of response action is recommended for the asbestos over-spray in the vaults to prevent further contact with asbestos.

The most feasible course of action is to remove over-spray from ducts and pipes and to clean the top shelves. Additionally, loose ceiling areas will need to be addressed. An encapsulant may also be required on the ceiling. Since asbestos surfacing material is being removed, OSHA considers the project a Class I job. Therefore, Class I requirements will need to be used. Qualified asbestos abatement contractors will know these requirements. However, FOH should review the written action plan for the project.

The acoustical material is present in the office halls of the Lab. This material appears to be in good condition, and it is not anticipated that work on this material will be required. However, the building owner must have an operations and maintenance plan for the material. After the vault material is abated off ducts and pipes, the building owner must have an operations and maintenance plan for the remaining ceiling material.

If you have any questions regarding this brief report, please contact FOH Industrial Hygienist, Melvin T. Okawa.

DATA CHEM LABORATORIES
A Sorenson Company

# ANALYTICAL REPORT

Form ARF-AL
Page 1 of 1
Part 1 of 1
08100014390247

Date AUG 1 5 2000
Laboratory Group Name 00I-1545-03
Account No. 07051

USPHS-DFOH
Attention: Norman Wright
50 United Nations Plaza
Room 443
San Francisco, CA 94102

FAX (415) 437-8008
Telephone (415) 437-8089

**Sampling Collection and Shipment**

Sampling Site Southwestern Lab Date of Collection July 20, 2000

Date Samples Received at Laboratory August 01, 2000

**Analysis**

Method of Analysis NMAM 9002

Date(s) of Analysis August 10, 2000

**Analytical Results**

| Field Sample Number | Laboratory Number | Sample Type | Chrysotile Asbestos | Amosite Asbestos | Crocidolite Asbestos | Actinolite/Tremolite Asbestos | Anthophyllite Asbestos | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0720B-1 | 00I10617 | BULK | 1-<3 | ND | ND | ND | ND | | | |
| 0720B-2 | 00I10618 | BULK | 1-<3 | ND | ND | ND | ND | | | |
| 0720B-3 | 00I10619 | BULK | 1-<3 | ND | ND | ND | ND | | | |
| Limit of Detection | | | <1 | <1 | <1 | <1 | <1 | | | |

† See comment on last page.
ND Parameter not detected above LOD.
NR Parameter not requested.

** See comment on last page.
( ) Parameter between LOD and LOQ.

Patricia Klinger
Analyst: Patricia A. Klinger

Jeffery S. Ward
Reviewer: Jeffery S. Ward

960 West LeVoy Drive / Salt Lake City, Utah 84123-2547
Phone (801) 266-7700 Web Page: www.datachem.com
FAX (801) 268-9992 E-mail: lab@datachem.com

Oct-05-2000 09:19am From-GSA +4155223467 T-558 P.003/004 F-389

DATA CHEM LABORATORIES

1. REGULAR Status OUT-1545-03

RUSH Status Requested - ADDITIONAL CHARGE

RESULTS REQUIRED BY ______ DATE

CONTACT DATACHEM LABS PRIOR TO SENDING SAMPLES

2. Date 7/20/00 Purchase Order No. ______

3. Company Name FOH/PHS

Address 50 UN PLAZA RM 443

SAN FRANCISCO CA 94102

Person to Contact NORM WRIGHT

Telephone (415) 437-8089

Fax Telephone (415) 437-8008

Billing Address (if different from above)

4. Quote No. ______

DCL Project Manager ______

5. **Sample Collection**

Sampling Site SOUTHWESTERN LAB

Industrial Process CHEM LAB

Date of Collection 7/20/00

Time Collected A.M.

Date of Shipment 7/20/2000

Chain of Custody No. ______

Collector's Name / Signature Melvin Okamura

6. **REQUEST FOR ANALYSES**

| Laboratory Use Only | Client Sample Number | Media Type* | Sample Volume (Liters) | ANALYSES REQUESTED - Use Method Number if Known |
|---|---|---|---|---|
| OOI-CCI7 | 07208-1 | BULK | — | % ASBESTOS (VAULT #1 OVERSPRAY) |
| 18 | 07208-2 | " | — | " (VAULT #1 CEILING) |
| 19 | 07208-3 | " | — | " (VAULT #2 OVERSPRAY) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk Sample; Blood, Urine, Tissue, Soil, Water; Other

7. **Q C REQUIREMENTS**

**MUST BE COMPLETED FOR ENVIRONMENTAL SAMPLES** - See General Services Terms and Conditions. QC samples billed at regular sample rate

☐ METHOD QC SAMPLES (Lab QC according to published methods)

☐ PROJECT PLAN QC SAMPLES (Lab QC according to provided QA/QC Plan)

☐ NO QC SAMPLES REQUESTED (May not conform to Agency requirements)

☐ OTHER (as specified below)

Comments ______

Possible Contamination and/or Chemical Hazards ______

8. Requested by ______

960 West Levoy Drive / Salt Lake City, UT 84123 — 800-356-9135 or 801-266-7700 / Fax: 801-268-9992

4388 Glendale-Milford Road / Cincinnati, OH 45242 — 800-458-1493 or 513-733-5336 / Fax: 513-733-5347

DATACHEM LABORATORIES - A SORENSON COMPANY

DISTRIBUTION WHITE - LABORATORY COPY CANARY - CUSTOMER COPY

DATA CHEM
LABORATORIES INC

ANALYTICAL REPORT

## ANALYSIS OF BULK SAMPLES FOR ASBESTOS

All samples were examined for homogeneity. Non-homogeneous samples were ground to insure homogeneity. Distinct layers were analyzed separately.

The samples were prepared and examined for asbestos fibers utilizing the NIOSH 9002 method procedures. A polarizing light microscope equipped with a 10x and a 16x objective and a 10x eyepiece was used for the analysis.

The percentage of asbestos was estimated microscopically by a visual examination of the fibers with a length to width aspect ratio of 3:1 or greater. If present, asbestos identities were confirmed with the appropriate refractive index liquids applying dispersion staining techniques.

The results are tabulated on the following page(s).

Patricia Klinger
Analyst

CINCINNATI LABORATORY
NOVATO OFFICE
CORPORATE OFFICE
SALT LAKE CITY LABORATORY
BALTIMORE OFFICE
RICHLAND OFFICE