# TABLE 1

## PLM ANALYSIS BY POINT-COUNTING

**DIVISION OF FEDERAL OCCUPATIONAL HEALTH**

**NERL/AFPAD POLARIZED LIGHT MICROSCOPY (PLM) BRANCH**

**LGN: B0184001**

**PROJECT I.D.: DEA SW Lab, San Diego (National City), CA**

**REPORT DATE: October 17, 2000**

**NVLAP LAB CODE: 101593-0**

| SAMPLE NUMBER | FIELDS ANALYZED | POINTS** COUNTED | ASBESTOS PERCENTAGE |
|---|---|---|---|
| **DEA-04B: Insulation:** white, friable, fibrous | **400** | **16** | **4.0 Chrysotile** |
| **DEA-05B: Insulation:** white, friable, fibrous | **400** | **11** | **2.8 Chrysotile** |

** ASBESTOS STRUCTURES ONLY.

ND - None Detected.

**Comments:** The sample was previously analyzed by polarized-light microscopy according to EPA-600/R-93-116 Method.

NATIONAL ENVIRONMENTAL REFERENCE LABORATORY

Public Health Service
Region VIII

303-236-3455
or 236-9984

# FOH ANALYTICAL REQUEST FORM

- STATUS: ____ REGULAR (7-10 work days) X RUSH! needed by ASAP
- POIS AGREEMENT #: PHS D8401 DJ31185 TASK ORDER #: DEA-00-018
- PROJECT TITLE/BLDG NAME/BLDG LOCATION: DEA LAB, NATIONAL CITY CA.
- AGENCY NAME: Drug Enforcement Agency CONTACT PERSON: S.W. Fontecrose
- ADDRESS: 1301 Young St. #772, Dallas TX 75202
- TELEPHONE #: ______ FAX #: (214) 767-0002

REQUEST FOR ANALYSES

| SAMPLE ID NUMBER | * MEDIA TYPE | VOLUME (L) | ANALYSIS REQUESTED |
|---|---|---|---|
| DEA-04B | Bulk | — | PLM /Point Count |
| DEA-05B | ↓ | ↓ | ↓ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

COMMENTS:

PLM Results: 04B: CHRY 4-6
LGN 80183996 05B: CHRY 4-6

* Specify: Solid Sorbent Tube, i.e. Charcoal, Silica Gel, etc; Filter Type; Bulk Sample: Soil; Water; Other

- CHAIN OF CUSTODY (Signature and Date):
- RELINQUISHED BY: NERLTEM Archive 10/17/00 RECEIVED BY: [signature] 10/17/00
- RELINQUISHED BY: [signature] → RECEIVED BY: NERL PLM Archive 10/18/00

LGN#: 80184001
(For Laboratory Use Only)

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 18, 2000

LGN T0181714

Scott W. Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

Dear Mr. Fontenarosa:

Enclosed are the results of the analysis of 2 bulk samples from DEA SW Lab, San Diego, CA, submitted for transmission electron microscopy (TEM) analysis. These samples were subject to the analytical electron microscopy (AEM) method for bulk asbestos analysis developed and tested by Dr. Eric Chatfield. Following sample homogenation and weighing, bulk material is placed into a muffle furnace for three hours at 500°C. to ash organic interferences. Following ashing and reweighing, dissolution of the residue in 10% HCl removes soluble inorganic interferences from the insoluble fraction which may contain asbestos. A 100-ml solution containing the insoluble residue is filtered, dried and reweighed, and a weight percentage of the original residue is determined. An aliquot of resuspended residue is drop-mounted onto an MCE filter secured to a clean microscope slide. After drying, the MCE filter is subject to the direct preparation method in like manner to the 40 CFR Part 763 (AHERA Regulations for airborne asbestos sample preparation).

