AGENCY: Drug Enforcement Agency
PROJECT I.D.: DEA-00-018/DEA SW Lab, San Diego, CA

LGN: T0181710
Page 3 of 3

Sample #: **DEA-01A**
Total Area Analyzed: **0.0564** sq. mm

Type of Analysis: **AHERA**
Analytical Sensitivity: **0.0044** s/cc

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|
| None | 0 | | 0 | 0 |

**Comments:**

---

Sample #: **DEA-04B**
Total Area Analyzed: **0.0752** sq. mm

Type of Analysis: **AHERA**
Analytical Sensitivity: **0.0050** s/cc

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|
| None | 0 | | 0 | 0 |

**Comments:**

---

Sample #:
Total Area Analyzed:

Type of Analysis:
Analytical Sensitivity:

| Asbestos Mineral | Structure Types | Structures > 5 um | Excluded Structures | Structures for Concentration |
|---|---|---|---|---|

**Comments:**

---

**Analyst:** [signature]
Mark A. Steiner

**Date:** 10/16/00

# SAMPLE DATA SHEET

Agreement # DEA-00-P-010 / PHS D8H 00DJ31185
TASK # DEA-00-018

T018171O

U.S. Public Health Service
Federal Occupational Health
National Environmental Reference Laboratory
1200 Main Tower Bldg. Rm. 1800, PHS-3
Dallas, Texas 75202
(214) 767-3577 (214) 767-0002 Fax

Client: Drug Enforcement Administration
Project: DEA SW LAB
Date: 10/12/00

Contact: Bill Phillips / Marvin Lowe
Phone: (619) 498-0005
Address: 410 W. 35th ST. (National City)
State: San Diego CA Zip: 91950
Sampler: Scott Fontmaruk
Media Type: MCE 0.45µm

| SAMPLE NUMBER | PUMP NUMBER | CALIBRATION PRE | CALIBRATION POST | AVG LPM | TIME START | TIME STOP | TOTAL TIME | VOLUME LITERS | FLOOR | SAMPLE LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| DEA-01A | 2099 | 12.5 | 11.5 | 12.0 | 0910 | 1040 | 90 | 1080 | 1 | Vault 2, Southwest area |
| DEA-02A | 2100 | 12.5 | 12.0 | 12.25 | 0930 | 1130 | 120 | 1470 | 1 | Vault 1 West area |
| DEA-03A | 2099 | 12.0 | 12.0 | 12.0 | 1050 | 1300 | 130 | 1560 | 1 | Hallway outside Vault 2 |
| DEA-04B | 2100 | 12.0 | 12.0 | 12.0 | 1140 | 1305 | 85 | 1020 | 1 | Hallway outside Vault 1 |
| DEA-05B | NA | → | | | | | | | 1 | Field Blank |
| DEA-06B | NA | → | | | | | | | | LAB Blank |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Released to lab by: [signature] Date: 10/12/00 Page 1 of 1

Received in lab by: [signature] Date: 10/16/00 Report No. ______

# *APPENDIX II*

## PHOTOGRAPHS

Asbestos Investigation
Drug Enforcement Administration
Southwest Laboratory Vault 1&2
410 West 35th Street
National City, CA 91950

October 12, 2000



Vault 1- Asbestos containing ceiling texture, friable, 2250 square feet.
Good condition on ceiling. Damaged condition on piping and duct.





**Vault 1-** Asbestos containing ceiling texture, debris on shelving and over-spray on ductwork.





**Vault 1**- Asbestos containing ceiling texture, over-spray on ductwork.



**Vault 2**- Asbestos containing ceiling texture, Good condition. 1620 square feet. South side of vault 2



Vault 2- Asbestos containing ceiling texture, Good condition. 1620 square feet.
South side of vault 2



Vault 2- Asbestos containing ceiling texture, Good condition. 1620 square feet.
North side of vault 2

Asbestos Investigation
Drug Enforcement Administration
Southwest Laboratory Vault 1&2
410 West 35th Street
National City, CA 91950

October 12, 2000

# *APPENDIX III*

## LABORATORY & PERSONNAL CERTIFICATIONS

United States Department of Commerce
National Institute of Standards and Technology

# NVLAP®

ISO/IEC GUIDE 25:1990
ISO 9002:1987

## Certificate of Accreditation

DEPARTMENT OF COMMERCE ★ UNITED STATES OF AMERICA ★

### NATIONAL ENVIRONMENTAL REFERENCE LABORATORY

DENVER, CO

*is recognized under the National Voluntary Laboratory Accreditation Program for satisfactory compliance with criteria established in Title 15, Part 285 Code of Federal Regulations. These criteria encompass the requirements of ISO/IEC Guide 25 and the relevant requirements of ISO 9002 (ANSI/ASQC Q92-1987) as suppliers of calibration or test results. Accreditation is awarded for specific services, listed on the Scope of Accreditation for:*

### BULK ASBESTOS FIBER ANALYSIS

March 31, 2001
*Effective through*

David F. Alderman
*For the National Institute of Standards and Technology*

NVLAP Lab Code: 101593-0



NVLAP-01C (11-95)

# GEBCO ASSOCIATES

in cooperation with

*THE UNIVERSITY OF NORTH TEXAS*

certifies that

## *Scott W. Fontenarosa*

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

has successfully completed and passed the exam given on the final day for the Environmental Training Program entitled

## Asbestos Inspector Refresher Course

Conducted at Hurst, Texas on January 26, 2000

This is an EPA fully approved course for purpose of accreditation under Section 206 of TSCA, Title II.

GEBCO

President

Instructor

Date of issue: 01/26/00

Certificate Number: 00012

Certificate expires: 01/26/2001

GEBCO's Training Programs are provided in cooperation with federal and state regulatory agencies, and fulfill all applicable requirements for accreditation.
GEBCO is licensed for Asbestos Training under the Texas Asbestos Health Protection Rules.

GEBCO Associates, Inc. • 669 Airport Freeway, Suite 210 • Hurst, TX 76053 • (817) 268-4006

AIR

# GEBCO ASSOCIATES

in cooperation with

*THE UNIVERSITY OF NORTH TEXAS*

certifies that

## *Scott W. Fontenarosa*

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

**has successfully completed and passed the exam given on the final day for the Environmental Training Program entitled**

# Asbestos Management Planner Refresher

Conducted at Hurst, Texas on January 26, 2000

This is an EPA fully approved course for purpose of accreditation under Section 206 of TSCA, Title II. It covers topics listed in the NESHAP training requirement of 40 CFR, Part 61, subpart M.

President

Instructor

Date of issue: 01/26/00

Certificate Number: 00009

Certificate expires: 01/26/2001

1.6 Continuing Education units

GEBCO's Training Programs are provided in cooperation with federal and state regulatory agencies, and fulfill all applicable requirements for accreditation.
GEBCO is licensed for Asbestos Training under the Texas Asbestos Health Protection Rules.

GEBCO Associates, Inc. * 669 Airport Freeway, Suite 210 * Hurst, TX 76053 * (817) 268-4006