U.S. Department of Justice
Drug Enforcement Administration
Office of Administration
700 Army Navy Drive
Arlington, Virginia 22202

NOV 09 2000

Ms. Maria Dent
Contracting Officer
General Services Administration
880 Front Street, Suite 4236
San Diego, California 92101

Dear Ms. Dent:

This letter is in reference to the Drug Enforcement Administration's (DEA) Southwest Laboratory, located at 410 West 35th Street, National City, California. As you are aware, there are issues with two laboratory drug evidence vaults that contain asbestos. The asbestos contains ceiling texture which was over sprayed onto ductwork and piping should be removed. Also, the shelving units should be cleaned using a high efficiency particulant arrestor(HEPA) vacuuming and wet method techniques to remove the "loose" ceiling texture debris.

Please respond to me in writing of your plan of action and timeframe to accomplish this work. Enclosed for your information is a copy of the Asbestos Investigation Report performed by the United States Health and Human Services, located in Dallas, Texas. DEA requests your immediate attention in rectifying this condition.

If you have any questions regarding this matter, please contact Michael Trevelino, Facilities Planning Specialist, Special Projects Unit, on (202) 307-7861.

Sincerely,

James M. Whetstone

James M. Whetstone
Deputy Assistant Administrator
Office of Administration

E

cc

Mailed 12/11/00 (P)

**General Services Administration**
San Diego Property Management Office, 9PDS
880 Front Street, Suite 4236
San Diego, CA 92101-8843
*619/557-6640*

Taking the Lead

December 11, 2000

Ms. Berlinda Bubis
Collins Development Company
11750 Sorrento Valley Road
San Diego, CA 92121

Dear Ms. Bubis,

This letter is in reference to the Drug Enforcement Administration (DEA) Southwest Laboratory, located at 410 West 35th Street, National City, California. As you are aware, there are issues with two laboratory evidence vaults that contain asbestos. The identified asbestos is noted in ceiling texture, which was over sprayed onto ductwork and piping as well as loose particles noted on shelving units.

Based on the enclosed, Asbestos Investigation Report performed by the United States Health and Human Services, located in Dallas, Texas there were unacceptable levels of asbestos noted at the above location.

General Services Administration (GSA) requests your immediate attention in rectifying this condition. Please respond with your asbestos abatement plan with time schedule in accordance with lease provision # 81. SAFETY, Air contaminant levels / Asbestos.

If you have any questions regarding this matter, please contact Tim Cashman, Property Manager at (619) 557-6516.

Sincerely,

Peter J. Watson
General Services Administration
Field Office Manager

General Services Administration
San Diego Property Management Office, 9PDS
880 Front Street, Suite 4236
San Diego, CA 92101-8843
*619/557-6640*

Taking the Lead

December 11, 2000

Ms. Berlinda Bubis
Collins Development Company
11750 Sorrento Valley Road
San Diego, CA 92121

Dear Ms. Bubis,

This letter is in reference to the Drug Enforcement Administration (DEA) Southwest Laboratory, located at 410 West 35th Street, National City, California. As you are aware, there are issues with two laboratory evidence vaults that contain asbestos. The identified asbestos is noted in ceiling texture, which was over sprayed onto ductwork and piping as well as loose particles noted on shelving units.

Based on the enclosed, Asbestos Investigation Report performed by the United States Health and Human Services, located in Dallas, Texas there were unacceptable levels of asbestos noted at the above location.

General Services Administration (GSA) requests your immediate attention in rectifying this condition. Please respond with your asbestos abatement plan with time schedule in accordance with lease provision # 81. SAFETY, Air contaminant levels / Asbestos.

If you have any questions regarding this matter, please contact Tim Cashman, Property Manager at (619) 557-6516.

Sincerely,

Peter J. Watson
General Services Administration
Field Office Manager

# Memorandum

| Subject | Date |
|---|---|
| Industrial Hygiene Survey of the Southwest Laboratory (FFS: 1030-01.08) | JUL 30 2001 |

To
Retha M. Fulmore
Deputy Assistant Administrator
Office of Personnel

From
Steven M. Sottolano
Thomas J. Janovsky
Deputy Assistant Administrator
Office of Forensic Sciences

**DEADLINE: (SFL#8) October 15, 2001**

Reference is made to the status report dated May 1, 2001, previously forwarded to your office. Reference is also made to the attached memorandum submitted by Laboratory Director William Phillips and received in this office on July 19, 2001.

Actions taken in response to each of the open recommendations are as follows:

Recommendation #1: High activity work surfaces in the laboratory such as presses, scales, etc., must be thoroughly cleaned on a regular basis because of the detection of drug contamination on these surfaces.

Response: The laboratory staff was reminded to follow Laboratory Order 97-11, dated December 23, 1997, entitled "Laboratory Maintenance". This order specifies weekly cleaning of common areas in the laboratory. The supervisors have performed periodic checking of these work areas and confirmed that the cleaning is being done. It is recommended that this item be closed.

Recommendation #2: Desk and counter surfaces in the evidence and vault areas must be thoroughly cleaned on a regular basis because of the detection of drug contamination on these surfaces.

Response: The evidence technicians have been tasked with cleaning these surfaces on a regular basis. Mr. Phillips reports that he has personally observed these areas being cleaned. It is recommended that this item be closed.

Recommendation #3: Ventilation to the vault must be increased to a rate that is consistent with requirements in DEA's Laboratory Design Manual since adequate ventilation is not being provided to employees who work inside the vault. There are no specific ventilation rates for drug storage vaults with employees. However, OSHA requires at least six air changes per hour for chemical storage rooms that are not occupied.

