SAN DIEGO COMMERCIAL REAL ESTATE SERVICES
1565 Hotel Circle South, Suite 390
San Diego, CA 92108
Tel: (619) 497-2255
FAX: (619) 497-2265

# MEMO

To: JM File
Date: 6/21/02
Company:
Tel:
From:
Fax:
Re: DEA Lab 6/20 Meeting
Pages:

---

Attendees:
~~Dan~~ Bill Phillips, DEA 619-778-3740
Dave Greenwald, DEA
Marian Lowe, DEA
Bill Musbach, Clauss Construction, Estimator
Dan Napier, Industrial Hygiene, Certified Industrial Hygienist
Joe Mottola, Consultant

After 90 minute walk thru the following are my notes:

Timing: 11/1/02 Facility in Vista available
12/15/02 DEA vacated N.C.
12/15/02 decommissioning to begin
1/31/03 Decommissioning completed
4/01/03 End of lease term for N.C. lab

It is our recommendation that decommissioning should consist of bringing the building to a clean shell condition

ITEMS TO BE CONSIDERD IN SCOPE OF WORK
Asbestos
Back flow device
Demolition
Drains
Electric
Environmental liability
Exterior security screens
Fire service
Floors
Holding Cells
HVAC
Incinerator
Plumbing
Re cycling
Roof
Security cameras
Vaults
Walls

SAN DIEGO COMMERCIAL REAL ESTATE SERVICES Tel: (858) 497-2255

**MEMO**

**To:** **Joe Mottola File** **Date: 5/4/02**

**Re:** **DEA Lab National City** **Page: 1 of 4**

**Scope of work:**
Provide all necessary labor, materials and equipment to completely "de-commission" building including demolition, removal of trash and cleanup as required to prepare the space for a new tenant.

**INTERIOR: REMOVAL AND PROPER DISPOSITION**

**Ceiling**

1) all ceiling tiles

2) all ceiling t-bars

**HVAC**

1) all heat pumps / compressors

2) all ductwork

**Rest Rooms**

1) all fixtures

2) all plumbing

Note: 1: Shut off water prior to any work

2: All drains to be temporarily sealed

**Trade Fixtures**

1) all furniture

2) all work stations

3) all plumbing

Note: 1: Shut off water prior to any work

2: All drains to be permanently sealed

**Fire Sprinkler System (check w/ fire department)**

1) all sprinkler piping

2) all stand pipes

Note: Shut off water prior to any work

SAN DIEGO COMMERCIAL REAL ESTATE SERVICES Tel: (858) 497-2255

MEMO

To: Joe Mottola File
Re: DEA Lab National City

Date: 5/4/02


**Scope of work**

**INTERIOR: REMOVAL AND PROPER DISPOSITION, cont'd.**

**Natural Gas (check w/ SDG&E)**

1) all gas piping
Note: Shut off gas prior to any work

**Interior Walls**

1) all interior walls

2) all wall & ceiling electric wiring

3) all area & electric room panels

4) all studs & drywall

5) all column covers

**Interior surface of tilt up walls**

1) all wall covering and insulation

2) all attachments to wall

Note: any hole through any exterior wall to be permanently sealed

**Interior surface of roof**

1) all insulation

2) all hanging "hooks and/or wires"

**Floor**

1) all floor covering

2) all floor attachments

MEMO

To: Joe Mottola File
Re: DEA Lab National City

Date: 5/4/02


**Scope of work**

**EXTERIOR: REMOVAL AND PROPER DISPOSITION**

**Exterior surface of tilt up walls**

1) all window security panels

2) all attachments to wall

Note: any hole through any exterior wall to be permanently sealed

**Exterior electric room (check w/ SDG&E)**

1) all panels & meters ??

2) all wall attachments ??

3) all transformers ??

