REPORT

# SURVEY REPORT FOR THE DEA LABORATORY DECOMMISSIONING* IN NATIONAL CITY, CALIFORNIA

**Preparing the Facility for Occupancy by a Different User*

*Prepared for*

Collins Development Company
400 Mile of Cars Way, Suite D
National City, California

March 20, 2003

URS

2020 East First Street, Suite 400
Santa Ana, California 92705

## TABLE OF CONTENTS

SECTION PAGE

1.0 INTRODUCTION ........ 1-1

2.0 SCOPE OF SERVICES ........ 2-1

2.1 Task 1 – Review of Previous Studies ........ 2-1
2.2 Task 2 – Asbestos Containing Materials Survey ........ 2-1
2.3 Task 3 – Lead-Based Paint Survey ........ 2-1
2.4 Task 4 – PCB Survey ........ 2-1
2.5 Task 5 – Hazardous Material/Chemical Survey ........ 2-2
2.6 Mold/Fungi Survey ........ 2-2
2.7 Soil Borings ........ 2-2
2.8 Report ........ 2-2

3.0 PRE-RENOVATION SURVEYS ........ 3-1

3.1 Building Description ........ 3-1
3.2 Pre-Demolition Asbestos Survey ........ 3-1
3.3 Pre-Demolition Lead-Based Paint Survey ........ 3-3
3.4 Pre-Demolition Polychlorinated Biphenyl Survey ........ 3-4
3.5 Pre-Demolition Hazardous Materials/Chemical Survey ........ 3-4
3.6 Pre-Demolition Mold/Fungi Survey ........ 3-4
3.7 Soil Borings ........ 3-5

4.0 CONCLUSIONS AND RECOMMENDATIONS ........ 4-1

4.1 Asbestos Containing Materials ........ 4-1
4.2 Lead-Based Paint ........ 4-1
4.3 Polychlorinated Biphenyls ........ 4-1
4.4 Hazardous Materials/Chemicals ........ 4-2
4.5 Mold and Fungi ........ 4-2
4.6 Soil Borings ........ 4-2

5.0 LIMITATIONS ........ 5-1

### List of Tables

1 Asbestos Sampling Results
2 Lead-Based Paint Sampling Results
3 Asbestos Bulk Sampling Data Sheets – DEA Laboratory Facility
4 Lead-Based Paint Bulk Sampling Data Sheets – DEA Laboratory Facility
5 Chemical Inventory List

376

## List of Figures

1 Site Location Map
2 DEA Laboratory Facility – Sampling Locations

## List of Appendices

Appendix A Laboratory Analytical Results
Appendix B Chain-of-Custody Forms
Appendix C Photographs

# 1.0 INTRODUCTION

On December 7, 2002 URS Corporation (URS) performed a pre-renovation/demolition survey for asbestos containing materials (ACM), lead-based paint (LBP), polychlorinated biphenyls (PCBs), mercury and hazardous materials on a South West U.S. Drug Enforcement Agency (DEA) Laboratory facility located at 402 West 35th street, in National City, California. The location of the building surveyed is shown in Figure 1. The pre-renovation/demolition survey consisted of a visual inspection of the building and lighting ballasts, review of available building information, and sampling and laboratory analysis of bulk building materials. The objective of the pre-renovation/demolition survey was to observe, locate, and evaluate the condition of suspected ACM, LBP, and PCBs before demolition of the storage building.

Section 2 describes the work performed and the procedures used to assess the building for the presence of hazardous materials. The results are described in Section 3 specifically. Tables 1 and 2 provide a summary of the ACM and LBP sampling results. The bulk asbestos sampling data are provided in Table 3, and bulk LBP sampling data are provided in Table 4. Table 5 lists the chemical inventory in the chemical storage room. Conclusions and recommendations are provided in Section 4. Laboratory results are provided in Appendix A; and Chain-of-Custody forms are provided in Appendix B.

This work was conducted under the authority of Time and Materials Work Order # 001 between Collins Development Company and URS Corporation and the proposal dated September 25, 2002.

