# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 2 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Roof | 402-R4 | Roofing Mastic | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R5 | Roofing Mastic | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | 8,496 Square feet | 7 Percent Chrysotile |
| Roof | 402-R6 | Roofing Mastic | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R7 | Fume Hood Vent Box Tape | Fume Hood | Yes ■<br>No □ | Good □<br>Fair ■<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 3 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Friable | Condition | Accessibility | | | |
| Roof | 402-R8 | Fume Hood Vent Box Tape | Fume Hood | Yes ■<br>No ☐ | Good ☐<br>Fair ■<br>Poor ☐ | High ☐<br>Med ☐<br>Low ■ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Roof | 402-R9 | Fume Hood Vent Box Tape | Fume Hood | Yes ■<br>No ☐ | Good ☐<br>Fair ■<br>Poor ☐ | High ☐<br>Med ☐<br>Low ■ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Roof | 402-R10 | Rolled Roofing Material | Roof | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ☐<br>Med ☐<br>Low ■ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Roof | 402-R11 | Rolled Roofing Felt | Roof | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ☐<br>Med ☐<br>Low ■ | Yes ■<br>No ☐ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 4 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Friable | Condition | Accessibility | | | |
| Roof | 402-R12 | Rolled Roofing Material | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R13 | Rolled Roofing Felt | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R14 | Rolled Roofing Material | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R15 | Rolled Roofing Felt | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 5 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Roof | 402-R16 | Rolled Roofing Material | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R17 | Rolled Roofing Felt | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R18 | Rolled Roofing Material | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |
| Roof | 402-R19 | Rolled Roofing Felt | Roof | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 6 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Friable | Condition | Accessibility | | | |
| Roof | 402-R20 | HVAC Vent Tape | Roof | Yes ■<br>No □ | Good □<br>Fair ■<br>Poor □ | High □<br>Med □<br>Low ■ | Yes □<br>No ■ | | No Asbestos Detected |
| Roof | 402-R21 | HVAC Vent Tape | Roof | Yes ■<br>No □ | Good □<br>Fair ■<br>Poor □ | High □<br>Med □<br>Low ■ | Yes □<br>No ■ | | No Asbestos Detected |
| Roof | 402-R22 | HVAC Vent Tape | Roof | Yes ■<br>No □ | Good □<br>Fair ■<br>Poor □ | High □<br>Med □<br>Low ■ | Yes □<br>No ■ | | No Asbestos Detected |
| Int. | 402-SPR1 | Spray-on Ceiling Material | Evidence Room | Yes ■<br>No □ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | 10,804 square feet | 5 Percent Chrysotile |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 7 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Friable | Condition | Accessibility | | | |
| Int. | 402-SPR2 | Spray-on Ceiling Material | Laboratory Hallway | Yes ■<br>No □ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | Sames as 402-SPRI | 3 Percent Chrysotile |
| Int. | 402-SPR3 | Spray-on Ceiling Material | Room 121 Ceiling | Yes ■<br>No □ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | Sames as 402-SPRI | 4 Percent Chrysotile |
| Int. | 402-SPR4 | Spray-on Ceiling Material | Room 128 Ceiling | Yes ■<br>No □ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | Sames as 402-SPRI | 3 Percent Chrysotile |
| Int. | 402-SPR5 | Spray-on Ceiling Material | Office Hallway | Yes ■<br>No □ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | Sames as 402-SPRI | 5 Percent Chrysotile |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 8 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Int. | 402-SPR6 | Spray-on Ceiling Material | Office Hallway | Yes ■<br>No ☐ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | Sames as 402-SPRI | 6 Percent Chrysotile |
| Int. | 402-SPR7 | Spray-on Ceiling Material | Office Hallway | Yes ■<br>No ☐ | Good ☐<br>Fair ☐<br>Poor ■ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Int. | 402-CT1 | 2 ft. by 4 ft. Suspended Ceiling Tile | Room 143 Ceiling | Yes ■<br>No ☐ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Int. | 402-CT2 | 2 ft. by 4 ft. Suspended Ceiling Tile | Room 121 Ceiling | Yes ■<br>No ☐ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 9 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Int. | 402-CT3 | 2 ft. by 4 ft. Suspended Ceiling Tile | Room 128 Ceiling | Yes ■<br>No ☐ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Int. | 402-CT4 | 2 ft. by 4 ft. Suspended Ceiling Tile | Office Ceiling | Yes ■<br>No ☐ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Int. | 402-CT5 | 2 ft. by 4 ft. Suspended Ceiling Tile | Office Ceiling | Yes ■<br>No ☐ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | No Asbestos Detected |
| Int. | 402-CT6 | 2 ft. by 4 ft. Suspended Ceiling Tile | Office Ceiling | Yes ■<br>No ☐ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | No Sample Submitted |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 10 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Friable | Condition | Accessibility | | | |
| Int. | 402-SH1 | Tan w/specks Sheet Vinyl Flooring Material | Laboratory Mens Bathroom | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | No Asbestos Detected |
