# TABLE 4
# LEAD PAINT BULK SAMPLING DATA SHEETS

Sheet 1 of 4
Date: December 7, 2002

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory Facility
Address: 402 West 35th Street

Industrial Hygienist and California Certified
Asbestos Consultant and No: Ron Miller, Cert. # 207160470C
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material: Flaking | Material: Condition | Material: Accessibility | Photo | Quantity | mg/kg (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| Ext. | 402-P1 | Exterior Brown Trim Paint | Exterior Walls | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High □<br>Med □<br>Low ■ | Yes ■<br>No □ | | <100 |
| Int. | 402-P2 | Tan Wall Paint | Laboratory Hallway | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |
| Int. | 402-P3 | Tan Wall Paint | Laboratory Hallway | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |

# TABLE 4
# LEAD PAINT BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory Facility

Sheet 2 of 4
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | mg/kg (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Flaking | Condition | Accessibility | | | |
| Int. | 402-P4 | Green Wall Paint | Compressor Room | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |
| Int. | 402-P5 | Tan Wall Paint | Cinder Block Walls | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |
| Int. | 402-P6 | White Wall Paint | Office Area | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |



t:\hi90fy99\leadJ.xls

# TABLE 4
# LEAD PAINT BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory Facility

Sheet 3 of 4
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | mg/kg (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Flaking | Condition | Accessibility | | | |
| Int. | 402-P7 | Blue Wall Paint | Office Area | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |
| Int. | 402-P8 | Blue Wall Paint | Office Area | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |
| Int. | 402-P9 | Pink Wall Paint | Office Area | Yes □<br>No ■ | Good ■<br>Fair □<br>Poor □ | High ■<br>Med □<br>Low □ | Yes ■<br>No □ | | <100 |



t:\hi90fy99\leadJ.xls

# TABLE 4
# LEAD PAINT BULK SAMPLING DATA SHEETS

Project: DEA Laboratory
Building: Drug Enforcement Agency South West Laboratory Facility

Sheet 4 of 4
Date: December 7, 2002
Job No.: 29873174

| Floor | Sample Number | Material Sampled | Sample Location | Material | | | Photo | Quantity | mg/kg (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Flaking | Condition | Accessibility | | | |
| Int. | 402-P10 | Pink Wall Paint | Cell Area | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | <100 |
| Ext. | 402-11 | Exterior Tan Wall Paint | Exterior Walls | Yes ☐<br>No ■ | Good ■<br>Fair ☐<br>Poor ☐ | High ■<br>Med ☐<br>Low ☐ | Yes ■<br>No ☐ | | <100 |

# TABLE 5
# STORAGE ROOM
# CHEMICAL INVENTORY

Chloroform-UN1888

Methanol-UN1230

Isopropyl Alcohol –Spectticophotometric grade

Bleach Starter-Kodak

Methyl Alcohol

Methyl Ethyl Keton

Hexane UV

Ethyle Alcohol 55-gallon

Acetonitizile

Acetone

Ethylglcoldimethyl ether

Aceophenome

Ether

Cyclohexane

# FIGURES




Site Location Map 412

| January 3, 2002 | Figure 1 | South West DEA Facility | URS |
|---|---|---|---|

# APPENDIX A

# LABORATORY ANALYTICAL RESULTS

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

December 16, 2002

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

RE: URS Corporation / Santa Ana
Job Number 902121194
P.O. # DEA Lab
DEA Lab; 402 W. 35th St.

Dear Ron Miller:

Enclosed are the results for PLM asbestos analysis of the following URS Corporation / Santa Ana samples received at SCILAB on Wednesday, December 11, 2002, for a 5 day turnaround:

Sample ID 402-R1 through 402-3

The 62 samples contained in Ziplock Bags were shipped to SciLab via Federal Express. These samples were prepared and analyzed according to the EPA Interim Method (EPA 600/M4-82-020 per 40 CFR 763, subpt F, App. A). The required analytical information, analysis results, analyst signature and laboratory identification is contained in the Analyst's Report.

This report relates ONLY to the sample analysis expressed as percent asbestos. SciLab assumes no responsibility for customer supplied data such as "sample type", "location", or "area sampled". This report must not be used to claim product endorsement by SciLab, NVLAP or any agency of the U. S. Government. The National Institute of Standards and Technology Accreditation requirements, mandates that this report must not be reproduced, except in full without the written approval of the laboratory. This report may contain specific data not covered by NVLAP or ELAP accreditations respectively, if so identified in relevant footnotes.

SciLab appreciates this opportunity to serve your organization. Please contact us for any further assistance or with any questions.

