SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 7 of 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-CT2 | 902121194-31 | *No* | NAD |

**Location:** Ceiling Tile

**Description:** Beige/White, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Fibrous glass 30. %, Non-fibrous 30. %

| | | | |
|---|---|---|---|
| )2-CT3 | 902121194-32 | *No* | NAD |

**Location:** Ceiling Tile

**Description:** Beige/White, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Fibrous glass 30. %, Non-fibrous 30. %

| | | | |
|---|---|---|---|
| 402-CT4 | 902121194-33 | *No* | NAD |

**Location:** Ceiling Tile

**Description:** Beige/White, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Fibrous glass 30. %, Non-fibrous 30. %

| | | | |
|---|---|---|---|
| 402-CT5 | 902121194-34 | *No* | NAD |

**Location:** Ceiling Tile

**Description:** Beige/White, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Fibrous glass 30. %, Non-fibrous 30. %

SCILAB

SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 8 **of** 12

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-CT6 | 902121194-35 | | NA |

**Location:** Ceiling Tile

**Description:** Bulk Material
**Asbestos Types:**
**Other Material:**
**Comment:** No Sample submitted.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| +02-Sh1 | 902121194-36 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Beige, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-Sh2 | 902121194-37F1 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Beige, Heterogeneous, Linoleum
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-Sh2 | 902121194-37M1 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

SCILAB

SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 9 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-Sh3 | 902121194-38 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Beige, Heterogeneous, Linoleum
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 02-Sh4 | 902121194-39F1 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Beige, Heterogeneous, Linoleum
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 402-Sh4 | 902121194-39M1 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 402-Sh5 | 902121194-40F1 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Beige/Grey, Heterogeneous, Linoleum
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 02-Sh5 | 902121194-40M1 | *No* | NAD |

**Location:** Sheet Vinyl Flooring

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

SciLab

SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 10 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T1 | 902121194-41F1 | *Yes* | 2 % |

**Location:** Vinyl Floor Tile

**Description:** Off-White, Heterogeneous, Floor Tile
**Asbestos Types:** Chrysotile 2. %
**Other Material:** Non-fibrous 98. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 02-T1 | 902121194-41M1 | *Yes* | 7 % |

**Location:** Vinyl Floor Tile

**Description:** Black, Heterogeneous, Mastic
**Asbestos Types:** Chrysotile 7. %
**Other Material:** Non-fibrous 93. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T2 | 902121194-42F1 | *Yes* | 3 % |

**Location:** Tan Vault Area

**Description:** Beige, Heterogeneous, Floor Tile
**Asbestos Types:** Chrysotile 3. %
**Other Material:** Non-fibrous 97. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T2 | 902121194-42M1 | *Yes* | 7 % |

**Location:** Tan Vault Area

**Description:** Black, Heterogeneous, Mastic
**Asbestos Types:** Chrysotile 7. %
**Other Material:** Non-fibrous 93. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 02-T3 | 902121194-43F1 | *Yes* | 2 % |

**Location:** Tan Vault Area

**Description:** Beige, Heterogeneous, Floor Tile
**Asbestos Types:** Chrysotile 2. %
**Other Material:** Non-fibrous 98. %

SCILAB

SCIENTIFIC LABORATORIES
OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T3 | 902121194-43M1 | *Yes* | 7 % |

**Location:** Tan Vault Area

**Description:** Black, Heterogeneous, Mastic
**Asbestos Types:** Chrysotile 7. %
**Other Material:** Non-fibrous 93. %

| | | | |
|---|---|---|---|
| 02-T4 | 902121194-44F1 | *No* | NAD |

**Location:** Vinyl Floor Tile

**Description:** Off-White, Heterogeneous, Floor Tile
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 402-T4 | 902121194-44M1 | *No* | NAD |

**Location:** Vinyl Floor Tile

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 402-T5 | 902121194-45F1 | *No* | NAD |

**Location:** White Lab Area

**Description:** Off-White, Heterogeneous, Floor Tile
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| '02-T5 | 902121194-45M1 | *No* | NAD |

**Location:** White Lab Area

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

SCI LAB

SCIENTIFIC LABORATORIES
OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 12 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T6 | 902121194-46F1 | *No* | NAD |

**Location:** White Lab Area

**Description:** Grey, Heterogeneous, Floor Tile
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 02-T6 | 902121194-46M1 | *No* | NAD |

