TOXICOLOGY LABORATORIES PacTox
6160 Variel Ave. Woodland Hills, Ca 91367
(818) 598-3110 - FAX (818) 598-3116 - (800) 328-6942
www.pactox.com

97
W O R K C A R E INC
ATTN: PAULA SANDROCK
333 S ANITA DRIVE, SUITE 630
ORANGE, CALIFORNIA 92668

WIPE 1, SURFACE SAMPLE

12/13/2002 NG 01/09/2003 A4156681

# LABORATORY REPORT

BATCH: 4
MEDICAL DIRECTOR: E. ABRAMS, M.D.

REQUISITION #: 2145062

ORDERED PROCEDURES:
WIPE TEST DEA 5 DRUGS

CH=CRITICAL HIGH CL=CRITICAL LOW

| PROCEDURE NAME | OUT-OF RANGE | RESULT | UNITS | REFERENCE RANGE | DET LIMIT |
|---|---|---|---|---|---|
| WIPE TEST DEA 5 DRUGS | | | | | |
| COCAINE | | POSITIVE | ng/mL | | |
| HEROIN | | POSITIVE | ng/mL | | |
| METHAMPHETAMINE | | POSITIVE | ng/mL | | |
| ADDITIONAL AMPHETAMINES: MDMA: POSITIVE | | | | | |
| 9-THC (TETRAHYDROCANNABINOL) | | NEGATIVE | ng/mL | | |
| PHENCYCLIDINE | | POSITIVE | ng/mL | | |

THIS SPECIMEN WAS TESTED FOR THE FOLLOWING
AT 10 ng/mL:

COCAINE
HEROIN
METHAMPHETAMINE
9-THC
PHENYCYLIDINE (PCP)

PLEASE NOTE: TESTING PERFORMED AT:
PACIFIC TOXICOLOGY LABORATORIES, INC.
6449 INDEPENDENCE AVENUE
WOODLAND HILLS, CA 91367

TOXICOLOGY LABORATORIES PacTox
6160 Variel Ave. Woodland Hills, Ca 91367
(818) 598-3110 · FAX (818) 598-3116 · (800) 328-6942
www.pactox.com

97
W O R K C A R E INC
ATTN: PAULA SANDROCK
333 S ANITA DRIVE, SUITE 630
ORANGE, CALIFORNIA 92668

WIPE 2, SURFACE WIPE

12/13/2002 NG 01/09/2003 A4156691

# LABORATORY REPORT

BATCH: 4
MEDICAL DIRECTOR: E. ABRAMS, M.D.

REQUISITION #: 2145073

CH=CRITICAL HIGH CL=CRITICAL LOW

ORDERED PROCEDURES:
WIPE TEST DEA 5 DRUGS

| PROCEDURE NAME | OUT-OF RANGE | RESULT | UNITS | REFERENCE RANGE | DET LIMIT |
|---|---|---|---|---|---|
| WIPE TEST DEA 5 DRUGS | | | | | |
| COCAINE | | POSITIVE | ng/mL | | |
| HEROIN | | POSITIVE | ng/mL | | |
| METHAMPHETAMINE | | POSITIVE | ng/mL | | |
| ADDITIONAL AMPHETAMINES: MDMA: POSITIVE AMPHETAMINE: POSITIVE | | | | | |
| 9-THC (TETRAHYDROCANNABINOL) | | NEGATIVE | ng/mL | | |
| PHENCYCLIDINE | | POSITIVE | ng/mL | | |

THIS SPECIMEN WAS TESTED FOR THE FOLLOWING
AT 10 ng/mL:

COCAINE
HEROIN
METHAMPHETAMINE
9-THC
PHENYCYLIDINE (PCP)

PLEASE NOTE: TESTING PERFORMED AT:
PACIFIC TOXICOLOGY LABORATORIES, INC.
6449 INDEPENDENCE AVENUE
WOODLAND HILLS, CA 91367

EnviroMatrix EMA Analytical, Inc.

20 December 2002

URS Corporation - Santa Ana
Attn: Jeff Borum
2020 East First Street, Suite 400
Santa Ana, CA 92705

**EMA Log #: 0212123**

**Project Name: Asset Management Group**

Enclosed are the results of analyses for samples received by the laboratory on 12/07/02 15:30. Samples were analyzed pursuant to client request utilizing EPA or other ELAP approved methodologies. I certify that this data is in compliance both technically and for completeness.

