ent Name: URS Corporation - Santa Ana
roject Name: Asset Management Group

EMA Log #: 0212077

# Volatile Organic Compounds by EPA Method 8260B - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 2121001** | | | | | | | | | | |
| **Duplicate (2121001-DUP1)** | | **Source: 0212077-02** | | Prepared & Analyzed: 12/10/02 | | | | | | |
| Chloromethane | ND | 5.00 | ug/kg | | ND | | | | 30 | |
| 2-Chlorotoluene | ND | 5.00 | " | | ND | | | | 30 | |
| 4-Chlorotoluene | ND | 5.00 | " | | ND | | | | 30 | |
| 1,2-Dibromo-3-chloropropane | ND | 5.00 | " | | ND | | | | 30 | |
| 1,2-Dibromoethane (EDB) | ND | 2.00 | " | | ND | | | | 30 | |
| Dibromomethane | ND | 2.00 | " | | ND | | | | 30 | |
| 1,2-Dichlorobenzene | ND | 2.00 | " | | ND | | | | 30 | |
| 1,3-Dichlorobenzene | ND | 2.00 | " | | ND | | | | 30 | |
| 1,4-Dichlorobenzene | ND | 2.00 | " | | ND | | | | 30 | |
| trans-1,4-Dichloro-2-butene | ND | 5.00 | " | | ND | | | | 30 | |
| Dichlorodifluoromethane | ND | 5.00 | " | | ND | | | | 30 | |
| 1,1-Dichloroethane | ND | 2.00 | " | | ND | | | | 30 | |
| ichloroethane | ND | 2.00 | " | | ND | | | | 30 | |
| ichloroethene | ND | 2.00 | " | | ND | | | | 30 | |
| ,2-Dichloroethene | ND | 2.00 | " | | ND | | | | 30 | |
| trans-1,2-Dichloroethene | ND | 2.00 | " | | ND | | | | 30 | |
| 1,2-Dichloropropane | ND | 2.00 | " | | ND | | | | 30 | |
| 1,3-Dichloropropane | ND | 2.00 | " | | ND | | | | 30 | |
| 2,2-Dichloropropane | ND | 5.00 | " | | ND | | | | 30 | |
| 1,1-Dichloropropene | ND | 5.00 | " | | ND | | | | 30 | |
| cis-1,3-Dichloropropene | ND | 2.00 | " | | ND | | | | 30 | |
| trans-1,3-Dichloropropene | ND | 2.00 | " | | ND | | | | 30 | |
| Diethyl ether | ND | 5.00 | " | | ND | | | | 30 | |
| Ethylbenzene | ND | 2.00 | " | | ND | | | | 30 | |
| Hexachlorobutadiene | ND | 2.00 | " | | ND | | | | 30 | |
| Hexachloroethane | ND | 2.00 | " | | ND | | | | 30 | |
| 2-Hexanone | ND | 10.0 | " | | ND | | | | 30 | |
| Iodomethane | ND | 2.00 | " | | ND | | | | 30 | |
| Isopropylbenzene | ND | 2.00 | " | | ND | | | | 30 | |
| Methylene chloride | ND | 5.00 | " | | ND | | | | 30 | |
| Methyl tert-butyl ether | ND | 2.00 | " | | ND | | | | 30 | |
| 4-Methyl-2-pentanone | ND | 25.0 | " | | ND | | | | 30 | |
| Naphthalene | ND | 5.00 | " | | ND | | | | 30 | |
| n-Propylbenzene | ND | 2.00 | " | | ND | | | | 30 | |
| Styrene | ND | 2.00 | " | | ND | | | | 30 | |
| 1,1,1,2-Tetrachloroethane | ND | 2.00 | " | | ND | | | | 30 | |
| 1,1,2,2-Tetrachloroethane | ND | 5.00 | " | | ND | | | | 30 | |

*ılts in this report apply to the samples analyzed in accordance with the chain of document. This analytical report must be reproduced in its entirety.*

