# APPENDIX C

# PHOTOGRAPHS




Photograph 1: View of the Southland Industrial Park sign located at the entrance of the DEA Facility.




Photograph 2: View of the exterior of the DEA building with asbestos containing joint putty material.




Photograph 3: View of the roofing materials located on the roof of the DEA building.




Photograph 4: View of the asbestos containing roofing mastic material.




Photograph 5: View of the 2 ft. by 4 ft. suspended ceiling tiles with water damage.




Photograph 6: View of the asbestos containing spray-on ceiling material located in the DEA facility.