

Photograph 7: View of the 12 inch. By 12 inch. Vinyl floor tile and sheet vinyl flooring material located in the DEA facility.



Photograph 8: View of the HVAC ducting insulated with fiberglass insulation material located above the suspended ceiling.




Photograph 9: View of the hot water heater and the fiberglass pipe insulation materials.




Photograph 10: View of the fiberglass insulation materials located on the hot water lines.



Photograph 11: View of the 1 ft. by 1 ft. wipe sample area collected from the laboratory counter top.



Photograph 12: View of the PCB containing light ballast located in the hallway lighting fixtures.




Photograph 13: View of the PCB containing light ballast located in the office areas of the DEA facility.