PROJECT SPECIFICATIONS

# DECOMMISSIONING* SPECIFICATIONS FOR THE FORMER DEA LABORATORY IN NATIONAL CITY, CALIFORNIA

**Preparing the Facility for Occupancy by a Different User*

*Prepared for*

Collins Development Company
400 Mile of Cars Way, Suite D
National City, California

March 20, 2003

URS

2020 East First Street, Suite 400
Santa Ana, California 92705

# CONTENTS

**INVITATION TO BID**

**1.0 Invitation**
- 1.01 Bid Submission
- 1.02 Intent
- 1.03 Work Identified in the Contract Documents
- 1.04 Contract Time

**2.0 Bid Documents and Contract Documents**
- 2.01 Contract Documents Identification
- 2.02 Examination
- 2.03 Queries/Addenda
- 2.04 Product/System Substitutions

**3.0 Site Assessment**
- 3.01 Site Examination
- 3.02 Statement of Estimated Quantities and Locations

**4.0 Qualifications**
- 4.01 Evidence of Qualifications
- 4.02 Subcontractors/Suppliers/Others

**5.0 Bid Submission**
- 5.01 Submission Procedure
- 5.02 Bid Ineligibility

**6.0 Bid Enclosures/Requirements**
- 6.01 Insurance
- 6.02 Bid Form Signature
- 6.03 Additional Bid Information

**7.0 Offer Acceptance/Rejection**
- 7.01 Duration of Offer
- 7.02 Acceptance of Offer

**8.0 Jobsite Safety**

**9.0 Indemnification**

**RELATED DOCUMENTS**

A. Invitation to Bid.
B. Bid Form.

## 1.0 INVITATION

## 1.01 BID SUBMISSION

A. Bids signed, executed, dated and sealed will be received at the office of URS Corporation (hereinafter Owner's Engineer), 2020 East First Street, Suite 400, Santa Ana, California 92705, no later than 4:00 p.m. on ______________________.

B. No bid will be accepted after the bid opening process has begun.

C. Sealed bids will be opened and read as specified in the bid package, all in accordance with the provisions of the Plans and Specifications, Information to Bidders, Proposals, and other contract provisions therefore which are filed in the aforementioned office of Owner's Engineer.

D. No bid will be considered unless it conforms with the proposal requirements and conditions.

E. Owner's Engineer reserves the right to reject any and all bid proposals, and to waive technical errors and discrepancies, if to do so seems to best serve the interest of the Owner.

F. Amendments to the submitted offer will be permitted if received in writing prior to Bid closing and if endorsed by the same party or parties who signed and sealed the offer.

G. Bids must be submitted on the Bid Form provided herein.

H. This Bid is for a Lump Sum contract and requested unit prices shall be furnished for information and comparison of bids only. No Bid for less than all of the bid items will be considered. No mention shall be made of Sales Tax or Use Tax, as all prices submitted will be considered as including such tax.

I. **SPECIAL INSTRUCTION TO BIDDERS:** Descriptions, locations, and estimated quantities presented herein are for general information only. Bidders must satisfy themselves by a personal examination of the location of the proposed work and by such other means as they may prefer as to the actual quantities, conditions and requirements of the work, and shall not, at any time after submission of the bid, dispute, complain, or assert that there was any misunderstanding in regard to the nature or the amount of work to be done.

## 1.02 INTENT

A. The intent of this Bid request is to obtain an offer to perform work to complete hazardous materials removal and disposal at the Former South West Drug Enforcement Agency (DEA) Facility located at 402 West 35th Street, National City, California.

## 1.03 WORK IDENTIFIED IN THE CONTRACT DOCUMENTS

A. Work under this proposed contract includes Asbestos Containing Materials (ACM), Polychlorinated Byphenyls (PCB), Light Ballasts, Mercury, Thermostats, Fluorescent Tubes and Chemicals (Heroin, Cocaine, and Methamphetamine) removal and disposal

work. Descriptions, estimated quantities and general locations of hazardous materials and ACM to be removed are shown in the Table at the end of Section 01010 in Division 1 of the Specifications. In submitting Bid, Bidder understands that the information relative to the existing conditions and quantities furnished to him in the Contract Documents, or by the Owner's Representative or Owner's Engineer, carries no guarantee, expressed or implied, as to its completeness or accuracy and he has made due allowances therefore.

