# APPENDIX D
# BIDDER'S PROPOSED PERFORMANCE SCHEDULE

Given below is bidder's proposed schedule for performing the Work.

Bidder Initials _____

# INVITATION TO BID

| | |
|---|---|
| **PROJECT:** | Hazardous Materials Abatement<br>Former South West Drug Enforcement Agency Facility<br>402 West 35th Street<br>National City, California |
| **OWNER:** | COLLINS DEVELOPMENT COMPANY<br>11750 Sorrento Valley Road<br>San Diego, California 92121 |
| **OWNER'S REPRESENTATIVE:** | SAN DIEGO COMMERCIAL REAL ESTATE SERVICES<br>1565 Hotel Circle South, Suite 390<br>San Diego, California 92108 |
| **ENGINEER:** | URS CORPORATION<br>2020 East First Street, Suite 400<br>Santa Ana, California 92705 |
| **DATE:** | January 29, 2003 |
| **TO:** | Invited Contractors |

You are invited to bid on a Contract for asbestos, containing materials (SCM), Polychlorinated Biphenyl (PCB), Light Ballasts, Mercury Thermostats, Fluorescent Tubes, Chemicals (Heroin, Cocaine, and Methamphetamine) removal and disposal work. Bids shall be on a lump sum basis; segregated bids will not be accepted. The project must be completed within 30 working days following required notifications.

Bids will be received by Mr. Ronald Miller until 4:00 p.m. on ________________, 2003 at the office of the Owner's Engineer, URS Corporation, 2020 East First Street, Suite 400, Santa Ana, California 92705.

Your offer will be required to be submitted under a condition of irrevocability for a period of 60 days after submission. The Owner's Representative reserves the right to accept or reject any or all offers.

**END OF DOCUMENT**

DIVISION 1 - GENERAL SPECIFICATIONS

SECTION 01010 - SCOPE OF WORK

SECTION 01200 - PROJECT MEETINGS

SECTION 01340 - SUBMITTALS AND SUBSTITUTIONS

SECTION 01500 CONSTRUCTION FACILITIES AND TEMPORARY CONTROLS

SECTION 01700 - PROJECT CLOSEOUT

SECTION 01710 - CLEANING

DIVISION 2 - SITE WORK

SECTION 02080 HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL GENERAL REQUIREMENTS

SECTION 02081 MERCURY AND/OR POLYCHLORINATED CIPHENYL (PCB)-CONTAINING EQUIPMENT REMOVAL

SECTION 02082 ASBESTOS REMOVAL

SECTION 02083 CONTROLLED SUBSTANCE REMOVAL (DRUGS)

SECTION 02084 RECLAMATION AND DISPOSAL OF CHLOROFLUORIOCARBONS (CFCS), PROPANE AND FIRE SUPPRESSION CHEMICALS

SECTION 02085 REMOVAL AND DISPOSAL OF CHEMICAL/HOUSEHOLD WASTE

SECTION 02086 INDEPENDENT AIR MONITORING AND TESTING

# HAZARDOUS MATERIALS ABATEMENT FOR THE FORMER SOUTH WEST DRUG ENFORCMENT AGENCY FACILITY LOCATED AT 402 WEST 35TH STREET, NATIONAL CITY, CALIFORNIA

## SPECIFICATIONS

## DIVISION 1

## General Requirements

## SECTION 01010

## SCOPE OF WORK

### PART 1 GENERAL

### 1.01 SCOPE

A. These specifications cover the removal and disposal of Asbestos-Containing Materials (ACM), Polychlorinated Biphenyl (PCBs), Light Ballasts, Fluorescent Tubes, Mercury Switches, and Chemicals (Heroin, Cocaine, Methamphetamine) from the building and components listed in Tables 1 and 2 herein. Tables 3 and 4 identify other building components that require cleaning and/or disposal. It is the intent of the Contract Documents to show the work necessary to complete the project.

### 1.02 DESCRIPTION

A The Work specified herein is the removal and disposal of Asbestos-Containing Materials (ACM), Polychlorinated Biphenyl (PCBs), Light Ballasts, Fluorescent Tubes, Mercury Switches, and Chemicals (Heroin, Cocaine, Methamphetamine) by competent persons trained, knowledgeable and qualified in the techniques of abatement handling and disposal of asbestos-containing and asbestos-contaminated materials and the subsequent cleaning of contaminated areas; who comply with all applicable Federal, State, and local regulations; and who are capable and willing to perform the Work according to the Contract Documents.

