# SECTION 01700

# PROJECT CLOSEOUT

## PART 1 GENERAL

### 1.01 DESCRIPTION

A Comply with requirements stated in the Contract and in Specifications for administrative procedures in closing out the Work.

### 1.02 QUALITY ASSURANCE

A Prior to requesting inspection by the Engineer, use adequate means to assure that the Work is completed in accordance with the specified requirements and area is ready for the requested inspection.

### 1.03 PROCEDURES

A Substantial completion:

1. Prepare and submit a written notice that the Work is substantially complete.
2. Within a reasonable time after receipt of the list, the Engineer will inspect to determine status of completion.
3. Should the Engineer determine that the Work is not substantially complete:
   a. The Engineer will so notify the Contractor, in writing, giving the reasons therefore.
   b. The Contractor will remedy the deficiencies and notify the Engineer when ready for reinspection.
   c. The Engineer will reinspect the Work.
4. When the Engineer concurs that the Work is substantially complete:
   a. The Engineer will prepare a "Certificate of Substantial Completion," accompanied by the Contractor's list of items to be completed or corrected, as verified by the Engineer.
   b. The Engineer will submit the Certificate to the Owner and to the Contractor for their written acceptance of the responsibilities assigned to them in the Certificate.

B Final completion:

1. When Contractor considers the Work is complete, he shall submit written certification that:
   a. Contract Documents have been reviewed;
   b. Work has been inspected for compliance with the Contract Documents;
   c. Work is completed and ready for final inspection.
2. The Engineer will make an inspection and conduct clearance air monitoring to verify status of completion.
3. Should the Engineer conclude that the Work is incomplete or defective:

a. The Engineer will promptly notify the Contractor, in writing, listing the incomplete or defective work.
b. The Contractor will remedy the deficiencies promptly, and notify the Engineer when ready for reinspection.
c. Additional air monitoring costs beyond the first clearance test conducted by the Engineer (paragraph 2 above) will be reimbursed to the Engineer by the Contractor in the amount of $600.00 for each test.

4. When the Engineer determines that the Work is acceptable under the Contract Documents, he will request the Contractor to make closeout submittals.

C Final application for payment: Contractor shall submit the final Application for Payment in accordance with procedures and requirements stated in the Conditions of the Contract.

**END OF SECTION**

# SECTION 01710

# CLEANING

## PART 1 GENERAL

### 1.01 DESCRIPTION

A Work included: Throughout the construction period, maintain the buildings and site in a standard of cleanliness as described in this Section.

B Related work:

1. In addition to standards described in this Section, comply with requirements for cleaning as described in pertinent other Sections of these Specifications.

### 1.02 QUALITY ASSURANCE

A Conduct daily inspection, and more often if necessary, to verify that requirements for cleanliness are being met.

B In addition to the standards described in this Section, comply with pertinent requirements of governmental agencies having jurisdiction.

## PART 2 PRODUCTS

### 2.01 CLEANING MATERIALS AND EQUIPMENT

A Provide required personnel, equipment, and materials needed to maintain the specified standard of cleanliness.

### 2.02 COMPATIBILITY

A Use only the cleaning materials and equipment which are compatible with the surface being cleaned, as recommended by the manufacturer of the material.

## PART 3 EXECUTION

### 3.01 PROGRESS CLEANING

A General:

1. Retain stored items in an orderly arrangement allowing maximum access, not impeding traffic or drainage, and providing required protection of materials.
2. Do not allow accumulation of scrap, debris, waste material, and other items not required for construction of this Work.
3. At least twice each month, and more often if necessary, completely remove all scrap, debris, and waste material from the job site.
4. Provide adequate storage for all items awaiting removal from the job site, observing requirements for fire protection and protection of the ecology.

D Temporary facilities:

1. Daily, and more often if necessary, inspect the site and pick up all scrap, debris, and waste material. Remove such items to the place designated for their storage.
2. Weekly, and more often if necessary, inspect all arrangements of materials stored on the site. Restack, tidy, or otherwise service arrangements to meet the requirements of subparagraph 3.01-A-1 above.
3. Maintain the site in a neat and orderly condition at all times.

## 3.02 FINAL CLEANING

A Prior to completion of the Work, remove from the job site all tools, surplus materials, equipment, scrap, debris, and waste. Conduct final progress cleaning as described in Article 3.1 above.

