# SECTION 02082

# ASBESTOS REMOVAL

## PART 1 GENERAL

### 1.01 DESCRIPTION

A. The work of this section consists of furnishing all transportation, labor, materials, equipment and incidentals necessary to perform abatement of asbestos-containing materials in all buildings, structures, and all miscellaneous and incidental items within the project limits.

B. The work specified herein shall be the removal of asbestos-containing material by persons knowledgeable, qualified, trained, and certified in the removal, treatment, handling, and disposal of asbestos-containing material. The subsequent cleaning of the affected environment, which must comply with federal, state and local regulations, that mandate asbestos removal work practices, and must be performed by personnel who are capable of performing the work in this Contract.

C. Work of this section includes but is not limited to the following:

1. The removal and legal disposal of all asbestos-containing materials from the Former Drug Enforcement Project Agency (DEA) Facility located at 402 35th Street in National City, California.
2. Removal or demolition of all movable and fixed fixtures (if required) to gain access to asbestos-containing materials.
3. Perform wet removal and/or HEPA-vacuuming of all visible debris and dust in affected areas prior to performing removal work.
4. Removal of asbestos floor tiles and mastic using modified containment (splashguards and critical Barriers). Full containment will be required during floor tile and mastic removal with a bead blaster unless the SDAPCD approves a variance. Removal of transite ducting, transite panels, roofing materials, roofing mastic and sealant materials may be performed using modified containment or as approved by the Project Engineer.
5. Thoroughly clean the area of work and obtain receipt of final approval from the Project Engineer including "clean air" tests by Phase Contrast Microscopy (Project Engineer) (NIOSH 7400 method).
6. Develop detailed asbestos abatement shop drawings, including work area isolation plans (barrier walls, staging area, temporary flooring, scaffolding, rigging, etc.), HVAC electrical and isolation plans, asbestos removal and disposal methods and procedures, scaffolding plans, railings and scheduling of abatement work for review by the Project Engineer.

D. The Contractor shall supply all labor, materials, equipment, services, insurance, and incidentals which are necessary or required to perform the work in accordance with applicable governmental regulations and these Specifications.

E. Multiple layers of asbestos containing materials may be present in several locations, including but not necessarily limited to sheet vinyl flooring and carpeting over floor tile.

F. All asbestos-containing materials tests results can be obtained from PROJECT ENGINEER.

**1.02 RELATED WORK**

A. Section 01300 - SUBMITTALS

B. Section 02086 - INDEPENDENT AIR MONITORING AND TESTING

**1.03 SUBMITTALS**

In accordance with Section 01300 - SUBMITTALS, the Contractor shall submit to the PROJECT ENGINEER the following:

1. Submit an asbestos-related Work Certification for the Contractor and/or Subcontractor firm performing asbestos-containing materials removal and disposal.
2. Disposal plan showing each room/building depicting all abatement steps, equipment, sign location, chemical extinguisher location, negative air shut-off switch, and other items required by law.
3. Copies of training certificates in accordance with Title 8 Code of California Regulations Section 5144 and 5208 for every person working on Contract.

**1.04 APPLICABLE DOCUMENTS AND REGULATIONS**

A. It is the responsibility of the Contractor to know the current regulations controlling asbestos abatement work and to perform all related work in accordance with such regulations.

B. The current issue of each document shall govern. Where conflict among requirements or with these Specifications exists, the more stringent requirements shall apply.

1. Regulations: Comply with applicable federal, state, and local regulations
2. Title 29, Code of Federal Regulations (CFR), Sections 1910.1001, 1910.134 and 1926.1101. Occupational Safety and Health Administration (OSHA), U.S. Department of Labor.
3. Title 40, Code of Federal Regulations, Part 61, Subparts A and M, National Emission Standards for Hazardous Air Pollutants. U.S. Environmental Protection Agency (EPA).
4. Title 40, Code of Federal Regulations, Part 763, Subparts G and E, Asbestos Abatement Projects; Workers Protection and Asbestos Hazard Emergency Response Act (AHERA).
5. DOT 49 CFR, Parts 171-177 regarding the transport of hazardous materials.
6. Title 8, Code of California Regulations, Section 1531 (Respiratory Protection), Section 5144 (Respiratory Protection Program Training Outline), Section 5194 (Hazard Communication), Section 1529 (Asbestos Construction Industry Standard), Section 5208 (Asbestos), Section 341.6-341.14 (Registration - Asbestos Related Work).
7. San Diego Air Pollution Control District (SDAPCD) Rules (361.145 and 361.150), Asbestos Emissions from Demolition/Renovations Activities. This rule is significantly more stringent than current U.S. Environment Protection Agency

(EPA) NESHAP requirements (40 CFR, Part 61, Subpart M) by lowering reportable quantity notification amounts for friable and non-friable asbestos-containing material (ACM). Rule 361.150 also mandates how the Contractor is to report, remove, handle, label, store and dispose of ACM.

