prevent asbestos contamination outside the regulated area, as measured by clearance sampling.

1. Where the TSI or surfacing material to be removed is 25 linear or 10 square feet or less, the evaluation may be performed by a competent person, and may omit consideration of perimeter or clearance monitoring otherwise required.
2. The evaluation of employee exposure required shall include and be based on sampling and analytical data representing employee exposure during the use of such method under worst-case conditions and by employees whose training and experience are equivalent to employees who are to perform the current job.

C. Before work which involves the removal of more than 25 linear or 10 square feet of thermal system insulation or surfacing material is begun using an alternative method which has been the subject of a required evaluation and certification, the Contractor shall send a copy of such evaluation and certification to the national office of OSHA.

**3.02.7.1 Removal of entire structure:**

When pipes are insulated with asbestos-containing materials, removal of the entire pipe may be more protective, easier, and more cost-effective than stripping the asbestos insulation from the pipe. Before such a pipe is cut, the asbestos-containing insulation must be wrapped with 6-mil polyethylene plastic and securely sealed with duct tape. The plastic covering will prevent asbestos fibers from becoming airborne as a result of the vibration created by the power saws used to cut the pipe. If possible, the pipes should be cut at locations that are not insulated to avoid disturbing the asbestos. If a pipe is completely insulated with asbestos-containing materials, small sections should be stripped using the glove-bag method before the pipe is cut at the stripped sections.

**3.02.8 Work Practices and Engineering Controls for Class II Work:**

A. All Class II work shall be supervised by a competent person.

B. All indoor Class II jobs, where the employer has not produced a negative exposure assessment or where during the job changed conditions indicate there may be exposure above the PEL or where the employer does not remove the asbestos-containing materials in a substantially intact state, the employer shall use one of the following methods to ensure that airborne asbestos does not migrate from the regulated area:

1 Critical barriers shall be placed over all openings to the regulated area.

2. The Contractor shall use another barrier or isolation method, which prevents the migration of airborne asbestos from the regulated area, as verified by perimeter area monitoring or clearance monitoring.

C. Impermeable drop cloths shall be placed on surfaces beneath all removal activity.

D. All Class II asbestos work shall be performed using the work practices and requirements set out in 29 #CFR #1926.1101(g)(2)(i) through (v).

**3.02.8.1 Additional Controls for Class II Work:**

Class II asbestos work shall also be performed by complying with the work practices and controls designated for each type of asbestos work to be performed. Class II work also may be performed using a method allowed for Class I work, except that glove bags and glove boxes are allowed if they fully enclose the Class II material to be removed.

A. <u>For removing vinyl and asphalt flooring materials</u> that contain asbestos-containing materials the Contractor shall ensure that employees comply with the following work practices and that employees are trained in these practices.
   1. Flooring or its backing shall not be sanded.
   2. Vacuums equipped with HEPA filter, disposable dust bag, and metal floor tool (no brush) shall be used to clean floors.
   3. Resilient sheeting shall be removed by cutting with wetting of snip point and wetting during delamination. Rip-up of resilient sheet floor material is prohibited.
   4. All scraping of residual adhesive and/or backing shall be performed using wet methods.
   5. Dry sweeping is prohibited.
   6. Mechanical chipping is prohibited unless performed in a negative pressure enclosure.
   7. Tiles shall be removed intact unless the Contractor demonstrates that intact removal is not possible.
   8. When tiles are heated and can be removed intact, wetting may be omitted.
   9. Isolate the work areas by restricting access to the area with signage, and providing critical barriers for all openings, windows, doors, etc. Install a decontamination unit to the area, providing workers with a shower to clean themselves upon exiting the work area.
   10. Splashguards are required on the walls, to a minimum height of 3', when using chemical removal methods of floor tile and mastic. The contractor may flood the floors as necessary to facilitate the loosening of tile that is not presently loose. Apply adhesive removal solvent as recommended by manufacturer after removal of floor tile has been completed. Upon completion of adhesive removal, thoroughly clean bare substrate of all solvent residues.
   11. Full containment is required when using a bead blaster that is not self-contained, and produces visible dust emissions.
   12. Isolation of the work area, critical barriers and a decontamination unit are required for removal with a self-contained bead-blasting device. If using a bead blaster that is equipped with an attached HEPA vacuum, which does not generate any visible dust, the project engineer will want a copy of the Variance letter, documenting that the Contractor has approval to use such a device and the SDAPCD agrees that full containment is <u>not</u> necessary.
   13. If the asbestos-containing mastic is not removed with the bead blaster and chemical removal is required, splashguards must be erected.
   14. In areas where the floor tile extends under the partition walls, it is the Contractors responsibility to remove the wall or the baseboard area (by any means appropriate) to gain access to the tile and mastic (and/or just mastic). It would be prudent to remove non-asbestos-containing materials and wall materials that impede progress of the abatement work prior to commencement; therefore, the wall material will not need to be disposed of as asbestos-containing materials and the gypsum board fibers will not hinder the clearance monitoring.

