monitoring, medical removal protection and a physician's written opinion, signed by the physician performing the employee examination. The Contractor shall provide the project engineer a copy of the written opinion for Contractor's employee's 2 days prior to each employee's commencement of work.

**3.02 MONITORING**

During the entire time period of controlled substance removal activities and disposal operations, a site safety officer shall be onsite directing the monitoring/sampling and inspecting the work to ensure that the health and safety requirements of this contract are satisfied.

A. Personal Air Monitoring

Airborne concentrations of dust shall be collected and analyzed by the site safety officer in accordance with CFR 29 Part 1910.section 62. Results shall be reported in micrograms per cubic meter of air. The site safety officer shall use personal air monitoring results to determine the effectiveness of Engineering controls, the adequacy of PPE and to determine if proper work practices are being employed. The PROJECT ENGINEER shall be notified if any personal air monitoring result equals or exceeds 2.0 micrograms per cubic meter of air. The Contractor shall take steps to reduce the concentration of dust in the air.

B. Area Air Monitoring

Area air sampling outside the work area will be done by the competent person. Airborne concentrations of dust shall be collected and analyzed in accordance with CFR 29 Part 1926 Section .62. Results shall be reported in micrograms per cubic meter of air.

C. Excessive Levels

Outdoor dust demolition and/or abatement shall cease and the project engineer notified if measured airborne dust concentrations, collected during the work, exceed the permissible airborne concentration levels. The Contractor shall correct the work practices and/or Engineering controls and shall resume abatement at the direction of the project engineer.

**3.03 WORK REQUIREMENTS**

A. Determine actual quantities and adjust contract as specified as Section 01025 - MEASUREMENT AND PAYMENT.

B. Remove, place into proper containers, and transport to disposal site.

**END OF SECTION**

# SECTION 02084
# RECLAMATION AND DISPOSAL OF CHLOROFLUOROCARBONS (CFCs), PROPANE AND FIRE SUPPRESSION CHEMICALS

## PART 1 GENERAL

### 1.01 DESCRIPTION

A. The work of this section consists of furnishing all transportation, labor, materials, equipment and incidentals necessary to reclaim and dispose of all refrigerants, propane and fire suppression chemicals within the project limits, such as HVAC equipment, refrigerators, propane tanks and fire extinguishers as required by 40 CFR Part 82. All hazardous materials must be recovered prior to disposal of such equipment and appliances.

B. Remove and dispose of air conditioning equipment and refrigeration without releasing chlorofluorocarbon refrigerants to the atmosphere in accordance with the Clean Air Act Amendment of 1990.

C. Remove and dispose of properly all fire suppression system cylinders, canisters, and fire extinguishers, in accordance with all Federal, State, and local regulations.

D. Remove and dispose of properly all propane tanks in accordance with all Federal, State, and local regulations. in accordance with all Federal, State, and local regulations.

### 1.02 RELATED WORK

A. Section 02080 – HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL GENERAL REQUIREMENTS

### 1.03 APPLICABLE DOCUMENTS AND REGULATIONS

A. It is the responsibility of the Contractor to know the current regulations controlling work and to perform all related work in accordance with such regulations.

B. The publications listed below form a part of this specification to the extent referenced. The publications are referred to within the text by the basic designation only.

**CODE OF FEDERAL REGULATIONS (CFR)**

| | |
|---|---|
| 29 CFR 1910.145 | Accident Prevention Signs and Tags |
| 29 CFR 1910.1000 | Air Contaminants |
| b. 40 CFR Part 82 | Protection of Stratospheric Ozone; Refrigerant Recycling |

State and local codes as applicable.

### 1.04 DEFINITIONS

A. Leak

Leak or leaking means breaching in tightness of the equipment allowing escape of CFCs, propane and fire suppression compounds into the environment.

