COST FOR THE DRUG ENFORCEMENT ADMINISTRATION (SPECIAL TESTING & RESEARCH LAB)

| | CONTRACTOR | COST | AMMEND | FINAL |
|---|---|---|---|---|
| 1 | PRECISION OFFICE MOVERS | $62,315.98 | $15,675.00 | $77,990.00 |
| 2 | AGILENT TECHNOLOGIES, INC. | $133,408.00 | $19,143.00 | $152,551.00 |
| 3 | AMERICAN SCIENCE & ENGINEERING | $1,425.00 | | $626.17 |
| 4 | BAYSHORE TRANSPORTATION | $29,180.00 | | $29,180.00 |
| 5 | CLEAN VENTURE, INC. | $88,572.08 | $36,511.79 | $125,511.79 |
| 6 | METTLER-TOLEDO, INC. | $2,304.00 | | $2,304.00 |
| 7 | NICOLET INSTRUMENT CORP. | $6,800.00 | $2,986.70 | $9,786.70 |
| 8 | THERMOQUEST/FINNIGAN | $114,100.00 | | $114,100.00 |
| 9 | UNIVERSAL MS SERVICES | $24,400.00 | | $24,400.00 |
| 10 | VARIAN, INC. | $61,750.00 | $5,724.50 | $67,474.50 |
| 11 | VIA XEROX | $588.00 | | $588.00 |
| 12 | ZYMARK CORP. | $6,950.00 | $6,950.00 | $13,900.00 |
| 13 | TOTAL | | | $618,412.16 |

1 = MOVERS
2 = MOVE INSTRUMENTS
3 = ?
4 = MOVED X-RAY MACHINE & COPIERS
5 = MOVED CHEMICALS
6 = MOVED BALANCES
7 = ?
8 = MOVED MASS SPECS
9 = MOVED OLD MASS SPEC THAT THERMOQUEST DOES NOT SERVICE
10 = MOVE INSTRUMENTS
11 = ?
12 = MOVED ROBICS

# ESTIMATE WORKSHEET

GSA SPECIAL SERVICES GROUP
3101 PENNSY DRIVE, LANDOVER, MD 20785

PROJ: Drug Enforcement Agency
Lab - Mid-Atlantic

SFL3

FILE #:
SHOP: STAFF
EST. BY: THERES
PHONE #: (301)436-6000
FAX #: (301)436-7178

RWA#:
DATE: 01-May-01
BLDG #:

CONT.#:
COMPANY:
CONTACT:
PHONE #:
FAX #:

| LINE ITEM # | DESCRIPTION OF WORK | QUANTITY UNITS | QUANTITY MEAS. | MATERIAL PER UNIT | MATERIAL SUBTOTAL | LABOR PER UNIT | LABOR SUBTOTAL | SUB-TOTALS |
|---|---|---|---|---|---|---|---|---|
| 1 | Provide all moving services to relocate (2) two Laboratories (in- | | | | | | | |
| 2 | cluding computers and furniture)plus removal of excess property | | | | | | | |
| 3 | for Mid-Atlantic, 460 New York Ave., NW Washington, DC | | | | | | | |
| 4 | to 1440 McCormick Drive, Largo, MD 20774 | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | 2nd Move - March 2002 | | | | | | | |
| 9 | Lab containing instruments, microscopes, computer equipment | | | | | | | |
| 10 | glass items, evidence and storage cabinets. | | | | | | | |
| 11 | Packing and crating materials | | | | | | | |
| 12 | 16 men X 40 hrs X 5 days | | | | | | | |
| 13 | | 3200.0 | hrs | | | $24.78 | $79,296.00 | $79,296.00 |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | Specialize Equipment | | | | | | | |
| 18 | | | | | $400,000.00 | | | $400,000.00 |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | Relocate excess property | | | | | | | |
| 24 | | 2.0 | loads | $2,000.00 | $4,000.00 | | | $4,000.00 |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | MATERIALS | | | | | | | |
| 28 | | | | | | | | |
| 29 | Bubble Wrap per roll | | | $40.00 | | | $40.00 | $40.00 |
| 30 | Boxes | 4000.0 | each | | | $1.50 | $6,000.00 | $6,000.00 |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | 10% OVERHEAD | | | | | | | $489,336.00 |
| 39 | | | | | | | | $48,933.60 |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | 10% PROFIT | | | | | | | |
| 44 | | | | | | | | $53,826.96 |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| | | | | | $404,000.00 MAT. TOTAL | | $85,336.00 LAB TOTAL | $592,096.56 GRAND TOTAL |

+ 50,000 FOR PHASED MOVE
642,000