# REQUISITION/PROCUREMENT REQUEST FOR EQUIPMENT SUPPLIES OR SERVICES *(Instructions on reverse)*

PAGE 1 OF PAGES

2. [RE]QUISITION/PROCURMENT [REQ]UEST NO.:

3. ACT NUMBER:

4. DATE PREPARED:

5. JOB/PROJECT NUMBER:

**6. TO** *(Stockroom/Contracting office, Name and Location)*
General Services Administration
Attn: Procurement Dept.
880 Front Street, Suite 4236
San Diego, CA 92101

**7. FROM** *(Requisitioning office, Name, Symbol, Location and Telephone Number)*
Jenalyn Keodara
General Services Administration
880 Front Street, Suite 4236
San Diego, CA 92101

**8. FOR INFORMATION CALL** *(Name and Telephone Number)*
Jenalyn Keodara (619)557-5003

**9. RECEIVING OFFICE** *(Name, Symbol and Telephone Number)*
same as block 7

**10. ACCOUNTING CLASSIFICATION**

| FUND | ORG. CODE | B/A CODE | O/C CODE |
|---|---|---|---|
| 192X | p092D130 | 80 | |
| **FUNC CODE** | **C/E CODE** | **PROJ/PROS. NO.** | **CC-A** |
| | | | RWA |
| **W/ITEM** | **CC-B** | **PRT/CRFT** | |
| | 94185 | | |

**11. SHIP TO** *(Address, ZIP Code and Telephone Number)*
DEA Lab ATTN: Bill Phillips
410 W 35th Street
National City, CA 91950

**12. CONTRACT NUMBER**

| ITEM NO. FORM OR STOCK NUMBER (13) | DESCRIPTION OF ARTICLES OR SERVICES (14) | QUANTITY (15) | UNIT OF ISSUE (16) | UNIT PRICE (17) | AMOUNT (18) |
|---|---|---|---|---|---|
| | Sullivan Moving & Storage Co.<br>Attn: James W. Clayton<br>5704 Copley Drive<br>San Diego, CA 92111<br>Phone: 858.874.2600<br>Fax: 858.874.2611<br><br>All labor,material and travel for the relocation of the DEA LAB.<br>SCOPE OF WORK INCLUDED. | 1 | LOT | 24858.85 | $24,858.85 |

IF ADDITIONAL SPACE IS REQUIRED, USE GSA FORM 49A, REQUISITION/PROCUREMENT REQUEST

19. TOTAL AMOUNT INCLUDING CONTINUATION ▶ $24,858.85

20a. TYPED NAME AND TITLE OF FUND CERTIFYING OFFICIAL:

20b. SIGNATURE: DATE:

21a. TYPED NAME OF REQUISITIONER: Jenalyn H. Keodara

21b. SIGNATURE: [signature] DATE: 12/7/02

22. LIST ATTACHMENTS

1. LETTERS SENT TO CONTRACTORS REQUESTING FOR PROPOSAL
2. SCOPE OF WORK SENT TO CONTRACTORS

23a. TYPED NAME OF APPROVING OFFICIAL:

23b. SIGNATURE: DATE:

24. SHIPPED BY: ☐ FREIGHT ☐ PARCEL POST ☐ EXPRESS ☐ MAIL

25. FILLED BY: 26. PACKED BY: 27. CHECKED BY:

28. BILL OF LADING NUMBER: 29. DATE SHIPPED:

# SMALL PURCHASE TABULATION SOURCE LIST/ABSTRACT

| | | | | |
|---|---|---|---|---|
| CONTRACT/ORDER NUMBER | ACT NUMBER | TABULATION DATE | NAME OF BUYER: Jenalyn Keodara |
| PROCUREMENT SYNOPSIZED: ☐ YES ☐ NO ☐ N/A | BUSINESS SIZE: ☐ SMALL ☐ OTHER | QUOTATION: ☒ WRITTEN ☐ ORAL | CLOSING DATE: 2/1/03 |

LIST OF SUPPLIERS' DECLINING TO QUOTE PRICES

**LIST OF SUPPLIER'S RESPONDING/QUOTATION RECEIVED**

| Supplier 1 | Supplier 2 | Supplier 3 | Supplier 4 |
|---|---|---|---|
| **SULLIVAN MOVING & STORATE CO.<br>5704 Copley Drive<br>San Diego, CA 92111<br>Phone: 858.874.2600<br>Fax: 858.874.2611<br>POC: James W. Clayton<br><br>RWA# N3006535** | ACE RELOCATIONS<br>5608 Eastgate Drive<br>San Diego, CA 92121<br>Phone: 858.677.5510<br>Ext. 313<br>Fax: 858.677.5587<br>POC: Dana Kehler<br><br>DID NOT SUBMIT REVISED PROPOSAL | Across Town Movers<br>POC: Ms. Robin Sisson<br>Phone: 858.490.6700<br>Fax: 858.490.6707<br><br>DECLINED TO SUBMIT PROPOSAL | |

| NSN AND ITEM DESCRIPTION | QUAN. | UNIT OF ISSUE | UNIT PRICE | TOTAL | UNIT PRICE | TOTAL | UNIT PRICE | TOTAL | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Relocation of the DEA Lab. SCOPE OF WORK ATTACHED. | 1 | LOT | **24858.85** | **24858.85** | 21450.00 | 21450.00 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| BASIS USED TO DEVELOP SOURCES *(If only one source is solicited explain the absence of competition in remarks on reverse)* | TOTAL DOLLAR VALUE | | **24858.85** | | 21450.00 | | | | | |
| WAS PREVIOUS SUPPLIER SOLICITED? ☐ YES ☐ NO | SUPPLIER'S DISCOUNT TERMS | | | | | | | | | |
| | SUPPLIER'S F.O.B. POINT/INSPECTION | | | | | | | | | |

