**URS**

January 26, 2004
Project No. 29873174

Ms. Berlinda Bubis
Collins Development Company
400 Mile of Cars Way, Suite D
National City, California 91950

**SUBJECT: CLEAN AIR LETTER**

Dear Ms. Bubis:

The purpose of this letter is to certify that the asbestos has been properly removed and disposed from the former DEA facility located at 402 West 35th Street, National City, California. Between June and August 2003, Clauss Construction, under the observation of URS Corporation, removed asbestos containing flooring materials, spray-on ceiling materials, roofing mastics, and laboratory fume hoods. The asbestos containing materials were transported by Clauss Construction to Azuza Landfill for disposal. Following the demolition of the interior wall and removal of the ventilation systems, the remaining concrete walls were washed with water to remove dust containing residual regulated substances.

URS conducted confirmation air testing and wipe testing after completion of the abatement activities.. Five clearance air samples were collected on August 26, 2003 from inside the building. The laboratory analytical results indicated that airborne concentrations of asbestos were less than 0.01 fibers per cubic centimeter (F/cc). According to the Environmental Protection Agency, areas with less than 0.01 F/cc are safe for occupancy by the general public. In addition, URS collected four wipe samples from the interior walls of the building. The wipe samples were analyzed for dust containing controlled substances. The results of the analyses indicated that concentrations of controlled substances were not present above analytical detection limits. Copies of the laboratory results for the confirmation air testing and wipe testing performed at the facility are attached for your files.

URS Corporation appreciates the opportunity to assist Collins Development Company with this project. If you have questions or comments please contact me at (714) 835-6886.

Very truly yours,

**URS CORPORATION**

Ronald Miller MSIH, CAC, REA
Senior Industrial Hygienist

URS Corporation
2020 East First Street, Suite 400
Santa Ana, California 92705
Tel: 7146.835.6886
Fax: 714.667.7147

Aug-27-2003 05:21pm From-HM PITT LABS 8184746128 T-098 P.003/004 F-108

AUG 27 2003
BY: SL

# H.M. Pitt Labs, Inc

## Lab Number: 48618-30516

2434 Southport Way · Suite L · National City, CA 91950
Tel: 619-474-8548 · Fax: 619-474-6128

**Company:** URS Corporation - Santa Ana
2020 East First Street, Suite 400
Santa Ana, Ca 92705

**Date Entered:** 08/26/2003
**Analyzed By:** Floyd Dutson
**Customer PO / Claim#:**
**Contract Number:**

**Job Site:** DEA - San Diego

**Lab Notes:** 08/26/03 1355

**Date Sampled:** 08/26/2003
**Who Sampled:** URS Corp.

## EVALUATION: PHASE CONTRAST MICROSCOPY - NIOSH 7400 METHOD

| Analysis Number | Customer Number | Date Sampled | PCM Sample Type | Start Time | Stop Time | Flow | Fibers | Fields | Fibers Per CC |
|---|---|---|---|---|---|---|---|---|---|
| 48618-6 | DEA-BL | 08/26/03 | Field Blank | | | | 1 | 100 | |
| *Location/Person:* Blank | | | | | | | | | |
| *Comments:* | | | | | | | | | |
| 48618-1 | DEA-C01 | 08/26/03 | Clearance | 8/26/03 10:55 | 8/26/03 13:25 | 8 | 8 | 100 | <0.01 |
| *Location/Person:* Clearance | | | | | | | | | |
| *Comments:* | | | | | | | | | |
| 48618-2 | DEA-C02 | 08/26/03 | Clearance | 8/26/03 10:56 | 8/26/03 13:26 | 7.3 | 8 | 100 | <0.01 |
| *Location/Person:* Clearance | | | | | | | | | |
| *Comments:* | | | | | | | | | |
| 48618-3 | DEA-C03 | 08/26/03 | Clearance | 8/26/03 10:57 | 8/26/03 13:27 | 7.6 | 3 | 100 | <0.01 |
| *Location/Person:* Clearance | | | | | | | | | |
| *Comments:* | | | | | | | | | |
| 48618-4 | DEA-C04 | 08/26/03 | Clearance | 8/26/03 10:58 | 8/26/03 13:28 | 7.5 | 3 | 100 | <0.01 |
| *Location/Person:* Clearance | | | | | | | | | |
| *Comments:* | | | | | | | | | |

-All samples tested as submitted to the lab. H.M. PITT LABS, INC. does not assume responsibility for the accuracy of the information submitted with the samples unless done by an employee of H.M. PITT LABS, INC.

