ASSET MANAGEMENT GROUP
400 MILE OF CARS WAY
SUITE D
NATIONAL CITY, CA 91950
(619) 262-5666
FAX (619) 474-1864

April 19, 2004

Richard S. Bayer
Attorney at Law
1150 Silverado Street, Suite 116
La Jolla, CA 92037

RE: CLAIM OF COLLINS NATIONAL AGAINST THE UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION

Dear Mr. Bayer:

Enclosed please find the following information requested by Darryl Smith on his letter of April 1, 2004:

- MANIFESTS
- PLAN OF SHELL BUILDING
- CLAUSS COST BREAKDOWN
- CLAUSS TIME LINE
- CLEAN AIR LETTER FROM URS
- PRE-RENOVATION/DEMOLITION SURVEY
- HAZARDOUS MATERIALS ASBESTOS ABATEMENT
- HAZARDOUS MATERIALS ABATEMENT SPECIFICATIONS

If you have any questions or require further information, please call me.

Kind regards,
ASSET MANAGEMENT GROUP

Berlinda Bubis

Berlinda Bubis
Property Manager
/bb
Enclosures

A DIVISION OF
COLLINS DEVELOPMENT CO.
& LA JOLLA DEVELOPMENT CO.




SITE PLAN

LEASE EXHIBIT PLANS
402 W. 35th STREET

PLANS PREPARED FOR:
COLLINS DEVELOPMENT COMPANY
11752 SORRENTO VALLEY RD.
SAN DIEGO, CA 92121
TELE: (858) 481-7700

BUNCH ARCHITECTS, INC.

ISSUE RECORD



CN002261

# TENTATIVE SCHEDULE
# DEA LAB NATIONAL CITY
# CLAUSS CONSTRUCTION

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | NOTIFICATION TO APCD | 10 days | Mon 6/9/03 | Fri 6/20/03 |
| 2 | **MOBILIZATION** | **38 days** | **Mon 6/23/03** | **Wed 8/13/03** |
| 3 | **ASBESTOS ABATEMENT** | **5 days** | **Mon 6/23/03** | **Fri 6/27/03** |
| 4 | SET FOR ASBESTOS ABATEMENT | 5 days | Mon 6/23/03 | Fri 6/27/03 |
| 5 | REMOVE SPRAY ON CEILING | 18 days | Mon 6/30/03 | Wed 7/23/03 |
| 6 | REMOVE AND WIPE DOWN INTERIOR CEILING PANELS | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 7 | REMOVE ASBESTOS ROOF MASTIC | 5 days | Mon 6/30/03 | Fri 7/4/03 |
| 8 | REMOVE ASBESTOS CONTAINING FLOOR TILE | 5 days | Tue 8/5/03 | Mon 8/11/03 |
| 9 | REMOVE ROOFING SYSTEM | 6 days | Mon 7/7/03 | Mon 7/14/03 |
| 10 | **HAZ- MAT REMOVAL** | **37 days** | **Tue 6/24/03** | **Wed 8/13/03** |
| 11 | REMOVE LIGHT TUBES | 4 days | Tue 6/24/03 | Fri 6/27/03 |
| 12 | REMOVE PCB CONTAINING BALLASTS | 4 days | Tue 6/24/03 | Fri 6/27/03 |
| 13 | **DEMOLITION** | **33 days** | **Mon 6/30/03** | **Wed 8/13/03** |
| 14 | REMOVE EXTERIOR WINDOW GUARDS | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 15 | DEMO ROOF EQUIPMENT | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 16 | CUT AND CAP UTILITIES | 3 days | Thu 7/3/03 | Mon 7/7/03 |
| 17 | REMOVE SLATS OR FENCING MATERIALS FOR PERIMETER FENCE | 2 days | Tue 7/8/03 | Wed 7/9/03 |
| 18 | DEMOLISH INTERIOR WALLS | 18 days | Thu 7/10/03 | Mon 8/4/03 |
| 19 | DEMOBILIZE | 2 days | Tue 8/12/03 | Wed 8/13/03 |




