IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF RONALD A. MILLER**

State of California }
} ss.
County of San Diego }

I, Ronald A. Miller, having first been duly sworn, state and declare under oath as follows:

1. I am an employee of URS Corporation, located at 2020 East First Street, Suite 400, Santa Ana, California.

2. I am a Certified Asbestos Consultant in the State of California, number 92-0470.

3. I am a registered Environmental Assessor with the State of California, registration number 1-01664/EXP 06-05 and a trained Industrial Hygenist. My Curriculum Vitae is attached as Exhibit 1.

4. I assisted in the preparation of a Pre-Renovation/Demolition Survey for Collins Development Company for the building occupied by the Drug Enforcement Agency, located at 402 West 35th Street, National City, California (the "DEA Building") in

December, 2002, and the report that was prepared on January 30, 2003, as well as the Survey Report for the DEA Laboratory Decommissioning dated March 20, 2003.

5. I personally conducted the hazardous material survey on December 7, 2002 in the DEA Building. I conducted wipe samples as detailed on page 3-4 of the January 30, 2003 report and found that each sample tested positive for controlled substances (illegal drugs, including cocaine, heroin, phencyclidine and methamphetamine). These tests indicated to me that "the settled dust throughout the facility and dust located in the ventilation system" contained "detectable levels of drugs."

6. The fact that settled dust contained illegal drugs in the building meant that the drug residue needed to be removed before a subsequent user could make appropriate use of the building. It also meant that the drug residue would settle in the asbestos-containing "popcorn" ceiling treatment and the other porous, friable asbestos located in the building.

7. The standard way of addressing drug residue on non-porous surfaces would be to wipe the surface clean with a disinfectant and surfactant, using standard precautions to insure that the cleaning technician did not come in contact with the drugs. However, where the 30 year history of the building indicated that the drug residue had settled into asbestos-containing popcorn ceiling material and other friable asbestos throughout the building, wiping down the surface would release friable asbestos into the air, endangering any further occupant of the building.

8. The least expensive and safest method of dealing with drug contaminated asbestos containing material was to remove it with normal asbestos protective systems in place.

9. Collins National instructed us to prepare bidding documents for removal of asbestos containing materials and hazardous materials. I prepared a report entitled "Hazardous Materials Abatements Specifications for the Former DEA Facility, National City, California" and circulated it to prospective bidders on or about February 3, 2003.

10. In my years of practice as a Certified Asbestos Consultant, I have personal experience that use of "popcorn" ceiling material containing asbestos, spray on insulation containing asbestos, vinyl asbestos tile and asbestos containing mastic were standard construction procedures in 1974 and 1975 when this building was built.

11. Concerns over the use of asbestos in buildings did not materialize until the 1980s. The passage of the Asbestos Hazard Emergency Response Act ("AHERA") in 1986 was, to my knowledge, the first federal law limiting the use of asbestos and requiring remediation or abatement of certain asbestos products installed in schools. Regulations as to other commercial and residential buildings followed.

By: [signature]
Ronald A. Miller

Subscribed and sworn to (or affirmed) before me on this 24th day of April, 2006, by Ronald A. Miller, ~~personally known to me~~/proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AMY JOHNSGARD
Commission # 1607779
Notary Public - California
San Diego County
My Comm. Expires Sep 19, 2009

Place Notary Seal Above

[signature]
Signature of Notary Public