# RONALD A. MILLER, REA

Industrial Hygienist

| | |
|---|---|
| **Area of Expertise** | Health and Safety, Industrial Hygiene, and Environmental Planning |
| **Years of Experience** | |
| URS | 18 |
| Other Firms | 1 |
| **Education** | MS/1985/Industrial Hygiene/University of Southern California<br>BS/1981/Aviation Management/Southern Illinois University |
| **Registration/Certification** | Registered Environmental Assessor/California/1-01664/EXP 06-05<br>Certified Asbestos Consultant/California/92-0470<br>1991/Asbestos Control/Nevada<br>1993/Certified Radon Tester/California<br>40-Hour Hazardous Waste Training<br>8-Hour Managers Hazardous Waste Training<br>40-Hour Lead-Based Paint Abatement Supervision and Monitoring Training<br>16-Hour Risk Assessment Protocol for Lead Contamination Training |
| **Overview** | Mr. Miller has over 18 years of experience managing health and safety programs in consulting and government services. As an industrial hygienist, Mr. Miller provides technical and project management in industrial hygiene, asbestos, radiation, explosives, and safety management for government agencies and industrial facilities. |

**Project Experience**

***Health and Safety Programs***

As part of a five-year on-call contract for the Los Angeles Department of Public Works, managed all health and safety issues as needed, including providing all 40-Hour Hazardous Waste Operations (HAZWOPER) and 8-Hour HAZWOPER Refresher training. Provided training on monitoring instruments, such as photoionization detectors, organic vapor analyzers, portable pH, EC, turbidity and temperature meters, and portable gas detectors. Provided indoor air quality monitoring and lead based paint and asbestos inspections, as needed. Acted as Site Health and Safety Officer for the Department on various projects, including the seawater intrusion barriers' injection wells projects.

Managed and participated in over 8 projects for Bayer Corporation, Baxter Corporation, Pfizer, and Amgen involving the decontamination and testing at former medical/pharmaceutical facilities/laboratories. The decontamination consisted of testing and identification of hazardous materials and the development of health and safety procedures for workers performing the decontamination of the interior and ventilation system in the buildings/laboratories. In addition it was necessary to develop a final clearance testing procedure to verify the removal of Human Immunodeficiency virus (HIV) and Bovine Spongiform Encephalopathy (BSE).

Managed on-call task orders for San Diego Unified School District. Provided on-site observation and investigation during demolition or renovation act ivies with regards to lead-based paint, asbestos and mold. Monitored sites when suspected hazardous materials were found in soil. Investigated and provided remediation plans for mercury light switches and PCBs.

Site Safety Officer on unexploded ordnance excavation and soil segregation for the Scripps Ranch Middle School site preparation for the San Diego Unified School District. Provided health and safety/emergency response oversight of ordnance excavation activities in southern California.

Site Safety Officer on base closure projects for the Army Corps of Engineers. Provided oversight of demolition activities on three bases in northern California.

Managed and implemented Health and Safety programs for Aircraft Maintenance Departments. Health and Safety Programs consisted of written programs, confined space entry, respirator program and hazard communication, performing audits, and safety inspections for maintenance departments fire protection, slip, trip, fall, forklift, warehouse, and housekeeping.

Managed and participated in over 10 Health and Safety audits of manufacturing facilities. Audits consisted of OSHA checklist for fire protection, slip, trip, fall, written programs, warehouse storage, and forklift safety.

Health and Safety Officer for hazardous materials investigations along segments of two major transportation projects. The west end of the Century Freeway project, and the Red-Line investigation of the Metro-Rail project. Project activities included geotechnical hazardous materials investigation, site audits, selection of personnel protective equipment, and training of site personnel. Chemical exposure was monitored during excavation and drilling activities within contaminated areas.

Senior Site Safety Officer for Busway Project, downtown Los Angeles, California. Project activities included geotechnical hazardous waste investigations, site safety management, and industrial hygiene, training of construction workers, selection and supply of protective equipment. Chemical exposures were monitored during excavation and construction within contaminated areas during the initial construction of the roadway.

