# FACILITY DE-COMMISSIONING
## Drug Enforcement Agency Laboratory

(CA5293ZZ)
402 West 35th Street
National City, California

## BACKGROUND

The Federal facility at 402 West Thirty-fifth Street, National City, California is being de-commissioned. The Drug Enforcement Agency (DEA) has used the facility as a laboratory for the past 17 years. The facility is single story masonry, slab construction. The facility is divided into two main divisions, laboratory and office spaces. The laboratory is on the south end of the building with 16,131 net usable square feet. The usable office area is 18,701 square feet. There is also a concrete pad at the south end of the building added to accommodate an incinerator.

The facility was constructed with the primary function to be a laboratory complex. The ventilation system, to include chemical exhaust hoods was installed as part of the building construction. The incinerator pad is not part of the original construction and will be removed as part of de-commissioning. The purpose of this scope of work is to evaluate and determine what cleanup, if any, is necessary to remove any hazardous materials contamination caused by the government occupancy.

Hazardous materials present prior to the time of occupancy are not the responsible of the government and need not be sampled. Such materials include Thermal System Insulation (TSI) and the under or lowest layer of floor tile and its mastic, known to contain asbestos, light ballast containing PCBs and the possibility of lead base paint used on the chemical exhaust hoods and laboratory furniture. These materials need not be surveyed as part of this evaluation.

**SCOPE:**

Contractor will assess the all areas in the laboratory section of the facility, storage vaults, and a random selection of 5 % of offices spaces and determine which building material in the facility need to be removed or cleaned in order to provide contaminate free facility. Contractor shall issue a report of the assessment within 30 days of completion of analytical laboratory reports of sampling. The report shall include computer-aided design (CAD) drawing indicating sampling locations on floor plans. Contractor shall provide a scope of work (SOW) or specifications for the safe procedure for removal or decontamination for all chemical contaminations found in the facility. The SOW will be accompanied by a cost estimate to complete these services.

The contractor shall evaluate the facility for possible chemical contamination. The assessment shall included a visual inspection of the laboratories, associated hallways, laboratory equipment, chemical exhaust systems, sanitary sewer, various office spaces, vaults and the Heating, Ventilation, and Air Conditioning (HVAC) system to identify potential sources/pathways/materials of contaminants and sampling or analyze for the presence of mercury, metals, asbestos, organic, radiological and drug residue to include phenylcyclohexyl piperidine (PCP), lysergic acid diethylamide (LSD), cocaine, heroine, Methamphetamine, tetrahydrocannabinol, and heroine as necessary.

The chemical exhaust hoods are lined with porous splashboards. The contaminated splashboards are the responsibility of the government. The splashboards appear to be constructed of asbestos like material. While perchloric acid is not currently used in the lab, all chemical exhaust hoods shall be evaluated for its presence. The SOW shall address decontamination of chemical residues. It shall address the

decontamination of hoods and associated ductwork and fans as necessary.

Sewer system shall be assessed for the presence of contaminates in the sinks, floor drains and all associated traps. Sewer should be evaluated for metal and organics. The SOW shall address decontamination of residues as necessary.

Working and walking surfaces, to include drawers and shelving shall be evaluated for the surface contamination. Walls adjacent to surface where splashing has or may have occurred and the exterior side of built-in laboratory furniture shall be evaluated. Sample stratagem should allow for various surfaces in different individual labs. The SOW will address the removal or decontamination of these surfaces as needed.

Contractor shall take drug residue sample from working surface were drug are processed and vaults.

The incinerator pad shall be evaluated for contamination. Contractor's SOW should address the proper disposal of materials when the pad is removed.

Contractor may use a Geiger-Müller counter or like instrument to screen for the presence of radioactive materials.

Contractor will take asbestos samples only where indicated. Samples will not be taken from TSI or floor tile.

Additionally the contactors will sample two transformers located in a storage space/staging location in the office section of the presence of Polychlorinated biphenyl (PCB).

# Chemical Inventory at Time Laboratory Closed 2002

| | | |
|---|---|---|
| (-) Ephedrine Anhydrous | Cyclohexylamine | Ortho-Phosphoric Acid 85% |
| (-) Ephedrine Hydrochloride | d(-)Mandelic Acid | OxalicAcid |
| (-) Menthylchloroformate | d(-)Tartaric Acid | p-(Dimethylamino)-Benzaldehyde |
| (-) Methylephedrine Hydrochloride 99% | Dautirium Oxide | Palladium on activated carbon |
| (-)-N-Methylephedrine | Deutrium Oxide | Palladium(II) chloride |
| (+-) Ephedrine | Diethylamine | Petroleum Ether |
| (+) Ephedrine Hemihydrate | Dimethyl phthalate | Phenolphthalein |
| (+) Phenylpropanolamine | Dimethyl terephthalate | Phenyl Isothiocyanate |
| (+-)-2-Bromo-1-phenylpropane | Dimethyl-3-keloglutarate | Phenylacetaldehyde, 90% |
| (+)-Di-p-toluoyl-L-tartaric; Acid Monohydrate | Dimethyl-d-Sulfoxide | Phenylboronic Acid |
| (1) Phenyl-1-Cyclohaxone | Di-N-Amyl Phthalate | Phenylpropanolamine |
| (1R,2R)-(-)-N-Methyl- -Ephederine | Dioxane | Phosphoric Acid |
| (1R,2S)-(+)-Ephedrine Hydrochloride | Dipentyl Phthalate | Phosphorus, Red, Amorphous |
| (1S,2R)-(+)-N-Methylephedr1ne | Dipicclinic Agid | Phosphorustridide |
| (1S,2S)-(+)-N-Methyl- -Ephederine | Dipropyl phthalate | Phosporic Acid 98% |
| (1S,2S)-(+)-Pseudoephedrine, 98% | di-Sodium Hydrogen Phosphate | Phosporous Acid |
| (IR,2S)-(-)-Ephedrine Hydrochloride | dl-B-Hydroxypheneyhlamine | Phosporous Powder |
| (S)-(-)-sec-Phenethyl alcohol | dl-Phenylalanine | Piperidine |
| 1,1,2-Trichloro-1,1,2-Trifluroethane | dl-Tartaric Acid | Piperonal, 99% |
| 1,2-Propanediol, 99% | Dodecyltrimethyl Ammonium Bromide | Platinic Chloride |
| 1,3-Dinitrobenzene 98% | Ethanol Anhydrous | Polyoxyethylene 23 lauryl ether |
| 1-3,4-Mothylenedioxyphenyl-2-Nitro-1-Propene | Ether | Potassium Bromide |
| 1-Butaneboronic Acid | Ethyl Acetate | Potassium Chloride |
| 1-Butanol | Ethyl Alcohol | Potassium Chunks in Mineral Oil |
| 1-Hexanesulfonic Acid Sodium Salt | Ethylene Dichloride | Potassium Dichromate |
| 1-Phenyl-2-Propanol, 99% | Ethylene Glycol | Potassium Hydroxide |
| 1-Phenyl-2-Propyne-l-ol | Ethylene Glycol Dimethyl Ether | Potassium Iodide |
| 2-(N-cyclohexylamino)ethanesulfonic acid | Europium | Potassium Nitrate |
| 2,4-IDinitrophenyl Hydrazine Hydrochloride | Fast Blue BB Salt | Potassium Nitrite |
| 2-Amino-2-methyl-1-Propanol | Flurarn | Potassium Permanganate |
| 2-Furaldehyde | Formaldehyde Solution | Potassium Phosphate |
| 2-Propanol | Formic Acid | Potassium Sodium Tartrate |
| 3-(cyclohexylamino)-1-Propanesulfonic Acid | Freon 11 | Propiophenone |
| 3-(cyclohexylamino)-2-Hydroxy-1Propanesulfonic Acid | Freon 12 | Pyrazine |
| 3,4-Dihydroxy-3-cyclobutene-1,2,-dione | Glycerin | Pyridine |

