Southwest Laboratory

Sheet 1

| | | | |
|---|---|---|---|
| Phosporic Acid 85% | Fisher Scientific Company | 2 x 1L | May-97 FH Cab 3 |
| Phosporic Acid 98% | Pfaltz and Bauer Inc. | 1 x 500g | Nov-94 FH Cab 3 |
| Phosporous Acid | Aldrich Chemical Company | 1 x 5g | Jan-99 Chemical Storage |
| Phosporous Powder | Aldrich Chemical Company | 1 x 25g | Mar-00 Chemical Storage |
| Piperidine | Eastman Kodak Chemical Company | 1 x 500g | Jun-94 Flam Lkr West |
| Piperonal, 99% | Aldrich Chemical Company | 1 x 500g | May-97 Chemical Storage |
| Platinic Chloride | Sigma Chemical Company | 4 x 1g | Jun-88 R West 2 |
| Polyoxyethylene 23 lauryl ether | Sigma Chemical Company | 1 x 100g | Mar-98 Chemical Storage |
| Potassium Bromide | Aldrich Chemical Company | 1 x 100g | Sep-92 Chemical Storage |
| Potassium Bromide | Sigma Chemical Company | 2 x 500g | Jun-01 Chemical Storage |
| Potassium Bromide | Sigma Chemical Company | 1 x 500g | Jan-97 Chemical Storage |
| Potassium Bromide | EM Science | 1 x 25g | Jan-91 Martinez |
| Potassium Chloride | Sigma Chemical Company | 1 x 500g | Sep-96 Chemical Storage |
| Potassium Chunks in Mineral Oil | Aldrich Chemical Company | 1 x 50g | Sep-00 BR Flam Lkr |
| Potassium Dichromate | Mallinckrodt Chemical Company | 1 x 454g | Jun-88 Skinner |
| Potassium Hydroxide | Sigma Chemical Company | 1 x 250g | Jun-98 Chemical Storage |
| Potassium Iodide | Sigma Chemical Company | 1 x 100g | Jan-99 Chemical Storage |
| Potassium Iodide | Sigma Chemical Company | 1 x 100g | Jan-99 Skinner |
| Potassium Nitrate | Sigma Chemical Company | 1 x 500g | Mar-99 Harman |
| Potassium Nitrite | Sigma Chemical Company | 1 x 100g | Jan-94 Chemical Storage |
| Potassium Permanganate | Sigma Chemical Company | 1 x 500g | Feb-98 Chemical Storage |
| Potassium Permanganate | Sigma Chemical Company | 1 x 25g | Jun-97 Skinner |
| Potassium Phosphate | Sigma Chemical Company | 2 x 100g | May-94 Chemical Storage |
| Potassium Phosphate | Sigma Chemical Company | 1 x 100g | Jun-01 Chemical Storage |
| Potassium Sodium Tartrate | Mallinckrodt Inc. | 1 x 500g | Feb-99 Chemical Storage |
| Propiophenone | Pfaltz & Bauer, Inc. | 1 x 500g | Jun-94 BR Flam Lkr |
| Pyrazine | Aldrich Chemical Company | 1 x 25g | May-99 Phelan |
| Pyridine | Sigma Chemical Company | 1 x 100ml | Mar-94 Skinner |
| Pyridine GR | EM Science | 1 x 500ml | Apr-95 Tarin |
| Pyrrolidine | USF | 1 x 335ml | Apr-90 BR Flam Lkr |
| Quinidine | Pfaltz and Bauer Chemical Company | 1 x 10g | Aug-90 Harman |
| Refrigerant 12 | Alco Refrigerants Inc. | 1 x 13.6kg | Feb-90 BR Flam Lkr |
| Reinecke Salt | Sigma Chemical Company | 1 x 25g | Jun-95 Chemical Storage |
| Resorcinol | Sigma Chemical Company | 1 x 25g | Jun-98 Chemical Storage |
| Salicylamide | Sigma Chemical Company | 1 x 25g | Aug-91 Chemical Storage |

