
P-001

P-002

P-003

P-004

P-005

P-006

P-007

P-008

P-009

P-010

P-011

P-012

P-013

P-014

P-015

P-016

P-017

P-018

P-019

P-020

P-021

P-022

P-023

P-024

P-025

P-026

P-027

P-028

P-029

P-030

P-031

P-032

P-033

P-034

P-035


P-036


P-037


P-038


P-039


P-040


P-041


P-042


P-043


P-044


P-045


P-046


P-047


P-048


P-049


P-050


P-051


P-052


P-053


P-054


P-055


P-056


P-057


P-058


P-059


P-060


P-061


P-062


P-063


P-064


P-065


P-066


P-067


P-068


P-069


P-070


P-071


P-072


P-073


P-074


P-075


P-076


P-077


P-078


P-079


P-080


P-081


P-082


P-083


P-084


P-085


P-086


P-087


P-088


P-089


P-090


P-091


P-092


P-093


P-094


P-095


P-096


P-097


P-098


P-099


P-100


P-101


P-102


P-103


P-104


P-105



