










DO NOT