GSA

GSA Pacific Rim Region

April 1, 2004

Mr. Richard S. Bayer
1150 Silverado Street, Suite 116
La Jolla, CA 92037

Subject: Claim of Collins National against the United States of America, General Services Administration, Public Buildings Service

Dear Mr. Bayer:

After reviewing the subject claim we respectfully make the following request for additional information:

1. Please provide all reports, test, or monitoring results that were conducted by Collins, or its contractors prior to the demolition of the Premises, and/or after demolition or reconstruction of the Premises.
2. Please provide a copy of the complete "Program Administration Guide" that Collins references on page 11 of the claim.
3. Please provide all manifests that indicate that purported asbestos containing materials were properly disposed of.
4. Please provide all manifests that indicate that all other purported controlled substances and hazardous materials removed from the Premises were properly disposed of.
5. Please describe the expected future use of the premises and indicate the basis for this expectation.
6. Please provide any plans for the premises that may exist.
7. Please provide information that clearly identifies what the demolition and disposal costs would have been without the presence of purported hazardous material. Also indicate the time it would take to accomplish demolition.

The requested information is necessary for the Government to make a proper determination with respect to the subject claim. This determination cannot be made without the requested information.

U.S. General Services Administration
401 West 'A' Street, Suite 2075
San Diego, CA 92101
www.gsa.gov

Should you have any questions regarding the purpose of this letter please contact Mr. Allan Aasmaa, Assistant Regional Counsel, at (415) 522-2603.

Respectfully,

Darryl Smith
Real Estate Contracting Officer
General Services Administration
Public Buildings Service

FILE COPY

1150 Silverado Street, Suite 116
La Jolla, California 92037
(858) 454-1005 FAX (858) 454-1021
rbayer@richardbayer.com

www.richardbayer.com

Law Office of
Richard S. Bayer

April 26, 2004

Darryl S. Smith
General Services Administration
401 West "A" Street
Suite 2075
San Diego, California 92101-7908

Re: Lease No. GS-09B-86764
402 West 35th Street
National City, California

Dear Darryl:

Thank you for your letter of April 1, 2004. In accordance with your request, we are delivering to you with this letter the following documents:

| No. | Request in Letter of April 1 | Response |
|---|---|---|
| 1. | All reports, test or monitoring results conducted by Collins prior to demolition of the Premises and or after demolition | Attached:<br>Exhibit 1: Pre-renovation Demolition Survey of the Former DEA Facility<br>Exhibit 2: Hazardous Materials Asbestos Abatement of the Former DEA Facility<br>Exhibit 3: Hazardous Materials Abatements Specifications for the Former DEA Facility<br>Exhibit 4: URS Clean Air Letter with accompanying exhibits |
| 2. | Program Administration Guide | To be forwarded |
| 3. | All manifests that indicate purported asbestos containing materials were properly disposed of | Exhibit 5: ECTI Manifest Doc. No. 14609 (non-friable asbestos waste)<br>Exhibit 6: Azusa Land Reclamation Manifest No. |

Darryl S. Smith
April 26, 2004
Page Two

| No. | Request in Letter of April 1 | Response |
|---|---|---|
| | | 22416716 (friable asbestos)<br>Exhibit 7: Crosby & Overton Manifest No. 22416754 regarding Non-RCRA hazardous waste (liquid—floor mastic and water) |
| 4. | All manifests that indicate all other purported controlled substances and hazardous materials were properly disposed of | Exhibit 8: Onyx Special Services, Inc. Manifest No. 22416717 (PCB light ballast) |
| 5. | Description of intended use | Collins National intends to improve and market the property to Research & Development companies, office, light industrial and warehouse users. As long term owners of approximately 625,000 square feet of commercial property in the National City trade area, Collins' experience and regular communication with tenants and the brokerage community confirms the need to maintain the flexibility of providing this building to a variety of users. The building is part of a development that offers similar flexibility. We have enclosed a copy of our marketing brochure for the building. |
| 6. | Plans | Collins National has not yet drafted plans for a new tenant or new use because it is currently marketing the building as a build to suit among many users. |
| 7. | Costs and timeline associated with removal had no hazardous material been present. | This is a difficult category to address because of the ubiquitous presence of hazardous and controlled substances throughout the building. Review of the *Pre-Renovation/Demolition Survey of the Former DEA Facility, National City, California*, prepared by URS on January 30, 2003, found that controlled substances were present throughout the facility:<br>"URS did collect four wipe samples of the settled dust in the facility and had the wipe samples analyzed for drugs . . . . The analysis identified positive levels of cocaine, heroin, |

| No. | Request in Letter of April 1 | Response |
|---|---|---|
| | | phencyclidine and methamphetamine in all of the wipe samples. This would indicate that the settled dust throughout the facility and dust located in the ventilation system contains detectable levels of drugs."<br><br>Page 3-4 of the *Survey*, a copy of which is attached behind Exhibit tab 1.<br><br>The presence of controlled substances throughout the facility indicated that a complete destruction and remediation of the interior of the facility was necessary. Had the government used the building for general office work, extensive destruction would not have been required and the property might have been released with only minor maintenance costs. |

We hope the information provided in this letter will assist you in analyzing Collins' claim. As you know, all of this information was available to you at the time we originally requested GSA's assistance in decommissioning the property. It was our hope then that we could discuss these matters to resolve both the scope of the remediation and the participation of the GSA.

