***DEA Office National City***
***410 W. 35th St.***
***National City, CA. 91950***

### *Contractor:*

Carnevale's Construction Management, Inc. (CCM)
3705 S. Cordoba St.
Spring Valley, CA 91977
Ph: (619) 660-2830 Fax: (619) 660-2845

License #B-682549-ASB-HAZ
CAL/OSHA Registration #543

### *Laboratory for the Contractor:*

H.M. Pitt Labs, Inc.
2434 Southport Way #L
National City, CA. 91950
(619) 474-8548

### *Project Site:*

DEA Office National City
410 W. 35th St.
National City, CA. 91950

### *Scope of Work:*

Remove and dispose of approximately 150 l/f of overspray material on ductwork and fire sprinkler lines in Vault #1.

### *Schedule:*

Removal dates have not been scheduled yet.

### *Amended Water:*

CCM will use EPA 55 wetting agent manufactured by American Coatings Corp. Information on this product is included in this submittal package.

### *Encapsulant:*

CCM will use Serpi-lock penetrating encapsulant manufactured by IPC. Information on this product is included in this submittal package.

## *Personal Protective Equipment:*

### *Respiratory Protection -*

Personnel will be equipped with respirators according to the anticipated exposures associated with similar projects. Previous similar removal activities have been surveyed and found to have exposures well below 1.0 f/cc. The half mask, dual cartridge respirator equipped with HEPA filters, qualitatively fit tested has a protection of 10. This assures that this respirator is appropriate for this project.

Actual on-site personal air monitoring will be conducted to assure that this type of respiratory continues to be appropriate for this project.

### *Protective Clothing -*

Personnel will be equipped with disposable, whole-body clothing, head coverings, gloves and foot coverings. Disposable plastic or cloth gloves may be used inside the plastic sleeves of the glove bag. Tape will be used to secure the foot coverings at the ankles and gloves at the wrist.

Eye protection (goggles) will be furnished to all employees who wear half mask respirators.

## *Medical/Training Protocols:*

CCM employees are medically checked and trained annually in accordance with Federal Regulations 29 CFR 1926.1101 and California Regulation T8 CCR Section 1529. Workers are all AHERA Accredited Contractor/Supervisors or AHERA Accredited Asbestos Workers.

## *Location of Asbestos Control Areas:*

### *General Area Boundaries -*

Yellow "Caution" tape will be strung around the individual work areas, no boundary tape will be closer to the immediate work area than 20 feet. All potential access points to this area will be labeled according to 29 CFR 1910.145, paragraph (d)(4) and 29 CFR 1926.1101 Signs, vertical format, minimum 20" x 14"; spacing between two consecutive lines shall be at least equal to the height of the upper line. The Warning Sign will read as follows:

| | |
|---|---|
| Danger<br>Block | 1-inch Sans Serif Gothic or |

| | |
|---|---|
| Asbestos Block | 1-inch Sans Serif Gothic or |
| Cancer and Lung Disease Hazard Block | 1/4-inch Sans Serif Gothic or |
| Authorized Personnel Only | 1/4-inch Gothic |
| Respirators and Protective | |
| Clothing are required in this Area | 1/4-inch Gothic. |

Please refer to diagrams included in this plan for locations of decontamination facilities, negative air exhaust units, etc.

## *Pre-Start Preparation:*

Identify and maintain emergency and fire exits from work area. These exits must be clearly marked and identified to all workers in the area.

Emergency exits will be clearly marked with duct tape arrows or other effective designations to permit easy location from anywhere within the work area.

H.V.A.C. Lockout - **To be done by General Contractor**

The H.V.A.C. (heating, ventilation and air conditioning) lockout is mandatory during the entire abatement project. The following items must be identified and de-energized by others.

1. All air handling blowers.
2. All condensers/compressors.
3. All fresh air and outside air blowers.
4. All common return air plenums and blowers.
5. All thermostats and energy management equipment.
6. Any automatic timers, if present.

