# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: August 17, 2006)

*****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

The Court intends to schedule Oral Argument on the Defendant's Motion for Partial Summary Judgment during the period of September 18-29, 2006.

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at (202) 357-6500, **of the proposed oral argument dates no later than August 25, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m. The oral argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff and the United States must appear in person.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge