# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: August 24, 2006)

***************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

## ORDER

This Order confirms **Oral Argument** on the Defendant's Motion for Partial Summary Judgment is scheduled for **10:00 a.m., on Thursday, September 28, 2006**.

The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff and the United States must appear in person.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge