# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: September 19, 2006)

****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

A fire drill practice session has been scheduled at this Court for 9:30 a.m. on September 28, 2006. This Court's **Oral Argument** on the Defendant's Motion for Partial Summary Judgment previously scheduled for 10:00 a.m. on September 28, has been **changed to 11:00 a.m., on Thursday, September 28, 2006**. The Court apologizes for any inconvenience this might pose to the parties.

The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff and the United States must appear in person.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge