# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: September 28, 2006)

*****************************************************
COLLINS NATIONAL, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

On September 28, 2006, the Court held a status conference in the above-captioned case. The parties stated that additional fact discovery and expert discovery are necessary before determining further proceedings in this case. **The parties shall jointly file a proposed discovery schedule no later than Friday, October 6, 2006.** The schedule shall also include dates for the filing of a Joint Status Report (JSR) a few weeks before the conclusion of each stage of discovery informing the Court whether the parties expect to conclude discovery on time. The second JSR shall also state whether either party intends to file additional motions or whether the parties intend to pursue ADR at that time.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge