IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14 day enlargement of time, to and including October 20, 2006, within which to file a proposed discovery schedule. The proposed discovery schedule is currently due on October 6, 2006. This is defendant's first request for an enlargement for time for this purpose. Plaintiffs' counsel has represented that plaintiffs do not oppose the motion.

On October 5, 2006, counsel for the parties participated in a telephone conference call to discuss a schedule for further proceedings. Counsel for both parties recognize that additional fact and expert discovery would be needed to prepare for trial. However, they believe that it would be beneficial to participate in alternative dispute resolution ("ADR") before the parties expend significant time and expenses in completing fact discovery and conducting depositions of fact and expert witnesses. The undersigned counsel for defendant needs additional time to obtain authorization for the Government to participate in ADR.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 14 days, to and including October 20, 2006, within which

to file a proposed discovery schedule or joint status report indicating the parties intent to pursue ADR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

October 6, 2006