# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: October 11, 2006)

*****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendants' unopposed **Motion for Enlargement of Time** for 14 days within which to file a proposed discovery schedule is hereby **GRANTED.** The parties shall file a proposed discovery schedule or joint status report indicating the parties' intent to pursue ADR **no later than October 20, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge