# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: October 19, 2006)

| | |
|---|---|
| COLLINS NATIONAL, et al., *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Defendant's unopposed Motion for a 14-day **Enlargement of Time**, until **November 3, 2006**, to file a proposed discovery schedule or joint status report indicating the parties' intent to pursue ADR is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge