IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated October 19, 2006, the parties respectfully submit the following joint status report. The parties intend to pursue alternative dispute resolution ("ADR") with the ADR Judge that is assigned to this case, i.e., Robert H. Hodges, Jr., or another settlement judge as appropriate, in accordance with the procedures for Alternative Dispute Resolution outlined in Appendix H of the Court's rules. Accordingly, the parties respectfully request that the Court stay the proceedings in this matter until the parties have attempted to resolve this matter through ADR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ David Taylor

DAVID TAYLOR, ESQ.
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

Attorney for Plaintiffs

November 3, 2006

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 3, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim