# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: November 7, 2006)

****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The parties filed a Joint Status Report (JSR) on November 3, 2006, informing the Court they intend to pursue alternative dispute resolution (ADR) in this matter with ADR Judge Hodges. The parties request that this case be stayed until they have attempted to resolve this matter through ADR.

**This case is stayed until further notice** to enable the parties to pursue ADR. The **parties shall file a JSR every 60 days, beginning January 8, 2007**, regarding the settlement proceedings.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge