IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 7, 2006, the parties respectfully submit the following joint status report.

On November 3, 2006, the parties indicated to the Court its intent to pursue alternative dispute resolution ("ADR") with Judge Robert H. Hodges, Jr, who is assigned as the ADR Judge in this matter. It was the parties' understanding that, pursuant to paragraph 3(b) of Appendix H of the Court's rules, ADR Judge Hodges would contact the parties scheduling further proceedings in this case. Because the parties have not been contacted by Judge Hodges, on January 4, 2007, counsel for defendant contacted the chambers of Judge Hodges to schedule a time when the parties could meet with the ADR Judge to discuss ADR in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ David Taylor

DAVID TAYLOR, ESQ.
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

Attorney for Plaintiffs

January 5, 2007

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 5, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim