# In the United States Court of Federal Claims

* * * * * * * *

COLLINS NATIONAL, A LIMITED PARTNERSHIP, AND COLLINS DEVELOPMENT CO., A CALIFORNIA CORPORATION AS GENERAL PARTNER, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

No. 05-563C (ADR)

Filed: January 5, 2007

**ORDER**

Counsel contacted the court on January 4, 2007 to schedule ADR proceedings in this matter. Pursuant to discussions with the parties, a telephonic ADR hearing will be held before Judge Robert H. Hodges, Jr., on January 22 at 11:00 a.m. The court will contact the parties.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge