# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: January 23, 2007)

***************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

## ORDER

Plaintiffs' Motion for Substitution of Counsel submitted in hard copy format to this Court's Clerk's Office on January 18, 2007, is being returned. This is an ECF case. Please file this Motion electronically.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge