**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Collins National ("Plaintiff"), by its undersigned counsel, respectfully moves this Court for an Order pursuant to United States Court of Federal Claims Rule 83.1(c)(4) permitting substitution of counsel as follows:

1. Richard S. Bayer, Esq. of the Law Office of Richard S. Bayer has long been Of Counsel for Plaintiff and has represented it in various matters including the herein action. Plaintiff retained David J. Taylor, Esq., a long-standing member of the Bar of the United States Court of Federal Claims in order to assist it in prosecuting this matter.

2. Richard S. Bayer has recently been admitted to the Bar of the United States Court of Federal Claims and therefore Plaintiff wishes that Richard S. Bayer now act as the attorney of record in the herein action.

3. In support of this motion, Plaintiff incorporates by reference the Affidavit of Appointment, signed by Richard S. Bayer, Esq. and by signing below the consent of

the current attorney of record, David J. Taylor, Esq.

WHEREFORE, Plaintiff respectfully requests that its Motion for Substitution of Counsel be granted.

Respectfully submitted,

Date: January 18, 2007

By: ______________________
David J. Taylor, Esq.
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, DC 20006

Date: January 17, 2007

By: ______________________
Richard S. Bayer, Esq.
Law Office of Richard S. Bayer
1150 Silverado Street
La Jolla, California 92037
Tel: (858) 454-1005
FAX: (858) 454-1021

CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of January, 2007, I caused a copy of the foregoing Plaintiff's Motion for Substitution of Counsel to be served on Defendant by e-mailing a copy thereof to Nancy M. Kim, Esq. at the Department of Justice and by mailing a copy thereof, first class postage prepaid, to:

Nancy M. Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

______________________
David J. Taylor