# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF APPOINTMENT

I, Richard S. Bayer, Esq. hereby declare under perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of the Bar of the States of California, Colorado and Idaho and have been admitted to the Bar of the United States Court of Federal Claims.

2. I and my firm, the Law Office of Richard S. Bayer have long represented Plaintiff Collins National ("Plaintiff") in various matters including the herein action.

3. Since the undersigned and my firm have familiarity with the merits of the claims brought by Plaintiff against the United States in this action, Plaintiff has requested that the undersigned and my firm assume the representation of Plaintiff in this action, now that I have been admitted to the Bar of the United States Court of Federal Claims.

4. I hereby certify that I, the undersigned and the Law Office of Richard S. Bayer have been requested by Plaintiff to serve as lead counsel in this litigation.

5. David Taylor, Esq. will continue to act as Of Counsel for Plaintiff.

Respectfully submitted,

Date: January 17, 2007

By: ____________________

Richard S. Bayer, Esq.
Law Office of Richard S. Bayer
1150 Silverado Street
La Jolla, California 92037
Tel: (858) 454-1005
FAX: (858) 454-1021

CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of January, 2007, I caused a copy of the foregoing Plaintiff's Motion for Substitution of Counsel to be served on Defendant by e-mailing a copy thereof to Nancy M. Kim, Esq. at the Department of Justice and by mailing a copy thereof, first class postage prepaid, to:

Nancy M. Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

____________________

David J. Taylor