# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: January 25, 2007)

****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

**Plaintiffs' Motion for Substitution of Counsel** filed January 24, 2007, is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge