# In the United States Court of Federal Claims

* * * * * * * *

COLLINS NATIONAL, A LIMITED PARTNERSHIP, AND COLLINS DEVELOPMENT CO., A CALIFORNIA CORPORATION AS GENERAL PARTNER, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

No. 05-563C (ADR)

Filed: February 6, 2007

**ORDER**

Counsel have agreed to discuss means of resolving this case short of further litigation. We will begin ADR proceedings on March 1 at the Law Office of Richard S. Bayer, 1150 Silverado Street, La Jolla, CA, at 10:00 a.m. local time. The parties will file their position papers with the mediation judge concurrently on February 26. In the meantime, we are available to discuss any issues that may arise.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge