IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

______Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14 day enlargement of time, to and including March 22, 2007, within which to file the joint status report. The parties' joint status report is currently due on March 8, 2007. This is either parties' first request for an enlargement of time for this purpose. Plaintiffs' counsel has represented that plaintiffs do not oppose the motion.

The enlargement of time is necessary because, although the parties have begun preparation of the joint status report, counsel for defendant has been out of the office sick since Tuesday, March 6, 2007. Thus, the parties have not completed the joint status report. Moreover, counsel for defendant, Nancy Kim, will be leaving her position at the Department of Justice, effective the week of March 12, 2007. Therefore, the new attorney assigned to this case will need the additional time to coordinate with counsel for plaintiff and prepare and file the joint status report.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 14 days, to and including March 22, 2007, within which to file the

joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Nancy M. Kim/ s/ Lauren S. Moore

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

March 8, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on MARCH 8, 2007, a copy of "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore