# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: May 23, 2006)

*****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiffs' second unopposed **Motion for an Extension of Time** (8 days for a total of 34 days) to File its Opposition to Defendant's Motion for Partial Summary Judgment is hereby **GRANTED.**

**Plaintiff shall file its opposition no later than May 30, 2006;**

**Defendant shall file its reply no later than June 16, 2006; and,**

**The Consolidated Statement of Uncontroverted Facts is due no later than June 23, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge