# In the United States Court of Federal Claims

* * * * * * * *

COLLINS NATIONAL, A LIMITED PARTNERSHIP, AND COLLINS DEVELOPMENT CO., A CALIFORNIA CORPORATION AS GENERAL PARTNER, *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

No. 05-563C (ADR)

Filed: March 13, 2007

**ORDER**

The parties have agreed to reschedule the ADR proceedings so that plaintiff may engage in additional discovery. We ask that counsel notify the court when they are ready to reschedule.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge