# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: March 26, 2007)

*****************************************************

COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT COMPANY, a California corporation as General Partner,
*Plaintiffs,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

*****************************************************

## ORDER

The parties had scheduled an Alternative Dispute Resolution ("ADR") conference with ADR Judge Hodges for March 1, 2007. Prior to the conference, a dispute arose regarding an expert declaration contained in the Government's mediation statement. Collins National requested that ADR be postponed to allow time for its expert to review the declaration, and if necessary, for limited discovery regarding the opinions expressed by the Government's expert in his declaration. Judge Hodges decided to cancel the scheduled March 1, 2007 conference and postpone it for a later date. On March 13, 2007, Judge Hodges issued an order postponing the ADR proceedings "so that plaintiff may engage in additional discovery."

On March 22, 2007, the parties filed a Joint Status Report in this case, informing the Court of the cancelled ADR proceedings and the dispute over the Government's expert declaration. Collins National proposed that a status conference be held with the Court to determine what additional discovery may be beneficial to the ADR process. The Government stated that it was reluctant to proceed with ADR where any further discovery was allowed, and that it preferred to complete the remaining discovery, including expert discovery, before revisiting whether ADR would be useful.

The dispute that Collins National wishes to discuss at its proposed status conference was the subject of Judge Hodge's March 13, 2007 Order. It is the Court's understanding that pursuant to that Order, plaintiff has already been granted the opportunity to engage in additional discovery in order to respond to the Government's expert declaration. Any dispute over what that additional discovery may include arises from the ADR process, and it therefore would be improper for this Court to become involved in these ADR related issues. Accordingly, **Plaintiff's request for a status conference is DENIED** and the next Joint Status Report remains due on May 8, 2007.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge