IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 7, 2006, the parties respectfully submit the following joint status report.

Mediation was scheduled for March 1, 2007 in San Diego but was postponed by the parties to consider whether all necessary discovery had been completed in order to make mediation meaningful. Plaintiff has been investigating the claims made by Defendant's expert William Cornils in the declaration attached to Defendant's Mediation Statement. Further, Plaintiff is anticipating a response to a Freedom of Information Act request tendered to the Drug Enforcement Agency. Plaintiff believes that the conclusion of these two activities will likely provide sufficient factual background to make mediation profitable.

The parties will be contacting ADR Judge Hodges within one week of the receipt by Plaintiff of the DEA's repsonse to Plaintiff's FOIA request. At that time, the parties will ask Judge Hodges to consider dates for Mediation in San Diego which the parties hope to have concluded prior to July 8, 2007 when the next Status Report will be required.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Richard S. Bayer
RICHARD S. BAYER, ESQ.
Law Office of Richard S. Bayer
1150 Silverado Street
La Jolla, CA 92037

Tel: (858) 454-1005
Fax: (858) 454-1021

Attorney for Plaintiffs

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

May 8, 2007

CERTIFICATE OF FILING

I hereby certify that on May 8, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley