# In the United States Court of Federal Claims

* * * * * * * *

COLLINS NATIONAL, A LIMITED PARTNERSHIP, AND COLLINS DEVELOPMENT CO., A CALIFORNIA CORPORATION AS GENERAL PARTNER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * * *

No. 05-563 C (ADR)

May 15, 2007

**ORDER**

The parties' scheduled ADR conference with the court was postponed earlier this year. Counsel are reminded that we are available at any time to discuss the merits of this case, and possible means of resolving it short of further litigation.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge