IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 7, 2006, the parties respectfully submit the following joint status report.

The parties have been working towards securing the additional discovery documents necessary to make mediation meaningful. The parties contacted ADR Judge Hodges on June 14, 2007 and relayed to him the status of the discovery. The parties and Judge Hodges agreed to try to schedule the mediation in San Diego during the first week in August, assuming documents could be secured before that time. The parties are hopeful that mediation can be concluded prior to September 8, 2007 when the next status report is due.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Richard S. Bayer
RICHARD S. BAYER, ESQ.
Law Office of Richard S. Bayer
1150 Silverado Street
La Jolla, CA 92037
Tel: (858) 454-1005
Fax: (858) 454-1021

Attorney for Plaintiffs

July 9, 2007

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on July 9, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley