# In the United States Court of Federal Claims

* * * * * * * *

COLLINS NATIONAL, A LIMITED PARTNERSHIP, AND COLLINS DEVELOPMENT CO., A CALIFORNIA CORPORATION AS GENERAL PARTNER, *

Plaintiff, * No. 05-563C (ADR)

v. * Filed: August 24, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Counsel have agreed to discuss means of resolving this case short of further litigation. We will begin ADR proceedings on October 12, 2007, at the Law Office of Richard S. Bayer, 1150 Silverado Street, La Jolla, CA, at 2:00 p.m. local time. In the meantime, we are available to discuss any issues that may arise.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge