IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 12, 2007, the parties respectfully submit the following joint status report.

The parties have scheduled an Alternative Dispute Resolution ("ADR") conference with ADR Judge Hodges, Jr. to be held in early October, 2007, in La Jolla, California.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Richard S. Bayer
RICHARD S. BAYER, ESQ.
Law Office of Richard S. Bayer
1150 Silverado Street
La Jolla, CA 92037
Tel: (858) 454-1005
Fax: (858) 454-1021

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.

Attorney for Plaintiffs

Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

August 28, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 28, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/A. Bondurant Eley