# In the United States Court of Federal Claims

* * * * * * * *

COLLINS NATIONAL, A LIMITED PARTNERSHIP, AND COLLINS DEVELOPMENT CO., A CALIFORNIA CORPORATION AS GENERAL PARTNER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * * *

No. 05-563C (ADR)

Filed: September 4, 2007

**ORDER**

Pursuant to RCFC 40.2(a)(3), and with the agreement of the transferee judge, the above-captioned case has been transferred to Judge Christine O.C. Miller for Alternative Dispute Resolution. The parties may contact Judge Miller's Chambers at 202/357-6620 to confirm the ADR meeting currently scheduled for October 12, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge