# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COLLINS NATIONAL, *et al.*,** *

Plaintiffs, *

v. * No. 05-563C

**THE UNITED STATES,** * (Filed Sept. 12, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record telephone conference call with the court's law clerk on September 10, 2007,

**IT IS ORDERED**, as follows:

1. Plaintiffs may submit a supplemental ADR memorandum to chambers by October 1, 2007. An appendix containing documents may be submitted. Deposition transcripts may also be submitted.

2. Defendant may submit a supplemental ADR response to chambers by October 12, 2007. An appendix containing documents may be submitted. Deposition transcripts may also be submitted.

3. The ADR conference scheduled by order entered on August 24, 2007, is rescheduled to commence at 9:00 a.m. on Monday October 15, 2007, and shall continue through October 16, 2007, at the Law Office of Richard S. Bayer, 1150 Silverado Street, La Jolla, CA.

4. All information and documents submitted to the ADR judge for purposes of ADR will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge

cc: Judge Baskir