# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **COLLINS NATIONAL, *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-563C |
| **THE UNITED STATES,** | * | (Filed Oct. 18, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the ADR conference held in La Jolla, CA, on October 15-16, 2007, during which defense counsel stated that she will recommend, and her reviewer has assented provisionally to recommend, acceptance of plaintiffs' offer, and agency counsel stated that she will also recommend acceptance of plaintiffs' offer,

**IT IS ORDERED**, as follows:

This case is returned to the presiding judge for monitoring of settlement. By October 31, 2007, defendant will file with Judge Baskir the parties' motion to continue the stay of this case pending completion of settlement.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge

cc: Judge Baskir