IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR STAY OF PROCEEDINGS**

Pursuant to the October 18, 2007 Order of ADR Judge Christine Miller, the parties hereby respectfully request a continued stay of proceedings in this matter, up to and including January 4, 2008, for the purposes of potential settlement.

On October 15 and 16, the parties engaged in ADR in an effort to resolve this matter. As a result of these efforts, Government counsel agreed to recommend that plaintiff's settlement offer be accepted. The necessary steps to seek such authorization and, if such authorization is obtained, to complete the terms of any approved settlement, is expected to take up to two months. In the event that a settlement is not approved or executed, we will promptly notify the Court. Accordingly, staying this litigation to give the parties the opportunity to attempt to resolve this matter without further briefing and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for a stay up to and including January 4, 2008, for the purpose of continuing settlement efforts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Richard S. Bayer
RICHARD S. BAYER, ESQ.
Law Office of Richard S. Bayer
1150 Silverado Street
La Jolla, CA 92037
Tel: (858) 454-1005
Fax: (858) 454-1021

Attorney for Plaintiffs

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

October 31, 2007

CERTIFICATE OF FILING

I hereby certify that on October 31, 2007, a copy of the foregoing "JOINT MOTION TO STAY PENDING COMPLETION OF SETTLEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley