# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: November 1, 2007)

*****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The parties filed a **Joint Motion for Stay of Proceedings** on October 31, 2007, for purposes of potential settlement. The Defendant has agreed to recommend that Plaintiff's settlement offer be accepted.

**This case is stayed until further notice of this Court.** The **parties shall file a JSR every 60 days, beginning January 4, 2008**, regarding the settlement proceedings.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge