IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLLINS NATIONAL, a limited partnership, and COLLINS DEVELOPMENT CO., a California corporation as General Partner, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-563C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 1, 2007, the parties respectfully submit the following joint status report.

The parties have signed a Settlement Agreement in the above-captioned matter, and are in the process of finalizing funding and payment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Richard S. Bayer
RICHARD S. BAYER, ESQ.
Law Office of Richard S. Bayer
1150 Silverado Street
La Jolla, CA 92037
Tel: (858) 454-1005
Fax: (858) 454-1021

Attorney for Plaintiffs

January 4, 2008

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 4, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley