# In the United States Court of Federal Claims

Case No. 05-563C
(Filed: March 17, 2008)

****************************************************
COLLINS NATIONAL, a limited partnership, *
and COLLINS DEVELOPMENT COMPANY, *
a California corporation as General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The parties' **Joint Stipulation of Dismissal with prejudice** of this matter, filed March 14, 2008, is hereby **GRANTED.** The parties shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge