# In the United States Court of Federal Claims

**No. 05-563 C**

**COLLINS NATIONAL, A LIMITED PARTNERSHIP, AND COLLINS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION AS GENERAL PARTNER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, filed March 14, 2008, and the court's March 17, 2008 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. The parties shall bear their own costs and attorney fees.

John S. Buckley
Acting Clerk of Court

**May 23, 2008** By: s/Lisa L. Reyes

Deputy Clerk