During analysis, five grid fields totalling at least 0.0350 $mm^2$ are analyzed. Regulated asbestos types analyzed include chrysotile, grunerite (amosite), crocidolite, tremolite/actinolite and anthophyllite. Asbestos types are qualified by morphology, energy-dispersive spectroscopy (EDS) and selected-area electron diffraction (SAED). Based on a visual areal estimate of drop-mounted residue, a percentage of each asbestos type present may be calculated. The results given pertain only to that portion of the sample subject to preparation and analysis following physical homogenation.

Details of this report will not be issued to any person or agency not associated with you or Drug Enforcement Agency. Please call (303) 236-9984 if you have questions about this work.

TEM ANALYST
Mark A. Steiner
Mark A. Steiner, MS
GEOLOGIST/MICROSCOPIST

LABORATORY DIRECTOR
Bruce Hills
Bruce Hills, MS, CIH
REGIONAL IH MANAGER

# FINAL REPORT

**BULK ASBESTOS ANALYSIS BY ANALYTICAL ELECTRON MICROSCOPY**

**Date** October 16, 2000

**LGN** T0181715

Agency Sample Number: **DEA-04B (Vault 2)**

Was Sample Sieved? **No** Project: **DEA SE Lab, San Diego, CA**

**ASBESTOS CONTENT**

| **Type** | **Weight Percentage** |
|---|---|
| Chrysotile | **1.4** |
| Amosite | **ND** |
| Crocidolite | **ND** |
| Tremolite/Actinolite | **ND** |
| Anthophyllite | **ND** |
| **TOTAL ASBESTOS** | **1.4** |

**OTHER CONSTITUENTS**

| | |
|---|---|
| Organic Material | **7.0** |
| HCl-Soluble Inorganic Material | **59.3** |
| HCl-Insoluble Inorganic Material | **32.3** |
| **TOTAL OTHER CONSTITUENTS** | **98.6** |

**Comments:** The sample was previously analyzed by polarized-light microscopy according to EPA-600/R-93-116.

ND - None Detected.

**Analyst:** Mark A. Steiner **Date:** 10/17/00

BULK ASBESTOS ANALYSIS BY ANALYTICAL ELECTRON MICROSCOPY

**Date** October 16, 2000

**LGN** T0181714

Agency Sample Number: **DEA-05B (Vault 1)**

Was Sample Sieved? **No** Project: **DEA SW Lab, San Diego, CA**

**ASBESTOS CONTENT**

| **Type** | **Weight Percentage** |
|---|---|
| Chrysotile | 3.9 |
| Amosite | ND |
| Crocidolite | ND |
| Tremolite/Actinolite | ND |
| Anthophyllite | ND |
| **TOTAL ASBESTOS** | 3.9 |

**OTHER CONSTITUENTS**

| | |
|---|---|
| Organic Material | 7.7 |
| HCl-Soluble Inorganic Material | 66.8 |
| HCl-Insoluble Inorganic Material | 21.6 |
| **TOTAL OTHER CONSTITUENTS** | 96.1 |

**Comments:** The sample was previously analyzed by polarized-light microscopy according to EPA-600/R-93-116.

ND - None Detected.

**Analyst:** [signature] Mark A. Steiner **Date:** 10/17/00

U.S. Public Health Service
Federal Occupational Health National Environmental Laboratory
Building 25, room 1978, DPC
Denver, Colorado 80225-0046
Phone: (303) 236-9984
Fax: (303) 236-3440

Mailing Address: In Care of USGS
M/S
PHS-NERL
Attention: Mark Steiner
P.O. Box 25046
Denver Colorado 80225-0046

For Lab Use Only
Project #: T0181714
Due Date: ASAP

Client Information: U.S. Public Health Service
Federal Occupational Health
1301 Young Street, Suite 772
Dallas, Texas 75202
Phone: (214) 767-3577
Fax: (214) 767-0002