Response: There are ventilation ducts in the vault and during the survey it was determined that these ducts were not operational. The building manager was contacted and three mechanical fans that remove air from the vaults were repaired. Air is now being exhausted but the number of air changes supplied has not been determined. The air changes will be measured at the time of the asbestos abatement of the vault area. It is recommended that this item remain open pending confirmation from SFL# 8 that the required ventilation has been achieved in the vault.

Recommendation #4: The building owner must be requested to reattach all rooftop exhaust stack guide-wires and to repair roof ventilators that were not functioning.

Response: Mr. Phillips reports that building maintenance personnel have completed the required repairs. It is recommended that this item be closed.

Recommendation #5: The building owner must be requested to institute some form of abatement action for the asbestos overspray in the vaults.

Response: Asbestos abatement work will be performed in the vault. Mr. Phillips reports that he is waiting for additional security devices to be installed to protect the laboratory's evidence during the abatement process. It is recommended that this item remain open pending confirmation from SFL# 8 that the abatement work has been completed.

By copy of this memorandum, it is requested that Laboratory Director Phillips provide a report to this office regarding all remaining open recommendations by October 15, 2001. Any questions or comments should be directed to Steve Sottolano, Chief, Laboratory Support Section, at 202-307-9517.

Attachment

SFS FFS: 1030-01.08
SFS: jpatrick/ww/7-26-01
Chron
File:lhsfl8july.doc

# Memorandum

| Subject | Date |
|---|---|
| Industrial Hygiene Survey of the Southwest Laboratory (FFS# (1030-01) | OCT 15 2001 |

To
Thomas J. Janovsky
Deputy Assistant Administrator
Office of Forensic Sciences

From
William F. Phillips
Laboratory Director
Southwest Laboratory

Referencing your memorandum to Deputy Assistant Administrator Fulmore, dated July 30, 2001, same subject, the Southwest Laboratory provides the following information.

Recommendation #3: Increase the vault ventilation and measure the number of air changes per hour.

Response: The industrial hygienist was going to measure the number of air changes per hour while he was at the laboratory monitoring the asbestos removal. Unfortunately, the vault ventilation system was shut down to prevent the redistribution of asbestos. Arrangements were being made for the equipment to be shipped to the laboratory and we will take the measurements. On October 12, 2001, the number of air changes per hour was measured according to instructions provided by the industrial hygienist. The formula is as follows:

$$\text{Air Changes/Hour} = \frac{\{(\text{Total CFM air supply}) \times (60)\}}{\text{Room Volume in cubic feet}}$$

The measured air supply is 261.6 cfm and the volume is 14,153.7 cubic feet. The answer is around 1 air change per hour, which is below the recommended level of 6 air changes per hour. Considering that the laboratory will be relocating in the next 14 months, I'm not sure what, if anything, should be done to improve the ventilation.

Recommendation #5: Institute some form of asbestos abatement in vault 1.

Response: The work was completed during the week of August 24, 2001.

# Memorandum

U.S. Department of Justice • Drug Enforcement Administration

Subject
Industrial Hygiene Survey of the Southwest Laboratory
(FFS: 1030-01.08)

Date
NOV 20 2001

To
Retha M. Fulmore
Deputy Assistant Administrator
Office of Personnel

From
Original Signed By
Thomas J. Janovsky
Thomas J. Janovsky
Deputy Assistant Administrator
Office of Forensic Sciences

Reference is made to the status report dated July 30, 2001, previously forwarded to your office. Reference is also made to the attached memorandum dated October 15, 2001, submitted by Laboratory Director William Phillips regarding the subject survey conducted on July 17-19, 2000.

The actions taken in response to each of the remaining recommendations are as follows:

Recommendation #3: Ventilation to the vault must be increased to a rate that is consistent with requirements in DEA's Laboratory Design Manual since adequate ventilation is not being provided to employees who work inside the vault. There are no specific ventilation rates for drug storage vaults with employees. However, OSHA requires at least six air changes per hour for chemical storage rooms that are not occupied.

Response: On October 31, 2001, Program Managers John Patrick and George Yamnitzky met with Stephanie Persico, Chief, Special Projects Unit (SAFS) and Michael Trevelino, Facilities Planning Specialist, to develop a cost estimate and time frame for increasing the current vault ventilation from one air change per hour to a minimum of six air changes per hour. It was estimated that six to nine months and $250-300,000 will be required for the General Services Administration to contract for design, advertise and award, and have a supplemental system constructed, installed and balanced. However, please note that a lease award has been made and current plans are for the laboratory to be relocated within the next 14 to 22 months, therefore, it is not cost effective to pursue this modification. Meanwhile, laboratory management has instituted the following mitigating actions; utilization of a fan while personnel are in the vault, limiting the amount of time personnel spend in the vault, keeping the vault door open (day gate closed) while personnel are in the vault, and use of personal protective equipment (laboratory coat, gloves, safety glasses, and dust mask) is required for all personnel working in the vault. These mitigating actions will continue until the vault ventilation is supplemented or the laboratory's relocation occurs. It is recommended that this item be closed.

Recommendation #5: The building owner must be requested to institute some form of abatement action for the asbestos overspray in the vaults.

Response: Asbestos abatement was completed during the week of August 24, 2001. It is recommended that this item be closed.

All recommendations have been addressed and are considered closed by this office. Any questions or comments should be directed to Rhesa G. Gilliland, Chief, Laboratory Support Section, at 202-307-8785.

Attachment

cc: Mr. Phillips – SFL8

SFS FFS: 1030-01.08
SFS: jpatrick/ww/10-17-01; 11-02-01
File:Ihsfl866t.doc