**HVAC on roof**

1) all heat pump / compressors

2) all ductwork

3) all fans and/or turbans

**Openings in roof**

1) all flashing

2) all sealant

**Openings in tilt up walls**

1) all sealant at doors

2) all thresholds

3) all door hardware except hinges

4) all sealant at windows

SAN DIEGO COMMERCIAL REAL ESTATE SERVICES Tel: (858) 497-2255

**MEMO**

**To:** Joe Mottola File **Date:** 5/4/02

**Re:** DEA Lab National City **Page:** 4 of 4

**Scope of work**

**CLEANUP**

**Interior Clean up**

1) cover all openings to exterior

2) High pressure water spray to all surfaces

3) Vacuum up and dispose of all used water

4) Fan dry through filters to the exterior

**Exterior clean up**

1) Protect landscape from water to be sprayed

2) High pressure water spray to all paved surfaces

3) Vacuum up and dispose of all used water

4) Roof:

   a) Repair any unnecessary holes

   b) Complete clean sweep

   c) Seal all HVAC openings w/ plastic wrap

**CERTIFICATION**

# JM FILE MEMO
## DEA Lab Decommissioning - National City, CA

| Date | Activity |
|---|---|
| March '02 | Discovered DEA need to "decommission" lab in National City |
| April | Confirmed information, thought about / considered the requirement |
| May | Put together team, develop scope of work, assemble preliminary prices |
| | 5/4 List of removal & proper disposition items |
| | 5/20 Spread sheet of scope of work |
| June | On going talks w/ GSA & DEA |
| | 6/21 Met on site w/ DEA to review the facility, history & concerns |
| July | Discovered that neither GSA nor DEA will contract the work. |
| | Work "must be done by owner" (in this case, Collins) |
| | Was informed that contact at Collins was Robert Peterson |
| | Called Peterson he directed me to Vicci Monaco |
| | 7/10 Met w/ Vicci Monaco & Berlinda at N.C. and discussed requirement |
| August | 8/5 Met w/ Vicci in Sorrento Valley to present proposal |
| | Continued follow up |
| September | Was informed that "no need right now"... if there is a need they would call. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## PUBLIC SECTOR REAL ESTATE SERVICES

**SPECIALIZING IN MANAGEMENT & MARKETING OF GOVERNMENT OCCUPIED COMMERCIAL PROPERTIES**

**PROPOSAL**

Date: August 5,2002

To: Ms. Victoria A Monaco, Vice President
ASSET MANAGEMENT GROUP / COLLINS DEVELOPMENT COMPANY

From: Joseph V. Mottola, Principal

For: Management of the conversion of a building from currently being used as a "DEA Lab" to a vacant building in "clean shell condition".

**REFERENCES**

Mr. Joseph Beauchamp, Vice President
Western Devcon, Inc.
San Diego, CA
Telephone: (858) 587-9999

Paul Hamilton, Director of Desert Service Center
U. S. General Services Administration
San Diego, CA
Telephone: (619) 557-5309

Ms. Chris Sedmack, Office Administrator
Drug Enforcement Administration
Riverside, CA
Telephone: (909) 328-6064

Mr. Marten Barry, Jr., President
San Diego Commercial Real Estate Services
San Diego, CA
Telephone: (619) 497-2255

**1565 Hotel Circle South, Suite 390**
**San Diego, CA 92108**

**Tel: (619) 497-2255 Fax (619) 497-2265**
**E-mail: *jmottola@sdcommercial.com***

Devlin
Trapler
Tyler
Vicci

TRANSITION - Gonzalez

9/30 lease

TIMING

Darryl Smith - Transition GSA Steve Holubeck

TIME TIME

EVIDENCE of CURRENT CONDITIONS

OK'd contractor for Environmental Responsibility

Dan Phillips Mission Statement

Liability

Hall Harmless

One Cleanup Los Alamos - Nuclear Plant

MISSION STATEMENT



CN002716

## SAN DIEGO COMMERCIAL REAL ESTATE SERVICES

### MEMO

| | | |
|---|---|---|
| **To:** | **JM File** | **Date: 6/21/02** |
| **Re:** | **DEA Lab 6/20 Meeting** | **Pages:** |

Holding Cells: Separate price to remove this item

HVAC: Beyond useful life. Entire HVAC system to be removed and roof openings covered.

Incinerator: Exterior concrete pad to be removed

Plumbing: Some pipes are "under the slab" and have rusted. Must be determined.

Re cycle: Where ever possible all trade fixtures (benches, cabinetry, hoods, stacks, furniture & etc.) to be cleaned and separated for re-cycling of metals and plastics

Roof: Beyond useful life & to be swept clean

Security cameras: Separate price to remove this item

Vaults: Separate price to remove this item

Walls: All remaining interior concrete wall surfaces to be sand blasted & steamed clean