# 2.0 SCOPE OF SERVICES

## 2.1 TASK 1 – REVIEW OF PREVIOUS STUDIES

URS did not review previous ACM, LBP, and PCB studies as described in the original scope of services because an asbestos, lead-based paint, PCBs, mercury and hazardous materials survey were not available for the DEA Laboratory building at the time of the site survey. During the pre-proposal site visit, URS did examine the existing building to determine the approximate age, types of building materials used, and the condition of the building to assess whether or not ACM, LBP or PCBs were present. URS also conducted an interview of Ms. Eydie Johnson, Drug Enforcement Agency to obtain historical data on activities conducted at the site and information on prior sampling events.

## 2.2 TASK 2 – ASBESTOS CONTAINING MATERIALS SURVEY

The following tasks were performed as part of the ACM survey:

- A walk-through of the building to determine homogeneous areas of suspected ACM.
- Collection of bulk samples of friable and non-friable suspect ACM for laboratory analysis. Minimal intrusive sampling techniques such as cutting small holes in existing carpet to locate suspect floor coverings and coring into walls to sample materials were used in this survey. Small incisions were made in closets, behind doors, or other inconspicuous locations to assess the presence of suspect ACM. The suspect ACM was assessed as to type, condition, and location.
- The samples, accompanied by a chain-of-custody form, were submitted to a laboratory for analysis of asbestos content. The laboratory used was certified by the American Industrial Hygiene Association (AIHA) and participated in the National Voluntary Laboratory Accreditation Program (NVLAP).

## 2.3 TASK 3 – LEAD-BASED PAINT SURVEY

The following tasks were performed as part of the LBP survey:

- A walk-through of the building to determine areas of suspected LBP based on U.S. Environmental Protection Agency (EPA) guidelines.
- Collection of bulk samples of suspect LBP for laboratory analysis in accordance with U.S. Department of Housing and Urban Development (HUD) Guidelines for the Evaluation and Control of Lead Based Paint Hazards in Housing, June 1995.
- The samples, accompanied by a chain-of-custody form, were submitted to a laboratory for analysis of lead. The laboratory used was certified by the American Industrial Hygiene Association (AIHA) and participated in the Environmental Lead Laboratory Accreditation Program (ELLAP).

## 2.4 TASK 4 – PCB SURVEY

The URS inspector examined approximately 20 percent of the lighting ballasts in laboratory facility. The inspector dismantled the light fixtures in order to check them for the "PCB-free" label required on ballasts not containing PCBs. The results of the visual inspection were recorded and are discussed in Section 3.4.

## 2.5 TASK 5 – HAZARDOUS MATERIAL/CHEMICAL SURVEY

A hazardous materials/chemical management survey was conducted by Mr. Ronald Miller, a California Registered Environmental Assessor. The survey consisted of a walk-through of the buildings and associated structures to identify the presence of cans and containers suspected of containing hazardous materials. Locations of suspect containers were recorded and are discussed in Section 3.5.

## 2.6 TASK 6 - MOLD/FUNGI SURVEY

A walk-through of the building was conducted to determine areas of water intrusion based on the New York City Department of Health (DOH) "Guidelines on Assessment and Remediation of Fungi in Indoor Environments." The initial step of the visual inspection was to identify possible contamination issues. The extent of water damage and mold growth was then visually assessed. This assessment was used to determine possible remedial strategies. Ventilation systems were also inspected, particularly for damp filters and damp conditions elsewhere in the system, as well as, overall cleanliness. Ceiling tiles, gypsum wallboard, cardboard, paper, and other cellulous surfaces were given careful attention during the visual inspection. Suspect mold/fungi locations were recorded and are discussed in Section 3.6.

## 2.7 TASK 7 - SOIL BORINGS

Two soil samples were collected from one-half foot below the bottom of the concrete slab in the Compressor Room and in the Chemical Storage Area. Soil samples collected from the borings were submitted to an accredited environmental laboratory for analysis, of volatile organic compounds using EPA Method 8260B and total petroleum hydrocarbons (TPH) by EPA Method 8015B. Samples sent to the laboratory were sealed, labeled, and stored in a chilled cooler and submitted in accordance with EPA chain-of-custody field procedures.