| Int. | 402-SH2 | Tan w/specks Sheet Vinyl Flooring Material | Laboratory Mens Bathroom | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | | Sheeting = No Asbestos Detected Mastic = No Asbestos Detected |
| Int. | 402-SH3 | Tan w/specks Sheet Vinyl Flooring Material | Laboratory Womens Bathroom | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | | No Asbestos Detected |
| Int. | 402-SH4 | Tan w/specks Sheet Vinyl Flooring Material | Office Mens Bathroom | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | | Sheeting = No Asbestos Detected Mastic = No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 11 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Int. | 402-SH5 | Tan w/specks Sheet Vinyl Flooring Material | Office Womens Bathroom | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | Sheeting = No Asbestos Detected<br>Mastic = No Asbestos Detected |
| Int. | 402-T1 | 12 inch. By 12 inch. Tan w/specks Vinyl Floor Tile | Evidence Room | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | 18,938 Square Feet | Tile = 2 Percent Chrysotile<br>Mastic = 7 Percent Chrysotile |
| Int. | 402-T2 | 12 inch. By 12 inch. Tan w/specks Vinyl Floor Tile | Evidence Room | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | Same as 402-TI | Tile = 3 Percent Chrysotile<br>Mastic = 7 Percent Chrysotile |
| Int. | 402-T3 | 12 inch. By 12 inch. Tan w/specks Vinyl Floor Tile | Evidence Room | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | Same as 402-TI | Tile = 2 Percent Chrysotile<br>Mastic = 7 Percent Chrysotile |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 12 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Friable | Condition | Accessibility | | | |
| Int. | 402-T4 | 12 inch. By 12 inch. White Vinyl Floor Tile | Room 143 | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |
| Int. | 402-T5 | 12 inch. By 12 inch. White Vinyl Floor Tile | Room 121 | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |
| Int. | 402-T6 | 12 inch. By 12 inch. White Vinyl Floor Tile | Room 128 | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |
| Int. | 402-T7 | 12 inch. By 12 inch. Vinyl Floor Tile Under the White Tile | Room 128 | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 13 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Int. | 402-T8 | 12 inch. By 12 inch. Vinyl Floor Tile Under the White Tile | Room 128 | Yes ☐ No ■ | Good ■ Fair ☐ Poor ☐ | High ■ Med ☐ Low ☐ | Yes ☐ No ■ | Sames as 402-TI | Tile = 2 Percent Chrysotile Mastic = No Asbestos Detected |
| Int. | 402-T9 | 12 inch. By 12 inch. Vinyl Floor Tile Under the White Tile | Hallway | Yes ☐ No ■ | Good ■ Fair ☐ Poor ☐ | High ■ Med ☐ Low ☐ | Yes ☐ No ■ | Same as 402-TI | Tile = 2 Percent Chrysotile Mastic = No Asbestos Detected |
| Int. | 402-T10 | 12 inch. By 12 inch. Gray Vinyl Floor Tile | Cell Area | Yes ☐ No ■ | Good ■ Fair ☐ Poor ☐ | High ■ Med ☐ Low ☐ | Yes ☐ No ■ | | No Asbestos Detected |
| Int. | 402-T11 | 12 inch. By 12 inch. Gray Vinyl Floor Tile | Cell Area | Yes ☐ No ■ | Good ■ Fair ☐ Poor ☐ | High ■ Med ☐ Low ☐ | Yes ☐ No ■ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 14 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Int. | 402-T12 | 12 inch. By 12 inch. Gray Vinyl Floor Tile | Cell Area | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | | No Asbestos Detected |
| Int. | 402-T13 | 12 inch. By 12 inch. Vinyl Floor Tile Under the Gray Tile | Cell Area | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | Same as 402-TI | Tile = 2 Percent Chrysotile Mastic = 7 Percent Chrysotile |
| Int. | 402-DW1 | Drywall and Skim Coat Material | Room 143 | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | | No Asbestos Detected |
| Int. | 402-DW2 | Drywall and Skim Coat Material | Room 121 | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 15 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Friable | Material: Condition | Material: Accessibility | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| Int. | 402-DW3 | Drywall and Skim Coat Material | Room 128 | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |
| Int. | 402-DW4 | Drywall and Skim Coat Material | Office Area | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |
| Int. | 402-DW5 | Drywall and Skim Coat Material | Office Area | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |
| Int. | 402-DW6 | Drywall and Skim Coat Material | Office Area | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ☐<br>No ■ | | No Asbestos Detected |

# TABLE 3
# ASBESTOS BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory facility

Sheet 16 of 16
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | Results |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Friable | Condition | Accessibility | | | |
| Ext. | 402-1 | Building Joint Putty | Exterior Seam | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | 700 linear feet | 8 Percent Chrysotile |
| Ext. | 402-2 | Building Joint Putty | Exterior Seam | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | Same as 402-1 | 8 Percent Chrysotile |
| Ext. | 402-3 | Building Joint Putty | Exterior Seam | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | Same as 402-1 | 8 Percent Chrysotile |
| Int. | N/A | Twelve Fume Hoods with Transite Panels | Laboratory | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes □<br>No ■ | 500 Square feet | Assumed ACM |



[illegible]