Sincerely,

Mary S. De Leon
Customer Service

SCILAB

SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 1 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R1 | 902121194-01 | *No* | NAD |

**Location:** Roofing Flashing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 25. %, Non-fibrous 75. %

| | | | |
|---|---|---|---|
| 02-R2 | 902121194-02 | *No* | NAD |

**Location:** Roofing Flashing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 25. %, Non-fibrous 75. %

| | | | |
|---|---|---|---|
| 402-R3 | 902121194-03 | *No* | NAD |

**Location:** Roofing Flashing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 30. %, Non-fibrous 70. %

| | | | |
|---|---|---|---|
| 402-R4 | 902121194-04 | *No* | NAD |

**Location:** Roofing Mastic

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 02-R5 | 902121194-05 | *Yes* | 7 % |

**Location:** Roofing Mastic

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 7. %
**Other Material:** Non-fibrous 93. %

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab


**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R6 | 902121194-06 | *No* | NAD |

**Location:** Roofing Mastic

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 30. %, Non-fibrous 70. %

| | | | |
|---|---|---|---|
| ·02-R7 | 902121194-07 | *No* | NAD |

**Location:** Fume Hood Exhaust

**Description:** Black/Off-White, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 70. %, Non-fibrous 30. %

| | | | |
|---|---|---|---|
| 402-R8 | 902121194-08 | *No* | NAD |

**Location:** Fume Hood Exhaust

**Description:** Beige/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 70. %, Non-fibrous 30. %

| | | | |
|---|---|---|---|
| 402-R9 | 902121194-09 | *No* | NAD |

**Location:** Fume Hood Exhaust

**Description:** Grey/Beige, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 70. %, Non-fibrous 30. %

| | | | |
|---|---|---|---|
| ?2-R10 | 902121194-10 | *No* | NAD |

**Location:** Rolled Roofing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 20. %, Non-fibrous 80. %

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 3 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R11 | 902121194-11 | *No* | NAD |

**Location:** Rolled Roofing Felt

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 20. %, Non-fibrous 80. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R12 | 902121194-12 | *No* | NAD |

**Location:** Rolled Roofing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 20. %, Non-fibrous 80. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R13 | 902121194-13 | *No* | NAD |

**Location:** Rolled Roofing Felt

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R14 | 902121194-14 | *No* | NAD |

**Location:** Rolled Roofing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 20. %, Non-fibrous 80. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 02-R15 | 902121194-15 | *No* | NAD |

**Location:** Rolled Roofing Felt

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 60. %, Non-fibrous 40. %

SCILAB

SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 4 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R16 | 902121194-16 | *No* | NAD |

**Location:** Rolled Roofing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 20. %, Non-fibrous 80. %

| | | | |
|---|---|---|---|
| +02-R17 | 902121194-17 | *No* | NAD |

**Location:** Rolled Roofing Felt

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 402-R18 | 902121194-18 | *No* | NAD |

**Location:** Rolled Roofing

**Description:** Black/Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Fibrous glass 20. %, Non-fibrous 80. %

| | | | |
|---|---|---|---|
| 402-R19 | 902121194-19 | *No* | NAD |

**Location:** Rolled Roofing Felt

**Description:** Black, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 30. %, Non-fibrous 70. %

| | | | |
|---|---|---|---|
| 02-R20 | 902121194-20 | *No* | NAD |

**Location:** HVAC Duct Tape

**Description:** Grey, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 70. %, Non-fibrous 30. %

SCILAB

SCIENTIFIC LABORATORIES
OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 5 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-R21 | 902121194-21 | *No* | NAD |

**Location:** HVAC Duct Tape

**Description:** Black/Beige, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 30. %, Non-fibrous 70. %

| | | | |
|---|---|---|---|
| 402-R22 | 902121194-22 | *No* | NAD |

**Location:** HVAC Duct Tape

**Description:** Beige/Silver, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 402-SPR1 | 902121194-23 | *Yes* | 5 % |

**Location:** Spray-On Ceiling

**Description:** White, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 5. %
**Other Material:** Non-fibrous 95. %

| | | | |
|---|---|---|---|
| 402-SPR2 | 902121194-24 | *Yes* | 3 % |

**Location:** Spray-On Ceiling

**Description:** White, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 3. %
**Other Material:** Non-fibrous 97. %

| | | | |
|---|---|---|---|
| 402-SPR3 | 902121194-25 | *Yes* | 4 % |

**Location:** Spray-On Ceiling

**Description:** White, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 4. %
**Other Material:** Non-fibrous 96. %

SCILAB

SCIENTIFIC LABORATORIES
OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab


**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-SPR4 | 902121194-26 | *Yes* | 3 % |

**Location:** Spray-On Ceiling

**Description:** White, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 3. %
**Other Material:** Non-fibrous 97. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 02-SPR5 | 902121194-27 | *Yes* | 5 % |

**Location:** Spray-On Ceiling

**Description:** White, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 5. %
**Other Material:** Non-fibrous 95. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-SPR6 | 902121194-28 | *Yes* | 7 % |

**Location:** Spray-On Ceiling

**Description:** White, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 7. %
**Other Material:** Non-fibrous 93. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-SPR7 | 902121194-29 | *No* | NAD |

**Location:** Spray-On Ceiling

**Description:** White, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| )2-CT1 | 902121194-30 | *No* | NAD |

**Location:** Ceiling Tile

**Description:** Beige/White, Heterogeneous, Bulk Material **420**
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Fibrous glass 30. %, Non-fibrous 30. %