**Location:** White Lab Area

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T7 | 902121194-47 | *No* | NAD |

**Location:** Bottom Layer

**Description:** Tan, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T8 | 902121194-48F1 | *Yes* | 2 % |

**Location:** VFT Lab Area

**Description:** Beige, Heterogeneous, Floor Tile
**Asbestos Types:** Chrysotile 2. %
**Other Material:** Non-fibrous 98. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 02-T8 | 902121194-48M1 | *No* | NAD |

**Location:** VFT Lab Area

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

SCILAB

SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 13 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T9 | 902121194-49F1 | *Yes* | 2 % |

**Location:** VFT Lab Area

**Description:** Beige, Heterogeneous, Floor Tile
**Asbestos Types:** Chrysotile 2. %
**Other Material:** Non-fibrous 98. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| )2-T9 | 902121194-49M1 | *No* | NAD |

**Location:** VFT Lab Area

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T10 | 902121194-50F1 | *No* | NAD |

**Location:** VFT Gray

**Description:** Grey, Heterogeneous, Floor Tile
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T10 | 902121194-50M1 | *No* | NAD |

**Location:** VFT Gray

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| )2-T11 | 902121194-51F1 | *No* | NAD |

**Location:** Call Area

**Description:** Grey, Heterogeneous, Floor Tile
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 14 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-T11 | 902121194-51M1 | *No* | NAD |

**Location:** Call Area

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 02-T12 | 902121194-52F1 | *No* | NAD |

**Location:** Call Area

**Description:** Grey, Heterogeneous, Floor Tile
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 402-T12 | 902121194-52M1 | *No* | NAD |

**Location:** Call Area

**Description:** Cream, Heterogeneous, Mastic
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 402-T13 | 902121194-53F1 | *Yes* | 2 % |

**Location:** VFT Under Gray VFT

**Description:** Beige, Heterogeneous, Floor Tile
**Asbestos Types:** Chrysotile 2. %
**Other Material:** Non-fibrous 98. %

| | | | |
|---|---|---|---|
| 02-T13 | 902121194-53M1 | *Yes* | 7 % |

**Location:** VFT Under Gray VFT

**Description:** Black, Heterogeneous, Mastic
**Asbestos Types:** Chrysotile 7. %
**Other Material:** Non-fibrous 93. %

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 15 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-DW1 | 902121194-54.1 | *No* | NAD |

**Location:** Drywall With Skim

**Description:** White, Heterogeneous, Joint Compound
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-DW1 | 902121194-54.2 | *No* | NAD |

**Location:** Drywall With Skim

**Description:** White/Brown, Heterogeneous, Drywall
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-DW2 | 902121194-55.1 | *No* | NAD |

**Location:** Drywall With Skim

**Description:** White, Heterogeneous, Joint Compound
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-DW2 | 902121194-55.2 | *No* | NAD |

**Location:** Drywall With Skim

**Description:** White/Brown, Heterogeneous, Drywall
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 02-DW3 | 902121194-56.1 | *No* | NAD |

**Location:** Drywall With Skim

**Description:** Beige, Heterogeneous, Joint Compound
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 16 **of** 17
**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-DW3 | 902121194-56.2 | *No* | NAD |

**Location:** Drywall With Skim
**Description:** White/Brown, Heterogeneous, Drywall
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 02-DW4 | 902121194-57.1 | *No* | NAD |

**Location:** Drywall With Skim
**Description:** White, Heterogeneous, Joint Compound
**Asbestos Types:**
**Other Material:** Non-fibrous 100. %

| | | | |
|---|---|---|---|
| 402-DW4 | 902121194-57.2 | *No* | NAD |

**Location:** Drywall With Skim
**Description:** White/Brown, Heterogeneous, Drywall
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 402-DW5 | 902121194-58 | *No* | NAD |

**Location:** Drywall With Skim
**Description:** White/Brown, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

| | | | |
|---|---|---|---|
| 02-DW6 | 902121194-59 | *No* | NAD |

**Location:** Drywall With Skim
**Description:** White/Brown, Heterogeneous, Bulk Material
**Asbestos Types:**
**Other Material:** Cellulose 40. %, Non-fibrous 60. %

SCI LAB

SCIENTIFIC LABORATORIES
OF CALIFORNIA, INC.