**nis Columbo**
**Vice President / Laboratory Director**

CA ELAP Certification #: 1931



4340 Viewridge Avenue, Suite A • San Diego, California 92123 • (858) 560-7717 • Fax (858) 560-7763
**Analytical Chemistry Laboratory**

| | |
|---|---|
| ...nt Name: URS Corporation - Santa Ana | **EMA Log #: 0212123** |
| Project Name: Asset Management Group | |

## ANALYTICAL REPORT FOR SAMPLES

| Sample ID | Laboratory ID | Matrix | Date Sampled | Date Received |
|---|---|---|---|---|
| B1-0.5-021207 | 0212123-01 | Solid | 12/07/02 10:00 | 12/07/02 15:30 |
| B2-0.5-021207 | 0212123-02 | Solid | 12/07/02 10:20 | 12/07/02 15:30 |

*...ts in this report apply to the samples analyzed in accordance with the chain of ...document. This analytical report must be reproduced in its entirety.*

nt Name: URS Corporation - Santa Ana
roject Name: Asset Management Group

EMA Log #: 0212123

## TPH by EPA 8015B

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **B1-0.5-021207 (0212123-01) Solid** | **Sampled: 12/07/02 10:00** | | **Received: 12/07/02 15:30** | | | | | | |
| Gasoline (C6-C10) | ND | 10.0 | mg/kg | 1 | 2121619 | 12/16/02 | 12/17/02 | EPA 8015 B | |
| Diesel (C10-C28) | ND | 10.0 | " | " | " | " | " | " | |
| Waste Oil (C28 - C40) | ND | 10.0 | " | " | " | " | " | " | |
| *Surrogate: 4-Bromofluorobenzene* | | *95 %* | *75-129* | | " | " | " | " | |
| **B2-0.5-021207 (0212123-02) Solid** | **Sampled: 12/07/02 10:20** | | **Received: 12/07/02 15:30** | | | | | | |
| Gasoline (C6-C10) | ND | 10.0 | mg/kg | 1 | 2121619 | 12/16/02 | 12/17/02 | EPA 8015 B | |
| Diesel (C10-C28) | ND | 10.0 | " | " | " | " | " | " | |
| Waste Oil (C28 - C40) | ND | 10.0 | " | " | " | " | " | " | |
| *Surrogate: 4-Bromofluorobenzene* | | *92 %* | *75-129* | | " | " | " | " | |

*ts in this report apply to the samples analyzed in accordance with the chain of document. This analytical report must be reproduced in its entirety.*

**440**

ͅnt Name: URS Corporation - Santa Ana
Project Name: Asset Management Group

**EMA Log #: 0212123**

# TPH by EPA 8015B - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 2121619** | | | | | | | | | | |
| **Blank (2121619-BLK1)** | | | | Prepared: 12/16/02 Analyzed: 12/17/02 | | | | | | |
| Gasoline (C6-C10) | ND | 10.0 | mg/kg | | | | | | | |
| Diesel (C10-C28) | ND | 10.0 | " | | | | | | | |
| Waste Oil (C28 - C40) | ND | 10.0 | " | | | | | | | |
| *Surrogate: 4-Bromofluorobenzene* | *47.3* | | *"* | *50.0* | | *95* | *75-129* | | | |
| **LCS (2121619-BS1)** | | | | Prepared: 12/16/02 Analyzed: 12/17/02 | | | | | | |
| Gasoline (C6-C10) | 189 | 10.0 | mg/kg | 200 | | 94 | 75-125 | | | |
| Diesel (C10-C28) | 461 | 10.0 | " | 500 | | 92 | 75-125 | | | |
| *Surrogate: 4-Bromofluorobenzene* | *47.7* | | *"* | *50.0* | | *95* | *75-129* | | | |
| **LCS Dup (2121619-BSD1)** | | | | Prepared: 12/16/02 Analyzed: 12/17/02 | | | | | | |
| Gasoline (C6-C10) | 176 | 10.0 | mg/kg | 200 | | 88 | 75-125 | 7 | 30 | |
| (C10-C28) | 421 | 10.0 | " | 500 | | 84 | 75-125 | 9 | 30 | |
| *ʒate: 4-Bromofluorobenzene* | *49.4* | | *"* | *50.0* | | *99* | *75-129* | | | |
| **Duplicate (2121619-DUP1)** | | **Source: 0212134-01** | | Prepared: 12/16/02 Analyzed: 12/17/02 | | | | | | |
| Gasoline (C6-C10) | 23.3 | 10.0 | mg/kg | | 13.8 | | | 51 | 30 | QR-02 |
| Diesel (C10-C28) | ND | 10.0 | " | | ND | | | | 30 | |
| Waste Oil (C28 - C40) | ND | 10.0 | " | | ND | | | | 30 | |
| *Surrogate: 4-Bromofluorobenzene* | *48.9* | | *"* | *50.0* | | *98* | *75-129* | | | |
| **Matrix Spike (2121619-MS1)** | | **Source: 0212134-01** | | Prepared: 12/16/02 Analyzed: 12/17/02 | | | | | | |
| Gasoline (C6-C10) | 187 | 10.0 | mg/kg | 200 | 13.8 | 87 | 75-125 | | | |
| Diesel (C10-C28) | 482 | 10.0 | " | 500 | ND | 96 | 75-125 | | | |
| *Surrogate: 4-Bromofluorobenzene* | *48.4* | | *"* | *50.0* | | *97* | *75-129* | | | |
| **Matrix Spike Dup (2121619-MSD1)** | | **Source: 0212134-01** | | Prepared: 12/16/02 Analyzed: 12/17/02 | | | | | | |
| Gasoline (C6-C10) | 185 | 10.0 | mg/kg | 200 | 13.8 | 86 | 75-125 | 1 | 30 | |
| Diesel (C10-C28) | 466 | 10.0 | " | 500 | ND | 93 | 75-125 | 3 | 30 | |
| *Surrogate: 4-Bromofluorobenzene* | *48.5* | | *"* | *50.0* | | *97* | *75-129* | | | |