452

ent Name: URS Corporation - Santa Ana
roject Name: Asset Management Group

**EMA Log #: 0212077**

# Volatile Organic Compounds by EPA Method 8260B - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 2121001** | | | | | | | | | | |
| **Duplicate (2121001-DUP1)** | | **Source: 0212077-02** | | Prepared & Analyzed: 12/10/02 | | | | | | |
| Tetrachloroethene | ND | 2.00 | ug/kg | | ND | | | | 30 | |
| Toluene | ND | 2.00 | " | | ND | | | | 30 | |
| 1,2,3-Trichlorobenzene | ND | 2.00 | " | | ND | | | | 30 | |
| 1,2,4-Trichlorobenzene | ND | 2.00 | " | | ND | | | | 30 | |
| 1,1,1-Trichloroethane | ND | 2.00 | " | | ND | | | | 30 | |
| 1,1,2-Trichloroethane | ND | 5.00 | " | | ND | | | | 30 | |
| Trichloroethene | ND | 2.00 | " | | ND | | | | 30 | |
| Trichlorofluoromethane | ND | 5.00 | " | | ND | | | | 30 | |
| 1,2,3-Trichloropropane | ND | 5.00 | " | | ND | | | | 30 | |
| 1,1,2-Trichlorotrifluoroethane | ND | 10.0 | " | | ND | | | | 30 | |
| 1,2,4-Trimethylbenzene | ND | 2.00 | " | | ND | | | | 30 | |
| 1 3 5-Trimethylbenzene | ND | 2.00 | " | | ND | | | | 30 | |
| acetate | ND | 10.0 | " | | ND | | | | 30 | |
| chloride | ND | 5.00 | " | | ND | | | | 30 | |
| ylene | ND | 5.00 | " | | ND | | | | 30 | |
| o-Xylene | ND | 2.00 | " | | ND | | | | 30 | |
| *Surrogate: Dibromofluoromethane* | *121* | | " | *125* | | *97* | *61-141* | | | |
| *Surrogate: 4-Bromofluorobenzene* | *116* | | " | *125* | | *93* | *70-124* | | | |
| *Surrogate: Toluene-d8* | *123* | | " | *125* | | *98* | *80-121* | | | |
| **Matrix Spike (2121001-MS1)** | | **Source: 0212077-01** | | Prepared & Analyzed: 12/10/02 | | | | | | |
| Benzene | 131 | 2.00 | ug/kg | 125 | ND | 105 | 77-127 | | | |
| Chlorobenzene | 125 | 2.00 | " | 125 | ND | 100 | 84-114 | | | |
| 1,1-Dichloroethene | 112 | 2.00 | " | 125 | ND | 90 | 61-129 | | | |
| Toluene | 125 | 2.00 | " | 125 | ND | 100 | 66-139 | | | |
| Trichloroethene | 118 | 2.00 | " | 125 | ND | 94 | 83-113 | | | |
| *Surrogate: Dibromofluoromethane* | *119* | | " | *125* | | *95* | *61-141* | | | |
| *Surrogate: 4-Bromofluorobenzene* | *124* | | " | *125* | | *99* | *70-124* | | | |
| *Surrogate: Toluene-d8* | *127* | | " | *125* | | *102* | *80-121* | | | |

*lts in this report apply to the samples analyzed in accordance with the chain of locument. This analytical report must be reproduced in its entirety.*

**453**

ent Name: URS Corporation - Santa Ana
Project Name: Asset Management Group

**EMA Log #: 0212077**

## Volatile Organic Compounds by EPA Method 8260B - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 2121001** | | | | | | | | | | |
| **Matrix Spike Dup (2121001-MSD1)** | | **Source: 0212077-01** | | Prepared & Analyzed: 12/10/02 | | | | | | |
| Benzene | 133 | 2.00 | ug/kg | 125 | ND | 106 | 77-127 | 2 | 30 | |
| Chlorobenzene | 127 | 2.00 | " | 125 | ND | 102 | 84-114 | 2 | 30 | |
| 1,1-Dichloroethene | 116 | 2.00 | " | 125 | ND | 93 | 61-129 | 4 | 30 | |
| Toluene | 126 | 2.00 | " | 125 | ND | 101 | 66-139 | 0.8 | 30 | |
| Trichloroethene | 120 | 2.00 | " | 125 | ND | 96 | 83-113 | 2 | 30 | |
| *Surrogate: Dibromofluoromethane* | *119* | | " | *125* | | *95* | *61-141* | | | |
| *Surrogate: 4-Bromofluorobenzene* | *120* | | " | *125* | | *96* | *70-124* | | | |
| *Surrogate: Toluene-d8* | *124* | | " | *125* | | *99* | *80-121* | | | |

*ts in this report apply to the samples analyzed in accordance with the chain of y document. This analytical report must be reproduced in its entirety.*