## 1.04 CONTRACT TIME

A. The Work will be completed within 30 working days following required notifications.

## 2.0 BID DOCUMENTS AND CONTRACT DOCUMENTS

## 2.01 CONTRACT DOCUMENTS IDENTIFICATION

A. The Contract Documents are identified as "Former DEA Facility Hazardous Materials Removal and Disposal."

## 2.02 EXAMINATION

A. Upon receipt of Bid Documents verify that documents are complete.

B. Immediately notify Mr. Ronald Miller upon finding discrepancies or omissions in the Bid Documents.

## 2.03 QUERIES/ADDENDA

A. Direct questions to Mr. Ronald Miller of URS Corporation at (714) 835-6886.

B. Addenda may be issued during the Bidding period. All Addenda become part of the Contract Documents. Include resultant costs in the Bid Price.

C. Verbal answers are not binding on any party.

D. Clarifications requested by Bidders must be in writing not less than 3 days before date set for receipt of Bids. The reply will be in the form of an Addendum, a copy of which will be forwarded to known recipients.

## 2.04 PRODUCT/SYSTEM SUBSTITUTIONS

A. Where the Bid Documents stipulate a particular Product, substitutions will be considered by the Owner's Representative and Engineer up to 3 days before receipt of Bids.

B. The submission shall provide sufficient information to determine acceptability of such products.

C. When a request to substitute a Product is made, the Owner's Representative and Engineer may approve the substitution and will issue an Addendum to known Bidders.

D. In submission of substitutions to products specified, Bidders shall include in their Bid, any changes required in the Work and Contract Sum/Price to accommodate such substitutions. A later claim by the Bidder for an addition to the Contract Sum/Price because of changes in Work necessitated by use of substitutions shall not be considered.

## 3.0 SITE ASSESSMENT

### 3.01 SITE EXAMINATION

A. Bidders are required to satisfy themselves, by personal examination of the Contract Documents and investigations at the site of the proposed work, as to the conditions existing and the difficulties likely to be encountered in the work. No plea of ignorance of conditions that exist, or that may hereinafter exist, or conditions or difficulties that may be encountered in the execution of the work, as the result of failure to make such examination and investigation, will be accepted as an excuse for any failure or omission on the part of the Contractor to fulfill in every respect all the requirements of the Contract, nor will the same be accepted as a basis for any claim whatsoever for extra compensation or for an extension of time for any existing site condition.

B. A visit to the project site (DEA Facility) has been arranged for Bidders at 9:00 a.m. on _______________, 2003.

### 3.02 STATEMENT OF ESTIMATED QUANTITIES AND LOCATIONS

A. The estimated quantities and general locations included herein are approximate only, and they **will not** become the basis for calculating the final payment for work. Each bidder should prepare his own estimate of quantities of work, and base his unit or lump sum bid thereon. (The estimated quantities and locations will be found in Table 1 at the end of Section 01010 in Division 1 of the Specifications.) However, the estimated quantities shall be used by Owner's Representative in calculating the total amounts of bids for the purpose of determining which is the lowest and to the interest of Owner's Representative, the best bidder, and will be used as the method for preparing and calculating partial payments.

## 4.0 QUALIFICATIONS

### 4.01 EVIDENCE OF QUALIFICATIONS

A. To demonstrate qualification for performing the Work of this Contract, Bidders are required to submit with their Bid written evidence of financial position, previous experience, current commitments, and license to perform hazardous materials/asbestos abatement work in the State of California.

### 4.02 SUBCONTRACTORS/SUPPLIERS/OTHERS

A. Owner's Engineer reserves the right to reject a proposed subcontractor or supplier for reasonable cause.

## 5.0 BID SUBMISSION

### 5.01 SUBMISSION PROCEDURE

A. Bidders shall be solely responsible for the delivery of their Bids in the manner and time prescribed.

B. Submit two copies of the executed offer on the Bid Forms provided, signed and sealed in a closed opaque envelope, clearly identified with Bidder's name, project name and Owner's Engineer name on the outside.

### 5.02 BID INELIGIBILITY

A. Bids that are unsigned, improperly signed or sealed, conditional, illegible, obscure, contain arithmetical errors, erasures, alterations, or irregularities of any kind, will, at the discretion of Owner's Engineer, be declared unacceptable.

B. Bid Forms, Appendices, and enclosures which are improperly prepared will, at the discretion of Owner's Engineer, be declared unacceptable.

C. Failure to provide bonding or insurance requirements will invalidate the Bid.

D. Bids are by invitation only from selected Bidders. Bids from unsolicited Bidders will be returned.

## 6.0 BID ENCLOSURES/REQUIREMENTS

### 6.01 INSURANCE

A. Provide an executed "Undertaking of Insurance" on a standard form provided by the insurance company stating their intention to provide insurance to the Bidder in accordance with the insurance requirements of the Contract Documents.

B. The contractor shall provide owner's protective liability insurance in the minimum amounts of:

1. Bodily Injury (including death)
$2,000,000 each person
$2,000,000 each occurrence

2. Property damage$2,000,000 each accident
$ 2,000,000 aggregate

C. Each insurance policy shall name the owner, its employees, agents, URS Corporation and its officers and employees as additional insured. The contractor shall maintain this insurance at all times until completion of the work.