The laboratory and office areas of the former South West Drug Enforcement Agency (DEA) Facility located at 402 West 35th Street in National City, California are scheduled for renovation.

### 1.03 RELATED DOCUMENTS

A Figure 1 - First Floor – former South West Drug Enforcement Agency Building

## TABLE 1

## GENERAL LOCATION OF MATERIALS

The general locations of ACM, PCB's, Fluorescent Tubes, Mercury Switches, and Chemicals (Heroin, Cocaine, and Methamphetamine) to be removed from the former South West DEA Facility are as follows:

**DEA Facility – Laboratory and Office Areas**

| Description of Material | Location |
|---|---|
| Spray-on Acoustic Ceiling Material | Hallways, vaults, and office areas located throughout the building |
| 12 inch by 12 inch Vinyl Floor Tiles and Mastic (majority is located under the top layer of vinyl floor tiles) | Vaults, hallways, laboratory areas, and storage rooms located through-out the building |
| Roofing Mastic | Around the roof penetrations and vents located on the roof of the building |
| Transite Material | Fume Hood Transite Panels |
| PCB Light Ballasts | Throughout the building |
| Fluorescent Tubes | Throughout the building |
| Mercury Thermostats | Throughout the building |
| Chemicals (Heroin, Cocaine, Methamphetamine) | Dust throughout the building and in the ventilation system |

## TABLE 2

## ESTIMATED QUANTITY OF MATERIALS

The estimated quantities of ACM, PCB's, Fluorescent Tubes, Mercury Switches, and Chemicals (Heroin, Cocaine, and Methamphetamine) to be removed from the former South West DEA Facility are as follows:

| Description of Material | Quantity |
|---|---|
| Spray-on Acoustic Ceiling Material | 10,804 Square Feet |
| 12 inch by 12 inch Vinyl Floor Tiles and Mastic ( majority is located under the top layer of vinyl floor tiles) | 18,938 Square Feet |
| Roofing Mastic | 8,496 Square Feet |
| Transite Material | 504 Square Feet |
| PCB Light Ballasts | Approximately 1,250 Each |
| Fluorescent Tubes | Approximately 2,500 Each |
| Mercury Thermostats | 30 Each |
| Chemicals (Heroin, Cocaine, Methamphetamine) | Remove and dispose of the HVAC system and associated ducting. HEPA vacuum and wet wipe all surfaces in the laboratory and office areas. |

**Note: Each bidder should prepare his own estimate of quantities of work, and base his unit or lump sum bid thereon.**

# TABLE 3

## IMPACTED INTERIOR BUILDING COMPONENTS TO BE REMOVED & DISPOSED

Office/Warehouse Areas
1. Interior Walls
2. Column Covers

Work Areas
1. Furniture
2. Work Stations

Interior Surface of Roof
1. Insulation
2. Hanging "hooks and/or wires"

Floors
1. Floor Covering
2. Floor Attachments

Ceiling
1. Tiles & T-bars

Utilities
1. Water Piping
2. Natural Gas Piping
3. Electric Wiring

Holding Cells

Vaults

HVAC
1. Heat Pumps/Compressors
2. Ductwork

Rest Rooms
1. Fixtures
2. Plumbing

Fire Sprinkler System
1. Sprinkler Piping
2. Stand Pipes

Interior Surface of Tilt up Walls
1. Wall Covering and Insulation
2. Attachments to Wall

## TABLE 4

## IMPACTED EXTERIOR BUILDING COMPONENTS TO BE REMOVED & DISPOSED

Roof Mounted HVAC
1. Heat Pumps/Compressors
2. Ductwork
3. Fans and/or Turbans
4. Flumes

Roof Openings
1. Flashing
2. Sealant

Walls (Tilt Up)
1. Window Security Panels
2. Attachments to Wall
3. Sealant at Doors
4. Sealant at Windows
5. Thresholds
6. Security Cameras & Wiring

Incinerator Pad

Perimeter Fencing

Site Maintenance
1. Protect Landscape from Water to be Sprayed
2. High Pressure Water Spray to all Paved Surfaces
3. Vacuum Up and Dispose of all Used Water

**END OF SECTION**

# SECTION 01200

# PROJECT MEETINGS

## PART 1 GENERAL

### 1.01 DESCRIPTION

A Work included: To enable orderly review during progress of the Work, and to provide for systematic discussion of problems, the Engineer will conduct project meetings throughout the construction period.