B Temporary facilities:

1. Unless otherwise specifically directed by the Engineer, broom clean paved areas on the site and public paved areas adjacent to the site.
2. Completely remove resultant debris.

## 3.03 CLEANING DURING OWNER'S OCCUPANCY

A Should the Owner occupy the Work or any portion thereof prior to its completion by the Contractor and acceptance by the Owner, responsibilities for interim and final cleaning shall be as established by the Engineer in accordance with the General Conditions of the Contract.

**END OF SECTION**

# HAZARDOUS MATERIALS ABATEMENT FOR THE FORMER SOUTH WEST DRUG ENFORCMENT AGENCY FACILITY LOCATED AT 402 WEST 35TH STREET, NATIONAL CITY, CALIFORNIA

## SPECIFICATIONS

## DIVISION 2

**Technical Requirements**

## Section 02080

# HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL GENERAL REQUIREMENTS

## PART 1 - GENERAL

### 1.01 DESCRIPTION

The intent of the work covered in this Division is to furnish all transportation, labor, materials, equipment and incidentals necessary to legally remove, handle package, transport, and dispose of at licensed offsite facilities all hazardous materials specified in the Drawings, and in Sections 02081 through 02086.

### 1.02 RELATED WORK

A. Section 01300-SUBMITTALS
B. Section 02081-MERCURY AND/OR POLYCHLORINATED BIPHENYL-CONTAINING EQUIPMENT REMOVAL
C. Section 02082-ASBESTOS REMOVAL
D. Section 02083-CONTROLLED SUBSTANCE REMOVAL (DRUGS)
E. Section 02084-RECLAMATION AND DISPOSAL OF CHLOROFLUOROCARBONS AND HALON FIRE SUPPRESSION SYSTEMS
F. Section 02085-REMOVAL AND DISPOSAL OF HOUSEHOLD CHEMICALS
G. Section 02086-INDEPENDENT AIR MONITORING AND TESTING

### 1.03 REFERENCES

Specific regulatory references related to the progress of the work are included in the individual Specification Sections referenced above. In general, the Contractor is required to adhere to ALL applicable Federal, State and Local regulations regarding the safe and legal removal, storage, transport, and disposal of hazardous materials anticipated to be encountered under this Contract. Protection of the health and safety of Contractor's employees during the course of this work is the responsibility of the Contractor. The selected Contractor will be expected to be knowledgeable in these areas.

### 1.04 REGULATIONS

See Specification Sections 02081 through 02086 for specific regulations that are applicable to the Work. It is the responsibility of the Contractor to determine if additional regulations apply.

### 1.05 DEFINITIONS

Definitions are supplied in Sections 02081 through 02086.

### 1.06 QUALITY ASSURANCE

A. Training

Contractor shall ensure that all employees working on hazardous materials abatement work are properly trained and certified in the use of personal protective equipment (PPE) and the proper handling, storage, and transportation of hazardous wastes under all applicable OSHA, CALOSHA and EPA and CALEPA regulations.

B. Certified Industrial Hygienist (CIH)

Obtain the services of an industrial hygienist certified by the American Board of Industrial Hygiene (ABIH) to certify training, review and approve the Contractor's Removal, Storage, Transportation and Disposal Work Plan, including determination of the need for PPE in performing hazardous material removal work.

C. Regulation Documents
Maintain at all times one copy each at the office and one copy each in view at the job site of the approved Contractor's Removal, Storage, Transportation and Disposal Work Plan as specified under Part 1.07 of this Section, including addenda and revisions.

D. Access by Owner Engineer
The Owner's representatives may enter control areas for brief periods of time provided they have documentation of proper training. and have donned the appropriate PPE for the work being performed. Contractor shall provide all required PPE and safety briefings for the Project engineer as required for safe entry and visual inspection in contaminated areas.

**1.07 SUBMITTALS**

Submit the following in accordance with Section 01300, "Submittals" to the Project engineer for approval within 14 days of Notice to Proceed:

A. Statements
1. Training certifications for Employees
2. Notification
3. Safety/Emergency Plan
4. Respiratory Protection Plan
5. Qualifications and Recommendations of CIH
6. Removal, Storage, Transportation, and Disposal Work Plan

B. Training Certification of employees
Submit certificates signed and dated by the CIH and by each employee stating that the employee has received required training under OSHA and EPA regulations to perform the work specified.