8. Title 560, Environmental Protection Agency Guidelines (EPA), Section 5-85-024 and Guidance for Controlling Asbestos-containing materials in Buildings.
9. Title 600, EPA Guidelines Section 4-85-049, Measuring Airborne Asbestos Following an Abatement Action.
10. Title 560, EPA Guidelines Section POTS-86-001, Guide to Respiratory Protection for the Asbestos Abatement Industry.
11. All state, county, and local codes and ordinances as applicable.

## 1.05 PERSONAL PROTECTION AND SAFETY

A. The Contractor alone shall be responsible for the safety, efficiency, and adequacy of his plant, appliances, methods, and for any damages which may result from his/her operations, improper construction practices, or maintenance. He shall erect and properly maintain at all times as required by the conditions and progress of the work, proper safeguards for the protection of workmen and the public and shall post warning signs around the job site.

B. During the removal operations the Contractor may be placing his workers in a potentially hazardous electrical environment. Care and special consideration should be exercised by the Contractor to avoid electrical shock to his employees. Emphasis will be placed on the "lock-out and tag-out" system. The requirements as set forth in the latest edition of the National Electrical Code, shall be adhered to at all times. Particular emphasis shall be placed on the requirements listed in Article 210-BRANCH CIRCUITS, Article 225-OUTSIDE BRANCH CIRCUITS AND FEEDERS, Article 250-GROUNDING, Article 300-WIRING METHODS, and Article 305-TEMPORARY WIRING. Wherever possible the existing electrical power service shall be de-energized and temporary electrical power utilized.

C. Respiratory protection requirements:
   1. All respiratory protection programs shall be established in accordance with the respiratory protection requirements of 29 CFR 1910.134, 29 CFR 1910.1001 and 29 CFR 1926.1101. Copies of these regulations are included herein by reference and shall be considered as a requirement of these Specifications.
   2. All respirators used shall be selected from those approved by the National Institute of Occupational Safety and Health (NIOSH) for use in atmospheres containing asbestos fibers.
   3. Work activities associated with the actual removal of friable asbestos-containing materials (i.e., spray-on ceiling material, thermal systems insulation) shall be conducted in type C respiratory protection unless negative exposure data are provided. Assuming a type C supplied air system is not necessary a full-face piece powered air-purifying respirator (PAPR) will be required for removal of friable asbestos-containing materials. PAPR will also be worn during bead-blasting operations unless the Contractor receives written authorization from the

project engineer to do otherwise. Respiratory protection will be downgraded appropriately, based on air monitoring data.

4. Respirators shall be fit-tested utilizing irritant smoke or isoamyl acetate at the beginning of each project or a minimum of every 12 months as described in Appendix C, 29 CFR 1926.1101. Either the standard Irritant Smoke Protocol or the Isoamyl Acetate Protocol may be used.
5. All activities, which are performed after the post-removal sealant operations but prior to removing the outer layer of plastic sheeting, shall be conducted wearing a full face piece respirator.
6. The following activities may be performed wearing half face piece, NIOSH approved air-purifying respirator: pre-cleaning the work area, prepping the work area (wall plastic), loading the asbestos material in the transport vehicle and unloading the transport vehicle at the landfill.

D. Provide workers and authorized visitors with sufficient sets of protective full body impervious protective clothing. Such clothing shall consist of full body coveralls and headgear. Provide eye protection and hard hats as required by applicable safety regulations. Reusable type protective clothing and footwear shall be left in the equipment room until the end of the asbestos abatement work, at which time such items shall be disposed of as asbestos waste, or shall be thoroughly cleaned of all asbestos or asbestos-containing material. Disposable type protective clothing, headgear, and footwear may be provided.

E. Provide and post warning signs in and around the work area to comply with OSHA regulations 29 CFR 1910.1001, 29 CFR 1926.1101 and Title 8 California Code of Regulations, Sections 5194, 1529 and 5208.

F. Provide and post, in the equipment room and the clean room, the decontamination and work procedures to be followed by workers and authorized visitors as described in these Specifications.

G. Worker Protection Procedures:

1. Each worker and authorized visitor shall, upon entering the job site: remove street clothes in the clean room and put on a respirator and clean protective clothing before entering the equipment room or the work area.
2. All workers and authorized visitors shall, each time they leave the work area; remove gross contamination from clothing before leaving the work area; proceed to the equipment room and remove all clothing except respirators; still wearing the respirator proceed to the showers; clean the outside of the respirator with soap and water while showering; remove the respirator; thoroughly shampoo and wash themselves.
3. Following showering and drying off, each worker and authorized visitor shall proceed directly to the clean room and dress in clean clothes at the end of each day's work, or before eating, smoking, or drinking. Before reentering the work area from the clean room, each worker and authorized visitor shall put on a clean respirator and shall dress in clean protective clothing.
4. Contaminated work footwear shall be stored in the equipment room when not in use in the work area. Upon completion of asbestos abatement, the footwear will

either be disposed of as contaminated waste, or will be bagged and sealed for use at another abatement project.

5. Workers removing waste containers from the equipment decontamination enclosure shall enter the holding area from outside wearing a respirator and dressed in clean disposable coveralls. No worker shall use this system as a means to leave or enter the washroom or the work area.
6. Workers shall not eat, drink, smoke, or chew gum or tobacco while in the work area.
7. Workers shall be fully protected with respirators and protective clothing from the time of first disturbance of asbestos-containing or contaminated materials prior to commencing actual asbestos abatement and until final cleanup is completed.