15. In areas where the tile tested negative and the mastic tested positive, the tile may be disposed of as non-asbestos-containing materials only if the PROJECT ENGINEER agrees that there is no residual asbestos-containing mastic on the back side of the tile.
16. The Contractor is invited to propose other feasible, cost effective methods for removal of the vinyl floor tile and associate mastic.
17. Following removal, immediately place individual tiles in proper asbestos disposal bags. Vacuum collapse the bag, twist the neck of the bag, tape with duct tape, fold the twisted portion over onto itself and tape again. Wipe the outside of the bag with clean damp cloths and place the bag into a second prelabeled disposal bag. Tape the second bag shut.

B. Removal of Sheet Vinyl Flooring: Using water or amended water, lightly mist the area where the material is to be removed. Allow time for the water to soak into the material. This may take several passes with the hose or the sprayer. Splashguards are required in the work area if chemical removal methods are used. Same requirements that apply to the floor tile apply to the vinyl floor sheeting (See Article L above).
   1. Using a razor or other appropriate tool, cut the sheet vinyl flooring into workable sections. Remove the flooring from the substrate using a large razor/scraper.
   2. In areas where the vinyl sheeting extends under the partition walls, it is the Contractors responsibility to remove the wall or the baseboard area (by any means appropriate) to gain access to the sheeting and mastic (and/or just mastic). Removal of non-asbestos-containing materials walls will be allowed prior to work area set-up if it can be performed without disturbing asbestos-containing materials.
   3. The Contractor is invited to propose other feasible, cost effective methods for removal of the sheet vinyl flooring.

   Following removal, immediately place the flooring sections in proper asbestos disposal bags. Vacuum collapse the bag, twist the neck of the bag, tape with duct tape, fold the twisted portion over on to itself and tape again. Wipe the outside of the bag with clean damp cloths and place the bag into a second prelabeled disposal bag. Tape the second bag shut.

C. Removal of Drywall Joint Tape Compound: Depending on the removal methods selected by the Contractor, either full containment, or modified containment will be required.
   1. If the Contractor is going to demolish the walls to remove the joint tape compound, then areas will require full containment, or as approved by the project engineer.
   2. If the Contractor is going to remove the joint tape compound from standing walls, without demolition or removal, modified containment will be required, or as approved by the project engineer.
   3. If the Contractor is going to remove the walls as a whole and dispose of the entire wall as asbestos-containing materials, then only critical barriers are required, with isolation of the work area and a decontamination unit. The walls will be wrapped with polyethylene sheeting and labeled for disposal.

D. Roofing Material: For removing roofing material that contains asbestos the Contractor shall ensure that the following work practices are followed:
   1. Roofing material shall be removed in an intact state to the extent feasible.
   2. Wet methods shall be used where feasible.
   3. Cutting machines shall be continuously misted during use, unless a competent person determines that misting substantially decreases worker safety.
   4. All loose dust left by the sawing operation must be HEPA vacuumed immediately.
   5. Unwrapped or unbagged roofing material shall be immediately lowered to the ground via covered, dust-tight chute, crane or hoist, or placed in an impermeable waste bag or wrapped in plastic sheeting and lowered to ground no later than the end of the work shift.
   6. Upon being lowered, unwrapped material shall be transferred to a closed receptacle in such manner so as to preclude the dispersion of dust.
   7. Roof level heating and ventilation air intake sources shall be isolated or the ventilation system shall be shut down.