B. Chlorofluorocarbons (CFCs)

Includes all ozone depleting compounds commonly used in refrigeration and HVAC units, such as R12, R22 and R500. A complete list is defined in ANSI/ASHRAE Standard 34-1978.

C. Control Area
A restricted area in which only trained persons may enter with the proper warning/caution signs.

## 1.05 QUALITY ASSURANCE

A. Training
All technicians performing recovery of CFCs, propane and fire suppression chemicals must be certified as required by 40 CFR Part 82.161.

B. Regulation Documents
Maintain at all times one copy each at the office and one copy each in view at the job site 29 CFR 1910.1000, 40 CFR Part 82, 40 CFR 761, and Contractor work practices for recovery, storage and disposal of CFCs.

C. Project Engineer's Access to the Work
Project engineer may enter work areas during CFCs, propane and fire suppression agent recovery at any time. Contractor shall provide all required equipment and training for the project engineer as required.

D. Certified Industrial Hygienist (CIH)
Obtain the services of an industrial hygienist certified by the American Board of Industrial Hygiene to certify training, review and approve the CFCs, propane and fire agent removal plan, including determination of the need for personnel protective equipment (PPE) in performing recovery work.

## 1.06 SUBMITTALS

Submit the following in accordance with Section 01300, SUBMITTALS and Section 02080, HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL GENERAL REQUIREMENTS

A. Statements
1. Training certification.
2. CFCs, Propane and Fire Extinguisher recovery work plan.
3. CFCs, Propane and Fire Extinguisher storage or disposal plan.
4. Notification.
5. Transporter Certification for CFCs, Propane and Fire suppressant waste and EPA ID numbers.
6. Certification of recovery and recycling equipment meets EPA requirements and notification of EPA.
7. CIH Recommendations.
8. Safety/Emergency Plan.

B. Training Certification
All workers performing recovery activities shall be trained prior to reclamation activities. Submit signed and dated copies of their training certificates. Workers must be trained in accordance with 40 CFR Part 82.161.

C. CFCs, Propane and Fire Suppressant Removal Work Plan
1. Submit a CFCs, Propane and Fire Suppressant Removal Work Plan within 10 calendar days after award of contract for project engineer approval. Submit a detailed job-specific plan of the work procedures to be used in the reclamation of CFC-containing refrigerants, propane and fire extinguisher.

2. The Plan shall include the following: schedule, methods to be used, interface of trades (if necessary), sequencing of work, certified equipment to be used during CFCs, propane and fire suppressant recovery and entrapment, identification of recovered materials, estimated quantities of CFCs, propane and fire suppressants to be recovered, names and qualifications (experience and training) of personnel who will be working on-site with CFCs, propane and fire suppressant, list of CFCs refrigerant handling equipment to be used in performing the work, to include cleaning, volume reduction, and transport equipment, spill prevention, containment, and cleanup contingency measures to be implemented.

D. CFCs, Propane and Fire Suppressant Storage/Reclamation Plan
Submit a CFCs, Propane and Fire Suppressant Storage/Reclamation Plan within 10 calendar days after award of contract for project engineer approval. The CFCs, Propane and Fire Suppressant Storage/Reclamation Recovery Plan shall comply with applicable requirements of federal, state, and local regulations and address. Identify reclamation site, certifications of reclamation site and the site's willingness to accept the material.

E. Notification
Notify project engineer 10 days prior to the start of CFC Suppressant removal work.

F. CIH Qualifications and Recommendations
1. Submit the name, address and telephone number of the Certified Industrial Hygienist (CIH) to perform the duties in paragraph entitled "Certified Industrial Hygienist". Submit proper documentation that the industrial hygienist is certified, including certification number and date of certification/recertification.
2. Submit all recommendations of the CIH. Incorporate all recommendations into the work plan and daily practice.

G. Safety/Emergency Plan
Submit corporate safety/emergency plan and develop job specific plan for special conditions of this project. Identify all emergency phone numbers and contacts. Maintain a copy on site at all times during the work.