| DELIVERY REQUIRED WITHIN *(specify days)* | LAST AWARD | | | |
|---|---|---|---|---|
| Service to be rendered between 1/01/03 – 1/25/03 | VENDOR | DATE | PRICE $ | QUANTITY |

| | | | |
|---|---|---|---|
| WAS PROCUREMENT SET ASIDE FOR SMALL BUSINESS? *(If "NO" explain the reason for not setting aside in remarks on reverse)* ☐ YES ☐ NO | IS THE LOW OFFEROR FOR THIS PROCUREMENT ON THE DEBARRED LIST? ☐ YES ☐ NO | ARE THE ITEMS COVERED BY STANDING PRICE QUOTATION ON FILE WHICH EXPIRES ON ☐ YES ☐ NO DATE | BASIS OF PRICE FAIRNESS/REASONABLENESS *(if required by FAR 13.106)* Price is found to be fair and reasonable from prior work. |

| | | |
|---|---|---|
| APPROPRIATION<br>F/C BLDG. RWA/ IBAA | SUPPLIER SELECTED | DATE ORDERED |
| APPROVAL *(If required)* [signature] | | DATE 12/7/02 |

# Sole - Source Procedure, Record of Justification

In Accordance With FAR Part 16.505(b)(2)

Project Description / Location

DEA Relocation - 410 W 35th Street, National City, CA 91950

Project Number:
N3006535

Estimated Project Cost:
$24,858.85

Sole-Source Justification ( check all that apply; add remarks as applicable )

- [ ] The agency need for such services is of such urgency that a competitive process would result in unacceptable delay.
- [ ] Only one contractor is capable of providing the services at the level of quality required because the services required are unique or highly specialized.
- [ ] The order should be issued on a sole-source basis in the interest of economy and efficiency as a logical follow on to an order already placed under the contract, or . performed under a separate agreement.
- [ ] The order is necessary to satisfy a minimum guarantee (annual minimum ordering limitation).
- [x] Other (describe below).
SEE REMARKS

Remarks:

Sullivan is recommended for this relocation due to the following:
(1) Across Town Movers declined offer due to size and type of relocation
(2) ACE Relocations did previously submit a proposal in August 2002. However on 11/5/02, I requested a revised proposal w/ the general (new Scope of Work) w/ a due date of NLT 11/20/02. To date, I have not received a new proposal.

Signature of Ordering Official [signature]

Date 12/7/02

| ESTIMATE WORKSHEET | ORIGINATING OFFICE 9PDS | | DATE SUBMITTED 12/5/2002 | | PROJECT NO. N3006535 | | CONTRACT NO. |
|---|---|---|---|---|---|---|---|
| | PROJECT AND CITY Moving Costs 2815 Scott Road Vista, CA. 92083 | | | | PURPOSE DEA | | |
| | | | | | ITEM cost estimate | | |
| ESTIMATE VALID TO: 2/3/2003 | ESTIMATED BY: Dave Birge | | | DATE 12/5/2002 | SHEET NO. 1 | | OF 1 |
| DESCRIPTION OF WORK | QUANTITY | | MATERIAL | | LABOR | | SUBTOTALS |
| | NO UNITS | UNIT MESA | PER UNIT | SUBTOTALS | PER UNIT | SUBTOTALS | |
| All labor and materials necessary to | | | | | | | |
| move Lab at DEA office in Vista, CA. | | | | | | | |
| | | | | | | | |
| **Phase #1** | | | | | | | |
| Moving materials | 142 | HRS | $0.00 | $0.00 | $21.00 | $2,982.00 | $2,982.00 |
| Moving van costs | 40 | HRS | $45.00 | $1,800 | $0.00 | $0.00 | $1,800.00 |
| packing materials | 64 | HRS | $0.00 | $0.00 | $33.00 | $2,112.00 | $2,112.00 |
| installation costs | 16 | HRS | $0.00 | $0.00 | $27.00 | $432.00 | $432.00 |
| | | | | | | | |
| **Phase #2** | | | | | | | |
| Moving materials | 142 | HRS | $0.00 | $0.00 | $21.00 | $2,982.00 | $2,982.00 |
| Moving van costs | 40 | HRS | $45.00 | $1,800 | $0.00 | $0.00 | $1,800.00 |
| packing materials | 64 | HRS | $0.00 | $0.00 | $33.00 | $2,112.00 | $2,112.00 |
| installation costs | 16 | HRS | $0.00 | $0.00 | $27.00 | $432.00 | $432.00 |
| | | | | | | | |
| **Phase #3** | | | | | | | |
| Moving materials | 142 | HRS | $0.00 | $0.00 | $21.00 | $2,982.00 | $2,982.00 |
| Moving van costs | 40 | HRS | $45.00 | $1,800 | $0.00 | $0.00 | $1,800.00 |
| packing materials | 64 | HRS | $0.00 | $0.00 | $33.00 | $2,112.00 | $2,112.00 |
| installation costs | 16 | HRS | $0.00 | $0.00 | $27.00 | $432.00 | $432.00 |
| | | | | | | SUBTOTAL | $21,978.00 |
| PROFIT AND OVERHEAD 10% | | | | | | | $2,197.80 |
| 5% CONTENGENCIES | | | | | | | $1,098.90 |
| | | | | | | SUBTOTAL | $25,274.70 |
| PLANNING AND ESTIMATING | 4 | HRS | | | | | $162.44 |
| | | | | | | TOTAL | $25,437.14 |