-Any numerical value which calculates to be less than 0.01 should be viewed as <0.01 due to the inaccuracy of the NIOSH 7400 method at that range.

-Comments such as "Overloaded", "Dirty", "Wet Filter", "Uneven Dispursement of Fibers", or "Torn Filter" illustrate that the analyst found discrepancies or problems with the sample and results are not considered accurate.

APPROVED BY: [signature] Dated: 08/27/2003
LELAND S. PITT, CIH





FROM : Rons Home Fax FAX NO. : 9493885152 Jan. 26 2004 05:00PM P3

AUG 27 2003
BY: [signature]

# H.M. Pitt Labs, Inc

2434 Southport Way · Suite L · National City, CA 91950
Tel: 619-474-8548 · Fax 619-474-5128

## Lab Number: 48618-30516

**Company:**
URS Corporation - Santa Ana
2020 East First Street, Suite 400
Santa Ana, Ca 92705

**Date Entered:** 08/26/2003
**Analyzed By:** Floyd Dutson
**Customer PO / Claim#:**
**Contract Number:**

**Job Site:** DEA - San Diego

**Lab Notes:** 08/26/03 1355

| Date Sampled | Who Sampled |
|---|---|
| 08/26/2003 | URS Corp. |

## EVALUATION: PHASE CONTRAST MICROSCOPY - NIOSH 7400 METHOD

| Analysis Number | Customer Number | Date Sampled | PCM Sample Type | Start Time | Stop Time | Flow | Fibers | Fields | Fibers Per CC |
|---|---|---|---|---|---|---|---|---|---|
| 48618-5 | DEA-C05 | 08/26/03 | Clearance | 8/26/03 10:59 | 8/26/03 13:29 | 7.2 | 9 | 100 | <0.01 |

*Location/Person:* Clearance
*Comments:*

-All samples tested as submitted to the lab. H.M. PITT LABS, INC. does not assume responsibility for the accuracy of the information submitted with the samples unless done by an employee of H.M. PITT LABS, INC.

-Any numerical value which calculates to be less than 0.01 should be viewed as <0.01 due to the inaccuracy of the NIOSH 7400 method at that range.

-Comments such as "Overloaded", "Dirty", "Wet Filter", "Uneven Dispursement of Fibers", or "Torn Filter" illustrate that the analyst found discrepencies or problems with the sample and results are not considered accurate.

APPROVED BY: [signature] Dated: 08/27/2003
LELAND S. PITT, CIH

PACIFIC TOXICOLOGY LABORATORIES PacTox
9348 De Soto Ave. Chatsworth, Ca 91311
(818) 598-3110 • FAX (818) 598-3116 • (800) 328-6942
www.pactox.com

FINAL REPORT

PAGE: 1

1970000I
W O R K C A R E NONDOT
ATTN: P. GREANEY, MD/D. WHORTON, MD
333 SOUTH ANITA DRIVE #630
ORANGE, CALIFORNIA 92868

WIPE WEST WALLDEAB LAB, 4

09/15/2003 NO DATE 09/15/2003D3449240

# LABORATORY REPORT

BATCH: 9

COMPANY: URS

COLLECTOR'S NAME:

Collection Site: DEA LAB WIPE WEST WALL

COLLECTOR'S PHONE:

Specimen Id = 2144913
Reason for Test = Container Seal = INTACT
Time received = 09:00