Project: 6-9-03
Date: Wed 6/18/03

| | | | |
|---|---|---|---|
| Task | Summary | Rolled Up Progress | Group By Summary |
| Critical Task | Rolled Up Task | Split | |
| Progress | Rolled Up Critical Task | External Tasks | |
| Milestone | Rolled Up Milestone | Project Summary | |

| WORK ITEM | No OF UNITS | UNITS | UNIT PRICE | TOTAL | % COMPLETE | BILL THIS MONTH |
|---|---|---|---|---|---|---|
| **ASBESTOS ABATEMENT** | | | | | | |
| ROOF AREA | 42000 | SF | $ 0.50 | $ 21,000.00 | 100% | $ 21,000.00 |
| INTERIOR ACOUSTICAL CEILING | 10804 | SF | $ 2.80 | $ 30,251.20 | 100% | $ 30,251.20 |
| INTERIOR FLOOR TILE/MASTIC | 19000 | SF | $ 1.35 | $ 25,650.00 | 100% | $ 25,650.00 |
| | | | | | 100% | |
| **DEMOLITION** | | | | | 100% | |
| REMOVE EXCESS LAB EQUIPMENT | 1 | LS | $ 1,800.00 | $ 1,800.00 | 100% | $ 1,800.00 |
| REMOVE SUSPENDED CEILING | 20000 | SF | $ 0.75 | $ 15,000.00 | 100% | $ 15,000.00 |
| REMOVE HVAC EQUIPMENT FROM ROOF | 1 | LS | $ 5,000.00 | $ 5,000.00 | 100% | $ 5,000.00 |
| DEMO INTERIOR WALLS | 1 | LS | $ 35,000.00 | $ 35,000.00 | 100% | $ 35,000.00 |
| REMOVE ROOFING AREA | 42000 | SF | $ 1.45 | $ 60,900.00 | 100% | $ 60,900.00 |
| REMOVE EXTERIOR WINDOW GUARDS | 1 | LS | $ 2,500.00 | $ 2,313.80 | 100% | $ 2,313.80 |
| REMOVE FENCE | 1 | LS | $ 1,500.00 | $ 1,500.00 | 100% | $ 1,500.00 |
| TOTAL CONTRACT PRICE | | | | $ 198,415.00 | | $ 198,415.00 |


SITE PLAN SHOWING PROPOSED CONDITION
SUMMARY:
ORIGINAL BUILDING AREA: 39,484 SQ. FT.
PARKING:
EXISTING 39,484 SQ. FT. BUILDING
TYPE III-N SPRINKLERED CONSTRUCTION
W 35th STREET
SITE PLAN
LEASE EXHIBIT PLANS
402 W. 35th STREET
PLANS PREPARED FOR
COLLINS DEVELOPMENT COMPANY
BUNCH ARCHITECTS, INC.
ISSUE RECORD


SITE PLAN SHOWING PROPOSED CONDITION
SUMMARY:
ORIGINAL BUILDING AREA 39,484 SQ. FT.
EXISTING 39,484 SQ. FT. BUILDING
W 35th STREET
NORTH
SITE PLAN
LEASE EXHIBIT PLANS
402 W. 35th STREET
PLANS PREPARED FOR:
COLLINS DEVELOPMENT COMPANY
BUNCH ARCHITECTS, INC.



CN002265

| WORK ITEM | No OF UNITS | UNITS | UNIT PRICE | TOTAL | % COMPLETE | BILL THIS MONTH |
|---|---|---|---|---|---|---|
| **ASBESTOS ABATEMENT** | | | | | | |
| ROOF AREA | 42000 | SF | $ 0.50 | $ 21,000.00 | 100% | $ 21,000.00 |
| INTERIOR ACOUSTICAL CEILING | 10804 | SF | $ 2.80 | $ 30,251.20 | 100% | $ 30,251.20 |
| INTERIOR FLOOR TILE/MASTIC | 19000 | SF | $ 1.35 | $ 25,650.00 | 100% | $ 25,650.00 |
| | | | | | 100% | |
| **DEMOLITION** | | | | | 100% | |
| REMOVE EXCESS LAB EQUIPMENT | 1 | LS | $ 1,800.00 | $ 1,800.00 | 100% | $ 1,800.00 |
| REMOVE SUSPENDED CEILING | 20000 | SF | $ 0.75 | $ 15,000.00 | 100% | $ 15,000.00 |
| REMOVE HVAC EQUIPMENT FROM ROOF | 1 | LS | $ 5,000.00 | $ 5,000.00 | 100% | $ 5,000.00 |
| DEMO INTERIOR WALLS | 1 | LS | $ 35,000.00 | $ 35,000.00 | 100% | $ 35,000.00 |
| REMOVE ROOFING AREA | 42000 | SF | $ 1.45 | $ 60,900.00 | 100% | $ 60,900.00 |
| REMOVE EXTERIOR WINDOW GUARDS | 1 | LS | $ 2,500.00 | $ 2,313.80 | 100% | $ 2,313.80 |
| REMOVE FENCE | 1 | LS | $ 1,500.00 | $ 1,500.00 | 100% | $ 1,500.00 |
| TOTAL CONTRACT PRICE | | | | $ 198,415.00 | | $ 198,415.00 |