Monitored worker health and safety during a Remedial Investigation/Feasibility Study (RI/FS) at the Del Amo Landfill State Superfund site in Torrance, which involved fieldwork at Level B protection.

Participated in the development of Interim Remedial Measures for an EPA Superfund site in southern California. Responsible for air quality monitoring during the construction of a major buttress, which was designed to remediate unstable slopes that threatened nearby neighborhoods.

Developed, implemented, and managed industrial hygiene surveys for cyanide, chromiz acid, benzene, formaldehyde, radon, radiation, asbestos, and lead. Performed required hazard monitoring, maintained personal exposure records, and selected personnel protective equipment.

Developed and implemented hazard communication program, injury illness prevention program, and hazardous material business plans for manufacturing facilities and public agencies.

Managed manufacturing facility audits involving development of hazardous materials business plans for several aviation/manufacturing facilities of fortune 500 companies developed to meet the requirements of Assembly Bills 2185 and 2187, which provide comprehensive mandated programs for emergency response planning.

Managed and participated in over 30 indoor air quality assessments. Project activities included air monitoring for area and personal exposure to hazardous biological and chemical substances, review ventilation system efficiency, and conducted employee interviews.

Principal analyst for hazardous material public health and safety portion of the OTI Ranch environmental planning investigation, and the Burbank Airport expansion.

***Asbestos, Radon, Lead-Based Paint Survey/Assessment***

Project manager of three large-scale asbestos assessment/abatement projects for a major American airline carrier. The project involved asbestos survey, sampling, and analysis of asbestos-containing materials, and providing asbestos abatement design recommendations of two aircraft hangars; one located in the Los Angeles International Airport, and the other in the San Francisco International Airport. In addition, a baggage handling area at the Port of San Diego Airport was abated of asbestos for renovation.

Project manager of two large-scale asbestos assessment projects for two major movie production studios. Projects involved an asbestos survey of over 250 buildings, sampling and analysis of asbestos-containing material, and providing asbestos abatement design recommendations.

Managed Health and Safety Training - developed and implemented asbestos training programs for workers at manufacturing facilities, service companies, and federal, state, and local agencies. Evaluated asbestos management practices and handling procedures. Worker training programs were developed to allow company or agency to comply with federal and state asbestos regulations.

Managed and participated in over 820 asbestos environmental site assessments. Projects involved asbestos survey of buildings, sampling and analysis of asbestos-containing materials, and providing reports with findings, conclusions, and recommendations.

Managed and participated in over 80 asbestos abatement projects. Projects involved the abatement of asbestos prior to demolition, or renovation. One asbestos abatement involved the limited removal of asbestos from the structural steel of four-story aircraft hangar in San Francisco that required inspection after receiving earthquake damage.

Conducted several preliminary radon surveys for hospitals, industrial manufacturing buildings.

Conducted a lead based paint survey for approximately 100 residential units for the Metropolitan Water District regarding the Eastside Reservoir. The lead base paint survey included; sampling, testing, report preparation, and risk assessment development.

Conducted a lead based paint survey for a private residence undergoing conversion to a day care center for the Los Angeles Metropolitan Transportation Authority. The lead based paint survey consisted of sampling, testing, cost estimating for abatement and report generation.

Performed a lead based paint survey for the Los Angeles County Rancho Los Amigos Hospital prior to building demolition. The lead based paint survey

included; sampling, testing, cost estimating, and lead base paint removal specifications.

Conducted a lead based paint air monitoring services for a high-rise medical building during seismic repair. The survey included bulk sampling, wipe sampling, worker exposure monitoring, and report preparation.

Project manager of two large-scale asbestos assessment projects for two major movie production studios. Projects involved an asbestos survey of over 250 buildings, sampling and analysis of asbestos-containing material, and providing asbestos abatement design recommendations.

Managed Health and Safety Training - developed and implemented asbestos training programs for workers at manufacturing facilities, service companies, and federal, state, and local agencies. Evaluated asbestos management practices and handling procedures. Worker training programs were developed to allow company or agency to comply with federal and state asbestos regulations.

Managed and participated in over 820 asbestos environmental site assessments. Projects involved asbestos survey of buildings, sampling and analysis of asbestos-containing materials, and providing reports with findings, conclusions, and recommendations.