DEF000190

| | | |
|---|---|---|
| 3,4-Methylenedioxyphenyl Acetonitrile 99% | Glycerol, Anhydrous | Pyridine GR |
| 3,4-Methylenedioxyphonyle Acetic Acid | Glycyl-L-Asparagine | Pyrrolidine |
| 3,4-Metthylenedioxyphenyl Acetone 79% | Gold Chloride | Quinidine |
| 4-Acetamidophenol | Guaiacol Glyceryl ether | Refrigerant 12 |
| 4-Amino-2,5-diethoxybenzanilide diazonium chloride | Helium | Reinecke Salt |
| 4-Hydroxy-4-phenyl-piperidine 99% | Heptakis (2,6-di-o-methyl) B-Cyclodextrin | Resorcinol |
| 4-Phenylpyidine 99% | Hexacosane | Salicylamide |
| 5-Nirtabarbituric Acid | Hexadecyltrimethylammonium Bromide | Silver Nitrate |
| Acetaldehyde | Hexamethylenetetramine | Sodium 3-trimethyl-silylpropane sulfonate |
| Acetic Acid | Hexane | Sodium Acetate |
| Acetic Acid Glacial | Hexane UV | Sodium bicarbonate |
| Acetic acid, sodium salt | Histamine Dihydrochlorlide | Sodium bisulfite |
| Acetic Anhydride | Hydriodic Acid | Sodium Borohydride |
| Acetone | Hydrobromic Acid | Sodium bromide |
| Acetone-d | Hydrochloric Acid | Sodium Carbonate |
| Acetophenone | Hydrogen, Compressed | Sodium chromate tetrahydrate |
| Acetorlitrile UV | Hydroxypropyl-b-Cyclodextrin | Sodium Cyanide |
| Air, Compressed | Hypophosphorous Acid | Sodium Cyanoborohydide, 95% |
| Alumina | Imidazole | Sodium Hydrogencarbonate |
| Alumina, basic | Iron Metal | Sodium Hydroxide |
| Aluminum Oxide | Isoprcpyl Alcohol | Sodium Iodide |
| Aluminum, Purified | Isopropylamine | Sodium iodide, anhydrous |
| Ammonium bromide, 99% | Isosafrole, 85% | Sodium Lump in Kerosene 99% |
| Ammonium chloride | L(+)Mandelic Acid | Sodium Nitrite |
| Ammonium dihydrogenphosphate | L(+)Tartaric Acid | Sodium Nitroprusside |
| Ammonium hydrogensulfate, 98% | Lauryl Sulfate | Sodium Phosphate |
| Ammonium Hydroxide | Lidocaine | Sodium Phosphate Dibasic |
| Ammonium iodide, 99% | Lithium Aluminum Hydride pellets | Sodium Phosphate Monobasic |
| Ammonium Metavanadate | Lithium carbonate | Sodium Phosphate, Dibasic Anhydrous |
| Ammonium nitrate | Lithium Hydroxide | Sodium Phosphate, Monabasic, |
| Ammonium phospate | Lithium in Mineral Oil | Sodium Phosphate, Tribasic Dodecahydate |
| Ammonium sulfate, 99% | Lithium Phosphate | Sodium sulfate |
| Barium Chloride, Dihydrate | Lithium tartrate | Sodium Sulfate Powder 99% |
| Barium Nitrate | Lithium Tetraborate | Sodium Sulfate, Anhydrous |
| B-Benzopinacolone | Magnesium Metal | Sodium Sulfite Anhydrous |
| Benzaldehyde, 98% | Maleic Acid | Sodium Tetraborate |
| Benzene-d | Malonic Acid | Sodium Thiosulfate |
| Benzenesultonyl Chloride | m-Dinitro benzene | Stannous Chloride |