Southwest Laboratory

| | | | | |
|---|---|---|---|---|
| Silver Nitrate | Sigma Chemical Company | 1 x 100g | May-96 | Katz |
| Sodium 3-trimethyl-silylpropane sulfonate | Unknown | 1 x 5g | May-97 | Phelan |
| Sodium Acetate | Sigma Chemical Company | 1 x 91 | Jan-91 | BR Flam Lkr |
| Sodium bicarbonate | Fisher Scientific | 1 x 500g | Mar-98 | Boyd |
| Sodium Bicarbonate | JT Baker Chemical Company | 1 x 500g | Feb-98 | DiPari |
| Sodium bicarbonate | JT Baker Chemical Company | 1 x 500g | Jun-88 | Martinez |
| Sodium bicarbonate | Fisher Scientific Company | 1 x 500g | Jun-94 | Salazar |
| Sodium bisulfite | Mallincrodt Chemical Company | 1 x 500g | Jul-94 | BR Flam Lkr |
| Sodium bisulfite | Sigma Chemical Company | 1 x 500g | May-97 | Chemical Storage |
| Sodium bisulfite | Sigma Chemical Company | 1 x 100g | Feb-98 | Skinner |
| Sodium Borohydride | Spectrum Chemical Company | 1 x 100g | Jul-98 | BR Flam Lkr |
| Sodium bromide | Sigma Chemical Company | 1 x 250g | Jun-93 | Chemical Storage |
| Sodium Carbonate | Aldrich Chemical Company | 1 x 500g | Aug-93 | Chemical Storage |
| Sodium Carbonate | Sigma Chemical Company | 1 x 500g | Apr-98 | Chemical Storage |
| Sodium Carbonate | Sigma Chemical Company | 2 x 500g | Aug-98 | Chemical Storage |
| Sodium chromate tetrahydrate | Aldrich Chemical Company | 1 x 100g | May-97 | Chemical Storage |
| Sodium Cyanide | Fisher Scientific | 1 x 113g | Jun-94 | BR Flam Lkr |
| Sodium Cyanoborohydide, 95% | Aldrich Chemical Company | 1 x 10g | May-90 | BR Flam Lkr |
| Sodium Hydrogencarbonate | Aldrich Chemical Company | 1 x 500g | Sep-97 | Chemical Storage |
| Sodium Hydroxide | VWR Scientific, Inc. | 1 x 454g | Jan-94 | Chemical Storage |
| Sodium Hydroxide | VWR Scientific, Inc. | 1 x 500g | Sep-94 | Chemical Storage |
| Sodium Hydroxide | Aldrich Chemical Company | 4 x 1L | Mar-97 | FH Cab 1 |
| Sodium Hydroxide | Mallinckrodt Chemical Company | 11 x 1L | Jun-90 | FH Cab 1 |
| Sodium Hydroxide | Mallinckrodt Chemical Company | 1 x 500ml | Jan-91 | Goldberg |
| Sodium hydroxide | Mallinckrodt Chemical Company | 1 x 500ml | Apr-99 | Katz |
| Sodium hydroxide | Aldrich Chemical Company | 1 x 1L | Sep-00 | Salazar |
| Sodium Hydroxide | Mallinckcrodt Chemical Company | 1 x 500ml | May-97 | Skinner |
| Sodium Hydroxide | Mallinckrodt Chemical Company | 1 x 1L | Jun-90 | Tarin |
| Sodium Iodide | Aldrich Chemical Company | 1 x 100g | Dec-93 | Chemical Storage |
| Sodium iodide, anhydrous | Mallinckcrodt Chemical Company | 1 x 113g | Mar-90 | Skinner |
| Sodium Lump in Kerosene 99% | Aldrich Chemical Company | 1 x 100g | Sep-00 | BR Flam Lkr |
| Sodium Nitrite | Sigma Chemical Company | 1 x 500g | Oct-93 | Chemical Storage |
| Sodium Nitroprusside | Sigma Chemical Company | 1 x 100g | Nov-00 | Chemical Storage |
| Sodium Phosphate | Sigma Chemical Company | 2 x 250g | Mar-95 | Chemical Storage |
| Sodium Phosphate Dibasic | United States Biochemical Company | 2 x 100g | Oct-93 | Katz |