Collins National continues to be frustrated by the time this entire process is taking. We understand that you must carefully analyze some of the claims to ensure that we have provided you sufficient information upon which to base governmental liability. However, some of our claims should and could have been addressed almost one year ago. Specifically, we do not believe that there is any reason to doubt that GSA owes holdover rent for the time between April 30, 2003 and May 30, 2003, when the keys were delivered to Collins. The rental amount for that period was $78,865. Interest has accrued in the amount of $2,746.50 under Treasury guidelines, making the total now due of $81,611.50 (with interest accruing at $8.64 per day).

Payment of the agreed upon outstanding amount immediately would be a first step in the right direction to good faith resolution of this matter.

If you need to view the building or need any additional information, we will be happy to make it available to you. We would appreciate it if you could forward us a check for the one

Darryl S. Smith
April 26, 2004
Page Two

month's rent and give us a reasonable approximation of when you will be in a position to accept all or a portion of our remaining claims.

Very truly yours,

Richard S. Bayer

RSB:db

cc: Allan Aasmaa, Esq.
E. Tyler Miller
William Tribolet
Berlinda Bubis

GSA

**U.S. General Services Administration**
**Public Buildings Service,**
**Desert Service Center**
**Real Estate Services Branch**
**401 West "A" Street, San Diego, CA 92101**

**Date -** March 15, 2004

**Name:** Bill Phillips
**Fax No.:** 760-597-7880
**Phone:** 760-597-7900
**Location:** Vista, CA

**Name: Darryl Smith**
**Fax No.: 619-557-2928**
**Phone: 619-557-5407**
**Location: San Diego, CA**
**E-Mail: Darrylssmith@gsa.gov**
**Total No. Pages including cover: 15**

**Comments:**

Bill, here is a copy of the claim against GSA from the Lessor of the former lab. The portions of this document that relate to "removing various and hazardous substances" can be located beginning at the top of page 6. What I'm looking for is a write up that indicates that the type of drugs/substances used in the facility could not become embedded in the walls.

Bill your assistance is greatly appreciated.

Please feel free to call with any questions or comments, and as to when you may have some information for me.

Thanks much,

Darryl.

*This communication is intended for the sole use of the person or persons to whom it is addressed, and contains information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately at the above phone number, and return the communication to me via the UNITED STATES POSTAL SERVICE.*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner,<br><br>Plaintiffs,<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 05-563C<br>(Judge Baskir) |

**AFFIDAVIT OF RICHARD S. BAYER**

State of California }
} ss.
County of San Diego }

I, Richard S. Bayer, having first been duly sworn, state and declare under oath as follows:

1. I am co-counsel for Plaintiff in this matter.

2. I drafted Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment and oversaw the preparation of Plaintiff's additions to the Appendix.

3. The following chart indicates the origin of each document:

| App. No. | Document Title | Origin |
|---|---|---|
| 626 | Affidavit of Ron Miller | Original document |
| 634 | Maria Dent to Steve Hollenbeck 7/29/02 | Produced by Defendant |

704

# ASBESTOS ABATEMENT SUBMITTAL

*PROJECT:*

***DEA Office National City***
***410 W. 35th St.***
***National City, CA. 91950***

*PREPARED FOR:*

***Ms. Berlinda Bubis***
***Collins Development***
***400 Mile of Cars Way #D***
***National City, CA. 91950***
***(619) 262-5666***
***Fax (619) 474-1864***

*PREPARED BY:*

***C C M, INC.***
***3705 S. Cordoba St.***
***Spring Valley, CA. 91977***
***(619) 660-2830***
***Fax (619) 660-2845***

CCM Job # 01011

# *Table of Contents*


| ***Description*** | ***Tab #*** |
|---|---|
| **Asbestos Abatement Action Plan** | **1** |
| **Emergency Contingency Plan** | **2** |
| **Respiratory Protection Program** | **3** |
| **Permits, Licenses, and Registrations** | **4** |
| **Notifications** | **5** |
| **Supervisors / Workers Training Certificates, Physicals, Fit Tests** | **6** |
| **Material Safety Data Sheets** | **7** |
| **Insurance Certificates** | **8** |
| **Rental Equipment Notifications** | **9** |
| **Final Disposal Documentation for Asbestos Waste** | **10** |

# *Tab # 1*

***Asbestos Abatement Action Plan***