Pre-Abatement Cleaning

Preclean all surfaces in the work area using HEPA filtered vacuums and/or wet cleaning methods as appropriate. Do not use any methods that would raise dust such as dry sweeping or vacuuming with equipment not equipped with HEPA filters. Do not disturb asbestos-containing materials during the pre-clean phase.

## *Work Area Preparation:*

Prior to isolation; seal off all windows, doorways, elevator openings, corridor entrances, drains, ducts, grills, grates, diffusers, skylights and any other opening between the work area and the uncontaminated areas. The openings will be sealed with 6 mil plastic and duct taped to ensure an air tight seal. All openings must be sealed prior to hanging wall plastic.

Establish a decontamination unit at entry to and exit from restricted areas. Decontamination units are constructed inside the work area. Each unit is constructed of framing materials covered with two layers of plastic. The unit consists of three rooms, (i.e., clean room, shower room and equipment room). Each room is separated by an airlock (two individual pieces of plastic hung in "z" door fashion).

Workers shall post warning signs meeting specifications of CAL/OSHA at any location and all approaches to a location where airborne concentrations of asbestos may exceed ambient background levels. Sign shall be posted at a distance sufficiently far enough away from the work area to permit an employee to read the sign and take the necessary protective measures to avoid exposure. Additional signs may need to be posted following construction of work place enclosure barriers.

The warning signs required by CAL/OSHA shall bear the following information:

DANGER
ASBESTOS
CANCER AND LUNG DISEASE HAZARD
AUTHORIZED PERSONNEL ONLY
RESPIRATORS AND PROTECTIVE CLOTHING
ARE REQUIRED IN THIS AREA

**Floor Preparation (as applicable)**

Floors shall be covered with a minimum of one layer of six mil plastic sheeting. Additional layers of 4 mil sheeting may be utilized as drop cloths to aid in clean-up of bulk materials.

Plastic shall be sized to minimize seams. If the floor area necessitates seams, those on successive layers of sheeting shall be staggered to reduce the potential for water to penetrate to the flooring material. A distance of at least 18 inches between seams is sufficient. Do not locate any seams at wall/floor joints.

Floor sheeting shall extend at least 8 inches up the sidewalls of the work area.

Sheeting shall be installed in a fashion so as to prevent slippage between successive layers of materials.

**Wall Preparation**

Cover walls in the work area with polyethylene sheeting. Method of attachment may include any combination of duct tape or other waterproof tape, furring strips, spray glue, staples, nails, screws or other effective procedures capable of sealing adjacent sheets of polyethylene and capable of sealing polyethylene to dissimilar finished or unfinished surfaces under both wet and dry conditions.

Walls shall be covered with a layer of 4 mil polyethylene sheeting.

Plastic shall be sized to minimize seams. Seams shall be staggered and separated by a distance of at least six feet.

Wall sheeting shall overlap floor sheeting (as applicable) by at least eight inches beyond the wall/floor joint to provide a better seal against water damage and for negative pressure.

Wall sheeting shall be secured adequately to prevent it from falling away from the walls. This will require additional support/attachment when negative pressure ventilation systems are utilized.

______**Negative Pressure**

Install and initiate operation of negative pressure ventilation equipment as needed to provide at least one air change in the work area every 15 minutes. CCM will utilize between one and fifteen 2000 CFM negative air machines in the building for this project.

The units will be turned on while checking the integrity of wall barriers for secure attachment and need for additional reinforcement.

Negative pressure ventilation units shall be exhausted to the outside of the building via windows. Extension ducting shall be used to reach from the work area to the outside when required.

Area will be checked for air leakage. If installed properly, the doors in the decontamination unit should be gently moving inward toward the restricted area. Smoke tubes may be used to check air flow; however a Pressure Differential Monitor will be used on site for this project and will suffice for determining proper negative pressure.