Agency: DEA
POIS#: DEA-00P-010 / Task Order: DEA-00-018
PHS D8HOOD33185
Site: DEA SW LAB
410 W. 35th St
National City, CA
Zip Code: 91950

Send Results To: FOH DALLAS

Sampler(s): Scott Fontenarosa

Date: 10/12/00

Analysis Requested: PLM Asbestos
Point Count samples analyzed as trace asbestos
Analyze petroleum based samples by TEM if ND by PLM

| SAMPLE ID | SAMPLE LOCATION | LABORATORY ID# |
|---|---|---|
| DEA-01B | Vault 2, Southwest area ceiling | |
| DEA-02B | Vault 2 southeast area ceiling | |
| DEA-03B | Vault 2. north east area ceiling | |
| DEA-04B | Vault 2 near north wall - ceiling | 81714-01 |
| DEA-05B | Vault 1 southeast area ceiling | 81714-02 |
| DEA-06B | Vault 1 northeast area ceiling | |
| DEA-07B | Vault 1 center area ceiling | |
| DEA-08B | Vault 1 Northwest area ceiling | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Relinquished by: Scott W. Fontenarosa Date: 10/13/00 Rush ✓

Receiv[ed by]: [signature] Date: 10/16/00 Routine:

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 16, 2000

LGN P0182483

Scott W. Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

Dear Mr. Fontenarosa:

Attached are the results of the analysis of 6 airborne samples from DEA SW Lab, San Diego, CA, submitted to the Division of Federal Occupational Health (DFOH) National Environmental Reference Laboratory (NERL) in Denver, Colorado. These samples were received at this facility on October 16, 2000, and were analyzed in accordance with the National Institute for Occupational Safety and Health (NIOSH) 7400A analytical protocol (Version #4, 9/15/94). Results of these evaluations are listed in Table 1. Procedures for this analysis involve mounting a section of a mixed-cellulose ester (MCE) filter membrane onto a glass slide. The filter section is then dissolved through acetone vaporization and fixed with reagent triacetin and a glass cover slip. This process permits transparency of the filter medium through which collected material can be examined under a light microscope. Particulate matter and fibers collected are then sized and counted under phase contrast microscopy (PCM). A final airborne fiber concentration is then calculated for this evaluation and appropriate sample volume data. In accordance with NIOSH 7400 Method rules, fibers, for counting purposes, are classified as particulate matter, which has a length-to-width aspect ratio of at least 3 to 1. A minimum count of 7 fibers per square millimeter is used as the limit of detection. Fiber counting is performed at 400X with a special phase attachment for PCM.

If you have questions about the enclosed results, asbestos identification, evaluation and abatement, please contact the laboratory director's office at (303) 236-3455 ext. 500, or NERL directly at (303) 236-9984. If DFOH can be of additional assistance in the field of occupational safety and health, please let us know.

ANALYST

*Mark A. Steiner*

MARK A. STEINER, MS
Geologist/Microscopist

LABORATORY DIRECTOR

*Bruce Hills*

BRUCE HILLS, MS, CSP
Certified Industrial Hygienist

TABLE 1

AIRBORNE FIBER COUNT/NIOSH 7400 ANALYSIS

DIVISION OF FEDERAL OCCUPATIONAL HEALTH

PROJECT TITLE: Asbestos Air Sampling

SAMPLING SITE: DEA SW Lab, San Diego, CA

REPORT DATE: October 16, 2000

PCM LGN P0182483

| AGENCY I.D. | LOCATION | VOL (L) | FIBER COUNT | FIELD COUNT | *FIBER DENSITY | **FIBERS PER CC |
|---|---|---|---|---|---|---|
| DEA-01A | VAULT 2 SW | 1080 | 17 | 100 | 21.7 | 0.009 |
| DEA-02A | VAULT 2 WEST | 1470 | 35 | 100 | 44.6 | 0.012 |
| DEA-03A | HALL OUT VAU 2 | 1560 | 6 | 100 | 7.6 | 0.002 |
| DEA-04B | HALL OUT VAU 1 | 1020 | 27 | 100 | 34.4 | 0.013 |
| DEA-05B | FIELD BLANK | ---- | 0 | 100 | 0 | ----- |
| DEA-06B | LAB BLANK | ---- | 0 | 100 | 0 | ----- |

* FIBER DENSITY IS ROUNDED TO THE NEAREST FIRST DECIMAL PLACE: F/MM².