## 2.8 TASK 8 - REPORT

This report was produced in order to summarize the investigation methodology, field activities, laboratory testing procedures and results, conclusions, and to present recommendations for future actions. The recommendation section includes abatement cost estimate for the areas that tested positive for ACM, LBP, and PCBs. The report also contains diagrams showing sampling locations, photographs, and tables detailing the location, condition, and estimated quantity of confirmed ACM, LBP, and PCBs in light ballasts.

# 3.0 PRE-RENOVATION SURVEYS

## 3.1 BUILDING DESCRIPTION

The DEA Laboratory facility is located at 402 West 35th Street in National City, California. A hazardous materials survey was performed at the building. The following is a description of the building.

Built in the 1970's, the DEA building is a concrete tilt-up single story structure totaling approximately 44,000 square feet. Inside the structure there are office areas, conference rooms, laboratory areas, storage rooms, restrooms and evidence storage vaults. The floor of the building is concrete slab on grade. The roof has wood sheathing, which is flat and covered with rolled roofing materials. There are roof-mounted HVAC systems and laboratory fume hood exhaust systems. Air is ducted to the offices and laboratory areas. The HVAC air ducting is insulated with fiberglass insulation materials. The exterior walls are concrete and the interior walls are wood studs with gypsum board. The floor surfaces are covered with 12-inch by 12-inch vinyl floor tiles, carpeting, and sheet vinyl flooring in the bathrooms and locker rooms. The ceilings in the laboratory and office areas are 2 ft. by 4 ft. suspended ceiling tiles. The ceilings in the hallways, vaults, and closet areas are covered with painted drywall materials. Hot water is provided by hot water heaters. Fiberglass insulation materials were observed on the hot water lines attached to the hot water heaters. Foil insulation material is attached to the underside of the wood sheathing roofing support system.

## 3.2 PRE-DEMOLITION ASBESTOS SURVEY

On December 7, 2002, URS performed a pre-renovation/demolition asbestos survey at 402 West 35th Street laboratory facility located in National City, California. The survey was conducted by Mr. Ronald Miller, an asbestos consultant certified by the State of California (Certification No 92-0470) and with the credentials required by the Asbestos Hazard Emergency Response Act (AHERA). The survey followed EPA guidelines (EPA, 1985). Each room was evaluated and samples of accessible homogeneous materials used in insulation, ceilings, walls and floors were collected. Potentially friable and non-friable ACM were visually identified and samples were collected for analysis. Three bulk samples of each type of suspect building material were collected and the samples were placed in sample bags that were labeled with the time, date, location, and condition of each sample. The chain-of-custody forms were completed and accompanied the samples to the laboratory.

The samples were submitted to Scientific Laboratories of California, Inc. (SCILAB) for analysis of asbestos content by the Polarized Light Microscopy (PLM) Method (Method EPA-600/R-93/116) as described in "The Interim Method for Determination of Asbestos in Bulk Insulation Samples" (U.S. EPA, December, 1982). The PLM Method utilizes the optical properties of minerals to identify the selected constituent. The use of this method enables identification of the type and the percentage of asbestos in a given sample. The detection limit of the PLM Method for asbestos identification is 0.1 percent (0.1%) by volume. The EPA National Emission Standards for Hazardous Air Pollutants (NESHAP) regulation recognizes a material containing greater than 1 percent (>1%) asbestos as ACM, however, in the State of California, materials containing greater than 0.1% asbestos are considered to be ACM. For a building

material to be considered a non-ACM in the State of California, all three of the suspect homogeneous bulk samples collected must have tested negative (<0.1%) for asbestos. For a building material to be considered an ACM, only one sample must have tested positive (>0.1%) for asbestos.