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

# PLM Bulk Asbestos Report

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

**Date Received** 12/11/2002 **SciLab Job No.** 902121194
**Date Examined** 12/16/2002 **P.O. #** DEA Lab
**Page** 17 **of** 17

**RE:** DEA Lab; 402 W. 35th St.

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 402-1 | 902121194-60 | *Yes* | 8 % |

**Location:** Building Joint

**Description:** Grey, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 8. %
**Other Material:** Non-fibrous 92. %

| | | | |
|---|---|---|---|
| 02-2 | 902121194-61 | *Yes* | 8 % |

**Location:** Building Joint

**Description:** Grey, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 8. %
**Other Material:** Non-fibrous 92. %

| | | | |
|---|---|---|---|
| 402-3 | 902121194-62 | *Yes* | 8 % |

**Location:** Building Joint

**Description:** Grey, Heterogeneous, Bulk Material
**Asbestos Types:** Chrysotile 8. %
**Other Material:** Non-fibrous 92. %

**Reporting Notes:**

Analyzed by: Wesene M. Sebhat ________; Date Analyzed: 12/16/02

*NAD/NSD = no asbestos detected; NA = not analyzed; NA/PS = not analyzed / positive stop; PLM Bulk Asbestos Analysis by EPA 600/M4-82-020 per 40 CFR 763 (NVLAP Lab #200346-0); Note: PLM is not consistently reliable in detecting asbestos in floor coverings and similar non-friable organically bound materials. TEM is currently the only method that can be used to determine if this material can be considered or treated as non-asbestos-containing in New York State (also see EPA Advisory for floor tile, FR 59, 146, 38970, 8/1/94). National Institute of Standards and Technology Accreditation requirements mandate that this report must not be reproduced except in full without the approval of the laboratory. This PLM report relates ONLY to the items tested.

Reviewed By: ________

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

December 12, 2002

URS Corporation / Santa Ana
Attn: Ron Miller
2020 East First Street
Suite 400
Santa Ana, CA 92705

RE: URS Corporation / Santa Ana
Job Number 402121107
P.O. # DEA Lab
DEA Lab; 402 W. 35th St.

Dear Ron Miller:

Enclosed are the results for lead analysis of the following URS Corporation / Santa Ana sample(s) received at SCILAB on December 11, 2002, for a 5 day turnaround:

402-P1, 402-P2, 402-P3, 402-P4, 402-P5, 402-P6, 402-P7, 402-P8, 402-P9, 402-P10, 402-P11

The 11 sample(s) contained in Ziplock Bags were shipped to SCILAB via Federal Express. The sample(s) were received in Good condition. The sample(s) were prepared and analyzed by modified EPA SW-846 Methods 3050 & 7420 using Flame Atomic Absorption Spectroscopy.

Table I represents a summary of the analysis results.

This report relates ONLY to the sample analysis expressed as lead in ppm (mg/kg). SCILAB assumes no responsibility for customer supplied data such as "sample location" or "area of collection". Complete analytical documentation is archived and available upon written request. The National Institute of Standards and Technology Accreditation requirements, mandates that this report must not be reproduced, except in full, and with the approval of the laboratory.

SCILAB appreciates this opportunity to serve your organization. Please contact us for any further assistance or questions.

Sincerely,

Jick J. Chen
Environmental Laboratory Director

SCILAB

**SCIENTIFIC LABORATORIES OF CALIFORNIA, INC.**

24416 SOUTH MAIN STREET • SUITE 308
CARSON, CA 90745
TEL: (310) 834-4868 • FAX: (310) 834-4772

**SciLab Job#:** 402121107

**Date Received:** 12/11/2002
**Date Analyzed:** 12/12/2002

## Lead Analysis Results

Paint

EPA Method 3050/7420

**URS Corporation / Santa Ana**

Santa Ana, CA

Job Site: DEA Lab; 402 W. 35th St.

| SciLab # 402121107 | Client Number | Sample Location | % Lead (w/w) | Lead (mg/kg = ppm) |
|---|---|---|---|---|
| 01 | 402-P1 | Exterior | <0.01 | <100 |
| 02 | 402-P2 | Interior | <0.01 | <100 |
| 03 | 402-P3 | Interior | <0.01 | <100 |
| 04 | 402-P4 | Interior | <0.01 | <100 |
| 05 | 402-P5 | Inteiror | <0.01 | <100 |
| 06 | 402-P6 | Interior | <0.01 | <100 |
| 07 | 402-P7 | Interior Blue | <0.01 | <100 |
| 3 | 402-P8 | Interior Blue | <0.01 | <100 |
| 9 | 402-P9 | Interior Pink | <0.01 | <100 |
| 10 | 402-P10 | Interior Pink | <0.01 | <100 |
| 11 | 402-P11 | Exterior Tan | <0.01 | <100 |

SciLab Reporting Limit is 0.01%, or 100mg/kg.
Scilab does not correct sample results by the blank value.
CA ELAP No. 2322. AIHA Lab No. 100530.