*ılts in this report apply to the samples analyzed in accordance with the chain of document. This analytical report must be reproduced in its entirety.*

**441**

| | | |
|---|---|---|
| ;nt Name: URS Corporation - Santa Ana | | **EMA Log #: 0212123** |
| ɪ roject Name: Asset Management Group | | |

## Notes and Definitions

| | |
|---|---|
| QR-02 | The RPD result exceeded the QC control limits due to non-homogeneity of sample. |
| ND | Analyte NOT DETECTED at or above the reporting limit |
| NR | Not Reported |
| dry | Sample results reported on a dry weight basis |
| RPD | Relative Percent Difference |

*;ts in this report apply to the samples analyzed in accordance with the chain of document. This analytical report must be reproduced in its entirety.*

**442**

EnviroMatrix EMA Analytical, Inc.

12 December 2002

URS Corporation - Santa Ana
Attn: Jeff Borum
2020 East First Street, Suite 400
Santa Ana, CA 92705

**EMA Log #: 0212077**

**Project Name: Asset Management Group**

Enclosed are the results of analyses for samples received by the laboratory on 12/07/02 11:28. Samples were analyzed pursuant to client request utilizing EPA or other ELAP approved methodologies. I certify that this data is in compliance both technically and for completeness.

**is Columbo**
**ice President / Laboratory Director**

CA ELAP Certification #: 1931



4340 Viewridge Avenue, Suite A • San Diego, California 92123 • (858) 560-7717 • Fax (858) 560-7763
Analytical Chemistry Laboratory

ent Name: URS Corporation - Santa Ana

**EMA Log #: 0212077**

Project Name: Asset Management Group

## ANALYTICAL REPORT FOR SAMPLES

| Sample ID | Laboratory ID | Matrix | Date Sampled | Date Received |
|---|---|---|---|---|
| B1-0.5-021207 | 0212077-01 | Soil | 12/07/02 10:00 | 12/07/02 11:28 |
| B2-0.5-021207 | 0212077-02 | Soil | 12/07/02 10:20 | 12/07/02 11:28 |

*ts in this report apply to the samples analyzed in accordance with the chain of ocument. This analytical report must be reproduced in its entirety.*

444

| ...ent Name: | URS Corporation - Santa Ana | EMA Log #: 0212077 |
|---|---|---|
| Project Name: | Asset Management Group | |