454

| | | |
|---|---|---|
| ;nt Name: URS Corporation - Santa Ana | | EMA Log #: 0212077 |
| rroject Name: Asset Management Group | | |

## Notes and Definitions

| | |
|---|---|
| ND | Analyte NOT DETECTED at or above the reporting limit |
| NR | Not Reported |
| dry | Sample results reported on a dry weight basis |
| RPD | Relative Percent Difference |

*ιts in this report apply to the samples analyzed in accordance with the chain of locument. This analytical report must be reproduced in its entirety.*

# APPENDIX B

# CHAIN-OF-CUSTODY FORMS

**SCI LAB**

FULL SERVICE ENVIRONMENTAL & ASBESTOS LAB

**Scientific Laboratories of California, Inc.**
24416 South Main Street, Suite 308
Carson, California 90745
Tel: (310) 834-4868 Fax: (310) 834-4772

| | | |
|---|---|---|
| Company: URS Corp.<br>Phone: 714-835-6886<br>Fax: 714-667-7147 | Address: 2020 E. First St. Suite 400 Santa Ana Ca 92705 | P.O.#: DEA LAB |

| Project Information | Analysis Type | Turnaround Time 6-8 hr | 12 hr | 24 hr | 48 hr | 72 hr | 5 day | other | Air Filter Info | |
|---|---|---|---|---|---|---|---|---|---|---|
| Job Name: DEA LAB | TEM/AHERA | | | | | | | | MCE | |
| | TEM/LEVEL II | | | | | | | | PC | |
| Job No.: | TEM/BULK | | | | | | | | 25mm | |
| | TEM/DUST | | | | | | | | 37mm | |
| Job Desc.: 402 W 35th St | TEM/WATER | | | | | | | | 0.45um | |
| | PCM | | | | | | | | 0.80um | |
| Job Manager: Jeff Borum | PLM | | | | | | | | Other: | |
| | LEAD | | | | | | | | | |
| | OTHER: | | | | | | | | | |

| | |
|---|---|
| Results to: Ron Miller | Return Samples Yes___ No X |
| Invoice to: Ron Miller | Phone: 714-835-6886 |
| | Fax: 714-667-7147 |
| Written Report to: Ron Miller | Cell/Pager: 1-800-970-8131 |

Comments:

| Sample I.D. | Sample Location (I)nside/(O)utside/(B)lank/(P)ersonal/(E)xcursion | Start Time | Stop Time | Total Time | X Liters/ Min. | = Liters | Date Collected |
|---|---|---|---|---|---|---|---|
| 402-R1 | Roofing Flashing | | | | | | 12-7-02 |
| 402-R2 | \| \| | | | | | | |
| 402-R3 | | | | | | | |
| 402-R4 | Roofing Mastic | | | | | | |
| 402-R5 | \| \| | | | | | | |
| 402-R6 | | | | | | | |
| 402-R7 | Fume Hood Exhaust | | | | | | |
| 402-R8 | \| \| | | | | | | |
| 402-R9 | | | | | | | |
| 402-R10 | Rolled Roofing | | | | | | |
| 402-R11 | Rolled Roofing Felt | | | | | | |
| 402-R12 | Rolled Roofing | | | | | | |
| 402-R13 | Rolled Roofing Felt | | | | | | |
| 402-R14 | Rolled Roofing | | | | | | |
| 402-R15 | Rolled Roofing Felt | | | | | | |
| 402-R16 | Rolled Roofing | | | | | | |
| 402-R17 | Rolled Roofing Felt | | | | | | |
| 402-R18 | Rolled Roofing | | | | | | |
| 402-R19 | Rolled Roofing Felt | | | 457 | | | ↓ |
| 402-R20 | HVAC Duct Tape | | | | | | |

| Relinquished By (Signature) | Date 12-10-02 | Received By (Signature) | Date 12/11 |
|---|---|---|---|
| Ron Miller | Time | [signature] | Time 10:10 |

902121194

SCILAB
FULL SERVICE ENVIRONMENTAL & ASBESTOS LAB

**Scientific Laboratories of California, Inc.**
24416 South Main Street, Suite 308
Carson, California 90745
Tel: (310) 834-4868 Fax: (310) 834-4772

| | | |
|---|---|---|
| Company: URS Corp<br>Phone: 714-835-6886<br>Fax: 714-667-7147 | Address: 2020 E First St<br>Santa Ana Ca 92705 | P.O.#:<br>DEA LAB |