## 6.02 BID FORM SIGNATURE

A. The Bid Form shall be signed by the Bidder, as follows:

1. Sole Proprietorship: Signature of sole proprietor in the presence of a witness who will also sign. Insert the words "Sole Proprietor" under the signature.

2. Partnership: Signature of all partners in the presence of a witness who will also sign. Insert the word "Partner" under each signature.

3. Corporation: Signature of a duly authorized signing officer(s) in their normal signatures. Insert the officer's capacity in which the signing officer acts, under each signature. Affix the corporate seal. If the Bid is signed by officials other than the President and Secretary of the company, or the President/Secretary/Treasurer of the company, a copy of the by-law resolution of the Board of Directors authorizing them to do so, must also be submitted with the Bid Form in the Bid envelope.

4. Joint Venture: Each party of the joint venture shall execute the Bid Form under their respective seals in a manner appropriate to such party as described above, similar to the requirements of a Partnership.

## 6.03 ADDITIONAL BID INFORMATION

A. Submit the following Appendices concurrent with Bid submission:

Appendix A - Evidence of Qualifications and References

Appendix B - Subcontractor Listing

Appendix C - Bidders Proposed Work Plan

Appendix D - Bidders Proposed Performance Schedule

## 7.0 OFFER ACCEPTANCE/REJECTION

## 7.01 DURATION OF OFFER

A. Bids shall remain open to acceptance and shall be irrevocable for a period of sixty (60) days after the Bid closing date.

## 7.02 ACCEPTANCE OF OFFER

A. Owner's Engineer reserves the right to accept or reject any or all offers.

B. <u>RETENTION</u>: Owner's Engineer will retain 20% from all payments to the selected Contractor. The amount withheld shall be retained until final acceptance and the execution and delivery of a release provided by the Contractor. Unless otherwise provided in the Contract, acceptance of all work required by the contract shall be made as promptly as practicable after completion and final inspection thereof. Acceptance shall be final and conclusive except as regards to latent defects, fraud, or such gross

mistakes as amount to fraud. Final acceptance may be withheld or regarded as "conditional acceptance" until approval by any applicable public agency.

C. Prior to final payment, Contractor shall furnish to Owner's Engineer full and complete waivers or releases of all material men's or mechanic's liens (of Contractor, its subcontractors and suppliers at any tier) in such form as required by Owner's Engineer and Collins Development Co.

## 8.0 JOBSITE SAFETY

A. The contractor acknowledges responsibility for jobsite safety and acknowledges that the Owner's Engineer nor Owner will not have such responsibility. If a lawsuit is filed by one of the contractor's or subcontractor's employees, or any one else, the contractor will indemnify, defend and hold the Owner and the Owner's Engineer harmless of any and all such claims.

## 9.0 INDEMNIFICATION

A. Contractor shall indemnify, defend and hold harmless Owner, and Owner's Engineer, their offices, agents, employees, consultants and representatives for damage to property or for injury or death of any persons and from all claims, demands, actions of any kind whatsoever, arising out of or encountered in connection with this agreement or the prosecution of work under it, whether such claims, demands, actions or liability are caused by contractor, contractors agents, contractor's employees, contractor's subcontractors, or products installed on the project by the contractor or subcontractor or caused by any other party. Such indemnification shall extend to all claims, demands, actions, or liability for injuries, death or damages. Contractor agrees that it shall at its own cost, expense and risk, defend the Owner, Owner's Engineer, their officers, agents, employees and representatives in any and all claims, demands, actions, suits, or other legal proceedings which may be brought or instituted against Owner, Owner's Engineer, their officers, agents, employees, or representatives.

**END OF DOCUMENT**

# BID FORM

**BID TO:** URS Corporation
2020 East First Street, Suite 400
Santa Ana, California 92705

**SUBJECT:** Hazardous Materials Removal
Former South West Drug Enforcement Agency Facility
402 West 35th Street
National City, California

**BID DATE:** ________________________

**BID FROM:** ________________________________________
Bidder's Name

________________________________________
Street Address

________________________________________
City, State, Zip

The undersigned hereby proposes to enter into a Contract for the performance of the Work described herein. If awarded, said Work will be performed in accordance with the Contract Documents and as modified by any special provisions or clarifications accompanying this bid and at the prices set forth herein.