B The Contractor's relations with his subcontractors and materials suppliers and discussions relative thereto, are the Contractor's responsibility and normally are not part of project meetings.

### 1.02 QUALITY ASSURANCE

A For those persons designated by the Contractor to attend and participate in project meetings, provide required authority to commit the Contractor to solutions agreed upon in the project meetings.

### 1.03 SUBMITTALS

A Agenda items: To the maximum extent practicable, advise the Engineer at least 24 hours in advance of project meetings regarding items to be added to the agenda.

B Minutes:

1. The Engineer will compile minutes of each project meeting, and will furnish a copy to the Contractor and required copies to the Owner.
2. Recipients of copies may make and distribute other copies as they wish.

## PART 2 PRODUCTS

(No products are required in this Section)

## PART 3 EXECUTION

### 3.01 MEETING SCHEDULE

A Except as noted below for the Preconstruction Meeting, project meetings will be held weekly or as required.

B Coordinate as necessary to establish mutually acceptable schedules for meetings.

### 3.02 MEETING LOCATION

A The Engineer will establish the meeting location. To the maximum extent practicable, meetings will be held at the job site.

### 3.03 PRECONSTRUCTION MEETING

A The Preconstruction Meeting will be scheduled within 10 working days after the Owner has issued the Notice to Proceed.

1. Provide attendance by authorized representative of the Contractor and major subcontractors.
2. The Engineer will advise other interested parties, including the Owner, and request their attendance.

B. Minimum agenda: Data will be distributed and discussed on at least the following items.

1. Organizational arrangement of Contractor's forces and personnel, and those of subcontractors, materials suppliers, and Engineer.
2. Channels and procedures for communication.
3. Construction schedule, including sequence of critical work.
4. Contract Documents, including distribution of required copies of original Documents and revisions.
5. Processing of Shop Drawings and other data submitted to the Engineer for review.
6. Processing of Bulletins, field decisions, and Change Orders.
7. Rules and regulations governing performance of the Work.
8. Procedures for safety and first aid, security, quality control, housekeeping, and related matters.

## 3.04 PROJECT MEETINGS

A Attendance:

1. To the maximum extent practicable, assign the same person or persons to represent the Contractor at project meetings throughout progress of the Work.
2. Subcontractors, materials suppliers, and others may be invited to attend those project meetings in which their aspect of the Work is involved.

C. Minimum agenda:

1. Review progress of the Work since last meeting, including status of submittals for approval.
2. Identify problems which impede planned progress.
3. Develop corrective measures and procedures to regain planned schedule.
4. Complete other current business.

**END OF SECTION**

# SECTION 01340

## SUBMITTALS AND SUBSTITUTIONS

## PART 1 GENERAL

### 1.01 DESCRIPTION

A Work included: Make submittals required by the Contract Documents, and revise and resubmit as necessary to establish compliance with the specified requirements.

B Related work:

1. Individual requirements for submittals also may be described in the pertinent Sections of these Specifications.

D. Work not included:

1. Unrequired submittals will not be reviewed by the Engineer.
2. The Contractor may require his subcontractors to provide drawings, diagrams, and similar information to help coordinate the Work, but such data shall remain between the Contractor and his subcontractors and will not be reviewed by the Engineer.

### 1.02 QUALITY ASSURANCE

A Coordination of submittals:

1. Prior to each submittal, carefully review and coordinate all aspects of each item being submitted.
2. Verify that each item and the submittal for it conform in all respects with the specified requirements.
3. By affixing the Contractor's signature to each submittal, certify that this coordination has been performed.

B Substitutions:

1. The Contract is based on the standards of quality established in the Contract Documents. Substitutions will be considered only when listed at time of bidding, on the form provided therefore in the bidding documents, and when substantiated by the Contractor's submittal of required data within 5 calendar days after award of the Contract.
2. The following products do not require further approval except for interface with the Work:
   a. Products specified by reference to standard specifications such as ASTM and similar standards.
   b. Products specified by manufacturer's name and catalog model number.

1. Do not substitute materials, equipment, or methods unless such substitution has been specifically approved in writing for this Work by the Engineer.
   a. "Or equal":

1. Where the phrase "or equal," or "or equal as approved by the Engineer," occurs in the Contract Documents, do not assume that the materials, equipment, or methods will be approved as equal unless the item has been specifically so approved for this Work by the Engineer.
2. The decision of the Engineer shall be final.

### 1.03 SUBMITTALS

A Make submittals of Shop Drawings, Samples, substitution requests, and other items in accordance with the provisions of this Section.