C. Notification
Notify the PROJECT ENGINEER ten (10) days prior to the start of removal of hazardous materials.

D. Safety/Emergency Plan
Submit a corporate safety plan and a detailed job specific plan of safety and emergency procedures. Identify all emergency phone numbers. Maintain a copy on site at all times of the work.

E. Respiratory Protection Plan
Submit a respiratory protection plan, which conforms to 28 CFR 1910.134 and ANSI Z88 .2-69.

F. Qualifications and Recommendations of CIH
Submit the name, address, and telephone number of the Industrial Hygienist selected to perform the duties in paragraph entitled "Certified Industrial Hygienist". Submit proper documentation that the Industrial Hygienist is ABIH certified, including certification number and date of certification/re-certification.

G. Contractors Removal, Storage, Transportation, and Disposal Work Plan
Contractor shall prepare a Removal, Storage, Transportation and Disposal Work Plan which details the following:
1. Sequencing of the hazardous materials removal work by building and type of contamination.
2. Locations, means, and methods for storing waste prior to transportation.
3. Methodology for setting up exclusion zones around work areas.
4. Transportation plans, route maps, hauling companies, and certifications to be utilized for the transportation of hazardous materials removed during the Work.
5. Names, locations, and certifications for disposal facilities to be utilized.

**PART 2- PRODUCTS**

NOT USED

**PART 3- EXECUTION**

NOT USED

**PART 4- MEASUREMENT AND PAYMENT**

**4.01 MEASUREMENT**

A. Each hazardous materials abatement bid item will be measured as a unit (lump sum) for the satisfactorily completed work.

B. Measurement for progress payment will be on a percentage of the total lump sum price bid for each bid item. Contractor shall show proof of material disposal in accordance with applicable local, state and federal regulations.

**4.02 PAYMENT**

Payment for the following Bid Items shall constitute full compensation for all labor, materials, equipment and incidental costs necessary to perform abatement of hazardous materials in accordance with the Drawings, Specifications and all applicable regulations:

**END OF SECTION**

## SECTION 02081

## MERCURY AND/OR POLYCHLORINATED BIPHENYL (PCB)-CONTAINING EQUIPMENT REMOVAL

### PART 1 GENERAL

### 1.01 DESCRIPTION

The work of this section consists of furnishing all transportation, labor, materials, equipment and incidentals necessary to legally handle and dispose offsite all 1) Polychlorinated Biphenyl (PCB) containing materials, including capacitor oils, electrical switch oils, transformer oils, fluorescent light ballasts, and any other material containing PCB's, and 2) Mercury containing materials including fluorescent light tubes, Mercury switches, Mercury thermometers, Mercury thermostats, and any other material containing Mercury. Site features containing PCB's or Mercury include light ballasts, switches, and fluorescent light tubes.

### 1.02 RELATED WORK

A. Section 02080 –HAZARDOUS MATERIALS REMOVAL AND DISPOSAL – GENERAL REQUIREMENTS

B. Section 02086 – INDEPENDENT AIR MONITORING AND TESTING

### 1.03 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

**CODE OF FEDERAL REGULATIONS (CFR), AND CALIFORNIA CODE OF REGULATIONS (CCR)**

| | |
|---|---|
| 40 CFR 761 | Polychlorinated Biphenyl (PCBs) Manufacturing, Processing, Distribution in Commerce and Use Prohibitions |
| 40 CFR Parts 260 through 270 inclusive | Federal Regulations for Identification, Transportation, and Disposal of Hazardous Wastes |
| 22 CCR Parts 22261 | California Regulations for Identification, Transportation, and |
| through 22270 inclusive | Disposal of Hazardous Wastes |
| 29 CFR 1910.134 | Respiratory Protection |
| 29 CFR 1910.145 | Accident Prevention Signs and Tags |
| 49 CFR 178 | Shipping Container Specification |

**AMERICAN NATIONAL STANDARD INSTITUTE (ANSI) PUBLICATION**

| | |
|---|---|
| Z88.2-69 | Practices for respiratory protection |

**UNDERWRITERS LABORATORIES, INC**

| | |
|---|---|
| UL 586 | 1990 High-Efficiency Particulate Air Filter Units |

### 1.04 REGULATIONS

The Contractor shall comply with the provisions specified above, and the U.S. Environmental Protection Agency (EPA) requirements 40 CFR 761 Subparts A, C, D, and J during the removal and transportation of PCBs and other hazardous materials and obtain all necessary permits.