H. Equipment Removal Procedures: Clean surfaces of contaminated containers and equipment thoroughly by wet sponging or wiping before moving such items into the equipment decontamination enclosure system washroom for final cleaning and removal to uncontaminated areas. Ensure that personnel do not leave work areas through the equipment decontamination enclosure.

I. During work activities the work area environment may be hot and humid.
The Contractor shall take precautions to protect his workers from heat exhaustion or the hostile environment as well as the asbestos fibers. First-aid items such as stretchers, water and cold packs should be kept adjacent to the work area exits, thus allowing any personnel requiring emergency treatment egress from the work area with minimum contamination to the clean environment. No worker shall be allowed to reach through the plastic or air lock door to get water or first aid supplies during break periods inside the work area. Breaks, lunch or worker rest periods should be held outside the work area. All decontamination procedures shall be followed prior to exiting the work area except in extreme emergencies.

J. During cold weather periods the workers shall be provided with adequate protection from the environment to prevent injury and illness to the workers.

K. If evacuation of the work area is required by contaminated personnel due to an emergency, all work efforts shall stop, and all forces shall be directed at minimizing the area contamination, cleanup operations and first-aid procedures. These activities shall be noted in the daily logbook.

L. Post at least two (2) safety warning signs, in English and Spanish, which follow the "Sample Format Warning Sign" shown below:

Sample Format Warning Sign

**DANGER**

**ASBESTOS**

**CANCER AND LUNG DISEASE HAZARD**
**AUTHORIZED PERSONNEL ONLY**
**RESPIRATORS AND PROTECTIVE**
**CLOTHING ARE REQUIRED**

**IN THIS AREA**

Minimum Size - 24" x 36"
Material - Aluminum or Fiberglass
Script:

Color - Black Letters on Red Background

M. During work activities requiring decontamination procedures, the Contractor shall provide a means of communication for the workers inside the work area without requiring personnel to enter or leave the work area. The method of communication shall be a two-way radio, localized wire-connected telephone, or similar system. This communication system shall remain intact until the final isolation plastic is removed. Then all equipment shall be wiped down, HEPA vacuumed or disposed of as asbestos-contaminated material.

N. The Contractor shall provide adequate shower facilities. An employee leaving the work area shall follow all decontamination procedures necessary or as described herein in Part 3-Execution, Paragraph 3.01, Section 02080.

## 1.06 FIRE DEPARTMENT'S REQUIREMENTS

A. The San Diego County Fire Department's Requirements (SDCFD) are applicable to any asbestos abatement project. A SDCFD Division permit is not required to conduct asbestos removal process which reduces the fire restiveness of any building, or results in the removal of 100 square feet or more of asbestos-containing material. The following requirements are normal for asbestos abatement projects but may be modified with the approval of the SDCFD considering all buildings are unoccupied will be demolished following asbestos remediation. Contractor to verify with SDCFD.

1. The Contractor shall obtain any required permits and be responsible for all resulting fees.
2. A permit for asbestos abatement is good only for the specific project for which it was issued.
3. Three copies of a plot plan depicting all areas undergoing abatement, drawn to scale, shall be provided to the owner's representative by the Contractor.

B. All plastic, spray-on strippable coatings and structural materials used in the asbestos abatement process must be certified as fire retardant or noncombustible. This includes, but is not limited to, plastic sheeting, temporary structures, separations,

supports, and scaffolding. Wood that is pressure impregnated and certified, as fire retardant is acceptable. MSDSs shall be maintained at the job site for all fire retardant plastics and shall be made available upon request by the SDCFD.

C. All combustible rubbish and debris, including properly bagged asbestos shall be properly disposed of at the end of each working day.

D. A minimum of one 4A/60BC dry chemical extinguisher shall be maintained at each of the following locations:

1 At each electrical panel

2 At each corner of the work area.

3 Within five (5) feet of the external entry to the shower room from the work area

4 Within five (5) feet of the external entry to the shower room from the clean room The Contractor shall discuss the fire system emergency systems, removal of fire doors and the necessity of a Fire Watch with the SDCFD. Provide the PROJECT ENGINEER the minutes of such meetings within 5 days.

E. Fire rated partitions, doors, and other fire cutoffs shall not be temporarily or permanently modified without the joint approval of the SDCFD and the Department of Building and Safety.

F. A single switch or set of switches shall be provided for the emergency shutdown of all negative air equipment located in the containment area. This switch or switches shall be for emergency use by SDCFD personnel. The switches shall be located in a non-contaminated area near the clean exit from the decontamination station, and shall be clearly identified using a sign with minimum 3" x 1/2" lettering on a contrasting background. The sign shall read as follows: "NEGATIVE AIR MASTER SHUT OFF".

G. A minimum of two viewing ports shall be provided for containment areas greater than 1,000 square feet. Viewing ports shall be at least 12" x 18" in size.