E. Cementitious Asbestos-containing Siding and Shingles or Transite Panels Containing asbestos-containing materials: When removing cementitious asbestos-containing siding and shingles or Transite panels containing asbestos-containing materials, the Contractor shall ensure that the following work practices are followed:
   1. Cutting, abrading or breaking siding, shingles, or transite panels, shall be prohibited unless the Contractor can demonstrate that methods less likely to result in asbestos fiber release cannot be used.
   2. Each panel or shingle shall be sprayed with amended water prior to removal.
   3. Unwrapped or unbagged panels or shingles shall be immediately lowered to the ground via covered dust-tight chute, crane or hoist, or placed in an impervious waste bag or wrapped in plastic sheeting and lowered to the ground no later than the end of the work shift.
   4. Nails shall be cut with flat, sharp instruments.
   5. If the location, size and manufacturing of the transite ducting does not allow for it to be dismantled without abrasive operations, then full containment will be required.
   6. Areas requiring removal of transite materials are required to have critical barriers. Additional containment will be provided if the transite materials cannot be removed without damaging them.

F. Gaskets: When removing gaskets containing asbestos-containing materials, the Contractor shall ensure that the following work practices are followed:
   1. If a gasket is visibly deteriorated and unlikely to be removed intact, removal shall be undertaken within a glove bag.
   2. The gasket shall be thoroughly wetted with amended water prior to its removal.
   3. The wet gasket shall be immediately placed in a disposal container.
   4. Any scraping to remove residue must be performed wet.

G. Removal of Roofing Materials:
   1. Worker safety shall comply with California Code of Regulation, Title 8, Construction Safety Orders, Article 24, Sections 1669-1672 and Article 21, Sections 1635-1667.
   2. The roofing materials will be removed with wet methods, using amended water. The Contractor is invited to propose other feasible, cost-effective methods for removal of the joint tape compound, vinyl floor tiles, and sheet vinyl flooring, transite ducting, and gasket materials.

H. Other Class II Jobs: When performing any other Class II removal of asbestos containing material for which specific controls have not been listed, the Contractor shall ensure that the following work practices are complied with:
   1. The material shall be thoroughly wetted with amended water prior and during its removal.
   2. The material shall be removed in an intact state unless the Contractor demonstrates that intact removal is not possible.
   3. Cutting, abrading or breaking the material shall be prohibited unless the Contractor can demonstrate that methods less likely to result in asbestos fiber release are not feasible.
   4. Asbestos-containing materials removed shall be immediately bagged or wrapped, or kept wetted until transferred to a closed receptacle, no later than the end of the work shift.

I. Alternative Class II Work Practices and Controls: Instead of the work practices and controls listed for additional controls for Class II work, the Contractor may use different or modified engineering and work practice controls if the following provisions are complied with:
   1. The Contractor shall demonstrate by data representing employee exposure during the use of such method under conditions which closely resemble the conditions under which the method is to be used, that employee exposure will not exceed the PELs under any anticipated circumstances.
   2. A Competent Person shall evaluate the work area, the projected work practices and the engineering controls, and shall certify in writing that the different or modified controls are adequate to reduce direct and indirect employee exposure to below the PELs under all expected conditions of use and that the method meets the requirements of 29 #CFR #1926.1101. The evaluation shall include and be based on data representing employee exposure during the use of such method under conditions which closely resemble the conditions under which the method is to be used for the current job, and by employees whose training and experience are equivalent to employees who are to perform the current job.

**3.02.9 Work Practices and Engineering Controls for Class III Asbestos Work:**

Class III asbestos work shall be conducted using engineering and work practice controls which minimize the exposure to employees performing the asbestos work and to bystander employees.

A. The work shall be performed using wet methods.

B. To the extent feasible, the work shall be performed using local exhaust ventilation

C. Where the disturbance involves drilling, cutting, abrading, sanding, chipping, breaking, or sawing of TSI or surfacing material, the Contractor shall use

impermeable drop cloths, and shall isolate the operation using mini-enclosures or glove bag systems.