## 1.07 EQUIPMENT

A. Special Clothing
Comply with OSHA regulations for Personal Protective Equipment/Clothing. The following Personal Protective Equipment may be used in order to protect workers from occupational hazards associated with work:
1. Gloves
2. Safety goggles

B. Special Clothing for project engineer
The Contractor shall provide to the project engineer any Personal Protective Equipment required during CFCs, Propane and Fire Suppressant recovery work.

# PART 2 PRODUCTS

NOT USED.

# PART 3 EXECUTION

## 3.01 PROTECTION

A. CFCs, Propane and Fire Suppressant Control Area
Develop a Control Area for each work area.

B. Personnel Protection
Wear Personal Protective Equipment as indicated in Equipment Paragraph.

C. CFCs Caution Label
Affix labels, in English and Spanish, to containers with CFCs refrigerants, Propane, and Fire Suppressant chemicals. Contractor will provide label with sufficient print size to be clearly legible, with bold print on a contrasting background, displaying the following:

| |
|---|
| **CAUTION: CONTAINS<br>CHLOROFLUOROCARBONS (CFC)<br>HARMFUL TO OZONE** |

D. Protect Existing Equipment to be salvaged
Repair items, which are to be salvaged, and which are damaged during the performance of the work, to their original condition, or replace with new.

**3.02 <u>WORK PROCEDURE</u>**

A. Furnish all labor, materials, services, and equipment necessary for the complete recovery, transport, and disposal of propane in all fire suppression system cylinders, canisters, and fire extinguishers as indicated and/or specified in accordance with Federal, State, and local regulations.

B. Furnish all labor, materials, services, and equipment necessary for the complete recovery, transport, and disposal of CFCs in HVAC equipment, air cooled condensers, refrigerators and water coolers as indicated or specified in accordance with Federal, State and local regulations by any of the following methods:
   1. Containerize and mark recovered CFCs refrigerant as required by EPA and Department of Transportation regulations. Transport the CFC to the reclaimer, in accordance with EPA and DOT regulations. Equipment may be left in place but shall be cleansed and free from all CFCs.
   2. Remove equipment and transport to a CFC reclaimer for reclamation and disposal of equipment, in accordance with EPA and DOT regulations.
   3. Assume title and salvage for Contractor's own use.

C. Provide all required labor and equipment to transport the CFCs, Propane and Fire suppression chemicals to the reclaimer, in accordance with EPA and DOT regulations.

D. Smoking
Smoking is not permitted within 50 ft of the control area. Provide and post "No Smoking" signs.

E. Work Operations
Ensure that work operations or processes involving CFC refrigerants, Propane, and Fire Suppression chemicals are conducted in accordance with applicable federal and state regulations and requirements of this section, including but not limited to:
   1. Obtaining advance approval of CFCs, Propane and Fire Suppression Chemical storage sites.
   2. Notifying PROJECT ENGINEER prior to commencing the operation.

3. Reporting leaks and spills to the PROJECT ENGINEER.
4. Maintaining an access log of employees working. Providing a copy to PROJECT ENGINEER upon completion of the operation.
5. Inspecting CFCs recovered equipment/appliances and recovery containers for leaks and forwarding copies of inspection reports to the project engineer.
6. Maintaining inspection, inventory and spill records.
7. The Contractor is responsible for providing hazardous waste manifests. The Contractor is responsible to ensure that the hazardous waste manifest from point of origin to the point of disposal is filled out completely and accurately for complete tracking of hazardous materials. After the shipment has been properly loaded, covered and secured contractor will have project engineer initial upper left-hand corner of manifest. The Contractor will then drive the completed hazardous waste to the Collins Development Co. Representative to get authorized generator signature.
8. Transport CFCs, Propane and Fire Suppression chemicals to disposal site or reclaimer.