# ORDER FOR SUPPLIES AND SERVICES

*Important: See instruction GSAR 553.370-300-1 for distribi*

PAGE 1 OF PAGES 2

| 1. DATE OF ORDER | 2. ORDER NUMBER | 3. CONTRACT NUMBER | 4. ACT NUMBER |
|---|---|---|---|
| Nov 21, 2002 | GS-09P-03-WNM-0009 | | 1B3J02105 |

**FOR GOVERNMENT USE ONLY**

5. ACCOUNTING CLASSIFICATION — 6. FINANCE DIVISION

| FUND | ORG CODE | B/A CODE | O/C CODE | AC | SS | VENDOR NUMBER |
|---|---|---|---|---|---|---|
| 192X | P092D130 | 80 | 25 | | | |
| **FUNC CODE** | **C/E CODE** | **PROJ/PROS NO** | **CC-A** | **MDL** | **FI** | **G/L DEBIT** |
| A51 | 516 | | N3006535 | | | |
| **W/ITEM** | **CC-B** | **PRT/CRFT** | | **AI** | **LC** | **DISCOUNT** |
| | CA7304ZZ | | | | | |

7. TO: CONTRACTOR (Name, address and zip code) 00011450

Agilent Technologies
620 Allendale Road, Suite 100A
King of Prussia PA 19406

Margie Altieri (610) 491-3001

COPY

[redacted]

9B. CHECK IF APPROP. WITHHOLD 20%

8. TYPE OF ORDER — REFERENCE YOUR

[X] A. PURCHASE

Please furnish the following on the terms specified on both sides of the order and the attached sheets, if any, including delivery as indicated.

[ ] B. DELIVERY

This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above number contract.

C. MODIFICATION NO. — AUTHORITY FOR ISSUING

Except as provided herein, all terms and conditions of the original order, as heretofore modified, remain unchanged.

10A. CLASSIFICATION: [X] A. SMALL BUSINESS [ ] B. OTHER THAN SMALL BUSINESS [ ] C. SMALL DISADVANTAGED [ ] D. SMALL WOMEN-OWNED

10B. TYPE OF BUSINESS ORGANIZATION: [X] A. CORPORATION [ ] B. PARTNERSHIP [ ] C. SOLE PROPRIETOR

| 11. ISSUING OFFICE (Address, zip code and telephone no.) | 12. REMITTANCE ADDRESS (MANDATORY) | 13. SHIP TO (Consignee address, zip code and telephone no.) |
|---|---|---|
| 9PD-S<br>GSA<br>San Diego Property Mgmt Ofc<br>880 Front St, Ste 4236<br>San Diego, CA 92101-8843 | 00011450<br>Agilent Technologies<br>620 Allendale Road, Suite 100A<br>King of Prussia PA 19406 | CA7304ZZ<br>DEA Southwest Laboratory<br>2815 Scott Road<br>Vista CA 92083 |

| 14. PLACE OF INSPECTION AND ACCEPTANCE | 15. REQUISITION OFFICE (Name, symbol and telephone no.) |
|---|---|
| LOCK #13 | |

| 16. F.O.B. POINT | 17. GOVERNMENT B/L NO. | 18. DELIVERY F.O.B. POINT ON OR BEFORE | 19. PAYMENT/DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | Mar 1, 2003 | Net 30 |

20. SCHEDULE

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | See Attached Schedule | | | | |

21. RECEIVING OFFICE (Name, symbol and telephone no.) — TOTAL FROM 300-A(s): 47,137.94

22. SHIPPING POINT — 23. GROSS SHIP WT. — GRAND TOTAL: 47,137.94

24. MAIL INVOICE TO: (Include zip code) PAYOFF
General Services Administration (FUND)
GSA Finance
Code 192.X
Box 17181
Fort Worth TX 76102-0181

25A. FOR INQUIRES REGARDING PAYMENT CONTACT: Janette L. Bair — 25B. TELEPHONE (619) 557-6442

26A. NAME OF CONTRACTING/ORDERING OFFICER: Blakely F. Weaver (BWE) — 26B. TELEPHONE NO. (619) 557-6443

26C. SIGNATURE

GENERAL SERVICES ADMINISTRATION — 4. PURCHASE OFFICE — GSA FORM 300 (REV. 2-93)

**ORDER FOR SUPPLIES AND S VICES**
*(Continuation)*

| THIS NUMBER MUST APP R ON ALL PACKAGES AND PAPERS RELATING TO T RDER | | PAGE OF PAGES |
|---|---|---|
| DATE 2002 Nov 21 | ORDER GS-09P-03-WNM-0009 | |

| I O. | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0001 | Provide all labor, materials, equipment and supervision necessary for de-installing, packing, transporting and re-installation of multiple DEA lab equipment at the new DEA Southwest Laboratory, 2815 Scott Road, Vista CA 92083. | 1 | LT | 47,137.94 | 47,137.94 |

# ORDER FOR SUPPLIES AN[D] [S]ERVICES

*Important: See instructions in GSAR 553.370-300-1 for distrib*

PAGE 1 OF PAGES 2

| 1. DATE OF O[R]DER | 2. ORDER NUMBER | 3. CONTRACT NUMBER | 4. ACT NUMBER |
|---|---|---|---|
| Nov 21, 2002 | GS-09P-03-WNM-0007 | | 1B3J02102 |