MRO: 105
ATTN: P. GREANEY, MD/D. WHORTO
333 SOUTH ANITA DR. SUITE 630
ORANGE, CA 92868

Drug Screening for this sample has been performed according to SOP for Non-Regulated Drug Testing. Any Positive results will be confirmed by GC/MS

| TEST | RESULT | SCREEN CUT-OFF (ng/mL) | CONFIRM CUT-OFF (ng/mL) |
|---|---|---|---|
| DRUG SCREEN 605 | | | |
| AMPHETAMINES | negative | 1000 | |
| AMPHETAMINE | negative | | 500 |
| METHAMPHETAMINE | negative | | 500 |
| CANNABINOIDS | negative | 50 | 15 |
| COCAINE METABOLITE | negative | 300 | 150 |
| OPIATES | negative | 2000 | |
| CODEINE | negative | | 2000 |
| MORPHINE | negative | | 2000 |
| PCP (PHENCYCLIDINE) | negative | 25 | 25 |

606

Certified by: SARMIENTO, CORA C
Responsible Person(s): Jeffrey Maier, Mike Henson, (RP's)

D3449240 LAST PAGE OF REPORT WIPE WEST WALLDEAB LAB, 4

PACIFIC TOXICOLOGY LABORATORIES PacTox
9348 De Soto Ave. Chatsworth, Ca 91311
(818) 598-3110 • FAX (818) 598-3116 • (800) 328-6942
www.pactox.com

FINAL REPORT

PAGE: 1

15700001
W O R K C A R E NONDOT
ATTN: P. GREANEY,MD/D. WHORTON,MD
333 SOUTH ANITA DRIVE #630
ORANGE, CALIFORNIA 92868

DEA LAB WIPE NORTH WALL,1

09/15/2003 NO DATE | 09/15/2003 D3449212

# LABORATORY REPORT

BATCH: 9

COMPANY: URS CORP

COLLECTOR'S NAME:

Collection Site:

COLLECTOR'S PHONE:

Specimen Id = 2144911
Reason for Test = Container Seal = INTACT
Time received = 09:00

MRO: 105
ATTN: P. GREANEY, MD/D. WHORTO
333 SOUTH ANITA DR. SUITE 630
ORANGE, CA 92868

Drug Screening for this sample has been performed according to SOP for Non-Regulated Drug Testing. Any Positive results will be confirmed by GC/MS

| TEST | RESULT | SCREEN CUT-OFF (ng/mL) | CONFIRM CUT-OFF (ng/mL) |
|---|---|---|---|
| DRUG SCREEN 605 | | | |
| AMPHETAMINES | negative | 1000 | |
| AMPHETAMINE | negative | | 500 |
| METHAMPHETAMINE | negative | | 500 |
| CANNABINOIDS | negative | 50 | 15 |
| COCAINE METABOLITE | negative | 300 | 150 |
| OPIATES | negative | 2000 | |
| CODEINE | negative | | 2000 |
| MORPHINE | negative | | 2000 |
| PCP (PHENCYCLIDINE) | negative | 25 | 25 |

@

607

Certified By: SARMIENTO,CORA C
Responsible Person(s): Jeffrey Meier, Mike Henson, (RP's)

D3449212 LAST PAGE OF REPORT DEA LAB WIPE NORTH WALL,1

FROM : Rons Home Fax FAX NO. : 9493885192 Jan. 26 2004 05:02PM P6

PACIFIC TOXICOLOGY LABORATORIES PacTox
9348 De Soto Ave. Chatsworth, Ca 91311
(818) 598-3110 • FAX (818) 598-3116 • (800) 328-6942
www.pactox.com

FINAL REPORT

PAGE: 1

19700001
W O R K C A R E NONDOT
ATTN: P. GREANEY,MD/D. WHORTON,MD
333 SOUTH ANITA DRIVE #630
ORANGE, CALIFORNIA 92868

EAST WALL DEA LAB,2

09/15/2003 NO DATE | 09/15/2003D3449221

# LABORATORY REPORT

BATCH: 9

COMPANY: URS

COLLECTOR'S NAME:

Collection Site: SAMPLE #2

COLLECTOR'S PHONE:

Specimen Id = 2144914
Reason for Test = OTHER
Container Seal = INTACT
Time received = 09:00