| WORK ITEM | No OF UNITS | UNITS | UNIT PRICE | TOTAL | % COMPLETE | BILL THIS MONTH |
|---|---|---|---|---|---|---|
| **ASBESTOS ABATEMENT** | | | | | | |
| ROOF AREA | 42000 | SF | $ 0.50 | $ 21,000.00 | 100% | $ 21,000.00 |
| INTERIOR ACOUSTICAL CEILING | 10804 | SF | $ 2.80 | $ 30,251.20 | 100% | $ 30,251.20 |
| INTERIOR FLOOR TILE/MASTIC | 19000 | SF | $ 1.35 | $ 25,650.00 | 100% | $ 25,650.00 |
| | | | | | 100% | |
| **DEMOLITION** | | | | | 100% | |
| REMOVE EXCESS LAB EQUIPMENT | 1 | LS | $ 1,800.00 | $ 1,800.00 | 100% | $ 1,800.00 |
| REMOVE SUSPENDED CEILING | 20000 | SF | $ 0.75 | $ 15,000.00 | 100% | $ 15,000.00 |
| REMOVE HVAC EQUIPMENT FROM ROOF | 1 | LS | $ 5,000.00 | $ 5,000.00 | 100% | $ 5,000.00 |
| DEMO INTERIOR WALLS | 1 | LS | $ 35,000.00 | $ 35,000.00 | 100% | $ 35,000.00 |
| REMOVE ROOFING AREA | 42000 | SF | $ 1.45 | $ 60,900.00 | 100% | $ 60,900.00 |
| REMOVE EXTERIOR WINDOW GUARDS | 1 | LS | $ 2,500.00 | $ 2,313.80 | 100% | $ 2,313.80 |
| REMOVE FENCE | 1 | LS | $ 1,500.00 | $ 1,500.00 | 100% | $ 1,500.00 |
| TOTAL CONTRACT PRICE | | | | $ 198,415.00 | | $ 198,415.00 |

| WORK ITEM | No OF UNITS | UNITS | UNIT PRICE | TOTAL | % COMPLETE | BILL THIS MONTH |
|---|---|---|---|---|---|---|
| **ASBESTOS ABATEMENT** | | | | | | |
| ROOF AREA | 42000 | SF | $ 0.50 | $ 21,000.00 | 100% | $ 21,000.00 |
| INTERIOR ACOUSTICAL CEILING | 10804 | SF | $ 2.80 | $ 30,251.20 | 100% | $ 30,251.20 |
| INTERIOR FLOOR TILE/MASTIC | 19000 | SF | $ 1.35 | $ 25,650.00 | 100% | $ 25,650.00 |
| | | | | | 100% | |
| **DEMOLITION** | | | | | 100% | |
| REMOVE EXCESS LAB EQUIPMENT | 1 | LS | $ 1,800.00 | $ 1,800.00 | 100% | $ 1,800.00 |
| REMOVE SUSPENDED CEILING | 20000 | SF | $ 0.75 | $ 15,000.00 | 100% | $ 15,000.00 |
| REMOVE HVAC EQUIPMENT FROM ROOF | 1 | LS | $ 5,000.00 | $ 5,000.00 | 100% | $ 5,000.00 |
| DEMO INTERIOR WALLS | 1 | LS | $ 35,000.00 | $ 35,000.00 | 100% | $ 35,000.00 |
| REMOVE ROOFING AREA | 42000 | SF | $ 1.45 | $ 60,900.00 | 100% | $ 60,900.00 |
| REMOVE EXTERIOR WINDOW GUARDS | 1 | LS | $ 2,500.00 | $ 2,313.80 | 100% | $ 2,313.80 |
| REMOVE FENCE | 1 | LS | $ 1,500.00 | $ 1,500.00 | 100% | $ 1,500.00 |
| TOTAL CONTRACT PRICE | | | | $ 198,415.00 | | $ 198,415.00 |