In addition to highlighted project experience, Mr. Miller has a B.S. in aviation management, and he has extensive military experience involving aviation safety, ordnance safety and infantry tactics. Mr. Miller's project experience includes preparing a health and safety plan for an aerospace manufacturer in Torrance, California, where he coordinated worker and area air monitoring during the removal of chromium collection pit.

**Professional Societies**

American Society of Safety Engineers
The Society of American Military Engineers

General Services Administration, Region 9
Desert Service Center (9PDE)
401 West A Street, Suite 2075
San Diego, CA 92101-8843

GSA

July 29, 2002

VIA FAX
858.259.5694

Mr. Steven G. Hollenbeck
Vice President
Asset Management Group
11750 Sorrento Valley Road
San Diego, CA 92121-1085

Re: Decommission of GSA Lease No. LCA86764
402 West 35th Street, National City, CA

Dear Mr. Hollenbeck:

Enclosed please find the scope of work for the decommission of the DEA's laboratory in National City, CA. The following company has been cleared by DEA to perform cleanups:

ONYX Environmental Services, they have two offices

1. 5202 Oceanus Drive
   Huntington Beach, CA
   714-379-6000, fax 714-899-9384

2. 107 South Motor Avenue
   Azusa, CA
   626-815-2209, fax 626-812-9001

Please note that their contract expires with DEA on September 30, 2002, and therefore, it is imperative that you provide your cost proposal to the GSA to decommission the laboratory in National City before September 1, 2002.

Thank you again for your continuous cooperation. Should you need any additional information, please contact me anytime Monday through Friday from 7:30 AM to 3:30 PM at (619) 557-6892, FAX (619) 557-5018 or email Maria.Dent@gsa.gov.

Sincerely,

Maria Dent

Maria Dent
Contracting Officer
Real Estate Service Branch
Public Buildings Service

Enclosure

Jenalyn H. Keodara
08/26/02 02:41 PM

To: mrogers@onyxes.com@GSAEXTERNAL
cc: Tina L. Grover/9PDE/R09/GSA/GOV@GSA, Ray S. Bennett/9PDS/R09/GSA/GOV@GSA
Subject: Re: DEA SW Labs

Mark,

Thanks for the email. I apologize, but I will not be available tomorrow. However, I have spoken to Chris and requested that you guys contact Bill at the Lab so that he can provide all the information you will need for an estimate. I've also requested that the estimate be faxed to me asap. Thank you and please let me know if you have any questions.

Jenalyn Keodara
mrogers@onyxes.com

mrogers@onyxes.com
08/26/02 09:02 AM

To: jenalyn.keodara@gsa.gov, cmoawad@onyxes.com
cc:
Subject: DEA SW Labs

Hello, Jenalyn!

We will be inspecting the DEA SW Labs tomorrow at 9am to determine costs
for asbestos abatement following their relocation.
If the date and time are convenient, please join us as we work to provide a
cost estimate for chemical relocation as well.
If you have any questions, please call Chris Moawad at 714.379.6011.
Thank you for your assistance on this project.

Mark Rogers
Account Manager
Onyx Environmental Services

************************************************************************
Privileged/Confidential Information may be contained in this message.
If you are not the addressee indicated in this message (or responsible
for delivery of the message to such person), please do not copy or
deliver this message to anyone. Rather, we would ask that you (1)
please notify the sender by replying to this transmission and
(2) please delete this message and any copy of it (in any form)
without disclosing it.
************************************************************************

Taking the Lead

U.S. GENERAL SERVICES ADMINISTRATION
Desert Service Center (9PDE)
401 West "A" St., Suite 2075
San Diego, CA 92101-8843
Phone (619) 557-5553
Fax (619) 557-5018

| | | | |
|---|---|---|---|
| To: | Vicky Monaco | From: | Tina Lockwood Grover |
| Fax: | (858) 713-1305 | Date: | August 28, 2002 |
| Phone: | (858) 481-7727 ext 235 | Pages: | 1 including cover page |
| Re: | Decommissioning DEA Lab | cc: | Jenalyn Keodara |