| | | |
|---|---|---|
| Benzoyl chloride | Mercuric Chloride | Sulfuric Acid |
| Benzyl Alcohol | Mercuric Nitrate | Taurocholic acid |
| B-Methylstyrene, 95% | Methane Sulfonic Acid | Tert-Butyl methyl ether, 97% |
| B-Naphthol | Methaneboronic Acid | Tetra Ethylene Glycol Dimethyl Ether |
| Boileezers | Methanol | Tetracosane |
| Boric Acid | Methyl Benzoate | Tetradecyltrimethyl Ammonium Bromide |
| B-Phenylethylamine Hydrochloride | Methyl Cinnamate | Tetraethylammonium bromide |
| Bromobenzene | Methyl Ethyl Ketone | Tetramethylsilane<br>Tetra-O-Acetyl-B-D-Glucopyranosyl Isothiocyanate |
| Calcium Carbonate | Methylamine | Tetraphenylethylene |
| Calcium Oxide | Molecular Sieves | Tetrapropylammonium bromide |
| Caprylic Acid | Molybdic Acid | Thiamine Hydrochloride |
| Carbon | N,N-Dimethylformamide, 99% | Thionyl Chloride |
| Celite, Filter Agent | N,O-bis-(Trimethylsilyl)acetamide | Tincture Iodine 7% |
| Chloroform | Naphazoline HCl | Toluene |
| Chloroform-d | Napthalene | Triacontane |
| Cholesterol, 95% | N-Benzylmethylamine, 97% | Trichloroacetic Acid |
| Cholesteryl acetate | N-Docosane | Triethanolamine |
| Cholesteryl benzoate | N-Eicosane 99% | Triethanolamine |
| Cholesteryl heptylate | N-Heneicosane, 99% | Trifluoroacetic Acid |
| Cobalt Acetate | Ninhydrin Crystals | tri-Lithium Citrate Tetrahydrate |
| Cobalt thiocyanate | Ninhydrin, Monohydrate | Tris(hydroxymethyl)aminoethane HCl |
| Cobaltous thiocyanate | Nitric Acid | Tryptophan Methyl Ester HCl |
| Congo Red | Nitrogen | Uranyl acetate dihydrate |
| Crystal violet | n-Propyl Alcohol | Vanillin |
| Cupric Sulfate | n-Tetracosane | y-Cyclodextrin |
| Cyanoacrylate | n-Tridecane | y-Hydroxybutyric Acid Lactone |
| Cyclohexane | Oenanthic Acid | |
| Cyclohexanone | | |

**EXPENSES**

| | | |
|---|---|---|
| Labor | | |
| Certified Industrial Hygienist (80 hours) | | $ 7,000.00 |
| Industrial Hygienist (120 hours) | | $ 8,800.00 |
| Administration (10 hours) | | $ 440.00 |
| CAD (40 hours) | | $ 2,650.00 |
| Equipment Rental | | |
| Mercury Vapor Analyzer (one week) | | $ 126.00 |
| Geiger-Müller counter (one week) | | $ 126.00 |
| Concrete Core Drill (one week) | | $ 126.00 |
| Travel (PerDiem/air fare) | | $ 2,000.00 |
| Laboratory Analysis | | |
| Organic | 60 @ $100.00/sample | $ 6,000.00 |
| Asbestos | 15 @ $12.00/sample | $ 180.00 |
| Drugs (six analytes) | 45 @ $ 325.00 | $14,625.00 |
| Cocaine | | |
| Heroine | | |
| LSD | | |
| Methamphetamine | | |
| PCP | | |
| THC | | |
| PCB (2) | 4 @ $ 65.00 | $ 260.00 |
| Perchloric Acids | 10 @ $100.00 | $ 100.00 |
| **Estimated total** | | **$42,433.00** |

DEF00019:

653

Southwest Laboratory

Sheet 1

# Chemical Inventory for 2002

| CHEMICAL NAME | MANUFACTURER | QUANITITY | DATE | LOCATION |
|---|---|---|---|---|
| (-) Menthylchloroformate | Regis Chemical Company | 1 x 25ml | Mar-99 | R East 1 |
| (-) Ephedrine Anhydrous | Sigma Chemical Company | 1 x 100g | Mar-90 | Skinner |
| (-) Ephedrine Hydrochloride | Aldrich Chemical Company | 1 x 25g | May-97 | Skinner |
| (-) Methylephedrine Hydrochloride 99% | Alfa Products | 1 x 50g | Mar-90 | Skinner |
| (-)-N-Methylephedrine | Sigma Chemical Company | 1 x 1g | Jun-88 | R West 2 |
| (+-)-2-Bromo-1-phenylpropane | Aldrich Chemical Company | 1 x 25g | Jul-92 | BR Flam Lkr |
| (+)-Di-p-toluoyl-L-tartaric; Acid Monohydrate | Aldrich Chemical Company | 1 x 25g | May-99 | Chemical Storage |
| (+)-Di-p-toluoyl-L-tartaric Acid Monohydrate | Aldrich Chemical Company | 1 x 25g | May-97 | Chemical Storage |
| (+-) Ephedrine | Sigma Chemical Company | 2 x 100g | Mar-90 | Skinner |
| (+) Ephedrine Hemihydrate | Sigma Chemical Company | 1 x 25g | May-97 | Skinner |
| (+) Ephedrine Hydrochloride | Sigma Chemical Company | 1 x 100g | Mar-90 | Skinner |
| (+) Phenylpropanolamine | Sigma Chemical Company | 1 x 50g | Mar-90 | Skinner |
| (1) Phenyl-1-Cyclohaxone | Pfaltz and Bauer Chemical Company | 1 x 5g | May-94 | Skinner |
| (1R,2R)-(-)-N-Methyl- -Ephederine | Sigma Chemical Company | 1 x 1g | Jun-88 | R West 2 |
| (1R,2S)-(+)-Ephedrine Hydrochloride | Aldrich Chemical Company | 1 x 25g | May-97 | Skinner |
| (1S,2R)-(+)-N-Methylephedr1ne | Sigma Chemical Company | 1 x 1g | Jun-88 | R West 2 |
| (1S,2S)-(+)-N-Methyl- -Ephederine | Sigma Chemical Company | 1 x 1g | Jun-88 | R West 2 |
| (1S,2S)-(+)-Pseudoephedrine, 98% | Aldrich Chemical Company | 1 x 100g | May-00 | Phelan |
| (IR,2S)-(-)-Ephedrine Hydrochloride | Aldrich Chemical Company | 1 x 100g | Apr-95 | Skinner |
| (S)-(-)-sec-Phenethyl alcohol | Aldrich Chemical Company | 1 x 1g | Feb-97 | Chemical Storage |
| (S)-(-)-sec-Phenethyl alcohol | Aldrich Chemical Company | 3 x 1g | May-97 | Phelan |
| 1,1,2-Trichloro-1,1,2-Trifluroethane | Spectrum Chemical Company | 2 x 500ml | Feb-91 | BR Flam Lkr |
| 1,1,2-Trichloro-1,1,2-Trifluroethane | Spectrum Chemical Company | 1 x 500ml | Feb-91 | Flam Lkr West |
| 1,2-Propanediol, 99% | Aldrich Chemical Company | 1 x 100g | Jan-97 | Chemical Storage |
| 1,3-Dinitrobenzene 98% | Acros Organics | 1 x 25g | Jan-02 | Boyd |
| 1-3,4-Mothylenedioxyphenyl-2-Nitro-1-Propene | Pfaltz and Bauer Chemical Company | 1 x 5g | Jun-96 | Katz |
| 1-Butaneboronic Acid | Sigma Chemical Company | 1 x 1g | May-96 | R East 1 |
| 1-Butanol | JT Baker Chemical Company | 1 x 1L | Jun-94 | Flam Lkr West |
| 1-Hexanesulfonic Acid Sodium Salt | Eastman Kodak Company | 23 x 5g | Mar-98 | Chemical Storage |
| 1-Phenyl-2-Propanol, 98% | Aldrich Chemical Company | 1 x 25g | Mar-98 | Chemical Storage |
| 1-Phenyl-2-Propyne-l-ol | Pfaltz & Bauer, Inc. | 1 x 10g | Mar-98 | Chemical Storage |
| 2-(N-cyclohexylamino)ethanesulfonic acid | Sigma Chemical Company | 1 x 25g | Aug-98 | Chemical Storage |