Southwest Laboratory

| | | | | |
|---|---|---|---|---|
| Sodium Phosphate Monobasic | United States Biochemical Company | 1 x 100g | Oct-93 | Katz |
| Sodium Phosphate, Dibasic Anhydrous | Sigma Chemical Company | 1 x 100g | Jan-94 | Chemical Storage |
| Sodium Phosphate, Monabasic, | United States Biochemical Company | 1 x 100g | Nov-94 | Chemical Storage |
| Sodium Phosphate, Tribasic Dodecahydate | Sigma Chemical Company | 1 x 100g | Jan-94 | Chemical Storage |
| Sodium sulfate | Aldrich Chemical Company | 1 x 500g | Jan-97 | Katz |
| Sodium sulfate | Fisher Scientific Company | 1 x 454g | Jun-88 | Martinez |
| Sodium Sulfate Powder 99% | Aldrich Chemical Company | 3 x 500g | Feb-97 | Chemical Storage |
| Sodium Sulfate, Anhydrous | JT Baker Chemical Company | 1 x 454g | Jun-88 | Caldwell |
| Sodium Sulfate, Anhydrous | Fisher Scientific Company | 1 x 500g | Jun-98 | Chemical Storage |
| Sodium Sulfate, Anhydrous | JT Baker Chemical Company | 1 x 454g | Jan-98 | Chemical Storage |
| Sodium Sulfate, Anhydrous | Spectrum Quality Products | 1 x 500g | Dec-95 | Chemical Storage |
| Sodium Sulfite Anhydrous | Fluka Chemika | 1 x 1kg | Jan-90 | Fingerprint |
| Sodium Tetraborate | Sigma Chemical Company | 1 x 500g | May-95 | Chemical Storage |
| Sodium Thiosulfate | Sigma Chemical Company | 1 x 2.5kg | Oct-93 | Chemical Storage |
| Stannous Chloride | Sigma Chemical Company | 1 x 100g | May-97 | Chemical Storage |
| Sulfuric Acid | Mallinckrodt Chemical Company | 3 x 1L | May-01 | FH Cab 3 |
| Sulfuric Acid | Mallinckcrodt Chemical Company | 1 x 500ml | May-99 | Skinner |
| Taurocholic acid | Sigma Chemical | 1 x 1g | Mar-95 | Chemical Storage |
| Tert-Butyl methyl ether, 97% | Aldrich Chemical Company | 1 x 1L | Jun-88 | Caldwell |
| Tert-Butyl methyl ether, 97% | Aldrich Chemical Company | 1 x 1L | Jun-94 | Flam Lkr West |
| Tetra Ethylene Glycol Dimethyl Ether | Aldrich Chemical Company | 1 x 1L | Jun-01 | Flammable Storage |
| Tetracosane | Pfaltz and Bauer Chemical Company | 2 x 25g | Apr-00 | R West 1 |
| Tetradecyltrimethyl Ammonium Bromide | Sigma Chemical Company | 1 x 5g | May-97 | Chemical Storage |
| Tetraethylammonium bromide | Fluka Chemika Company | 1 x 100g | Oct-93 | Katz |
| Tetramethylsilane | Sigma Chemical Company | 1 x 100g | May-97 | Phelan |
| Tetra-O-Acetyl-B-D-Glucopyranosyl Isothiocyanate | Polyscience, Inc. | 1 x 1g | Mar-96 | Chemical Storage |
| Tetraphenylethylene | Aldrich Chemical Company | 1 x 5g | Jan-98 | Chemical Storage |
| Tetrapropylammonium bromide | Fluka Chemika Company | 1 x 100g | Oct-93 | Katz |
| Thiamine Hydrochloride | Aldrich Chemical Company | 1 x 5g | Feb-89 | Chemical Storage |
| Thionyl Chloride | MCB Manufacturing Chemists | 1 x 500g | Jul-90 | BR Flam Lkr |
| Tincture Iodine 7% | Dionne Products | 1 x 473ml | May-00 | Flam Lkr East |
| Toluene | Mallinckrodt Chemical Company | 1 x 4L | May-02 | Flam Lkr West |
| Toluene | Mallinckrodt Chemical Company | 6 x 4L | May-01 | Flammable Storage |
| Toluene | Mallinckrodt Chemical Company | 11 x 1 L | Aug-00 | Flammable Storage |
| Triacontane | Aldrich Chemical Company | 1 x 1g | Aug-93 | Chemical Storage |