## *Asbestos Removal Procedures:*

### *Overspray Material Removal -*

Wet all asbestos-containing material with an amended water solution using equipment capable of providing a fine spray mist (i.e. "airless" sprayer), in order to reduce airborne fiber concentrations when the material is disturbed. Saturate the material to the substrate, however, do not allow excessive water to accumulate in the work area.

After the materials have absorbed the amended water, workers scrape the overspray material using hand scrapers. Keep all removed material wet enough to prevent fiber release until it can be containerized for disposal.

Saturated asbestos-containing material shall be removed in manageable sections. Removed material should be containerized before moving to a new location for continuance of work. Surrounding areas shall be periodically sprayed and maintained in a wet condition until visible material is cleaned up.

Negative air exhaust systems and good work practices and procedures shall be used at all times in the removal of asbestos.

Clean-up Procedures

After completion of all stripping work, surfaces from which asbestos-containing materials have been removed shall be wet brushed and sponged or cleaned by some equivalent method to remove visible residue.

At this time, the work areas will be available to pre-encapsulation inspection.

After the work area has been rendered free of visible residues, a thin coat of satisfactory encapsulating agent shall be applied to all surfaces in the work area

including structural member, building components and plastic sheeting on walls and floors.

Remove the cleaned outer layer of plastic sheeting from walls and floors. Windows, doors, HVAC system vents and all other openings shall remain sealed. The negative pressure ventilation units shall remain in continuous operation.

Decontamination enclosure systems shall remain in place and be utilized.

Following satisfactory completion of clearance air monitoring by the PQP, and acceptance of the work by the Navy, remaining barriers may be removed and properly ensure that no contamination remains in the work area. Unsatisfactory conditions may require additional cleaning and air monitoring.

Re-establishment of the work area shall only occur following the completion of clean-up procedures and after clearance air monitoring has been performed and documented to the satisfaction of the Building Owner.

Polyethylene barriers shall be removed from walls and floors at this time, maintaining decontamination enclosure systems and barriers over doors, windows, etc. as required.

In addition to the above post abatement cleanup procedures, daily cleanup will occur. This includes packaging of all waste prior to leaving the site and maintaining the site in a clean state by not allowing trash and/or other materials to accumulate in the areas. Daily inspections are to be performed by the PQP and Asbestos Hazard Abatement Supervisor to ensure the containments are not breached. Any problems will be corrected immediately.

## *Interface of Trades:*

CCM will need to perform its work after the buildings have been cleared of all movable items. We will need the entire building for the duration of our work.

## *Sequencing of Asbestos-Related Work:*

The asbestos removal will take place following area preparation.

## *Disposal Plan:*

Hazardous Asbestos-Containing Waste Materials

Non-friable waste generated will be asbestos containing floor tiles, silver coated materials, window putty, sink undercoating material. These can be disposed of as non-hazardous and do not have extensive packaging, labeling, manifesting and disposal requirements.

**Hazardous Transporter:**

ECTI
P.O. Box 7318
San Bernardino, CA. 92411
EPA ID #CAR000049064

**Hazardous Disposal Site:**

Azusa Land Reclamation
1201 W. Gladstone Ave.
Azusa, CA. 91702

## *Air Monitoring Strategies:*

Pre-abatement and post-abatement and exposure monitoring will be performed by owners laboratory. Exposure monitoring will be conducted in accordance with 29 CFR 1926.1101 and Title 8 CCR Section 1529. Samples will be collected using 25mm, mixed cellulose ester air monitoring cassettes and analyzed using the NIOSH Method 7400 A, Phase Contrast Microscopy (PCM). During abatement environmental sampling will also be performed CCM, Inc.

***Pre-Abatement Sampling -***

The PQP will establish baseline pre-abatement fiber levels one day prior to masking and sealing. Quantity and locations will be determined by PQP.