** IF E=((FIBERS/FIELDS-(BLANK FIBERS/BLANK FIELDS))/0.00785) IS LESS THAN 7 FIBERS/MM² (LOD), IT IS SET TO 7 FOR THE CALCULATION OF C=(E*385)/VOL*1000) AND A LESS-THAN SIGN (<) IS PLACED IN FRONT OF THE RESULT. THE RESULT IS THEN ROUNDED.

AIHA Lab ID 101543.

Comments:

# SAMPL[illegible] [illegible]TA SHEET

Agreement # DEA-00-P-010 / PHS D8H 00DJ31185
TASK # DEA-00-018

P0182483

U.S. Public Health Ser
Federal Occupational He[illegible]
National Environmental Reference Laboratory
1200 Main Tower Bldg. Rm. 1800, PHS-3
Dallas, Texas 75202
(214) 767-3577 (214) 767-0002 Fax

Client: Drug Enforcement Administration
Project: DEA SW LAB
Date: 10/12/00

Contact: Bill Phillips / Manon Lowe
Phone: (619) 498-0005
Address: 410 W. 3?th ST. (National City)
State: San Diego CA Zip: 91950
Sampler: Scott Fontinarsk
Media Type: MCE 0.45μm

| SAMPLE NUMBER | PUMP NUMBER | CALIBRATION PRE | CALIBRATION POST | AVG LPM | TIME START | TIME STOP | TOTAL TIME | VOLUME LITERS | FLOOR | SAMPLE LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| DEA-01A | 2099 | 12.5 | 11.5 | 12.0 | 0910 | 1040 | 90 | 1080 | 1 | Vault 2, Southwest area |
| DEA-02A | 2100 | 12.5 | 12.0 | 12.25 | 0930 | 1130 | 120 | 1470 | 1 | Vault 1 West area |
| DEA-03A | 2099 | 12.0 | 12.0 | 12.0 | 1050 | 1300 | 130 | 1560 | 1 | Hallway outside Vault 2 |
| DEA-04B | 2100 | 12.0 | 12.0 | 12.0 | 1140 | 1305 | 85 | 1020 | 1 | Hallway outside Vault 1 |
| DEA-05B | NA | | | | | | | | 1 | Field Blank |
| DEA-06B | NA | | | | | | | | | LAB Blank |
| | | | | | | | | | | |
| 343 | | | | | | | | | | |
| | | | | | | | | | | |

Released to lab by: [signature] Date: 10/12/00 Page 1 of 1

Recieved in lab by: [signature] Date: 10/16/00 Report No. ______

DEPARTMENT OF HEALTH & HUMAN SERVICES
FEDERAL OCCUPATIONAL HEALTH SERVICES

Public Health Service
Denver Area Office

P.O. Box 25145
Denver Federal Center
Denver, CO 80225-0145

October 17, 2000

Scott W. Fontenarosa
PHS/FOH Dallas Area Office
1301 Young Street, Suite 772
Dallas, TX 75202

RE: TEM LGN T0181710

Dear Mr. Fontenarosa:

Enclosed are the results of the analysis of 4 air samples from DEA SW Lab, San Diego, CA, submitted to the National Environmental Reference Laboratory Asbestos/Fine Particle Analytical Division in Denver, CO, for transmission electron microscopy (TEM) analysis. The samples were received at this facility October 16, 2000, and were analyzed according to AHERA (40 CFR Part 763) protocol. The TEM results, which pertain only to those materials submitted for testing, are summarized in the enclosed report.