URS collected a total of 62 bulk samples of suspect ACM from the building. The sample locations are shown on Figure 2 and the analytical results of the survey are summarized in Table 1. Table 3 details the asbestos bulk sampling data such as the sample number, the location of the sample, the type of material sampled, and the percent of asbestos found in the sample. Laboratory analytical results are presented in Appendix A, and chain-of-custody records can be found in Appendix B.

**TABLE 1 - SUMMARY OF ASBESTOS SAMPLING RESULTS**

| *Building* | *Material Sampled* | *Survey Results* | *Number of Samples* |
|---|---|---|---|
| DEA Laboratory | 12 inch x 12 inch Tan w/ Specks Vinyl Floor Tile | Tile = 2% to 3% Chrysotile Mastic = 7% Chrysotile | 3 |
| | 12 inch x 12 inch White or Gray Vinyl Floor Tile | No Asbestos Detected | 6 |
| | 12 inch by 12 inch Vinyl Floor Tile Under the White or Gray Vinyl Floor Tiles | Tile = 2% Chrysotile Mastic = 7% Chrysotile | 4 |
| | Drywall and Skim Coat Material | No Asbestos Detected | 6 |
| | Tan w/Specks Sheet Vinyl Flooring Material | No Asbestos Detected | 5 |
| | 2 Ft. by 4 Ft. Suspended Ceiling Tile | No Asbestos Detected | 6 |
| | Rolled Roofing Material | No Asbestos Detected | 5 |
| | Rolled Roofing Felt | No Asbestos Detected | 5 |
| | Roofing Flashing | No Asbestos Detected | 3 |
| | Roofing Mastic | 7% Chrysotile | 3 |
| | Fume Hood Vent Tape | No Asbestos Detected | 3 |
| | HVAC Vent Tape | No Asbestos Detected | 3 |
| | Building Joint Putty | 8% Chrysotile | 3 |
| | Laboratory Fume Hoods | 12 Transite Panels | No Samples Assumed ACM |
| | Spray-on Ceiling Material | 3% to 6% Chrysotile | 7 |

In summary, the following building materials are considered ACM:

DEA Laboratory Facility:

- Roofing mastic around the roof penetrations and the seams of the roofing materials.
- Spray-on ceiling materials located in the hallways, vaults, and offices inside the building.
- Transite panels located inside the laboratory fume hoods.
- 12 inch by 12 inch tan w/specks vinyl floor tiles and mastic located in the laboratory and office areas of the building.

- 12 inch by 12 inch vinyl floor tiles located under the 12 inch by 12 inch white or gray vinyl floor tiles.
- Building joint putty material located between the concrete walls of the building.

## 3.3 PRE-DEMOLITION LEAD-BASED PAINT SURVEY

On December 7, 2002, URS performed a pre-renovation/demolition LBP survey at the DEA laboratory facility located at 402 West 35th Street, in National City, California. The survey was conducted by Mr. Ron Miller, an LBP building inspector certified by the EPA. Mr. Miller was trained in LBP inspection and operated under the direct supervision of a LBP inspector/risk assessor certified in the state of California. Mr. Miller assessed the degree, presence, location, and type of LBP hazard in the buildings.

Bulk paint samples were collected in accordance with HUD Guidelines. The sampling instruments used were decontaminated after each use. The sampler wore gloves to collect the samples and spray misted the area before scraping the paint. The paint was scraped from the surface of the interior or exterior building component and the chips were placed in plastic sample bags that were labeled with the date, time, and location. Chain-of-custody forms were completed and accompanied the samples to the laboratory. The samples were submitted to Scientific Laboratories of California Inc. (SCILAB) for analysis of lead content by atomic absorption (AA) in accordance with EPA 7420/3050, and NIOSH 7082 (modified) methodologies. Bulk paint samples containing concentrations greater than 100 milligram/kilogram (mg/kg) lead are considered to be LBP.

URS collected a total of 11 bulk paint samples from the laboratory building. The sample locations are shown on Figure 2 and the analytical results of the survey are summarized in Table 2. Table 4 details the LBP sampling data such as the sample number, the location of the sample, the type of material sampled, and the concentration of lead found in the sample. Laboratory analytical results are presented in Appendix A, and chain-of-custody records can be found in Appendix B.