**Reviewed by:** ______

**Analyzed by:** ______
**Minh Phung**

TOXICOLOGY LABORATORIES Pactox
6160 Variel Ave, Woodland Hills, Ca 91367
(818) 598-3110 · FAX (818) 598-3118 · (800) 328-6942
www.pactox.com

97
W O R K C A R E INC
ATTN: PAULA SANDROCK
333 S ANITA DRIVE, SUITE 630
ORANGE, CALIFORNIA 92668

WIPE 3, SURFACE SAMPLE

12/13/2002 NG 01/09/2003 A4156707

# LABORATORY REPORT

BATCH: 4
MEDICAL DIRECTOR: E. ABRAMS, M.D.

REQUISITION #: 2145064

ORDERED PROCEDURES:
WIPE TEST DEA 5 DRUGS

CH=CRITICAL HIGH CL=CRITICAL LOW

| PROCEDURE NAME | OUT-OF RANGE | RESULT | UNITS | REFERENCE RANGE | DET LIMIT |
|---|---|---|---|---|---|
| WIPE TEST DEA 5 DRUGS | | | | | |
| COCAINE | | POSITIVE | ng/mL | | |
| HEROIN | | POSITIVE | ng/mL | | |
| METHAMPHETAMINE | | POSITIVE | ng/mL | | |
| ADDITIONAL AMPHETAMINES: AMPHETAMINE POSITIVE | | | | | |
| 9-THC (TETRAHYDROCANNABINOL) | | NEGATIVE | ng/mL | | |
| PHENCYCLIDINE | | POSITIVE | ng/mL | | |

THIS SPECIMEN WAS TESTED FOR THE FOLLOWING AT 10 ng/mL:

COCAINE
HEROIN
METHAMPHETAMINE
9-THC
PHENYCYLIDINE (PCP)

PLEASE NOTE: TESTING PERFORMED AT:
PACIFIC TOXICOLOGY LABORATORIES, INC.
6449 INDEPENDENCE AVENUE
WOODLAND HILLS, CA 91367

PACTOX
6160 Variel Ave., Woodland Hills, Ca 91367
(818) 598-3110 · FAX (818) 598-9116 · (800) 328-6942
www.pactox.com

WIPE 4, SURFACE SAMPLE

97
W O R K C A R E INC
ATTN: PAULA SANDROCK
333 S ANITA DRIVE, SUITE 630
ORANGE, CALIFORNIA 92668

12/13/2002 NG 01/09/2003 A4156716

# LABORATORY REPORT

BATCH: 4
MEDICAL DIRECTOR: E. ABRAMS, M.D.

REQUISITION #: 2145063

CH=CRITICAL HIGH CL=CRITICAL LOW

ORDERED PROCEDURES:
WIPE TEST DEA 5 DRUGS

| PROCEDURE NAME | OUT-OF RANGE | RESULT | UNITS | REFERENCE RANGE | DET LIMIT |
|---|---|---|---|---|---|
| WIPE TEST DEA 5 DRUGS | | | | | |
| COCAINE | | NEGATIVE | ng/mL | | |
| HEROIN | | NEGATIVE | ng/mL | | |
| METHAMPHETAMINE | | POSITIVE | ng/mL | | |
| ADDITIONAL AMPHETAMINES: AMPHETAMINE POSITIVE | | | | | |
| 9-THC (TETRAHYDROCANNABINOL) | | NEGATIVE | ng/mL | | |
| PHENCYCLIDINE | | POSITIVE | ng/mL | | |

THIS SPECIMEN WAS TESTED FOR THE FOLLOWING AT 10 ng/mL:

COCAINE
HEROIN
METHAMPHETAMINE
9-THC
PHENYCYLIDINE (PCP)

PLEASE NOTE: TESTING PERFORMED AT:
PACIFIC TOXICOLOGY LABORATORIES, INC.
6449 INDEPENDENCE AVENUE
WOODLAND HILLS, CA 91367