## Volatile Organic Compounds by EPA Method 8260B

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **B1-0.5-021207 (0212077-01) Soil Sampled: 12/07/02 10:00 Received: 12/07/02 11:28** | | | | | | | | | |
| Acetone | ND | 50.0 | ug/kg | 1 | 2121001 | 12/10/02 | 12/10/02 | EPA 8260B | |
| Acetonitrile | ND | 5.00 | " | " | " | " | " | " | |
| Acrolein | ND | 100 | " | " | " | " | " | " | |
| Acrylonitrile | ND | 25.0 | " | " | " | " | " | " | |
| Allyl chloride | ND | 5.00 | " | " | " | " | " | " | |
| Benzene | ND | 2.00 | " | " | " | " | " | " | |
| Bromobenzene | ND | 2.00 | " | " | " | " | " | " | |
| Bromochloromethane | ND | 2.00 | " | " | " | " | " | " | |
| Bromodichloromethane | ND | 2.00 | " | " | " | " | " | " | |
| Bromoform | ND | 2.00 | " | " | " | " | " | " | |
| Bromomethane | ND | 5.00 | " | " | " | " | " | " | |
| 2-Butanone | ND | 50.0 | " | " | " | " | " | " | |
| n-Butylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| sec-Butylbenzene | ND | 5.00 | " | " | " | " | " | " | |
| ...utylbenzene | ND | 5.00 | " | " | " | " | " | " | |
| ...n disulfide | ND | 5.00 | " | " | " | " | " | " | |
| ...on tetrachloride | ND | 5.00 | " | " | " | " | " | " | |
| ...orobenzene | ND | 2.00 | " | " | " | " | " | " | |
| Chlorodibromomethane | ND | 2.00 | " | " | " | " | " | " | |
| Chloroethane | ND | 5.00 | " | " | " | " | " | " | |
| 2-Chloroethylvinyl ether | ND | 5.00 | " | " | " | " | " | " | |
| Chloroform | ND | 2.00 | " | " | " | " | " | " | |
| Chloromethane | ND | 5.00 | " | " | " | " | " | " | |
| 2-Chlorotoluene | ND | 5.00 | " | " | " | " | " | " | |
| 4-Chlorotoluene | ND | 5.00 | " | " | " | " | " | " | |
| 1,2-Dibromo-3-chloropropane | ND | 5.00 | " | " | " | " | " | " | |
| 1,2-Dibromoethane (EDB) | ND | 2.00 | " | " | " | " | " | " | |
| Dibromomethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,2-Dichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,3-Dichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,4-Dichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| trans-1,4-Dichloro-2-butene | ND | 5.00 | " | " | " | " | " | " | |
| Dichlorodifluoromethane | ND | 5.00 | " | " | " | " | " | " | |
| 1,1-Dichloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,2-Dichloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,1-Dichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| cis-1,2-Dichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| trans-1,2-Dichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| 1,2-Dichloropropane | ND | 2.00 | " | " | " | " | " | " | |
| 1,3-Dichloropropane | ND | 2.00 | " | " | " | " | " | " | |
| 2,2-Dichloropropane | ND | 5.00 | " | " | " | " | " | " | |
| 1 ...chloropropene | ND | 5.00 | " | " | " | " | " | " | |

*...ts in this report apply to the samples analyzed in accordance with the chain of ...ocument. This analytical report must be reproduced in its entirety.*

nt Name: URS Corporation - Santa Ana — **EMA Log #: 0212077**
Project Name: Asset Management Group

# Volatile Organic Compounds by EPA Method 8260B

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **B1-0.5-021207 (0212077-01) Soil** | **Sampled: 12/07/02 10:00** | | **Received: 12/07/02 11:28** | | | | | | |
| cis-1,3-Dichloropropene | ND | 2.00 | ug/kg | 1 | 2121001 | 12/10/02 | 12/10/02 | EPA 8260B | |
| trans-1,3-Dichloropropene | ND | 2.00 | " | " | " | " | " | " | |
| Diethyl ether | ND | 5.00 | " | " | " | " | " | " | |
| Ethylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| Hexachlorobutadiene | ND | 2.00 | " | " | " | " | " | " | |
| Hexachloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 2-Hexanone | ND | 10.0 | " | " | " | " | " | " | |
| Iodomethane | ND | 2.00 | " | " | " | " | " | " | |
| Isopropylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| Methylene chloride | ND | 5.00 | " | " | " | " | " | " | |
| Methyl tert-butyl ether | ND | 2.00 | " | " | " | " | " | " | |
| 4-Methyl-2-pentanone | ND | 25.0 | " | " | " | " | " | " | |
| Naphthalene | ND | 5.00 | " | " | " | " | " | " | |
| n-Propylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| ne | ND | 2.00 | " | " | " | " | " | " | |
| -Tetrachloroethane | ND | 2.00 | " | " | " | " | " | " | |
| ,2-Tetrachloroethane | ND | 5.00 | " | " | " | " | " | " | |
| achloroethene | ND | 2.00 | " | " | " | " | " | " | |
| Toluene | ND | 2.00 | " | " | " | " | " | " | |
| 1,2,3-Trichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,2,4-Trichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,1,1-Trichloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,1,2-Trichloroethane | ND | 5.00 | " | " | " | " | " | " | |
| Trichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| Trichlorofluoromethane | ND | 5.00 | " | " | " | " | " | " | |
| 1,2,3-Trichloropropane | ND | 5.00 | " | " | " | " | " | " | |
| 1,1,2-Trichlorotrifluoroethane | ND | 10.0 | " | " | " | " | " | " | |
| 1,2,4-Trimethylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,3,5-Trimethylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| Vinyl acetate | ND | 10.0 | " | " | " | " | " | " | |
| Vinyl chloride | ND | 5.00 | " | " | " | " | " | " | |
| m,p-Xylene | ND | 5.00 | " | " | " | " | " | " | |
| o-Xylene | ND | 2.00 | " | " | " | " | " | " | |
| *Surrogate: Dibromofluoromethane* | | *100 %* | *61-141* | | " | " | " | " | |
| *Surrogate: 4-Bromofluorobenzene* | | *99 %* | *70-124* | | " | " | " | " | |
| *Surrogate: Toluene-d8* | | *102 %* | *80-121* | | " | " | " | " | |