Project Information
Job Name: DEA LAB
Job No.:
Job Desc.: 402 W 35th ST
Job Manager: Jeff Borum

| Analysis Type | 6-8 hr | 12 hr | 24 hr | 48 hr | 72 hr | 5 day | other |
|---|---|---|---|---|---|---|---|
| TEM/AHERA | | | | | | | |
| TEM/LEVEL II | | | | | | | |
| TEM/BULK | [redacted] | | | | | | |
| TEM/DUST | | | | | | | |
| TEM/WATER | | | | | | | |
| PCM | | | | | | | |
| PLM | | | | | | X | |
| LEAD | | | | | | | |
| OTHER: | | | | | | | |

Air Filler Info
- MCE
- PC
- 25mm
- 37mm
- 0.45um
- 0.80um
- Other:

Results to: Ron Mitiel
Invoice to: Ron Mitiel
Written Report to: Ron Mitiel

Return Samples Yes___ No X
Phone: 714-835-6886
Fax: 714-667-7147
Cell/Pager: 1-800-970-8131

Comments:

| Sample I.D. | Sample Location (I)nside/(O)utside/(B)lank/(P)ersonal/(E)xcursion | Start Time | Stop Time | Total Time | X Liters/Min. | = Liters | Date Collected |
|---|---|---|---|---|---|---|---|
| 402-R21 | HVAC Duct Tape | | | | | | 12-7-02 |
| 402-R22 | HVAC Duct Tape | | | | | | ↓ |
| 402-SPR1 | Spray-on Ceiling | | | | | | |
| 402-SPR2 | ↓ | | | | | | |
| 402-SPR3 | | | | | | | |
| 402-SPR4 | | | | | | | |
| 402-SPR5 | | | | | | | |
| 402-SPR6 | | | | | | | |
| 402-SPR7 | ↓ | | | | | | |
| 402-CT1 | Ceiling Tile | | | | | | |
| 402-CT2 | ↓ | | | | | | |
| 402-CT3 | | | | | | | |
| 402-CT4 | | | | | | | |
| 402-CT5 | | | | | | | |
| 402-CT6 | ↓ | | | | | | |
| 402-Sh1 | Sheet Vinyl Flooring | | | | | | |
| 402-Sh2 | ↓ | | | | | | |
| 402-Sh3 | | | | | | | |
| 402-Sh4 | | | | | | | |
| 402-Sh5 | ↓ | | | | | | ↓ |

| Relinquished By (Signature) | Date / Time | Received By (Signature) | Date / Time |
|---|---|---|---|
| [signature] | Date 12-10-02<br>Time | [signature] | Date 12/11<br>Time 10:10 |

90 2121194

SCI LAB

FULL SERVICE ENVIRONMENTAL & ASBESTOS LAB

**Scientific Laboratories of California, Inc.**
24416 South Main Street, Suite 308
Carson, California 90745
Tel: (310) 834-4868 Fax: (310) 834-4772

| | | |
|---|---|---|
| Company: URS Corp. Phone: 714-835-6886 Fax: 714-667-7147 | Address: 2020 E First Suite 400 Santa Ana CA 92705 | P.O.#: DEA LAB |

| Project Information | Analysis Type | Turnaround Time 6-8 hr | 12 hr | 24 hr | 48 hr | 72 hr | 5 day | other | Air Filter Info | |
|---|---|---|---|---|---|---|---|---|---|---|
| Job Name: DEA LAB | TEM/AHERA | | | | | | | | MCE | |
| | TEM/LEVEL II | | | | | | | | PC | |
| Job No.: | TEM/BULK | [redacted] | | | | | | | 25mm | |
| | TEM/DUST | | | | | | | | 37mm | |
| Job Desc.: | TEM/WATER | | | | | | | | 0.45um | |
| 402 W 35th St | PCM | | | | | | | | 0.80um | |
| | PLM | | | | | | | | Other: | |
| Job Manager: | LEAD | | | | | | | | | |
| Jeff Borum | OTHER: | | | | | | | | | |

| | |
|---|---|
| Results to: Ron Mitchell | Return Samples Yes___ No X |
| Invoice to: Ron Mitchell | Phone: 714-875-6886 |
| Written Report to: Ron Mitchell | Fax: 714-667-7147 |
| | Cell/Pager: 1-800-970-8171 |