Attached hereto and made a part of the bid, by reference, are the following documents:

Appendix A - Evidence of Qualifications and References

Appendix B - Subcontractor Listing

Appendix C - Bidder's Proposed Work Plan

Appendix D - Bidder's Proposed Performance Schedule

**OFFER**

Having examined and accepted the Place of the Work and all matters referred to in the Information to Bidders and the Contract Documents prepared by the Owner's Engineer for the above mentioned project, we, the undersigned, hereby offer to enter into a Contract to perform the Work at Former DEA Facility, for the Lump Sum Price of:

______________________________________________ Dollars ($_______________).

The Lump Sum Price above is based on Unit Prices for the removal and disposal of asbestos-containing materials, as provided below. These unit prices are provided for the purpose of determining unit costs for removal and disposal of the various materials, and in no way reduces the Contractor's liability to perform all work contained in the Plans and Specifications for the Lump Sum Price indicated above. These unit prices will be used for any additional work incurred during execution of this Contract.

| | |
|---|---|
| 12 inch by 12 inch vinyl Floor Tile and Mastic (single layer) | _________ per square foot |
| 12 inch by 12 inch vinyl Floor Tile and Mastic (2-layers) | _________ per square foot |
| Spray-on Ceiling Materials | _________ per square foot |
| Roofing Mastic | _________ per square foot |
| Transite Materials | _________ per square foot |
| PCB Light Ballasts | _________ per 55 gallon drum |
| Fluorescent Tubes | _________ per 10 tubes |
| Mercury Switches | _________ per switch |
| Chemical Drug | _________ per 1,000 square feet |
| Duct/HVAC System | _________ per 100 lineal foot |

**BIDDER:**

______________________________________________
Company

______________________________________________
Signature *

______________________________________________
Printed Name and Title

*Evidence of the authority of the person signing on behalf of a corporation, partnership or joint venture shall be attached to this bid.

**BIDDER INFORMATION:**

Business Address and Telephone Number: ______________________________

____________________________________________________________

____________________________________________________________

State of Incorporation: __________________________________________

Contracting License Number: ________________________/______________
State

________________________
Expiration Date

Cal-OSHA Registration Number: _____________________________

The undersigned agrees upon receipt of notice of acceptance of this Bid to execute a contract in accordance with this Bid and to furnish certificates of insurance and good and sufficient bonds for the faithful performance of the Contract, within five (5) calendar days after award of Contract in accordance with the Contract Documents. It is agreed that this bid, the terms and conditions of which are acceptable, is the form to be used in the preparation of the Contract subject to modification to conform with the special provisions or clarifications accompanying this Bid, if any.

The undersigned certifies that it has examined and is thoroughly familiar with the Site, the conditions under which the WORK is to be accomplished and the Contract Documents, including the following Addenda ____________. The undersigned certifies that this Bid will not be withdrawn for sixty (60) calendar days after the Bid closing date.

Bidder Initials _____

The undersigned further agrees that, if awarded Contract, it will commence Work within five (10) calendar days following issue of Notice to Proceed. Bidder understands that time is of the essence for this Contract and that it will fully complete the Work within the time limits presented herein. Work includes all aspects of Contract and is not to be construed to circumvent any rules or regulations.

By ____________________________________________

Signature * Printed Name

For____________________________ ____________________________

Company Date

* Individual with authority to sign contract documents.

# APPENDIX A
# EVIDENCE OF QUALIFICATIONS AND REFERENCES

Attached herewith is written evidence of Bidder's financial position, current commitments, and a copy of Bidder's license to perform hazardous material and asbestos abatement work in the State of California.

## REFERENCES

Provide below at least three references for projects completed within the last five years which have involved the removal and disposal of hazardous materials and asbestos-containing materials.

## APPENDIX B
## SUBCONTRACTOR LISTING

Provide the information requested below for all first-tier Subcontractors that will provide labor, equipment, or materials valued in excess of five percent (5%) of the Bidder's Total Lump Sum Bid. If the Bidder does not list a Subcontractor for a Work Activity which exceeds 5% of the Total Lump Sum Bid, the Bidder agrees that it is fully qualified to perform and that it shall perform that Work activity.

| Subcontracted Work Activity | Subcontractor Full Name | Address (City and State) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Bidder Initials ____

## APPENDIX C
## BIDDER'S PROPOSED WORK PLAN

Submit as Appendix C a detailed plan, specific to this project only, of the procedures proposed for use in complying with the requirements of this specification. Include in the plan the location and layout of containment areas, decontamination areas, the sequencing of hazardous material and asbestos work, the interface of trades involved in the performance of work, methods to be used to assure the safety of building occupants and visitors to the site, disposal plan including location of approved disposal site, and a detailed description of the methods to be employed to control pollution. Expand upon the use of portable HEPA ventilation system, method of removal to prohibit visible emissions in work area, and packaging of removed asbestos debris. The plan must be approved by the Engineer prior to commencement of work.