## PART 2 PRODUCTS

### 2.01 SHOP DRAWINGS

A Scale and measurements: Make Shop Drawings accurately to a scale sufficiently large to show all pertinent aspects of the item and its method of connection to the Work.

B Type of prints required:

1. Submit Shop Drawings in the form of one reproducible copy of each sheet plus three copies.

   c. Review comments of the Engineer will be shown on the reproducible copy when it is returned to the Contractor. The Contractor may make and distribute such copies as are required for his purposes.

## PART 3 EXECUTION

### 3.01 IDENTIFICATION OF SUBMITTALS

A Consecutively number all submittals.

1. When material is resubmitted for any reason, transmit under a new letter of transmittal and with a new transmittal number.
2. On resubmittals, cite the original submittal number for reference.

   d. Accompany each submittal with a letter of transmittal showing all information required for identification and checking.

   e. On at least the first page of each submittal, and elsewhere as required for positive identification, show the submittal number in which the item was included.

   f. Maintain an accurate submittal log for the duration of the Work, showing current status of all submittals at all times. Make the submittal log available to the Engineer for his review upon request.

### 3.02 GROUPING OF SUBMITTALS

A Unless otherwise specified, make submittals in groups containing all associated items to assure that information is available for checking each item when it is received.

1. Partial submittals may be rejected as not complying with the provisions of the Contract.
2. The Contractor may be held liable for delays so occasioned.

## 3.03 TIMING OF SUBMITTALS

A Make submittals far enough in advance of scheduled dates for installation to provide time required for reviews, for securing necessary approvals, for possible revisions and resubmittals, and for placing orders and securing delivery.

B In scheduling, allow at least two working days for review by the Engineer following his receipt of the submittal.

## 3.04 ENGINEER'S REVIEW

A Review by the Engineer does not relieve the Contractor from responsibility for errors which may exist in the submitted data.

B Revisions:

1. Make revisions required by the Engineer.
2. Make only those revisions directed or approved by the Engineer.

**END OF SECTION**

# SECTION 01500

# CONSTRUCTION FACILITIES AND TEMPORARY CONTROLS

## PART 1 GENERAL

### 1.01 DESCRIPTION

A Work included: Provide temporary facilities and controls as needed for the Work, including, but not necessarily limited to:

1. Temporary utilities such as heat, water, electricity, and telephone;
2. Field office for the Contractor's personnel;
3. Sanitary facilities; and
4. Enclosures such as tarpaulins, barricades, and canopies.

g. Related work:

1. Expect that equipment furnished by subcontractors shall comply with the requirements of pertinent safety regulations, such equipment normally furnished by the individual trades in execution of their own portions of the Work are not a part of this Section.

### 1.02 MAINTENANCE

A Maintain temporary facilities and controls in proper and safe condition throughout progress of the Work.

## PART 2 PRODUCTS

### 2.01 UTILITIES

A Water: Provide necessary temporary piping or hoses, and upon completion of the Work, remove such temporary facilities.

B Electricity:

1. Provide necessary temporary wiring and, upon completion of the Work, remove such temporary facility.
2. Provide area distribution boxes so located so that the individual trades may furnish and use 100 ft maximum length extension cords to obtain power and lighting at points where needed for work inspection and safety.

h. Heating: Provide and maintain heat necessary for proper conduct of operations needed in the Work.

i. Telephone:

1. Make necessary arrangements and pay costs for installation and operation of telephone service to the Contractor's office at the site.

j. Make the telephone available to the Engineer for use in connection with the Work.

## 2.02 FIELD OFFICES AND SHEDS

A Contractor's facilities: All construction activities shall be performed in areas designated on the Plans or as approved by Owner for accommodation of Contractor's facilities which include office, supply, and storage areas.

B Sanitary facilities:

1. Provide temporary sanitary facilities in the quantity required for use by all personnel.
2. Maintain in a sanitary condition at all times.

## 2.03 ENCLOSURES

A Provide and maintain for the duration of construction all scaffolds, tarpaulins, canopies, warning signs, steps, platforms, bridges, and other temporary construction necessary for proper completion of the Work in compliance with pertinent safety and other regulations.

# PART 3 - EXECUTION

## 3.01 MAINTENANCE AND REMOVAL

A Maintain temporary facilities and controls as long as needed for safe and proper completion of the Work.

B Remove such temporary facilities and controls as rapidly as progress of the Work will permit, or as directed by the Engineer.

**END OF SECTION**