## 1.05 DEFINITIONS

A. PCBs or Mercury

PCBs or Mercury as used in this specification shall mean the same as PCB or Mercury Article, PCB or Mercury Container, PCB or Mercury Equipment, PCB or Mercury Item, PCB Transformer, PCB Contaminated Transformer. In the Case of PCBs, these are as defined in 40 CFR 761.3.

B. Leak

Leak or leaking means any instance in which a PCB or Mercury Article, PCB or Mercury Container, or PCB or Mercury Equipment has any PCBs or Mercury on any portion of its external surface or on the surrounding ground surface, pavement, or flooring.

C. Spill

Spill means both intentional and unintentional spills, leaks, and other uncontrolled emissions when the release includes any quantity of PCB's or Mercury, resulting from improper handling.

D. Control Area

A restricted area with the proper warning/caution signs in which only trained persons may enter.

E. High Efficiency Particulate Air (HEPA) Filters (for PCB dust)

A filter capable of removing 99.97% of the particles down to 0.3 microns in diameter and consistent with a UL 586 filters system.

F. Special Mercury Filter

Special mercury filter cartridges for mercury vapor work, as specified by the filter manufacturer.

## 1.06 QUALITY ASSURANCE

Quality Assurance requirements for this Section are listed in Section 02080 – HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL – GENERAL REQUIREMENTS.

## 1.07 SUBMITTALS

Submittal requirements for this Section are listed in Section 02080 – HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL – GENERAL REQUIREMENTS.

## 1.08 EQUIPMENT

A. Special Clothing

Work clothes shall consist of Personal Protection Equipment (PPE) as required by OSHA regulations, including, but not limited to the following:

1 Disposable coveralls

2 Gloves

3 Chemical safety goggles

4 Half mask cartridge respirator for Mercury Vapor, PCBs and/or other hazardous material to be used for spills

5 Disposable foot covers (polyethylene)

B. Special Clothing for the project engineer.
Provide PPE specified in Part Section 1.08 Sub-Part A entitled "Special Clothing" to the project engineer as required for inspection of the work.

C. Leak/Spill Kit
Assemble a leak/spill kit to include at a minimum, the following items for maximum 20-gallon potential spills. For items where a larger spill potential exists, multiply quantities provided accordingly:

1 Gloves specifically rated for use in handling PCBs and/or Mercury (six pairs)
2 Disposable coverall specifically rated for use in handling PCBs and/or Mercury (four each)
3 Chemical safety goggles (two each)
4 Disposable foot covers (polyethylene) (six pairs)
5 PCB/Mercury Caution Sign: "PCB-Spill (or Mercury Spill)-Authorized Personnel Only" (two each)
6 Banner guard or equivalent banner material (100 feet)
7 Absorbent material (five bags)
8 Rags (20 ea.)
9 HEPA vacuum (one each)
10 Poly lined DOT 17H drums (two each)
11 Blue polyethylene waste bags (five each)

Note: all materials and equipment used to clean up a PCB or Mercury spill become PCB or Mercury waste and must be disposed of accordingly.

## PART 2 PRODUCTS
NOT USED

## PART 3 EXECUTION
### 3.01 REQUIREMENTS

A. Furnish
The Contractor shall furnish all labor, materials, and equipment necessary for the complete collection and removal of 1) PCB containing materials, including capacitor oils, electrical switch oils, transformer oils, fluorescent light ballasts, and any other material containing PCB's and 2) Mercury containing materials including fluorescent light tubes, Mercury switches, Mercury thermometers, Mercury thermostats, and any other material containing Mercury from the project site.

B. Disposal
All hazardous materials, which are identified as in-scope requirements, shall be delivered to and disposed of at a properly licensed disposal facility.

C. Tracking
The Contractor is responsible for providing hazardous waste manifests. The Contractor is responsible to ensure that the hazardous waste manifest from point of origin to the point of disposal is filled out completely and accurately for complete tracking of hazardous materials. After the shipment has been properly loaded, covered and secured, Contractor will have the Project Engineer initial the upper left-

hand corner of manifest. The Contractor will then supply the completed hazardous and non-hazardous waste manifests to the Project Engineer for authorized generator signature.

D. Inspection

The Contractor shall verify that the storage site is capable of accepting the hazardous materials within regulatory compliance prior to delivery of the hazardous materials.

E. Control Area

Isolate control area by physical boundaries to prevent unauthorized entry of personnel.

F. Personnel Protection

Workers shall wear and use PPE as required upon entering a control area.