**1.07 SUPERVISOR, FOREMAN, WORKERS**

A. The Contractor shall have a job supervisor present at all times while work on this Contract is in progress.

B. The supervisor shall have successfully completed a four (4) day EPA-approved Abatement Supervisor training course, and be thoroughly familiar and experienced with asbestos removal and related work, and shall be familiar with and enforce the use of all safety procedures and equipment. He/she shall be knowledgeable of all EPA, OSHA, and NIOSH requirements and guidelines.

C. In addition to the supervisor, the Contractor shall furnish one (1) or more foremen who have successfully completed a five (5) day EPA-approved Abatement Supervisor training course, and who are familiar and experienced with asbestos abatement and its related work, safety procedures, and equipment.

D. It shall be a requirement of this Contract that the Contractor's supervisor and one or more of the foremen be onsite at all times while work is in progress. A foreman will be required to conduct inspections inside the work area at least three (3) times during each work shift.

E. All workers shall, at a minimum, have successfully completed a three- (3) day EPA-approved Abatement Worker training course.

F. It is the intent of these Specifications that skilled craftsmen shall execute all phases of the work experienced or receiving training by experienced personnel in each respective trade.

## PART 2 PRODUCTS

### 2.01 MATERIALS

A. Handling and storage:
   1. Deliver all materials in the original packages, container, or bundles bearing the name of the manufacturer and the brand name.
   2. Store all materials subject to damage off the ground, away from wet or damp surfaces, and under cover sufficient to prevent damage or contamination.
   3. Damaged or deteriorating materials shall not be used and shall be removed from the premises. Material that becomes contaminated with asbestos shall be disposed of in accordance with the applicable regulations.

B. Plastic (polyethylene) sheet: Of 4 mil thickness or greater as specified, in sizes to minimize the frequency of joints. Fire retardant polyethylene sheeting is required.

C. Tape: Capable of sealing joints of adjacent sheets of polyethylene and for attachment of polyethylene sheets to finished or unfinished surfaces of dissimilar materials and capable of adhering under both dry and wet conditions, including use of amended water.

D. Spray Cement: Aerosol, specifically formulated to stick tenaciously to sheet polyethylene.

E. Surfactant: 50 percent polyoxyethylene ether and 50 percent of polyoxyethylene ester, or equivalent. Mix with water to provide a concentration of one-ounce surfactant to 5 gallons of water.

F. Impermeable Containers: Suitable to receive and retain any asbestos-containing or contaminated materials until disposal at Disposal Site, labeled in accordance with OSHA Regulation 29 CFR 1910.1001, DOT 49 CFR 171-177, Title 8 CCR and SDAPCD. Containers must be both air and watertight and must be resistant to damage and rupture. Plastic bags shall be a minimum of 6 mil thick.

G. Warning Labels and Signs: As required by OSHA Regulation 29 CFR 1910.1001, Title 8 CCR and SDAPCD.

H. Other Materials: Provide all other materials, such as lumber, nails and hardware, which may be required to construct and dismantle the decontamination area and the barriers that isolate the work area.

### 2.02 TOOLS AND EQUIPMENT

A. Provide suitable tools for asbestos abatement.

B. Air Filtration Equipment: High efficiency particulate absolute (HEPA) filtration systems shall be equipped with filtration equipment in compliance with ANSI Z9.2-79, local exhaust ventilation. No air movement system or air filtering equipment shall discharge unfiltered air outside the work area. A reduced pressure shall be held in the work area continuously (24 hours a day) from the start of the work in the area until the area has been decontaminated and certified as such by the required testing. A volume of air shall be filtered equal to one air exchange in the work area a

minimum of every fifteen minutes. Only enough air should be exhausted through the air filtration equipment to reduce pressure by a minimum of 0.02 inches of water gauge. All filtered, exhausted air shall be discharged outside the building away from any air-intake devices (unless stated otherwise).

C. Pressure Recorder: A continuously recording monitor shall measure and record the difference in air pressure inside the work area from that outside the work area. The recording system shall be accurate to the nearest 0.001 inches of water pressure differential and be equipped with an alarm, which sounds if the difference becomes less than 0.02 inch of water gauge.

PART 3 EXECUTION

**3.01 PREPARATION**

A. Construct or erect structures as required during abatement activities, according to the plan submitted to and approved by the Project Engineer.

B. ISOLATION OF ELECTRICAL SYSTEMS AND INSTALLATION OF TEMPORARY POWER AND LIGHTING: Isolate and protect all electrical equipment which is in the areas from which asbestos must be removed, and could therefore possibly become a hazard through contact or water spray short circuiting. Shutdown of electrical circuits shall include providing labor to monitor, inspect, and service temporary power circuits, lighting, and equipment as required by local codes and regulations. Contractor must provide a "Lock Out" system on all electrical panels or equipment which will be shutoff during the removal process.