D. Where the Contractor does not produce a negative exposure assessment for a job, or where monitoring results show the PEL has been exceeded, the Contractor shall contain the area using impermeable drop cloths and plastic barriers or their equivalent, or shall isolate the operation using control system.

E. Employees performing Class III jobs, which involve the disturbance of TSI or surfacing material, or where the Contractor does not produce a negative exposure assessment or where monitoring results show a PEL has been exceeded, shall wear respirators that are selected, used and fitted pursuant to 29 #CFR #1926.1101.

**3.02.9.1 Encapsulation of Asbestos Containing Materials:**

Prior to applying any encapsulant, the entire surface area shall be inspected for loose or damaged asbestos material.

A. Penetrating Encapsulation: Before penetrating encapsulation is applied, asbestos removal work in the area shall be complete and the surfaces to be encapsulated shall be free of loose or damaged material. Substrate must be evaluated before application to ensure that the encapsulant will not cause the substrate to fail in any way. Acoustical wall and ceiling plaster surfaces shall be encapsulated in accordance with manufacturer's recommendations. Plug samples shall be taken to determine if full penetration has been achieved. If full penetration has not been achieved, surfaces shall be recoated while the matrix is still wet until full penetration has been achieved.

**3.02.9.2 Sealing Contaminated Items Designated for Disposal:**

Contaminated architectural, mechanical, and electrical appurtenances such as venetian blinds, full height partitions, carpeting, duct work, pipes and fittings, radiators, light fixtures, conduit panels, and other contaminated items designated for removal shall be coated with an asbestos lockdown encapsulant at the demolition site before being removed from the asbestos control area. These items need to be vacuumed prior to application of the lock-down encapsulant. The asbestos lockdown encapsulant shall be tinted a contrasting color. It shall be spray applied by airless method. Thoroughness of sealing operation shall be visually gauged by the extent of colored coating on exposed surfaces.

**3.02.10 Class IV Asbestos Work:**

All class IV jobs shall be conducted using wet methods, HEPA vacuums, and prompt clean-up of debris containing asbestos-containing materials or presumed asbestos-containing materials.

A. Employees cleaning up debris and waste in a regulated area where respirators are required shall wear respirators, which are selected, used and fitted pursuant to provisions of 29 #CFR #1926.1101.

B. Employees of contractors, who clean up waste and debris in areas where friable TSI or surfacing material is accessible, shall assume that such waste and debris contain asbestos.

## 3.03 CLEANUP AND AIR MONITORING

A. Wet clean all surfaces and remove all visible accumulation of asbestos containing material from the work area including the top layer of plastic if not previously removed.

B. Once the work area is clean of visible accumulations of asbestos material, and before the last layer of the plastic sheeting is removed, apply one coat of an asbestos encapsulant sealer following manufacturer's recommendations for application.

C. While still wearing appropriate respiratory protection, remove the final layer of plastic sheeting from the walls and floors after the sealant has dried. The seals on windows, vents, doors, etc., shall remain, and HEPA filtration equipment and decontamination facilities shall also remain in service.

Wet clean or HEPA vacuum work area underneath the plastic and leave the area visibly clean.

D. Enter a 24-hour settling period. Dust, both visible and invisible, shall be allowed to settle within the work area without being disturbed during this period.

E. After the settling period, wet clean or HEPA vacuum all surfaces within the work area. Once this cleaning operation is complete, visually inspect the work area to ensure that it is free of contamination.

F. The project engineer will conduct a thorough visual inspection prior to setting up the air pumps. Upon successful completion of the visual inspection the project engineer will determine that all surfaces in the work area are dry and free of contamination, the final air clearance test will be conducted.

G. The final air clearance test shall be analyzed using the NIOSH Method 7400, per Section 02081, AIR MONITORING, with a maximum fiber level of 0.01 f/cc being achieved prior to acceptance.

   1 Sampling techniques shall be used to re-entrain any fibers on the walls or floors in each area to be tested. Air blowers shall be used to dislodge fibers from surfaces and fans shall be used to keep them suspended.

   2 Should clearance test results not meet the 0.01 f/cc criteria, the Contractor shall continue cleaning the work site. Final air clearance tests and cleaning shall be repeated until the accepted fiber level is achieved, as indicated by the results of additional testing.