F. Salvage Equipment
Contractor may salvage all air conditioning and through the wall mounted air conditioning systems for his purposes. Should salvage operation require reclamation of CFCs, Propane and Fire Suppressants, Contractor shall comply with the provisions of the section.

**3.03 <u>RECOVERY OF CFC'S</u>**

A. The work includes recovery and storage of all chlorofluorocarbon refrigerants (CFCs) and from HVAC units, air-cooled condensers, refrigerators and water coolers. Perform work in accordance with 40 CFR Part 82 and the requirements specified herein. Window mounted and through-the-wall mounted air conditioning units as well as water coolers may be salvaged and disposed of by the Contractor.

B. Prevent discharge of Class I and Class II Ozone Depleting Substances (ODS) to the atmosphere. Place recovered ODS in cylinders meeting ARI Guideline K suitable for the type ODS (filled to no more than 80 percent capacity) and provide appropriate labeling. Recovered ODS shall be removed from the property and disposed of in accordance with 40 CFR 82. Products, equipment and appliances containing ODS in a sealed, self-contained system (e.g., residential refrigerators and window air conditions) shall be disposed of in accordance with 40 CFR 82.

C. Each container shall have in it no more than one type of ODS. A warning/hazardous label shall be applied to the containers in accordance with Department of Transportation regulations.

D. Fire suppression system cylinders and canisters with electrical charges or initiators shall be deactivated prior to shipment. Also, safety caps shall be used to cover exposed actuation mechanisms and discharge ports on these special cylinders.

E. Recovery and Reclamation
1. Recover all CFCs in equipment within the limits of the boundary of the contract. Select removal procedure to minimize escape of CFCs into the environment. CFCs recovery process should be described in the work plan.
2. If the recovered material is to be transported or sold to a reclamation center, a certified reclaimer must be used for this purpose utilizing certified reclamation

equipment, capable of purifying the recovered refrigerant. Purified refrigerant must meet Air Conditioning and Refrigeration Institute (ARI) - ARI-700 standard. Documentation that this has been done must be provided to the Project Engineer.

F. Confined Spaces
Meet all OSHA requirements for confined spaces.

G. Laboratory Analysis
Laboratory analysis is necessary for recovered refrigerants, if it is to be reclaimed by a certified reclaimer and resold for future use.

H. Markings
Provide containers with recovered CFCs with caution label markings as specified in paragraph entitled, "CFCs Caution Label."

I. Containers
Meet or exceed all federal, state and local regulations for the type of containers for CFC gases and oils. Stencil on the containers all the required tracking information as required by federal, State, County and local regulations.

J. Cleaning
As feasible, clean contaminated tools, containers, etc., after use by using proper cleaning techniques with an appropriate solvent or other cleaning agent. All resulting spent liquids must be containerized and disposed of by the Contractor in accordance with all applicable federal, state and local regulations.

K. Evacuation Procedures
Written procedures shall be followed for evacuation of injured workers.

L. CFCs Spills
Report to PROJECT ENGINEER any CFCs spills.

M. Certification
A Contractor must issue a "Certificate of Clean Equipment" at the completion of the project. Cleanliness of the equipment shall be based on the post clean-up analysis and should be outlined in the work plan.

N. Approval of Temporary Storage Site
Obtain in advance approval from the PROJECT ENGINEER for storage site locations and methods and materials for construction. Temporary Storage Site must meet the following criteria without exception:
1. Adequate roof and walls to prevent rainwater from reaching the stored CFCs.
2. An adequate sealed floor which has continuous curbing with a minimum 6-inch high curb. No drain valves, floor drains, expansion joints, sewer lines, or other openings that would permit liquids to flow from the curbed area.
3. Each storage site shall be posted with the CFCs Caution Sign.
4. Onsite storage of reclaimed CFC's shall be minimized as far as possible.

**3.04 <u>SPECIFICATION EXCLUSIONS</u>**

Any deviations from this specification must be approved in writing by the PROJECT ENGINEER at least 10 days prior to start of work.