[F]OR GOVERNMENT USE ONLY

5. ACCOUNTING CLASSIFICATION / 6. FINANCE DIVISION

| FUND | ORG CODE | B/A CODE | O/C CODE | AC | SS | VENDOR NUMBER |
|---|---|---|---|---|---|---|
| 192X | P092D130 | 80 | 25 | | | |
| **FUNC CODE** | **C/E CODE** | **PROJ/PROS NO** | **CC-A** | **MDL** | **FI** | **G/L DEBIT** |
| A51 | 516 | | N3006535 | | | |
| **W/ITEM** | **CC-B** | **PRT/CRFT** | | **AI** | **LC** | **DISCOUNT** |
| | CA7304ZZ | | | | | |

7. TO: CONTRACTOR *(Name, address and zip code)* 00011452

COPY

Thermo Electron Corporation
5225 Verona Road
Madison WI 53711

Heath Valiska (608) 276-6100

8. TYPE OF ORDER

[X] A. PURCHASE — REFERENCE YOUR

Please furnish the following on the terms specified on both sides of the order and the attached sheets, if any, including delivery as indicated.

[ ] B. DELIVERY

This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above number contract.

C. MODIFICATION NO. — AUTHORITY FOR ISSUING

Except as provided herein, all terms and conditions of the original order, as heretofore modified, remain unchanged.

[redacted]

9B. CHECK IF APPROP. [ ] WITHOLD 20%

10A. CLASSIFICATION: [X] A. SMALL BUSINESS [ ] B. OTHER THAN SMALL BUSINESS [ ] C. SMALL DISADVANTAGED [ ] D. SMALL WOMEN-OWNED

10B. TYPE OF BUSINESS ORGANIZATION: [X] A. CORPOR-ATION [ ] B. PARTNER-SHIP [ ] C. SOLE PROPRIETOR

11. ISSUING OFFICE *(Address, zip code and telephone no.)* 9PD-S

[G]SA
[S]an Diego Property Mgmt Ofc
[8]80 Front St, Ste 4236
[S]an Diego, CA 92101-8843

12. REMITTANCE ADDRESS *(MANDATORY)* 00011452

Thermo Electron Corporation
5225 Verona Road
Madison WI 53711

13. SHIP TO *(Consignee address, zip code and telephone no.)* CA7304ZZ

DEA Southwest Laboratory
2815 Scott Road
Vista CA 92083

14. PLACE OF INSPECTION AND ACCEPTANCE

[?] LOCK #13

15. REQUISITION OFFICE *(Name, symbol and telephone no.)*

| 16. [F.O.B.] POINT | 17. GOVERNMENT B/L NO. | 18. DELIVERY F.O.B. POINT ON OR BEFORE | 19. PAYMENT/DISCOUNT TERMS |
|---|---|---|---|
| [D]ESTINATION | | Mar 1, 2003 | Net 30 |

20. SCHEDULE

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | See Attached Schedule | | | | |

21. RECEIVING OFFICE *(Name, symbol and telephone no.)*

TOTAL FROM 300-A(s): 16,433.22

22. SHIPPING POINT

23. GROSS SHIP WT.

GRAND TOTAL: 16,433.22

24. MAIL INVOICE TO: *(Include zip code)* PAYOFF

General Services Administration (FUND)

GSA Finance
[F]und Code 192.X
[B]ox 17181
Fort Worth TX 76102-0181

25A. FOR INQUIRES REGARDING PAYMENT CONTACT: Janette L. Bair

25B. TELEPHONE (619) 557-6442

26A. NAME OF CONTRACTING/ORDERING OFFICER: Blakely F. Weaver (BWE)

26B. TELEPHONE NO. (619) 557-6443

26C. SIGNATURE B. F. Weaver

[G]ENERAL SERVICES ADMINISTRATION — 4. PURCHASE OFFICE — GSA FORM 300 (REV. 2-93)

**ORDER FOR SUPPLIES AND ?VICES**

*(Continuation)*

| THIS NUMBER MUST APP? ? ON ALL PACKAGES AND PAPERS RELATING TO T ?RDER | | PAGE OF PAGES |
|---|---|---|
| DATE 2002 Nov 21 | ORDER GS-09P-03-WNM-0007 | |

| ? NO. | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0001 | Provide all labor, materials, equipment and supervision necessary for de-installing, packing, transporting and re-installation of multiple DEA lab equipment at the new DEA Southwest Laboratory, 2815 Scott Road, Vista CA 92083 | 1 | LT | 16,433.22 | 16,433.22 |

# REQUISITION/PROCUREMENT REQUEST FOR EQUIPMENT SUPPLIES OR SERVICES *(Instructions on reverse)*

PAGE 1 OF PAGES

| QUISITION/PROCURMENT QUEST NO. | 3. ACT NUMBER | 4. DATE PREPARED | 5. JOB/PROJECT NUMBER |
|---|---|---|---|
| | | | |

**6. TO** *(Stockroom/Contracting office, Name and Location)*
General Services Administration
Attn: Procurement Dept.
880 Front Street, Suite 4236
San Diego, CA 92101

**7. FROM** *(Requisitioning office, Name, Symbol, Location and Telephone Number)*
Jenalyn Keodara
General Services Administration
880 Front Street, Suite 4236
San Diego, CA 92101

**8. FOR INFORMATION CALL** *(Name and Telephone Number)*
Jenalyn Keodara (619)557-5003

**9. RECEIVING OFFICE** *(Name, Symbol and Telephone Number)*
same as block 7

**10. ACCOUNTING CLASSIFICATION**

| FUND | ORG. CODE | B/A CODE | O/C CODE |
|---|---|---|---|
| 192X | p092D130 | 80 | |
| **FUNC CODE** | **C/E CODE** | **PROJ/PROS. NO.** | **CC-A** |
| | | | RWA |
| **W/ITEM** | **CC-B** | **PRT/CRFT** | |
| | 94185 | | |