MRO: 185
ATTN: P. GREANEY, MD/D. WHORTO
333 SOUTH ANITA DR. SUITE 630
ORANGE, CA 92868

Drug Screening for this sample has been performed according to SOP for Non-Regulated Drug Testing. Any Positive results will be confirmed by GC/MS

| TEST | RESULT | SCREEN CUT-OFF (ng/mL) | CONFIRM CUT-OFF (ng/mL) |
|---|---|---|---|
| DRUG SCREEN 605 | | | |
| AMPHETAMINES | negative | 1000 | |
| AMPHETAMINE | negative | | 500 |
| METHAMPHETAMINE | negative | | 500 |
| CANNABINOIDS | negative | 50 | 15 |
| COCAINE METABOLITE | negative | 300 | 150 |
| OPIATES | negative | 2000 | |
| CODEINE | negative | | 2000 |
| MORPHINE | negative | | 2000 |
| PCP (PHENCYCLIDINE) | negative | 25 | 25 |

608

Certified By: SARMIENTO,CORA C
Responsible Person(s): Jeffrey Maier, Mike Henson, (RP's)

LAST PAGE OF REPORT

EAST WALL DEA LAB,2

D3449221

FROM : Rons Home Fax FAX NO. : 9493885192 Jan. 26 2004 05:03PM P7

PACIFIC TOXICOLOGY LABORATORIES PacTox
9348 De Soto Ave. Chatsworth, Ca 91311
(818) 598-3110 • FAX (818) 598-3116 • (800) 328-6942

FINAL REPORT

PAGE: 1

19700001
W O R K C A R E NONDOT
ATTN: P. GREANEY, MD/D. WHORTON, MD
333 SOUTH ANITA DRIVE #630
ORANGE, CALIFORNIA 92868

DEA LAB SOUTH WALL, 3

09/15/2003 NO DATE 09/15/2003 D3449231

# LABORATORY REPORT

BATCH: 9

COMPANY: URS

COLLECTOR'S NAME:

Collection Site: 2144912

COLLECTOR'S PHONE:

Specimen Id = 2144912
Reason for Test = Container Seal = INTACT
Time received = 00:00

MRO: 105
ATTN: P. GREANEY, MD/D. WHORTO
333 SOUTH ANITA DR. SUITE 630
ORANGE, CA 92868

Drug Screening for this sample has been performed according to SOP for Non-Regulated Drug Testing. Any Positive results will be confirmed by GC/MS

| TEST | RESULT | SCREEN CUT-OFF (ng/mL) | CONFIRM CUT-OFF (ng/mL) |
|---|---|---|---|
| DRUG SCREEN 505 | | | |
| AMPHETAMINES | negative | 1000 | |
| AMPHETAMINE | negative | | 500 |
| METHAMPHETAMINE | negative | | 500 |
| CANNABINOIDS | negative | 50 | 15 |
| COCAINE METABOLITE | negative | 300 | 150 |
| OPIATES | negative | 2000 | |
| CODEINE | negative | | 2000 |
| MORPHINE | negative | | 2000 |
| PCP (PHENCYCLIDINE) | negative | 25 | 25 |

609

Certified By: SARMIENTO, CORA C
Responsible Person(s): Jeffrey Maier, Mike Hanson, (SP's)

LAST PAGE OF REPORT

DEA LAB SOUTH WALL, 3

D3449231

FROM : Rons Home Fax FAX NO. : 9493885152 Jan. 26 2004 05:03PM P8

**URS**

# Facsimile

| | | | |
|---|---|---|---|
| Date: | January 26, 2004 | Page 1 of: | 8 |
| To: | Ms. Berlinda Bubis | From: | Ron Miller |
| Firm: | Asset Management Group | cc: | |
| Facsimile: | 619-474-1864 | | |
| Subject: | **Former DEA Facility** | | |

Message: Berlinda: Attached is a copy of the letter and laboratory data for the clean-air-letter pertaining to the final testing performed at the former DEA facility. If you have questions please telephone me at 714-747-8753.

Ron Miller

URS Corporation
2020 East First Street
Suite 400
Santa Ana, CA 92705
Tel: 714.835.6886
Fax: 714.667.7147 (4th Floor)
www.urscorp.com

**CONFIDENTIALITY NOTICE**
The information in this facsimile transmission is intended solely for the stated recipient of this transmission. If you have received this fax in error, please notify the sender immediately by telephone. If you are not the intended recipient, please be advised that dissemination, distribution, or copying of the information contained in this fax is strictly prohibited.