# TENTATIVE SCHEDULE
# DEA LAB NATIONAL CITY
# CLAUSS CONSTRUCTION

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | NOTIFICATION TO APCD | 10 days | Mon 6/9/03 | Fri 6/20/03 |
| 2 | **MOBILIZATION** | **38 days** | **Mon 6/23/03** | **Wed 8/13/03** |
| 3 | **ASBESTOS ABATEMENT** | **5 days** | **Mon 6/23/03** | **Fri 6/27/03** |
| 4 | SET FOR ASBESTOS ABATEMENT | 5 days | Mon 6/23/03 | Fri 6/27/03 |
| 5 | REMOVE SPRAY ON CEILING | 18 days | Mon 6/30/03 | Wed 7/23/03 |
| 6 | REMOVE AND WIPE DOWN INTERIOR CEILING PANELS | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 7 | REMOVE ASBESTOS ROOF MASTIC | 5 days | Mon 6/30/03 | Fri 7/4/03 |
| 8 | REMOVE ASBESTOS CONTAINING FLOOR TILE | 5 days | Tue 8/5/03 | Mon 8/11/03 |
| 9 | REMOVE ROOFING SYSTEM | 6 days | Mon 7/7/03 | Mon 7/14/03 |
| 10 | **HAZ- MAT REMOVAL** | **37 days** | **Tue 6/24/03** | **Wed 8/13/03** |
| 11 | REMOVE LIGHT TUBES | 4 days | Tue 6/24/03 | Fri 6/27/03 |
| 12 | REMOVE PCB CONTAINING BALLASTS | 4 days | Tue 6/24/03 | Fri 6/27/03 |
| 13 | **DEMOLITION** | **33 days** | **Mon 6/30/03** | **Wed 8/13/03** |
| 14 | REMOVE EXTERIOR WINDOW GUARDS | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 15 | DEMO ROOF EQUIPMENT | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 16 | CUT AND CAP UTILITIES | 3 days | Thu 7/3/03 | Mon 7/7/03 |
| 17 | REMOVE SLATS OR FENCING MATERIALS FOR PERIMETER FENCE | 2 days | Tue 7/8/03 | Wed 7/9/03 |
| 18 | DEMOLISH INTERIOR WALLS | 18 days | Thu 7/10/03 | Mon 8/4/03 |
| 19 | DEMOBILIZE | 2 days | Tue 8/12/03 | Wed 8/13/03 |




| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project: 6-9-03<br>Date: Wed 6/18/03 | Task | | Summary | | Rolled Up Progress | | Group By Summary |
| | Critical Task | | Rolled Up Task | | Split | | |
| | Progress | | Rolled Up Critical Task | | External Tasks | | |
| | Milestone | ◆ | Rolled Up Milestone | ◇ | Project Summary | | |