☐ Urgent ☐ Please Rush ☐ Please Comment ☐ Please Reply ☐ Please call

☐ As Requested ☐ Per Conversation ☐ Necessary Action ☐ For your Records

☐ Other ________________

**Comments:**

Hello Vicky,

Regarding the decommissioning of the existing DEA lab, when the contractor has the cost proposals ready to go, please forward copies to:

General Services Administration
Ms. Jenalyn Keodara
Property Manager
880 Front Street, Suite 4236
San Diego, CA 92101
(619) 557-5003
(619) 557-6430 fax

General Services Administration
Ms. Tina Lockwood Grover
Contracting Officer
401 West "A" Street, Suite 2075
San Diego, CA 92101-7935
(619) 557-5467
(619) 557-2928 fax

Jenalyn's office will be evaluating the proposals, monitoring the project, and processing the final payment. I will be issuing the Supplemental Lease Agreement to Collins National who will actually be contracting directly with the vendor. Upon completion of the work and acceptance by the Government, the Government will make a lump sum payment to Collins National for the amount agreed upon.

Please let me know if you have any questions. We would like to finalize the agreement in the near future.

Regards,
Tina Grover

Fax Fax Fax Fax Fax Fax Fax

To: <mtrevelino@hotmail.com>
Cc: <jenalyn.keodara@gsa.gov>
Sent: Tuesday, November 05, 2002 8:12 PM
Subject: Decommissioning at existing DEA lab

> Mike,
> A few issues have come up regarding the decommissioning at the existing
> National City lab in regards to testing the space and an exact scope of
> work required for this facility. I recently spoke with John Patrick with
> the DEA and he explained that for the other lab decommissionings that he
> was involved with there was a separate scope of work developed for each
> location after testing by the Department of Health and Human Services. I
> explained to him that for National City we had a copy of the original
> Mid-Atlantic scope of work but that we needed to know if the same scope of
> work applied. John Patrick stated that parts of the scope of work apply
> and others do not and that the scope of work was amended twice after it
was
> issued for Mid-Atlantic.
>
> We need input from you as to whether you want us to proceed with the
> Mid-Atlantic scope of work or if DEA is going to provide a scope of work
> specific for National City. Also, what testing is required and is DEA
> going to contract with DHHS? Alternatively, the Lessor has proposed
> bringing in a contractor and then splitting the cost of testing with the
> Government so that both parties are not paying for duplicate testing. I
> have some concerns with that strategy but it may be possible to work out
an
> agreement. The Lessor is anxious to get the testing and scope of work
> issues settled so they can request final bids and schedule the work.
>
> Please give either myself at (619) 557-5467 or Jenalyn Keodara in GSA's
> Field Office a call at (619) 557-5003 to discuss these issues.
>
> Thanks,
>
> Tina Grover
> (619) 557-5467
>

(619) 557-5467 office
(619) 557-2928 fax
(619) 540-9446 cell

----- Forwarded by Tina L. Grover/9PDE/R09/GSA/GOV on 12/04/02 02:18 PM -----



"Michael Trevelino" <mtrevelino@hotmail.com>
11/12/02 06:03 AM

To: tina.grover@gsa.gov
cc: jenalyn.keodara@gsa.gov
Subject: Re: Decommissioning at existing DEA lab

Tina,
Please see John Patrick's response below. I do not want to "split" costs with the building manager as the building can be loaded with asbestos that he will need to clean up.
Mike.....

Mike,

What I said is that the Scope of Work should be developed to address specific conditions found in the lab at SFL8 (San Diego Lab). Therefore the Mid-Atlantic (SFL3) SOW may or may not address the work required at SFL8. As you know, at the old SFL3, we did a room by room walk through with GSA, DEA Facilities, DEA Lab Director, the building owners representative, and myself. We discussed what each area had been used for and what was needed from ceiling to floor to decommission the area. Lab folks spoke to historical knowledge of spills and releases. We resolved issues with the building owner concerning repairs resulting from destructive cleaning (i.e. flooring damaged and removed, drains removed, walls damaged by removing asbestos from hoods (these things can have a great impact on the SOW). Everyone's expectations were out and on the table at the same time.