Attachment 1



DEF00019

Southwest Laboratory

Sheet 1

| | | | | |
|---|---|---|---|---|
| 2,4-lDinitrophenyl Hydrazine Hydrochloride | Pfaltz and Bauer Chemical Company | 1 x 10g | May-97 | Skinner |
| 2-Amino-2-methyl-1-Propanol | Sigma Chemical Company | 1 x 100ml | Jan-99 | Chemical Storage |
| 2-Furaldehyde | Aldrich Chemical Company | 1 x 100ml | May-98 | R West 1 |
| 2-Propanol | Fisher Scientific Company | 1 x 4L | Jun-99 | Flam Lkr West |
| 2-Propanol | Fisher Scientific Company | 1 x 4L | Sep-97 | Flam Lkr West |
| 2-Propanol | Fisher Scientific Company | 1 x 4L | Mar-99 | Flam Lkr West |
| 3-(cyclohexylamino)-1-Propanesulfonic Acid | Sigma Chemical Company | 1 x 25g | Sep-98 | Chemical Storage |
| 3-(cyclohexylamino)-2-Hydroxy-1Propanesulfonic Acid | Sigma Chemical Company | 1 x 25g | Sep-98 | Chemical Storage |
| 3,4-Dihydroxy-3-cyclobutene-1,2,-dione | Unknown | 1 x 5g | Sep-99 | Maroge |
| 3,4-Dihydroxy-3-cyclobutene-1,2,-dione, 98% | Aldrich Chemical Company | 1 x 5g | Jun-98 | Chemical Storage |
| 3,4-Methylenedioxyphenyl Acetonitrile 99% | Pfaltz and Bauer Chemical Company | 1 x 10g | May-95 | Chemical Storage |
| 3,4-Methylenedioxyphonyle Acetic Acid | Pfaltz and Bauer Chemical Company | 1 x 3.5g | May-95 | Chemical Storage |
| 3,4-Metthylenedioxyphenyl Acetone 79% | Pfaltz and Bauer Chemical Company | 1 x 25g | May-95 | Chemical Storage |
| 4-Acetamidophenol | Aldrich Chemical Company | 1 x 100g | Apr-98 | Chemical Storage |
| 4-Amino-2,5-diethoxybenzanilide diazonium chloride | ICN K&K Laboratories | 1 x 10g | Feb-90 | R East 2 |
| 4-Amino-2,5-diethoxybenzanilide diazonium chloride | ICN K&K Laboratories | 2 x 10g | Sep-85 | R West 2 |
| 4-Hydroxy-4-phenyl-piperldine 99% | Aldrich Chemical Company | 1 x 5g | Jul-98 | Skinner |
| 4-Phenylpyidine 99% | Aldrich Chemical Company | 1 x 5g | Jul-98 | Skinner |
| 5-Nirtabarbituric Acid | Sigma Chemical Company | 1 x 10g | Jun-98 | Chemical Storage |
| Acetaldehyde | Aldrich Chemical Company | 1 x 1L | Jan-01 | R West 1 |
| Acetic Acid | JT Baker Chemical Company | 5 x 1L | Oct-93 | FH Cab 3 |
| Acetic Acid Glacial | Fisher Scientific Company | 1 x 1L | May-97 | FH Cab 3 |
| Acetic acid, sodium salt | Aldrich Chemical Company | 1 x 25g | May-97 | Phelan |
| Acetic Anhydride | Spectrum Chemical Company | 12 x 1L | Dec-91 | FH Cab 3 |
| Acetone | EM Science | 1 x 1L | Aug-00 | FH Cab 5 |
| Acetone | EM Science | 1 x 1L | Jan-98 | FH Cab 5 |
| Acetone | Burdick and Jackson Chemical Company | 1 x 1L | May-99 | FH Cab 5 |
| Acetone | Burdick and Jackson Chemical Company | 2 x 1L | Oct-00 | Fingerprint |
| Acetone | Burdick and Jackson Chemical Company | 16 x 1L | Oct-00 | Flammable Storage |
| Acetone | Aldrich Chemical Company | 1 x 2L | Jun-97 | Flam Lkr West |
| Acetone-d | Aldrich Chemical Company | 3 x 50g | May-97 | Phelan |
| Acetonitrile | Burdick and Jackson Chemical Company | 1 x 4L | Nov-91 | Flam Lkr West |
| Acetonitrile | Burdick and Jackson Chemical Company | 1 x 4L | Feb-94 | Flam Lkr West |
| Acetonitrile UV | Burdick and Jackson Chemical Company | 1 x 1L | Aug-01 | Flam Lkr East |
| Acetonitrile UV | Burdick and Jackson Chemical Company | 6 x 1L | Aug-01 | Flammable Storage |