| | | | | |
|---|---|---|---|---|
| Trichloroacetic Acid | Aldrich Chemical Company | 1 x 100g | May-97 | Chemical Storage |
| Trielthanolamine | Sigma Chemical Company | 1 x 500ml | Jun-01 | Chemical Storage |
| Trielthanolamine | Sigma Chemical Company | 1 x 500ml | Jun-01 | Tarin |
| Triethanolamine | United States Biochemical Company | 1 x 100ml | Oct-93 | Chemical Storage |
| Trifluoroacetic Acid | Baxter Healthcare Corporabon | 1 x 50ml | May-97 | Chemical Storage |
| tri-Lithium Citrate Tetrahydrate | Fluka Chemika Company | 1 x 100g | Apr-97 | Katz |
| Tris(hydroxymethyl)aminoethane HCl | Sigma Chemical Company | 1 x 100g | Mar-95 | Chemical Storage |
| Tryptophan Methyl Ester HCl | Sigma Chemical Company | 1 x 5g | May-96 | Chemical Storage |
| Uranyl acetate dihydrate | Fluka Chemika | 1 x 25g | Feb-98 | Chemical Storage |
| Vanillin | Aldrich Chemical Company | 1 x 500g | Mar-00 | Chemical Storage |
| Vanillin | Sigma Chemical Company | 1 x 100g | Mar-00 | Chemical Storage |
| Vanillin | Aldrich Chemical Company | 1 x 500g | Mar-01 | R West 1 |
| Vanillin | Aldrich Chemical Company | 2 x 500g | Jun-01 | R West 1 |
| y-Cyclodextrin | Fluka Chemika | 1 x 5g | Aug-97 | Chemical Storage |
| y-Hydroxybutyric Acid Lactone | Sigma Chemical Company | 1 x 500g | Jun-98 | Flam Lkr East |



"Michael Trevelino"
<mtrevelino@hotmail.com>
05/20/03 06:52 AM

To: "Jocelyn Pugeda - GSA, SD" <jocelyn.pugeda@gsa.gov>
cc: "Darryl Smith - GSA, SD" <darryls.smith@gsa.gov>, "Jenalyn Keodara - SD" <jenalyn.keodara@gsa.gov>
Subject: RWA N3229765

Jocelyn,
I am kind of blind sided by this RWA. This is the first that I heard that additional funds were necessary. I have three open RWA's with GSA that are for the new laboratory. I would rather that you use one of the existing open RWA's. The numbers are as follows:
A2851859, balance of $387,162.32 (for space prep)
A3052987, balance of $71,154.22 (for additional space prep)
N3006535, balance of $465,499.30 (for move costs)
I give yo[redacted].
Thanks,
Mike Trevelino