***During Abatement Sampling -***

The contractor shall provide personal and area sampling as indicated in 29 CFR 1926.1101 and governing environmental regulations.

***Post-Abatement Sampling -***

The PQP will collect post-abatement samples using the same sampling materials and equipment as was used in the pre-abatement sampling.

***Personal Exposure Monitoring -***

Representative sampling will be conducted by the CCM on crews during abatement activities. This shall be conducted in accordance with Title 8 CCR Section 1529 and 1926.1101 and shall include the following:

Full shift monitoring of personnel representative of each task being performed. This will include a minimum of two samples (one four hour sample in the morning and one four hour sample after lunch). More cassettes will be used as deemed necessary to avoid overloading of cassettes. Volume of personal samples shall not exceed 480 liters.

One excursion sample per work area. This includes one 30 minute sample of the person selected by CCM which is most likely to produce the highest fiber release. This sample shall be taken at the time when the highest concentrations are anticipated.

Note: Personal exposure samples shall have a minimum of 48 liters of air pulled through the filter; and a maximum of 480 liters.

At least 2 blank cassettes (or 10% of samples, whichever is greater) will be used. Blanks are to be opened at the beginning of the sampling period and stored in a clean area, then closed at the end of the sampling period and submitted with the day's samples for analysis.

## *Pollution Control Methods:*

Wet removal procedures will be utilized on all asbestos abatement for this project. This includes area and material misting during abatement activities up until the time when the materials are bagged or wrapped and sealed.

Asbestos materials will be disturbed as little as possible. Whenever feasible, whole sections of the materials will be removed decreasing the need for cutting into the asbestos materials.

Immediate containment of removed asbestos materials into proper disposal bags will decrease the possibility of fiber release.

***Worker Decontamination Procedures -***

While inside the work area, CCM workers will HEPA vacuum protective clothing to remove any gross debris, proceed to the equipment (dirty) room of the decontamination facility. They will then remove all protective clothing while leaving their respirators on and place used clothing in a labeled asbestos disposal bag. They will proceed to the shower where they will completely wash entire bodies and hair with soap and water. Once clean, they will remove their respirators and exit to the clean room where they will don their street clothing and leave the jobsite.

***Waste load-out Procedures -***

Ground Floor Abatement Areas
Asbestos-containing waste will be loaded out through a separate, two chamber waste load-out facility using a team of workers, one team inside will stay inside during bag out procedure, and one team outside will stay outside during bag out procedure. HEPA vacuumed and wet wiped bags will be passed through the airlock from the work area to the first chamber where they will be placed into a second bag, sealed and carried out through the second chamber to a portable dixie dump roller and transported to the disposal container. Both inside and outside teams will be wearing appropriate protective clothing to ensure minimal exposure if any bags break during load out procedure. Friable waste will be properly labeled for hazardous disposal. Nonfriable waste will not be labeled.

*DEA Office National City*
*410 W. 35th St.*
*National City, CA. 91950*

## *Emergency Fire/Medical Procedures:*

Exits from each work area are outlined in the drawings provided with this plan. In addition, red duct tape or other acceptable means will be used to mark the direction to emergency exits; this will include bright, large arrows pointing to the direction of the exits. Markings will be made both at eye level and at knee level (in case of fire emergencies).

In case of fire, drop to the ground and crawl to avoid smoke inhalation. Immediately evacuate area, call 911 in case of a fire. Try to extinguish small fires, if possible without endangering life/health. Normal decontamination procedures will not be required in case of fire.

For life threatening emergencies, have someone call 911 immediately and begin life saving techniques as appropriate (i.e. CPR, etc.). Do not move the victim but evacuate other workers from the work area immediately and continue life saving techniques while waiting for emergency medical team. Normal decontamination procedures will not be required in this instance.

For non-life threatening emergencies, evacuate the victim through normal decontamination procedures and administer first aid as needed.

In all instances the supervisor and contracting officer will be notified of the event.