Details of this report are not discussed with any person or agency not associated with you or the Drug Enforcement Agency. This report may not be used to claim product endorsement by the National Voluntary Laboratory Accreditation Program (NVLAP) of the National Institute of Standards and Technology (NIST) or other U.S. Government agency.

Please call (303) 236-9984 if you have questions about this work, or other analytical services.

TEM ANALYST
Mark A. Steiner, M.S.
GEOLOGIST/MICROSCOPIST

LABORATORY DIRECTOR
Bruce Hills, M.S., C.S.P.
CERTIFIED INDUSTRIAL HYGIENIST

**NVLAP Lab Code 101593 00**

# NERL/AFPAD TRANSMISSION ELECTRON MICROSCOPY BRANCH

## AIRBORNE ASBESTOS ANALYSIS RESULTS

AGENCY: Drug Enforcement Agency
PROJECT I.D.: DEA-00-018/DEA SW Lab, San Diego, CA

LGN: T0181710
Page 1 of 3

**Sample Description**

| Sample Number | Sample Date | Description/Location/PCM LGN |
|---|---|---|
| DEA-01A | 10/13/00 | Vault 2, Southwest Area 2483 |
| DEA-02A | 10/13/00 | Vault 1, West Area 2483 |
| DEA-03A | 10/13/00 | Hallway Outside Vault 2 2483 |
| DEA-04B | 10/13/00 | Hallway Outside Vault 1 2483 |
| DEA-05B | 10/13/00 | Field Blank, Not Analyzed |
| DEA-06B | 10/13/00 | Lab Blank, Not Analyzed |

---

**Results of TEM Analysis**

| Sample Number | Volume (liters) | Particulate Loading | # Asbestos Structures | Asbestos /sq. mm | Asbestos /cc |
|---|---|---|---|---|---|
| DEA-01A | 1080.0 | L | ND | 0 | <0.0047 |
| DEA-02A | 1470.0 | L | 2 | 35.5 | 0.0093 |
| DEA-03A | 1560.0 | L | ND | 0 | <0.0044 |
| DEA-04B | 1020.0 | L | ND | 0 | <0.0050 |

ND - None Detected. L - Light.

Comments: The AHERA clearance value is 70 asbestos structures/mm². The samples were previously analyzed by phase-contrast microscopy according to NIOSH 7400 protocol.

Analyst: [signature] Mark A. Steiner

Date: 10/16/00

AGENCY: Drug Enforcement Agency
PROJECT I.D.: DEA-00-018/DEA SW Lab, San Diego, CA

LGN: T0181710
Page 2 of 3

Sample #: DEA-01A
Total Area Analyzed: 0.0752 sq. mm
Type of Analysis: **AHERA**
Analytical Sensitivity: 0.0047 s/cc

| **Asbestos Mineral** | **Structure Types** | **Structures > 5 um** | **Excluded Structures** | **Structures for Concentration** |
|---|---|---|---|---|
| None | 0 | | 0 | 0 |

**Comments:**

---

Sample #: DEA-01A
Total Area Analyzed: 0.0564 sq. mm
Type of Analysis: **AHERA**
Analytical Sensitivity: 0.0046 s/cc

| **Asbestos Mineral** | **Structure Types** | **Structures > 5 um** | **Excluded Structures** | **Structures for Concentration** |
|---|---|---|---|---|
| **Chrysotile** | **Matrix** | 0 | 0 | 2 |

**Comments:**

---

Sample #:
Total Area Analyzed:
Type of Analysis:
Analytical Sensitivity:

| **Asbestos Mineral** | **Structure Types** | **Structures > 5 um** | **Excluded Structures** | **Structures for Concentration** |
|---|---|---|---|---|

**Comments:**

---

**Analyst:** [signature]
Mark A. Steiner

**Date:** 10/16/00