**TABLE 2 - SUMMARY OF LEAD SAMPLING RESULTS**

| *Building* | *Material Sampled* | *Survey Results (mg/kg)* |
|---|---|---|
| DEA Laboratory | Exterior Brown Trim Paint | <100 |
| | Exterior Tan Wall Paint | <100 |
| | Interior Tan Wall Paint | <100 |
| | Interior White Wall Paint | <100 |
| | Interior Green Wall Paint | <100 |
| | Interior Blue Wall Paint | <100 |
| | Interior Pink Wall Paint | <100 |

383

In summary, the following building components are considered to contain LBP:

DEA Laboratory Facility:

- The interior and the exterior paint located on the walls and trim materials in the laboratory and office areas contain paint with less than 100 mg/kg of lead. The paints do not pose a lead hazard to the workers during the time of renovation or construction activities.

## 3.4 PRE-DEMOLITION POLYCHLORINATED BIPHENYL SURVEY

On December 7, 2002, URS performed a pre-renovation/demolition PCB survey at the West 35th Street laboratory building. The URS inspector (Ron Miller) examined twenty lighting ballasts in the building. The inspector dismantled the lighting unit in order to check the ballasts for the "PCB-free" label required on ballasts not containing PCBs. Of the twenty lighting ballasts inspected at the 402 West 35th Street building, eighteen of the ballasts did not the "PCB-free" label.

## 3.5 PRE-DEMOLITION HAZARDOUS MATERIALS/CHEMICAL SURVEY

On December 7, 2002, URS performed a pre-renovation/demolition hazardous materials/chemical survey at the West 35th Street laboratory facility. Mr. Ron Miller performed the hazardous materials/chemical survey. He observed approximately 250 small quantity containers/boxes of suspect hazardous materials in the laboratory areas and chemical storage cabinets of the former DEA facility. Fourteen containers were observed in the chemical storage room. The containers ranged in size from five gallon to 55-gallon drums. Table 5 contains an inventory of the chemicals identified in the chemical storage room. The contents of the containers vary from full to empty. Most of the containers have labels identifying the contents. The container labels appear to match the materials in the containers. However, approximately four containers did not have labels, and the materials within the containers did not appear to match other materials found at the site. According to the DEA facility representative (Mr. Johnson), all chemicals will be removed when the DEA vacates the facility.

The building has three evidence vaults located in the facility. The evidence vaults are used to secure evidence collected during drug raids and confiscated from drug smugglers. The majority of the evidence contains drugs (cocaine, heroin, and methamphetamine) in sealed evidence packages, boxes, and other containers. The materials in the evidence vaults were not inventoried as the contents of the vaults will be moved out of the facility when the DEA vacates the building. URS did collect four wipe samples of the settled dust in the facility and had the wipe samples analyzed for drugs. Two surface wipe samples were collected from the inside the ducting of the ventilation system, one wipe sample was collected from the laboratory counter top, and one wipe sample was collected from a storage shelf located inside the vault (Figure 2). The wipe samples were collected on sterile alcohol wipes provided by the laboratory. To collect the samples, a one foot square area was wiped, the alcohol wipe was placed inside a sterile specimen plastic container provided by the laboratory and sealed inside a tamper proof bag. The samples were taken drive to Workcare, Inc., a medical management company, where the custody and control forms were completed and the samples were sent via Federal Express to Pacific Toxicology Laboratory (PacTox) for laboratory analysis. Pacific Toxicology Laboratories analyzed the wipe samples for five drugs. The analysis identified positive levels of cocaine, heroin, phencyclidine, and methamphetamine in all of the wipe samples. This would indicate that the settled dust throughout the facility and dust located in the ventilation system contains detectable levels of drugs.