*ts in this report apply to the samples analyzed in accordance with the chain of*
*locument. This analytical report must be reproduced in its entirety.*

**446**

ent Name: URS Corporation - Santa Ana
Project Name: Asset Management Group

EMA Log #: 0212077

# Volatile Organic Compounds by EPA Method 8260B

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **B2-0.5-021207 (0212077-02) Soil Sampled: 12/07/02 10:20 Received: 12/07/02 11:28** | | | | | | | | | |
| Acetone | ND | 50.0 | ug/kg | 1 | 2121001 | 12/10/02 | 12/10/02 | EPA 8260B | |
| Acetonitrile | ND | 5.00 | " | " | " | " | " | " | |
| Acrolein | ND | 100 | " | " | " | " | " | " | |
| Acrylonitrile | ND | 25.0 | " | " | " | " | " | " | |
| Allyl chloride | ND | 5.00 | " | " | " | " | " | " | |
| Benzene | ND | 2.00 | " | " | " | " | " | " | |
| Bromobenzene | ND | 2.00 | " | " | " | " | " | " | |
| Bromochloromethane | ND | 2.00 | " | " | " | " | " | " | |
| Bromodichloromethane | ND | 2.00 | " | " | " | " | " | " | |
| Bromoform | ND | 2.00 | " | " | " | " | " | " | |
| Bromomethane | ND | 5.00 | " | " | " | " | " | " | |
| 2-Butanone | ND | 50.0 | " | " | " | " | " | " | |
| n-Butylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| sec-Butylbenzene | ND | 5.00 | " | " | " | " | " | " | |
| Butylbenzene | ND | 5.00 | " | " | " | " | " | " | |
| n disulfide | ND | 5.00 | " | " | " | " | " | " | |
| on tetrachloride | ND | 5.00 | " | " | " | " | " | " | |
| robenzene | ND | 2.00 | " | " | " | " | " | " | |
| Chlorodibromomethane | ND | 2.00 | " | " | " | " | " | " | |
| Chloroethane | ND | 5.00 | " | " | " | " | " | " | |
| 2-Chloroethylvinyl ether | ND | 5.00 | " | " | " | " | " | " | |
| Chloroform | ND | 2.00 | " | " | " | " | " | " | |
| Chloromethane | ND | 5.00 | " | " | " | " | " | " | |
| 2-Chlorotoluene | ND | 5.00 | " | " | " | " | " | " | |
| 4-Chlorotoluene | ND | 5.00 | " | " | " | " | " | " | |
| 1,2-Dibromo-3-chloropropane | ND | 5.00 | " | " | " | " | " | " | |
| 1,2-Dibromoethane (EDB) | ND | 2.00 | " | " | " | " | " | " | |
| Dibromomethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,2-Dichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,3-Dichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,4-Dichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| trans-1,4-Dichloro-2-butene | ND | 5.00 | " | " | " | " | " | " | |
| Dichlorodifluoromethane | ND | 5.00 | " | " | " | " | " | " | |
| 1,1-Dichloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,2-Dichloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,1-Dichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| cis-1,2-Dichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| trans-1,2-Dichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| 1,2-Dichloropropane | ND | 2.00 | " | " | " | " | " | " | |
| 1,3-Dichloropropane | ND | 2.00 | " | " | " | " | " | " | |
| 2,2-Dichloropropane | ND | 5.00 | " | " | " | " | " | " | |
| ichloropropene | ND | 5.00 | " | " | " | " | " | " | |

*lts in this report apply to the samples analyzed in accordance with the chain of locument. This analytical report must be reproduced in its entirety.*

447

| | | | |
|---|---|---|---|
| ent Name: | URS Corporation - Santa Ana | EMA Log #: | 0212077 |
| Project Name: | Asset Management Group | | |