Comments:

| Sample I.D. | Sample Location (I)nside/(O)utside/(B)lank/(P)ersonal/(E)xcursion | Start Time | Stop Time | Total Time | X Liters/ Min. | = Liters | Date Collected |
|---|---|---|---|---|---|---|---|
| 402-T1 | Vinyl Floor Tile | | | | | | 12-7-02 |
| 402-T2 | Tan Vault Area | | | | | | |
| 402-T3 | \| \| \| | | | | | | |
| 402-T4 | Vinyl Floor Tile | | | | | | |
| 402-T5 | White Lab Area | | | | | | |
| 402-T6 | \| \| \| | | | | | | |
| 402-T7 | Bottom Layer | | | | | | |
| 402-T8 | VFT Lab Area | | | | | | |
| 402-T9 | \| \| \| | | | | | | |
| 402-T10 | VFT Grey | | | | | | |
| 402-T11 | Cell Area | | | | | | |
| 402-T12 | \| \| \| | | | | | | |
| 402-T13 | VFT under | | | | | | |
| | Grey VFT | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

459

| Relinquished By (Signature) | Date 12-10-02 | Received By (Signature) | Date 12/11 |
|---|---|---|---|
| Ron Mitchell | Time | [signature] | Time 10:10 |

0021211194

SCILAB
FULL SERVICE ENVIRONMENTAL & ASBESTOS LAB

**Scientific Laboratories of California, Inc.**
24416 South Main Street, Suite 308
Carson, California 90745
Tel: (310) 834-4868 Fax: (310) 834-4772

| | | |
|---|---|---|
| Company: URS Corp. Phone: 714-835-6886 Fax: 714-667-7147 | Address: 2020 E First St Santa Ana Ca 92705 | P.O.#: DEA Lab |

| Project Information | Analysis Type | 6-8 hr | 12 hr | 24 hr | 48 hr | 72 hr | 5 day | other | Air Filter Info | |
|---|---|---|---|---|---|---|---|---|---|---|
| Job Name: DEA Lab | TEM/AHERA | | | | | | | | MCE | |
| | TEM/LEVEL II | | | | | | | | PC | |
| Job No.: | TEM/BULK | | | | | | | | 25mm | |
| | TEM/DUST | | | | | | | | 37mm | |
| Job Desc.: | TEM/WATER | | | | | | | | 0.45um | |
| 402 W 35th St | PCM | | | | | | | | 0.80um | |
| Job Manager: | PLM | | | | | | | | Other: | |
| Jeff Borch | LEAD | | | | | | | | | |
| | OTHER: | | | | | | | | | |

| | |
|---|---|
| Results to: Ron Miller | Return Samples Yes___ No X |
| Invoice to: Ron Miller | Phone: 714-835-6886 |
| | Fax: 714-667-7147 |
| Written Report to: Ron Miller | Cell/Pager: 1-800-970-8171 |

Comments:

| Sample I.D. | Sample Location (I)nside/(O)utside/(B)lank/(P)ersonal/(E)xcursion | Start Time | Stop Time | Total Time | X Liters/Min. | = Liters | Date Collected |
|---|---|---|---|---|---|---|---|
| 402-DW1 | Drywall w/skim | | | | | | 12-7-02 |
| 402-DW2 | ↓ | | | | | | ↓ |
| 402-DW3 | ↓ | | | | | | ↓ |
| 402-DW4 | ↓ | | | | | | ↓ |
| 402-DW5 | ↓ | | | | | | ↓ |
| 402-DW6 | | | | | | | ↓ |
| 402-1 | Building Joist | | | | | | ↓ |
| 402-2 | ↓ | | | | | | ↓ |
| 402-3 | ↓ | | | | | | ↓ |

460

| Relinquished By (Signature) | Date | Received By (Signature) | Date |
|---|---|---|---|
| R A [signature] | 12-10-02 | [signature] | 12/11 |
| | Time | | Time 10:10 |