G. Action Limit and Permissible Exposure Limits (PEL)

1 Per Cal OSHA, PEL for mercury is 0.05 $mg/m^3$ of air, based on an 8-hour time weighted average (TWA) American Council of Governmental Industrial Hygienists basis (ACGIH) and 10-hour TWA National Institute for Occupational Safety and Health (NIOSH). The Contractor shall perform Personal Sampling to ensure the Action Limit is not exceeded. Actual action limits shall be established by the CIH in the Health and Safety Plan, based on current NIOSH standards.

2 The Action levels for Mercury and PCBs shall not be exceeded. The Contractor shall take all precautions necessary to assure this standard.

3 Per Cal OSHA, PEL for PCBs is 0.5 $mg/m^3$ on an 8-hour time weighted average basis.

H. Special Hazards

1 Fluorescent light bulbs shall be handled with care during removal and packaging and any breakage shall be reported, and the spill cleaned up immediately.

2 Ballasts shall not be exposed to open flames or other high temperature sources since toxic decomposition by-products may be produced.

3 Other Hazardous Materials or Potentially Hazardous materials shall be properly identified prior to handling or exposure.

I. Caution Label

Affix labels to all waste containers. Provide label with sufficient print size to be clearly legible, with bold print on a contrasting background, displaying the following:

| | |
|---|---|
| CAUTION: CONTAINS __(name of hazardous material)__ | |
| DATE: ____________ | SOURCE: ____________ |
| EPA Generator No. | |

J. Caution Sign

1. 29 CFR 1910.145. Provide signs at approaches to PCB or Mercury control areas. Locate signs at such a distance that personnel may read the sign and take the necessary precautions before entering the area.

## 3.02 WORK PROCEDURE

A. Furnish all labor, materials, services, and equipment necessary for the complete removal of all 1) PCB containing materials, including capacitor oils, electrical switch oils, transformer oils, fluorescent light ballasts, and any other material containing PCB's and 2) Mercury containing materials including fluorescent light tubes, Mercury switches, Mercury thermometers, Mercury thermostats, and any other material containing Mercury, and other hazardous materials and potentially hazardous materials in accordance with federal, state, and local regulations. Package and mark containers as required by EPA and DOT regulations and Section 3.01 and dispose of off site. Provide packaging, available from the manufacture, for the storage of fluorescent light bulbs. Provide 17C or 17H drums for packaging of other hazardous materials. Ballasts labeled as "Non-PCB Containing" or "No PCBs" shall remain in place.

B. No Smoking
Smoking is not permitted within 50 feet of the control area. Provide and post "No Smoking" signs.

C. Work Operations
Ensure that work operations or processes are conducted in accordance with the applicable requirements of this section, including but not limited to:
1 Obtaining advance approval of storage sites.
2 Notifying the PROJECT ENGINEER prior to commencing the operation.
3 Reporting spills/leaks to the PROJECT ENGINEER.
4 Maintaining Spill/Leak Kit and cleaning up spills/leaks.
5 Maintaining an access log of employees working in a control area and providing a copy to the PROJECT ENGINEER upon completion of the operation.
6 Maintaining inspection, inventory, and spill/leak records.

## 3.03 REMOVAL WORK

A. Remove mercury containing fluorescent light bulbs and other devices whole and immediately package. Handle so that skin contact does not occur.

B. Remove all fluorescent light ballasts that are not marked "Non-PCB Containing" or "No PCBs". Place ballasts in US Department of Transportation (DOT) approved 17C or 17H drums. Handle PCBs such that no skin contact occurs. PCB removal process shall be as described in the Contractor work plan.

C. Remove all equipment containing PCBs from site and transport to an approved decontamination facility and final disposal.

D. Establish a control area as specified in paragraph entitled "Control Area." Only personnel briefed on the handling and safety precautions shall be allowed into the area.