1. The Contractor shall identify and isolate the following electrical equipment and systems: emergency and life safety wiring, fire systems, and branch wiring and circuits.
2. The Contractor is responsible for visiting the site (at no additional cost to the building owner) to investigate existing electrical conditions and isolation requirements.
3. The Contractor shall provide temporary power and lighting to the buildings. Temporary power and lighting systems shall meet OSHA; state and local regulations; temporary lighting levels shall meet OSHA requirements and provide surface lighting for night work.
4. Extension cords for temporary power shall be the 3-wire type; shall be protected from damage; and shall not be fastened with staples, hung from nails, or suspended from wires.
5. The noncurrent-carrying parts of fixed, portable and plug-connected equipment shall be grounded. Portable tools and appliances protected by an approved system of double insulation need not be grounded. All light and power circuits in the asbestos removal areas shall be ground fault protected.
6. Safe lighting equipment shall be provided with waterproof floodlights. Exposed bulbs shall be guarded to prevent accidental contact. Temporary wiring shall be

properly insulated and substantially supported. All temporary lighting inside asbestos removal areas shall be weatherproofed.

7. Each disconnecting means for motors and appliances, and each service feeder or branch circuit at the point where it originates, shall be legibly marked to indicate its purpose.

C. Seal off all openings to the outside of the buildings, including but not limited to windows, corridors, doorways, skylights, ducts, grills, diffusers, and any other penetrations of the work areas, with plastic sheeting (minimum of 4 mils thick) sealed with tape.

D. Prepare Work Area:

1. All moveable objects will be removed from the work area by the Contractor prior to the abatement activities. In the event that moveable objects are still present in work areas, remove these objects from the work area and dispose of.

2. Cover fixed objects within the proposed work areas with fire retardant polyethylene sheeting (minimum of 6-mil thickness), sealed with tape.

3. Cover floor and wall surfaces with plastic sheeting sealed with tape (where applicable). Use a minimum of two layers of 6-mil plastic on floors and two layers of 4-mil plastic on walls. Cover floors first so that plastic extends at least 12 inches up on walls, then cover walls with plastic sheeting to the floor level, thus overlapping the floor material by a minimum of 12 inches.

   The second layer of floor sheeting may be black or dark in color. If floor coverings are scheduled to be removed, per Plans or Scope of work, floor plastic is not placed until after floor coverings are removed, which occurs during Asbestos Removal activities, paragraph 3.02.

   All joints in the plastic sheeting shall have a minimum of 12 inches of overlap and shall be securely sealed with tape to prevent leakage of air and water.

4. Maintain emergency and fire exits from the work areas, or establish alternative exits satisfactory to fire officials.

5. Establish a reduced pressure in the work area, which is at least 0.02 inches of water gauge lower than that of the ambient air outside the work area. A positive indication of this reduced pressure should be present and continuously recorded by a recording gauge located in the clean room of the worker decontamination unit. Recorder charts shall be entered into the project logbook daily with a copy provided to the Project Engineer. All air is to be exhausted through a HEPA filter. Air shall be exhausted into the outside ambient atmosphere. Exterior glazing shall be removed and reinstalled to provide exhaust to ambient atmosphere when no other exhaust route is available.

E. Decontamination Facilities: The personnel decontamination unit is for use in areas where full containment or disturbance of asbestos-containing material is required. A personnel decontamination unit consisting of a serial arrangement of connected rooms or spaces, clean room, shower room, equipment room, will be provided. Require all persons without exception to pass through this decontamination unit for entry into and exiting from the work area for any purpose. Do not allow parallel routes for entry or

exit. Do not remove equipment or materials through personnel decontamination unit. Provide temporary lighting within the decontamination unit as necessary to reach a lighting level of 100-foot candles with black plastic sheeting.

1. Build suitable decontamination facilities described herein and on the Drawings, and as previously submitted for review, before start of construction.

   In all cases access between contaminated and uncontaminated rooms or areas shall be through an air lock as previously defined. Passage between any two rooms within the decontamination facility shall be through an access doorway.

2. Construct a worker decontamination enclosure system contiguous to the work area consisting of three totally enclosed chambers to conform with the Drawings, and as follows.
   - a A shower room with two access doorways, one to the equipment room and one to the clean room. Plastic, on the shower room and adjoining equipment and clean rooms shall be black.
   - b The shower room shall contain at least one shower with hot and cold or warm water. Careful attention shall be paid to the shower enclosure to ensure against leaking of any kind.
3. Provide or construct an equipment decontamination enclosure facility consisting of two totally enclosed chambers as follows:
   - a A wash area, consisting of an air lock, with an access doorway to the work area and an access doorway to the holding area.
   - b A holding area, consisting of an air lock with an access doorway to the wash area and an access doorway to an uncontaminated area.
4. Products to be used for construction of the decontamination unit include, but are not limited to:
   - a Polyethylene Sheet: Provide flame resistant polyethylene film that conforms to requirements set forth by the National Fire Protection Association Standard 701, Small Scale Fire Test for Flame-resistant Textiles and Films. Provide largest size possible to minimize seams, 4.0 or 6.0 mils thick as indicated, frosted or black as indicated.
   - b Plastic Adhesion Tape: Provide duct tape in 2" or 3" widths, with an adhesive, which is formulated to aggressively stick to polyethylene sheeting.
   - c Spray Cement: Provide spray adhesive in aerosol cans, which are specifically formulated to stick tenaciously to polyethylene sheeting.
   - d Shower Pan: Provide a waterproof shower pan 4' x 8' by 6" deep, or other water-containing device of appropriate size and material.
   - e Shower Walls: Provide 8' long by approximately 7' high walls fabricated from rigid, impervious, waterproof material, either corrugated fiberglass roofing or equivalent. Structurally support walls as necessary for stability.
   - f Shower Head and Controls: Provide a factory made showerhead producing a spray of water, which can be adjusted for spray size and intensity. Feed shower with water mixed from hot and cold supply lines.