H. In the event of additional testing, the project engineer will not be responsible for delays or additional costs incurred due to additional testing.

I. HEPA filtration and decontamination facilities shall not be taken out of service until the project engineer approves final air clearance test.

J. Unless otherwise noted, Section 02086 shall be used for air monitoring.

## 3.04 DISPOSAL OF ASBESTOS-CONTAINING MATERIALS AND ASBESTOS CONTAMINATED WASTE

A. Asbestos Materials: As the work progresses, and to prevent exceeding available storage capacity on site, remove sealed and labeled containers of asbestos waste and dispose of such containers in accordance with federal, state, and local requirements.

   1. Bags of asbestos materials removed from the work area via the equipment decontamination enclosure shall be placed in a mechanically fastened drum or a

second clean bag, which is then transported, in an enclosed vehicle. Appropriate labels shall be affixed to the outside of the container.

2. The drums or bags shall be cleaned in the equipment decontamination enclosure as previously described and placed in the transport vehicle. A fully enclosed plastic tunnel shall be provided when loading material contained in double plastic bags. The tunnel shall connect the equipment decontamination enclosure and the transport vehicle.
3. All waste will be removed from the buildings prior to the end of each working day. Hazardous and non-hazardous disposal bins will be removed from the site when they are full.
4. Respiratory protection will be required in loading and unloading asbestos materials.
5. Local, state, and federal permits shall be obtained for the transportation of asbestos materials, and all procedures shall be followed as they pertain to transportation of asbestos materials. The waste hauler selected by the Contractor must provide proof of insurance and be approved by the project engineer.
6. The transport vehicle shall be lined with 6-mil plastic prior to loading asbestos waste. The vehicle shall be used for the sole purpose of transporting asbestos waste. No other contract materials or supplies shall be stored or transported in the vehicle unless it has been decontaminated.
7. Activities involving removal of waste, loading onto vehicle, and disposal at the landfill, shall be documented in daily reports. A Uniform Hazardous Waste Manifest will be completed and accompany the shipment to the landfill. Project engineer to be provided with copies of all manifests.
8. The Contractor is responsible for providing hazardous waste manifests. The Contractor is responsible to ensure that the hazardous waste manifest from point of origin to the point of disposal is filled out completely and accurately for complete tracking of hazardous materials after the shipment has been properly loaded, covered and secured. Contractor will have project engineer initial upper left hand corner of manifest. The contractor will then drive the completed hazardous and non-hazardous waste manifests to the District Department office to get authorized generator signature.

B. Asbestos Waste:
   1. All wastewater shall be filtered through a five-micron filter prior to final disposal in a sanitary sewer. In the absence of a sanitary sewer system, the wastewater shall be drummed and transported to a landfill per the previous requirements for disposal.
   2. Asbestos waste other than contaminated water shall be drummed or bagged and transported as previously described.

C. Building Materials: Salvage will be the responsibility of the Contractor. Structures or substrates requiring removal to facilitate asbestos removal operations are acceptable.

**END OF SECTION**

## SECTION 02083

## CONTROLLED SUBSTANCE REMOVAL (DRUGS)

### PART 1 GENERAL

### 1.01 DESCRIPTION

A. The work of this section consists of furnishing all transportation, labor, materials, equipment and incidentals necessary for the handling, demotion, abatement and disposal of dust containing controlled substances (drugs) if required for the performance of renovation/demolition work.

B. Current federal and state regulations do not require the removal of controlled substances prior to renovation/demolition of building. Any controlled substance abatement that may be required for the performance of the renovation/demolition work will be at the Contractors sole expense. All settled dust material shall be removed and disposed of according to these specifications. The controlled substances identified in the dust could cause an exposure exceeding federal and California OSHA exposure limits. Worker right-to-know training shall be provided by the Contractor as required by 29 CFR 1910.1200 and California Title 8 Section 5194.

C. The following precautions should be taken prior to initiating renovation and/or demolition activities involving any dust containing controlled substances.

1. Do not cut, sand, drill, sweep or use high pressure air on the dusty surfaces on the interior of the building surface without proper protective equipment.
2. Thoroughly wet the area prior to initiating renovation/demolition activities that may disturb the dust to prevent possible release into the air.