**END OF SECTION**

## SECTION 02085

## REMOVAL AND DISPOSAL OF CHEMICALS/HOUSEHOLD WASTE

## PART I GENERAL

### 1.01 DESCRIPTION

A. The work of this section consists of furnishing all transportation, labor, materials, equipment and incidentals to close, remove, and dispose of hydrocarbon containing equipment, oil containing vessels, containers, paint cans, and household cleaning chemicals. These elements are collectively referenced as chemical and/or household waste.

B. Work of this section includes but is not limited to lead/acid battery-containing equipment, paint cans, gasoline cans, oilcans, spray paint cans, household cleaners, and radioactive smoke detectors.

C. Removal of Contents
The Contractor shall consider the remaining liquid or solid contents of any container as contaminated waste and place the material or container into 55 gallon drums or other suitable containers for disposal in accordance with federal, state and local regulations. Furnish and operate oil/water separators for recovery of fuels when appropriate. Steam clean and triple rinse interior and/or affected exterior surfaces of Affected Features. Dispose of remaining bottom water and emulsions fuels and oils in accordance with applicable local, State, and Federal regulations. Drums or tanks used for containerizing waste shall be furnished by the Contractor.

D. Tracking
The Contractor is responsible for providing hazardous waste manifests. The Contractor is responsible to ensure that the hazardous waste manifest from point of origin to the point of disposal is filled out completely and accurately for complete tracking of hazardous materials. After the shipment has been properly loaded, covered and secured contractor will have project engineer initial upper left-hand corner of manifest. The Contractor will then submit the completed hazardous and non-hazardous waste manifests to Collins Development Co. for authorized generator signature.

### 1.02 RELATED WORK

c. A. Section 02080 – HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL-GENERAL REQUIREMENTS

### 1.03 APPLICABLE DOCUMENTS AND REGULATIONS

d. A. It is the responsibility of the Contractor to know the current Federal, State, and local regulations and guidelines controlling work and to perform all related work in accordance with such regulations.

e. B. The publications listed below form a part of this specification to the extent referenced. The publications are referred in the text by the basic designation only.

**AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)**

ASTM D 4397 (1991) Polyethylene Sheeting for Construction, Industrial, and Agricultural Applications

**CODE OF FEDERAL REGULATIONS (CFR)**
29 CFR 1910 Occupational Safety and Health Standards

**CORPS OF PROJECT ENGINEERS (COE)**
COE EM-385-1-1 (1992) Safety and Health Requirements Manual

**ENVIRONMENTAL PROTECTION AGENCY (EPA)**
CFR PARTS 260-270 (1999) Regulations for Identification, Generation, Treatment, Storage, and Disposal of Hazardous Wastes
EPA SW-846 (1986) Evaluating Solid Waste
EPA 600-4-79-20 (1976) Contaminant Monitoring

OTHER CODES

CCR Parts 22260-22270 (1999) California Regulations for Identification, Generation, Treatment, Storage, and Disposal of Hazardous Wastes

San Diego County Health Department

California State Health and Safety Code, Div. 20 - Chapter 65

Uniform Fire Code. Articles 79 and 80

San Diego County Fire Dept. Fire Prevention requirements

**1.04 NATURE AND CLASSIFICATION AS CHEMICAL/HOUSEHOLD WASTE**

The classification of materials was based on the testing of representative samples and/or knowledge of prior use coupled with field observation. When available, the significant results of testing are summarized and presented along with approximate quantities on the drawings. There data are included for hazardous materials abatement of the Drug Enforcement Agency (DEA) facility, which contains small quantities of solids or liquids necessitating removal and disposal of these materials as a hazardous waste.

**1.05 DISPOSAL PROCEDURES FOR SMALL OIL-CONTAINING VESSELS (OCV)**

Small oil containing vessels such as door-closers and other small items may be packaged in DOT -approved drums for transportation as a hazardous waste.