**11. SHIP TO** *(Address, ZIP Code and Telephone Number)*
DEA Lab ATTN: Bill Phillips
2815 Scotts Road
Vista, CA 92083
Phone: 619.498.0005

**12. CONTRACT NUMBER**

| ITEM NO. FORM OR STOCK NUMBER (13) | DESCRIPTION OF ARTICLES OR SERVICES (14) | QUANTITY (15) | UNIT OF ISSUE (16) | UNIT PRICE (17) | AMOUNT (18) |
|---|---|---|---|---|---|
| | PWN ENVIRONMENTAL<br>Attn: JIM DEVLIN<br>2462 C SOUTH SANTE FE AVE.<br>VISTA, CA 92084<br>Phone: 760.727.6120<br>Fax: 760.727.5609<br>843.4407 | | | | |
| | All labor,material and travel for the relocation of the DEA LAB hazardous substances. | 1 | LOT | 1700.00 | $1,700.00 |

IF ADDITIONAL SPACE IS REQUIRED, USE GSA FORM 49A, REQUISITION/PROCUREMENT REQUEST

**19. TOTAL AMOUNT INCLUDING CONTINUATION** $1,700.00

20a. TYPED NAME AND TITLE OF FUND CERTIFYING OFFICIAL

20b. SIGNATURE — DATE

21a. TYPED NAME OF REQUISITONER
Jenalyn H. Keodara

21b. SIGNATURE Jenalyn H. Keodara — DATE 12/19/02

22. LIST ATTACHMENTS

23a. TYPED NAME OF APPROVING OFFICIAL

23b. SIGNATURE — DATE

24. SHIPPED BY
☐ FREIGHT ☐ PARCEL POST ☐ EXPRESS ☐ MAIL

25. FILLED BY — 26. PACKED BY — 27. CHECKED BY

28. BILL OF LADING NUMBER — 29. DATE SHIPPED

# SMALL PURCHASE TABULATION SOURCE LIST/ABSTRACT

| CONTRACT/ORDER NUMBER | ACT NUMBER | TABULATION DATE | NAME OF BUYER Jenalyn Keodara |
|---|---|---|---|
| PROCUREMENT SYNOPSIZED ☐ YES ☐ NO ☐ N/A | BUSINESS SIZE ☐ SMALL ☐ OTHER | QUOTATION ☒ WRITTEN ☐ ORAL | CLOSING DATE |

LIST OF SUPPLIERS' DECLINING TO QUOTE PRICES

**LIST OF SUPPLIER'S RESPONDING/QUOTATION RECEIVED**

| NSN AND ITEM DESCRIPTION | QUAN. | UNIT OF ISSUE | PWN Environmental<br>2462-C South Sante Fe Ave<br>Vista, CA 92084<br>Phone:760.727.6120<br>Fax: 760.727.5809<br>Cell: 619.843.4763<br>ATTN: James Devlin<br>RWA# N3006535 | | Enviro Solve<br>6935 E. Jackrabbit Rd.<br>Paradise Valley, AZ 85253<br>Phone: 480.481.2953<br>Fax: 480.429.6526<br>POC: J. Scott Logan | | ONYX Environmental Svcs.<br>5202 Oceanus Drive<br>Huntington Beach, CA<br>Phone: 714.379.6000<br>Fax: 714.899.9384<br>NO RESPONSE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNIT PRICE | TOTAL | UNIT PRICE | TOTAL | UNIT PRICE | TOTAL | UNIT PRICE | TOTAL |
| Transport hazardous substances from old lab to new facility, | 1 | LO | 1700.00 | 1700.00 | 2000.00 | 2000.00 | N/A | N/A | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| BASIS USED TO DEVELOP SOURCES *(If only one source is solicited explain the absence of competition in remarks on reverse)* | **TOTAL DOLLAR VALUE** | 1700.00 | | | |
| WAS PREVIOUS SUPPLIER SOLICITED? ☐ YES ☐ NO | **SUPPLIER'S DISCOUNT TERMS** | | | | |
| | **SUPPLIER'S F.O.B. POINT/INSPECTION** | | | | |

DELIVERY REQUIRED WITHIN *(specify days)*

NOTICE TO VENDOR OF RELOCATION DATE WILL BE GIVEN IN PRE-RELOCATION MTG.

**LAST AWARD**

| VENDOR | DATE | PRICE | QUANTITY |
|---|---|---|---|
| | | $ | |

| WAS PROCUREMENT SET ASIDE FOR SMALL BUSINESS? *(If "NO" explain the reason for not setting aside in remarks on reverse)* | IS THE LOW OFFEROR FOR THIS PROCUREMENT ON THE DEBARRED LIST? | ARE THE ITEMS COVERED BY STANDING PRICE QUOTATION ON FILE WHICH EXPIRES ON | BASIS OF PRICE FAIRNESS/REASONABLENESS *(if required by FAR 13.106)* |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☒ NO DATE | |

| APPROPRIATION | SUPPLIER SELECTED | DATE ORDERED |
|---|---|---|
| F/C BLDG. RWA/ IBAA | | |

APPROVAL *(If required)* THIS PRICE IS DETERMINED TO BE FAIR AND REASONABLE.