CN002269

# TENTATIVE SCHEDULE
# DEA LAB NATIONAL CITY
# CLAUSS CONSTRUCTION

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | NOTIFICATION TO APCD | 10 days | Mon 6/9/03 | Fri 6/20/03 |
| 2 | **MOBILIZATION** | **38 days** | **Mon 6/23/03** | **Wed 8/13/03** |
| 3 | **ASBESTOS ABATEMENT** | **5 days** | **Mon 6/23/03** | **Fri 6/27/03** |
| 4 | SET FOR ASBESTOS ABATEMENT | 5 days | Mon 6/23/03 | Fri 6/27/03 |
| 5 | REMOVE SPRAY ON CEILING | 18 days | Mon 6/30/03 | Wed 7/23/03 |
| 6 | REMOVE AND WIPE DOWN INTERIOR CEILING PANELS | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 7 | REMOVE ASBESTOS ROOF MASTIC | 5 days | Mon 6/30/03 | Fri 7/4/03 |
| 8 | REMOVE ASBESTOS CONTAINING FLOOR TILE | 5 days | Tue 8/5/03 | Mon 8/11/03 |
| 9 | REMOVE ROOFING SYSTEM | 6 days | Mon 7/7/03 | Mon 7/14/03 |
| 10 | **HAZ- MAT REMOVAL** | **37 days** | **Tue 6/24/03** | **Wed 8/13/03** |
| 11 | REMOVE LIGHT TUBES | 4 days | Tue 6/24/03 | Fri 6/27/03 |
| 12 | REMOVE PCB CONTAINING BALLASTS | 4 days | Tue 6/24/03 | Fri 6/27/03 |
| 13 | **DEMOLITION** | **33 days** | **Mon 6/30/03** | **Wed 8/13/03** |
| 14 | REMOVE EXTERIOR WINDOW GUARDS | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 15 | DEMO ROOF EQUIPMENT | 3 days | Mon 6/30/03 | Wed 7/2/03 |
| 16 | CUT AND CAP UTILITIES | 3 days | Thu 7/3/03 | Mon 7/7/03 |
| 17 | REMOVE SLATS OR FENCING MATERIALS FOR PERIMETER FENCE | 2 days | Tue 7/8/03 | Wed 7/9/03 |
| 18 | DEMOLISH INTERIOR WALLS | 18 days | Thu 7/10/03 | Mon 8/4/03 |
| 19 | DEMOBILIZE | 2 days | Tue 8/12/03 | Wed 8/13/03 |




Project: 6-9-03
Date: Wed 6/18/03

Task — Critical Task — Progress — Milestone — Summary — Rolled Up Task — Rolled Up Critical Task — Rolled Up Milestone — Rolled Up Progress — Split — External Tasks — Project Summary — Group By Summary





CN002270

GSA

GSA Pacific Rim Region

November 10, 2004

Mr. Richard S. Bayer
Law Office of Richard S. Bayer
1150 Silverado Street, Suite 116
La Jolla, CA 92037

Dear Mr. Bayer,

This letter is the contracting officer's final decision on Collins National's ("Collins") October 31, 2003 claim against the General Services Administration ("GSA"). The claim was broken down into four categories. Each category is discussed separately below.

Category 1: Holdover Rent for Continued Occupancy

The lease expired on April 30, 2003, and the Government returned the keys to the Lessor on May 30, 2003. By virtue of the Government returning the keys to the Lessor thirty (30) days late, the Government is responsible to pay Collins the sum of one months rent in the amount of $78,865.00.

Category 2: Holdover rent for the Period of Decommissioning

You have claimed $228,708 in holdover rent for the time it took you to demolish the improvements in the premises. This claim is based on your assertion that the demolition was a reasonable way to achieve the removal of hazardous materials that you claim the Government is responsible for. However, for reasons discussed in more detail below under Category 3 and Category 4, it is the contracting officer's determination that you have not established the presence of drug residue throughout the premises and you have not established the Government's responsibility for asbestos abatement. Furthermore, even if the Government were responsible for removal of drug residue or asbestos, you have not established that the demolition actually took longer as a result of such contamination. There is also no proof that any work that had to be done as a result of any contamination interfered with the re-use of the space, or caused the lessor to lose rent. Therefore, this part of the claim is denied.

Category 3: Costs of Removing Asbestos from the Building

U.S. General Services Administration
401 West 'A' Street, Suite 2075
San Diego, CA 92101
www.gsa.gov

GSA



You have claimed $104,501 for the cost of removing Asbestos from the building. For the following reasons, this portion of the claim is denied:

GSA issued Solicitation For Offers ("SFO") No. GS-09B-74817 to satisfy its requirement for space. Collins, of its own accord, chose to construct and offer a facility meeting the requirements of the SFO. GSA is not responsible for what Collins did with its own building.

Additionally, the documents you submitted with the claim show that, in addition to the vinyl asbestos tile called for in the SFO, Collins chose to employ asbestos containing materials (ACM's) throughout the facility on its own accord. In the report dated January 30, 2003, entitled "Pre-renovation Demolition Survey of the Former DEA Facility", prepared by URS Corporation for Collins ("URS Report"), there is a summary of asbestos sampling results on page 3.2. This summary shows that ACM's were found in the flooring mastic, roofing mastic, spray on ceiling material, and building joint putty. The SFO does not specify asbestos in any of these applications. Collins would have had to conduct asbestos abatement regardless of the asbestos in the floor tiles.