It seems to me that SFL3 and SFL8 have some common issues but not all. It should also not be forgotten that local regulatory agencies may have some say that will affect the SOW. California has quite a reputation as an environmental safety alligator in this regard. The Mid-Atlantic SOW is an "east coast" SOW.

Determining just exactly what needs to be done in a given room requires an assessment of that room. Using someone else's SOW could omit important work requirements. (May be, or may be not.) A poorly written or incomplete SOW can present problems down the line. Ultimately the liability for determining what will have to be done and, what was done, lies with the generator of record (U.S. Government).

I recommend:

1) Perform an assessment of the facility and prepare a written document identifying what the facility was used for and what hazards are potentially present.

2) Perform a risk analysis and prepare a written document identifying what issues need to be addressed from an environmental, safety, or facility contamination standpoint and which do not.

3) Develop a room/by room, lab/by lab, area/by area (there is no set requirement) written list of decommissioning activities. i.e. Lab#XX -

remove fume hood, remove (and replace?) stained tile flooring in north corner, wipe and clean countertops and shelves, remove(replace?) sink traps, remove coolant from refrigerator. etc.

4) Develop a SOW from that list. (Get a good estimate)

5) In terms of testing I use the U.S. Public Health Service (USPHS) not DHHS. Testing serves only two purposes it tells what is there and how much. What is there, tells you what kind of cleaning you will have to do. We know that controlled substances and asbestos (in the hoods) are there. So pre-decommissioning sampling would be a waste of money for those two. (water, bleach and soap for the working surfaces, shelving and floor surfaces) (asbestos removal is locally regulated in California I believe). That leaves chemical residuals. Old spill sites within the laboratory, and storage areas may be candidates for testing. In Virginia we just tear them up and send them to the approved land fill). This is determined in step #2 above and addressed in step three above. DEA laboratories are essentially large organic labs. Many of the chemicals used are volatile. (No testing needed here, they evaporate and go away) As funny as it may sound inorganic or persistent materials are concerns. Typically compounds of Mercury, Chromium, Barium, PCB's from immersion oils, and localized crystallized or spilled chemicals (usually under counters, equipment, and in out of the way corners. They can be the most tedious concern. We have issues rising back up at the Chantilly facility and we left that lab over six months ago. I think those will go away when we explain the difference between a thousandth of a gram of residual and one third of a millionth of a gram of residual. People frequently don't understand what these processes are intended to do, and what's actually required. That's why I feel that a good specific SOW developed on site by the parties is the only way to go. There will always be someone that says the process doesn't go far enough or that it goes to far. The key is identifying the specific tasks that must be accomplished. Why? Because that's what will keep everyone on good terms with the regulatory agencies.

Once again this can almost always be determined or ruled out in step #2. Mr. Phillips and staff will be able to identify 99.9% of anything found hiding in the lab. Once these materials are identified the correct cleaning measure can be easily found. Acids and bases get pH adjusted, solids get collected, liquids get absorbed. It all ends up as some kind of waste or discharge.

6) When the cleaning is done the contract holder and/or generator of record will want to determine and document how effective the decommissioning was. Testing should be done for the things identified as problems in step #2, throw in some wipe samples for controlled substances, maybe one or two wipes if asbestos release is a concerned (may be a requirement in California) and you are done. I don't recommend letting the folks doing the cleaning do the sampling. (It's a check and control thing.) Besides isn't this the same building owner that tested the building for asbestos and produced negative lab results and we followed behind and found friable asbestos? That ended up in an asbestos clean-up project as I remember.