Attachment 1

Sheet 1

Southwest Laboratory

| | | | | |
|---|---|---|---|---|
| Acetophenone | Aldrich Chemical Company | 1 x 100g | May-97 | R West 1 |
| Acetophenone, 99% | Aldrich Chemical Company | 3 x 100g | May-97 | Flammable Storage |
| Acetophenone, 99% | Aldrich Chemical Company | 1 x 1kg | Aug-93 | Flammable Storage |
| Acetorlitrile UV | Burdick and Jackson Chemical Company | 1 x 1L | Aug-01 | Flam Lkr West |
| Air, Compressed | Airgas | 600cf | Mar-02 | Compressed Gas |
| Alumina | Fisher Scientific | 1 x 1000g | Dec-96 | Chemical Storage |
| Alumina | Sigma Chemical Company | 1 x 500g | Feb-98 | Munch |
| Alumina, basic | Fisher Scientific | 1 x 500g | Jan-94 | BR Flam Lkr |
| Aluminum Oxide | Unknown | 2 x 74g | Jun-98 | Chemical Storage |
| Aluminum, Purified | JT Baker Chemical Company | 1 x 454g | May-90 | BR Flam Lkr |
| Ammonium bromide, 99% | Aldrich Chemical Company | 1 x 25g | Jan-98 | Chemical Storage |
| Ammonium chloride | Aldrich Chemical Company | 1 x 25g | Jan-98 | Chemical Storage |
| Ammonium dihydrogenphosphate | Aldrich Chemical Company | 1 x 5g | Apr-97 | Chemical Storage |
| Ammonium hydrogensulfate, 98% | Aldrich Chemical Company | 1 x 25g | Jan-98 | Chemical Storage |
| Ammonium Hydroxide | Mallinckrodt Chemical Company | 24 x 1L | May-97 | FH Cab 1 |
| Ammonium Hydroxide | Fisher Scientific Company | 1 x 500ml | Dec-98 | Goldberg |
| Ammonium Hydroxide | Mallinckrodt Chemical Company | 1 x 500ml | Apr-99 | Katz |
| Ammonium Hydroxide | Mallinckcrodt Chemical Company | 1 x 500ml | May-97 | Skinner |
| Ammonium Hydroxide | Fisher Scientific Company | 1 x 500ml | Mar-96 | Tarin |
| Ammonium iodide, 99% | Aldrich Chemical Company | 1 x 25g | Jan-98 | Chemical Storage |
| Ammonium Metavanadate | Pfaltz & Bauer, Inc. | 1 x 50g | Jun-95 | Chemical Storage |
| Ammonium nitrate | Aldrich Chemical Company | 1 x 25g | Jan-98 | Chemical Storage |
| Ammonium nitrate | Sigma Chemical Company | 1 x 500g | Jan-94 | Chemical Storage |
| Ammonium phospate | Aldrich Chemical Company | 1 x 5g | Jan-98 | Chemical Storage |
| Ammonium sulfate, 99% | Aldrich Chemical Company | 1 x 25g | Jan-98 | Chemical Storage |
| Barium Chloride, Dihydrate | JT Baker Chemical Company | 1 x 454g | Mar-90 | BR Flam Lkr |
| Barium Nitrate | Acros Organics | 1 x 500g | Jan-02 | Chemical Storage |
| B-Benzopinacolone | Pfaltz and Bauer Chemical Company | 1 x 10g | Jun-94 | R East 2 |
| Benzaldehyde, 98% | Pfaltz & Bauer, Inc. | 1 x 100g | Jan-94 | BR Flam Lkr |
| Benzene-d | JT Baker Chemical Company | 1 x 10g | Jun-92 | Phelan |
| Benzenesulfonyl Chloride | Sigma Chemical Company | 1 x 100ml | Oct-96 | Chemical Storage |
| Benzoyl chloride | Aldrich Chemical Company | 1 x 100ml | May-97 | Chemical Storage |
| Benzyl Alcohol | Matheson Coleman and Bell | 1 x 1L | Jun-94 | Flam Lkr West |
| B-Methylstyrene, 95% | Aldrich Chemical Company | 1 x 5g | Jun-88 | R West 2 |
| B-Naphthol | Sigma Chemical Company | 1 X 50g | Jan-98 | Chemical Storage |

Southwest Laboratory

Sheet 1

| | | | |
|---|---|---|---|
| Boileezers | Fisher Scientific Company | 1 x 250g | Sep-89 Chemical Storage |
| Boric Acid | Sigma Chemical Company | 1 x 500g | Mar-95 Chemical storage |
| B-Phenylethylamine Hydrochloride | sigma Chemical Company | 1 x 100ml | Jan-99 Chemical storage |
| Bromobenzene | Mallincrodt Chemical Company | 1 x 2.5L | Feb-90 BR Flam Lkr |
| Bromobenzene | Eastman Kodak Chemical Company | 1 x 500g | Jun-94 Flam Lkr West |
| Calcium Carbonate | Sigma Chemical Company | 1 x 250g | Jan-00 Chemical Storage |
| Calcium Oxide | Sigma Chemical Company | 1 x 500g | Jan-00 Chemical Storage |
| Caprylic Acid | Fluka Chemika | 1 x 5ml | Oct-93 DiPari |
| Carbon | Eastman Kodak Company | 1 x 500g | Aug-94 Chemical Storage |
| Celite, Filter Agent | Aldrich Chemical Company | 1 x 500g | Sep-89 Chemical Storage |
| Celite, Filter Agent | Fisher Scientific | 1 x 500g | Sep-89 Chemical Storage |
| Chloroform | Burdick and Jackson Chemical Company | 1 x 4L | Mar-01 FH Cab 5 |
| Chloroform | Burdick and Jackson Chemical Company | 20 x 4L | Oct-01 Flammable Storage |
| Chloroform-d | Aldrich Chemical Company | 4 x 100g | Aug-91 Phelan |
| Chloroform-d | Aldrich Chemical Company | 5 x 100g | May-97 Phelan |
| Chloroform-d | Sigma Chemical Company | 3 x 100g | Oct-96 Phelan |
| Cholesterol, 95% | Aldrich Chemical Company | 1 x 25g | May-97 Chemical Storage |
| Cholesteryl acetate | Aldrich Chemical Company | 1 x 25g | May-97 Chemical Storage |
| Cholesteryl benzoate | Aldrich Chemical Company | 1 x 25g | May-97 Chemical Storage |
| Cholesteryl heptylate | Aldrich Chemical Company | 1 x 25g | Jun-02 Chemical Storage |
| Cobalt Acetate | Sigma Chemical Company | 1 X 100g | Mar 99 Chemical Storage |
| Cobalt thiocyanate | Sigma Chemical Company | 2 x 50g | Jun-02 Chemical Storage |
| Cobaltous thiocyanate | Pfaltz & Bauer, Inc. | 1 x 100g | May-95 Chemical Storage |
| Cobaltous thiocyanate | Pfaltz and Bauer Chemical Company | 1 x 25g | May-97 Skinner |
| Congo Red | Sigma Chemical Company | 2 x 25g | May-97 Chemical Storage |
| Crystal violet | Lightening Powder Company | 6 x 25g | Oct-01 Fingerprint |
| Cupric Sulfate | Sigma Chemical Company | 2 x 100g | Jan-00 Chemical Storage |
| Cyanoacrylate | Adhesive Systems Inc | 2 x 454g | Oct-01 Fingerprint |
| Cyclohexane | Burdick and Jackson Chemical Company | 1 x 4L | Jun-93 Flam Lkr West |
| Cyclohexane | Mallinckrodt Chemical Company | 1 x 1L | May-95 Flam Lkr West |
| Cyclohexane | Mallinckrodt Chemical Company | 1 x 4L | Jun-88 Flammable Storage |
| Cyclohexanone | Aldrich Chemical Company | 1 x 2L | Feb-90 BR Flam Lkr |
| Cyclohexylamine | Sigma Chemical Company | 1 x 250ml | Jan-97 BR Flam Lkr |
| d(-)Mandelic Acid | Sigma Chemical Company | 1 x 5g | Jun-98 Chemical Storage |