DEA LAB RELOCATION Estimated Costs

| Description/NOTES | | COSTS | |
|---|---|---|---|
| SULLIVAN MOVING AND STORAGE | Orig.Cost | $ 24,858.85 | PAID |
| | C.O. #1 | $ 2,402.10 | PAID |
| | C.O. #2 | $ 5,140.00 | PAID |
| | C.O. #3 | $ 1,064.00 | PAID |
| PWN Environmental (Haz.substance transport) | | $ 1,700.00 | |
| DIGILAB | | $ 8,938.55 | |
| SD SCALE | | $ 3,285.00 | |
| NORITSU (Original Contract was for 2880.00. Final Bill came in lower) | | $ 1,035.00 | PAID |
| THERMO FINNAGAN | | $ 6,500.00 | |
| THERMO ELECTRON | | $ 16,433.22 | |
| AGILENT | | $ 47,137.94 | PAID |
| Environmental Clean-up in National City Lab | | | |
| | | | |
| | | | |
| | | | |

$ 118,494.66

***Estimated Total Costs of Relocation:***

| | | |
|---|---|---|
| RWA $ | $ 583,374.38 | |
| GSA Overhead | $ (16,625.62) | |
| P & E Time (14 hrs) | $ (1,714.00) | |
| DSC Costs | $ (26,346.72) | 3/25/03 Per Tina Grover |
| Reloc Costs | $ (118,494.66) | |
| **Remaining Balance** | **$ 420,193.38** | |

**LAST REVISED 4/5/03**

**666**

DEF000306



"Michael Trevelino" <mtrevelino@hotmail.com>

03/26/03 06:02 AM

To: darryls.smith@gsa gov, jenalyn.keodara@gsa.gov
cc:
Subject: Re: DEA RWA Balance as of 3/25/03

Jenalyn,
Thanks for the spreadsheet showing DEA's RWA balance. On April
23 (pm) and
24 (am) the design team (SmithGroup, Earl Walls Associates, and
Affiliated
Engineers) will be visiting the lab. GSA is more than welcome to
attend.
We will be asking laboratory workers what items they would like
different or
changed from the design/construction. For your information, I am
attaching
the Post Occupancy Survey form that Stuart Colby prepared. This
was sent to
all laboratory workers at four DEA laboratories. Prior to the
visit in San
Diego, the design team will be visiting the other three DEA
laboratories
recently completed. As for the additional work that Bill
Phillips wants
completed, I would rather wait until the team visits the lab to
decide which
if any additional items may be required. Thanks,
Mike Trevelino
202-307-7861

----- Original Message -----
From: <jenalyn.keodara@gsa.gov>
To: <darryls.smith@gsa.gov>; <mtrevelino@hotmail.com>
Sent: Tuesday, March 25, 2003 7:48 PM
Subject: DEA RWA Balance as of 3/25/03

> Michael,
>
> Attach is the worksheet on estimated costs for the
> relocation/decommissioning. The cost for the environmental
clean-up is
> still pending. We should have a better number sometime next
week. If you
> have any questions please call me at the office.
>
> Also, Bill Phillips had mentioned additional work he needed
accomplished
at
> the new lab. In particular, the installation of the additional
hydrogen

> gas line and signage. Will these items be funded through a
separate RWA
or
> can we use the existing if funds are still available? Please
advice.
> Thank you.
>
> Jenalyn Keodara
> 619.557.5003
>
> (See attached file: Est DEA Relo Costs 250303.xls)

- SFL8_ POE Survey.doc

# DEA LAB RELOCATION Estimated Costs

| Description/NOTES | | COSTS | |
|---|---|---|---|
| SULLIVAN MOVING AND STORAGE | Orig.Cost | $ 24,858.85 | |
| | C.O. #1 | $ 2,402.10 | |
| | C.O. #2 | $ 5,140.00 | |
| | C.O. #3 | $ 1,064.00 | PAID |
| PWN Environmental (Haz.substance transport) | | $ 1,700.00 | |
| DIGILAB | | $ 9,970.00 | |
| SD SCALE | | $ 3,285.00 | |
| NORITSU (Original Contract was for 2880.00. Final Bill came in lower) | | $ 1,035.00 | PAID |
| THERMO FINNAGAN | | $ 6,500.00 | |
| THERMO ELECTRON | | $ 16,433.22 | |
| AGILENT | | $ 47,137.94 | |
| Environmental Clean-up in National City Lab | | | |
| | | | |
| | | | |
| | | | |
| | | $ 119,526.11 | |