## 3.6 PRE-DEMOLITION MOLD/FUNGI SURVEY

On December 7, 2002, URS performed a pre-renovation/demolition walk-through mold and fungi survey at the West 35th Street laboratory facility. A Senior Industrial Hygienist (Mr. Ron Miller) examined the

building for water intrusion resulting in mold and fungi damage to the structure. Areas identified as having water damage were identified and investigated for moisture by using a moisture level meter. Approximately seven areas were identified as having damage from water intrusion. The hallway along the laboratory's southern wall and across from the fingerprint room (Room 138) has a water damaged wall and peeling paint. The exterior concrete wall of the former reception area has a water damaged wall and peeling paint. The exterior concrete wall of the northwest open office areas (Rooms 202 and 211) has peeling paint. The hallway ceiling outside of Room 165 has water damaged drywall and spray-on ceiling material. Water staining was observed on the 2 ft. by 4 ft. suspended ceiling tiles located in Room 121 of the laboratory area. Mr. Miller observed water staining and the bubbling of wall paint on the surfaces impacted by the water. However, no visible mold or fungi was observed on the surface areas. No samples were collected for laboratory analysis.

## 3.7 SOIL BORINGS

Soil samples were collected from beneath the cored concrete slab in the Compressor room and The Chemical Storage Room on December 7, 2002 using a hand auger fitted with a drive sampler containing 2-inch brass sample sleeves. One sample was collected near the southwest corner of the Compressor Room approximately 0.5 feet below ground surface (bgs) and labeled B1-0.5-021207. One sample was collected near the northwest corner of the Chemical Storage Room approximately 0.5 feet bgs and labeled B2-0.5-021207. The soil sample locations are shown on Figure 2.

The sampler was driven 6 inches with a manual slide-hammer. After being driven six inches, the sampler was disassembled and the brass sleeves containing soil samples were removed from the inner sample barrel. The sampler was decontaminated between each sample collection and before adding new sample sleeves. Sampling equipment was cleaned using a dilute Alconox solution followed by rinsing with fresh water, final rinsing with distilled water, and air-drying.

Soil samples were collected using the current EPA method 5035 protocol required by the RWQCB. Upon retrieval of the sampler at each sampling interval, sample sleeves were separated and observed for possible staining. Encore™ samples were then collected from selected sample sleeves for VOC and TPH analysis.

Soil samples were properly sealed, labeled, and recorded on a chain of custody document (Appendix B). The sample labels affixed to the samples included the following information; boring designation, sample number, sample depth, date, collector initials, site/client name, and time of collection. The sealed and labeled samples were placed in an ice chest and transported, under chain of custody, to EnviroMatrix Analytical, Inc., a California Department of Health Services accredited laboratory.

All soil samples were analyzed for TPH as gasoline (TPHg), diesel fuel (TPHd), oil (TPHo), by EPA Method 8015B. The samples were also analyzed for VOCs including BTEX and methyl tert-butyl ether (MTBE) by EPA Method 8260B. Laboratory analytical reports are presented in Appendix A; TPHg, TPHd, TPHo, BTEX, MTBE, and other VOCs were not detected in the soil samples collected.

# 4.0 CONCLUSIONS AND RECOMMENDATIONS

## 4.1 ASBESTOS CONTAINING MATERIALS

Friable ACM is present in the spray-on textured ceiling materials located on the ceiling of the hallways, offices and laboratory vaults. Non-friable ACM is present in the 12 inch by 12 inch vinyl floor tiles and mastic, fume hood transite panels, building joint putty material, and roofing mastic of the building. The presence of ACM in the facility does not mean that the health of the occupants is endangered. If ACM remains in good condition and is not disturbed, exposures to asbestos are expected to be negligible. However, when ACM deteriorates, is disturbed or damaged, such as during renovation or demolition operations, asbestos fibers may be released creating a potential health hazard for building occupants and construction personnel.

A licensed abatement contractor should remove the ACM prior to demolition. URS recommends the following:

- Remove and dispose of ACM prior to renovation/demolition, in accordance with Federal, State, and local regulations and ordinances, and
- Prepare bid documents and specifications for the renovation project to control the project and ensure lawful removal techniques are used.