## Volatile Organic Compounds by EPA Method 8260B

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **B2-0.5-021207 (0212077-02) Soil** | **Sampled: 12/07/02 10:20** | | **Received: 12/07/02 11:28** | | | | | | |
| cis-1,3-Dichloropropene | ND | 2.00 | ug/kg | 1 | 2121001 | 12/10/02 | 12/10/02 | EPA 8260B | |
| trans-1,3-Dichloropropene | ND | 2.00 | " | " | " | " | " | " | |
| Diethyl ether | ND | 5.00 | " | " | " | " | " | " | |
| Ethylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| Hexachlorobutadiene | ND | 2.00 | " | " | " | " | " | " | |
| Hexachloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 2-Hexanone | ND | 10.0 | " | " | " | " | " | " | |
| Iodomethane | ND | 2.00 | " | " | " | " | " | " | |
| Isopropylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| Methylene chloride | ND | 5.00 | " | " | " | " | " | " | |
| Methyl tert-butyl ether | ND | 2.00 | " | " | " | " | " | " | |
| 4-Methyl-2-pentanone | ND | 25.0 | " | " | " | " | " | " | |
| Naphthalene | ND | 5.00 | " | " | " | " | " | " | |
| n-Propylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| e | ND | 2.00 | " | " | " | " | " | " | |
| 2-Tetrachloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 2-Tetrachloroethane | ND | 5.00 | " | " | " | " | " | " | |
| etrachloroethene | ND | 2.00 | " | " | " | " | " | " | |
| Toluene | ND | 2.00 | " | " | " | " | " | " | |
| 1,2,3-Trichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,2,4-Trichlorobenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,1,1-Trichloroethane | ND | 2.00 | " | " | " | " | " | " | |
| 1,1,2-Trichloroethane | ND | 5.00 | " | " | " | " | " | " | |
| Trichloroethene | ND | 2.00 | " | " | " | " | " | " | |
| Trichlorofluoromethane | ND | 5.00 | " | " | " | " | " | " | |
| 1,2,3-Trichloropropane | ND | 5.00 | " | " | " | " | " | " | |
| 1,1,2-Trichlorotrifluoroethane | ND | 10.0 | " | " | " | " | " | " | |
| 1,2,4-Trimethylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| 1,3,5-Trimethylbenzene | ND | 2.00 | " | " | " | " | " | " | |
| Vinyl acetate | ND | 10.0 | " | " | " | " | " | " | |
| Vinyl chloride | ND | 5.00 | " | " | " | " | " | " | |
| m,p-Xylene | ND | 5.00 | " | " | " | " | " | " | |
| o-Xylene | ND | 2.00 | " | " | " | " | " | " | |
| *Surrogate: Dibromofluoromethane* | | *103 %* | *61-141* | | " | " | " | " | |
| *Surrogate: 4-Bromofluorobenzene* | | *97 %* | *70-124* | | " | " | " | " | |
| *Surrogate: Toluene-d8* | | *98 %* | *80-121* | | " | " | " | " | |

*lts in this report apply to the samples analyzed in accordance with the chain of document. This analytical report must be reproduced in its entirety.*