1021107

SCI LAB

FULL SERVICE ENVIRONMENTAL & ASBESTOS LAB

**Scientific Laboratories of California, Inc.**
24416 South Main Street, Suite 308
Carson, California 90745
Tel: (310) 834-4868 Fax: (310) 834-4772

| | | |
|---|---|---|
| Company: URS Corp.<br>Phone: 714-835-6886<br>Fax: 714-667-7147 | Address: 2020 E First St<br>Santa Ana Ca 92705 | P.O.#:<br>DEA LAB |

| Project Information | Analysis Type | 6-8 hr | 12 hr | 24 hr | 48 hr | 72 hr | 5 day | other | Air Filler Info |
|---|---|---|---|---|---|---|---|---|---|
| Job Name: DEA LAB | TEM/AHERA | | | | | | | | MCE |
| | TEM/LEVEL II | | | | | | | | PC |
| Job No.: | TEM/BULK | | | | | | | | 25mm |
| | TEM/DUST | | | | | | | | 37mm |
| Job Desc.: | TEM/WATER | | | | | | | | 0.45um |
| 402 W 25th ST | PCM | | | | | | | | 0.80um |
| Job Manager: | PLM | | | | | | | | Other: |
| Jeff Borum | LEAD | | | | | | X | | |
| | OTHER: | | | | | | | | |

(Turnaround Time spans 6-8 hr through other.)

| | |
|---|---|
| Results to: Rod Miller | Return Samples Yes___ No_X_ |
| Invoice to: Rod Miller | Phone: 714-835-6886 |
| Written Report to: Rod Miller | Fax: 714-667-7147 |
| | Cell/Pager: 1-800-970-8171 |

Comments:

| Sample I.D. | Sample Location (I)nside/(O)utside/(B)lank/(P)ersonal/(E)xcursion | Start Time | Stop Time | Total Time | X Liters/Min. | = Liters | Date Collected |
|---|---|---|---|---|---|---|---|
| 402-P1 | Exterior | | | | | | 12-7-02 |
| 402-P2 | Interior | | | | | | ↓ |
| 402-P3 | Interior | | | | | | |
| 402-P4 | Interior | | | | | | |
| 402-P5 | Interior | | | | | | |
| 402-P6 | Interior | | | | | | |
| 402-P7 | Interior Blue | | | | | | |
| 402-P8 | Interior 1 | | | | | | |
| 402-P9 | Interior Pink | | | | | | |
| 402-P10 | Interior 1 | | | | | | |
| 402-P11 | Exterior Tan | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

461

| Relinquished By (Signature) | Date | Received By (Signature) | Date |
|---|---|---|---|
| Rod Miller | 12-10-02 | [signature] | 12/11 |
| | Time | | Time 10:10 |

UR RPORATION
2020 East First Street, Suite 400
Santa Ana, CA 92705
(714) 835-6886
FAX (714) 667-7147

~~W.O.# 021~~ 127
W.O.# 021213

# CHAIN OF CUSTODY RECORD

Date: 12/7/02
Page 1 of 1

☐ Data Requested in GISKey Format

| | |
|---|---|
| Lab Name: | URS Project/PO Number: |
| Client Name/Project Name/Location: Asset Management Group | GeoTracker Information: |
| URS Project Manager: Jeff Bozom | EDF Reporting: Y N Global ID: |
| Sampler Name and Signature: Joseph Liles / [signature] | COELT Log Number: |

Requested Analyses: 8260B; TPHext. 8015B; HOLD
Special Instructions:

| # | Sample Name: | Sample Date: | Sample Time: | Preserved: | Matrix: | Container Type: | # of Cont.: | 8260B | TPHext. 8015B | Special Instructions: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B1-0.5-021207 | 12-7-02 | 1000 | Y (N) | (S) L G | Acetate (SS.) Brass Jar (Encore) ___ml Amb. Plas. Glass VOA | 4 | X | X | |
| 2 | B2-0.5-021207 | 12-7-02 | 1020 | Y (N) | (S) L G | Acetate (SS.) Brass Jar (Encore) ___ml Amb. Plas. Glass VOA | 4 | X | X | |
| 3 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |
| 4 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |
| 5 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |
| 6 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |
| 7 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |
| 8 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |
| 9 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |
| 10 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | |

462

| Relinquished by: | Date: | Received By: | Date/Time: |
|---|---|---|---|
| [signature] | 12/7/02 | Jessica Helm | 12/7/02 11:28 |
| Relinquished by: | Date: | Received By: | Date/Time: |
| Relinquished by: | Date: | Received By: | Date/Time: |

Turnaround Time: (Check)
Same Day:___ 72 Hour:___
24 Hour:___ 5 Day:___
48 Hour:___ Standard:___

**Lab Use Only**
Cooler Temperature*: 11°C
*Record upon arrival

URS

S=Solid L=Liquid G= Gas White Copy In Final Report, Yellow to File ~~k to URS at Dropoff