E. Written evacuation procedures shall be followed for evacuation of injured workers.

## 3.04 SPILL CLEANUP REQUIREMENTS

A. Spills/Leaks
Immediately report to the PROJECT ENGINEER any spills/leaks.

B. Spill/Leak Control Area
Limit access to Control Area so only workers with PPE may enter.

C. Spill/Leak Cleanup

1 Initiate cleanup of spills/leaks immediately. Immediately transfer broken items into a DOT approved 17H, poly-lined drum or other DOT approved container. To clean up spills, personnel shall wear the PPE prescribed in paragraph entitled "Special Clothing". Vacuum spill area using HEPA filter. HEPA vacuum waste shall be drummed in a poly lined DOT 17H drum and labeled with a caution label. The Contractor shall be responsible for the proper clean up of all inadvertent spills or leaks. Any leaks shall be immediately stopped, contained, covered, and diked as necessary to facilitate clean-up operations and to prevent the hazardous materials from entering drains, storm sewers, or other water bodies. The PROJECT ENGINEER shall be immediately notified of spills and a subsequent written report shall be provided describing the details of the spill or leak, and what actions have been taken to clean-up the spill or leak. The hosing down of any spillage or leaks is prohibited. In the event of a Contractor caused fire involving hazardous materials, the Contractor shall be responsible for the clean up of any contamination caused by the hazardous, toxic products of combustion.

2. 40 CFR 761, Subpart G. Initiate cleanup of spills as soon as possible. To clean up spills, personnel shall wear the PPE prescribed in paragraph entitled "Special Clothing" of this section. Mop up the liquid with rags or other conventional absorbent. The rags and spent absorbent shall be properly contained and disposed of as a hazardous waste.

D. Records and Certification

Document the cleanup of PCB spills with records of decontamination in accordance with 40 CFR 761, Section 125; Requirements for PCB Spill Cleanup. Documentation of Mercury spill cleanup will be at the PROJECT ENGINEER's direction. Provide certification of decontamination.

E. Sampling Requirements

Perform post cleanup sampling of PCB spills as required by 40 CFR 761, Section 130, and Sampling Requirements. Post-Sampling cleanup of Mercury Contamination will be at the PROJECT ENGINEER's direction do not remove boundaries of the PCB/Mercury control area until site is determined to be satisfactorily clean by the PROJECT ENGINEER.

**3.05 <u>STORAGE FOR DISPOSAL</u>**

A. Storage Containers

1 Whole fluorescent light bulbs shall be placed in the packaging, which is available from the manufacturer.

2 9 CFR 178. Store non-liquid PCB mixtures, articles, or equipment in DOT Specification 5, 5B, or 17C containers with removable lids.

B. Waste Containers

Label with the Caution Label, paragraph entitled "Caution Label", the type of article or material in the container, the date the item was placed in storage and the name of the building and/or the site location from which it was obtained.

C. Labels Prior to Shipment

The Contractor shall properly label and mark all hazardous materials and ensure that the vehicle used to transport the hazardous materials is also placarded in accordance with EPA and DOT criteria.

D. Employee Safety
The Contractor shall be responsible for ensuring that his personnel are knowledgeable and protected from the health and safety hazards of working with Mercury and PCBs. The Contractor is advised to follow the guidance promulgated by EPA's Standard Operating Safety Guides (Most recent edition), the NIOSH, OSHA, USCG, EPA's Occupational Safety and Health Guidance Manual for Hazardous Waste Site Activities (Latest edition ) based on 29 CFR 1910. 120.

E. Approval of Temporary Onsite Storage Site
Obtain in advance the Project Engineer's approval to use a temporary on-site storage area by using the following criteria without exception: Adequate roof and walls to prevent rainwater from reaching the stored material. Containment curbs to contain any possible liquid leaks. Hazardous waste shall not be stored on site for longer than regulations allow, but in no case longer than 40 days.

**3.06 CLEANLINESS OF WORK AREAS**

Maintain surfaces of the control area free of accumulations of all 1) PCB containing materials, including capacitor oils, electrical switch oils, transformer oils, fluorescent light ballasts, and any other material containing PCB's and 2) Mercury containing materials including fluorescent light tubes, Mercury switches, Mercury thermometers, Mercury thermostats, and any other material containing Mercury, and other hazardous materials. Restrict the spread of dust and debris; keep waste from being distributed over work area. Do not remove the control area and warning signs prior to the PROJECT ENGINEER approval. Clean areas showing residual dust or debris.

**3.07 RECORDS AND REPORTS**

The Contractor shall keep records of all documents generated in the course of the work. These include copies of all forms and reports of any spills or accidents and copies of manifests and/or bills of lading. The Contractor shall also keep records of when the transformers were removed from the project site and when Mercury and/or PCBs were transported to the disposal facility. Copies of all records shall be handed to the PROJECT ENGINEER at the completion of the work. All work, including but not limited to testing, removal and disposal, up to and including the dollar limits of the allowance shall be performed within the schedule indicated and no additional time will be allowed.

**END OF SECTION**