Arrange so that control of water temperature, flow rate, and shut off is from inside the shower without outside aid.

g Framework: Provide non-combustible materials such as aluminum or fire treated wood for the decontamination framework.

h. Filters: Provide cascaded filter units on drain lines from the showers or any other water source carrying asbestos contaminated water from the work area. Provide units with disposal filter elements. Connect so that discharged water passes primary filter and output of primary filter passes through secondary filter.

1. Primary Filter – Pass particles 20 microns and smaller
2. Secondary Filter – Pass particles 5 microns and smaller
3. Final Filter – Pass particles 0.1 microns and smaller

i. Hose Bib: Provide heavy bronze angle type with wheel handle, vacuum breaker, and ¾" National Standard male house outlet.

j Shower Stall: For the wash down station, provide a leak tight shower enclosure with an integrated drain pan fabricated from fiberglass or other durable waterproof material, approximately 3' x 3' square with a minimum 6' high sides and back. Structurally-support as necessary for stability. Equip with hose bib mounted approximately 4' above drain pan. Connect drain reservoir, pump water from reservoir through filters to a drain or store and use for amended water. Mount filters inside shower stall on back wall beneath hose bib.

k. Sump Pump: Provide totally submersible waterproof sump pump with integral float switch. Provide unit sized to pump 2 times the flow capacity of all showers or hoses supplying water to the sump, through the filters specified herein when they are loaded to the extent that replacement is required. Provide unit capable of pumping debris, sand, plaster or other materials, which is washed off during decontamination procedures without damage to the pump mechanism. Adjust float switch so that a minimum of 3" remains between top of liquid and top of sump pan.

F. Maintenance of Enclosure System:

1. Ensure that barriers and plastic linings are effectively sealed and taped. Repair damaged barriers and remedy defects immediately upon discovery.
2. Visually inspect enclosures at the beginning of each work period.
3. Use smoke methods to test effectiveness of barriers when directed by the Project Engineer.

G. Asbestos Removal Work Shall Not Commence Until:

1. Arrangements have been made for disposal of waste materials.
2. Work areas, the decontamination facility, and parts of the building required to remain in use are effectively segregated.
3. Tools, equipment, and material waste receptors are on hand.
4. Arrangements have been made for building security.
5. All other preparatory steps have been taken and an applicable notice posted and permits obtained.
6. The PROJECT ENGINEER authorizes work to commence in writing.

## 3.02 ASBESTOS REMOVAL/HANDLING PROCEDURES

The Contractor shall employ proper handling procedures in accordance with CFR 29 Part 1926 and CFR 40 Part 61, Subpart M and the specification requirements herein. The specific abatement techniques and items identified shall be detailed in the Contractor's Asbestos Hazard Abatement Plan including but not limited to details of construction materials, equipment, and handling procedures. Following task descriptions include the appended drawings which detail the required abatement handling technique.

### 3.02.1 General:

After completion of all asbestos removal work, surfaces from which asbestos containing materials have been removed shall be wet wiped or sponged clean, or cleaned by some equivalent method to remove all visible residue. Run-off water shall be collected and filtered through the dual filtration system. A first filter shall be provided to remove fibers 20 micrometers and larger and a final filter provided that removes all fibers 5 micrometers and larger. After the gross amounts of asbestos have been removed from every surface; all remaining visible accumulations of asbestos on floors shall be collected using plastic shovels, rubber squeegees, rubber dustpans and HEPA vacuum cleaners as appropriate to maintain the integrity of the containment barrier. When all insulation has been removed, workmen shall use HEPA vacuum cleaners to vacuum every surface. Particular attention shall be paid to those surfaces or locations that could harbor accumulations or residual asbestos dust.

### 3.02.2 Mandated Practices:

The Contractor shall use the following engineering controls and work practices in all operations, regardless of the levels of exposure:

A. Vacuum cleaners equipped with HEPA filters to collect all debris and dust containing asbestos-containing materials or presumed asbestos-containing materials.

B. Wet methods or wetting agents to control employee exposures during asbestos handling, mixing, removal, cutting, application, and cleanup, except where it can be demonstrated that the use of wet methods is infeasible due to, for example, the creation of electrical hazards, equipment malfunction, and, in roofing, slipping hazards.