### 1.02 RELATED WORK

NONE

### 1.03 REFERENCES

A. It is the responsibility of the Contractor to comply with all current Federal, State and local regulations controlling work and to perform all related work in accordance with such regulations that provide for worker and public safety against dust containing drugs.

B. The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

**CODE OF FEDERAL REGULATIONS (CFR)**

| | |
|---|---|
| CFR 29 Part 1910 | Occupational Safety and Health Standards |
| CFR 29 Part 1926 | Safety and Health Regulations for Construction |

**NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)**

| | |
|---|---|
| NFPA 701 | (1989) Methods of Fire Test for Flame-Resistant Textiles and Films |

**UNDERWRITERS LABORATORIES (UL)**

| | |
|---|---|
| UL 586 | (1990) High-Efficiency, Particulate, Air Filter Units |

**1.04 SUBMITTALS**

Prior to commencement of any dust removal work that may be necessary, Contractor shall submit the following in accordance with Section 01300:

A. Equipment List: A list of equipment items to be used in the work, including brand names, model, capacity, performance characteristics, quantities and other pertinent information.

B. Controlled Substance (drug) Removal Plan: The Contractor shall review the specified work tasks and shall prepare a detailed Controlled Substance Removal Plan that identifies the procedures, health, and safety measures to be used to protect against dust containing drugs. The plan shall address the various sources of dust and the methods to be undertaken to abate the dust hazards to include the following key elements:

1. Reference location of dust containing components keyed to project drawings.
2. Training requirements as required by federal, state, and local regulations.
3. Eating, drinking, smoking, and rest room procedures.
4. Sequencing of dust removal related work.
5. Personnel protective equipment; respiratory protection program and controls.
6. Engineering controls, containment structures and safety measures.
7. Worker exposure assessment procedures.
8. Work Practice controls.
9. Housekeeping.
10. Hygiene facilities and practice.
11. Medical surveillance, drug testing including medical removal protection.

C Quality Assurance: Certificates shall meet the requirements of paragraph QUALITY ASSURANCE. The statements shall be signed and dated by a Certified Industrial Hygienist (CIH) after the award of this contract and contain the following:

1. Contractor's name and address.
2. Project name and location.
3. The specified requirements that are being certified.

**1.05 QUALITY ASSURANCE**

A. The following qualifications must be met prior to controlled substance abatement initiation:

1. Certified Industrial Hygienist (CIH): Certification that the CIH has prior experience on similar dust removal abatement projects and is certified by the American Board of Industrial Hygiene (ABIH). The certification shall include a copy of the ABIH certificate showing certification number, and date of certification or recertification.

3. Testing Laboratory: The name, address, and telephone number of the independent testing laboratory selected to perform analysis for environmental dust wipe sample analyses. Documentation that the laboratory performing the analysis is an accredited laboratory. Documentation shall include the date of accreditation or reaccredidation.

4. Drug Testing Laboratory. The name, address and telephone number of the drug testing laboratory and documentation that the laboratory is certified in California.

B. Respiratory Protection Devices
Manufacturer's certification of NIOSH approval for respiratory protection devices utilized on the site.

C. Cartridges, Filters, and Vacuum Systems
Manufacturer's certification of NIOSH approval of respirator cartridges; High Efficiency Particulate Air (HEPA) filtration capabilities for all cartridges, filters, and HEPA vacuum systems.

D. Medical Records
Certification that employees who are involved in dust removal work have received medical examinations and will receive continued medical surveillance, including drug monitoring. Records shall be retained, at Contractor expense, in accordance with CFR 29 Part 1910.