**1.06 DISPOSAL PROCEDURES FOR INTERNAL COMBUSTION ENGINES (ICE)**

Contractor may salvage internal combustion engines specified in the Drawings after draining and proper containerization and disposal of any hazardous fluids such as oils or fuels from the engines.

**1.07 DISPOSAL OF SMOKE DETECTORS CONTAINING RADIOACTIVE SOURCES**

Contractor shall remove and package separately all smoke detectors noted on the Drawings that contain radioactive sources. Contractor shall specify in the Removal, Storage, Transportation and Disposal work plan the ultimate destination and disposal method for these items. All packaging, labeling, transportation, and disposal of these

materials shall be in accordance with applicable Federal, State and Local regulations concerning radioactive sources.

## 1.08 SUBMITTALS

A. Reports

1. Identification of chemical/household waste removed and disposed of, including site map showing location of containers.
2. Starting and ending dates of reporting period.
3. Laboratory testing reports, including sample locations and associated field readings: OVA/FID (organic vapor analyzer/flame ionization device) for hydrocarbons, other relevant chemical parameters (pH, etc.) for other waste types. For hydrocarbons this would also include readings, TPH (total petroleum hydrocarbons), and BTEX (benzene, toluene. Ethyl benzene. And xylene), and TCLP (toxicity characteristic leaching procedure) sampling and test results. If BTEX indicates gasoline, then provide TCLP. For metals this would be CAM22 metals and/or those metals referenced on the drawings or specification.
4. Cumulative quantities of materials removed.

B. Records

1. Record quantities and location of chemicals and hazardous materials discovered during demolition and provide the list to the PROJECT ENGINEER daily.

## 1.11 SITE SAFETY AND HEALTH OFFICER - CERTIFIED INDUSTRIAL HYGIENIST

Identify an individual to serve as the Site Safety and Health Officer (SSHO). The SSHO shall report problems and concerns regarding health and safety to the PROJECT ENGINEER. The SSHO shall have a working knowledge of local and federal occupational safety and health regulations, and shall provide training to Contractor employees in air monitoring practices and techniques. The SSHO shall also provide day to day industrial hygiene support, including air monitoring, training, and daily site safety inspections. The SSHO shall be trained in the use of the monitoring and sampling equipment, interpretation of data required to implement the SSHP, and to administer the elements of the SSHP. The SSHO shall remain on site during project operations and may be assigned other duties, such as project foreman or quality control manager.

## 1.12 COORDINATION WITH OTHERS

A. Contractor shall notify the Project Engineer and all other government or public entities, which require notification specific to his actions.

## 1.13 TEMPORARY CONTAINMENT OF CHEMICALS/HOUSHOLD WASTE

If necessary provide temporary containment for the chemicals and/or household waste materials. Cover materials with 6-mil polyethylene sheeting. Place chemicals and/or household waste on the impervious barrier and cover with 6-mil polyethylene sheeting. Provide berm around the outer limits of the containment area and cover with polyethylene sheets.

**END OF SECTION**

# SECTION 02086
# INDEPENDENT AIR MONITORING AND TESTING

## PART 1 - GENERAL

### 1.01 DESCRIPTION

A. This Section describes air monitoring that will be carried out by the PROJECT ENGINEER to verify that the buildings beyond the immediate hazardous materials remediation work area and the outside environment remain uncontaminated during the work and if a spill/release occurs. This Section also sets forth concentration levels both inside and outside the work area as action levels, and describes the action required by the Contractor if an action level is met or exceeded.

B. Personal and other air monitoring required by federal, state (OSHA) and local regulations are the responsibility of the Contractor and are not covered in this Section.