[signature] DATE 12/19/02

GENERAL VICES ADMINISTRATION (U· ·verse for remarks) GSA FORM 2010 (REV. 3-99)

575

**NOTE TO FILE:**

Contacted three vendors. Only two responded and provided a time/material proposal.

SIGNATURE

12/19/02

DATE

Jeff

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 2 |
| 2. 'DMENT/MODIFICATION NO. PS01 | 3. EFFECTIVE DATE May 1, 2003 |
| 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE 9PD-S<br>GSA<br>San Diego Property Mgmt Ofc<br>880 Front St, Ste 4236<br>San Diego, CA 92101-8843<br>Janette L. Bair (619) 557-6442 | 7. ADMINISTERED BY *(If other than Item 6)* CODE<br>SEE BLOCK 6 |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., Street, County, State and ZIP Code)*<br>Vendor ID: 00007675<br>DUNS: 180507139<br>CAGE:<br>PWN Environmental<br>2462 "C" South Santa Fe Ave<br>Vista CA 92084<br>CODE FACILITY CODE | (X) 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED *(SEE ITEM 11)*<br>X 10A. MODIFICATION OF CONTRACT/ORDER NO. GS-09P-03-WNM-0013<br>10B. DATED *(SEE ITEM 13)* Dec 31, 2002 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
1B3J02289192XP092D1308025A51516 N3006535 CA7304ZZ
US 6,342.86

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). *(such as changes in paying office, appropriation date, etc.)* |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-1 |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Provide all labor, materials, and travel for the relocation of hazardous substances for the DEA lab to 2815 Scott Road, Vista CA 92083.

This modification is being issued to increase this order from $1,700.00 to $8,042.86; an increase of $6,342.86 to include to dispose of hazardous waste materials at the DEA lab in National City. Also, extend the completion date to 05/31/03.

All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or Print)*<br>Carroll Hale, Manager<br>Haz Mat Programs | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)*<br>B.F. Weaver,<br>Contracting Officer |
| 15B. CONTRACTOR/OFFEROR [signature] *(Signature of person authorized to sign)* — 15C. DATE SIGNED 5/22/03 | 16B. UNITED STATES OF AMERICA BY [signature] *(Signature of Contracting Officer)* — 16C. DATE SIGNED 7/3/03 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243

SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY | UI | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| ,02 | Dispose of hazardous waste | 1 | LT | 6,342.86 | 6,342.86 |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PS01 | Mar 25, 2003 | | |

6. ISSUED BY CODE 9PD-S

GSA
San Diego Property Mgmt Ofc
880 Front St, Ste 4236
San Diego, CA 92101-8843
Janette L. Bair (619) 557-6442

7. ADMINISTERED BY *(If other than Item 6)* CODE

SEE BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., Street, County, State and ZIP Code)*

Vendor ID: 00011448
DUNS: 073498037

CAGE:

DIGILAB
68 Mazzeo Drive
Randolph MA 02368

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. GS-09P-03-WNM-0008

10B. DATED *(SEE ITEM 13)* Nov 21, 2002

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ____________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

1B3J02104192XP092D1308025A51516 N3006535 CA7304ZZ

US -1,031.45

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). *(such as changes in paying office, appropriation date, etc.)* |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ____________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Provide all parts, labor, materials, and transportation of the spectroscopy instruments to the new DEA Laboratory at 2815 Scott Road, Vista CA 92083.

This modification is being issued to decrease this order from $9,970.00 to $8,938.55; a decrease of $1,031.45 due to the quote was less that the actual billing.

All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or Print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)*
Blakely F. Weaver (619) 557-6443
Contracting Officer
blakely.weaver@gsa.gov

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY B. F. Weaver
*(Signature of Contracting Officer)*

16C. DATE SIGNED 3/27/03

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE

30-105



STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY | UI | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2 | | 1 | LT | -1,031.45 | -1,031.45 |

# RECEIVING REPORT

IMPORTANT - THIS FORM MUST BE RECEIVED IN THE PAYMENT OFFICE WITHIN 5 WORKDAYS OF ACCEPTANCE

## SECTION I - CONTRACT IDENTIFICATION

| NAME OF CONTRACTOR | | 2. FUND | 3. TYPE |
|---|---|---|---|
| DIGILAB | | 192X | VARIABLE / OTHER |
| 4. ACCOUNTING CONTROL TRANSACTION (ACT) NUMBER OR DAC DOCUMENT NUMBER | 5. MULTIPLE DISTRIBUTION LINE (MDL) NUMBER | 6. CONTRACT / PURCHASE ORDER NO. | 7. LEASE NO. |
| 1B3J02104 | | GS09P03WNM0008 | |

## SECTION II - DESCRIPTION OF GOODS AND/OR SERVICES

| 8A ITEM NO. | 8B. DESCRIPTION (For services, also give dates of service) |
|---|---|
| 1 | Provide all parts, labor, materials, and transportation of the spectroscopy instruments to the new DEA Laboratory at 2815 Scott Road, Vista CA 92083. |

| | | |
|---|---|---|
| 9. MAXIMUM PAYMENT AMOUNT | $8,938.55 | 12. REMARKS |
| 10. LESS DEDUCTION(S) FOR NONPERFORMANCE, ETC. *(Explain in Item 12, "REMARKS")* | $0.00 | Work is 100 % complete |
| 11. MAXIMUM AMOUNT APPROVED FOR PAYMENT *(Item 9 LESS Item 10)* | $8,938.55 | |

IMPORTANT- ACCEPTANCE SHOULD TAKE PLACE UPON DELIVERY AND RECEIPT UNLESS AN INSPECTION / ACCEPTANCE PERIOD IS STATED IN THE CONTRACT.