<u>Category 4: Costs of Demolishing Those Portions of the Structure Contaminated with Controlled Substances</u>

You have claimed $132,593.80 for the cost of demolishing improvements contaminated with drug residue. For the following reasons, this portion the claim is denied:

The facility was built by Collins, and leased to the GSA for use by the Drug Enforcement Administration ("DEA") as a facility to handle a variety of different drugs and chemicals. Collins knew the intended use of the building at the time they chose to submit an offer to satisfy the Governments requirement.

Collins makes the assertion that drug residue was pervasive throughout the space and permeated the walls. However, the evidence you have submitted does not support this assertion. On page 3.4 of the URS Report, it states that four wipe samples were taken within the facility. One was taken from a shelf in a storage vault, one was from a countertop in a laboratory and two were taken from unspecified ventilation ducting. At the time that these samples were taken, the facility was fully operational, and occupied by the DEA. The samples do not establish that drug residue was prevalent outside of the labs and drug storage areas. Since you have not provided information on the location of the ventilation wipes, it is impossible for us to tell whether these wipes involved laboratory



U.S. General Services Administration
401 West 'A' Street, Suite 2075
San Diego, CA 92101
www.gsa.gov

GSA

GSA Pacific Rim Region

fume vents or other ventilation ducts in the premises.[1] By virtue of the fact that the labs and drug storage areas were in full operation at the time of the wipes, it is not surprising that drug residue would be present in the lab and drug storage area. DEA personnel conducted a cleanup of the lab and storage areas subsequent to those wipe tests. We have also not seen any tests that support the assertion that the drug residue permeated the walls.

Even if drug residue was present in the space at the termination of the lease, Collins has not proven that it suffered any loss as a result. GSA believes that Collins intended to demolish the improvements in the building regardless of the presence of hazardous materials. The laboratory was originally constructed in 1976 and was used by the DEA for 27 years. It is unlikely that the existing antiquated improvements would have been suitable for continued use by another tenant. Materials that you submitted to GSA indicate that removal of controlled substances is not required prior to demolition.[2] Even if hazardous substances for which the Government was responsible were present in the premises, you have not submitted any evidence that would allow the determination of how much such materials increased Collin's costs or that they decreased the value of the property.

This is the final decision of the Contracting Officer. You may appeal this decision to the General Services Board of Contract Appeals, which is located at 18th and "F" Streets in Washington, D.C. 20405. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the General Services Board of Contract Appeals and provide a copy to the Contracting Officer from whose decision the appeal is taken. The notice must (i) indicate that an appeal is intended, (ii) reference this decision, (iv) identify the contract by number, (v) describe the nature of the dispute and the relief sought, (vi) specify the contract provisions involved (vii) include any other additional information or comments relating to the dispute considered important and (viii) be signed personally by the appellant, an officer of the appellant corporation, a member of appellant firm or appellant's duly authorized representative or attorney. If you appeal to the General Services Board of Contract Appeals, you may, solely at your election, proceed under the Board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the General Services Board of Contract Appeals, you may bring an action

[1] GSA records show that the City of National City Building and Housing Department cited the lessor in 1981 for violation of the 1979 Uniform Mechanical Code §1204(D). The citation indicated that air intakes were in close proximity to exhaust systems, resulting in a risk of fumes being mixed in with fresh air intake. If drug residue was present in ventilation ducts other than laboratory exhausts, faulty construction is likely to be the cause.

[2] Exhibit 3 of the supplemental materials you submitted includes, in section 02083, the statement: "Current Federal and state regulations do not require the removal of controlled substances prior to the renovation/demolition of building."

U.S. General Services Administration
401 West A Street, Suite 2075
San Diego, CA 92101
www.gsa.gov

GSA

GSA Pacific Rim Region

directly in the United States Court of Federal Claims (except as provided in the Contract Disputes of 1978, 41 U.S.C. 603, regarding Maritime contracts) within 12 months of the date you receive this decision.

Sincerely,

Darryl S. Smith
Contracting Officer
Public Building Service



U.S. General Services Administration
401 West 'A' Street, Suite 2075
San Diego, CA 92101
www.gsa.gov