GSA has an Inter-Agency Agreement with USPHS for testing, they use the same IH's to collect samples that we do. Don't forget to consider future indoor air quality as a decommissioning issue. The facilities ventilation system should evaluated for potential residuals and that evaluation should be documented somewhere. 99% of the post decommission complaints and inquiries will speak about

----- Original Message -----
From: <tina.grover@gsa.gov>

GSA

Tina L. Grover
12/19/02 12:07 PM

To: Ando Merendi/9PMS/R09/GSA/GOV@GSA, Jenalyn H. Keodara/9PDS/R09/GSA/GOV@GSA, hburnett@cts.net
cc: Darryl S. Smith/9PDE/R09/GSA/GOV@GSA
Subject: Re: Decommissioning at existing DEA lab

Ando,
Please see the message below from DEA. The lab is at 402 West 35th street in National City. We'd like to have the Public Health Service do an inspection and/or testing as soon as possible. We know that there is asbestos and other environmental concerns in the building which are the Lessor's responsibility. GSA/DEA are only concerned with identifying those actions needed to decontaminate the space and return it to the Lessor. We need to make sure the Public Health Service understands this when we contract with them.

Jenalyn,
Per Ando, Debbie Bernsdorf (415) 522-3398 is his Contracting Officer that would contract with Public Health Service. Please contact her and get this set up as soon as possible. It would be best if the Public Health Service could attend Ando's walk-through on Jan. 9th. If that date doesn't work for Public Health, you may want to reschedule. Also, you may want to give Ando and Bill's office a copy of the Mid-Atlantic scope of work and Dallas draft scope of work as well as the proposal from Envirosolve showing the remediation actions for the entire building.

Bill,
I'm not sure if Jenalyn has coordinated with you yet regarding this walk through but we're trying to get it scheduled as soon as possible so that we can get the scope of work finalized and schedule the work. In our conversation the other week at the new lab, we discussed your wanting to have the Lessor dispose of the refrigerators in the existing lab. This would involve draining the refrigerants and whatever else would be required. That shouldn't be a problem. Let's make sure to discuss this issue at the walk-through to make sure it gets included.

I will be out of the office starting 12/23 and returning 12/31. Thanks, Tina

*************************************************************************************

Tina Lockwood Grover
GSA Office of Customer Service
Account Manager
401 West "A" Street, Suite 2075
San Diego, CA 92101

(619) 557-5467 office
(619) 557-2928 fax
(619) 540-9446 cell

----- Forwarded by Tina L. Grover/9PDE/R09/GSA/GOV on 12/19/02 10:49 AM -----

GSA

Tina L. Grover
12/04/02 02:23 PM

To: Rebecca L. O'Dell/9PMS/R09/GSA/GOV@GSA
cc: Jenalyn H. Keodara/9PDS/R09/GSA/GOV@GSA
Subject: Re: Decommissioning at existing DEA lab

fyi

*************************************************************************************

Tina Lockwood Grover
GSA Office of Customer Service
Account Manager
401 West "A" Street, Suite 2075
San Diego, CA 92101

GSA

**Danielle L. Bogni**

01/02/03 02:04 PM

To: Tina L. Grover/9P-B/R09/GSA/GOV@GSA
cc: Jenalyn H. Keodara/9PDS/R09/GSA/GOV@GSA, Tina L. Grover/9P-B/R09/GSA/GOV@GSA
Subject: Re: Decommissioning at existing DEA Lab in National City

No, he will walk through the building with us and note the places where he believes further investigation is warranted. If testing is required, that will be done on a separate day.

The Public Health representative is Norman Wright.

Danielle Bogni
Environmental Protection Specialist Intern
Safety and Environmental Branch
(415) 522-3396 Phone
(415) 522-3467 Fax
Danielle.Bogni@gsa.gov

Tina L. Grover

GSA

**Tina L. Grover**

01/02/2003 01:38 PM

To: Danielle L. Bogni/9PMS/R09/GSA/GOV@GSA
cc: Jenalyn H. Keodara/9PDS/R09/GSA/GOV@GSA, Tina L. Grover/9P-B/R09/GSA/GOV@GSA
Subject: Re: Decommissioning at existing DEA Lab in National City

Danielle,
Thank you for the information. That's great that the representative form Public Health will be able to attend the Jan. 9th meeting. Do you know if he plans on doing the actual testing on that day?