Southwest Laboratory

Sheet 1

| | | | | |
|---|---|---|---|---|
| d(-)Tartaric Acid | Sigma Chemical Company | 1 x 5g | Jun-95 | Chemical Storage |
| Dautirium Oxide | Aldrich Chemical Company | 1 x 100g | Mar-99 | Phelan |
| Deutrium Oxide | Sigma Chemical Company | 1 x 100g | May-97 | Phelan |
| Deutrium Oxide | Sigma Chemical Company | 4 x 100g | Apr-93 | Phelan |
| Diethylamine | Aldrich Chemical Company | 1 x 1L | Mar-01 | Flam Lkr West |
| Diethylamine 99% | Aldrich Chemical Company | 1 x 1L | May-01 | Tarin |
| Dimethyl phthalate | Aldrich Chemical Company | 1 x 100g | Jul-98 | R East 1 |
| Dimethyl phthalate | Aldrich Chemical Company | 1 x 100g | May-97 | R East 1 |
| Dimethyl terephthalate | Aldrich Chemical Company | 1 x 500g | May-97 | Chemical Storage |
| Dimethyl-3-keloglutarate | Pfaltz and Bauer Chemical Company | 1 x 25g | May-97 | R West 1 |
| Dimethyl-d-Sulfoxide | JT Baker Chemical Company | 2 x 100g | May-97 | Phelan |
| Dimethyl-d-Sulfoxide | JT Baker Chemical Company | 1 x 100g | Sep-65 | R West 2 |
| Di-N-Amyl Phthalate | Pfaltz and Bauer Chemical Company | 1 x 25g | Jun-01 | R West 1 |
| Dioxane | Mallinckrodt Chemical Company | 2 x 1L | Jun-88 | Flammable Storage |
| Dipentyl Phthalate | Pfaltz and Bauer Chemical Company | 1 x 100g | May-97 | R West 1 |
| Dipicolinic Agid | Sigma Chemical Company | 1 x 25g | Jan-99 | Chemical Storage |
| Dipropyl phthalate | Aldrich Chemical Company | 1 x 10g | Feb-00 | R West 1 |
| di-Sodium Hydrogen Phosphate Anhydrous | Fluka Chemika | 1 x 250g | Oct-93 | DiPari |
| dl-B-Hydroxypheneyhlamine | Sigma Chemical Company | 1 x 25g | Jan-99 | Chemical Storage |
| dl-Phenylalanine | Sigma Chemical Company | 1 x 100g | Apr-98 | Chemical Storage |
| dl-Tartaric Acid | Sigma Chemical Company | 1 x 25g | Jun-97 | Chemical Storage |
| Dodecyltrimethyl Ammonium Bromide | Sigma Chemical Company | 1 x 5g | Feb-99 | Chemical Storage |
| Ethanol Anhydrous | Fisher Scientific Company | 1 x 4L | Jun-94 | Flam Lkr West |
| Ether | Mallinckrodt Chemical Company | 120 x 1L | Oct-01 | Flammable Storage |
| Ethyl Acetate | Mallinckrodt Chemical Company | 1 x 500ml | Mar-02 | Fingerprint |
| Ethyl Alcohol | Equistar Chemical Company | 1 x 204.4L | Mar-02 | Flammable Storage |
| Ethylene Dichloride | Burdick and Jackson Chemical Company | 1 x 4L | Apr-93 | Flam Lkr West |
| Ethylene Dichloride | Burdick and Jackson Chemical Company | 3 x 4L | Apr-93 | Flammable Storage |
| Ethylene Glycol | Fisher Scientific Company | 1 x 4L | Apr-93 | Flam Lkr West |
| Ethylene Glycol Dimethyl Ether | Aldrich Chemical Company | 1 x 1L | Jun-01 | Flammable Storage |
| Europium | Unknown | 1 x 1g | May-97 | Phelan |
| Fast Blue BB Salt | Sigma Chemical Company | 1 x 25g | Jan-00 | Chemical Storage |
| Fast Blue BB Salt | Sigma Chemical Company | 1 x 100g | Jan-01 | R West 2 |
| Fluram | Roche Diagnostics | 1 x 1g | Feb-90 | R East 2 |
| Formaldehyde Solution | Acros Chemical Company | 1 x 1L | Sep-00 | Flam Lkr West |