***Estimated Total Costs of Relocation:***

| | | |
|---|---|---|
| RWA $ | $ 583,374.38 | |
| GSA Overhead | $ (16,625.62) | |
| P & E Time (14 hrs) | $ (1,714.00) | |
| DSC Costs | $ 26,346.72 | 3/25/03 Per Tina Grover |
| Reloc Costs | $ (119,526.11) | |
| **Remaining Balance** | **$ 471,855.37** | |

**LAST REVISED 3/25/03**

DEF000312

1150 Silverado Street, Suite 116
La Jolla, California 92037
(858) 454-1005 FAX: (858) 454-1021
rbayer1@san.rr.com

Law Office of
Richard S. Bayer

April 30, 2003

Darryl Smith, Contracting Officer
General Services Administration
401 West "A" Street, Suite 2075
San Diego, California 92101-7908

Jenalyn H. Keodara, Property Manager
General Services Administration
880 Front Street, Suite 4236
San Diego, California 92101

Re: Lease No. GS-09B-86764
402 West 35th Street
National City, California

Dear Mr. Smith and Ms. Keodara,

As you know, I represent Collins National, the landlord on the above lease. Collins' representative Victoria Monaco was informed by voice mail late yesterday that Ms. Keodara would conduct a walk through of the above premises today at noon and would thereafter, "turn over the keys" to the building to Collins National. I have previously written the GSA on March 14, 2003 and again on April 11, 2003 seeking to address issues regarding the decommissioning and return of the building. To date, Collins National has had no answer to those letters.

In my correspondence, Collins National raised a number of issues that need to be dealt with by the GSA on behalf of the DEA concerning the decommissioning of the facility and the return of the building to the landlord. We had hoped to have agreements with GSA regarding corrective work and hazardous substance mitigation prior to turn over of the building. We have taken the position in our meetings and letters that until these problems are corrected, Collins National will invoice GSA for holdover rent at the current rates.

We are unable to meet with you for a "turnover" of the keys on such short notice. We will be happy to schedule a walk through of the building but we must emphatically reiterate that by accepting the keys, Collins National does not waive its rights to holdover rent, damages for correction and repair to the facility or expenses incurred in responding to hazardous materials or dangerous conditions on the premises or any other matter for which a legitimate claim may be made. Collins National will continue to pursue these

claims with the GSA. In addition, Collins National will perform its obligation to mitigate damages by undertaking certain corrective measures with or without the GSA's input if necessary. Collins National recognizes that both this process and the cost of such repairs, mitigation and response could be substantially reduced if we have the GSA's cooperation and participation in the work. We continue to request that the GSA participate meaningfully in the correction work by expediting its review of the various reports we have sent you and informing us of the level and extent of proposed participation.

In addition, Collins National has been advised that the GSA removed and discarded material from the building during the past few weeks. We hoped to avoid this duplication of effort by coordinating with the GSA and our subcontractors the kind and scope of demolition that would occur at the premises. Consequently, the bids we have previously sent you for review may need some revision based on the unilateral work the GSA has conducted on the premises.

We continue to hope for an amicable and coordinated effort to remove dangerous conditions. Collins National is concerned given current economic conditions that its damages may substantially increase if it is unable to return this building to service by renting it out to prospective tenants. Any delay in problem resolution results in extending the time on the market for which Collins National will have to seek reimbursement.

Please contact me at your earliest convenience to arrange for any necessary walk through. I will be present at any walk through along with representatives of Collins National. As always, Collins National remains anxious to pursue a resolution of these issues as soon as possible.