A State-certified asbestos abatement contractor should perform removal of asbestos. A third party should provide renovation oversight to ensure that the contractor complies with the specifications, proper protective equipment is used, and proper disposal procedures are followed.

In addition to the above-mentioned recommendations, the following precautions should be taken prior to any repair or maintenance activities involving less than 100 square feet of ACM:

- Do not cut, sand, or drill materials containing asbestos
- Prior to initiating maintenance and renovation activities that would disturb the ACM, thoroughly wet the area to prevent possible release into the air
- Remove dust with a high-efficiency particulate air (HEPA) vacuum or wet wipe with disposable towels, and
- Follow Federal, State and local regulations for proper disposal of ACM

## 4.2 LEAD-BASED PAINT

No elevated concentrations of lead were found in the interior and exterior paints of the West 35th Street laboratory facility.

## 4.3 POLYCHLORINATED BIPHENYLS

Of the twenty lighting ballasts inspected at the 402 West 35th Street building, eighteen of the ballasts did not have the "PCB-free" label. Therefore, approximately ninety percent of the light ballasts in the

building are expected to contain PCB based on building dimensions, approximately 4,000 ballasts will need to be removed before building demolition begins.

## 4.4 HAZARDOUS MATERIALS/CHEMICALS

Hazardous materials were identified in the laboratory, chemical storage rooms, compressor room, and chemical storage cabinets. The DEA facility personnel have assured URS that the chemicals will be removed prior to the building being turned over to the owner.

The settled dust containing heroin, cocaine, and methamphetamine in the laboratory, the evidence vault and in the ventilation system could pose a hazard to the construction/abatement workers during renovation/demolition activities. This dust should be removed during the abatement of the hazardous materials. Additional wipe samples should also be collected in other areas of the facility and the ventilation system. The sample results should be used to identify other areas where drug-impacted dust needs to be remediated. No specific cleanup criteria for these types of chemicals have been proposed by the regulatory agencies, so a remediation standard of no detectable concentrations will need to be used.

## 4.5 MOLD AND FUNGI

No visible mold or fungi were identified in the building during the survey. Mold or fungi may however be present inside the walls or covered by building materials. This survey did not include destructive testing of the walls and ceiling. During the renovation/demolition activities, a qualified inspector should be available to collect samples if mold or fungi is discovered by the construction activities.

## 4.6 SOIL BORINGS

TPHg, TPHd, TPHo, BTEX, MTBE, and other VOCs were not detected in the soil samples collected from beneath the slab of the chemical storage room and the compressor room.

# 5.0 LIMITATIONS

The conclusions presented in this report are professional opinions based on the indicated data described in this report. They are intended only for the purpose, the location, and the project indicated. The survey for ACM, LBP, and PCBs was intended to be comprehensive enough to provide data sufficient for the purpose of renovation/demolition of the West 35th Street laboratory building. Buried or otherwise inaccessible ACM and LBP may not have been identified. If suspect-building materials should become accessible because of renovation activities, they should be tested for asbestos and lead content.

Changes in applicable standards may occur as a result of legislation or the broadening of knowledge. Accordingly, the findings of this report may be invalidated, wholly or in part, by changes beyond our control. Opinions and judgments expressed herein, which are based on our understanding and interpretation of current regulatory standards, should not be construed as legal opinions.

# TABLES

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Sheet 1 of 16
Date: December 7, 2002

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory Facility
Address: 402 West 35th Street
San Diego, California

Industrial Hygienist and California Certified
Asbestos Consultant and No: Ron Miller, Cert. # 92-0470
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Roof | 402-R1 | Roofing Flashing | Roof | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ☐<br>Med ☐<br>Low ■ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Roof | 402-R2 | Roofing Flashing | Roof | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ☐<br>Med ☐<br>Low ■ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Roof | 402-R3 | Roofing Flashing | Roof | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ☐<br>Med ☐<br>Low ■ | Yes ■<br>No ☐ | | No Asbestos Detected |