**448**

:nt Name: URS Corporation - Santa Ana
..oject Name: Asset Management Group

EMA Log #: 0212077

## Volatile Organic Compounds by EPA Method 8260B - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 2121001** | | | | | | | | | | |
| **Blank (2121001-BLK1)** | | | | Prepared & Analyzed: 12/10/02 | | | | | | |
| Acetone | ND | 50.0 | ug/kg | | | | | | | |
| Acetonitrile | ND | 5.00 | " | | | | | | | |
| Acrolein | ND | 100 | " | | | | | | | |
| Acrylonitrile | ND | 25.0 | " | | | | | | | |
| Allyl chloride | ND | 5.00 | " | | | | | | | |
| Benzene | ND | 2.00 | " | | | | | | | |
| Bromobenzene | ND | 2.00 | " | | | | | | | |
| Bromochloromethane | ND | 2.00 | " | | | | | | | |
| Bromodichloromethane | ND | 2.00 | " | | | | | | | |
| Bromoform | ND | 2.00 | " | | | | | | | |
| Bromomethane | ND | 5.00 | " | | | | | | | |
| 2-Butanone | ND | 50.0 | " | | | | | | | |
| ilbenzene | ND | 2.00 | " | | | | | | | |
| tylbenzene | ND | 5.00 | " | | | | | | | |
| ... Butylbenzene | ND | 5.00 | " | | | | | | | |
| Carbon disulfide | ND | 5.00 | " | | | | | | | |
| Carbon tetrachloride | ND | 5.00 | " | | | | | | | |
| Chlorobenzene | ND | 2.00 | " | | | | | | | |
| Chlorodibromomethane | ND | 2.00 | " | | | | | | | |
| Chloroethane | ND | 5.00 | " | | | | | | | |
| 2-Chloroethylvinyl ether | ND | 5.00 | " | | | | | | | |
| Chloroform | ND | 2.00 | " | | | | | | | |
| Chloromethane | ND | 5.00 | " | | | | | | | |
| 2-Chlorotoluene | ND | 5.00 | " | | | | | | | |
| 4-Chlorotoluene | ND | 5.00 | " | | | | | | | |
| 1,2-Dibromo-3-chloropropane | ND | 5.00 | " | | | | | | | |
| 1,2-Dibromoethane (EDB) | ND | 2.00 | " | | | | | | | |
| Dibromomethane | ND | 2.00 | " | | | | | | | |
| 1,2-Dichlorobenzene | ND | 2.00 | " | | | | | | | |
| 1,3-Dichlorobenzene | ND | 2.00 | " | | | | | | | |
| 1,4-Dichlorobenzene | ND | 2.00 | " | | | | | | | |
| trans-1,4-Dichloro-2-butene | ND | 5.00 | " | | | | | | | |
| Dichlorodifluoromethane | ND | 5.00 | " | | | | | | | |
| 1,1-Dichloroethane | ND | 2.00 | " | | | | | | | |
| 1,2-Dichloroethane | ND | 2.00 | " | | | | | | | |
| 1,1-Dichloroethene | ND | 2.00 | " | | | | | | | |
| cis-1,2-Dichloroethene | ND | 2.00 | " | | | | | | | |

*ts in this report apply to the samples analyzed in accordance with the chain of locument. This analytical report must be reproduced in its entirety.*

449

ent Name: URS Corporation - Santa Ana
Project Name: Asset Management Group

EMA Log #: 0212077

## Volatile Organic Compounds by EPA Method 8260B - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 2121001** | | | | | | | | | | |
| **Blank (2121001-BLK1)** | | | | Prepared & Analyzed: 12/10/02 | | | | | | |
| trans-1,2-Dichloroethene | ND | 2.00 | ug/kg | | | | | | | |
| 1,2-Dichloropropane | ND | 2.00 | " | | | | | | | |
| 1,3-Dichloropropane | ND | 2.00 | " | | | | | | | |
| 2,2-Dichloropropane | ND | 5.00 | " | | | | | | | |
| 1,1-Dichloropropene | ND | 5.00 | " | | | | | | | |
| cis-1,3-Dichloropropene | ND | 2.00 | " | | | | | | | |
| trans-1,3-Dichloropropene | ND | 2.00 | " | | | | | | | |
| Diethyl ether | ND | 5.00 | " | | | | | | | |
| Ethylbenzene | ND | 2.00 | " | | | | | | | |
| Hexachlorobutadiene | ND | 2.00 | " | | | | | | | |
| Hexachloroethane | ND | 2.00 | " | | | | | | | |
| 2-Hexanone | ND | 10.0 | " | | | | | | | |
| ethane | ND | 2.00 | " | | | | | | | |
| pylbenzene | ND | 2.00 | " | | | | | | | |
| ylene chloride | ND | 5.00 | " | | | | | | | |
| Methyl tert-butyl ether | ND | 2.00 | " | | | | | | | |
| 4-Methyl-2-pentanone | ND | 25.0 | " | | | | | | | |
| Naphthalene | ND | 5.00 | " | | | | | | | |
| n-Propylbenzene | ND | 2.00 | " | | | | | | | |
| Styrene | ND | 2.00 | " | | | | | | | |
| 1,1,1,2-Tetrachloroethane | ND | 2.00 | " | | | | | | | |
| 1,1,2,2-Tetrachloroethane | ND | 5.00 | " | | | | | | | |
| Tetrachloroethene | ND | 2.00 | " | | | | | | | |
| Toluene | ND | 2.00 | " | | | | | | | |
| 1,2,3-Trichlorobenzene | ND | 2.00 | " | | | | | | | |
| 1,2,4-Trichlorobenzene | ND | 2.00 | " | | | | | | | |
| 1,1,1-Trichloroethane | ND | 2.00 | " | | | | | | | |
| 1,1,2-Trichloroethane | ND | 5.00 | " | | | | | | | |
| Trichloroethene | ND | 2.00 | " | | | | | | | |
| Trichlorofluoromethane | ND | 5.00 | " | | | | | | | |
| 1,2,3-Trichloropropane | ND | 5.00 | " | | | | | | | |
| 1,1,2-Trichlorotrifluoroethane | ND | 10.0 | " | | | | | | | |
| 1,2,4-Trimethylbenzene | ND | 2.00 | " | | | | | | | |
| 1,3,5-Trimethylbenzene | ND | 2.00 | " | | | | | | | |
| Vinyl acetate | ND | 10.0 | " | | | | | | | |
| Vinyl chloride | ND | 5.00 | " | | | | | | | |
| m,p-Xylene | ND | 5.00 | " | | | | | | | |