W.O.# 021 77

URS CORPORATION
2020 East First Street, Suite 400
Santa Ana, CA 92705
(714) 835-6886
FAX (714) 667-7147

# CHAIN OF CUSTODY RECORD

Date: 12/7/02
Page 1 of 1

☐ Data Requested in GISKey Format

| | |
|---|---|
| Lab Name: | URS Project/PO Number: |
| Client Name/Project Name/Location: Asset Management Group | GeoTracker Information: |
| URS Project Manager: Jeff Bozom | EDF Reporting: Y N Global ID: |
| Sampler Name and Signature: Joseph Liles / [signature] | COELT Log Number: |

Requested Analyses: 8260B, HOLD

| Sample Name: | Sample Date: | Sample Time: | Preserved: | Matrix: | Container Type: | # of Cont.: | 8260B | Special Instructions: |
|---|---|---|---|---|---|---|---|---|
| B1-0.5-021207 | 12-7-02 | 1000 | Y (N) | (S) L G | Acetate (SS.) Brass Jar (Encore) ___ml Amb. Plas. Glass VOA | 4 | X | |
| B2-0.5-021207 | 12-7-02 | 1020 | Y (N) | (S) L G | Acetate (SS.) Brass Jar (Encore) ___ml Amb. Plas. Glass VOA | 4 | X | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |
| | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | |

463

| Relinquished by: | Date: | Received By: | Date/Time: |
|---|---|---|---|
| [signature] | 12/7/02 | Jessica Helm | 12/7/02 11:28 |
| Relinquished by: | Date: | Received By: | Date/Time: |
| Relinquished by: | Date: | Received By: | Date/Time: |

Turnaround Time: (Check)
Same Day:___ 72 Hour:___
24 Hour:___ 5 Day:___
48 Hour:___ Standard:___

*Lab Use Only*
Cooler Temperature*: 11°C
*Record upon arrival

URS

S=Solid L=Liquid G= Gas White Copy in Final Report, Yellow to File, Pink to URS at Dropoff

**UI RPORATION**
2020 East rirst Street, Suite 400
Santa Ana, CA 92705
(714) 835-6886
FAX (714) 667-7147

~~W.O.# 021~~ 227
W.O.# 0a-2123

# CHAIN OF CUSTODY RECORD

Date: 12/7/-02
Page 1 of 1

☐ Data Requested in GISKey Format

| | |
|---|---|
| Lab Name: | URS Project/PO Number: |
| Client Name/Project Name/Location: Asset Management Group | GeoTracker Information: |
| URS Project Manager: Jeff Bozom | EDF Reporting: Y N Global ID: |
| Sampler Name and Signature: Joseph Liles / [signature] | COELT Log Number: |

Requested Analyses:

| # | Sample Name: | Sample Date: | Sample Time: | Preserved: | Matrix: | Container Type: | # of Cont.: | 8260B | TPHext. 8015B | HOLD | Special Instructions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B1-0.5-021207 | 12-7-02 | 1000 | Y (N) | (S) L G | Acetate (SS.) Brass Jar (Encore) ___ml Amb. Plas. Glass VOA | 4 | X | X | | |
| 2 | B2-0.5-021207 | 12-7-02 | 1020 | Y (N) | (S) L G | Acetate (SS.) Brass Jar (Encore) ___ml Amb. Plas. Glass VOA | 4 | X | X | | |
| 3 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |
| 4 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |
| 5 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |
| 6 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |
| 7 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |
| 8 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |
| 9 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |
| 10 | | | | Y N | S L G | Acetate SS. Brass Jar Encore ___ml Amb. Plas. Glass VOA | | | | | |

464

| | | | |
|---|---|---|---|
| Relinquished by: [signature] | Date: 12/7/02 | Received By: Jessica Helm | Date/Time: 12/7/02 11:28 |
| Relinquished by: | Date: | Received By: | Date/Time: |
| …ished by: | Date: | Received By: | Date/Time: |

Turnaround Time: (Check)
Same Day:____ 72 Hour:____
24 Hour:____ 5 Day:____
48 Hour:____ Standard:____

**Lab Use Only**
Cooler Temperature*: 11°C
*Record upon arrival

URS

S=Solid L=Liquid G=Gas White Copy in Final Report, Yellow to File …k to URS at Dropoff