C. Prompt clean up and disposal of wastes and debris contaminated with asbestos in leak-tight containers.

### 3.02.3 Control Methods:

In addition, the Contractor shall use the following control methods to achieve compliance with the TWA permissible exposure limit and excursion limit:

A. Local exhaust ventilation equipped with HEPA filter dust collection systems;

B. Enclosure or isolation of processes producing asbestos dust;

C. Ventilation of the regulated area to move contaminated air away from the breathing zone of employees and toward a filtration or collection device equipped with a HEPA filter;

D. Use of other work practices and engineering controls

E. Where the feasible engineering and work practice controls described above are not sufficient to reduce employee exposure to or below the permissible exposure limit and/or excursion limit, the Contractor shall use them to reduce employee exposure to

the lowest levels attainable by these controls and shall supplement them by the use of respiratory protection that complies with 29 CFR 1910.134.

**3.02.4 Unacceptable Practices:**

The following work practices and engineering controls shall not be used for work related to asbestos or for work which disturbs asbestos-containing materials or presumed asbestos-containing materials, regardless of measured levels of asbestos exposure or the results of initial exposure assessments:

A. High-speed abrasive disc saws that are not equipped with point of cut ventilator or enclosures with HEPA filtered exhaust air.

B. Compressed air used to remove asbestos, or materials containing asbestos, unless the compressed air is used in conjunction with an enclosed ventilation system designed to capture the dust cloud created by the compressed air.

C. Dry sweeping, shoveling, or other dry clean up of dust and debris containing asbestos or presumed asbestos-containing materials

D. Employee rotation as a means of reducing employee exposure to asbestos.

**3.02.5 Class I Requirements:**

In addition to the provisions of 29 CFR 1926.1101 (g) (1) and (2), the following engineering controls and work practices and procedures shall be used:

A. All Class I work, including the installation and a competent person shall supervise operation of the control system.

B. All Class I jobs involving the removal of TSI or surfacing material; for all other Class I jobs, where the Contractor cannot produce a negative exposure assessment; or where employees are working in areas adjacent to the regulated area while the Class I work is being performed, the Contractor shall use one of the following methods to ensure that airborne asbestos does not migrate from the regulated area:

1. Critical barriers shall be placed over all openings to the regulated area, or
2. The Contractor shall use another barrier or isolation method which prevents the migration of airborne asbestos from the regulated area, as verified by perimeter area surveillance during each work shift at each boundary of the regulated area, showing no visible asbestos dust; and perimeter area monitoring showing that clearance levels contained in 40 CFR Part 763 Subpart E are met or that perimeter area levels, measured by project engineer are no more than background levels representing the same area before the asbestos work began.
   a. HVAC systems shall be isolated in the regulated area by sealing with a double layer of 6-mil plastic or the equivalent.
   b. For all Class I jobs, impermeable drop cloths shall be placed on surfaces beneath all removal activity.
   c. For all Class I jobs, all objects within the regulated area shall be covered with impermeable drop cloths or duct tape or an equivalent secured plastic sheeting.
   d. For all Class I jobs where the employer cannot produce a negative exposure assessment, or where exposure monitoring shows that a PEL is exceeded, the contractor shall ventilate the regulated area to move contaminated air away from the breathing zone of employees toward a HEPA filtration or collection device.

**3.02.6 Specific control methods for Class I work:**

In addition, Class I asbestos work shall be performed using one or more of the following control methods pursuant to the limitations:

A. Negative Pressure Enclosure (NPE) systems shall be used where the configuration of the work area does not make the erection of the enclosure infeasible.
   1. Specifications:
      a. The NPE may be of any configuration.
      b. At least 4 air changes per hour shall be maintained in the NPE.
      c. A minimum of -0.02 column inches of water pressure differential, relative to outside pressure, shall be maintained within the NPE as evidenced by manometric measurements.
      d. The NPE shall be kept under negative pressure throughout the period of its use.
      e. Air movement shall be directed away from employees performing asbestos work within the enclosure, and toward a HEPA filtration or a collection device.
   2. Work practices:
      a. Before beginning work within the enclosure and at the beginning of each shift, the NPE shall be inspected for breaches and smoke-tested for leaks, and any leaks sealed.
      b. Electrical circuits in the enclosure shall be deactivated, unless equipped with ground-fault circuit interrupters.

B. Glove bag systems shall be used to remove asbestos-containing materials or presumed asbestos-containing materials from straight runs of piping with the following specifications and work practices:
   1. Specifications:
      Glove bags shall be made of 6-mil thick plastic and shall be seamless at the bottom.
   2. Work practices:
      a. Each glove bag shall be installed so that it completely covers the circumference of pipe or other structure where the work is to be done.
      b. Asbestos regulated work areas shall be established as specified.
      c. Designated boundary limits for asbestos work shall be established rope or other continuous barriers and all other requirements for asbestos control areas shall be maintained including area signage and boundary warning tape.
      d. Area monitoring of airborne asbestos fibers shall be conducted during the work shift at the designated boundary limits and personal air monitoring shall be performed for each worker engaged in asbestos handling (removal, disposal, transport and other associated work) at such frequency as specified in the Contractor's air monitoring plan.
      e. If the concentration of asbestos fibers monitored at the breathing zone of the workers or designated limits at any time exceeds 0.01 f/cc or the pre-abatement level, whichever is greater, work shall be stopped and the PROJECT ENGINEER shall be notified.
      f. The Contractor shall correct the condition to the satisfaction of the PROJECT ENGINEER to include visual inspection.