E. Training
1. Training certification shall be provided prior to the start of work involving dust abatement, for all of the Contractors' workers, supervisors, and subcontractors. Training shall meet the requirements of CFR 29 Part 1910.120 Training shall be provided prior to the time of job assignment and, at least, annually.
2. Training may cover all demolition and/or abatement methods or focus only on those methods specified in the Controlled Substance Removal Plan. The project specific training shall, as a minimum, include the following:
   a. The employee's right of access to records under CFR 29 Part 1910 Section .20.
   b. Specific nature of the operation that could result in exposure to dust containing drugs.
   c. Purpose, proper selection, fitting, use, and limitations of respirators.
   d Purpose and description of the medical surveillance program and the medical removal protection program, including information concerning the adverse health effects associated with excessive exposure to drugs (with particular attention to the adverse reproductive effects on both males and females and hazards to the fetus and additional precautions for employees who are pregnant).
   e. Relevant engineering controls and good work practices.
   f. The contents of any compliance plan in effect.

**1.06 PERSONAL PROTECTION AND SAFETY**

A. Work shall be performed in accordance with requirements of applicable regulations including, but not limited to CFR 29 Part 1910, CFR 29 Part 1926. Matters of interpretation of the standards shall be submitted to the appropriate agency for resolution before starting work. Where these requirements vary, the most stringent shall apply.

B. A respiratory protection program shall be established as required by CFR 29 Part 1926 Section .103 and .62 and in accordance with CFR 29 Part 1910 Section .134. An approved respirator shall be furnished to each employee and visitor required to enter a controlled substance work control area. A fit test shall be conducted in accordance with CFR 29 Part 1926 Section .62, Appendix D.

1. Air-purifying respirators shall be approved by NIOSH for use with dust, fumes, and mists having permissible exposure limits less than 0.05 milligrams per cubic meter (i.e., have high-efficiency particulate air (HEPA) filters) and for other hazardous airborne contaminants that may be encountered, as determined by the Site Safety Officer. Respirators shall comply with the requirements of CFR 29 Part 1926 Section .62 and shall be used in accordance with CFR 29 Part 1926 Section .103 and CFR 29 Part 1910 Section .134.
2. A sufficient supply of respirator cartridges shall be maintained at the work site to provide new cartridges to employees, authorized visitors, and Government personnel throughout the duration of the project. Cartridges shall be replaced according to the manufacturer's recommendations, when breathing becomes difficult, or if the cartridge becomes wet.

C. A Hazard Communication Program shall be implemented in accordance with CFR 29 Part 1926 Section .59.

D. Safety and Health Oversight: The site safety officer shall be the onsite person responsible for coordination, safety, security and execution of the work. The site safety officer shall be able to identify existing and predictable controlled substance hazards and shall have the authority to take corrective measures to eliminate them. The site safety officer and/or the IH shall be responsible for dust wipe and environmental sampling.

E. Preparatory Inspection Meeting: The Contractor, the site safety officer, and the project engineer shall arrange and hold a preparatory inspection meeting immediately prior to beginning any dust abatement work. The Contractor's Controlled Substance Removal Plan, including containment, engineering controls, worker protection, training, and monitoring, will be reviewed for completeness.

F. Posted Warnings and Notices: The following regulations, warnings, and notices shall be posted at the work site in accordance with CFR 29 Part 1926.

1. Warning Signs and Labels: Warning signs shall be provided at building entrances and approaches to the controlled substance work areas. Signs shall be located at a distance from the work areas that will allow personnel to read the sign and take the necessary protective actions required before entering the work area.
2. Warning Signs: Warning signs shall be in English and Spanish and be of sufficient size to be clearly legible and display the following:

| |
|---|
| **WARNING**<br>**REGULATED SUBSTANCE WORK AREA**<br>**NO SMOKING OR EATING**<br>**AUTHORIZED PERSONNEL ONLY**<br>**RESPIRATORS AND PROTECTIVE CLOTHING ARE REQUIRED IN THIS AREA** |

3. Warning Labels: Warning labels shall be in English and Spanish and be of sufficient size to be clearly legible and display the following:

| |
|---|
| **CAUTION: CLOTHING CONTAMINATED WITH DUST. DO NOT REMOVE DUST BY BLOWING OR SHAKING. DISPOSE OF CONTROLLED SUBSTANCE CONTAMINATED WASH WATER IN ACCORDANCE WITH APPLICABLE FEDERAL, STATE OR LOCAL REGULATIONS** |

G. Worker Information: Right-to-know notices shall be placed in clearly visible areas of the work site in compliance with federal, state, and local regulations.