### 1.02 RELATED WORK

A. Section 02080 – HAZARDOUS MATERIALS REMOVAL, TRANSPORTATION, AND DISPOSAL – GENERAL REQUIREMENTS

B. Section 02081-MERCURY AND/OR POLYCHLORINATED BIPHENYL-CONTAINING EQUIPMENT REMOVAL

C. Section 02082-ASBESTOS REMOVAL

D. Section 02083- CONTROLLED SUBSTANCE REMOVAL (DRUGS)

E. Section 02084-RECLAMATION AND DISPOSAL OF CHLOROFLUOROCARBONS ,PROPANE AND FIRE SUPRESSION SYSTEMS

F. Section 02085-REMOVAL AND DISPOSAL OF CHEMICAL/HOUSEHOLD WASTE

### 1.03 DEFINITION

Work Area: Any area in the immediate vicinity of any hazardous material abatement operations. Particularly within any containment barriers required by law.

## PART 2 PRODUCTS

NOT USED.

## PART 3 EXECUTION

### 3.01 AIR MONITORING

A. Work Area Isolation: The purpose of the project engineer's air monitoring is to detect faults in the work area isolation such as:

1. Contamination of the building outside of the work area with airborne asbestos fibers.

2. Failure of filtration or rupture in the differential pressure system.

3. Contamination of air outside the building envelope by airborne asbestos fibers. Should any of the above occur, immediately cease abatement activities until the fault is corrected? Do not recommence hazardous material mitigation work in the affected area until authorized by the PROJECT ENGINEER.

B. Work Area Airborne Fiber Count: The PROJECT ENGINEER will monitor airborne fiber counts in the work area. The purpose of this air monitoring will be to detect airborne concentrations which may challenge the ability of the work area isolation procedures to protect the balance of the building or outside of the building from contamination or which may exceed the degree of protection provided by respirators being used.

C. Work Area Clearance: To determine if the elevated airborne fiber counts encountered during abatement operations have been reduced to an acceptable level, the PROJECT ENGINEER will sample and analyze air according to Section 02082.

D. The PROJECT ENGINEER will conduct air monitoring at each specific mitigation site for the duration of the hazardous material mitigation work at that site.

## 3.02 AIRBORNE FIBER COUNTS/STOP ACTION LEVELS

Inside Work Area Critical Barriers: Maintain an average airborne count in the work area of than less 0.5 asbestos fibers per cubic centimeter. If the asbestos fiber count rise above these figures for any sample taken, revise work procedures to lower concentrations/counts. If the Time Weighted Average (TWA) fiber count for any work shift or 8-hour period exceeds 0.5 asbestos fibers per cubic centimeter stop all work, leave any Pressure Differential System in operation and notify the PROJECT ENGINEER. After correcting cause of elevated high fiber levels, do not recommence work for 24 hours unless otherwise authorized, in writing, by the PROJECT ENGINEER.

If airborne asbestos fiber counts exceed 1.0 fibers per cubic centimeter for a 30-minute period of time, cease all work except corrective action until fiber counts fall 0.5 fibers per cubic centimeter, respectively, and notify the PROJECT ENGINEER. After correcting the cause of the elevated levels, do not recommence work for 24 hours unless otherwise authorized, in writing, by the PROJECT ENGINEER.

Outside Work Area Critical Barriers: If any air sample taken outside of the work area exceeds the base line established below, immediately and automatically stop all work except corrective action. The Contractor along with the PROJECT ENGINEER shall determine the source of the high reading and so notify the PROJECT ENGINEER.

1. If the high reading was the result of a failure of work area isolation measures initiate the following actions:
   a. Immediately erect new critical barriers as set forth in Section 02082 to isolate the affected area from the balance of the building. Erect Critical Barriers at the next existing structural isolation of the involved space (e.g., wall, ceiling, and floor).
   b. Decontaminate the affected area.
   c. Require that respiratory protection be worn in affected area until area is cleared for re-occupancy.

Leave Critical Barriers in place until completion of work and insure that the operation of any pressure differential system in the work area results in a flow of air from the balance of the building into the affected area.