13. TYPE OF DELIVERY (*Mark "X" in appropriate box*)

XXX A. FULL ☐ B. PARTIAL ☐ C. FINAL

| 14. CERTIFICATION | | | 15. SECOND CERTIFICATION *(Required for PBS, others option)* | |
|---|---|---|---|---|
| *I CERTIFY THAT THE ABOVE GOODS AND/OR SERVICES HAVE BEEN RECEIVED ON (Date)* 3/25/03 AND ACCEPTED ON *(Date)* 3/25/03 | | | *THIS CERTIFY THAT THE GOODS AND/OR SERVICES DESCRIBED HAVE BEEN ACCEPTED.* | |
| A. NAME AND TITLE *(Type, print or stamp)* Jenalyn Keodara Property Manager | | | A. NAME AND TITLE *(Type, print or stamp)* | |
| B. CORRESPONDENCE SYMBOL 9PDS | C. TELEPHONE NUMBER (619) 557-6640 | | B. CORRESPONDENCE SYMBOL | C. TELEPHONE NO. |
| D. SIGNATURE [signature] | | E. DATE SIGNED 3/25/03 | D. SIGNATURE | E. DATE SIGNED 3/25/03 |

GENERAL SERVICES ADMINISTRATION GSA FORM 3025 (REV. 6-83)

Pa'd 4/22/03

# ORDER FOR SUPPLIES AND SERVICES

Important: See instruction in GSAR 553.370-300-1 for distribution

PAGE 1 OF PAGES 2

| 1. DATE OF ORDER | 2. ORDER NUMBER | 3. CONTRACT NUMBER | 4. ACT NUMBER |
|---|---|---|---|
| Nov 21, 2002 | GS-09P-03-WNM-0012 | | 1B3J02108 |

**FOR GOVERNMENT USE ONLY**

5. ACCOUNTING CLASSIFICATION / 6. FINANCE DIVISION

| FUND | ORG CODE | B/A CODE | O/C CODE | AC | SS | VENDOR NUMBER |
|---|---|---|---|---|---|---|
| 192X | P092D130 | 80 | 25 | | | |
| FUNC CODE | C/E CODE | PROJ/PROS NO | CC-A | MDL | FI | G/L DEBIT |
| A51 | 516 | | N3006535 | | | |
| W/ITEM | CC-B | PRT/CRFT | | AI | LC | DISCOUNT |
| | CA7304ZZ | | | | | |

7. TO: CONTRACTOR (Name,address and zip code) 00011449

Noritsu America Corporation
6950 Noritsu Avenue
Buena Park CA 90620-1311

Lloyd Jarman (714) 521-9040

8. TYPE OF ORDER — REFERENCE YOUR

[X] A. PURCHASE

Please furnish the following on the terms specified on both sides of the order and the attached sheets, if any, including delivery as indicated.

[ ] B. DELIVERY

This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above number contract.

C. MODIFICATION NO. — AUTHORITY FOR ISSUING

Except as provided herein, all terms and conditions of the original order, as heretofore modified, remain unchanged.

[redacted]

9B. CHECK IF APPROP. [ ] WITHOLD 20%

10A. CLASSIFICATION: [X] A. SMALL BUSINESS [ ] B. OTHER THAN SMALL BUSINESS [ ] C. SMALL DISADVANTAGED [ ] D. SMALL WOMEN-OWNED

10B. TYPE OF BUSINESS ORGANIZATION: [X] A. CORPORATION [ ] B. PARTNERSHIP [ ] C. SOLE PROPRIETOR

11. ISSUING OFFICE (Address,zip code and telephone no.) 9PD-S

GSA
San Diego Property Mgmt Ofc
880 Front St, Ste 4236
San Diego, CA 92101-8843

12. REMITTANCE ADDRESS (MANDATORY) 00011449

Noritsu America Corporation
6950 Noritsu Avenue
Buena Park CA 90620-1311

13. SHIP TO (Consignee address,zip code and telephone no.) CA7304ZZ

DEA Southwest Laboratory
2815 Scott Road
Vista CA 92083

14. PLACE OF INSPECTION AND ACCEPTANCE: DOCK #13

15. REQUISITION OFFICE (Name,symbol and telephone no.)

| 16. F.O.B. POINT | 17. GOVERNMENT B/L NO. | 18. DELIVERY F.O.B. POINT ON OR BEFORE | 19. PAYMENT/DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | Mar 1, 2003 | Net 30 |

## 20. SCHEDULE

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | See Attached Schedule | | | | |

COPY

21. RECEIVING OFFICE (Name,symbol and telephone no.)

TOTAL FROM 300-A(s): 2,880.00

22. SHIPPING POINT — 23. GROSS SHIP WT. — GRAND TOTAL: 2,880.00

24. MAIL INVOICE TO: (Include zip code) PAYOFF
General Services Administration (FUND)
GSA Finance
Code 192.X
P. O. Box 17181
Fort Worth TX 76102-0181

25A. FOR INQUIRES REGARDING PAYMENT CONTACT: Janette L. Bair — 25B. TELEPHONE (619) 557-6442

26A. NAME OF CONTRACTING/ORDERING OFFICER: Blakely F. Weaver (BWE) — 26B. TELEPHONE NO. (619) 557-6443

26C. SIGNATURE

GENERAL SERVICES ADMINISTRATION — 3. PURCHASE FILE — GSA FORM 300 (REV. 2-93)