Tina

*****************************************************************************

Tina Lockwood Grover
GSA Office of Customer Service
Account Manager
401 West "A" Street, Suite 2075
San Diego, CA 92101

(619) 557-5467 office
(619) 557-2928 fax
(619) 540-9446 cell

Danielle L. Bogni

GSA

**Danielle L. Bogni**

01/02/03 10:31 AM

To: Tina L. Grover/9P-B/R09/GSA/GOV@GSA, Jenalyn H. Keodara/9PDS/R09/GSA/GOV@GSA
cc:
Subject: Decommissioning at existing DEA Lab in National City

Good morning. I work with Ando Merendi in the Safety and Environmental Branch. I wanted to touch base with you and let you know that Norman Wright with Public Health is available to attend the meeting on January 9th. To confirm, the plan is to then meet at the Field Office at 8 AM (on the 9th) and drive to the lab as a group. If the plans have changed, just let me know. Thank you so much and Happy New Year.

Danielle Bogni
Environmental Protection Specialist Intern
Safety and Environmental Branch
(415) 522-3398 Phone
(415) 522-3467 Fax
Danielle.Bogni@gsa.gov

DLA MTG 1/9/03

| Name | Agency | Phone # |
| --- | --- | --- |
| Jeralyn Keccdara | GSA | 619.557.5003 |
| Tina Grover | GSA | 619 557-5467 |
| Danielle Bogni | GSA | 415 522-3396 |
| DARRYL SMITH | GSA | 619-557-5407 |
| ANDO MERENDI | GSA – San Francisco | 415-522-3393 |
| Norman Wright | GSA/USPHS | 415-437-8089 |
| Bill Phillips | DEA | 619 498-0005 |
| David Greenberg | DEA | 619 498 0005 |

1150 Silverado Street, Suite 116
La Jolla, California 92037
(858) 454-1005 FAX: (858) 454-1021
rbayer1@san.rr.com

Law Office of Richard S. Bayer

April 11, 2003

Jenalyn Keodara, Property Manager
Darryl Smith, Contracting Officer
General Services Administration, Region 9
880 Front Street, 1-S-3
San Diego, California 92188

RE: Lease No. GS-09B-86764
402 West 35th Street
National City, California

Dear Ms. Keodara and Mr. Smith,

This letter follows my previous letter of March 14, 2003 and your recent meeting with Victoria Monaco and Joseph Mottola.

The landlord has prepared a preliminary budget based on bids received to date to complete the remediation work necessary to decommission the above property. The preliminary estimates are just that: they will remain subject to change until we can confirm these prices through issued contracts. Please review the enclosed backup for these amounts and let us know your approval or comments as soon as possible so that contracts may be signed and these prices confirmed.

| ITEM | PROVIDER | COST | ATTACHMENT |
|---|---|---|---|
| Contracted decommissioning | Design for Health | $199,183 | enclosed w/other bids |
| Contracted perimeter fence | South Bay Fence | $ 4,943 | enclosed |
| Contracted incinerator pad | | N/A | N/A |
| Planning & Legal | Bayer & Mottola | $ 45,000 | estimate |
| Decomm. survey/report | URS | $ 14,090 | enclosed |
| Contracted project mgmt. 15% of contracted items | AMG/Mottola | $ 30,618 | estimate |
| Decommissioning monitoring Services | URS | *$ 45,550 | enclosed |

| ITEM | PROVIDER | COST | | ATTACHMENT |
|---|---|---|---|---|
| Controlled substance testing | URS | **$ 12,000 | | enclosed |
| Subtotal | | | $351,384 | |
| Contingency/Overhead | 10% | $ 35,138 | | |
| Subtotal | | | $ 35,138 | |
| TOTAL | | | $386,522 | |

* Based on job completion in 30 working days
** if required by GSA

As you requested, we provided a bid package to EnviroSolve. To date, we have received no response to that submittal.

The above decommissioning costs do not include hold-over rent that will accrue until the decommissioning process is finalized and the building returned to the Landlord as we have agreed. We strongly urge you to review the matters in this letter and help us finalize the solution to minimize the amount of holdover rent that will be required at termination.

For your convenience, I have enclosed a copy of my letter of March 14, 2003.

Thank you for your prompt attention to this matter. Please contact me if you have any questions regarding the above.

Very truly yours,

Richard S. Bayer

RSB:db
Enclosures—as noted

cc: Victoria Monaco
Berlinda Bubis
Joseph Mottola