Attachment 1

Southwest Laboratory

| | | | |
|---|---|---|---|
| Formic Acid | JT Baker Chemical Company | 1 x 2.5L | Mar-94 FH Cab 3 |
| Freon 11 | DuPont Chemical Company | 1 x 13.6kg | Feb-90 BR Flam Lkr |
| Freon 12 | DuPont Chemical Company | 1 x 13.6kg | Feb-90 BR Flam Lkr |
| Glycerin | Mallinckfrodt Inc. | 1 x 473.2ml | Mar-98 Chemical Storage |
| Glycerol, Anhydrous | JT Baker Chemical Company | 1 x 1L | May-97 Flam Lkr West |
| Glycyl-L-Asparagine | Sigma Chemical Company | 1 x 5g | Jun-98 Chemical Storage |
| Gold Chloride | Sigma Chemical Company | 1 x 5g | Sep-94 Chemical Storage |
| Guaiacol Glyceryl ether | Sigma Chemical Company | 1 x 100g | Jun-98 Chemical Storage |
| Helium | Airgas | 4 x 300cf | Mar-02 Compressed Gas |
| Helium, Ultra High Purity | Airgas | 3 x 300cf | Mar-02 Compressed Gas |
| Heptakis (2,6-di-o-methyl) B-Cyclodextrin | Sigma Chemical Company | 1 x 1g | Sep-98 Chemical Storage |
| Heptakis (2,6-di-o-methyl) B-Cyrlodextrin | Aldrich Chemical Company | 1 x 5g | Aug-97 Chemical Storage |
| Hexacosane | Aldrich Chemical Company | 1 x 1g | Aug-93 Chemical Storage |
| Hexadecyltrimethylammonium Bromide | Sigma Chemical Company | 1 x 25g | Jan-99 Chemical Storage |
| Hexamethylenetetramine | Aldrich Chemical Company | 1 x 100g | May-97 Phelan |
| Hexane | Burdick and Jackson Chemical Company | 1 x 4L | Dec-98 FH Cab 5 |
| Hexane | Burdick and Jackson Chemical Company | 1 x 4L | Nov-99 Tarin |
| Hexane UV | Burdick and Jackson Chemical Company | 16 x 4L | Oct-01 Flammable Storage |
| Hexane UV | Burdick and Jackson Chemical Company | 3 x 4L | Aug-01 Flammable Storage |
| Hexane UV | Burdick and Jackson Chemical Company | 2 x 4L | Jun-01 Flammable Storage |
| Histamine Dihydrochlorlide | Sigma Chemical Company | 1 x 25g | Aug-98 Chemical Storage |
| Hydriodic Acid | Aldrich Chemical Company | 2 x 250ml | Mar-97 R West 2 |
| Hydrobromic Acid | JT Baker Chemical Company | 2 x 1L | May-97 FH Cab 3 |
| Hydrochloric Acid | JT Baker Chemical Company | 36 x 1L | Aug-01 FH Cab 3 |
| Hydrochloric Acid | JT Baker Chemical Company | 1 x 500ml | Mar-99 Skinner |
| Hydrogen, Compressed | Airgas | 4 x 300cf | Mar-02 Compressed Gas |
| Hydroxypropyl-b-Cyclodextrin | Aldrich Chemical Company | 3 x 25g | Aug-97 Chemical Storage |
| Hypophosphorous Acid | Jansen Chimica | 1 x 1L | Apr-97 FH Cab 3 |
| Hypophosphorous Acid | Aldrich Chemical Company | 1 x 100g | Dec-98 R West 2 |
| Imidazole | Sigma Chemical Company | 1 x 100g | Feb-95 Chemical Storage |
| Iron Metal | Fisher Scientific | 1 x 453g | Sep-89 Chemical Storage |
| Isopropyl Alcohol | Mallinckrodt Chemical Company | 3 x 4L | Sep-95 Flammable Storage |
| Isopropylamine | Sigma Chemical Company | 1 x 500ml | Mar-99 R West 2 |
| Isosafrole, 85% | Aldrich Chemical Company | 1 x 250ml | Jul-92 Chemical Storage |
| L(+)Mandelic Acid | Sigma Chemical Company | 1 x 5g | Jun-98 Chemical Storage |