Very truly yours,

Richard S. Bayer

RSB:db

cc: Victoria A. Monaco
Berlinda Bubis
Joseph A. Mottola

May 30, 2003

Darryl S. Smith
General Services Administration
401 West "A" Street
Suite 2075
San Diego, California 92101-7908

Re: Lease No. GS-09B-86764
402 West 35th Street
National City, California

Dear Darryl:

This will confirm our telephone conversation of this morning.

1. You indicated that you had Federal Expressed me a letter along with the keys to the above premises.

2. You indicated that your GSA counsel will be responding to our various letters regarding the responsibility the GSA will accept for decommissioning of the above premises in approximately two weeks.

3. You confirmed that the GSA will not be sending Collins Partnership a check for the rent for the month of May, 2003, GSA possession of the building for that month.

4. You confirmed that by accepting the keys and entering the premises to perform the necessary remaining decommissioning work, Collins Partnership is not and will not be waiving any rights it has to its previous claims including but not limited to rights concerning holdover rent, and damages related to the failure of the DEA and GSA to perform all required decommissioning work at the premises.

5. You also indicated that we can now file a claim with you, as contracting officer, for the May rent or we can wait until we see the response of your

> counsel. If dissatisfied with that response, we can then file a claim with you specifying exactly what we are claiming, the amount of the claim and the basis for the claim. You are required to respond to that claim within thirty (30) days.

If this does not comport with your understanding, please contact me immediately.

Very truly yours,

Richard S. Bayer

RSB:db

cc: Victoria Monaco
Berlinda Bubis
Joseph Mottola
Jenalyn Keodara

**Federal Occupational Health**
a component of the US Public Health Service
Department of Health and Human Services

May 2, 2003

Debra Bernsdorf
Safety Specialist
General Services Administration
Safety and Environmental Branch (9PMS)
450 Golden Gate Avenue, 4 Floor East
San Francisco, CA 94102

Ref: D8H03GS39100, GSA-03-03
DEA Laboratory, National City

Dear Ms. Bernsdorf:

I have reviewed of the documentation provide from the Asset Management Group. The key sticking point of that documentation is the legal responsibility of the Government. While I am not a lawyer and I am not competent to address such issues I will explain the rational in making recommendations for sampling.

The contention made by the Collins National, hereafter to be referred to as the lessor, is that the facility was constructed to meet the Drug Enforcement Agency (DEA) specifications and any and hazardous materials in the facility are therefore the responsibility of the Government to remove. This is an issue best answered by an arbitrator or judge. I am not able to address this point of law. I can only address information that I was given and how I would view the facility. I was told that the facility was built as a laboratory and that the Government was not responsible for the facility prior to occupancy.

If in fact the Government specified that vinyl asbestos tile (VAT) be used, then the Government may be responsible for its removal. This might still be an issued left to a legal decision. Based on availability building supplies and practice of the day, it may be determined that VAT or linoleum (which also contains asbestos) would have been used regardless of specification or occupants of a facility of it nature, whether it was made into office space, laboratory space or warehousing as are the building in the area.

I am not privy to the building specifications and must relay on the information provided by Richard S. Bayer attorney at law. While they alluded to the fact, there is no specification sighting a requiring that soundproofing and fire

retardant materials contain asbestos. At the time of construction, it is true that Thermal System Insulation (TSI) contained asbestos; the question that needs to be addressed about this issue is whether TSI would, as was the practice, be used regardless of the occupant. The same is true for the drywall, "mud", tape and drywall covering used, PCB light ballast, lead based paints on metal doors and laboratory furniture, acoustical ceiling tile, etc. Would these materials have been used regardless of the occupant; Federal, State, Municipal governments or private sector and who then is responsible. Is it viewed as the practice of a reasonable individual to include these materials at the time of construction or where they only used to satisfied GSA requirements? If the Government had not occupied the facility, would it have been built and by what specification? Can these materials be managed-in-place or is removal the only solution? As I indicated the pecuniary liability of abating these hazards material is not in my purview. But it does beg certain questions.