*lts in this report apply to the samples analyzed in accordance with the chain of document. This analytical report must be reproduced in its entirety.*

450

ent Name: URS Corporation - Santa Ana
roject Name: Asset Management Group

**EMA Log #: 0212077**

## Volatile Organic Compounds by EPA Method 8260B - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 2121001** | | | | | | | | | | |
| **Blank (2121001-BLK1)** | | | | Prepared & Analyzed: 12/10/02 | | | | | | |
| o-Xylene | ND | 2.00 | ug/kg | | | | | | | |
| *Surrogate: Dibromofluoromethane* | *123* | | " | *125* | | *98* | *61-141* | | | |
| *Surrogate: 4-Bromofluorobenzene* | *117* | | " | *125* | | *94* | *70-124* | | | |
| *Surrogate: Toluene-d8* | *124* | | " | *125* | | *99* | *80-121* | | | |
| **LCS (2121001-BS1)** | | | | Prepared & Analyzed: 12/10/02 | | | | | | |
| Benzene | 128 | 2.00 | ug/kg | 125 | | 102 | 76-116 | | | |
| Chlorobenzene | 124 | 2.00 | " | 125 | | 99 | 82-106 | | | |
| 1,1-Dichloroethene | 109 | 2.00 | " | 125 | | 87 | 67-116 | | | |
| Toluene | 124 | 2.00 | " | 125 | | 99 | 78-112 | | | |
| Trichloroethene | 116 | 2.00 | " | 125 | | 93 | 79-108 | | | |
| *Surrogate: Dibromofluoromethane* | *137* | | " | *125* | | *110* | *61-141* | | | |
| *gate: 4-Bromofluorobenzene* | *122* | | " | *125* | | *98* | *70-124* | | | |
| *rate: Toluene-d8* | *126* | | " | *125* | | *101* | *80-121* | | | |
| **uplicate (2121001-DUP1)** | | **Source: 0212077-02** | | Prepared & Analyzed: 12/10/02 | | | | | | |
| Acetone | ND | 50.0 | ug/kg | | ND | | | | 30 | |
| Acetonitrile | ND | 5.00 | " | | ND | | | | 30 | |
| Acrolein | ND | 100 | " | | ND | | | | 30 | |
| Acrylonitrile | ND | 25.0 | " | | ND | | | | 30 | |
| Allyl chloride | ND | 5.00 | " | | ND | | | | 30 | |
| Benzene | ND | 2.00 | " | | ND | | | | 30 | |
| Bromobenzene | ND | 2.00 | " | | ND | | | | 30 | |
| Bromochloromethane | ND | 2.00 | " | | ND | | | | 30 | |
| Bromodichloromethane | ND | 2.00 | " | | ND | | | | 30 | |
| Bromoform | ND | 2.00 | " | | ND | | | | 30 | |
| Bromomethane | ND | 5.00 | " | | ND | | | | 30 | |
| 2-Butanone | ND | 50.0 | " | | ND | | | | 30 | |
| n-Butylbenzene | ND | 2.00 | " | | ND | | | | 30 | |
| sec-Butylbenzene | ND | 5.00 | " | | ND | | | | 30 | |
| tert-Butylbenzene | ND | 5.00 | " | | ND | | | | 30 | |
| Carbon disulfide | ND | 5.00 | " | | ND | | | | 30 | |
| Carbon tetrachloride | ND | 5.00 | " | | ND | | | | 30 | |
| Chlorobenzene | ND | 2.00 | " | | ND | | | | 30 | |
| Chlorodibromomethane | ND | 2.00 | " | | ND | | | | 30 | |
| Chloroethane | ND | 5.00 | " | | ND | | | | 30 | |
| 2-Chloroethylvinyl ether | ND | 5.00 | " | | ND | | | | 30 | |
| C[illegible]oform | ND | 2.00 | " | | ND | | | | 30 | |

*ts in this report apply to the samples analyzed in accordance with the chain of ocument. This analytical report must be reproduced in its entirety.*