g. If adjacent areas outside the regulated work area are contaminated, the Contractor at his expense, shall clean the contaminated area, visually inspect the cleaned area, and conduct air monitoring.
h. Glove bags shall be smoke-tested for leaks and any leaks sealed prior to use.
i. Glove bags may be used only once and may not be moved.
j. Glove bags shall not be used on surfaces whose temperature exceeds 150 degrees centigrade.
k. Prior to disposal, collapse the glove bags by removing the air within them using a HEPA vacuum shall.
l. Before beginning the operation, loose and friable material adjacent to the glove bag/box operation shall be wrapped and sealed in two layers of 6-mil plastic or otherwise rendered intact.
m. Where the system uses an attached waste bag, such bag shall be connected to the collection bag using a hose or other material, which shall withstand the pressure of asbestos-containing materials waste and water without losing its integrity.
n. Sliding valve or other device shall separate waste bag from hose to ensure no exposure when waste bag is disconnected.
o. At least two persons shall perform Class I glove bag removals.
p. Check pipe where the work will be performed. Wrap damaged (broken lagging, hanging, etc.), pipe in 6 mil plastic and "candy-stripe" with duct tape. Place one layer of duct tape around undamaged pipe at each end where the glove bag will be attached.
q. Place necessary tools into pouch located inside glove bag. This will usually include: bone saw, utility knife, rags, scrub brush, wire cutters, tin snips and pre-wetted cloth.
r. Place one strip of plastic adhesion tape along the edge of the open top slit of glove bag for reinforcement.
s. Place the glove bag around section of pipe to be worked on and staple top together through reinforcing tape. Next, tape the ends of glove bag to pipe itself, where previously covered with plastic or tape.
t. Sliding of glove bags is prohibited. Bags should be connected in series attached at the sleeves to provide a continuous airtight enclosure.
u. Use smoke tube and aspirator bulb to test seal. Place tube into water sleeve (two-inch opening to glove bag) squeezing bulb and filling bag with visible smoke. Remove smoke tube and twist water sleeve closed. While holding the water sleeve tightly, gently squeeze glove bag and by using a flashlight, look for smoke leaking out (especially at the top and ends of the glove bag). If leaks are found, tape the leaks closed using adhesion tape and re-test.
v. Insert wand from garden sprayer through water sleeve. Use Plastic adhesion tape to seal the water sleeve tightly around the wand to prevent leakage.
w. One person places his/her hands into the long-sleeved gloves while the second person directs garden sprayer at the work.

x. Use a bone saw, if required, to cut insulation at each end of the section to be removed. A bone saw is a serrated heavy gauge wire with ring-type handles at each end. Throughout this process, spray amended water or removal encapsulant on the cutting area to keep dust to a minimum.

y. Remove insulation using putty knives or other tools. Place pieces in the bottom of glove bag without dropping.

z. Rinse all tools with water inside the bag and place back into pouch. Using scrub brush, rags and water, scrub and wipe down the exposed pipe.

aa. Remove water wand from water sleeve and attach the small nozzle from HEPA-filtered vacuum. Turn on the vacuum only briefly to collapse the glove bag.

bb. Remove the vacuum nozzle, twist water sleeve closed and seal with plastic adhesion tape. From outside the bag, pull the tool pouch away from the bag. Place duct tape over twisted portion and then cut the tool bag from the glove bag, cutting through the twisted/taped section. Contaminated tools may then be placed directly into the next glove bag without cleaning. Alternatively, tool pouch with the tools can be placed in a bucket of water, opened underwater, and tools cleaned and dried. Discard rags and scrub brush with asbestos waste.

cc. With removed insulation in the bottom of the bag, twist the bag several times and tape it to keep the material in the bottom during removal of the glove bag from the pipe. Slip a 6-mil disposal bag over the glove bag (still attached to the pipe). Remove tape or cut bag and open the top of the glove bag and fold it down into disposal bag.

C Other:

1 Unless stated otherwise, assume removal activities are to be conducted under worst case, most stringent removal scenario (full containment).

2 Salvage will be the responsibility of the demolition contractor. Removal of structures or substrates to facilitate asbestos removal operations is acceptable.

3. All asbestos-containing materials will be isolated, handled and disposed of as described within these Specifications or as approved by the project engineer.

4. The Contractor is invited to propose other feasible, cost effective methods for removal of any thermal system insulation materials.

**3.02.7 Alternative control methods for Class I work:**

Class I work may be performed using a control method, which is not referenced in 29 CFR 1926.1101(g)(5) or which modifies such control method if the following provisions are complied with:

A. The control method shall enclose, contain or isolate the process or source of airborne asbestos dust, or otherwise capture or redirect such dust before it enters the breathing zone of employees.

B. A California Certified Asbestos Consultant or a Certified Industrial Hygienist who is also qualified as a project designer shall evaluate the work area, the projected work practices and the engineering controls and shall certify in writing that the planned control method is adequate to reduce direct and indirect employee exposure to below the PELs under worst-case conditions of use, and that the planned control method will