H. Emergency Telephone Numbers: A list of telephone numbers shall be posted at the site. The list shall include numbers of the local hospital, emergency squad, police and fire departments, Government and Contractor representatives who can be reached 24 hours per day, and professional consultants directly involved in the project.

I. Equipment and Materials: Sufficient quantities of health and safety materials required by CFR 29 Part 1926 Section .62, and other materials and equipment needed to complete the project, shall be available and kept on the site.

1. Worker Protection Procedures: The Contractor shall furnish, at no cost to personnel, equipment/clothing for protection from airborne dust as applicable. An adequate supply of these items shall be available for worker, authorized visitor, and Government personnel use. Workers and visitors shall not take protective clothing and equipment off the work site at any time. Protective clothing includes:
   a. Coveralls (Whole Body Protective Coverings): Full-body coveralls and head covers shall be worn by workers in the work area. Sleeves shall be secured at the wrist and pants legs at the ankle with tape. Permeable clothing shall be provided in heat-stress conditions. Where non-disposable coveralls are provided, these coveralls shall be cleaned after each wearing. Cleaning of coveralls and other non-disposable clothing shall be in accordance with the provisions for cleaning in CFR 29 Part 1926 Section.
   b. Boots: Work boots with nonskid soles or impermeable work boot covers shall be worn by workers. Where required by OSHA, safety boots (steel toe or steel toe and shank) shall be worn. Paint the uppers of boots red with waterproof enamel. Do not allow boots to be removed from the work area for any reason after being contaminated with controlled substance debris.
   c. Gloves: Inner gloves, appropriate for items and hazards encountered, and disposable outer work gloves shall be provided to each worker and shall be worn while the worker is in the work area. Glove material shall be appropriate for the specific chemical exposure. Gloves shall not be removed from the work area, and shall be disposed of as contaminated waste at the end of the work.
   d. Hard Hats: Head protection (hard hats) shall be provided as required by OSHA for workers and authorized visitors. Protective plastic strap suspension hats shall be used. Hard hats shall be worn at all times that work is in progress. Hats shall remain in the work area until the project is completed.

Hats shall be thoroughly cleaned, decontaminated, and bagged before being removed from the work area at the end of the project.

e. Eye Protection: Fog-proof goggles for personnel engaged in dust removal and abatement operations shall be worn when the use of a full-face piece respirator is not required.

f. Work Clothing: Cloth work clothes shall be provided for wearing under the disposable protective coveralls and foot coverings.

## PART 2 PRODUCTS

NOT USED

## PART 3 EXECUTION

### 3.01 WORK PROCEDURES

Demolition and abatement of building materials containing controlled substances shall be performed in accordance with the accepted Contractor's Controlled Substance Removal Plan as modified and approved. Procedures and equipment required to limit occupational and environmental exposures to drugs during the controlled substance removal shall be in accordance with CFR 29 Part 1910.120, and as specified herein.

A. Personnel Protection Procedures

Personnel shall wear and use protective clothing and equipment as specified. Eating, smoking, drinking, chewing tobacco and chewing gum, and applying makeup shall not be permitted in the controlled substance work area. Personnel of trades not engaged in the handling, demolition, abatement, and disposal of drugs shall not be exposed at any time to airborne concentrations of dust containing drugs.

B. Safety and Health Procedures

The Site Safety Officer shall be present on the work site throughout the removal and demolition project to supervise, monitor, and document the project's health and safety provisions. A daily log shall be maintained showing the results of sampling tests throughout the project area.

C. Safety and Health Responsibilities

The Site Safety Officer shall:

1. Verify that training meets applicable requirements.
2. Review and approve Controlled Substance Removal Plan for conformance to the applicable referenced standards.
3. Inspect controlled substance removal work for conformance with the accepted Controlled Substance Removal Plan.
4. Ensure work is performed in strict accordance with specifications.
5. Ensure exposure to personnel and to the environment are adequately controlled.

The Site Safety Officer shall be responsible for directing personal, and dust wipe sampling.

D. Medical Surveillance Procedures

Medical surveillance shall be implemented in accordance with the approved Contractor's Controlled Substance Removal Plan, and shall comply with the requirements of CFR 29 Part 1910.120 including the provisions for biological