If the exit from the clean room of the personnel decontamination unit enters the affected area, establish a decontamination facility at the entry point to the affected area. After the project engineer's visual inspection in the work area remove critical barriers separating

the work area from the affected area. Final area samples will be taken within the entire area.

## 3.03 SAMPLE VOLUMES

General: The number and volume of air samples taken by the project engineer will be in accordance with the following schedule. Sample volumes given may vary depending upon the analytical method used.

## 3.04 SCHEDULE OF AIR SAMPLES

A. Before Start of Work: The project engineer will secure the following air samples to establish a baseline before start of work.

| Location Sampled | Number of Samples | Asbestos Analysis Method | Sampling Sensitivity Fibers/cc | Minimum Volume (Liters) | Rate Liter/ min. |
|---|---|---|---|---|---|
| Each Work Area | 1 per 5000 SF | PCM | 0.01 | 1,200 | 2-10 |
| Outside Each Work Area | 5 | PCM | 0.01 | 1,200 | 2-10 |
| Outside Bldg. | 5 | PCM | 0.01 | 1,200 | 2-10 |

* Phase Contrast Microscopy per NIOSH 7400 Method

B. Baseline: An action level expressed in fibers per cubic centimeter which is twenty-five percent greater than the largest of the following:
   1. Average of the samples collected outside each work area
   2. Average of the samples collected outside the building
   3. Fibers per cubic centimeter

C. Daily: From start of work through final clearance, the project engineer will take the following samples on a daily basis.
   1. Samples will be collected on 25-mm cassettes with a 0.8-micrometer mixed cellulose ester filter media.

| Location Sampled | Number of Samples | Fibers/cc | Analysis Method | Sampling Sensitivity Fibers/cc | Minimum Volume (liters) | Rate Liter/min. |
|---|---|---|---|---|---|---|
| Full Containments | | | | | | |
| Each Work Area | 2 | PCM | Project Engineer | 0.01 | 600 | 2-10 |
| Outside Each Work Area at Critical Barrier | 1 | PCM | Project Engineer | 0.01 | 1,200 | 2-10 |
| Clean Room | 1 | PCM | Project Engineer | 0.01 | 1,200 | 2-10 |
| Output Press. Differential System | 1 | PCM | Project Engineer | 0.01 | 1,200 | 2-10 |

D. Analyses of Asbestos by Transmission Electron Microscopy (TEM) analysis will be performed to resolve any disputes regarding fiber type when a project has been stopped due to excessive airborne fiber counts.

E. Additional samples may be taken at the project engineer's discretion if airborne fiber counts exceed the allowable limits, additional samples will be taken as necessary to monitor the levels. Should the lead concentrations or fiber levels continue to exceed the allowable levels, the Contractor may, at his/her own expense, have the samples re-analyzed by PCM or TEM respectively.

F. The services of a State of California Department of Health Service (DHS) certified testing laboratory would be employed by the project engineer to perform laboratory analyses of the air samples. Alternatively, asbestos analyses may be completed on site by qualified personnel using EPA Method 5200. For asbestos a microscope and technician may be set up at the job site, or samples will be sent overnight on a daily basis, so that verbal reports on air samples can be obtained within 24 hours. If the Contractor is performing airborne asbestos or project engineer sampling and/or analysis on-site, they must show documentation qualifying them to perform such activities. Provide the project engineer with all air monitoring results.

G. Written reports of all air monitoring tests will be posted at the job site on a daily basis.

## 3.05 PERSONAL MONITORING

The project engineer reserves the right to perform personnel monitoring at any time during abatement or preparation activities. The Contractor shall post, on a daily basis, results of the personal air monitoring results from the previous shift. A complete record, certified by the testing laboratory, of all personal air monitoring tests and results will be furnished to the project engineer. Hard copy results of all personal air monitoring data are required at project closeout.

**END OF SECTION**