ORDER FOR SUPPLIES AND S VICES
*(Continuation)*

THIS NUMBER MUST APPE ON ALL PACKAGES AND PAPERS RELATING TO TH RDER

DATE 2002 Nov 21 | ORDER GS-09P-03-WNM-0012 | PAGE OF PAGES

| NO. | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0001 | Provide all labor, materials, equipment and supervision necessary to relocate the following to the new DEA Southwest Laboratory, 2815 Scott Road, Vista CA 92083:<br>QSS-2901- Printer processor- Serial #20040603<br>QSF-V30- Film processor- Serial #18332018<br>Ancillary equipment | 1 | LT | 2,880.00 | 2,880.00 |

GENERAL SERVICES ADMINISTRATION GSA FORM 300-A (1) (REV. 6/89)

## ORDER FOR SUPPLIES AI 'ERVICES

*Important: See instructi · GSAR 553.370-300-1 for distri.*

PAGE 1 OF PAGES 2

| 1. D 'TE OF OF 'ER | 2. ORDER NUMBER | 3. CONTRACT NUMBER | 4. ACT NUMBER |
|---|---|---|---|
| May 8, 2003 | P-09-03-WN-0086 | GS09P02KSC0027 | 1B3J02977 |

**FOR OVERNMENT USE ONLY**

5. ACCOUNTING CLASSIFICATION / 6. FINANCE DIVISION

| FUND | ORG CODE | B/A CODE | O/C CODE | AC | SS | VENDOR NUMBER |
|---|---|---|---|---|---|---|
| 192X | 192XP092 | D1 | 30 | | | |
| FUNC CODE | C/E CODE | PROJ/PROS NO | CC-A | MDL | FI | G/L DEBIT |
| 802 | 5A5 | 1516 | N3006535 | | | |
| W/ITEM | CC-B | PRT/CRFT | | AI | LC | DISCOUNT |
| | CA5293ZZ | | | | | |

7. TO: CONTRACTOR *(Name,address and zip code)* 00008913

M.C. Contracting Service
Attn: Mark Covarrubias
P.O. Box 40297
San Diego CA 92164

Mark Covarrubias (619) 282-3083

8. TYPE OF ORDER
☐ A. PURCHASE — REFERENCE YOUR

Please furnish the following on the terms specified on both sides of the order and the attached sheets, if any, including delivery as indicated.

☒ B. DELIVERY
This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above number contract.

C. MODIFICATION NO. — AUTHORITY FOR ISSUING

Except as provided herein, all terms and conditions of the original order, as heretofore modified, remain unchanged.

COPY

[redacted]

9B. CHECK IF APPROPRIATE ☐ WITHOLD 20%

10A. CLASSIFICATION
☐ A. SMALL BUSINESS ☐ B. OTHER THAN SMALL BUSINESS ☒ C. SMALL DISADVANTAGED ☐ D. SMALL WOMEN-OWNED

10B. TYPE OF BUSINESS ORGANIZATION
☐ A. CORPORATION ☐ B. PARTNERSHIP ☒ C. SOLE PROPRIETOR

11. ISSUING OFFICE *(Address,zip code and telephone no.)* 9PD-S
GSA
San Diego Property Mgmt Ofc
880 Front St, Ste 4236
San Diego, CA 92101-8843

12. REMITTANCE ADDRESS *(MANDATORY)* 00008913
M.C. Contracting Service
Attn: Mark Covarrubias
P.O. Box 40297
San Diego CA 92164

13. SHIP TO *(Consignee address,zip code and telephone no.)* CA5293ZZ
DRUG ENFORCEMENT AGENCY BLDG
402 WEST 35TH St
NATIONAL CITY, CA 92050

14. PLACE OF INSPECTION AND ACCEPTANCE
'"E BLOCK #13

15. REQUISITION OFFICE *(Name,symbol and telephone no.)*

| .O.B. POINT | 17. GOVERNMENT B/L NO. | 18. DELIVERY F.O.B. POINT ON OR BEFORE | 19. PAYMENT/DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | Jun 6, 2003 | Net 30 |

20. SCHEDULE

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | See Attached Schedule | | | | |

21. RECEIVING OFFICE *(Name,symbol and telephone no.)*

TOTAL FROM 300-A(s) 2,000.00

22. SHIPPING POINT — 23. GROSS SHIP WT.

GRAND TOTAL 2,000.00

24. MAIL INVOICE TO: *(Include zip code)*
General Services Administration (FUND) 7BCP
GSA, Greater Southwest Finance Center
P.O. Box 17114
9 Taylor St.,RM#5C06 (overnight mail)
rt Worth, TX 76102-0114

25A. FOR INQUIRES REGARDING PAYMENT CONTACT: Janette L. Bair
25B. TELEPHONE (619) 557-6442

26A. NAME OF CONTRACTING/ORDERING OFFICER Blakely F. Weaver (BWE)
26B. TELEPHONE NO. (619) 557-6443

26C. SIGNATURE

GENERAL SERVICES ADMINISTRATION — **4. PURCHASE OFFICE** — GSA FORM 300 (REV. 2-93)

ORDER FOR SUPPLIES AND ɌVICES
*(Continuation)*

THIS NUMBER MUST AP' ' ON ALL PACKAGES AND PAPERS RELATING TO ' ⁾RDER

DATE 2003 May 08 | ORDER P-09-03-WN-0086

PAGE
OF
PAGES

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0001 | Provide all labor, materials, equipment and supervision necessary to vacuum and dispose of trash and furniture for the DEA Lab at 410 W. 35th Street, National City CA. | 1 | LT | 2,000.00 | 2,000.00 |

GENERAL SERVICES ADMINISTRATION

GSA FORM 300-A (1) (REV. 6/8⁹