Southwest Laboratory

| | | | | |
|---|---|---|---|---|
| L(+)Tartaric Acid | Sigma Chemical Company | 1 x 100g | Jun-98 | Chemical Storage |
| Lauryl Sulfate | Sigma Chemical Company | 1 x 100g | Mar-95 | Chemical Storage |
| Lauryl Sulfate | Sigma Chemical Company | 1 x 500g | Oct-95 | Chemical Storage |
| Lidocaine | Pfaltz & Bauer, Inc. | 1 x 25g | Aug-90 | Chemical Storage |
| Lithium Aluminum Hydride pellets | Aldrich Chemical Company | 1 x 25g | Jul-92 | BR Flam Lkr |
| Lithium carbonate | Sigma Chemical Company | 1 x 100g | Apr-97 | Katz |
| Lithium Hydroxide | Sigma Chemical Company | 1 x 500g | Mar-99 | Phelan |
| Lithium in Mineral Oil | Aldrich Chemical Company | 1 x 25g | Sep-00 | BR Flam Lkr |
| Lithium Phosphate | Sigma Chemical Company | 1 x 100g | Aug-98 | Chemical Storage |
| Lithium tartrate | Pfaltz and Bauer Chemical Company | 1 x 100g | Feb-99 | Katz |
| Lithium Tetraborate | Sigma Chemical Company | 1 x 100g | Sep-98 | Chemical Storage |
| Magnesium Metal | Mallincrodt Chemical Company | 1 x 454g | Jun-94 | BR Flam Lkr |
| Maleic Acid | Aldrich Chemical Company | 1 x 100g | May-97 | Chemical Storage |
| Maleic Acid | Aldrich Chemical Company | 1 x 100g | May-97 | Phelan |
| Malonic Acid | Aldrich Chemical Company | 1 x 100g | May-97 | Phelan |
| m-Dinitro benzene | Sigma Chemical Company | 1 x 25g | Mar-99 | Chemical Storage |
| Mercuric Chloride | Mallinckrodt Chemical Company | 1 x 113g | May-97 | R East 2 |
| Mercuric Nitrate | Spectrum Quality Products | 1 x 125g | Jun-98 | Chemical Storage |
| Methane Sulfonic Acid | Pfaltz and Bauer Chemical Company | 1 x 500g | Apr-95 | Tarin |
| Methaneboronic Acid | Sigma Chemical Company | 1 x 1g | May-96 | Chemical Storage |
| Methanol | Burdick and Jackson Chemical Company | 1 x 4L | Jun-01 | FH Cab 5 |
| Methanol | EM Science | 1 x 4L | Jun-01 | FH Cab 5 |
| Methanol | Burdick and Jackson Chemical Company | 1 x 4L | Oct-01 | Flam Lkr West |
| Methanol | EM Science | 22 x 4L | Aug-01 | Flammable Storage |
| Methanol | Aldrich Chemical Company | 1 x 2L | Mar-97 | Tarin |
| Methyl Benzoate | Fisher Scientific | 1 x 500ml | Feb-96 | Bulk Room |
| Methyl Cinnamate | Pfaltz & Bauer, Inc. | 1 x 500g | Feb-96 | Bulk Room |
| Methyl Ethyl Ketone | Sigma Chemical Company | 1 x 1L | Jun-01 | Flammable Storage |
| Methylamine | EM Science | 1 x 500ml | Jul-95 | Flam Lkr West |
| Molecular Sieve | Applied Science Laboratories | 1 x 50g | May-97 | Phelan |
| Molecular Sieves | Sigma Chemical Company | 1 x 1kg | Jul-91 | Chemical Storage |
| Molybdic Acid | Sigma Chemical Company | 1 x 100g | Jul-99 | Chemical Storage |
| N,N-Dimethylformamide, 99% | Sigma Chemical Company | 1 x 1L | May-97 | Flam Lkr West |
| N,O-bis-(Trimethylsilly)acetamide | Pierce Chemical Company | 3 x 25g | Apr-96 | R West 2 |
| Naphazoline HCl | Sigma Chemical Company | 1 x 25g | Nov-95 | Chemical Storage |

Southwest Laboratory

Sheet 1

| | | | | |
|---|---|---|---|---|
| Napthalene | Sigma Chemical Company | 1 x 100g | Jul-98 | Chemical Storage |
| N-Benzylmethylamine, 97% | Aldrich Chemical Company | 1 x 500g | Mar-90 | Skinner |
| N-Docosane | Pfaltz and Bauer Chemical Company | 4 x 25g | Jul-92 | R East 2 |
| N-Docosane | Pfaltz and Bauer Chemical Company | 1 x 25g | May-97 | R West 1 |
| N-Eicosane 99% | Pfaltz and Bauer Chemical Company | 1 x 100g | Mar-97 | R East 2 |
| N-Heneicosane, 99% | Pfaltz and Bauer Chemical Company | 1 x 10g | Jun-88 | R West 2 |
| Ninhydrin Crystals | Lynn Peevey Company | 2 x 100g | Oct-01 | Fingerprint |
| Ninhydrin, Monohydrate | JT Baker Chemical Company | 1 x 10g | Jun-98 | Chemical Storage |
| Nitric Acid | JT Baker Chemical Company | 6 x 1L | Oct-93 | FH Cab 3 |
| Nitrogen | Airgas | 1 x 300cf | Mar-02 | Compressed Gas |
| n-Propyl Alcohol | Burdick and Jackson Chemical Company | 1 x 1L | Oct-94 | Katz |
| n-Tetracosane | Pfaltz & Bauer, Inc. | 1 x 25g | Apr-00 | Chemical Storage |
| n-Tetracosane | Sigma Chemical Company | 2 x 25g | Jun-01 | Chemical Storage |
| n-Tetracosane 99% | Pfaltz & Bauer, Inc. | 1 x 25g | Apr-00 | Boyd |
| n-Tridecane | Sigma Chemical Company | 1 x 10ml | Jun-98 | Katz |
| Oenanthic Acid | Fluka Chemika Company | 1 x 100ml | Oct-93 | Katz |
| Ortho-Phosphoric Acid 85% | Fluka Chemika Company | 1 x 250ml | Oct-93 | Katz |
| OxalicAcid | Mallinckrodt Chemical Company | 1 x 464g | Jun-90 | Katz |
| p-(Dimethylamino)-Benzaldehyde | Sigma Chemical Company | 1 x 25g | Jun-98 | Chemical Storage |
| Palladium on activated carbon | Aldrich Chemical Company | 1 x 10g | Jun-90 | Bulk Room |
| Palladium(II) chloride | Aldrich Chemical Company | 1 x 25g | Apr-99 | Chemical Storage |
| Petroleum Ether | EM Science | 1 x 4L | May-01 | FH Cab 5 |
| Petroleum Ether | EM Science | 1 x 4L | Aug-01 | Flam Lkr West |
| Petroleum ether | EM Science | 4 x 4L | May-01 | Flammable Storage |
| Petroleum Ether | EM Science | 16 x 4L | Oct-01 | Flammable Storage |
| Petroleum ether | Burdick and Jackson Chemical Company | 1 x 1L | Jun-98 | Katz |
| Phenolphthalein | Sigma Chemical Company | 1 x 100g | Mar-98 | Chemical Storage |
| Phenyl Isothiocyanate | Sigma Chemical Company | 1 x 50g | Jun-98 | Katz |
| Phenylacetaldehyde, 90% | Aldrich Chemical Company | 1 x 500ml | Mar-99 | Flam Lkr East |
| Phenylboronic Acid | Sigma Chemical Company | 1 x 1g | May-96 | Chemical Storage |
| Phenylpropanolamine | Sigma Chemical Company | 1 x 100g | May-97 | Skinner |
| Phosphoric Acid | Pfaltz and Bauer Chemical Company | 1 x 500g | Mar-00 | R West 2 |
| Phosphoric Acid | Fisher Scientific Company | 1 x 946ml | May-97 | Tarin |
| Phosphorus, Red, Amorphous | Unknown | 1 x 500g | Jan-99 | BR Flam Lkr |
| Phosphorustridide | Pfaltz & Bauer, Inc | 1 x 25g | Feb-00 | BR Flam Lkr |