Given the lessor contention that all materials in the construction of the facility are a result of Government requirements, that the building was constructed solely of the use of the Government and the Government alone and is therefore responsible for removal of all hazardous materials to include construction material (fireproofing, roofing, ceiling tile, light fixtures, drywall, soundproofing, etc.), and if this is held up by a court of law, I strongly suggest that samples be taken from all building material (concrete slab, masonry, vapor barrier, glass, window putty, all insulation, electrical, paint of circuit breaker panels, etc.) to determine if the best way to address the hazardous materials in the facility is to raze the building. The Government would of course be responsible for the removal of waste. Given the type and quantity of materials that would be expected, it is possible that the combined homogenous construction debris would not be considered hazardous and could go to a municipal landfill as unregulated waste. The lessor could then construct a new hazardous material free facility.

The Federal Occupational Health Service (FOHS) de-commissioning sampling specifications addresses sampling for drugs as well as other hazardous materials on surfaces to include walls in the laboratory area as well as office spaces. The contention that all wall surfaces in the facility are contaminated with cocaine and other "controlled" substances and therefore has to be removed at Government expense is yet to be proven. That is why sampling for these substances was included in the specification. It is possible that contamination is extensive and that wall will need to be decontaminated, but to assume that removal of the wall is the only solution is erroneous. Removal of walls, even with gross contamination may not be necessary to eliminated exposure. It is not clear if the lessor is concern about receiving a "clean" facility or in having the Government pay for remodeling.

The purpose of the FOHS specifications is to determine the extent of contamination, if any, in the building after DEA departs and has cleaned the facility. It was meant as a means of determining clearance and what, if any, additional abatement would be necessary. Whose material present before DEA occupancy and any that may be introduced after their departure are not addressed. The protocol was developed based on FOHS understanding of what constituted previously existing materials and those introduced as a result of occupancy. To that end, only material introduce at the time of and throughout occupancy were addressed. The only building material addressed were those added to the facility after DEA occupied the facility, e.g. floor tile added above the know VAT and the incinerator pad at the south end of the building.

The purposed de-contamination specifications by URS are in keeping with good practice with respect to removal of hazardous materials. The question to still be answered is what is the responsibility of the Federal Government and what is the responsibility of the lessor. The URS assessment proposal includes material that had been excluded from the FOHS assessment proposal, at the request of GSA. The assessment proposals cannot fairly be compared, given that they address different issues.

Sincerely,

CDR Norman Wright, MS, REHS/RS, WSO-CSM, RPIH
Environmental Health Manager

**Darryl S. Smith**
05/06/03 07:28 AM

To: "Vicki Monaco" <VMonaco@amgmgt.com>@GSAEXTERNAL
cc: "Berlinda Bubis" <BBubis@amgmgt.com>, jenalyn.keodara@gsa.gov, rbayer@richardbayer.com, Allan I. Aasmaa/9L/R09/GSA/GOV@GSA
Subject: Re: DEA Decommissioning

Good morning Vicki,

we have received a report from our safety and environmental group, and I will forward a response to you within the next few days. It's not been our intention to prolong any of your necessary actions with respect to the decommissioning.

Thanks,

Darryl Smith
Real Estate Contracting Officer
Desert Service Center

Office No. (619) 557-5407
Fax No. (619) 557-2928
"Vicki Monaco" <VMonaco@amgmgt.com>

**"Vicki Monaco" <VMonaco@amgmgt.com>**
05/05/03 11:29 AM

To: darryls.smith@gsa.gov, jenalyn.keodara@gsa.gov
cc: "Berlinda Bubis" <BBubis@amgmgt.com>, rbayer@richardbayer.com
Subject: DEA Decommissioning

Hi Darryl and Jenalyn,

I am following up on the decommissioning of the DEA Lab in National City. Have you received any response from GSA? We would like to proceed but we cannot get started without feedback from you. Thank you for your help.
Vicki Monaco